STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

**LINDSAY ACEVEDO**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Englewood, New Jersey.

2. On April 24, 2007, at approximately 9:30 a.m. at 25 Beaver Street, New York, New York, I served a **SUMMONS AND COMPLAINT, THE ASSIGNED JUDGE'S INDIVIDUAL RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING, USDC/SDNY GUIDELINES FOR ELECTRONIC CASE FILING, along with a check for $40.00 upon the NEW YORK STATE INSURANCE DEPARTMENT** by serving Charlene Morris, who indicated to your deponent that she was authorized to accept such service on behalf of Defendant Metropolitan Life Insurance Company.

3. Deponent describes C. Morris to the best of deponent's ability at the time and circumstances of service as follows: African-American Female; Hair: Brown; Eyes: Brown, Approximate Height: 5'4"; Approximate Weight: 150 lbs. Approximate Age: 45.

_____
LINDSAY ACEVEDO

Sworn to before me this
24th day of April, 2007

_____
Notary Public

Randi Yerman
Notary Public, State of New York
No. 01YE4723089
Qualified in Queens County
Commission Expires September 30, 2010

---

**NEW YORK STATE INSURANCE DEPARTMENT**

No. 12435

DATE 4/24 2007    CK# 20076

RECEIVED OF _Tricf & Pck_

_____ Forty _____ DOLLARS

_Jean Lin v. Metropolitan Life Ins. Co._

$ 40.00    Rec'd: Edward Thompson, Legal Asst
By: CHARLENE MORRIS