UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
_____

JEAN LIN,

                      Plaintiff,                Index No. 1:07-cv-03218
                                                                           RJH

        -against-

METROPOLITAN LIFE INSURANCE COMPANY,

                      Defendants.

_____


**RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF**
**<u>METROPOLITAN LIFE INSURANCE COMPANY</u>**

      Plaintiff METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), by and through its attorneys Alvin Pasternak and Tomasita Sherer, hereby states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that:

      1.    MetLife is a subsidiary if MetLife, Inc. and is organized and existing under the laws of the state of New York, with its principal place of business therein.

      2.    MetLife does not issue stock, and, therefore, there is no corporation that owns ten percent (10%) or more of MetLife's stock.


**Dated:**    Long Island City, New York        **ALVIN PASTERNAK, ESQ**
              June 28, 2007

                                                    <u>/S/ ALVIN PASTERNAK</u>
                                                     Alvin Pasternak
                                                     Tomasita Sherer, of Counsel
                                                     Attorney for Plaintiff
                                                     Metropolitan Life Insurance Company
                                                     27-01 Queens Plaza North
                                                     Long Island City, New York 11101
                                                     (212) 578-3102