# EXHIBIT 3

# MetLife

| For Company use only: | |
|---|---|
| Branch/District and Agency Numbers | 95L / 818-1 |
| Payment Direction (circle one): Payee (Branch/District) Broker | |

## Individual Life Death Claim Form

In order to process your claim as quickly as possible we need some information about you and the insured. Please submit the insurance policies, and an official certified copy of the death certificate with the claim form. Each claimant must submit his or her own claim form. Only one certified copy of the death certificate must be submitted.

### A. Insured Information

Name __BANG   CHAO   LIN__   Date of Death __8/6/1969  8/11/2006__

Please list all life insurance policy numbers on which you are filing claim
__99300/679 PR-R    204/26416 ET__

All policies listed below (except those where claim is being made under a Waiver of Premium rider) should be submitted with your claim.

If policies are not attached, please state why: ____
Address __38__ __DAISY__ , __IRVINE__, __CA__ __92618__
    Number    Street Name        Apt/Box # (if any)    City    State    Zip

Marital Status:  Single ____   Married ✓   Widow/Widower ____   Separated ____   Divorced ____
Date of Birth __8/6/1969__   Place of Birth __TAIWAN__

Is Claim being made for Accidental Death Benefits? Yes ____ No ✓ (If yes, please refer to the Additional Information on page 6.)

If you would like us to check for additional life insurance coverage with MetLife or with one of our affiliates listed below, please be sure to complete Section G of the claim form on page 4.

### B. Claimant Information

Name __JEAN   LIN__   Date of Birth __5/19/1971__   Sex: Male ____ Female ✓
Social Security or Trust/Estate Identification Number or Social Security Number of any minor child: __128__ / __64__ / __5329__
Phone Number (in case we need to contact you). Day (__949__) __551-6301__   Evening (____) ____
Address __38__ __DAISY__ , __IRVINE__, __CA__
    Number    Street Name        Apt/Box # (if any)    City    State    Zip
Your relationship to the insured.  Husband/Wife ✓   Child ____ Other _____ (Explain)
E-mail Address (if available) _____

### C. Claimant Signature & Tax Certification

Your Social Security or Trust/Estate Identification Number or Social Security Number of the minor child: ____ / ____ / ____

If you are claiming on behalf of a minor child, please provide the child's name, address, and telephone number

Under the penalties of perjury I certify:

1) That the number shown above is my correct taxpayer identification number; and 2) That I am not subject to backup withholding because: (a) I have not been notified by the IRS that I am subject to backup withholding as a result of failure to report all interest or dividends; or (b) the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a U.S. citizen or U.S. resident for tax purposes. *(Please note: Cross out and initial item 2 if subject to backup withholding as a result of a failure to report all interest and dividend income. The Internal Revenue Service does not require your consent to any document other than the certifications to avoid backup withholding.)
*If you are not a U.S. Citizen or a U.S. resident for tax purposes, please complete form W-8BEN.

Sign Here _[signature]_   Date __9/19/06__
Your Signature

Witness' Signature _[signature]_   Date __9/19/06__

Print Witness' Name __JUDY HUANG__   Witness' Address __17800 CASTLETON ST, #118, CITY OF INDUSTRY, CA 91748__

First MetLife Investors Insurance Company
General American Life Insurance Company
MetLife Investors USA Insurance Company
Metropolitan Life Insurance Company
Metropolitan Tower Life Insurance Company
New England Life Insurance Company
MetLife Investors Insurance Company
MetLife Investors Insurance Company of CA

DC-4 (02/06) eF    3