UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JEAN LIN,

                     Plaintiff,                      07-CV-3218 (Judge Holwell)

    -against-                                   **NOTICE OF APPEARANCE**

METROPOLITAN LIFE INSURANCE COMPANY,

                     Defendant.
_____

      To the Clerk of this Court and all parties of record:

      Please enter my appearance as Lead Attorney in this case for defendant, Metropolitan Life Insurance Company.

      I certify that I am admitted to practice in this Court.

      June 29, 2007               Respectfully submitted,

                                 METROPOLITAN LIFE INSURANCE COMPANY

                              By: _____/S/ALVIN PATSERNAK_____
                                  Alvin Pasternak (AP-5085)
                                  Tomasita Sherer, of Counsel (TH-6072)
                                  One MetLife Plaza
                                  27-01 Queens Plaza North
                                  Long Island City, NY  11101
                                  (212) 578-3102 (Tel)
                                  (212) 743-0668 (Fax)