TRIEF & OLK

ATTORNEYS AT LAW

150 EAST 58TH STREET

34TH FLOOR

NEW YORK, NEW YORK 10155

FACSIMILE: (212) 317-2946          TELEPHONE: (212) 486-6060          NEW JERSEY OFFICE

E-MAIL: FIRM@TRIEFANDOLK.COM                                          9 KANSAS STREET
                                                                     HACKENSACK, NEW JERSEY 07601
                                                                     (201) 343-5770

July 9, 2007

Hon. Richard J. Holwell
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   Lin v. Metropolitan Life Insurance Company
            2007 Civ. 03218 (RJH)

Dear Judge Holwell:

    Please accept this letter as a Notice of Appearance in the above-referenced action on behalf of attorneys Ted Trief (TT 7594) and Eric Dinnocenzo (ED 3430) of the law firm of Trief & Olk.

    Thank you for your attention to this matter.

Respectfully,

Eric Dinnocenzo (ED 3430)