USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEAN LIN,                                    :        07 Civ. 3218 (RJH)
                                             :
                    Plaintiff,               :
                                             :
        -against-                            :        **ORDER**
                                             :
METROPOLITAN LIFE INSURANCE, Co.,            :
                                             :
                                             :
                    Defendant.               :
                                             :
------------------------------------------------------------x

The pretrial conference scheduled for July 27, 2007 is rescheduled to

August 01, 2007, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 20, 2007
SO ORDERED:

                                    Richard J. Holwell
                                    United States District Judge