# EXHIBIT 3



| For Company use only: | |
|---|---|
| Branch/District and Agency Numbers | 95L , 818-1 |
| Payment Direction (circle one): Payee  (Branch/District)  Broker | |

### Individual Life Death Claim Form

In order to process your claim as quickly as possible we need some information about you and the insured. Please submit the insurance policies, and an official certified copy of the death certificate with the claim form. Each claimant must submit his or her own claim form. Only one certified copy of the death certificate must be submitted.

**A. Insured Information**

Name __BANG  CHAO  LIN__   Date of Death __8/6/1969__  __8/11/2006__

Please list all life insurance policy numbers on which you are filing claim
__993001679 PR-R__   __204126416 ET__

All policies listed below (except those where claim is being made under a Waiver of Premium rider) should be submitted with your claim.
If policies are not attached, please state why: _____

Address __38__  __DAISY__ , __IRVINE__ , __CA__  __92618__
         Number  Street Name    Apt/Box # (if any)   City    State   Zip

Marital Status:  Single ___  Married __✓__  Widow/Widower ___  Separated ___  Divorced ___

Date of Birth __8/6/1969__   Place of Birth __TAIWAN__

Is Claim being made for Accidental Death Benefits?  Yes ___  No __✓__  (If yes, please refer to the Additional Information on page 6.)

If you would like us to check for additional life insurance coverage with MetLife or with one of our affiliates listed below, please be sure to complete Section G of the claim form on page 4.

**B. Claimant Information**

Name __JEAN  LIN__   Date of Birth __5/19/1971__   Sex: Male ___ Female __✓__

Social Security or Trust/Estate Identification Number or Social Security Number of any minor child: __128 , 64 , 6329__

Phone Number (in case we need to contact you). Day (__949__) __551-6301__   Evening (___) _____

Address __38__  __DAISY__ , __IRVINE__ , __CA__ _____ _____
         Number  Street Name    Apt/Box # (if any)   City    State   Zip

Your relationship to the insured.  Husband/Wife __✓__  Child ___  Other _____ (Explain)

E-mail Address (if available) _____

**C. Claimant Signature & Tax Certification**

Your Social Security or Trust/Estate Identification Number or Social Security Number of the minor child: ___ / ___ / ___

If you are claiming on behalf of a minor child, please provide the child's name, address, and telephone number

Under the penalties of perjury I certify:

1) That the number shown above is my correct taxpayer identification number; and 2) That I am not subject to backup withholding because: (a) I have not been notified by the IRS that I am subject to backup withholding as a result of failure to report all interest or dividends; or (b) the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a U.S. citizen or U.S. resident for tax purposes. *(Please note: Cross out and initial item 2 if subject to backup withholding as a result of a failure to report all interest and dividend income. The Internal Revenue Service does not require your consent to any document other than the certifications to avoid backup withholding.)
*If you are not a U.S. Citizen or a U.S. resident for tax purposes, please complete form W-8BEN.

Sign Here __[signature]__   Date __9/19/06__
Your Signature

Witness' Signature __[signature]__   Date __9/19/06__

Print Witness' Name __JUDY HUANG__

Witness' Address __17800 CASTLETON ST. #418, CITY OF INDUSTRY, CA 91748__

First MetLife Investors Insurance Company
General American Life Insurance Company
MetLife Investors USA Insurance Company
Metropolitan Life Insurance Company
Metropolitan Tower Life Insurance Company
New England Life Insurance Company
MetLife Investors Insurance Company
MetLife Investors Insurance Company of CA