UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEAN LIN,                                                   07-CV-3218 (Judge Holwell)

                            Plaintiffs,
                                            PLAINTIFF'S REPLY TO
     - against -                              DEFENDANT'S
                                            COUNTERCLAIMS
METROPOLITAN LIFE INSURANCE
COMPANY,

                            Defendant.
------------------------------------------------------------x

       Plaintiff, Jean Lin, by her attorneys Trief & Olk, hereby replies to the Counterclaims of the Defendant, Metropolitan Life Insurance Company:

### PARTIES, JURISDICTION, AND VENUE

1-3.    Admitted.

### GENERAL ALLEGATIONS

1.    Admits that Defendant characterizes this action as such.

2.    Admits.

3.    Denied, but admits that there was an application for insurance dated August 5, 2004.

4.    Admitted.

5.    Denied, but admits the response was made to the question.

6.    Admitted.

7.    Denied, but admits the response was made to the question.

8.    Admitted.

9.    Denied, but admits the response was made to the question.

10. Admitted.

11. Denied, but admits the response was made to the question.

12. Admitted.

13. Denied, but admits the response was made to the question.

14. Admitted.

15. Denied, but admits the response was made to the question.

16. Admitted.

17. Denied, but admits the response was made to the question.

18. Admitted.

19. Denied, but admits the response was made to the question.

20. Admitted.

21. Denied, but admits the response was made to the question.

22. Denied.

23. Denied.

24. Admitted.

25. Admitted.

26. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 26.

27-30. Denied.

### COUNT ONE: RESCISSION FOR MISREPRESENTATION

1. Plaintiff restates the admissions and denials set forth previously.

2-7. Denied.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

1. The Defendant's counterclaim fails to state a cause of action.

WHEREFORE, plaintiffs demand dismissal of the defendants counterclaim together with costs and fees.

Dated:   New York, New York
         August 16, 2007

                      TRIEF & OLK

By: _____
Eric Dinnocenzo (ED 3430)
Attorneys for Plaintiff
150 East 58th Street
New York, New York 10155
(212) 486 – 6060

3