UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEAN LIN,

                 Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE, Co.,

                 Defendant.

------------------------------------------------------------x

07 Civ. 03218 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

       The pretrial conference scheduled for February 08, 2008 is rescheduled to March 12, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 09, 2008
SO ORDERED:

                                            Richard J. Holwell
                                       United States District Judge