UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEAN LIN,                                    07-CV-3218 (RJH)

                Plaintiff,

  - against --

METROPOLITAN LIFE INSURANCE
COMPANY,

                Defendant.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

## AMENDED PROPOSED SCHEDULING ORDER

Defendant, METROPOLITAN LIFE INSURANCE COMPANY (hereinafter "Defendant" or "MetLife") and the Plaintiff, JEAN LIN, (hereinafter "Plaintiff"), respectfully submit the following amended proposed scheduling order:

1. Description of the Case

    a. Attorneys
       (Plaintiff):    Ted Trief, Esq. and Eric Dinnocenzo, Esq.,
                     Trief & Olk
                     150 East 58th Street – 34th Fl.
                     New York, NY 10155

       (Defendant):   Alvin Pasternak, Esq. and Tomasita Sherer, Esq.
                     Metropolitan Life Insurance Company
                     One MetLife Plaza
                     27-01 Queens Plaza North
                     Long Island City, NY 11101

    b. State the basis of Federal jurisdiction: Diversity jurisdiction

    c. Briefly describe the claims asserted in the complaint and any counterclaims:

       The plaintiff claims that the defendant has wrongfully refused to pay the proceeds for a life insurance policy taken on the life of her deceased husband. The defendant has asserted a counterclaim for rescission and misrepresentation.

d. State the major legal and factual issues in the case:

The defendant has refused to pay the proceeds of the policy on the grounds that the policyholder made a material misrepresentation by failing to disclose in his policy application that he had a history of hepatitis B. The plaintiff alleges that there was no material misrepresentation because the policyholder was not infected with the hepatitis B virus and had, in fact, cleared it from his system. The defendant claims that a material misrepresentation was made.

e. Describe the relief sought:

The plaintiff seeks full payment of the policy in the amount of one million ($1,000,000.00) dollars.

2. Proposed Case Management Plan

   a. Identify all pending motions: None.

   b. Propose a cut off date for joinder of additional parties: 10/27/07

   c. Propose a cutoff date for amendments to pleadings: 12/27/07

   d. Propose a schedule for competition of discovery, including:

      i. A date for Rule 26(a)(1) disclosures; if not previously completed;

      ii. A fact discovery completion date: 1/27/08

      iii. A date for Rule 26(a)(2) disclosures:
           2/27/08 (Plaintiff)
           3/27/08 (Defendant)

      iv. An expert discovery completion date, including dates for delivery of expert reports: 5/27/08

   e. Propose a date for filing dispositive motions: 6/27/08

      i. Pre-motion conference: 6/20/08

   f. Propose a date for filing a final pretrial order: 7/27/08

   g. Propose a trial schedule, indicating:

      i. Whether a jury trial is requested: Yes

      ii.    The probable length of trial: 1 week

      iii.   When the case will be read for trial: 9/1/08

3. Consent to Proceed Before a Magistrate Judge: Indicate whether the parties consent unanimously to proceed before a Magistrate Judge: No

4. Status of Settlement Discussions:

    a. Indicate whether any settlement discussions have occurred:

       The parties have discussed their respective views of the merits of the case. Plaintiff has stated that she seeks the full policy amount. Defendant has not made an offer.

    b. Describe the status of any settlement discussions; and

       Please see section (a) above.

    c. Whether parties request a settlement conference.

       No.

Dated: New York, New York
March 12, 2008

*[Handwritten: 5. A status conference shall be held on 6/20/08 at 10:30 a.m.]*

METROPOLITAN LIFE INSURANCE COMPANY

By: _____
Alvin Pasternak (AP 5085)
Tomasita Sherer (TH 6072)
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101
(212) 578-3102

TRIEF & OLK

By: _____
Ted Trief (TT 7594)
Eric Dinnocenzo (ED 3430)
Attorneys for Plaintiffs
150 East 58th Street, 34th Floor
New York, New York 10155
(212) 486-6060

*[Signature]*
USDJ
3/20/08