UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN LIN,

              Plaintiff,              07-CV-3218 (Judge Holwell)

-against-                                    **EXPERT DISCLOSURE**

METROPOLITAN LIFE INSURANCE COMPANY,

              Defendant.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's Scheduling Order, Defendant, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), by and through its attorneys, hereby provides the following expert disclosure:

        Dr. David J. Clain
        Beth Israel Medical Center
        First Avenue at 16th Street
        New York, NY 10003
        Tel: (212) 420-4521

PLEASE TAKE FURTHER NOTICE THAT DR. DAVID J. CLAIN may be expected to testify at the trial of this action. Testimony will support MetLife's assertion that the applicant did not disclose his true and complete medical history in response to the questions on the life insurance application. The testimony will be based upon the expert's review of documents, professional experience (a summary of which is provided herewith as Exhibit A), and any evidence adduced at trial. MetLife will submit by separate cover the expert report of Dr. Clain to Plaintiff's counsel.

                                            METROPOLITAN LIFE
                                            INSURANCE COMPANY

Dated: March 27, 2008                By: _/s/ Tomasita L. Sherer_
       Long Island City, NY             Alvin Pasternak, Esq.
                                            Tomasita L. Sherer, Esq.
                                            Attorneys for Defendant
                                            One MetLife Plaza
                                            27-01 Queens Plaza North
                                            Long Island City, NY 11101