# EXHIBIT A

December, 2007
DAVID J CLAIN
MB, CHB, MD, FACP, FRCP (London)


ADDRESS:
     **HOME:**    19 Strathmore Road
                    Great Neck, N.Y.  11023
     Telephone:    (516) 466-0205
     Mobile:      (516) 459-6751

     **WORK:**    Beth Israel Medical Center
                    First Avenue at 16th Street
                    New York, NY 10003
     Telephone:    (212) 420-4521
     Fax:        (212) 420-4373
     e-mail:      dclain@chpnet.org

DATE & PLACE OF BIRTH:
     August 17, 1935
     Cape Town, South Africa

SOCIAL SECURITY NUMBER:
     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

CITIZENSHIP:
     United States

EDUCATION:
     *University of Cape Town, South Africa*

| | |
|---|---|
| M.B., Ch.B  with Distinction | 1959 |
| M.D. Cape Town (Post – MB  Research Degree) | 1968 |

POSTGRADUATE TRAINING:
Intern

1

Page 2 of 21 received at 3/27/2008 1:37:10 PM [Eastern Daylight Time] on server AS-LINYFAXSVR04.

| | |
|---|---|
| Groote Schuur Hospital<br>University of Cape Town, South Africa | 1960 |
| Senior Intern<br>　(PGY2) Groote Schuur Hospital<br>University of Cape Town, South Africa | 1961 |
| Internal Medicine Resident<br>　(PGY 3) Harare Hospital<br>University of Zimbabwe | 1962 |
| 　(PGY4) Birmingham General Hospital<br>University of Birmingham, England | 1963 |
| 　(PGY5) Charing Cross Hospital<br>University of London, England | 1964 |
| <u>Gastroenterology Fellow</u><br>　Royal Free Hospital<br>University of London, England | 4/1965-11/1966 |
| 　Harare Hospital<br>University of Zimbabwe | 12/66- 1/1968 |

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 　Assistant Lecturer:　Royal Free Hospital<br>　(London, U.K.) | 1965-1966 |
| 　Lecturer:  University of Zimbabwe | 1967-1976 |
| 　Senior Lecturer:  University of Cape Town<br>　South Africa | 1976-1979 |
| 　Associate Professor of Clinical Medicine<br>　College of Physicians and Surgeons of<br>　Columbia University | 1979-1991 |

2

Page 3 of 21 received at 3/27/2008 1:37:10 PM [Eastern Daylight Time] on server AS-LINYFAXSVR04.

Associate Professor of Medicine                                    1991-1994
Mount Sinai School of Medicine

Associate Professor of Medicine
Albert Einstein College of Medicine                                1994-1996
 of Yeshiva University

**_CURRENT:_**
**Professor of Clinical Medicine**
**Albert Einstein College of Medicine,**
**Yeshiva University**                                             1996-to date

HOSPITAL APPOINTMENTS:

Attending Physician, Internal Medicine                             1969-1976
Gastroenterology, Central Hospital
Harare, Zimbabwe

Attending Physician, Gastrointestinal                              1976-1979
Clinic and Liver Clinic, Groote Schuur
Hospital, Cape Town, South Africa

Chief of Gastroenterology Division                                 1979-1988
Harlem Hospital Center
New York, New York

Attending Physician, Gastrointestinal Unit                         1984-1991
St. Luke's Roosevelt Hospital Center
New York, N.Y.

Acting Chief of Gastroenterology Division                          1988-1989
St. Luke's Roosevelt Hospital Center

Supervisor of Gastroenterology Training                            1988-1991

3

Program, St. Luke's Hospital Center

Associate Chief of Division of Digestive Diseases                          1991-
Beth Israel Medical Center, New York


## RECENT HOSPITAL and DEPARTMENTAL COMMITTEES:

Hospital Tissue Review Committee,  Harlem Hospital Center                    1983-88

Chairman, Department of Medicine Task Force for the Co-ordination of    1990-91
Clinical and Teaching Activities at  St. Lukes at St. Lukes and
Roosevelt Hospitals.

Committee on Biomedical Research in the Department of Medicine             1990-91
St. Lukes-Roosevelt Center.

Committee on Length of Hospital Stay, St. Lukes-Roosevelt                   1991
Hospital Center

Faculty Practice Steering  Committee, Beth Israel Medical Center            1992-94

Pharmacy Committee, Beth Israel Medical Center                           1994-to date

Cancer Center Committee, Beth Israel Medical Center                       1995-2002

Drug Utilization Team, Beth Israel Medical Center                           1995

Committee on Professorial Appointments and Promotions,
                    Albert Einstein College of Medicine               1999 – 2001
GI Endoscopy Committee                                                  1998-2002

GI Endoscopy QI Committee                              1998-2002

Chairman QI Committee of Division of Digestive Diseases                   2002 – to date


4

CERTIFICATION:

| ECFMG | #079-051-9 | 1977 |

*Diplomate of American Board of Internal Medicine*

| Internal Medicine | #78145 | 1980 |
| Gastroenterology | #78145 | 1981 |

LICENSES TO PRACTICE:

General Medical Council, United Kingdom #C8751    1962 - date
New York State License #138832    1979 - date

MEMBERSHIP OF PROFESSIONAL ASSOCIATIONS:

American Gastroenterological Association    1980 - date
New York Gastroenterological Association    1980 - date
    President 1991

American Association for the Study of Liver Diseases    1982 - date
New York Society for Gastrointestinal Endoscopy

MEMBERSHIP OF COLLEGE
    Royal College of Physicians (London),
    Member MRCP    1964 - 1985
    Fellow FRCP    1985 - date
    Fellow of American College of Physicians    1982 - date

AWARDS
    University of Cape Town Scholarship    1954
    (First prize winner - Four-distinctions
    in first professional Examination)

    Westdene Products Bursary    1957
    Westdene Products Bursary    1958

5

Abe Bailey Travelling Bursary to Great Britain                         1958-1959

Psychiatry Prize                                                       1958


TEACHING EXPERIENCE

University of Zimbabwe, Preceptor for Clinical Clerkship               1966-1976

University of Zimbabwe, Clinical lectures for 3rd - 5th year medical    1966-1976
students

Harare Hospital, Zimbabwe, Attending instructing students and house-staff   1966-1976
six months per year

University of Cape Town, South Africa, Preceptor for 4th year          1976-1979
Clinical Clerkship

Groote Schuur Hospital, Cape Town, Gastroenterology Attending, instructing   1976-1979
students and house-staff, 8 months per year

College of Physicians and Surgeons of Columbia University, 2nd year medical
student course in Abnormal Human Biology                               1980-1989
        Lecturer/ Preceptor                                            1980-1989
                                                                       1984 and 1985

College of Physicians and Surgeons of Columbia University             1986
Preceptor for second year Introduction to the patient

College of Physicians and Surgeons of Columbia University, Preceptor   1988-1990
3rd year Clinical Clerkship

Harlem Hospital Center, Ward Attending, instructing house-officers and   1979-1988
medical students twice annually

St. Lukes Roosevelt Hospital Center, Ward Attending, instructing       1984-1991

6

Page 7 of 21 received at 3/27/2008 1:37:10 PM [Eastern Daylight Time] on server AS-LINYFAXSVR04.

house-officers and medical students

| | |
|---|---|
| Mount Sinai School of Medicine, third year Clinical Clerkship | 1991 |
| Albert Einstein College of Medicine, Second year Pathophysiology of Gastroenterology,  Case conferences | 1995 - present |
| Albert Einstein College of Medicine, third year medical students Advanced Concepts Lecture Series | 1994 - 2005 |
| Beth Israel Medical Center, Gastroenterology Attending, instructing house-staff and fellows. | 1991- present |

## REGIONAL AND NATIONAL TEACHING CONFERENCES

| | |
|---|---|
| College of Physicians and Surgeons of Columbia University, Director of Postgraduate Course "Update in Gastroenterology and Hepatology", Director | 1985 & 1988 |
| Columbia University College of Physician and Surgeons, Post Graduate Course "Update in Gastroenterology and Hepatology", Organizing Committee | 1984- 1990 |
| Director of "Update in Gastroenterology" at Mohonk Mountain House | 1989 |
| New York Society of Gastrointestinal Endoscopy Annual Course, "Peroral Esophageal Prosthesis" | 1987 |
| Medical Society of the State of New York, Annual Assembly, "Life Style Abuses and The Liver," | 1988 |
| Central New York Academy of Medicine "New Treatments of Ulcerative Colitis and Crohn's Disease", New Hartford, New York | 1989 |
| New York Society of Gastrointestinal Endoscopy, Summer Course for fellows | 1991-1995 |
| "Frontiers in Gastroenterology" Faculty Development Meeting, New York | 1993 |

7

| | |
|---|---|
| Director "Frontiers in Gastroenterology "Two day Conference in Manhattan" | 1993 |
| Digestive Health Initiative (AGA) Speakers Bureau Meeting in Dallas | 1994 |
| Speaker, Digestive Health Initiative Consultants conference, Atlanta | 1994 |
| Initiative in the Management of Acid Related Disorders Development Meeting Dallas | 1995 |
| Speaker, Practical Prescribing Initiatives in Acid Peptic Disorders Conference for Consultants, Houston | 1995 |
| Town Meeting on Reflux Esophagitis, New York | 1991 |
| New York State Conference on Hepatitis C: Extra-hepatic Manifestations Rochester, NY Academy of Medicine, NY | 2004 2004 |
| Digestive Disorders in the 21st Century, Roosevelt Hotel, New York Fatty Liver Disease | 2005 |

## LOCAL GRAND ROUNDS AND CONFERENCES

| | |
|---|---|
| Phelps Memorial Hospital, Tarrytown, Chronic Pancreatitis, October | 1985 |
| Passaic General Hospital, Cimetidine, Ranitidine vs. Sucralfate for Peptic Ulcer, October Interfaith Hospital, Treatment of Peptic Ulcer Disease, April | 1985 1985 |
| Mary Immogene Bassett Hospital, Cooperstown, CPC, May | 1986 |
| Passaic General Hospital, Hepatitis A, B, Non-A, Non-B, March | 1987 |
| St. John, Hospital, Elmhurst, Serological Markers in Acute and Chronic | |

8

Hepatitis, September                                                    1987

Brooklyn Jewish Hospital, Medical Management of Peptic Ulcer Disease,  1987
October

Gold Water Memorial Hospital, Stress Ulceration, October              1987

LaGuardia Hospital, Hemorrhagic Gastritis and Treatment, October        1987

Parkway Hospital, Gastric Stress Ulcers, December                     1987

Kingsbrook Jewish Medical Center, Geriatric Gastroenterology, December 1987

Hospital Center at Orange, N.J., Comparison of H2 Blockers Sucralfate and
Prostaglandins in Peptic Ulcer Disease, October                         1988

    University of Rochester, GI Grand Rounds, AIDS and the Gut, May        1988

    Brookdale Hospital, Brooklyn, Treatment and Prevention of Stress
    Ulceration,  April                                            1988
    Lincoln Hospital, Bronx, Therapy of Gallstones, January                    1989

Pellham Bay Hospital, Bronx, Management of Cholelithiasis, January        1989

Phelps Memorial Hospital, Tarrytown, Hepatitis A, Hepatitis B and
Delta Agent, March                                                   1989

Palisades General Hospital, N.J. , Acute and Chronic Pancreatitis, March   1989

Union Hospital, Bronx, Management of Cholelithiasis, March              1989

Our Lady of Mercy Medical Center, Bronx, Options in Treatment of
Gallstone Disease, April                                                1989

St. Lukes Roosevelt Hospital Center, Ulcer Disease and Prostoglandins, May    1989

Putnam County Hospital, N.J., Management of Gallstones, October         1989

9

Mont Clair General Hospital, N.J., Treatment of Cholelithiasis, October    1989

Passaic General Hospital, N.J. Update in Peptic Ulcer Treatment, October 1989

Dinner Meeting, City Island, Management of Cholelithiasis, November    1989

Alexian Brothers Hospital, N.J. , New Options in Gallstone Therapy, November                                               1989

St. John's Hospital, Queens, Management of Gastric Stress Ulceration, November    1989

Palisades General Hospital, N.J. , Serum Markers of Hepatitis, December   1989

Syosset Hospital, New York, Treatment of Gallstones, December    1989

Horton Memorial Hospital, Middletown, Dissolution Therapy for Gallstones, January                                           1990

Livingston Hospital, N.J., Gallstone Therapy with Bile Acids, March            1990

Methodist Hospital, Brooklyn, Inflammatory Bowel Disease, March              1990

Far Rockaway Hospital, Gallstone Therapy, April    1990

South Nassau Community Hospital, Oceanside, Gallstone Therapy, April   1990

Neptune Hospital, N.J., Update on Gallstone Management, May    1990

Dover General Hospital, N.J., Current Treatment of Cholelithiasis, May   1990

Barnabas Hospital, Short Hills, N.J., Gallstone Therapy with Bile Acids May                                           1990

Franklin Genral Hospital, Valley Stream, Gallstone Disease, October          1990

10

Harlem Hospital Center, Pancreatitis, December                                      1990

Passaic General Hospital, N.J., Chronic Pancreatitis, January                       1991

Kingsbrook Jewish Medical Center, Brooklyn, Diagnosis and Treatment of
Gallstones, January                                                                 1991

SUNY Health Sciences Center at Brooklyn, Surgical Grand Rounds on Advances
in Viral Hepatitis, February                                                 1991

Elmhurst Hospital, New York, Diagnosis and Management of Biliary Disease,
March                                                                               1991

Raritan, Bay Medical Center, N.J., Stress Ulcer Prevention, March            1991

Victory Memorial Hospital, Brooklyn, Treatment of Duodenal Ulcers, April            1991

Harlem Hospital Center, Management of Gallstones, October                           1991

Passaic General Hospital, N.J. Management of Portal Hypertension, March             1992

Harlem Hospital Center, Pancreatitis, December                                      1992

St. Claire's Hospital, Treatment of Peptic Ulcer Disease, March              1994

University Hospital of Staten Island, Peptic Ulcer Disease, February                1995

Long Beach Memorial Hospital, H. pylori, The New Factor in  Management of
Peptic Ulcer Disease, June                                                          1995

St. Elizabeth's Hospital, N.J., H.pylori, The New Factor in Management              1995
        of Peptic Ulcer Disease

St Vincents Catholic Medical Center, Staten Island
        Spring Review Course, Hepatitis C                                           2005

St Vincents Catholic Medical Center, New York, NY:  Medical Grand Rounds
Update on Hepatitis B.  October                                          2006

Pharmaceutical Company sponsored presentations in New York and environs
to Physicians (Gastroenterologists and Internists), Nurse Practitioners
on        Acid     related    Diseases    of    GI    tract,    Hepatitis    B    and    C,    **numerous.**
                                                                                1985 to 2006

## OTHER PROFESSIONAL ACTIVITIES:

**Extra-Mural Consulting**

Blue Cross/Blue Shield Committee on Computer Protocol for Laparoscopic
Cholecystectomy                                                          1992

Consultant to Blue Cross/Blue Shield for Expert, Second Level Review
of Cholecystectomy.                                                      1992 to 1994

Pharmaceutical Corporations including Schering Plough, Gilead, Bristol
Myers Sqibb, Idenix,                                                     1995 to 2006

**Journal Manuscript Reviews**

Annals of Internal Medicine
Hepatology
American Journal of Gastroenterology
Gastrointestinal Endoscopy

12

PUBLICATIONS

Original Peer Reviewed Reports

1.  Clain DJ, Gelfand M: Jaundice and pneumonia in the African. C Afr J Med 10:217-221,
    1964.

2.  Clain DJ, Wartnaby K, Sherlock S: Abdominal arterial murmurs in Liver disease. Lancet
    2:516-519, 1966

3.  Clain DJ, Freston JW, Kreel L, Sherlock S:  Clinical diagnosis of the Budd-Chiari
    Syndrome. Am J Med 43:544-554, 1967.

4.  Jones EA, Clain DJ, Clink H, MacGillivray M, Sherlock S:Hepatic coma due to acute
    hepatic necrosis treated by exchange blood transfusion. Lancet 2:169-172, 1967.

5.  Kreel L, Freston JW, Clain DJ: Vascular radiology in the Budd-Chiari Syndrome. Br J
    Radiol 41:662-668, 1968
        6.# Clain DJ, McNulty J: A radiological study of the lymphatics of the liver.  Br J
        Radiol 41:     662-668, 1968.

        7.  Wicks ACB, Clain DJ:  A guide wire for rapid jejunal biopsies with the Crosby
        capsule.     Gut 13:571, 1972.

        8.  Levy LF, Baldachin BJ, Clain DJ: Intracranial Bilharzia. C Afr J Med 21:76-84,
        1975.

        9.# Wicks ACB, Thomas GE, Clain DJ:  Gastrointestinal phytobezoars in Africans.
        Am J     Gastroenterol 64:392-396, 1975.

        10.# Wicks ACB, Clain DJ: Chronic pancreatitis in African diabetics. Am J Dig Dis
        20:1-8,     1975.

        11.# Wicks ACB, Thomas GE, Clain DJ:  Comparison of fibreoptic endoscopy in
        acute upper     gastrointestinal haemorrhage in Africans and Europeans. Br Med J

13

4:259-260, 1975.

12.# Thomas GE, Clain DJ: Endemic Tropical sprue in Rhodesia. Gut 17:877-887, 1976.

13.# Thomas GE, Clain DJ, Wicks ACB:  Tropical enteropathy in Rhodesia. Gut 17:888-894,     1976.

14.# Wicks ACB, Thomas GE, Clain DJ, Loon N, Seggie J, Bramston B: Cirrhosis of the liver     in Rhodesian Blacks. S Afr Med J 51:911-914, 1977.

15.# Thomas GE, Wicks ACB, Clain DJ:  Advantages of the plasma uptake method for     measuring vitamin B-12 absorption.  S Afr Med J  51:887-889, 1977.

16.# Thomas GE, Wicks ACB, Clain DJ, Loon N, Seggie J, Bramston B: Hepatocellular     carcinoma in the Rhodesian African.  Am J Dig Dis 22:573-581, 1977.

17. Seggie J, Saunders DJ, Kirsch RE, Campbell JAH, Gitlin N, Clain DJ, Terblanche J:     Patterns of hepatic injury induced by methyldopa.  S Afr Med J 55:75-83, 1979.

18.# Clain DJ, Brown AA, Clain JE:  Colonoscopy in lower gastrointestinal hemorrhage. S Afr     Med J 55:713-714, 1979

19. Bornman PC, Marks IN, Girdwood AH, Clain JE: Narunsky L, Clain DJ, Wright JP:     Is pancreatic duct obstruction or stricture a major cause of pain in chronic pancreatitis?
    Br J Surg 67:425-428, 1980.

20.#*Kussin SZ, Henry C, Navarro C, Stenson W, Clain DJ:  Gas within the wall of the     stomach.  Report of a case and review of the literature.  Dig Dis Sci 27:949-954,
    1982.

21. *Navarro C, Clain DJ, Kondlapoodi P:  Perforated diverticulum of the terminal ileum: A     previously unreported cause of suppurative pyelephlebitis and multiple

14

hepatic abscesses. Dig Dis Sci 29:171-174,1984.

22. *Greenstein RJ, Clain DJ, Straus E. Yalow RS: Distribution molecular forms and
bioactivity of immunoreactive gatrin in gastrinoma. Am J Gastroenterol
82:886-889, 1987.

23.#*Comer GM, Mukhrjee S, Sachdev RK, Clain DJ: Cardiolipin-Fluorescent (MI)
antimitochondrial antibody and cholestatic hepatitis in secondary syphilis.
Dig Dis Sci
34:1298-1302, 1989.

24.# Rosario MT, Raso CI, Comer GM, Clain DJ: Transnasal brush cytology for the
diagnosis of candida esophagitis in the acquired immunodeficiency syndrome.
Gastro-
intestinal Endoscopy 35:102-103, 1989.

25.#*Comer G, Mukerjee S, Scholes JV, Holness LG, Clain DJ: Liver biopsies in the
acquired immune deficiency syndrome: Influence of endemic disease and drug
abuse. Am J
Gastroenterol 84:1525-1531, 1989.

26.#*Comer GM, Ozick LA, Sachdev RK, Kumar S, Taunk JL, Smith JA, Lee TP,
Clain DJ: Transfusion related chronic liver disease in sickle cell anemia. Am
J Gastroenterol.
86:1232-1234, 1991.

27. Dettmer RM. Reinus JF. **Clain** DJ. Aytaman A. Levendoglu H. Bloom AA.
Isaacson MP. Spinnell M. Meyer D. Sarabanchong V. Zhang Y. Garcia-
Carrasquillo RJ. Markowitz DD. Magun AM. Worman HJ. Interferon-alpha-2b
and ribavirin for retreatment of chronic hepatitis C. [Clinical Trial. Clinical Trial,
Phase III. Controlled Clinical Trial. Journal Article. Multicenter Study]
*Hepato-Gastroenterology. 49(45):758- 63, 2002*

28. Restrepo A, Johnson TC, Widjaja D, Yarmus L, Meyer D, Clain D J,
Bodenheimer Jr H C and Min A D: The rate of treatment of chronic hepatitis C in
patients co-infected with HIV in an urban medical center. JVH 11:1-5, 2004

15

29. Kavitha Gopal, Timothy C. Johnson, Saraswathi Gopal, Aaron Walfish, Christine T. Bang, Pauline Suwandhi, Helene N. Pena-Sahdala, David J. Clain, Henry C. Bodenheimer Jr., Albert D. Min.   Correlation between beta-lipoprotein levels and outcome of hepatitis C treatment.  Hepatology 44:335-340, 2006

30. <u>Narasimhan G, Sargios TN, Kalakuntla R, Homel P, Clain DJ, Theise ND, Bodenheimer HC Jr, Min AD.</u>  Treatment rates in patients with chronic hepatitis after liver                                                                                     biopsy
J Viral Hepat. 2006 Nov;13(11):783-6.

<u>Other Publications</u>

29.  Clain DJ: Recent advances in jaundice. C Afr J Med 15:11-14, 1969.

29.#*Clain  DJ,  Lefkowitch  JH.    Fatty  liver  disease  in  morbid  obesity. Gastroenterology Clinics
      of North America 16:239-252, 1987.

# Senior author
* Publications since last promotion

<u>TEXTBOOK  CHAPTERS</u>

    Clain DJ.  LIVER. In Gelb AM (Ed). Gastrointestinal Disorders in the Elderly, First        Edition, Marcel Dekker, Inc., New York, Spring  1996

    Clain DJ.  VIRAL HEPATITIS. In Hurst JW (Ed). Medicine for the  Practicing Physician,       Fourth Edition, Appleton and Lange, Norwalk,  Connecticut, March 1996

    Clain DJ.  ASCITES. In Hurst JW (Ed). Medicine for the Practicing Physician, Fourth        Edition, Appleton and Lange, Norwalk,   Connecticut, March 1996

16

Clain DJ. ISOLATED ELEVATION OF THE SERUM LEVEL OF ASPARTATE AMINOTRANSFERASE. In Hurst JW (Ed). Medicine for the Practicing Physician, Fourth      Edition, Appleton and Lange, Norwalk, Connecticut, March 1996

Clain DJ. ELEVATED SERUM  ALKALINE PHOSPHATASE LEVELS. In Hurst JW      (Ed). Medicine for the Practicing Physician, Fourth Edition,  Appleton and Lange, Norwalk,      Connecticut, March 1996

Clain DJ. JAUNDICE. In Hurst JW (Ed). Medicine for the Practicing Physician, Fourth      Edition,  Appleton and Lange, Norwalk,  Connecticut, March 1996


## ABSTRACTS PRESENTED AT SCIENTIFIC MEETINGS

Clain DJ, Sherlock S, Wartnaby K: Arterial murmurs over the liver: a sign of hepatic tumors.
Abstracts of scientific meeting of the Royal College of Physicians of London, February 1966.

Clain DJ, Sherlock S: The effect of intra-abdominal pressure changes on cardiac output, portal pressure and hepatic blood flow.
Abstracts of meeting in honour of Dr. Franz Ingelfinger, London 1966.

Clain DJ: Some aspects of malabsorption in Rhodesian Africans with particular reference to deficiency of intestinal lactase and its clinical significance.

Abstracts of 1st Rhodesian Medical Congress, Bulawayo, August 1968.

Clain DJ: Malabsorption in Rhodesian Africans with special reference to tropical sprue.
Abstracts of Biennial Congress of the Association of Physicians of South Africa, Johannesburg, August 1968.


Clain DJ: Disaccharidase deficiency and disaccharide intolerance in Rhodesian

17

Africans.
Abstracts of Biennial Congress of the Association of Physicians of South Africa,
Johannesburg, August 1968.

Clain DJ: The radiological diagnosis of hepatic vein thrombosis.
Abstracts of the 1st South African International Radiological Congress, Johannesburg,
September 1968.

Clain DJ: A radiological study of the lymphatics of the liver.
Abstracts of the 1st South African International Radiological Congress, Johannesburg,
September 1968.

Clain DJ: Lactose intolerance in Rhodesian Africans.
Abstracts of Gastroenterology Symposium, Port Elizabeth, September 1969.

Thomas GE, Clain DJ:   Tropical sprue in Rhodesia.   British Society of
Gastroenterology, October 1974. Gut 15:823, 1974.

Thomas GE, Clain DJ: Tropical sprue in Africans in Mashonaland.
Abstracts of 5th World Congress of Gastroenterology Mexico, November 1974.

Clain DJ, Thomas GE, Wicks ACB: Abnormalities of the small intestine in normal
Rhodesian Africans.
Abstracts of Biennial Congress of the Association of Physicians of South Africa,
Pretoria, July 1974.

Clain DJ, Wicks ACB, Thomas GE: Comparison of upper gastrointestinal fibreoptic
endoscopy in Africans and Europeans in Rhodesia.
Abstracts of meeting of the SA Gastroenterology Society, Bloemfontein, October
1976. S Afr Med J 52:86, 1976.

Wicks ACB, Thomas GE, Clain DJ: Cirrhosis of the liver in Black Africans.
Abstracts of meeting of the SA Gastroenterology Society, Bloemfontein, October
1976, S Afr Med J 52:86 1976.

18

Bank S, Marks IN, Barbezat GO, Miles A, Castle L, Terblanche J, Clain DJ: Pancreatic duct disruption.
Abstracts of meeting of the SA Gastroenterology Society, Bloemfontein, October 1976. S Afr Med J 52:87, 1977.

Clain DJ, Thomas GE, Wicks ACB, Loon N, Seggie J. Bramston B: Primary carcinoma of the liver in the Rhodesian African.
Abstracts of meeting of the SA Gastroenterology Society, Bloemfontein, October 1976. S Afr Med J 52:86, 1977.

Clain DJ, Brown AA, Clain JE, Bank S. Colonoscopy in lower gastrointestinal haemorrhage.
Abstract of International Meeting "Hormones of the gut and brain", South African Societies for Endocrinology and Gastroenterology, Cape Town, December 1977.

Bornman PC, Marks IN, Girdwood AH, Clain JE, Narunsky L, Clain DJ: The clinical significance of pancreatic duct abnormalities at endoscopic retrograde pancreatography in chronic calcific pancreatitis.
Abstracts of meeting of the Surgical Research Society of SA, July 1979.

Dettmer R, Reinus J, Clain D J, Aytaman A, Levendoglu H, Bloom A A, Sarabanchong V,
Puppo M D, Meyer D, Spinnell M, Garcia-Carrasquillo R J, Magun A M. Double-blind, Multicenter, Placebo-Controlled Trial of Interferon alpha-2b for retreatment of relapsers and non-responders with Chronic Hepatitis C who failed previous treatment with Interferon. Gastroenterology 1999:116;L0099

Blechman MB, Charney JA, Friedmann P, Clain DJ, Bergasa NV.
Interferon-Alpha (IFN-a) Therapy in Patients with Chronic Hepatitis C on Methadone. Gastroenterology 1999:116; G1287

Sargios TN, Kalakuntla R, Narasimhan G, Dubrovskaya V, Homel P, Clain D J, Bodenhimer HC, Min A. Hepatology 2003, 1192

Danesh B, Kim J, Labowitz D A, Davatgarzedeh A, Suwandhi P, Walfish A, Grosman

19

I M , Clain D, Bodenheimer H C, Min A D.    Accuracy or APRI in Predicting
Significant Hepatic Fibrosis and Cirrhosis in Patients with Chronic Hepatitis C and
HIV Co-infection. Gastroenterology 2005; 128:1219

Meyer T, Golla V, Pena Sahdala H, Clain D J, Bodenheimer H C, Min A D
Validation of Platelet Count/Spleen Diameter Ratio as a Noninvasive Method to
Screen for Presence of Varices in Cirrhotic Patients. Gastroenterology 2006: 130:581

20

Page 21 of 21 received at 3/27/2008 1:37:10 PM [Eastern Daylight Time] on server AS-LINYFAXSVR04.

TOTAL P.21