UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

------------------------------------------------------------x

JEAN LIN,

                Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE Co.,

                Defendant.

------------------------------------------------------------x

07 Civ. 03218 (RJH)

**ORDER**

        On June 27, 2008, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court established the following schedule:

1. Defendants' to file motion for summary judgement by July 03, 2008.

2. Plaintiff's opposition papers due by August 04, 2008.

3. Defendant's reply papers due by August 18, 2008.

Dated: New York, New York
June 30, 2008

                              SO ORDERED:

                              _____
                              Richard J. Holwell
                              United States District Judge