*Exhibit B*



**10101 Renner Blvd, Lenexa, KS 66219**
**DIRECTOR (Robert L. Breckenridge MD)----MEDICAL DIRECTOR (Richard Braun MD)**

| INSURANCE COMPANY: | METLIFE | MEDICAL DIRECTOR: | JACKI GOLDSTEIN M.D. |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **APPLICANT:** | BANG LIN | **HEIGHT:** | |
| **DOB/(AGE)/SEX:** | 08/06/1969 (37) M | **WEIGHT:** | |
| **STATE/ZIP:** | CA 92620 | **PULSE-1 / 2:** | |
| **CONTRACT NUMBER:** | 204126416 | **BLOOD PRESSURE-1 / 2:** | |
| **ACCESSION NUMBER:** | 00000062795681 | **SAMPLE VOID DATE:** | 08/18/2004 |
| **DATE TEST PERFORMED:** | 08/19/2004 | **CHAIN OF CUSTODY:** | . |
| **REPORT CREATED:** | Tue Jan 30 15:58:42 EST 2007 | | |

## IMMUNOLOGY

| TEST NAME | UNITS | RESULTS | NOTE | REFERENCE RANGE |
|---|---|---|---|---|
| HIV-1 ANTIBODY (URINE) | | | | NEG |

## URINALYSIS RESULTS

| TEST NAME | UNITS | RESULTS | NOTE | REFERENCE RANGE |
|---|---|---|---|---|
| COCAINE | | NEG | | NEG |
| URINE SCREEN BLOOD (RBC) | /HPF | | | |
| URINE SCREEN LEUKOCYTES (WBC) | /HPF | | | |
| URINE TOTAL PROTEIN (ALB) | mg% | 12.0 | | 0 - 30 |
| MALB | mg/dL | | | |
| URINE CREATININE | mg/dL | 262.4 | H | 27.0 - 260.0 ADULTERANT RANGE:>5 |
| URINE GLUCOSE | gm% | NEG | | NEG |
| THIAZIDE | | NEG | | NEG |
| BETA BLOCKER (BAB) | | NEG | | NEG |
| NICOTINE (COTININE) | | NEG | | NEG |
| HYL CAST | /40 LPF | | | |
| GRN CAST | /40 LPF | | | |
| A/C RATIO | MG/MGCR | 0.05 | | 0 - .20 |
| Ph | | 5.6 | | 4.0 - 8.7 |
| SPECIFIC GRAVITY | | | | |

## NOT TO BE USED FOR DIAGNOSTIC PURPOSES

ML LIN 00340



**10101 Renner Blvd, Lenexa, KS 66219**
**DIRECTOR (Robert L. Breckenridge MD)---MEDICAL DIRECTOR (Richard Braun MD)**

| | | |
|---|---|---|
| **INSURANCE COMPANY:** | METLIFE | **MEDICAL DIRECTOR:** JACKI GOLDSTEIN M.D. |

| | |
|---|---|
| **APPLICANT:** | BANG LIN |
| **DOB/(AGE)/SEX:** | 08/06/1969 (37) M |
| **STATE/ZIP:** | CA 92620 |
| **CONTRACT NUMBER:** | 204126416 |
| **ACCESSION NUMBER:** | 00000062795681 |
| **DATE TEST PERFORMED:** | 08/19/2004 |
| **REPORT CREATED:** | Tue Jan 30 15:58:42 EST 2007 |

**HEIGHT:**
**WEIGHT:**
**PULSE-1 / 2:**
**BLOOD PRESSURE-1 / 2:**
**LAST MEAL DATE/TIME:** 08/17/2004 21:00
**SAMPLE DRAWN DATE/TIME:** 08/18/2004 09:30 AM
**CHAIN OF CUSTODY:**

## IMMUNOLOGY

| TEST NAME | UNITS | RESULTS | NOTE | REFERENCE RANGE |
|---|---|---|---|---|
| HIV-1 ANTIBODY (BLOOD) | | NEG | | NEG |

## BLOOD CHEMISTRY RESULTS

| TEST NAME | UNITS | RESULTS | NOTE | REFERENCE RANGE |
|---|---|---|---|---|
| SERUM APPEARANCE | | | | |
| TRIGLYCERIDES | mg/dL | 189.0 | H | 0 - 150 |
| BUN (BLOOD UREA NITROGEN) | mg/dL | 20.0 | | 9 - 25 |
| GLUCOSE | mg/dL | 93.0 | | 60 - 109 |
| FRUCTOSAMINE | mg/dL | | | |
| HEMOGLOBIN A1C | % | | | |
| CREATININE | mg/dL | 1.0 | | 0.7 - 1.5 |
| ALKALINE PHOSPHATASE | U/L | 65.0 | | 30 - 125 |
| TOTAL BILIRUBIN | mg/dL | 2.3 | H | 0.2 - 1.5 |
| AST (SGOT) | U/L | 25.0 | | 0 - 33 |
| ALT (SGPT) | U/L | 35.0 | | 0 - 45 |
| GGT | U/L | 28.0 | | 0 - 65 |
| CDT | | | | |
| TOTAL PROTEIN | g/dL | 7.3 | | 6.1 - 8.2 |
| ALBUMIN | g/dL | 5.0 | | 3.6 - 5.0 |
| GLOBULIN | g/dL | 2.3 | | 2.1 - 3.9 |
| HEPATITIS B SURFACE ANTIGEN | | | | |
| HEPATITIS C ANTIBODY | | | | |
| PSA | ng/mL | | | |
| CHOLESTEROL | mg/dL | 180.0 | | 140 - 199 |
| HDL CHOLESTEROL | mg/dL | 41.0 | | 35 - 80 |
| LDL (CALCULATED) | mg/dL | 101.0 | | 0 - 129 |
| CHOL/HDL RATIO | | 4.4 | | 0 - 4.999 |
| LDL/HDL RATIO | | 2.47 | | .9 - 5.3 |

## NOT TO BE USED FOR DIAGNOSTIC PURPOSES