*Exhibit C*

Case 1:07-cv-03218-RJH     Document 23-4     Filed 07/03/2008     Page 1 of 3



### Individual Life Death Claim Form

| For Company use only: | |
|---|---|
| Branch/District and Agency Numbers | 95L , 818-1 |
| Payment Direction (circle one): | Payee  (Branch/District)  Broker |

In order to process your claim as quickly as possible we need some information about you and the insured. Please submit the insurance policies, and an official certified copy of the death certificate with the claim form. Each claimant must submit his or her own claim form. Only one certified copy of the death certificate must be submitted.

**A. Insured Information**

Name: BANG  CHAO  LIN      Date of Death: 8/6/1969  8/11/2006

Please list all life insurance policy numbers on which you are filing claim: 99300679 PR-R   204126416 ET

All policies listed below (except those where claim is being made under a Waiver of Premium rider) should be submitted with your claim.
If policies are not attached, please state why: _____

Address: 38  DAISY , IRVINE . CA  92618
(Number  Street Name, Apt/Box # (if any), City, State, Zip)

Marital Status: Single ___ Married ✓ Widow/Widower ___ Separated ___ Divorced ___

Date of Birth: 8/6/1969    Place of Birth: TAIWAN

Is Claim being made for Accidental Death Benefits? Yes ___ No ✓ (If yes, please refer to the Additional Information on page 6.)

If you would like us to check for additional life insurance coverage with MetLife or with one of our affiliates listed below, please be sure to complete Section G of the claim form on page 4.

**B. Claimant Information**

Name: JEAN  LIN    Date of Birth: 5/19/1971   Sex: Male ___ Female ✓

Social Security or Trust/Estate Identification Number or Social Security Number of any minor child: 128 , 64 , 5329

Phone Number (in case we need to contact you). Day (949) 551-6301  Evening ( ___ ) ___

Address: 38  DAISY ,  IRVINE . CA
(Number  Street Name, Apt/Box # (if any), City, State, Zip)

Your relationship to the insured. Husband/Wife ✓  Child ___ Other ___ (Explain)

E-mail Address (if available): ___

**C. Claimant Signature & Tax Certification**

Your Social Security or Trust/Estate Identification Number or Social Security Number of the minor child: ___ / ___ / ___

If you are claiming on behalf of a minor child, please provide the child's name, address, and telephone number

Under the penalties of perjury I certify:

1) That the number shown above is my correct taxpayer identification number; and 2) That I am not subject to backup withholding because: (a) I have not been notified by the IRS that I am subject to backup withholding as a result of failure to report all interest or dividends; or (b) the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a U.S. citizen or U.S. resident for tax purposes. *(Please note: Cross out and initial item 2 if subject to backup withholding as a result of a failure to report all interest and dividend income. The Internal Revenue Service does not require your consent to any document other than the certifications to avoid backup withholding.)
*If you are not a U.S. Citizen or a U.S. resident for tax purposes, please complete form W-8BEN.

Sign Here: [signature]   Date: 9/19/06

Witness' Signature: [signature]   Date: 9/19/06

Print Witness' Name: JUDY HUANG    Witness' Address: 17800 CASTLETON ST., #118, CITY OF INDUSTRY, CA 91748

First MetLife Investors Insurance Company
General American Life Insurance Company
MetLife Investors USA Insurance Company
Metropolitan Life Insurance Company
Metropolitan Tower Life Insurance Company
New England Life Insurance Company
MetLife Investors Insurance Company
MetLife Investors Insurance Company of CA

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## HEALTH CARE AGENCY
1200 N. MAIN STREET, SUITE 100-A
SANTA ANA, CA 92701

### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3 2006 30 010985

| Field | Value |
|---|---|
| 1. Name of Decedent — First | Bang |
| 2. Middle | Chao |
| 3. Last (Family) | Lin |
| AKA Also Known As | Ben - Lin |
| 4. Date of Birth | 08/06/1969 |
| 5. Age Yrs | 37 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | Taiwan |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | No |
| 12. Marital Status | Married |
| 7. Date of Death | 08/11/2006 |
| 8. Hour (24 Hours) | 1025 |
| 13. Education | HS Graduate |
| 14. Was Decedent Hispanic/Latino/a/Spanish | No |
| 15. Decedent's Race | Chinese |
| 17. Usual Occupation | Self-Employed |
| 18. Kind of Business or Industry | Computers |
| 19. Years in Occupation | 11 |
| 20. Decedent's Residence | 38 Daisy |
| 21. City | Irvine |
| 22. County/Province | Orange |
| 23. Zip Code | 92618 |
| 24. Years in County | 9 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | Jean Lin - Wife |
| 27. Informant's Mailing Address | 38 Daisy, Irvine, CA 92618 |
| 28. Name of Surviving Spouse — First | Jean |
| 30. Last (Maiden Name) | Hsu |
| 31. Name of Father — First | Nai |
| 32. Middle | Yuh |
| 33. Last | Lin |
| 34. Birth State | China |
| 35. Name of Mother — First | Mei |
| 36. Middle | Shiang |
| 37. Last (Maiden) | Lin |
| 38. Birth State | China |
| 39. Disposition Date | 08/24/2006 |
| 40. Place of Final Disposition | Rose Hills Memorial Park, 3888 Workman Mill Rd., Whittier, CA 90601 |
| 41. Type of Disposition(s) | BU |
| 42. Signature of Embalmer | W. R. Prim |
| 43. License Number | 5595 |
| 44. Name of Funeral Establishment | Universal Chung Wah Funeral Home |
| 45. License Number | FD-37 |
| 47. Date | 08/18/2006 |
| 101. Place of Death | Hoag Memorial Hospital Presbyterian |
| 102. If Hospital, Specify One | IP |
| 104. County | Orange |
| 105. Facility Address | 1 Hoag Drive |
| 106. City | Newport Beach |

### 107. Cause of Death

| | | Time Interval |
|---|---|---|
| Immediate Cause (A) | Respiratory Failure | Mins. |
| (B) | Pneumocystis Carinii Pneumonia | 1 Month |
| Underlying Cause (C) | Stage IV Gastric Carcinoma | 9 Mos. |

108. Death Reported to Coroner? No
109. Biopsy Performed? Yes
110. Autopsy Performed? No
111. Used in Determining Cause? No

112. Other Significant Conditions: None

113. Was Operation Performed: Exploratory Laparotomy & G Tube Placement 04/10/2006

115. Signature and Title of Certifier: M.D.
116. License Number: G078726
118. Date: 08/15/2006
119. Type Attending Physician's Name: Warren Fong, M.D., 351 Hospital Road, Suite 305, Newport Beach, CA 92663

Decedent Attended Since: 12/22/2005
Decedent Last Seen Alive: 08/11/2006

FAX AUTH. #: 23068



CERTIFIED COPY OF VITAL RECORDS   08/24/2006

*001962180*

STATE OF CALIFORNIA
COUNTY OF ORANGE } SS

DATE ISSUED

Hildy Meyers, M.D.
HILDY MEYERS, M.D.
INTERIM HEALTH OFFICER
ORANGE COUNTY, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION, ORANGE COUNTY HEALTH CARE AGENCY.

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ML LIN 00270