*Exhibit E*

Name _Lin. Bang_  Sex _M_  Birthday _8-6-1969_  Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|
| AUG 07 2004 | |

HBV - - S/p Intron 98.

HBV - DNA last yr 20, 2/7/04

DNA 282

LFTS.

HBV eAg (+) → (-)

Plt 233 K

HBV - DNA low titer vs nl

prevention

① CBC / SMA 24 / dFP

② HAV - Ab total - nil dat

8-7-04  HBV

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

ML LIN 00092

Name __Lin, Bang__ Sex. __M__ Birthday __8-6-69__ Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|

**JUL 1 2 2003**
M10. W<

① HB Ve Ag ☺ 17/12 — but turn ⊖ pregnancy

2/3/45  7/7.03
9/9/13  78?1
30/415  194.8
070.22

② % hereditory ē rach

EⓌ(FT~; ⌇EE, HBV-DNA uⓆ.
mail to pt

①i2.8% HLF creamboy

Ⅲ 2 8 2003 mailed 7/21 Blood test to pt                              l

**FEB 0 7 2004**
PP0
2.13.04
3/850  070.22
3645  790.4

① F/m fw HBV     & HBeANT-nl, cv-nl
                    lx -coA out-ne.
                    Explne

E① HBVeAg/HBV-DNA ud / sMB 24/oac/ua

② us ok ord.

③ VBP.

**MAR 3 0 2004** faxed 2-7-04 lab to pt 949-756-2770     le

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00093

Name _Lin, Bang_____ Sex _M_ Birthday _08-06-69_ Chart No._____

| DATE | PROGRESS NOTES |
|------|----------------|
| DEC 23 2002 | mailed 12/14/02 lab report to pt. |
| FEB 0 8 2003 | WT: 172.6 LB z shoes                BP: 90/66              P: 72 |
| ppd  G | ① HBV  S/p intron 98. |
| S/p | L.F.T. vz ↑ |
| intron | HBV eAg ⊕→⊝→⊕ |
| X 98 | |
| | K₂ ① HBV – DNA uQ – mail to pt. |
| | ② |
| 2/28/03 | HBV–DNA 0.020 ↑ |
| MAR 0 1 2003 | mailed 2/19.03 lab report to pt. |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00094

Name _Lin, Bang_    Sex _M_    Birthday _08-06-1969_ Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|
| MAY 1 8 2002 | BP : 90/74    P : 64    Wt : 175/lbs |
| ppo    m | |
| 61702  5.20.02 | ⊕ HB V —   HBVeAg ⟶ HBVeAg |
| 9613  070.22 | (+)    ⊖ |
| 2645  790.4 | |
| | My - ⊕⊕ LFT's / HBVeAg / HBVs Ag ⊖    mail to pt |
| | (+) |
| | m |
| | m |
| MAY 2 5 2002 | mailed 05/18. ᴅ lab report to pt.    ⊂L. |
| DEC 1 4 2002 | |
| PE.0    ⊕ | HBV - 5/p Intron   HBVeAg⊕ ⟶ ⊖ ⟶ ⊕ |
| 30604  12.14.02 | W LFTi, |
| 9573  070.22 | |
| 3645  790.4 | |
| | ½   ① CBC / SMA-24 / LFP / HBVeAg w/  mail to pt |
| | ⊖ |
| | ⊗ RTC 6 munh |
| | m |
| | J |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

ML LIN 00095

Name _Lin, Bang_____ Sex _M_ Birthday _8-6-1969_ Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|
| DEC 15 2001 | ① ® H₄V — HbVsAg ④ → ⊝ |
| ↓↓° | LFTₛ |
| 23/02 (2.1].°) | |
| 9943 °]6.22 | |
| 190.4 | ℞ - ahd - ⊝ |
| | SCLD -8 |
| | Imp Chun HBV camer, ²/p Intant® |
| | ℞ — esse LFTₛ /HbVsAg ✓ |
| | |
| | |
| | |
| DEC 26 2001 | mail 12/15 lab report to pt. · |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

ML LIN 00096

Name _Lin, Bang_____ Sex _M_ Birthday _8-6-1969_ Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|
| OCT 07 2000 | ① CVD - HBV |
| 13774  10.9.2000 | |
| 99743  070.22 | |
| 3645   190.4 | HBVe Ag⊕ → ⊖ → ⊕ ? |
| | ½. ⊕ HBVe Ag , SMA7, LFT's. — until ↑pt |
| | ① RTC 1-2mk |
| OCT 14 2000 | Mailed 10/7 blood test report to pt.      Can |
| JUL 21 2001 | ⊕ HBV — HBVe Ag ⊕ → ⊖ |
| 13+ | for Flu, nw 4> |
| PPO | |
| 2013 7.23.0 | ½ ⊕ HBVsAg / HBVeAg / LFT's / SMA-7 / CBC/lipid |
| 99743  571.40 | profile |
| 740.4 | |
| JUL 28 2001 | mailed 7/21- 7/23 lab report to pt.      MH. |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00097

Name _Lin . Bang_____ Sex _M_ Birthday _8-6-1969_ Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|
| JUN 17 2000 | ① EU7 - (HBVcAgⱺ) |
| 11/29 6.19.2000 CVPTB 5/0.55 190.14 | HBVeAgⱺ  α-IF → (HBVeAgⱺ) |
| | Vac  HBVsAg / LFTs / HBVeAg / SMA=7 |
| | bp TG/ Cholesterol / UA |
| | BL |
| JUL 03 2000 | mailed 6/17 lab report to pt          SW |
| JUL 07 2000 | Faxed the 6/17 Lab report to Orange County Health Dept |
| | Fax # 714) 834-8186  Attn: Annatte |
| | A. |
| 7/7/00 | Fax (949) 756-2770. the Rx for BUN/Cr |
| | |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601  •  Fax: (626) 810-2556

ML LIN 00098

Name _Lin, Bang_____ Sex _M_ Birthday _8-6-68_ Chart No._____

## PROGRESS NOTES

JUL 17 1999

7.19.99 ① C L① —H8 Veffy → ⊕ → ☺

99>14 070.>>
36415 740.4      H8 Vs Aj ⊕

½ = H8 Vs Aj
     H8 V e Aj
     CBC / LFTs

JUL 24 1999   mailed ½ blood report to pt.     Sam

DEC 18 1999

① C ι① — Cancer

7165 12 1899
93>12 0 7 0 >>
36415 790.4

½   LFTs / H8 V e Aj / H83 V s Aj

JAN 07 2000   mailed 12/18 blood test result to pt.    Cancer

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax (626) 810-2556

ML LIN 00099

Name _Lin, Bang_____ Sex _M_ Birthday _8-6-69_ Chart No._____

| DATE | PROGRESS NOTES |
|------|----------------|
| FEB 06 1999 | LMP |
| | PREGNANT |

① CW - HSV — HBVₑₐgₐg⊕ → HBVeAg ⊖

5/p ×2F        ⊂ HBV- DNA → nl
×4 month

on ∝IF fx

9.9.214 070.22
36415 790.4    ① CBC / HBVeAg / HBVs Ag / CFTs

② RTC 2 month

③ d/c ∝-IF

FEB 11 1999   mailed lab report (2-8-99) to pt.

MAR 27 1999   ① CW - HBV

1532  6.10.99   - HBVeAg
9923 070.22    - G6TP 49 ↑
790.4

RTC 3 month

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax (626) 810-2556

ML LIN 00100

Name _Lin, Bang_  Sex _M_  Birthday _8-6-69_  Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|
| DEC 12 1998 | H  ① α IF sine 10/3/98. |
| P | HBVe Ag ⊕ → ⊝. |
| 981229 | LFTs 4/c GOT/GPT -ve  GGTP - 93 |
| 9G213  070.32 | |
| 3645  790.4 | HC ① CFTs/CBC |
| | ② HBVeAg / HSV - DNA quantitative  -wait to pt |
| | ③ |
| DEC __ 1998 | refilled αIf  A comn S vites |
| JAN 09 1999 | H  ① HBV - HBVeAg ⊕ → HBVeAg ⊝ |
| | HBV - DNA - ve |
| 990111 | |
| 9G213 57.0 | |
| 3645 07.72 | Imp. HBV-in remission |
| | LFTs / TG/cholesterol /CBC |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00101

Name Lin Bang          Sex M  Birthday 8-6--69  Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|
| OCT 03 1998 | Instructed pt for LIF self - Injection |
|  |  cc. |
| OCT 08 1998 | mail Abdominal Ultrasound to Pt. |
| AC |  |
| OCT 24 1998 | ① αIF X 3wc. |
| 981128 |  |
|  | no % mr |
| 10/3/98 | sup  HBV ~ αIF |
|  | Key ① CBC / LFT5 / HBVeAg - |
|  | ② RTC 5wc         BL. |
| NOV 14 1998 | ① On α-IF      LFT = 60T 34/6A/49 . |
| 981128 | HBVeAg ⊖ ← HBVeAg ⊕ |
|  | sup  ? elimination of HBVeAg . |
|  | Kz ① LFT5 |
|  | ② RTC 1month |
|  |         H. |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (818) 810-5601 • Fax: (818) 810-2556

Name _Lin, Barry_____ Sex _M_ Birthday _5-6-69_, Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|

**SEP 19 1998**

016673 ① HBV — ↑ LFT's — HBVs Ag⊕/HBVeAg⊕

EVL⊂ 19 18.98.

97213 07.0.22 2mp Chronic active HBV
364112 740.40

Rx ① HBV — DNA Quantitative
PT/PTT.

③ Injection type to pt

---

**SEP 29 1998**

981128

97013 070.22
790.4

HBV — DNA — 660 pg/ml
PIT .194      alb 4.8
PT 14-0

2mp — CLD — HBV active.

Rx Ou S q abd
① 2LF — 10mu T2W
③ Appt c come.      BL

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00103

PATIENT'S NAME: Lin, Bang (M)        REFERRAL M.D.
PF# _____ AGE: 29  SEX: M  DATE: SEP 05 1998

**HISTORY OF PRESENT ILLNESS** TLPTS , US of abd ul
Born in Taiwan

Rish - ⊖ Jaundice  ⊖ transfusion , ⊖ FHx  ⊕ IB c̄ HBV .
⊖ acupuncture.

⊖ fatigue

**PAST MEDICAL HISTORY** HBV = Carrier .
MEDICAL: _____
SURGERIES: _____ Ø
HOSPITALIZATION: _____ Ø
ALLERGIES: _____ Ø

| | | |
|---|---|---|
| ULCER DISEASE: _____ | LIVER DISEASES: _____ | HEART DISEASES: _____ |
| LUNG DISEASE: _____ | KIDNEY DISEASES: _____ | CANCER: _____ |
| ANEMIA: _____ | BLEEDING DISORDER: _____ | OTHER: _____ |

MEDICATIONS: _____ Ø
LMP: _____

**SOCIAL HISTORY:**

OCCUPATION: _____        USA x: 12 13
MARITAL STATUS: _____ M        RESIDENCE: _____
SMOKING: _____ Ø  ETOH: _____ Ø  HIV RISK: _____

**FAMILY HISTORY**

| | AGE | A/W | LIVER | CA | TB | DM | HTN | HEART DS. | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| FATHER | | | DM → Kidney failure | | | | | | |
| MOTHER | | | Ø | | | | | | |
| SIBLING | | | Ø | | | | | | |
| OTHER | | | | | | | | | |

| SYMPTOM REVIEW | |
|---|---|
| **HEENT** | |
| **PULMONARY** | |
| Hemoptysis, Cough, Sputum | |
| Chest Pain, Night Sweats, Epistaxis | |
| **CARDIO VASCULAR:** | |
| Dyspnea, Orthopnea, Cyanosis | |
| Chest Pain , Ankle Edema | |

ML LIN 00104

| | |
|---|---|
| GI   Dysphagia, odynophagia | |
| Nausea, Anorexia, Constipation | |
| diarrhea, Hemorrhoids, Melena | |
| Wt.  Loss or Gain | |
| GU Polyuria, Hematuria, Dysuria | |
| Urgency, Vaginal Discharge Bleeding | |
| Dysparsunia, Period | |
| MKS | |
| HEME | |
| CNS | |
| Endocrine | |

PHYSICAL EXAMINATION:    B.P. 130/80    Pulse 80    Temp. _____    Ht. _____    Wt. _____

General Appearance: _____ NAD

Head: _____ nl    Eyes: _____ nl

Nose/Ear: _____ nl    Throat: _____ nl

Neck: _____ nl    Breast: _____ nl

Lungs: _____ ctr

Heart: _____ nl

Abdomen: _____ nl

Liver: _____ nl ; NO HSM .

Rectum: _____    Prostate: _____    OB _____

GU: _____

Ext: _____ nl

Neuro: _____ nl

Stigmata of Chronic Liver Disease: _____

Remarks: _____

ASSESSMENT:
016672
112898

(1) ↑ LFTs

(2) HBV - Carrier,

CPT
9901 / 0.02
BMD X

PLAN:

| 99201 | 99241 |
| 99202 | 99242 |
| 99203 | 99243 |
| 99204 | 99244 |
| 99205 | 99245 |

(1) LFTs / CBC / HBVs Ag / HB VeAg / HCV-Ab
Ferritin / ANA / AMA / A Sm A. / dFP.
(2) medical record for David Hsu.
(3) RTC 2 wks

| CBC | SMA24 | UA | ESR | HYPO TFT | HYPER TFT | ANEMIA | ANA | HIV | ANA PANEL |
|---|---|---|---|---|---|---|---|---|---|
| AMYLASE | LIPASE | PT | PTT | STOOL C/S | STOOL O/P | UA C/S | AFP | | LFT |
| HB SURFACE Ag | | HB SURFACE Ab | | HB CORE Ab TOTAL | | HB CORE Ab Igm | | HEP C Ab | |

ML LIN 00105



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS: HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #      798
MED.CLI.OF GI & ENDOSCOPY
SAM KAM. M.D.
17170 COLIMA ROAD #E
HACIENDA HTS.. CA.
91745      (626)810-5601

| PATIENT NAME | | | | PATIENT ID | | | ACCESSION NUMBER |
|---|---|---|---|---|---|---|---|
| LIN. BANG | | | | | | | 240802582 |

| AGE | SEX | DATE OF BIRTH | DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | DATE REPORTED |
|---|---|---|---|---|---|---|
| 35 Y | M | 08/06/69 | 08/07/04 | 00:00 | 08/07/04 | 08/11/04 |

REFERRING PHYSICIAN: DR. KAM          REPORT STATUS: FINAL REPORT

| TEST NAME | RESULT | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| RED CELL DIST. WIDTH | 12.2 | | % | 11.0-15.0 |
| MEAN PLATELET VOLUME | | 7.2 L | fl | 7.4-11.0 |
| GRANULOCYTES | 53.4 | | % | 43.0-79.0 |
| LYMPHS | 37.0 | | % | 13.0-43.5 |
| MONOS | 6.7 | | % | 0.0-12.0 |
| EOS | 1.5 | | % | 0.0-6.0 |
| BASOS | 1.4 | | % | 0.0-2.0 |
| HEPAT.A Ab/TOTAL/BLOOD | NEG | U | | NEGATIVE |
| | SEE ATTACHED REPORT | | | |
| ALPHA FETO PROTEIN | 1.7 | | IU/ML | 0.5 -5.5 |

THE REAPPEARANCE OF ELEVATED AFP CONCENTRATIONS
IN ADULT SERUM HAS BEEN OBSERVED DURING PREGNANCY
AND WITH SEVERAL BENIGN AND MALIGNANT DISEASES.
SUCH AS TERATOCARCINOMAS OF THE TESTIS.AND HEPATO-
CELLULAR CARCINOMA,OVARIEN CANCER.GASTROINTESTINAL
CANCER AND PULMONARY CANCER.
AFP IS ELEVATED IN ACUTE VIRAL HEPATITIS.CHRONIC
ACTIVE HEPATITIS AND CIRRHOSIS.PREGNANCY.ATAXIA -
TELANGIECTASIA AND HEREDITARY TYROSINEMIA.PRINTED
NORMAL RANGES ARE NOT VALID FOR PREGNANT FEMALE.
TEST PERFORMED BY IMMUNOCHEMILUMINESCENT ASSAY.

U=PERFORMED AT:      UNILAB CORPORATION
                     18408 OXNARD STREET
                     TARZANA. CA. 91356

AUG 13 2004

ML LIN 00106



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS: HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #          798
MED.CLI.OF GI & ENDOSCOPY
SAM KAM. M.D.
17170 COLIMA ROAD #E
HACIENDA HTS.. CA.
91745      (626)810-5601

| PATIENT NAME | | PATIENT ID | ACCESSION NUMBER |
|---|---|---|---|
| LIN. BANG | | | 240B02582 |

| AGE | SEX | DATE OF BIRTH | DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | DATE REPORTED |
|---|---|---|---|---|---|---|
| 35 Y | M | 08/06/69 | 08/07/04 | 00:00 | 08/07/04 | 08/11/04 |

REFERRING PHYSICIAN: DR. KAM          REPORT STATUS: FINAL REPORT

| TEST NAME | RESULT | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| GLUCOSE FASTING. | 115 | *You do not* | MG/DL | 74-118 |
| BUN (BLOOD UREA NITROGEN) | 14 | *have hepatitis* | MG/DL | 8-20 |
| CREATININE. SERUM | 1.0 | *have immunity.* | MG/DL | 0.7-1.2 |
| BUN/CREATININE RATIO | 14 | | | 10-30 |
| SODIUM /BLOOD | 143 | *A immunity.* | MEQ/L | 136-144 |
| POTASSIUM/SERUM | 4.1 | *You can come to* | MEQ/L | 3.6-5.1 |
| CHLORIDE. SERUM | 105 | *clinic to get hepatitis* | MEQ/L | 101-111 |
| CARBON DIOXIDE | 27 | | MEQ/L | 22-32 |
| CALCIUM.SERUM | 9.1 | | MG/DL | 8.9-10.3 |
| PHOSPHORUS/BLOOD | 2.8 | | MG/DL | 2.4-4.7 |
| URIC ACID/BLOOD | 6.1 | *A Vaccine.* | MG/DL | 4.8-8.7 |
| TOTAL PROTEIN | 7.4 | | G/DL | 6.1-7.9 |
| ALBUMIN. SERUM | 4.3 | | G/DL | 3.5-4.8 |
| GLOBULIN | 3.1 | | MG/DL | 2.0-3.5 |
| A/G RATIO | 1.4 | | | 1.1-2.4 |
| ALKALINE PHOSPHATASE | 61 | | IU/L | 38-126 |
| AST (SGOT) | 23 | | IU/L | 15-41 |
| ALT (SGPT) | 38 | | IU/L | 17-63 |
| LACTIC DEHYDROGENASE LDH | 112 | | IU/L | 98-192 |
| BILIRUBIN. TOTAL | | 1.5 H | MG/DL | 0.4-1.2 |
| CHOLESTEROL | 154 | | MG/DL | <200 |
| TRIGLYCERIDE | | 196 H | MG/DL | <150 |
| HDL CHOL. DIRECT | 31 | | MG/DL | 29-71 |
| LDL | 84 | | MG/DL | <130 |
| | LDL CHOLESTEROL (CALCULATED) IS NOT VALID WHEN | | | |
| | TRIGLYCERIDE LEVEL IS >400 MG/DL. | | | |
| VLDL | 39 | | MG/DL | 1-40 |
| RISK FACTOR | 5.0 | | | |
| | CARDIAC RISK FACTOR: | MALE | FEMALE | |
| | BELOW AVERAGE | <3.4 | <3.3 | |
| | AVERAGE | <5.0 | <4.4 | |
| | DOUBLE AVERAGE | <9.6 | <7.1 | |
| | TRIPLE AVERAGE | <23.4 | <11.0 | |
| CPK | 86 | | IU/L | 49-397 |
| GAMMA GT (GGTP) | 23 | | IU/L | 7-50 |
| IRON | 81 | | UG/DL | 45-182 |
| WHITE BLOOD CELL COUNT | | 3.9 VL | 1000/CMM | 4.0-11.0 |
| | DIFFERENTIAL REVIEWED | | | |
| RED BLOOD CELL COUNT | 4.65 | | 10^6/CMM | 4.20-6.20 |
| HEMOGLOBIN | 15.6 | | gm/dl | 14.0-18.0 |
| HEMATOCRIT | 45.7 | | % | 42.0-52.0 |
| MCV | 98.3 | | fl | 80-100 |
| MCH | 33.6 | | pg. | 27.0-34.0 |
| MCHC | 34.1 | | G/DL | 32.0-36.0 |
| PLATELET COUNT | 235 | | 1000/CMM | 150-440 |

AUG 1 3 2004

Continued on Next Page                                          PAGE:  1
All normal ranges in this laboratory report have been established for adults.

ML LIN 00107

## LABORATORY REPORT

DIAMOND REFERENCE LAB          59547
.70 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765          1024

**UNILAB**

Unilab Corporation
18408 Oxnard St.
Tarzana, CA 9
(818) 996-730
So. Ca. (800) 33-4299
www.unilab.com

Kenneth Siaca, MD, PhD, Medical Director, Clinical Pathology
Paul Wertlake, MD, Medical Director, Anatomic Pathology

FINAL

| ACCESSION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|---|

| DATE COLLECTED | DRAW TIME | | CHART/OTHER ID |
|---|---|---|---|
| 08/07/2004 | NOT GIVEN | | |

| PATIENT NAME | AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| LIN, BANG | 35 | M | 240802582 | – | | 08/09 | 08102004 | 414351363 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| HEP A AB TOTAL | NEGATIVE | | NEGATIVE | | |

AUG 13 2004

FIRST FINAL REPORT DATE: 08/10/2004   AT   4:17PM FORMS-FREE W/O CHEM (REV. 09/03) 80210 SC2K- 129675
PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 08/07/2004 – REPORTED DATE: 08/10/2004

ML LIN 00108



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 00 000798
MED.CLI.OF GI & ENDOSCOPY
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS:

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 34Y | M | 02/07/04 | 02/16/04 | 240202482 |

### CHEMISTRY

| | Glucose 69-111 mg/dl | BUN 7-24 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus 2.8-4.8 mg/dl | T-Protein 6.4-8.4 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.1-1.2 mg/dl | Alk Phos 23-175 u/l | AST (SGOT) 10-33 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 79 | 16 | 1.0 | 16 | 9.4 | 3.8 | 7.5 | 5.0 | 2.5 | 2.0 | | 70 | 28 |
| AB | | | | | | | | | | | 1.9 | | |

### CHEMISTRY

| | ALT (SGPT) 7-34 u/l | LDH 99-235 u/l | CPK 27-163 u/l | GGTP M 5-41 u/l F 5-34 u/l | Sodium 135-148 meq/l | Potassium 3.5-5.6 meq/l | Chloride 98-112 meq/l | CO₂ 19-29 meq/l | Uric Acid M 3.0-7.2 mg/dl F 2.4-6.4 mg/dl | Triglyceride 31-237 mg/dl | Cholesterol 132-200 mg/dl | HDL M-32-72 mg/dl F-39-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 34 | 211 | 75 | 30 | 141 | 5.2 | 103 | 26 | 7.2 | 181 | 147 | 42 | 69 |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / HEMATOLOGY

| | Iron M 46-153 µg/dl F 38-144 µg/dl | UIBC 125-370 µg/dl | TIBC 245-400 µg/dl | T4J (ICMA) 24-39% | T4 Total (ICMA) 4.5-12.5 µg/dl | FTI (calc) 1.1-4.5 | T3 Total (ICMA) 72-170 ng/dl | TSH (ICMA) Euthyr:0.4-4 µIu/ml Hypth:<0.01 µIu/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 85 | | | | | | | | | | | | 233 |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 pg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 15.8 | 43.9 | 4.63 | 94.7 | 34.0 | 35.8 | 4.4 | 52.1 | | 40.0 | 5.6 | 1.6 | 0.7 |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 12.2 | 1.025 | | YELLW | CLEAR | 7.0 | NEG | NEG | NEG | NEG | NEG | NEG | OCC |
| AB | | 7.2 | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

*copy to pt*

| CHOLESTEROL | INTERPRETIVE GUIDE FOR CHOLESTEROL |
|---|---|
| | CUTOFF VALUES RECOMMENDED BY NATIONAL CHOLESTEROL |
| | EDUCATION PROGRAM |

|  | DESIRABLE | BORDERLINE | HIGH RISK |
|---|---|---|---|
| CHOLESTEROL | <200mg/dL | 200-239mg/dL | >240mg/dL |
| LDL CHOLESTEROL | <130mg/dL | 130-159mg/dL | >160mg/dL |

BILIRUBIN, TOTAL        RESULTS VERIFIED BY REPEAT ANALYSIS.

URINALYSIS:        NITRITE..: NEG     BACTERIA.: NEG     BILIRUB..:NEG
                   LEUKOCYTE: NEG
                                        AMOUNT:

HEPATITIS Be Ag        POS    U                        NEGATIVE
                       SEE ATTACHED REPORT

## LABORATORY REPORT
ICMA: Immuno Chemilumino Metric Assay

PAGE:  1

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00109



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 · (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 0_000079B
MED.CLI.OF GI & ENDOSCOPY
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS:

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 34Y | M | 02/07/04 | 02/16/04 | 240202482 |

### CHEMISTRY

| | Glucose 69-111 mg/dl | BUN 7-24 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus 2.8-4.8 mg/dl | T-Protein 6.4-8.4 g/dl | Albumin 3.5-6.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.1-1.2 mg/dl | Alk Phos 23-175 u/l | AST (SGOT) 10-33 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 7-34 u/l | LDH 99-235 u/l | CPK 27-163 u/l | GGTP M 5-41 u/l F 6-34 u/l | Sodium 135-146 moq/l | Potassium 3.5-5.6 moq/l | Chloride 98-112 moq/l | CO2 19-28 moq/l | Uric Acid M 3.0-7.2 mg/dl F 2.4-6.4 mg/dl | Triglyceride 31-237 mg/dl | Cholesterol 132-200 mg/dl | HDL M 32-72 mg/dl F 39-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| | Iron M 46-153 µg/dl F 38-144 µg/dl | UIBC 125-370 µg/dl | TIBC 245-400 µg/dl | T4U (ICMA) 24-35% | T4 Total (ICMA) 4.5-12.5 µg/dl | FTI (calc) 1.1-4.5 | T3 Total (ICMA) 72-170 ng/dl | TSH (ICMA) Euthyroid 0.4-4 µIU/ml Hyper-<0.01 µIU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| VLDL | 36 | MG/DL | 1-40 |
| RISK FACTOR | 3.5 | | |

| CARDIAC RISK FACTOR: | MALE | FEMALE |
|---|---|---|
| BELOW AVERAGE | <3.4 | <3.3 |
| AVERAGE | <5.0 | <4.4 |
| DOUBLE AVERAGE | <9.6 | <7.1 |
| TRIPLE AVERAGE | <23.4 | <11.0 |

HEP B V.DNA ULTRAQUA    NOTE    U
HEP B VIRAL DNA    282 H LESS THAN 100 IU/ML
HEP B VIRAL DNA    479 H LESS THAN 160 COPIES/ML
SEE ATTACHED REPORT

PAGE:  2

### LABORATORY REPORT
ICMA: Immuno Chemillumino Metric Assay

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00110



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 · (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. · EDWARD M. LAI, M.D.

ACCT #: 08-000798
MED.CLI.OF GI & ENDOSCOPY
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA 91748
626-810-5601
ATN PHYS:

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 34Y | M | 02/07/04 | 02/16/04 | 24020248P |

### CHEMISTRY

| | Glucose 69-111 mg/dl | BUN 7-24 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus 2.6-4.8 mg/dl | T-Protein 6.4-8.4 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.1-1.2 mg/dl | Alk Phos 23-175 u/l | AST (SGOT) 10-33 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 7-34 u/l | LDH 99-235 u/l | CPK 27-160 u/l | GGTP M 5-41 u/l F 6-34 u/l | Sodium 135-146 meq/l | Potassium 3.5-5.0 meq/l | Chloride 98-112 meq/l | CO2 19-28 meq/l | Uric Acid M 3.0-7.2 mg/dl F 2.4-6.4 mg/dl | Triglyceride 31-237 mg/dl | Cholesterol 132-200 mg/dl | HDL M-32-72 mg/dl F-38-88 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| | Iron M 46-153 µg/dl F 38-144 µg/dl | UIBC 126-370 µg/dl | TIBC 245-400 µg/dl | T4U (ICMA) 24-35% | T4 Total (ICMA) 4.5-12.5 µg/dl | FTI (calc) 1.1-4.5 | T3 Total (ICMA) 72-170 ng/dl | TSH (ICMA) Euthy-0.4-4 µIu/ml Hyper<0.01 µIu/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet CL 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-6% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| U-PERFORMED AT: UNILAB CORPORATION | | | |
| 18408 OXNARD STREET | | | |
| TARZANA, CA. 91356 | | | |

PAGE: 3

**LABORATORY REPORT** *** END OF REPORT ***

ICMA: Immuno Chemilumino Metric Assay

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00111

## LABORATORY REPORT

**U** **UNILAB**

Unilab Corporation
18408 Oxnard Street
Tarzana, CA 91
(818) 996-7300
So. Ca. (800) 33    399
www.unilab.com

Kenneth Sisco, MD, PhD, Medical Director, Clinical Pathology
Paul Wertlake, MD, Medical Director, Anatomic Pathology

**FINAL**

DIAMOND REFERENCE LAB     59547
1470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765     1024

ACCESSION NUMBER | ROOM/LOC | PATIENT DOB | FASTING

| DATE COLLECTED | DRAW TIME | CHART/OTHER ID |
|---|---|---|
| 02/07/2004 | NOT GIVEN | |

| PATIENT NAME | AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| LIN, BANG | 34 | M | 240202482 | – | | 02/10 | 02142004 | 409530439 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| HEPATITIS B DNA, QUANTITATIVE PCR | | | | | |
| HEPATITIS B VIRAL DNA | | 282 H | LESS THAN 100IU/mL | | NC |
| HEPATITIS B VIRAL DNA | | 479 H | LESS THAN 160copies/mL | | NC |

This test was developed and its performance characteristics
determined by Quest Diagnostics Nichols Institute. It has not
been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary. Performance characteristics refer to
the analytical performance of the test.

This test is performed pursuant to a license agreement with Roche
Molecular Systems, Inc.

(NC)  Test performed at:  Nichols Institute
                         33608 Ortega Hwy
                         San Juan Capistrano, CA  92690
         Directors:  D.A. Fisher, MD, R.E. Reitz, MD

FIRST FINAL REPORT DATE: 02/14/2004  AT  5:12AM
PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 02/07/2004 – REPORTED DATE: 02/14/2004

ML LIN 00112

LABORATORY REPORT

U  Unilab Corporation
18408 Oxnard Street
Tarzana, CA 91356
(818) 996-7300
So. Ca. (800) 338-0299
www.unilab.com

Kenneth Sisco, MD, PhD, Medical Director, Clinical Pathology
Paul Wertlake, MD, Medical Director, Anatomic Pathology

FINAL

DIAMOND REFERENCE LAB    59547
470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765    1024

UNILAB
REQUISITION NUMBER

| DATE COLLECTED | DRAW TIME | | | |
|---|---|---|---|---|
| 02/07/2004 | NOT GIVEN | | | |

| ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|

| CHART/OTHER ID |
|---|

| PATIENT NAME | AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| LIN, BANG | 34 | M | 240202482 | – | | 02/10 | 02102004 | 409530438 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | | POSITIVE | NEGATIVE | | |

FIRST FINAL REPORT DATE: 02/10/2004    AT    4:11 PM

FORMS FREE W/O CHEM (REV. 09/03) 86219 SC2K - 129575

PAGE 1 : END OF FINAL    REPORT FOR: BANG LIN
DATE COLLECTED: 02/07/2004 – REPORTED DATE: 02/10/2004

ML LIN 00113



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 33Y | M | 07/12/03 | 07/21/03 | 230704045 |

### CHEMISTRY

| | Glucose 70-105 mg/dl | BUN 11-37 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.5-10.5 mg/dl | Phosphorus 2.7-4.5 mg/dl | T-Protein 6.0-8.2 g/dl | Albumin 3.5-5.2 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.2-1.0 mg/dl | Alk Phos <139 u/l | AST (SGOT) 5-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 7.6 | 5.0 | 2.6 | 1.9 | | 75 | 26 |
| AB | | | | | | | | | | | 3.1 | | |

### CHEMISTRY

| | ALT (SGPT) 10-35 u/l | LDH 100-210 u/l | CPK M 38-174 u/l F 26-140 u/l | GGTP M 11-97 u/l F 6-38 u/l | Sodium 135-145 meq/l | Potassium 3.6-5.7 meq/l | Chloride 98-112 meq/l | CO2 22-29 meq/l | Uric Acid M 3.5-7.2 mg/dl F 2.6-6.0 mg/dl | Triglyceride M 44-327 mg/dl F 36-214 mg/dl | Cholesterol <200-240 mg/dl | HDL M 34-68 mg/dl F 39-98 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | 44 | | | | | | | | | | | | |

### CHEMISTRY / THYROID / HEMATOLOGY

| | Iron M 85-170 µg/dl F 50-170 µg/dl | UIBC 126-382 µg/dl | TIBC 245-400 µg/dl | T3U (ICMA) 24-35% | T4 Total (ICMA) 4.5-12.5 µg/dl | FTI (calc) 1.1-4.5 | T3 Total (ICMA) 72-170 ng/dl | TSH (ICMA) Euthyr.0.4-4 µIu/ml Hypoth.>0.01 µIu/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY | | |
| | REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.6 H | MG/DL | 0.0-0.3 |
| HEP B V,DNA ULTRAQUA | NOTE     U | | |
| | <200    LESS THAN 200COPIES/ML | | |
| | SEE ATTACHED REPORT | | |

U-PERFORMED AT:  UNILAB CORPORATION
                 18408 OXNARD STREET
                 TARZANA, CA. 91356

*Copy to pt*
*Registration is not detectable*

## LABORATORY REPORT

PAGE                              *** END OF REPORT ***

ICMA: Immuno Chemilumino Metric Assay

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-49).

ML LIN 00114

**LABORATORY REPORT**

DIAMOND REFERENCE LAB    59547
1470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765    1024

**UNILAB**

Unilab Corporation
18408 Oxnard
Tarzana, CA
(818) 996-730
So. Ca. (800) 339-4299
www.unilab.com

Medical Director and Pathologist
Paul T. Wertlake, M.D.
FINAL

| REQUISITION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|---|
| DATE COLLECTED 07/14/2003 | DRAW TIME NG | CHART/OTHER ID | | |

| PATIENT NAME | AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| LIN, BANG | 33 | M | 230704045 | – | | 07/14 | 07192003 | 404647353 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| HEPATITIS B DNA, QUANTITATIVE PCR | | | | | |
| HEPATITIS B VIRAL DNA | <200 | | LESS THAN 200 | copies/mL | NC |

This test uses PCR to quantitate HBV DNA.  Assay linear range is
200 to 500,000,000 copies/mL.  1 picogram/mL = 280,000 copies/mL.

This test was developed and its performance characteristics
determined by Quest Diagnostics Nichols Institute. It has not
been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary. Performance characteristics refer to
the analytical performance of the test.

This test is performed pursuant to a license agreement with Roche
Molecular Systems, Inc.

(NC)  TEST PERFORMED AT:  NICHOLS INSTITUTE
                          33608 ORTEGA HWY.
                          SAN JUAN CAPISTRANO, CA  92690

FIRST FINAL REPORT DATE: 07/19/2003  AT  7:13AM    FORMS-FREE W/O CHEM (REV. 07/02) 80219
PAGE 1 :END OF FINAL  REPORT FOR: BANG LIN
DATE COLLECTED: 07/14/2003 - REPORTED DATE: 07/19/2003

ML LIN 00115

## LABORATORY REPORT

**Ⓤ UNILAB**

Unilab Corporation
18408 Oxnard Street
Tarzana, CA
(818) 996-7300
So. Ca. (800) 354-4299
www.unilab.com

*Medical Director and Pathologist*
*Paul T. Wartlake, M.D.*
**FINAL**

DIAMOND REFERENCE LAB    59547
1470 S. VALLEY VISTA DRIVE #100    1024
DIAMOND BAR, CA 91765

| ACCESSION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|---|

| DATE COLLECTED | DRAW TIME | CHART/OTHER ID | |
|---|---|---|---|
| 02/19/2003 | NG | | |

| PATIENT NAME | AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| LIN, BANG | 33 | M | 230205901 | – | | 02/19 | 02272003 | 400317041 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LDE |
|---|---|---|---|---|---|
| HEPATITIS B VIRAL DNA QUANT – NI | | | | | |
| HEPATITIS B DNA | | 0.020 H | <0.017 | pg/mL | |
| HEPATITIS B DNA | | 5660 H | <4700 | copies/mL | |

The reportable range of quantitation of this assay is 0.017-6000 pg/mL, which is 4700-1,700,000,000 copies/mL. Results in pg/mL are multiplied by 283,000 copies/pg to convert to results in copies/mL.

HBV DNA is not to be used as a diagnostic procedure without confirmation of the diagnosis by other medically established means.

This test was performed using a kit that has not been approved or cleared by the FDA. The analytical performance characteristics of this test have been determined by Quest Diagnostics Nichols Institute. This test should not be used for diagnosis without confirmation by other medically established means.

FIRST FINAL REPORT DATE: 02/27/2003 AT 2:42AM    FORMS-FREE W/O CHEM (REV. 07/02) 80210
PAGE 1 :END OF FINAL    REPORT FOR: BANG LIN
DATE COLLECTED: 02/19/2003 – REPORTED DATE: 02/27/2003

ML LIN 00116



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 · (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: ●000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|
| LIN, BANG | | | 33Y | M | 02/19/03 | 02/27/03 | 230205901 |

## CHEMISTRY

| | Glucose 70-105 mg/dl | BUN 11-37 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.5-10.5 mg/dl | Phosphorus 2.7-4.5 mg/dl | T-Protein 6.0-8.2 g/dl | Albumin 3.5-5.2 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.2-1.0 mg/dl | Alk Phos <138 u/l | AST (SGOT) 5-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## CHEMISTRY

| | ALT (SGPT) 10-35 u/l | LDH 100-210 u/l | CPK M 38-174 u/l F 26-140 u/l | GGTP M 11-57 u/l F 8-36 u/l | Sodium 135-145 meq/l | Potassium 3.6-5.7 meq/l | Chloride 98-112 meq/l | CO₂ 22-29 meq/l | Uric Acid M 3.5-7.2 mg/dl F 2.6-6.0 mg/dl | Triglyceride M 44-327 mg/dl F 36-214 mg/dl | Cholesterol <200-240 mg/dl | HDL M-34-68 mg/dl F-39-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## CHEMISTRY / THYROID / HEMATOLOGY

| | Iron M 65-170 µg/dl F 50-170 µg/dl | UIBC 128-382 µg/dl | TIBC 245-400 µg/dl | TSU (ICMA) 24-35% | T4 Total (ICMA) 4.5-12.5 µg/dl | FTI (calc) 1.1-4.5 | T₃ Total (ICMA) 72-170 ng/dl | TSH (ICMA) Baby=0.4 µIu/ml Hyper=<0.01 µIu/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-18 gm/dl | Hct M 42-52 F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-0% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| HEP B VIRUS DNA ULTR | NOTE  U | PG/ML | |
| HEPATITIS B DNA | <0.020 | PG/ML | |
| HEPATITIS B DNA | 5660 | COPIES/ML | |
| SEE ATTACHED REPORT | | | |

U-PERFORMED AT:   UNILAB CORPORATION
                  18408 OXNARD STREET
                  TARZANA, CA. 91356

MAR 0 1 2003

**LABORATORY REPORT**

*** END OF REPORT ***

ICMA: Immuno Chemilumino Metric Assay

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-49).

ML LIN 00117

DATE COLLECTED: NG   REPORTED DATE: 12/17/2002

## LABORATORY REPORT

**U** UNILAB

Unilab Corporation
18408 Oxnard
Tarzana, CA 9
(818) 996-7300
So. Ca. (800) 339-4299
www.unilab.com

*Medical Director and Pathologist*
*Paul T. Wertlake, M.D.*

IAMOND REFERENCE LAB    59547
470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765    1024

**FINAL**

| REQUISITION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|---|

| DATE COLLECTED | DRAW TIME | | CHART/PATIENT ID |
|---|---|---|---|
| 12/16/2002 | NG | | |

| PATIENT NAME | AGE | SEX | SOCIAL SECURITY # | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| LIN, BANG | 33 | M | 221205042 | – | | 12/16 | 12172002 | 77253657 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | NEGATIVE | | NEGATIVE | | |

FIRST FINAL REPORT DATE: 12/17/2002  AT  1:33PM    FORMS-FREE W/O CHEM (REV. 08/01) 80218
PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 12/16/2002   REPORTED DATE: 12/17/2002

ML LIN 00118



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 ¥ (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: ●0000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: KAM

| PATIENT | | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|
| LIN, BANG | | | 33Y | M | 12/14/02 | 12/18/02 | 221205042 |

**CHEMISTRY**

| | Glucose 65-111 mg/dl | BUN 7-23 mg/dl | Creatinine M 0.6-1.4 mg/dl F 0.6-1.0 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus Adult 2.4-5.3 mg/dl Child 4-7 mg/dl | T-Protein 6.6-8.4 g/dl | Albumin 3.6-6.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl Newborn 1-12 mg/dl | Alk Phos Adult 39-110 u/l Child 29-218 u/l | AST (SGOT) 9-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 100 | 13 | 1.1 | 12 | 10.2 | 3.0 | 8.2 | 4.8 | 3.4 | 1.4 | | 104 | 19 |
| AB | | | | | | | | | | | 2.1 | | |

**CHEMISTRY**

| | ALT (SGPT) 9-37 u/l | LDH 94-199 u/l | CPK 18-182 | GGTP 5-42 u/l | Sodium 135-145 meq/l | Potassium 3.6-5.7 meq/l | Chloride 98-112 meq/l | CO₂ 19-29 meq/l | Uric Acid M 2.8-7.7 mg/dl F 2.4-7.3 mg/dl | Triglyceride 27-199 mg/dl | Cholesterol 130-210 mg/dl | HDL M 34-68 mg/dl F 39-86 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | 133 | 69 | 28 | 142 | 4.6 | 103 | 26 | 6.4 | 168 | 193 | 38 | 121 |
| AB | 42 | | | | | | | | | | | | |

**CHEMISTRY** | **THYROID** | **HEMATOLOGY**

| | Iron 27-135 mcg/dl | UIBC 133-384 mcg/dl | TIBC 245-400 mcg/dl | T₃U 24-35% | T4 Total 4.5-12.5 ug/dl | FTI (calc) 1.1-4.5 | T₃ Total 72-170 ng/dl | TSH, μIU/ml Hyper-0.03 ulIU/ml Euthy-0.4-6 ulIU/ml Hypo-7.1-17.5 ulIU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | 284 |
| AB | 167 | | | | | | | | | | | | |

**HEMATOLOGY**

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μug | MCHC 32-38 gm/dl | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 15.5 | 46.1 | 4.93 | 93.5 | 31.5 | 33.6 | 4.9 | 56.7 | 34.5 | 7.2 | 1.2 | 0.4 |
| AB | | | | | | | | | | | | |

**HEMATOLOGY** | **URINALYSIS**

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 12.1 | 7.4 | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| PHOSPHORUS/BLOOD | PHOSPHORUS NORMAL RANGE FOR CHILD IS 4-7 MG/DL | | |
| BILIRUBIN, TOTAL | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| ALKALINE PHOSPHATASE | NEW REFERENCE RANGE FOR ALKALINE PHOSPHATASE(18-45 YEARS OLD) 28 - 190 U/L. | | |
| ALPHA FETO PROTEIN | 1.5 | IU/ML | 0.5 -5.5 |

*(handwritten notes)* ① Copy req pt  
HBV/e Ag⊖  
but constant  
DEC 23 2002 please return  
Clinic for blood test  
③ HBV-DNA  
ultraffuen

THE REAPPEARANCE OF ELEVATED AFP CONCENTRATIONS
IN ADULT SERUM HAS BEEN OBSERVED DURING PREGNANCY
AND WITH SEVERAL BENIGN AND MALIGNANT DISEASES.
SUCH AS TERATOCARCINOMAS OF THE TESTIS.AND HEPATO-
CELLULAR CARCINOMA,OVARIEN CANCER,GASTROINTESTINAL

**LABORATORY REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00119



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 ¥ (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 33Y | M | 12/14/02 | 12/18/02 | 221205042 |

### CHEMISTRY

| | Glucose 66-111 mg/dl | BUN 7-23 mg/dl | Creatinine M 0.9-1.4 mg/dl F 0.8-1.0 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus Adult 2.4-5.0 mg/dl Child 4-7 mg/dl | T-Protein 6.5-8.4 g/dl | Albumin 3.9-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl Newborn 1-12 mg/dl | Alk Phos Adult 33-110 u/l Child 29-218 u/l | AST (SGOT) 9-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 9-37 u/l | LDH 94-199 u/l | CPK 18-182 | GGTP 5 - 42 u/l | Sodium 135-145 meq/l | Potassium 3.6-5.7 meq/l | Chloride 98-112 meq/l | CO2 19-29 meq/l | Uric Acid M 2.5-7.7 mg/dl F 2.4-7.3 mg/dl | Triglyceride 27-199 mg/dl | Cholesterol 130-210 mg/dl | HDL M 34-88 mg/dl F 39-98 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / HEMATOLOGY

| | Iron 27-135 mcg/dl | UIBC 133-384 mcg/dl | TIBC 245-400 mcg/dl | T3U 24-35% | T4 Total 4.5-12.5 ug/dl | FTI (calc) 1.1-4.5 | T3 Total 72-170 ng/dl | TSH μIU/ml Hyper 0.01 μIU/ml Euthyroid 0.49 μIU/ml Hypo 7.1-75 μIU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μμg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| | | | |
| | CANCER AND PULMONARY CANCER. | | |
| | AFP IS ELEVATED IN ACUTE VIRAL HEPATITIS,CHRONIC | | |
| | ACTIVE HEPATITIS AND CIRRHOSIS,PREGNANCY,ATAXIA — | | |
| | TELANGIECTASIA AND HEREDITARY TYROSINEMIA.PRINTED | | |
| | NORMAL RANGES ARE NOT VALID FOR PREGNANT FEMALE. | | |
| | ANALYTICAL SENSITIVITY: 0.2 IU/mL | | |
| | TEST PERFORMED BY IMMUNOCHEMILUMINESCENT ASSAY | | |
| HEPATITIS Be Ag | NEG        0 | | NEGATIVE |
| | SEE ATTACHED REPORT | | |
| VLDL | 34 | MG/DL | 1-40 |
| RISK FACTOR | 5.1 | | |

DEC 23 2002

| CARDIAC RISK FACTOR: | MALE | FEMALE |
|---|---|---|
| BELOW AVERAGE | <3.4 | <3.3 |
| AVERAGE | <5.0 | <4.4 |

PAGE

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00120