

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 ¥ (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

```
ACCT #: ⬤000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: KAM
```

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 33Y | M | 12/14/02 | 12/18/02 | 221205042 |

### CHEMISTRY

| | Glucose 66-111 mg/dl | BUN 7-23 mg/dl | Creatinine M 0.6-1.4 mg/dl F 0.5-1.0 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus Adult 2.4-5.0 mg/dl Child 4-7 mg/dl | T-Protein 6.5-6.4 g/dl | Albumin 3.6-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl Newborn 1-12 mg/dl | Alk Phos Adult 30-110 u/l Child 28-218 u/l | AST (SGOT) 9-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 9-37 u/l | LDH 94-199 u/l | CPK 18-182 | GGTP 5 - 42 u/l | Sodium 135-146 meq/l | Potassium 3.6-5.7 meq/l | Chloride 98-112 meq/l | CO₂ 19-29 meq/l | Uric Acid M 2.6-7.7 mg/dl F 2.4-7.3 mg/dl | Triglyceride 27-199 mg/dl | Cholesterol 130-210 mg/dl | HDL M-34-88 mg/dl F-38-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY | THYROID | HEMATOLOGY

| | Iron 27-135 mcg/dl | UIBC 133-384 mcg/dl | TIBC 245-400 mcg/dl | T₃U 24-35% | T4 Total 4.5-12.5 ug/dl | FTI (calc) 1.1-4.5 | T₃ Total 72-170 ng/dl | TSH µIU/ml Hyper—0.01 u/ml Euthy—0.4-6 u/ml Hypo—7.1-7.5 u/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY | URINALYSIS

| | RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| DOUBLE AVERAGE | | <9.6 | <7.1 |
| TRIPLE AVERAGE | | <23.4 | <11.0 |

```
U-PERFORMED AT:   UNILAB CORPORATION
                  18408 OXNARD STREET
                  TARZANA, CA. 91356
```

DEC 2 8 2002

PAGE 1 ... *** END OF REPORT ***

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00121



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 0000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: KAM

| PATIENT | | PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|---|
| LIN, BANG | | | | 32Y | M | 05/18/02 | 05/23/02 | 220506510 |

**CHEMISTRY**

| | Glucose 66-111 mg/dl | BUN 7-22 mg/dl | Creatinine M 0.8-1.4 mg/dl F 0.6-1.0 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus Adult 2.4-5.3 mg/dl Child 4-7 mg/dl | T-Protein 6.5-8.4 g/dl | Albumin 3.9-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl New Born 1-12 mg/dl | Alk Phos Adult 30-140 u/l Child 20-218 u/l | AST (SGOT) 8-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 7.7 | 4.6 | 3.1 | 1.5 | | 65 | 18 |
| AB | | | | | | | | | | 1.6 | | | |

**CHEMISTRY**

| | ALT (SGPT) 9.37 u/l | LDH 84-199 u/l | CPK 16-182 | GGTP 5-42 u/l | Sodium 135-145 mcq/l | Potassium 3.6-5.7 mcq/l | Chloride 98-112 mcq/l | CO2 18-29 mcq/l | Uric Acid M 2.8-7.7 mg/dl F 2.4-7.3 mg/dl | Triglyceride 27-199 mg/dl | Cholesterol 130-210 mg/dl | HDL M-34-68 mg/dl F-39-98 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 30 | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

**CHEMISTRY** / **THYROID** / **SEROLOGY** / **HEMATOLOGY**

| | Iron 27-135 mcg/dl | UIBC 133-384 mcg/dl | TIBC 245-400 mcg/dl | T3U 24-36% | T4 Total 4.5-12.5 ug/dl | FTI (calc) 1.1-4.5 | T3 Total 72-170 ng/dl | TSH µIU/ml New-0.81 uIU/ml Child 0.44 uIU/ml Hypo7.1-7.5 uIU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

**HEMATOLOGY**

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

**HEMATOLOGY** / **URINALYSIS**

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.3 | MG/DL | 0.0-0.3 |
| HEP. B SURFACE AG | POS    H | | NEGATIVE |
| | SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG. | | |
| | ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY | | |
| | TEST) IS RECOMMENDED. | | |
| HEPATITIS Be Ag | NOTE    U | | NEGATIVE |
| | HEPATITIS BE AG    POSITIVE | | |
| | SEE ATTACHED REPORT | | |

Copy test

Hepatitis e antigen
positive
Liver test now
repeat blood test
in 6 months

MAY 25 2002

PAGE:  1

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00122



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 32Y | M | 05/18/02 | 05/23/02 | 220506510 |

### CHEMISTRY

| | Glucose 66-111 mg/dl | BUN 7-23 mg/dl | Creatinine M 0.8-1.4 mg/dl F 0.6-1.0 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus Adult 2.4-5.0 mg/dl Child 4-7 mg/dl | T-Protein 6.5-8.4 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl Newborn 1-12 mg/dl | Alk Phos Adult 39-140 u/l Child 29-218 u/l | AST (SGOT) 9-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 9-37 u/l | LDH 94-199 u/l | CPK 16-182 | GGTP 5-42 u/l | Sodium 135-145 meq/l | Potassium 3.6-5.7 meq/l | Chloride 98-112 meq/l | CO₂ 19-29 meq/l | Uric Acid M 2.9-7.7 mg/dl F 2.4-7.3 mg/dl | Triglyceride 27-199 mg/dl | Cholesterol 130-210 mg/dl | HDL M 34-68 mg/dl F 39-88 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| | Iron 27-135 mcg/dl | UIBC 133-364 mcg/dl | TIBC 245-400 mcg/dl | T3U 24-35% | T4 Total 4.5-12.5 ug/dl | FTI (calc) 1.1-4.5 | T3 Total 72-170 ng/dl | TSH, uIU/ml Hyperad.01 uIU/ml Eu0y 0.44 uIU/ml Hypo 7.1-7.3 uIU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-38 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

U-PERFORMED AT:    UNILAB CORPORATION
                   18408 OXNARD STREET
                   TARZANA, CA. 91356

MAY 25 2002

PAGE 1                    *** END OF REPORT ***

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS.  REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00123

## LABORATORY REPORT

DIAMOND REFERENCE LAB    59547
1470 S. VALLEY VISTA DRIVE #100    1024
DIAMOND BAR, CA  91765

**UNILAB**
Unilab Corporation
18408 Oxnard Street
Tarzana, CA
(818) 996-7300
So. Ca. (800) 339-4299
www.unilab.com

REQUISITION NUMBER

Director and Pathologist
Paul T. Wardlake, M.D.
FINAL

| | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|

| DATE COLLECTED | DRAW TIME | | CHART/PATIENT ID |
|---|---|---|---|
| 05/20/2002 | NG | | 220506510 |

| PATIENT NAME | AGE | SEX | SOCIAL SECURITY # | PHYSICIAN | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|
| LIN, BANG | 32 | M | 220506510 | — | 05/20 05232002 | | 72065559 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | POSITIVE | | NEGATIVE | | |

TEST RESULT(S) VERIFIED BY REPEAT ANALYSIS.

FIRST FINAL REPORT DATE: 05/23/2002  AT   3:03AM    FORMS-FREE W/O CHEM (REV. 11/00) 60210
PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 05/20/2002 - REPORTED DATE: 05/23/2002

ML LIN 00124



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 32Y | M | 12/15/01 | 12/21/01 | 211204538 |

## CHEMISTRY

| | Glucose 70-112 mg/dl | BUN 7-22 mg/dl | Creatinine M 0.7-1.3 mg/dl F 0.6-0.9 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.5-10.4 mg/dl | Phosphorus Adult 2.4-4.2 mg/dl Nw Born 4-7 mg/dl | T-Protein 6.7-8.3 g/dl | Albumin 4.0-5.2 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl Nw Born 1-12 mg/dl | Alk Phos Adult 30-104 u/l Nw Born 60-425 u/l | AST (SGOT) 0-29 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 7.9 | 4.7 | 3.2 | 1.5 | | 80 | 20 |
| AB | | | | | | | | | | | 1.2 | | |

## CHEMISTRY

| | ALT (SGPT) 6-32 u/l | LDH 97-173 u/l | CPK 24-170 | GGTP 2-39 u/l | Sodium 135-145 mEq/l | Potassium 3.8-5.4 meq/l | Chloride 98-113 meq/l | CO₂ 19-29 meq/l | Uric Acid M 3-7.3 mg/dl F 2.2-6.8 mg/dl | Triglyceride 29-200 mg/dl | Cholesterol 130-214 mg/dl | HDL 33-85 mg/dl | LDL <160 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 28 | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## CHEMISTRY    THYROID    SEROLOGY    HEMATOLOGY

| | Iron 24-124 mcg/dl | UIBC 125-325 mcg/dl | TIBC 245-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 80-200 ng/dl | TSH µIU/ml Hyper 0.3-0.1 Euthy 0.3-5.0 Hypo ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY    URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.4 H | MG/DL | 0.0-0.3 |
| HEPATITIS Be Ag | POS   U | | NEGATIVE |
| | SEE ATTACHED REPORT | | |

U-PERFORMED AT:  UNILAB CORPORATION
18408 OXNARD STREET
TARZANA, CA. 91356

DEC 26 2001

*copy to pt*
*repeat blood tests*
*in 6 month*

PAGE    *** END OF REPORT ***

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00125

## LABORATORY REPORT

| | | |
|---|---|---|
| DIAMOND REFERENCE LAB    59547<br>1470 S. VALLEY VISTA DRIVE #100<br>DIAMOND BAR, CA 91765    1006 | **UNILAB** | Unilab Corporation<br>18408 Oxnard<br>Tarzana, CA 9<br>(818) 995-7300<br>So. Ca. (800) 339-4299<br>www.unilab.com |

Director and Pathologist
Paul T. Wertlake, M.D.
FINAL

| REQUISITION NUMBER | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|
| DATE COLLECTED<br>12/17/2001 | DRAW TIME<br>NG | | CHART/PATIENT ID<br>211204538 |

| PATIENT NAME<br>LIN, BANG | AGE<br>NG | SEX<br>M | SOCIAL SECURITY #<br>211204538 | – | PHYSICIAN | RECEIVED<br>12/18 | REPORTED<br>12192001 | SPEC. NO.<br>68982423 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | | POSITIVE | NEGATIVE | | |

FIRST FINAL REPORT DATE: 12/19/2001 AT 4:01PM    FORMS-FREE W/O CHEM (REV. 11/00) 68219
PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 12/17/2001 – REPORTED DATE: 12/19/2001

ML LIN 00126

DATE COLLECTED: 07/24/2001 - REPORTED DATE: 07/25/2001

**LABORATORY REPORT**

Unilab Corporation
· 18408 Oxnard St
Tarzana, CA 9
(818) 996-7300
So. Ca. (800) 339-4299

**U UNILAB**

*Director and Pathologist*
*Paul T. Wertlake, M.D.*

DIAMOND REFERENCE LAB    59547
1470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765    1021

**FINAL**

| REQUISITION NUMBER | | | ROOM NUMBER | |
| 1034 | | | | |

| DATE COLLECTED | DRAW TIME | | CHART/PATIENT ID | |
| 07/23/2001 | NG | | 210706265 | |

| PATIENT NAME | | AGE | SEX | SOCIAL SECURITY # | PHYSICIAN | | RECEIVED | REPORTED | SPEC. NO. |
| LIN, BANG | | 31 | M | - | | | 07/24 | 07252001 | 65882984 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | NEGATIVE | | NEGATIVE | | |

FORMS-FREE W/O CHEM (REV. 9/97) 80219

PAGE 1 :END OF FINAL    REPORT FOR: BANG LIN

ML LIN 00127

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: CC0000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 31Y | M | 07/21/01 | 07/26/01 | 210706265 |

### CHEMISTRY

| | Glucose 70-112 mg/dl | BUN 7-22 mg/dl | Creatinine M 0.7-1.3 mg/dl F 0.6-0.9 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.5-10.4 mg/dl | Phosphorus Adult 2.4-4.2 mg/dl New Born 4-7 mg/dl | T-Protein 6.7-8.3 g/dl | Albumin 4.0-5.2 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl New Born 1-12 mg/dl | Alk Phos Adult 30-104 u/l New Born 80-425 u/l | AST (SGOT) 0-28 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 94 | 17 | 1.0 | 17 | 9.6 | 3.4 | 7.5 | 4.8 | 2.7 | 1.8 | | 91 | 20 |
| AB | | | | | | | | | | 1.4 | | | |

### CHEMISTRY

| | ALT (SGPT) 8-32 u/l | LDH 97-173 u/l | CPK 24-179 | GGTP 2-39 u/l | Sodium 135-145 meq/l | Potassium 3.8-5.4 meq/l | Chloride 89-113 meq/l | CO2 19-29 meq/l | Uric Acid M 3-7.3 mg/dl F 2.2-6.8 mg/dl | Triglyceride 29-200 mg/dl | Cholesterol 130-214 mg/dl | HDL 33-65 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 25 | | | | 143 | 4.2 | 108 | 26 | | 171 | 167 | 35 | 98 |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| | Iron 24-124 mcg/dl | UIBC 125-325 mcg/dl | TIBC 245-400 mcg/dl | T3U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3RIA 80-200 mg/dl | TSH, uIU/ml Hyper 0.0-0.1 Euthy 0.2-5.0 Hypo > 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Ratio M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | 269 |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-38 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 15.3 | 44.7 | 4.65 | 96.0 | 32.9 | 34.2 | 4.1 | 53.9 | | 36.3 | 8.5 | 0.8 | 0.5 |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 11.6 | | | | | | | | | | | | |
| AB | | 6.7 | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.4 H | MG/DL | 0.0-0.3 |
| HEP. B SURFACE AG | POS  H | | NEGATIVE |
| | SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG. ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY TEST) IS RECOMMENDED. | | |
| HEPATITIS Be Ag | NEG  U | | NEGATIVE |
| | SEE ATTACHED REPORT | | |
| VLDL | 34 | MG/DL | 1-40 |
| RISK FACTOR | 4.8 | | |

| | CARDIAC RISK FACTOR: | MALE | FEMALE |
|---|---|---|---|
| | BELOW AVERAGE | <3.4 | <3.3 |

*(handwritten) JUL 28 2001*

**LABORATORY REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

```
ACCT #:     000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR KAM
```

| PATIENT | | | | | | PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIN  SANG | | | | | | | | 51Y | M | 10/07/00 | 10/12/00 | 201002391 |

## CHEMISTRY

| | Glucose 60-113 mg/dl | BUN 6-20 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.3-6.1 mg/dl | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl New Born 1.5-12.6 mg/dl | AlK Phos Adult 35-117 u/l Child 40-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 93 | 18 | 1.0 | 18 | | | 7.7 | 4.7 | 3.0 | 1.6 | | 95 | 18 |
| AB | | | | | | | | | | | 1.7 | | |

## CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 25-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-113 meq/l | CO2 20-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 129-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <160 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 25 | 194 | | 22 | 143 | 4.4 | 105 | 28 | | | | | |
| AB | | | | | | | | | | | | | |

| CHEMISTRY | | | | THYROID | | | | SEROLOGY | | | HEMATOLOGY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Iron 35-148 mcg/dl | UIBC 130-375 mcg/dl | TIBC 245-400 mcg/dl | T3U 23.8-35.8% | T4 4.5-12.6 ug/dl | FTI (calc) 1.1-4.5 | T3RIA 60-200 ng/dl | TSH uIU/ml Hyper 0.0-0.1 Euthy 0.3-5.0 Hypo ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| HEMATOLOGY | | | | URINALYSIS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULT VERIFIED BY REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.3 | MG/DL | 0.0-0.3 |
| HEPATITIS Bs Ag | NEG | | NEGATIVE |
| | SEE ATTACHED REPORT | | |

*Copy to pt   HB Ag still negative*
*HB ✓ & Ag   repeat test in 6 month*

OCT 14 2000

UN-REFERENCED AT:   UNILAB CORPORATION
                    18408 OXNARD STREET
                    TARZANA, CA 91356

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS.  REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00129

## LABORATORY REPORT

**U**

Unilab Corporation
18408 Oxnard ...t
Tarzana, CA 9...
(818) 996-7300
So. Ca. (800) 339-4299

Director and Pathologist
Paul T. Wertlake, M.D.
**FINAL**

DIAMOND REFERENCE LAB          59547
1470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA 91765      1021

**UNILAB**

| ADMISSION NUMBER | | ROOM NUMBER |
|---|---|---|

| DATE COLLECTED | DRAW TIME | CHART/PATIENT ID |
|---|---|---|
| NG | NG | |

| PATIENT NAME | AGE | SEX | SOCIAL SECURITY # | PHYSICIAN | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|
| LIN, BANG | 31 | M | 201002391 | - | 10/10 | 10112000 | 58850338 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | NEGATIVE | | NEGATIVE | | |

FORMS-FREE W/O CHEM (REV. 0/97) 60218

PAGE 1 :END OF FINAL    REPORT FOR: BANG LIN
DATE COLLECTED: NG - REPORTED DATE: 10/11/2000

ML LIN 00130



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA 91748
426-810-5601
ATN PHYS:

| PATIENT | | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|
| LIN, BANG | | | 0Y | | 06/17/00 | 06/27/00 | 200606513 |

**CHEMISTRY**

| | Glucose 65-113 mg/dl | BUN 6-23 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorous Adult 2.5-4.9 mg/dl Child 3.3-6.1 mg/dl | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T.Bilirubin Adult 0.3-1.2 mg/dl Newborn 1.6-12.6 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 89 | 16 | | 11 | | | 7.2 | 5.0 | 2.2 | 2.3 | 1.1 | 81 | 17 |
| AB | | | 1.5 | | | | | | | | | | |

**CHEMISTRY**

| | ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-199 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-113 meq/l | CO₂ 20-29 mxq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 129-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 23 | 113 | | 22 | 136 | 4.1 | 100 | 28 | | | 115 | 168 | |
| AB | | | | | | | | | | | | | |

| **CHEMISTRY** | | | **THYROID** | | | | | **SEROLOGY** | | | **HEMATOLOGY** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Iron 35-145 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.0-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/dl | TSH µU/ml Hypo> 0.3-0.1 Euthy 0.3-6.0 Hypo ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

| **HEMATOLOGY** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.6 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μμg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| **HEMATOLOGY** | | | | | **URINALYSIS** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
| N | | 1.010 | STRAW | CLEAR | 7.0 | NEG | NEG | NEG | NEG | OCC | NEG | OCC |
| AB | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| CREATININE, SERUM | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.3 | MG/DL | 0.0-0.3 |
| URINALYSIS: | NITRITE..: NEG | BACTERIA.: NEG | BILIRUB..:NEG |
| | LEUKOCYTE: NEG | | |
| | | AMOUNT: | |
| HEP. B SURFACE AG | POS H | | NEGATIVE |
| | SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG. | | |
| | ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY | | |
| | TEST) IS RECOMMENDED. | | |
| HEPATITIS Ba Ag | POS U | | NEGATIVE JUL 03 2000 |
| | SEE ATTACHED REPORT | | |

PAGE:

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00131



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: ●000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS:

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 0Y | | 06/17/00 | 06/27/00 | 200606513 |

### CHEMISTRY

| | Glucose 65-113 mg/dl | BUN 6-23 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.3-6.1 mg/dl | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl New Born 1.0-12.0 mg/dl | Alk Phos Adult 35-117 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 96-113 meq/l | CO₂ 20-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 128-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| | Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (cmic) 1.1-4.5 | T₃RIA 80-200 ng/dl | TSH, uIU/ml Hyper 0.0-0.1 EUthy 0.2-5.0 Hypo ≥ 8.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-38 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

U-PERFORMED AT:  UNILAB CORPORATION
18408 OXNARD STREET
TARZANA, CA. 91356

LABORATORY REPORT

PAGE: 1                    **\* END OF REPORT \*\***

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS.  REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00132

## LABORATORY REPORT

DIAMOND REFERENCE LAB    59547

**UNILAB**

Unilab Corporation
18408 Oxnard Street
Tarzana, CA
(818) 996-7300
So. Ca. (800) 339-4299

*Director and Pathologist*
*Paul T. Wertlake, M.D.*
**FINAL**

1470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765    1021

| REQUISITION NUMBER | ROOM NUMBER |
|---|---|

| DATE COLLECTED | DRAW TIME | CHART/PATIENT ID |
|---|---|---|
| 06/20/2000 | NG | |

| PATIENT NAME | AGE | SEX | SOCIAL SECURITY # | PHYSICIAN | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|
| LIN, BANG | NG | NG | 200606513 | - | 06/21 | 06232000 | 55667539 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | POSITIVE | | NEGATIVE | | |
| TEST RESULT(S) VERIFIED BY REPEAT ANALYSIS. | | | | | |

FORMS-FREE W/O CHEM (REV. 8/97) 63218

PAGE 1  :END OF FINAL    REPORT FOR: BANG LIN
DATE COLLECTED: 06/20/2000 - REPORTED DATE: 06/23/2000

ML LIN 00133



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

```
ACCT #:      000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR KAM
```

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 30Y | M | 12/18/99 | 01/05/00 | 912107025 |

## CHEMISTRY

| | Glucose 66-113 mg/dL | BUN 6-23 mg/dL | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/d Child 3.3-6.1 mg/d | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adul 0.3-1.2 mg/dl New Born 1.5-12 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 7.6 | 5.1 | 2.5 | 2.0 | | 50 | 17 |
| AB | | | | | | | | | | 2.1 | | | |

## CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-46 u/l | Sodium 134-146 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-113 meq/l | CO2 20-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 128-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 27 | | | 21 | | | | | | | | | |
| AB | | 95 | | | | | | | | | | | |

| CHEMISTRY | | | | THYROID | | | | SEROLOGY | | | HEMATOLOGY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Iron 35-148 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T-U 23.6-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/dl | TSH, μIU/ml Hyper 0.0-0.1 Euthy 0.2-5.0 Hypo ≥ 5.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-62 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μμg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-8% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| HEMATOLOGY | | | | | URINALYSIS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY REPEAT ANALYSIS. | | *Copy top A* |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.1 | MG/DL | 0.0-0.3 |
| HEP. B SURFACE AG | (POS) H | | NEGATIVE |
| | SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG. ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY TEST) IS RECOMMENDED. | | |
| HEPATITIS Be Ag | (NOTE S) NOT DETECTED SEE ATTACHED REPORT | | NEGATIVE |

*Marked m*
JAN 07 2000
*Caramer*

PAGE:  1

# LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00134



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 0000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 30Y | M | 12/18/99 | 01/05/00 | 912107025 |

### CHEMISTRY

| | Glucose 66-113 mg/dl | BUN 6-23 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.5-6.1 mg/dl | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl New Born 1.0-12.0 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-113 meq/l | CO2 20-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| CHEMISTRY | | | THYROID | | | | SEROLOGY | | | HEMATOLOGY | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T3U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/dl | TSH, uIU/ml Hyper 0.0-0.1 Euthy 0.2-6.0 Hypo ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | |
| AB | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.6 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| HEMATOLOGY | | | | | | URINALYSIS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.006-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

S-PERFORMED AT: SPECIALTY LABORATORIES
2211 MICHIGAN AVENUE
SANTA MONICA, CA 90404

PAGE  2    *** END OF REPORT ***

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00135



## SPECIALTY LABORATORIES
2211 Michigan Avenue          310·828·6543
Santa Monica, CA 90404-3900   800·421·4449

| ACCOUNT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 09B-3233381 |

| PATIENT NAME |
|---|
| LIN, BANG |

| REFERRING PHYSICIAN |
|---|
| NOT GIVEN |

| NOTES |
|---|
| |

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR          CA  91765

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 912107025 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 12/24/99 06:15 | 01/04/00 11:08 |
| | FINAL |
| AGE: 30 | SEX: Male |

|  | RESULT | REFERENCE RANGE |
|---|---|---|

HEPATITIS Be VIRUS ANTIGEN
------------------------------------

  Hepatitis Be Antigen          Not detected                    Not detected

    REPORT COMPLETED      PLEASE FILE
Tests Requested:
HEPATITIS BE VIRUS AG


G37632      14407      5


James B. Peter, M.D., Ph.D.

R10271 (1/97)

ML LIN 00136

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF G1
13720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. IKAM

| PATIENT | | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|
| LIN, BANG | | | 29Y | M | 07/17/99 | 07/21/99 | 907060610 |

## CHEMISTRY

| | Glucose 66-113 mg/dl | BUN 6-23 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorus Adat 2.5-4.9 mg/d Chid 3.5-6.1 mg/d | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1:1-2.4 | T. Bilirubin Adat 0.3-1.2 mg/d New Born 1.9-12.6 mg/d | Alk Phos Adult 35-117 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 7.8 | 4.9 | 2.9 | 1.7 | | | 75 | 22 |
| AB | | | | | | | | | | | | 2.7 | | |

## CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-113 meq/l | CO2 20-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 21 | 128 | | 21 | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| CHEMISTRY | | | | THYROID | | | | SEROLOGY | | | | HEMATOLOGY |

| | Iron 35-148 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T3U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T4RIA 60-200 ng/d | TSH, uIU/ml Hyper 0.0-0.1 Euthy 0.2-6.0 Hypo ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | 235 |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μμg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 15.0 | 44.2 | 4.55 | 97.0 | 32.9 | 33.9 | 4.0 | 51.2 | | 37.1 | 10.5 | 0.8 | 0.4 |
| AB | | | | | | | | | | | | | |

| HEMATOLOGY | | | | | URINALYSIS | | | | | | | |

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 12.3 | 7.4 | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| LIVER FUNCTION PANEL | . . . . . | | |
| BILIRUBIN, DIRECT | 0.2 | MG/DL | 0.0-0.3 |
| HEP. B SURFACE AG | POS  H | | NEGATIVE |
| | SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG. | | |
| | ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY | | |
| | TEST) IS RECOMMENDED. | | |
| HEPATITIS Be Ag | TO FOLLOW | | NEGATIVE |

JUL 24 1999

LABORATORY REPORT

END OF REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00137



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|
| LIN, BANG | | | 29Y | M | 02/06/99 | 02/19/99 | 902011065 |

### CHEMISTRY

| | Glucose 66-113 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.3-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.6 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl New Born 1-9.0 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 7.5 | 5.0 | 2.5 | 2.0 | | 58 | 21 |
| AB | | | | | | | | | | | 1.6 | | |

### CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 98-220 u/l | CPK M 23-189 u/l F 23-176 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 30 | 120 | | | | | | | | | | | |
| AB | | | | 49 | | | | | | | | | |

### CHEMISTRY / THYROID / HEMATOLOGY

| | Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.6-12.5 ugm/dl | FTI (calc) 1.1-4.6 | T₃RIA 60-200 ng/dl | TSH, μIU/ml Hyper 0.0-0.1 Early 0.2-6.0 Hypo ≥6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | 212 |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 ʌʌG | MCHC 32-36 gm/dl | WBC 4.0-11.00 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | 4.34 | 92.6 | 30.5 | 32.9 | | | | | 11.8 | 0.6 | 0.8 |
| AB | 13.2 | 40.2 | | | | | 2.4 | 35.4 | | 51.4 | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 12.5 | | | | | | | | | | | | |
| AB | | 6.6 | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| RED BLOOD CELL COUNT | NORMAL RBC MORPHOLOGY WBC APPEAR TO DECREASE ON SMEAR. | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.1 | MG/DL | 0.0-0.3 |
| HEP. B SURFACE AG | POS | H | NEGATIVE |
| | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| HEPATITIS Be Ag | NOTE  S | | NEGATIVE |
| | NOT DETECTED SEE ATTACHED REPORT | | |

Date _____ , M.D. _____
Copy to Patient _____
Test results are _____ Normal, _____ Abnormal
File _____ Call _____

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00138

 **SPECIALTY LABORATORIES**
2211 Michigan Avenue     310·828·6543
Santa Monica, CA 90404-3900   800·421·4449



| ACCOUNT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 098-1156107 |

PATIENT NAME
LIN, BANG

REFERRING PHYSICIAN
NOT GIVEN

NOTES

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 902011065 902011065 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 02/12/99 00:09 | 02/16/99 19:04 FINAL |

AGE: 29        SEX: Male

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR          CA  91765

---

RESULT                    REFERENCE RANGE

HEPATITIS Be VIRUS ANTIGEN
---------------------------
Hepatitis Be Antigen         Not detected            Not detected

```
***************************************************************
For the most analytically sensitive (down to less then 0.01
pg/mL), specific and quantitative assay for hepatitis
B virus, HBV DNA UltraQuant (test code #8137) is recommended,
if clinically indicated.  Changes in HBV viral load by HBV
DNA UltraQuant are useful for the diagnosis and monitoring
patient's response to antiviral therapy.
***************************************************************
```

REPORT COMPLETED     PLEASE FILE
Tests Requested:
HEPATITIS BE VIRUS AG

M37632      12837      1

James B. Peter, M.D., Ph.D.

R10271 (1/97)

ML LIN 00139



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 29Y | M | 01/09/99 | 01/11/99 | 901002212 |

**CHEMISTRY**

| | Glucose 66-113 mg/dl | BUN 0-18 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adlt 2.5-4.9 mg/dl Chld 3.5-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Nrw Bm 15-2.9 mg/dl | Alk Phos Adult 35-117 u/l Chld 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 7.5 | 4.9 | 2.6 | 1.9 | | 53 | 24 |
| AB | | | | | | | | | | | 1.4 | | |

**CHEMISTRY**

| | ALT (SGPT) 1-44 u/l | LDH 98-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chlorida 98-112 meq/l | CO2 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 20 | 122 | | 45 | | | | | | 165 | 139 | | |
| AB | | | | | | | | | | | | | |

**CHEMISTRY** / **THYROID**

| | Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 260-400 mcg/dl | T3U 23.8-35.6% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.6 | T3RIA 80-200 ng/dl | TSH, uIU/ml Hypor 0.0-0.1 Euthy 0.2-5.0 Hypo ≥6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | **HEMATOLOGY** Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | 197 |
| AB | | | | | | | | | | | | | |

**HEMATOLOGY**

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-62 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.6 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | 94.4 | 33.1 | 35.0 | | 51.7 | | 36.6 | 10.6 | 0.6 | 0.5 |
| AB | 13.4 | 38.3 | 4.05 | | | | 2.7 | | | | | | |

**HEMATOLOGY** / **URINALYSIS**

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 12.4 | | | | | | | | | | | | |
| AB | | 7.0 | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| RED BLOOD CELL COUNT | NORMAL RBC MORPHOLOGY WBCs APPEAR DECREASED ON SMEAR. | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.1 | MG/DL | 0.0-0.3 |

*Copyto pt*

*noted on* JAN 13 1999

**LABORATORY** (**\*\* END OF REPORT \*\*\***) **REPORT**

PAGE 1

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00140



**SPECIALTY LABORATORIES**
2211 Michigan Avenue      310·828·6543
Santa Monica, CA 90404-3900   800·421·4449



| ACCOUNT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 098-762042 |

PATIENT NAME
LIN, BANG

REFERRING PHYSICIAN
NOT GIVEN

NOTES

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 812110365 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 12/15/98 00:00 | 12/19/98 23:11 |

FINAL
AGE: 29      SEX: Male

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR      CA  91765

RESULT                    REFERENCE RANGE

HEPATITIS B VIRUS DNA QUANTITATION [bDNA]
------------------------------------------
Hepatitis B Virus DNA Quant      < 2.5      pg/mL      (< 2.5)

   REPORT COMPLETED     PLEASE FILE
Tests Requested:
HEPATITIS B VIRUS DNA QUAN

HEPATITIS B VIRUS DNA .(bDNA)  QUANTITATIVE:   Patients with low
     concentrations of HBV DNA (less than 100 pg/mL) respond to
     treatment with IFN significantly better than patients with
     circulating HBV DNA concentrations in excess of 200 pg/mL.

M37632      14507      1

James B. Peter, M.D., Ph.D.

R10271 (1/97)

ML LIN 00141



**SPECIALTY LABORATORIES**
2211 Michigan Avenue     310·828·6543
Santa Monica, CA 90404-3900   800·421·4449

ACCOUNT NUMBER: 37632
S.L.I. ACCESSION NUMBER: 098-762495

PATIENT NAME: LIN, BANG

REFERRING PHYSICIAN: NOT GIVEN

NOTES:

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR     CA   91765

PATIENT I.D. NUMBER: 812110165

DRAWN: Not Given

RECEIVED: 12/15/9B 01:05   REPORTED: 12/16/98 17:46

FINAL

AGE: 29     SEX: Male

|  | RESULT | REFERENCE RANGE |
|---|---|---|

**HEPATITIS Be VIRUS ANTIGEN**
----------------------------

Hepatitis Be Antigen . . . . .   Not detected       Not detected

```
*******************************************************
  For the most analytically sensitive (down to less than 0.01
  pg/mL), specific and quantitative assay for hepatitis
  B virus, HBV DNA UltraQuant (test code #8137) is recommended,
  if clinically indicated.  Changes in HBV viral load by HBV
  DNA UltraQuant are useful for the diagnosis and monitoring
  patient's response to antiviral therapy.
*******************************************************
```

REPORT COMPLETED     PLEASE FILE

Tests Requested:
HEPATITIS BE VIRUS AG

M37632     24808     2

James B. Peter, M.D., Ph.D.

R10271 (1/97)

ML LIN 00142



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 29Y | M | 11/14/98 | 11/16/98 | 811102359 |

## CHEMISTRY

| | Glucose 66-113 mg/dl | BUN 8-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.6 mg/dl | Phosphorus Adult 2.5-4.6 mg/d Child 3.3-6.1 mg/d | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Ilex fan 1.0-12.1 mg/d | Alk Phos Adult 35-117 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 8.2 | 5.3 | 2.9 | 1.8 | | 75 | 32 |
| AB | | | | | | | | | | | 2.3 | | ↑ |

## CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 89-220 u/l | CPK M 23-199 u/l F 23-175 u/l | GGTP 6-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 39 | 139 | | ↓ | | | | | | | | | |
| AB | ↑ | | | 93 | | | | | | | | | |

| CHEMISTRY | | | | THYROID | | | SEROLOGY | | | HEMATOLOGY |
|---|---|---|---|---|---|---|---|---|---|---|

| | Iron 35-140 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 80-200 ng/dl | TSH mU/ml Hyper 0.0-0.1 Euthy 0.2-6.0 Hypo ≥6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-6.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-8% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| HEMATOLOGY | | | | | URINALYSIS |
|---|---|---|---|---|---|

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.2 | MG/DL | 0.0-0.3 |

*Need start*
*J H B Virty*
*2/18/99*

PAGE : 1          *** END OF REPORT ***

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00143

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: C 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 29Y | M | 10/24/98 | 10/30/98 | 810095744 |

## CHEMISTRY

| | Glucose 66-113 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 25-49 mg/dl Child 3.3-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.6 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adut 0.3-1.2 mg/dl Inv Inn 12-0.2 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 7.8 | 4.8 | 3.0 | 1.6 | 0.9 | 64 | 34 |
| AB | | | | | | | | | | | | | |

## CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 89-220 u/l | CPK M 23-169 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-6.9 meq/l | Chloride 98-112 meq/l | CO2 21-29 meq/l | Uric Acid M 3.5-7.8 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 128-202 mg/dl | HDL M 30-98 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | 132 | | | | | | | | | | | |
| AB | 49 | | | 101 | | | | | | | | | |

| CHEMISTRY | | | THYROID | | | | HEMATOLOGY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T3U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/dl | TSH, µIU/ml Hypo 0.3-0.1 Euthy 0.2-6.0 Hypo 2-8.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | 187 |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 ₓ³ | MCH 27-34 µg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-8% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 15.1 | 43.9 | 4.53 | 96.8 | 33.4 | 34.5 | | | | | 10.9 | 0.1 | 0.3 |
| AB | | | | | | | 2.9 | 33.6 | | 55.1 | | | |

| HEMATOLOGY | | | | URINALYSIS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1005-1035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 11.6 | | | | | | | | | | | | |
| AB | | 7.0 | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| GAMMA GT (GGTP) | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| RED BLOOD CELL COUNT | NORMAL RBC MORPHOLOGY INCREASED MATURE LYMPHOCYTES ON SMEAR. | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.1 | MG/DL | 0.0-0.3 |
| HEPATITIS Be Ag | NOTE S NOT DETECTED SEE ATTACHED REPORT | | NEGATIVE |

PAGE:  1

**LABORATORY REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00144



**SPECIALTY LABORATORIES**
2211 Michigan Avenue      310·828·6543
Santa Monica, CA 90404-3900   800·421·4449



| ACCOUNT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 098-490966 |

PATIENT NAME
LIN, BANG

REFERRING PHYSICIAN
NOT GIVEN

NOTES

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR          CA   91765

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 810095744 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 10/27/98  05:30 | 10/29/98  03:57 |

FINAL

AGE: 29          SEX:  Male

                              RESULT                        REFERENCE RANGE

HEPATITIS Be VIRUS ANTIGEN
---------------------------
  Hepatitis Be Antigen          Not detected              Not detected

  ***********************************************************
  For the most analytically sensitive (down to less than 0.01
  pg/mL), specific and quantitative assay for hepatitis
  B virus, HBV DNA UltraQuant (test code #B137) is recommended,
  if clinically indicated.  Changes in HBV viral load by HBV
  DNA UltraQuant are useful for the diagnosis and monitoring
  patient's response to antiviral therapy.
  ***********************************************************

  REPORT COMPLETED     PLEASE FILE
Tests Requested:
HEPATITIS BE VIRUS AG

M37632      15957       4

James B. Peter, M.D., Ph.D.

R10271 (1/97)

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | | | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|---|
| LIN, BANG | | | | 29Y | N | 09/19/98 | 09/25/98 | 809084564 |

### CHEMISTRY

| | Glucose 68-113 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.3-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Inte Birt 1.0-12.0 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-46 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 86-220 u/l | CPK M 23-180 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.0 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 120-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / IMMUNOLOGY / HEMATOLOGY

| | Iron 35-148 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 80-200 ng/dl | TSH, μIU/ml Hyper 0.0-0.1 Euthy 0.2-5.0 Hypo ≥6.2 | Rheumatoid Factor 1:20 Negative | RPR Non-Reactive | ANA Latex Negative | Sod. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-8.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μg | MCHC 32-38 gm/dl | WBC 4.0-11.0 0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-8% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.6 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| PROTHROMBIN TIME (P | ..... | | |
| PROTHROMBIN TIME (PT) | 14.0  H | seconds | 10.5-12.5 |
| | PATIENT CONTROL = 11.2 SECONDS | | |
| | NOTE: NEW REFERENCE RANGE EFFECTIVE 09-21-98. | | |
| INTL. NORMALIZED RAT | 1.4 | | |
| | AN INR OF 2.0 TO 3.0 IS ACCEPTABLE.  AN EXCEPTION | | |
| | IS PATIENTS WITH HEART VALVES AND RECURRENT | | |
| | SYSTEMIC EMBOLISM FROM WHOM THE INR MAY NEED TO BE | | |
| | BETWEEN  2.5 TO 3.5 | | |
| | AN INR IS APPROPRIATE ONLY FOR PATIENTS WHO ARE | | |
| | STABLY ORALLY ANTICOAGULATED. | | |
| A.PTT | 34.3  H | seconds | 20.7 - 32.3 |

PAGE 1

**LABORATORY REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-49)

ML LIN 00146



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 0 00798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, RANG | | 29Y | M | 09/19/98 | 09/25/98 | B09084564 |

### CHEMISTRY

| | Glucose 66-113 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.9-1.3 mg/dl | BUN/Creatinne Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.8 mg/dl Chld 3.3-8.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Nw Bm 1.9-12.8 mg/dl | Alk Phos Adult 35-117 u/l Chld 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 98-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 mg/dl | Potassium 3.5-5.9 mg/dl | Chloride 98-112 mg/dl | CO₂ 21-29 mg/dl | Uric Acid M 3.5-7.6 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-76 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / HEMATOLOGY

| | Iron 35-146 mcg/dl | UIBC 130-260 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 80-200 ng/dl | TSH, μIU/ml Hyper 0.0-0.1 Euthy 0.2-6.0 Hypo ≥8.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-8.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μg | MCHC 32-38 gm/dl | WBC 4.0-11.0 0 X 10³ | Poly 43-79% | Band 0-6% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| | | | |

RESULTS VERIFIED BY REPEAT ANALYSIS.

| HBV DNA,QUANT/BLOOD | NOTE   S | pg/ml | |
| | 661.00 pg/mL | | |
| | SEE ATTACHED REPORT | | |

S-PERFORMED AT: SPECIALTY LABORATORIES
                2211 MICHIGAN AVENUE
                SANTA MONICA, CA 90404

PAGE 2          *** END OF REPORT ***

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00147

 **SPECIALTY LABORATORIES**
2211 Michigan Avenue      310·828·6543
Santa Monica, CA 90404-3900  800·421·4449

| | |
|---|---|
| NT NUMBER | S.L.I ACCESSION NUMBER |
| 37632 | 098-293011 |

PATIENT NAME
LIN, BANG

REFERRING PHYSICIAN
NOT GIVEN

NOTES

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 809084564 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 09/21/98 22:20 | 09/23/98 19:23 |
| | FINAL |

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR        CA   91765

AGE: 29        SEX: Male

RESULT                          REFERENCE RANGE

HEPATITIS B VIRUS DNA ULTRAQUANT
--------------------------------
 Hepatitis B DNA UltraQuant     661.00      *  pg/mL      (< 0.01)

     1 pg = approximately 150,000 copies

 REPORT COMPLETED     PLEASE FILE
Tests Requested:
HEPATITIS B VIRUS DNA ULTR

 HEPATITIS B VIRUS DNA ULTRAQUANT, PCR:  Hepatitis B Virus (HBV) DNA
   UltraQuant detects and quantitates HBV viral concentrations at
   the chronic or acute stage of viremia.  Patients with low HBV
   concentrations (less than 100 pg/mL) respond to treatment with
   interferon significantly better than patients with circulating
   HBV DNA concentrations in excess of 200 pg/mL.  The sensitivity
   of HBV DNA UltraQuant makes this test suitable for monitoring
   response to therapy.  Note that 150,000 copies of viral DNA is
   equivalent to 1 picogram.

M37632      7394       1


James B. Peter, M.D., Ph.D.

R10271 (1/97)

ML LIN 00148



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT .#: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 29Y | M | 09/05/98 | 09/11/98 | 809080217 |

## CHEMISTRY

| | Glucose 66-113 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.8 mg/dl Child 3.3-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl for Iron 1.0-12.0 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 8.0 | 4.8 | 3.2 | 1.5 | | 65 | |
| AB | | | | | | | | | | | 3.8 | | 132 |

## CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO2 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 129-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | 169 | | | | | | | | | | | |
| AB | 197 | | | 76 | | | | | | | | | |

## CHEMISTRY / THYROID / HEMATOLOGY

| | Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 260-400 mcg/dl | T3U 23.8-35.6% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/dl | TSH, µIU/ml Hyper 0.0-0.1 Euthy 0.2-6.0 Hypo ≥6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | 194 |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 u³ | MCH 27-34 µg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 15.6 | 46.8 | 4.68 | 100.0 | 33.3 | 33.3 | 4.7 | 52.2 | | 30.9 | 9.7 | | 0.6 |
| AB | | | | | | | | | | | | 6.6 | |

## HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.6-7.6 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 12.4 | 7.6 | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

BILIRUBIN, TOTAL    ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY
REPEAT ANALYSIS.
SLIGHTLY ICTERIC.

| LIVER FUNCTION PANEL | ..... | | |
|---|---|---|---|
| BILIRUBIN, DIRECT | 0.6  H | MG/DL | 0.0-0.3 |
| ANA FLUORESCENT | NEG | 1/40 | |

ANA IS INITIAL SCREENING OF AUTOANTIBODIES TO
NUCLEAR ANTIGENS, A DIAGNOSTIC AID IN ASSESSING SLE
SJOGREN, S SYNDROME (SS), PROGRESSIVE SYSTEMIC
SCLEROSIS (PSS, SCLERODERMA) AND RA.
FURTHER TESTING OF ANA POSITIVE SERA IS NECESSARY
TO IDENTIFY AUTOANTIBODIES TO SPECIFIC NUCLEAR
ANTIGENS SUCH AS nDNA, ssDNA, HISTONE, ENA SUCH AS
Sm, RNP, SSA, AND SSB. 5% OF NORMAL PEOPLE MAY HAVE

Date _____ M.D. _____
Copy to Patient _____
Test results are ___ Normal ___ Abnormal
File _____ Call to RTC _____
Call Patient date _____ Signature _____

PAGE :

## LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00149

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: C 00798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 29Y | M | 09/05/98 | 09/11/98 | 809080217 |

### CHEMISTRY

| | Glucose 65-113 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.3-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Born 0.0-12.0 mg/dl | Alk Phos Adult 36-117 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-146 meq/l | Potassium 3.5-5.0 meq/l | Chloride 96-112 meq/l | CO2 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <160 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| | Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T3U 23.8-35.8% | T4 4.6-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/dl | TSH, uIU/ml Hyper 00-0.1 Euthy 0.2-8.0 Hypo ≥8.2 | RPR Non-Reactivo | Rheumatoid Factor ‡20 Negativo | ANA Latex Negative | Sod. Ratio M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μg | MCHC 32-36 gm/dl | WBC 4.0-11.0.0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-8% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | 1 | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| | ANA TITER 1:80 .INCIDENCE OF NON-SPECIFIC POSITIVE INCREASES WITH AGE.ANA IS LABORATORY DIAGNOSTIC AID AND BY ITSELF IS NOT DIAGNOSTIC. | | |
| FERRITIN/BLOOD | 163 | NG/ML | 24-522 |
| | FERRITIN INTERPRETATION: MEN                        : 22 TO 522 NG/ML WOMEN LESS THAN 50 YRS OLD: 11 TO 193 NG/ML WOMEN OVER 50 YEARS OLD  : 18 TO 383 NG/ML | | |
| HEP. B SURFACE AG | POS  H | | NEGATIVE |
| | SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG. ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY TEST) IS RECOMMENDED. | | |
| HEPATITIS Be Ag | POS  S | | NEGATIVE |

PAGE

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00150



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

```
ACCT #: 0    00798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM
```

| PATIENT | | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|
| LIN, BANG | | | 29Y | M | 09/05/98 | 09/11/98 | 809080217 |

### CHEMISTRY

| | Glucose 66-113 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9mg/dl Child 3.3-8.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Nrx fem 1.0-11.0 mg/dl | Alk Phos Adult 35-117 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| CHEMISTRY | | | | THYROID | | | | SEROLOGY | | | HEMATOLOGY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 80-200 ng/dl | TSH, μIU/ml Hypo 0.0-0.1 Euthy 0.2-6.0 Hype ≥6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 f³ | MCH 27-34 μg | MCHC 32-36 gm/dl | WBC 4.0-11.0.0 X 10³ | Poly 43-78% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| HEMATOLOGY | | | | | URINALYSIS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| | | | |
| | SEE ATTACHED REPORT | | |
| | | | |
| HEPATITIS C ANTIBODY | NEG | | NEGATIVE |
| ANTI-MITOCHONDRIAL A | NEG | 1/10 | |
| ALPHA FETO PROTEIN | 3.0 | IU/ML | 0.0-20.0 |

THE REAPPEARANCE OF ELEVATED AFP CONCENTRATIONS
IN ADULT SERUM HAS BEEN OBSERVED DURING PREGNANCY
AND WITH SEVERAL BENIGN AND MALIGNANT DISEASES.
SUCH AS TERATOCARCINOMAS OF THE TESTIS.AND HEPATO-
CELLULAR CARCINOMA,OVARIEN CANCER,GASTROINTESTINAL
CANCER AND PULMONARY CANCER.
AFP IS ELEVATED IN ACUTE VIRAL HEPATITIS,CHRONIC
ACTIVE HEPATITIS AND CIRRHOSIS,PREGNANCY,ATAXIA -
TELANGIECTASIA AND HEREDITARY TYROSINEMIA.PRINTED
NORMAL RANGES ARE NOT VALID FOR PREGNANT FEMALE.

**PAGE:  3**

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00151



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000079B
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT | | PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|---|---|
| LIN, BANG | | | | 29Y | M | 09/05/98 | 09/11/98 | 809080217 |

### CHEMISTRY

| | Glucose 68-113 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 25-4.9 mg/dl Child 3.3-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.6 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Nte Ism 1.9-12.0 mg/d | Alk Phos Adult 35-117 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 98-220 u/l | CPK M 23-169 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.6-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY / THYROID / HEMATOLOGY

| | Iron 35-148 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-36.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₇RIA 80-200 ng/dl | TSH, μIU/ml Hyper 0.0-0.1 Euthy 0.2-5.0 Hypo ≥0.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet CL 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μμg | MCHC 32-36 gm/dl | WBC 4.0-11.0 0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| SMOOTH MUSCLE ANTIBO | NEG | 1/10 | 1/10 |

SMA IS FOUND IN CHRONIC ACTIVE HEPATITIS AND
PRIMARYBILIARY CIRRHOSIS,ASTHMA AND CERTAIN
MALIGNANCIES,TITER GREATER THAN 1:80 THAT
PERSIST FOR SEVERAL  MONTHS ARE CHARACTERISTIC OF
CHRONIC ACTIVE HEPATITIS.
THE SMA IS A LABORATORY AID AND BY ITSELF IS NOT
DIAGNOSTIC.
EXPECTED VALUE IN NORMAL POPULATION IS NEGATIVE
AT 1:20 DILUTION.


S-PERFORMED AT:   SPECIALTY LABORATORIES
                  2211 MICHIGAN AVENUE
                  SANTA MONICA, CA 90404

PAGE ... **LABORATORY** *** END OF REPORT *** **REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-46).

ML LIN 00152



**SPECIALTY LABORATORIES, INC.**
**OncQuest**
2211 MICHIGAN AVENUE
SANTA MONICA, CA 90404-3900

(310)828-6543  (800)421-4449

| ACCOUNT NUMBER | S.L.I. ACCESSION # |
|---|---|
| 37432 | 098-215109 |

| PATIENT NAME |
|---|
| LIN,BANG |

| ORDER # | D.O.B | GENDER |
|---|---|---|
| 809080217 | | |

| REFERRING PHYSICIAN |
|---|
| NOT GIVEN |

| PATIENT I.D. # | DRAWN |
|---|---|
| 809080217 | 09/08/98 12:00 AM |

| RECEIVED | REPORTED |
|---|---|
| 09/08/98 10:23 PM | 09/10/98 6:11 PM |

DIAMOND REFERENCE LAB
1470 S. VALLEY DR.SUITE 100
DIAMOND BAR,CA91765

Test Name                          Result              Reference Range


HEPATITIS Be VIRUS AG
----------------------
Hepatitis Be Virus Antigen         **Positive**         Not detected
     **********************************************************
     For the most analytically sensitive (down to less than 0.01
     pg/mL), specific and quantitative assay for hepatitis
     B virus, HBV DNA UltraQuant (test code #8137) is recommended,
     if clinically indicated.  Changes in HBV viral load by HBV
     DNA UltraQuant are useful for the diagnosis and monitoring
     patient''s response to antiviral therapy.
     **********************************************************

Final                              -1-                 James B. Peter, M.D.,Ph.D.

ML LIN 00153

**A complete imaging center**

X-ray, Ct, MRI
Ultrasound
Mammogram
Nuclear Medicine
Bone Density

# DIAGNOSTIC MEDICAL GROUP
# OF SOUTHERN CALIFORNIA

Main office: 1129 S. San Gabriel Blvd.
San Gabriel, CA 91776
Tel: (626) 287-6746  Fax: (626) 287-8357

*Four locations for best service*

Alhambra: (626) 642-1668
San Gabriel: (626) 287-6746
Monterey Park: (626) 288-8029
Hacienda Heights: (626) 913-1665

**PATIENT'S NAME:** LIN, BANG
**ACCOUNT NO:** 363955  (HACIENDA HEIGHTS)
**DOB:** 08/06/1969
**REF. PHYSICIAN:** SAM KAM, M.D.
**DATE OF EXAM:** 03/27/2004

### ABDOMINAL ULTRASOUND:

*Clinical History: Chronic hepatitis B.*

Multiple longitudinal and cross-sectional transabdominal real-time images were obtained.

The liver is normal in size (measuring 13.1 cm) and position, demonstrating normal uniform echogenicity with no evidence of mass, cystic or solid. There is no evidence of intrahepatic biliary or portal dilatation. The gallbladder is normal in size and contour with no evidence of thickening of the wall or echoes within the lumen. The common bile duct is normal in size, measuring approximately 5.0 mm.

The visualized spleen (measuring 10.4 cm) is unremarkable. The pancreas is not visualized due to body habitus. The visualized portions of the aorta are normal in course and caliber.

The right kidney measures 11.4 cm x 4.2 cm x 5.8 cm. The left kidney measures 11.6 cm x 5.1 cm x 5.6 cm. The kidneys are normal in contour and echogenicity with no evidence of mass, calculus or hydronephrosis. The renal cortices are of normal thickness and the corticomedullary junctions are well delineated.

### IMPRESSION:
1.    VISUALIZED STRUCTURES ARE UNREMARKABLE.
2.    NONVISUALIZATION OF PANCREAS.

Thank you for your referral.

Andrea Mallet-Reece, M.D.
Diplomate, American Board of Radiology
AMR:gbr/D: 03/29/04    T:  03/30/04

ML LIN 00154

A complete imaging center

**DIAGNOSTIC MEDICAL GROUP**
**OF SOUTHERN CALIFORNIA**

X-ray, Ct, MRI
Ultrasound
Mammogram
Nuclear Medicine
Bone Density

Main office: 1129 S. San Gabriel Blvd.
San Gabriel, CA 91776
Tel: (626) 287-6746  Fax: (626) 287-8357

*Six locations for best service*

San Gabriel: (626) 287-6746
China Town: (213) 626-7816
Monterey Park: (626) 288-8029
East Los Angeles: (213) 722-5533
Rowland Heights: (626) 913-8666
Hacienda Heights: (626) 913-1665

| | |
|---|---|
| **PATIENT NAME:** | LIN, BANG C. |
| **DOB:** | 08/06/69 |
| **NO:** | P18925 |

**REFERRING PHYSICIAN:**      SAM KAM, M.D.

**ABDOMINAL ULTRASOUND:**                **DATE:** 10/02/98

Multiple real-time images of the abdomen were obtained.

The liver is normal in size and position demonstrating normal, uniform echogenicity without focal cyst or solid mass. There is no evidence of intrahepatic biliary or portal dilatation. The gallbladder is normal without evidence of calculi or wall thickening. There is no pericholecystic fluid collection. The common bile duct is of normal diameter measuring 4.5 mm.

The visualized pancreas and spleen are both normal. The visualized portions of the aorta are normal in course and caliber.

The right kidney measures 10.5 cm x 5.2 cm x 4.7 cm. The left kidney measures 11.7 cm x 5.0 cm x 5.0 cm. There is no evidence of hydronephrosis or mass. The renal cortices are of normal thickness and the corticomedullary junctions are well-delineated.

**IMPRESSION:**      NORMAL ABDOMINAL ULTRASOUND.

Thank You For Your Referral!

*K.W. Lee* (signature)

K.W. Lee, M.D.
Radiologist

DD:10/02/98a
DT:10/02/98p
mm

Copy to pt.    OCT 0 8 1998

ML LIN 00155