*Exhibit F*

**MetLife**

Memo
Contestable Death Claim

Dr. Zamarippa_____, Medical Director

☒ Ms. Shelby Lyons_____, Personal Insurance

Name: Bang C. Lin_____ Policy Number 204 126 416 ET

Underwriting Classification   Preferred NS        Cause of death: Respiratory Failure, Pneumocystis Carinii Pneumonia and Stage IV Gastric Carcinoma

Temporary Insurance Agreement   effective date _____

Date of Death   08/11/2006   Amount $ 1,000,000.00   State CA

SHELBY LYONS
JAN 2 3 2007
DEATH CLAIMS

Note particularly the following treatment tabbed in the attached file:
(Approver: Specify below dates and places of treatment.)
8/7/04 – HBV, 03/27/04 - Abdominal Ultrasound
Please review and answer question 1. Thanks.

---

1. ☒ Note: Any undisclosed medical treatment, attention or history prior to   08/18/2004   is material.
                                                                              (Effective Date)

   (a) Based on the additional information obtained dated prior to the effective date do you agree with the underwriting rating?
       (check one)   Yes      No

   (b) At the time of underwriting, if you had this additional information available would you have suggested that this policy have been
       ☐ Approved as Issued  ☒ Not Approved as Issued (different policy rating)   ☐ Declined
       ☐ Postponed            ☐ Requested additional information

   If the policy would have been declined, not approved as issued, or postponed, or we would have requested additional information, please explain what specific medical treatment, attention, condition or history in the file that would cause such a decision

   _Hx of hepatitis B tx with Interferon in 1998, Dx of chronic hepatitis B in march 04._

2. ☐ Based on the statements in the application, information in the file and any other tabbed material available to the underwriter, were we correct in accepting this risk as issued?
       ☐ Yes               ☐ No (please explain)

3. ☐ Is there a clear and demonstrable causal connection between the reason for the underwriting classification and death?
       ☐ Yes      ☐ No

4. ☐ Did the medical history on which you would have declined, not approved as issued, or postponed the application in the same underwriting classification actually contribute to the cause of death?
       ☐ Yes      ☐ No

_D. Zamarripa_
Medical Director

2231-SC (12-98) WCSC

F:\SENIOR - CONSULTANT\CONTESTABLE DC MEMO.doc 10/6/2006
- 1 -
This Life Administration procedure is only controlled until 4:00:26 PM on 01/23/2007. For a controlled version, please access this document electronically.

ML LIN 00064