*Exhibit A*

Case 1:07-cv-03218-RJH    Document 24-2    Filed 07/03/2008    Page 1 of 2

# MetLife

**Memo**

Contestable Death Claim

☒ Dr. Zamarippa _____, Medical Director

☒ Ms. Shelby Lyons _____, Personal Insurance

Name: Bang C. Lin    Policy Number: 204 126 416 ET

Underwriting Classification: Preferred NS

Temporary Insurance Agreement effective date

Cause of death: Respiratory Failure, Pneumocystis Carinii Pneumonia and Stage IV Gastric Carcinoma

Date of Death: 08/11/2006    Amount: $1,000,000.00    State: CA

SHELBY LYONS
JAN 2 3 2007
DEATH CLAIMS

Note particularly the following treatment tabbed in the attached file:
(Approver: Specify below dates and places of treatment.)
8/7/04 – HBV, 03/27/04 - Abdominal Ultrasound
Please review and answer question 1. Thanks.

1. ☒ Note: Any undisclosed medical treatment, attention or history prior to 08/18/2004 (Effective Date) is material.

   (a) Based on the additional information obtained dated prior to the effective date do you agree with the underwriting rating?
   (check one)   Yes       No

   (b) At the time of underwriting, if you had this additional information available would you have suggested that this policy have been

   ☐ Approved as Issued  ☒ Not Approved as Issued (different policy rating)   ☐ Declined
   ☐ Postponed           ☐ Requested additional information

   If the policy would have been declined, not approved as issued, or postponed, or we would have requested additional information, please explain what specific medical treatment, attention, condition or history in the file that would cause such a decision

   _hx of hepatitis B tx with Interferon in 1998, Dx of chronic hepatitis B in march 04._

2. ☐ Based on the statements in the application, information in the file and any other tabbed material available to the underwriter, were we correct in accepting this risk as issued?

   ☐ Yes       ☐ No (please explain)

3. ☐ Is there a clear and demonstrable causal connection between the reason for the underwriting classification and death?
   ☐ Yes       ☐ No

4. ☐ Did the medical history on which you would have declined, not approved as issued, or postponed the application in the same underwriting classification actually contribute to the cause of death?
   ☐ Yes       ☐ No

_D. Zamarripa_
Medical Director

2231-SC (12-98) WCSC

F:\SENIOR - CONSULTANT\CONTESTABLE DC MEMO.doc 10/6/2006
- 1 -
This Life Administration procedure is only controlled until 4:00:26 PM on 01/23/2007. For a controlled version, please access this document electronically.

ML LIN 00064