*Exhibit B*

Case 1:07-cv-03218-RJH    Document 24-3    Filed 07/03/2008    Page 1 of 10

## Hepatitis B
## Serum Hepatitis

 Info    Text

### HEPATITIS B

**HEPATITIS B CARRIERS**

| | |
|---|---|
| If infection known to have occurred before age 10 | + 100 |
| Others | + 50 |

**ACUTE HEPATITIS B**

| | |
|---|---|
| Present (abnormal liver enzymes) | Postpone |
| Completely resolved (liver enzymes normal) | + 0 |
| Others (not completely resolved) | Refer to Med Dir |

**CHRONIC HEPATITIS B**

**Liver biopsy performed:**

| | |
|---|---|
| Normal (no inflammatory cells, no fibrosis) | Refer to Med Dir |
| **Minimal** | |
|    Current age < 50 | + 75 |
|    Current age ≥ 50 | + 50 |
| **Mild** | |
|    Current age < 50 | + 150 |
|    Current age ≥ 50 | + 100 |
| **Moderate** or **Severe** | Decline |
| Cirrhosis | Decline |
| ALT/AST > 100 or elevated bilirubin | Decline |
| If liver biopsy findings unclear | Refer to Med Dir |

**Liver biopsy not performed:**

| | |
|---|---|
| ALT/AST consistently normal | Rate as **Hepatitis B Carrier** |
| ALT/AST stable, usually ≤ 100 | + 150 |
| ALT/AST unstable or > 100 | Decline |

**Treated with interferon or lamivudine:**

Successful treatment (HBV-DNA negative, HbeAg negative, AST/ALT normal):

| | |
|---|---|
|    Off interferon < 1 year | Postpone |
|    Off interferon ≥ 1 year | Refer to Med Dir |
| Unsuccessful treatment | Refer to Med Dir, use pre-treatment rating |

**CONFIDENTIAL ML 00710**

**Hepatitis B**

|         | Acute Infection | Chronic Infection | Recovery | B Carrier | Immunized |
|---------|-----------------|-------------------|----------|-----------|-----------|
| HbsAg   | +               | +                 | -        | +         | -         |
| Anti HBs| -               | -                 | +        | -         | +         |
| HbeAg   | +               | +                 | -        | -         | -         |
| Anti HBc| -               | +/-               | +        | +         | -         |
| HBV-DNA | +               | +                 | -        | +/-       | -         |

CONFIDENTIAL ML 00711

### Liver Biopsy - Histologic Activity Index

| HAI | Description | Old Terminology |
|---|---|---|
| **1 - 2** | Minimal chronic hepatitis | Nonspecific reactive hepatitis |
| | | Chronic lobular hepatitis (CLH) |
| | | Chronic persistent hepatitis (CPH) |
| **3 - 5** | Mild chronic hepatitis | Severe CLH, CPH |
| | | Mild chronic active hepatitis (CAH) |
| **6 - 11** | Moderate chronic hepatitis | Moderate CAH |
| **> 11** | Severe chronic hepatitis | Severe CAH with bridging necrosis |

### Components of Histologic Activity Index

| Component | Range of Scores |
|---|---|
| Periportal necrosis with/without bridging necrosis | 0 - 10 |
| Lobular degeneration and focal necrosis | 0 - 4 |
| Portal inflammation | 0 - 4 |
| Fibrosis | 0 - 4 |

CONFIDENTIAL ML 00712

# Hepatitis B    **Assessment**    **Treatment**    **Info**    **Rates**

**Also**     Serum hepatitis

**Overview**    Hepatitis B is caused by hepatitis B virus (HBV). It is very common in southeast Asia, where infection is often acquired during infancy. Hepatitis B can also progress to chronic hepatitis in 5-10% of adults and 80-90% of children. The disease usually is transmitted by

- An exchange of body fluids via transfusions
- Contaminated needles
- Sexual contact.

In order to accurately underwrite hepatitis B, it is important to identify whether the applicant has **ACUTE hepatitis B** ; **CHRONIC hepatitis B** ; or is a **hepatitis B CARRIER** .

CONFIDENTIAL ML 00713

**Hepatitis B Assessment**

In order to accurately underwrite hepatitis B, it is important to identify whether the applicant has acute hepatitis B, chronic hepatitis B, or is a hepatitis B carrier. Acute hepatitis B is generally associated with symptoms and marked elevations of ALT/AST (usually > 300 U/L).

Chronic hepatitis B is characterized by mild to moderate elevations of ALT/AST persisting for 6 months or more. Hepatitis B carriers do not completely clear the virus but liver inflammation has subsided and ALT/AST levels are normal.

CONFIDENTIAL ML 00714

## Acute Hepatitis B

- Acute hepatitis B is generally associated with symptoms and marked elevations of ALT/AST (usually > 300 U/L).

- Acute hepatitis B can be a severe and occasionally life-threatening illness (fulminant hepatitis), especially when it occurs in conjunction with hepatitis D.

CONFIDENTIAL ML 00715

**Chronic Hepatitis B**

- Chronic hepatitis B is characterized by mild to moderate elevations of ALT/AST persisting for 6 months or more.
- Chronic hepatitis B is associated with risk of cirrhosis and hepatocellular carcinoma.
- Some patients will be followed with serial liver ultrasounds and/or serum alpha-fetoprotein levels to look for evidence of hepatocellular carcinoma.

CONFIDENTIAL ML 00716

**Hepatitis B Carrier**

- Hepatitis B carriers do not completely clear the virus but liver inflammation has subsided and ALT/AST levels are normal.
- Hepatitis B carrier state is associated with increased risk of hepatocellular carcinoma.
- Some patients will be followed with serial liver ultrasounds and/or serum alpha-fetoprotein levels to look for evidence of hepatocellular carcinoma.

CONFIDENTIAL ML 00717

## Hepatitis B Treatment

Treatment options include interferon and more recently lamivudine. While there may be a favorable response to these therapies, there is substantial risk of recurrent hepatitis B especially in the first year after treatment is completed.

CONFIDENTIAL ML 00718