*Exhibit B*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEAN LIN,                              07-CV-3218 (Judge Holwell)

                    Plaintiffs,

                                              PLAINTIFF'S REPLY TO
  - against –                              DEFENDANT'S
                                              COUNTERCLAIMS

METROPOLITAN LIFE INSURANCE
COMPANY,

                    Defendant.
------------------------------------------------------------x

Plaintiff, Jean Lin, by her attorneys Trief & Olk, hereby replies to the Counterclaims of the Defendant, Metropolitan Life Insurance Company:

### PARTIES, JURISDICTION, AND VENUE

1-3.    Admitted.

### GENERAL ALLEGATIONS

1.    Admits that Defendant characterizes this action as such.

2.    Admits.

3.    Denied, but admits that there was an application for insurance dated August 5, 2004.

4.    Admitted.

5.    Denied, but admits the response was made to the question.

6.    Admitted.

7.    Denied, but admits the response was made to the question.

8.    Admitted.

9.    Denied, but admits the response was made to the question.

10. Admitted.

11. Denied, but admits the response was made to the question.

12. Admitted.

13. Denied, but admits the response was made to the question.

14. Admitted.

15. Denied, but admits the response was made to the question.

16. Admitted.

17. Denied, but admits the response was made to the question.

18. Admitted.

19. Denied, but admits the response was made to the question.

20. Admitted.

21. Denied, but admits the response was made to the question.

22. Denied.

23. Denied.

24. Admitted.

25. Admitted.

26. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 26.

27-30. Denied.

## COUNT ONE: RESCISSION FOR MISREPRESENTATION

1. Plaintiff restates the admissions and denials set forth previously.

2-7. Denied.

2

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

1. The Defendant's counterclaim fails to state a cause of action.

WHEREFORE, plaintiffs demand dismissal of the defendants counterclaim together with costs and fees.

Dated:      New York, New York
            August 16, 2007

                                        TRIEF & OLK

                                By: _____
                                    Eric Dinnocenzo (ED 3430)
                                    Attorneys for Plaintiff
                                    150 East 58th Street
                                    New York, New York 10155
                                    (212) 486 – 6060

3

Index No. 07 Civ 3218                                    Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN LIN,

                      Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE COMPANY

                      Defendant

**PLAINTIFF'S REPLY TO COUNTERCLAIMS**

TRIEF & OLK
Attorney(s) for **Plaintiff**

Office and Post Office Address
**150 EAST 58TH STREET
34TH FLOOR
NEW YORK, NEW YORK 10155
(212) 486-6060**

To                                                Signature (Rule 130-1.1-a)

Attorney(s) for                              **Eric Dinnocenzo, Esq.**
                                                Print name beneath

Service of a copy of the within                        is hereby admitted.

Dated,

                      Attorney(s) for

    Sir: Please take notice
☐ *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐ *NOTICE OF SETTLEMENT*
that an order                         of which the within is a true copy will be presented for
settlement to the HON.                                          one of the judges
of the within named Court, at
on the          day of                          at    M.

Dated,

                      Yours, etc.
                    TRIEF & OLK
Attorney(s) for

Office and Post Office Address
**150 EAST 58TH STREET
34TH FLOOR
NEW YORK, NEW YORK 10155**
To