*Exhibit F*

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      JEAN LIN,
 4
 5                    Plaintiff,
 6
              -against-            07-CV-3218
 7                                 (Judge Holwell)
 8
      METROPOLITAN LIFE INSURANCE COMPANY,
 9
10                    Defendant.
      ------------------------------------------X
11
12                    DATE:  January 2, 2008
13                    TIME:  11:25 a.m.
14
15            DEPOSITION of the Plaintiff, JEAN
16    LIN, taken by the Defendant, pursuant to
17    a Court Order, held at the offices of
18    Trief & Olk, 150 East 58th Street, New
19    York, NY 10155 before Chanie Berman, a
20    Shorthand Reporter and Notary Public of
21    the State of New York.
22
23
24
25
```

```
 1                          2
 2   APPEARANCES:
 3
 4   TRIEF & OLK
 5      Attorneys for Plaintiff
 6      150 East 58th Street, 34th Floor
 7      New York, NY 10155
 8   BY: ERIC DINNOCENZO, ESQ.
 9
10   METROPOLITAN LIFE INSURANCE COMPANY
11      One MetLife Plaza
12      27-01 Queens Plaza North
13      Long Island City, NY 11101
14   BY: TOMASITA SHERER, ESQ., OF COUNSEL
15
```

```
 1                          4
 2   JEAN LIN, called as a
 3   witness, having been first duly sworn,
 4   by a Notary Public of the State of New
 5   York, was examined and testified as
 6   follows:
 7   EXAMINATION BY
 8   MS. SHERER:
 9   Q    What is your name?
10   A    Jean Lin.
11   Q    What is your home address?
12   A    5 Medici Aisle, Irvine, CA 92606.
13        MS. SHERER: Mrs. Lin, have you
14   had your deposition taken before?
15        THE WITNESS: Never.
16        MS. SHERER: And so, I would like
17   to begin by giving you some background
18   on how the deposition will take place --
19        THE WITNESS: Okay.
20        MS. SHERER: -- and some
21   deposition rules.
22        THE WITNESS: Uh huh.
23        MS. SHERER: Perhaps your attorney
24   already went over this with you but I am
25   going to go over it again to make sure
```

```
 1                          3
 2           FEDERAL STIPULATIONS
 3
 4        IT IS HEREBY STIPULATED AND AGREED by
 5   and between the attorneys for the respective
 6   parties herein, that filing and sealing be and
 7   the same are herby waived.
 8
 9        IT IS FURTHER STIPULATED AND AGREED that
10   all objections, except as to the form of the
11   question, shall be reserved to the time of the
12   trial.
13
14        IT IS FURTHER STIPULATED AND AGREED that
15   the within deposition may be sworn to and signed
16   before any officer authorized to administer an
17   oath, with the same force and effect as if
18   signed and sworn to before the Court.
19                    * * *
```

```
 1        LIN                5
 2   everything goes smoothly; okay?
 3        THE WITNESS: Okay.
 4        MS. SHERER: I am going to be
 5   asking you questions. You are going to
 6   be giving me answers and sometimes you
 7   may know where I am going with a
 8   question.
 9        THE WITNESS: Uh huh.
10        MS. SHERER: But I would just ask
11   that you allow me to finish my entire
12   question before you answer because it's
13   hard for the court reporter to take down
14   when we are both speaking; is that okay?
15        THE WITNESS: Yes, it is.
16        MS. SHERER: Also, I ask that you
17   respond verbally. Nods of the head or
18   uh huhs or uh uhs are not taken down
19   well by the court reporter; okay?
20        THE WITNESS: Okay.
21        MS. SHERER: Any time you would
22   like to take a break, please just let me
23   know. We can take as many breaks as you
24   want.
25        THE WITNESS: Okay.
```

```
1                 LIN                46
2    policy.  That is it.
3        Q    How often would she call you, for
4    example?
5        A    About twice a year.
6        Q    Twice a year?
7        A    Yes.
8        Q    Other than calling you twice a
9    year, did you ever visit her in her office?
10       A    No, never.
11       Q    Did you ever go out socially with
12   her?
13       A    No.
14       Q    Or talk to her socially?
15       A    In my culture -- could you be more
16   specific?  It's different.
17       Q    Tell me what you mean.  So I guess
18   my question was, did you socialize with her,
19   did you become friends?
20       A    Friend, yes, like friend, but not
21   like you know Rebecca my best friend, not
22   friend friend but you know.  Okay.  I don't
23   know how to say that.
24       Q    Did you ever go out with her
25   socially?
```

```
1                 LIN                47
2        A    No.
3        Q    Did you ever have a conversation
4    with her about things other than life
5    insurance?
6        A    Yes, of course like kids, you
7    know, that is all and the school.
8        Q    Fair enough.  When you spoke to
9    Judy generally, when she called you, did the
10   conversation take place in English or
11   Chinese?
12       A    Chinese.
13       Q    All of the time?
14       A    Yes.
15       Q    Let's go back to the time when you
16   completed the application for this policy in
17   your office.  Do you recall being asked
18   generally application questions for this
19   policy?
20       A    Could you explain more about this
21   question?
22       Q    I guess the first question I want
23   to know is do you recall being asked the
24   questions on the application?  I would direct
25   you to the pages, page 394 through 400.  Do
```

```
1                 LIN                48
2    you recall Judy asking you these questions?
3        A    394 until 400?
4        Q    Yes.
5        A    No, I don't.
6        Q    You don't recall?
7        A    No.
8        Q    Well, when she came over --
9        A    Um,
10       Q    -- tell me about the time that she
11   came over to Uni Micro.  It was just you two
12   doing the application.  Tell me.
13       A    She just came and she, you know,
14   she filled out the application for me and she
15   asked me anything change or I say nothing
16   changed and then she said okay, you know, and
17   then, you know, she filled out and I just
18   signed it and then we start talking about
19   mother things.
20       Q    Did she fill out the application
21   in front of you?
22       A    Yes, she did.
23       Q    As she was filling out the
24   application, was she translating into Chinese
25   what the application said?
```

```
1                 LIN                49
2        A    She actually, she was just, you
3    know, could you be more specific?  What part
4    of this application?
5        Q    Well, I am just trying to get a
6    sense of how the application came to be
7    filled out.  Did she ask you a question and
8    then write it out?
9        A    No.  She just filled out it at
10   once.
11       Q    She just filled out the whole
12   application and didn't ask you a single
13   question?
14       A    She asked me to get my husband's
15   driver's license and I knew his social
16   security number, so, yes.  That is the only
17   thing.
18       Q    Do you recall her asking questions
19   about health and medical?
20       A    No, I don't.
21       Q    You don't recall her asking you a
22   single question about that?
23       A    (No response.)
24       Q    Do you recall her asking you about
25   tobacco or smoking history?
```

|  | LIN | 50 |
|---|---|---|
| 2 | A | No. |
| 3 | Q | Or anything about traveling; did |
| 4 | she ask you any of those things? | |
| 5 | A | Before we filled out these |
| 6 | questions the only thing she asked if | |
| 7 | anything change. I say nothing. | |
| 8 | Q | As we sit here today, you don't |
| 9 | remember her asking you a single question | |
| 10 | about health? | |
| 11 | A | No. |
| 12 | Q | The health of Mr. Lin? |
| 13 | A | No. |
| 14 | Q | As you sit here today, you don't |
| 15 | recall her asking you any question about | |
| 16 | whether he travelled outside of the United | |
| 17 | States? | |
| 18 | A | No. |
| 19 | Q | As we sit here today, you don't |
| 20 | recall her asking you a question specifically | |
| 21 | about his smoking history; correct? | |
| 22 | A | (No response.) |
| 23 | Q | Do you recall her asking you a |
| 24 | question about his smoking history? | |
| 25 | A | No. |

LIN 51
2  Q  And you testified that all she
3  asked you was if anything changed?
4  A  Yes.
5     MR. DINNOCENZO:  Objection.
6  Q  How long was she there?
7  A  Huh?
8  Q  How long was she there?
9  A  She was there about one hour.
10 Q  One hour?
11 A  Yes.
12 Q  And in that one hour, what
13 happened?
14 A  She filled out and then she
15 started telling me the tragedy of her friend.
16 She has a friend's son. He passed away seven
17 years, at age seven years because of the
18 asthma attack. We were both crying so we
19 spent a lot of time talking about kids.
20 Q  In the hour that she was there,
21 how long did it take to do the application?
22 A  I really don't.
23 Q  Estimate.
24 A  About 20 minutes, maybe.
25 Q  And do you remember her asking you

LIN 52
2  to sign?
3  A  She just, you know, I just signed
4  it. I just sign it and bring it to my
5  husband to sign.
6     MR. DINNOCENZO:  Remember to
7  answer her question.
8  Q  Do you remember her asking you to
9  sign it?
10 A  She asked me to sign, she just
11 asked me to sign it, yes.
12 Q  Did you read any of it?
13 A  No.
14 Q  Why didn't you read any of it?
15 A  Because we trusted her.
16 Q  But can you read English?
17 A  I read English, yes. Poorly.
18 Q  Did you ever tell Judy that you
19 would like a copy of this application
20 translated in Chinese?
21 A  Could you?
22 Q  Did you ever ask Judy --
23 A  No.
24 Q  -- to give you a copy of this
25 application translated in Chinese characters?

LIN 53
2  A  No, I did not.
3  Q  I would like to draw your
4  attention to page 398 and please look at
5  question 21-D.
6     MR. DINNOCENZO:  No, here.
7     THE WITNESS:  Oh.
8  Q  I am going to read it into the
9  record. The question asks, "Has any person
10 proposed for insurance ever received
11 treatment, attention or advice from any
12 physician, practitioner or health facility or
13 been told by any physician, practitioner or
14 health facility that he or she had ulcers,
15 colitis, hepatitis, cirrhosis or any other
16 diagnosis or disorder of the liver,
17 gallbladder, stomach or intestines."  Do you
18 see that question?
19 A  Do you mean now?
20 Q  Yes.
21 A  Now I did, yes.
22 Q  What answer was checked to that
23 question?
24 A  It was checked no.
25 Q  Do you recall being asked this

```
                              LIN                  54
 2    question then?
 3    A    No, I did not.
 4    Q    You do not?
 5    A    I do not. I did not or do not.
 6    Q    As we sit here today, if you were
 7    asked this question today, what would the
 8    answer be?
 9    A    The answer would be yes.
10    Q    So you would agree that Mr. Lin
11    did in fact receive treatment, attention or
12    advice from a physician for hepatitis;
13    correct?
14    A    Could you be more specific;
15    explain it.
16    Q    Would you agree today that Mr. Lin
17    did receive treatment from a doctor for
18    hepatitis?
19    A    Yes.
20    Q    Would you agree that Mr. Lin was
21    told by a doctor that he had chronic
22    hepatitis?
23    A    Could you -- chronic?
24    Q    Have you ever heard the term
25    chronic hepatitis?

                              LIN                  55
 2    A    No.
 3         MR. DINNOCENZO: You have to
 4    answer verbally.
 5    Q    You have never heard that your
 6    husband was diagnosed with chronic hepatitis?
 7         MR. DINNOCENZO: Answer the
 8    question.
 9    Q    Have you ever heard that before?
10    A    No.
11    Q    But you seem like you want to say
12    something.
13    A    Yes. Can I?
14    Q    Yes.
15    A    I only know that he is a carrier.
16    Q    You know that he was a carrier for
17    hepatitis B?
18    A    Yes.
19    Q    But you don't recall that, being
20    told that he had chronic hepatitis or
21    learning about that?
22    A    I never learned about that.
23         MR. DINNOCENZO: I want you to
24    just answer her question and not
25    volunteer information.

                              LIN                  56
 2         MS. SHERER: You can volunteer, if
 3    it helps you to explain.
 4         THE WITNESS: Oh, okay.
 5    Q    Are you aware that he took the
 6    drug interferon for his hepatitis B? Have
 7    you ever heard that he took the drug
 8    interferon for hepatitis B?
 9    A    Yes.
10    Q    You knew that?
11    A    Yes.
12    Q    And you agree that the correct
13    answer to this question should have been yes?
14    A    Yes.
15    Q    Please take a look at question
16    22-A, -B and -C and I'll read them into the
17    record. The question asks, "Has any person
18    proposed for insurance in the past six months
19    taken any medication or been under
20    observation or treatment; B, scheduled any
21    doctor's visits, medical care or surgery for
22    the next six months; C, during the past five
23    years had any checkup, health condition or
24    hospitalization not revealed above." Do you
25    see those questions?

                              LIN                  57
 2    A    Yes.
 3    Q    What were the answers given for
 4    those three questions?
 5    A    No.
 6    Q    No was the answer given for all
 7    three questions; correct?
 8    A    Correct.
 9    Q    But Mr. Lin had been seen by a
10    doctor and had taken medication in the past
11    six months preceding the application;
12    correct?
13    A    Could you repeat the question?
14    Q    Sure, but Mr. Lin had in fact been
15    seen by a doctor and taken medication in the
16    six months preceding the application;
17    correct?
18    A    Correct.
19    Q    And he had scheduled doctor's
20    visits and medical care; correct?
21    A    Correct.
22         MR. DINNOCENZO: Objection.
23    Q    What about the past five years;
24    isn't it true that Mr. Lin was diagnosed with
25    a health condition not revealed above?
```

|  | LIN 58 |
|---|---|
| 1 | |
| 2 | A  I don't understand. Could you -- |
| 3 | Q  Let's look at question 22-C. |
| 4 | A  Okay. |
| 5 | Q  It's asking during the past five |
| 6 | years has the proposed insured had any health |
| 7 | condition not revealed above, and I guess I |
| 8 | am asking would you agree that he was |
| 9 | diagnosed with a health condition that was |
| 10 | not revealed above? |
| 11 | A  What is above mean? |
| 12 | Q  Above in this question means the |
| 13 | second, before the 21 section that we looked |
| 14 | at a part of a moment ago, let me ask this |
| 15 | this way. Was there any health condition |
| 16 | indicated on this application for your |
| 17 | husband? |
| 18 | A  Could you repeat? |
| 19 | Q  Sure. Could you take a look at |
| 20 | the whole application and tell me, was any |
| 21 | health condition, pre-existing health |
| 22 | condition indicated anywhere on the |
| 23 | application? |
| 24 | A  Anywhere on this application. |
| 25 | Q  Yes? |

|  | LIN 59 |
|---|---|
| 1 | |
| 2 | A  Could you -- |
| 3 | Q  Sure. |
| 4 | A  One more time, please. |
| 5 | Q  This is pages 394 through 400, |
| 6 | part one of the application, and I would like |
| 7 | to know was there any disclosed health |
| 8 | condition that you husband had? |
| 9 | A  What does disclosed mean? |
| 10 | Q  It means was there any health |
| 11 | condition that was written down here? |
| 12 | A  Oh. Can I go back to your |
| 13 | question again, please? |
| 14 | Q  Sure. You want me to ask it |
| 15 | again? |
| 16 | A  Yes. |
| 17 | Q  During the past five years the |
| 18 | question asks. |
| 19 | A  Okay. |
| 20 | Q  We are going to page 398. "Has |
| 21 | the insured had any health condition not |
| 22 | revealed above," means that you haven't |
| 23 | already told us about. |
| 24 | A  Haven't told you guys about |
| 25 | besides this? |

|  | LIN 60 |
|---|---|
| 1 | |
| 2 | Q  Well, is there any health |
| 3 | condition that is revealed at all in this |
| 4 | application? |
| 5 | A  Sorry. I am totally lost. |
| 6 | Q  Let me ask it a different way. Is |
| 7 | there any medical condition that you told |
| 8 | Judy about that your husband had for this |
| 9 | application? |
| 10 | A  You mean I told her any condition |
| 11 | my husband has? |
| 12 | Q  Yes. |
| 13 | A  Are we during the past five, this |
| 14 | one here? |
| 15 | MR. DINNOCENZO: Did you tell Judy |
| 16 | that your husband had a health |
| 17 | condition, when she completed this |
| 18 | application with you? |
| 19 | THE WITNESS: She didn't ask. |
| 20 | Q  Did you tell her? |
| 21 | A  She didn't ask. |
| 22 | MR. DINNOCENZO: The question |
| 23 | is -- |
| 24 | MS. SHERER: That is not the |
| 25 | question. |

|  | LIN 61 |
|---|---|
| 1 | |
| 2 | MR. DINNOCENZO: Did you tell her. |
| 3 | Q  Did you volunteer and tell her? |
| 4 | A  No. |
| 5 | Q  So -- |
| 6 | A  Is that what you are looking for? |
| 7 | Q  Why, to your knowledge, why was |
| 8 | wasn't it indicated in the application that |
| 9 | he had hepatitis B? |
| 10 | A  My knowledge? |
| 11 | Q  Yes. |
| 12 | A  My personal knowledge. |
| 13 | Q  Yes. |
| 14 | A  As regular people? |
| 15 | Q  Yes. |
| 16 | A  He is affected but I treated -- he |
| 17 | had and cured I was told. |
| 18 | Q  As we sit here today, would you |
| 19 | agree that Mr. Lin did take medication six |
| 20 | months before the application was completed? |
| 21 | A  Could you -- you mean -- could you |
| 22 | repeat that? |
| 23 | Q  Sure. I am relating my questions |
| 24 | to 22-A, -B and -C. |
| 25 | A  Uh huh. |

```
                    LIN            62
 1
 2      Q    You testified earlier, question
 3   22-A asks within the past six months has the
 4   proposed insured taken any medication and the
 5   answer given was no.
 6      A    The answer was no.
 7      Q    As we sit here today, would you
 8   agree that he had in fact taken medication
 9   six months, within the six months prior to
10   the application?
11      A    No. Can I repeat what you are
12   asking?
13      Q    Yes.
14      A    Or it would be better if you
15   could --
16           MR. DINNOCENZO: Can we go off the
17   record?
18           MS. SHERER: Sure.
19           (At this time an off-the-record
20           discussion took place.)
21      Q    Looking at question 22-A and it
22   asks whether your husband had taken
23   medication within six months before the
24   application date and the answer that was
25   given was no. As we sit here today, would
```

```
                    LIN            63
 1
 2   you agree that the answer should have been
 3   yes?
 4      A    So you are asking before the
 5   application was he under treatment.
 6      Q    Yes.
 7           MR. DINNOCENZO: No. If he was
 8   taking medication.
 9           MS. SHERER: Treatment I was
10   thinking was medication.
11           MR. DINNOCENZO: Put out your
12   question again, if you don't mind.
13      Q    Right now I am just asking, the
14   question is in the past six months, was your
15   husband --
16      A    Sorry.
17      Q    No problem. Had he taken any
18   medication or been under observation or
19   treatment, that is the question; medication,
20   observation or treatment.
21      A    No treatment.
22      Q    What about observation?
23      A    Observation? We doing follow-up
24   visits.
25      Q    And what about medication?
```

```
                    LIN            64
 1
 2      A    No medication.
 3      Q    He did not take medication?
 4      A    Six months prior to the
 5   application date, no.
 6      Q    We will get to the medical records
 7   later.
 8           MR. DINNOCENZO: It's okay.
 9      Q    The second one is 22-B and it asks
10   whether your husband had any scheduled
11   doctors visits, medical care or surgery for
12   the next six months.
13      A    Next six months.
14      Q    And the answer that was given was
15   no; do you see that?
16      A    Yes.
17      Q    As we sit here today, would you
18   agree that he had in fact scheduled doctor's
19   appointments for the next six months?
20      A    So you mean if he scheduled future
21   appointments?
22      Q    Yes.
23      A    After this application, yes.
24      Q    Within the six months after?
25      A    After this application, yes, he
```

```
                    LIN            65
 1
 2   did.
 3      Q    And then question 22-C asks,
 4   "During the past five years, did your husband
 5   have any checkup, health condition or
 6   hospitalization that you didn't already tell
 7   us about," and the answer to that question
 8   given was no; correct?
 9      A    Correct.
10      Q    As we sit here today, would you
11   agree that the answer to that question should
12   have been yes?
13           MR. DINNOCENZO: I have a question
14   because is that contingent what her
15   other answers to the questions were.
16           MS. SHERER: No. I am just asking
17   for that question and in and of itself.
18           MR. DINNOCENZO: How it was
19   answered then or how she would answer
20   today.
21           MS. SHERER: Today.
22           MR. DINNOCENZO: By not revealed
23   above it is contingent on the answers
24   given. There are answers given at the
25   time of the application and answers
```

```
                            LIN            66
 2   given today. By virtue of her changing
 3   some answers today, that would mean
 4   automatically that she would have to say
 5   yes to that. It's confusing.
 6       Q    Would you agree -- we will put the
 7   question aside -- during the past five years
 8   before the application date that your husband
 9   had been treated for a medical condition?
10       A    Past five years.
11       Q    The five years before the
12   application date.
13       A    He was not under any medication.
14       Q    He was not under medication the
15   past five years?
16       A    From the application date.
17       Q    Before the application date, the
18   five years before?
19       A    2004.
20       Q    So we are talking about 1999
21   through 2004.
22       A    He was not under.
23       Q    Not under any medication or
24   treatment?
25       A    No.
```

```
                            LIN            67
 2       Q    But you testified earlier that you
 3   were aware that he was taking interferon for
 4   hepatitis B?
 5       A    Yes.
 6       Q    When did he do that?
 7       A    1997.
 8       Q    Only 1997?
 9       A    Because it's not only one shot,
10   1997 through '98.
11       Q    And then he stopped taking
12   interferon; is that what you are saying?
13       A    He stopped. What do you mean by
14   stopped?
15       Q    He never took it again?
16       A    He stopped. He never took it
17   again.
18       Q    He stopped taking interferon in
19   1998?
20       A    Yes.
21       Q    Would you agree that Mr. Lin was
22   diagnosed with hepatitis B after 1999?
23            MR. DINNOCENZO: Objection.
24            THE WITNESS: Could you repeat the
25       question?
```

```
                            LIN            68
 2       Q    Would you agree that Mr. Lin was
 3   diagnosed with hepatitis B after 1999?
 4            MR. DINNOCENZO: Objection.
 5       A    He is cured. He is totally wiped
 6   out. He is healthy.
 7       Q    You mean he was healthy?
 8       A    He is healthy. After 1990, after
 9   the treatment he is perfectly healthy.
10       Q    Let me get back to my question. I
11   understood what you said. I don't think you
12   answered my question. To your knowledge, was
13   your husband ever diagnosed with hepatitis B
14   after 1999?
15            MR. DINNOCENZO: Objection.
16       A    From my understanding, he is
17   healthy. He is --
18       Q    You are still not answering the
19   question.
20       A    He is cured.
21       Q    I guess we can handle this with
22   the medical records that we will go over
23   later. I still want an answer.
24       A    Okay.
25       Q    Do you know whether or not he was
```

```
                            LIN            69
 2   diagnosed with hepatitis B after 1999?
 3       A    No, I don't.
 4       Q    You never heard that?
 5       A    I don't know how to explain it. I
 6   don't know. Could you give me a yes or no
 7   more --
 8       Q    Had you ever been told that your
 9   husband was diagnosed with hepatitis B after
10   1999?
11            MR. DINNOCENZO: Objection.
12       A    Diagnosed?
13       Q    Diagnosed.
14       A    What does that mean, diagnosed?
15            MR. DINNOCENZO: You have to tell
16       her, if you don't understand the
17       question, to be more specific.
18       Q    Was your husband ever told that he
19   was hepatitis B positive after 1999?
20       A    I don't know. I am not a medical
21   person.
22            MR. DINNOCENZO: Objection.
23       Q    You never heard that?
24       A    I don't know what that means.
25       Q    I am not asking as a doctor, as
```