*Exhibit H*

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

JEAN LIN,                              )
                                       )
                                       )
           Plaintiff,                  )
                                       )
    vs.                    ) CASE NO.: 1:07-CV-03218 (RJH)
                                       )
METROPOLITAN LIFE                      )
INSURANCE COMPANY,                     )
                                       )
                                       )
           Defendants.                 )
                                       )

DEPOSITION OF :   DR. SAM KAM
TAKEN BY       :  TOMASITA SHERER, ESQUIRE
Commencing     :  8:47 A.M.
Location       :  1051 PARK VIEW DRIVE
                  COVINA, CALIFORNIA 91723
Day, Date      :  TUESDAY, FEBRUARY 19, 2008
Reported by    :  MARGARET A. FORD, C.S.R. NO. 10530
Pursuant to    :  Notice
Original to    :  TOMASITA SHERER, ESQUIRE

Pages 1 - 103
Job No. 109648

Page 1

---

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

JEAN LIN,              )
                       )
                       )
      Plaintiff,  )
                       )
    vs.           ) CIVIL ACTION NO.: 07-2190-B
                  )
JOHN HANCOCK LIFE      )
INSURANCE COMPANY,     )
                       )
                       )
      Defendant.  )
                  )

DEPOSITION OF :  DR. SAM KAM
TAKEN BY     :  TOMASITA SHERER, ESQUIRE
Commencing   :  8:47 A.M.
Location     :  1051 PARK VIEW DRIVE
                COVINA, CALIFORNIA 91723
Day, Date    :  TUESDAY, FEBRUARY 19, 2008
Reported by  :  MARGARET A. FORD, C.S.R. NO. 10530
Pursuant to  :  Notice
Original to  :  TOMASITA SHERER, ESQUIRE

Pages I - 103
Job No. 109648

Page 2

---

APPEARANCES OF COUNSEL

FOR THE PLAINTIFF:   LAW OFFICE OF TRIEF & OLK
                     150 E 58TH STREET
                     NEW YORK, NEW YORK 10155
                     201/343-5770
                     BY: TED TRIEF, ESQ.
                     BY: ERIC DINNOCENZO, ESQ.

FOR THE DEFENDANT METLIFE:

                     1 METLIFE PLAZA
                     27-01 QUEENS PLAZA NORTH
                     LONG ISLAND CITY, NY 11101
                     212/578-3102
                     BY: TOMASITA SHERER, ESQ.

FOR THE DEFENDANT JOHN HANCOCK:

                     LAW OFFICE OF ECKERT & SEAMANS
                     ONE INTERNATIONAL PLACE
                     18TH FLOOR
                     BOSTON, MA 02110
                     617/342-6863
                     BY: EDWARD S. ROONEY, JR., ESQ.

ALSO PRESENT:     JEAN LIN

Page 3

---

INDEX

WITNESS                          PAGE
    DR. SAM KAM
    Examination by Ms. Sherer         05
    Examination by Mr. Rooney         91
    Examination by Mr. Trief          98

EXHIBITS

DEFENDANT'S                         MARKED FOR
EXHIBIT NO.      DESCRIPTION       IDENTIFICATION

     A       DR. KAM'S CV            07
     B       8/7/04 NOTES            11
     C       AUGUST 13, 2004 LABS      11
     D       ABDOMINAL ULTRASOUND       24
     E       CUSTODIAN'S CERTIFICATION  70
     F       LAB REPORT              72
     G       DR. KAM'S CHART          83


             INFORMATION REQUESTED

                 (None)


             QUESTIONS NOT ANSWERED
                 (None)

Page 4

---

1     COVINA, CALIFORNIA, TUESDAY, FEBRUARY 19, 2008
2           8:47 A.M.
3           -OoO-
4
5           DR. SAM KAM,
6     the witness herein, after having been duly sworn, was
7     deposed and testified as follows:
8
9           EXAMINATION
10    BY MS. SHERER:
11    Q    Good morning, Dr. Kam.
12    A    Good morning.
13         MR. ROONEY: We'll get a stipulation between
14    counsel. Counsel: Mr. Trief and myself and Ms. Sherer,
15    counsel for the parties, agree that this deposition is
16    being taken in two different cases, one case of Jean Lin
17    vs. MetLife and Jean Lin vs. John Hancock Life, and the
18    testimony given by Dr. Kam here today can be used by the
19    parties in either case. And all objections are reserved
20    until the time of trial except objections as to form as
21    well as motions to strike.
22         MR. TRIEF: The only caveat is that we've
23    agreed if the deposition is read at trial in either case
24    that the parties will just say question and answer as
25    opposed to indicating in which manner it was or which

Page 5

1     A    Yes.
2     Q    The first thing I would like to do is mark your
3     CV that you gave us this morning as Exhibit A.
4          (Defendant's Exhibit A was marked for
5          identification by the court reporter
6          and is attached hereto.)
7     Q    BY MS. SHERER: You probably don't need to
8     refer to it, but I'll give you a copy.
9     A    I have one here (indicating).
10    Q    I'm not going to go through the entire CV. If
11    you could tell us your professional title and what you do
12    now.
13    A    What you mean, now or in the past?
14    Q    Now.
15    A    Right now, I'm half time working as
16    gastroenterologist in my clinic, and half time working at
17    the practice of Central Health Plan of California,
18    Central Health MSO, and Physician Health Aid IPA.
19    Q    When did you go into half time working as a
20    gastroenterologist?
21    A    It's about almost about two years ago.
22    Q    So as a gastroenterologist, can you explain for
23    a layperson what it is that you specialize in?
24    A    We specialize in anything inside the abdomen,
25    about the pelvis, which means liver, gallbladder, large

Page 7

1     lawyer was questioning, because that can be confusing.
2          Agreed.
3          MR. TRIEF: Agreed.
4          MS. SHERER: Agreed.
5     Q    BY MS. SHERER: Okay. Dr. Kam, I think what I
6     would like to do first is, let me ask you, have you had
7     your deposition taken before?
8     A    Yes.
9     Q    How many times approximately?
10    A    Three times.
11    Q    Okay. So you probably know the format of how
12    it goes, but I just want to give a couple of ground rules
13    so we're clear. If you could just endeavor to answer
14    audibly for the court reporter. She cannot take down
15    nods of the head or uh-huh or huh-uhs. That would be
16    great. If you could also just allow me to finish my
17    question fully before you answer it, and I'll try not to
18    interrupt you when you answer.
19         Is that okay?
20    A    Sure.
21    Q    Okay. If you don't understand a question I'm
22    asking you, please let me know. And if you answer the
23    question, I'm going to assume that you understood the
24    question.
25         Is that okay?

Page 6

1     intestine, small intestine, stomach, and that's it.
2     Q    Are you a hepatologist?
3     A    Usually gastroenterologist there is a specialty
4     called hepatology, okay, which in the fellowship training
5     program. But that is -- those programs are about two
6     years, okay, for a regular GI gastroenterology program,
7     fellowship program, that include hepatology inside, okay?
8     So regular GI fellowship program is about three years
9     with hepatology training.
10    Q    Is that the training that you --
11    A    That was the training I received.
12    Q    -- that you received? Thank you. Now, before
13    becoming a gastroenterologist, what was your position
14    before that?
15    A    Before that, I was in medical school. I was in
16    training, in resident training.
17    Q    Okay. And then you were board certified in
18    gastroenterology?
19    A    Yes, from 1991 to 2001.
20    Q    Okay. So after 2001, you were not board
21    certified?
22    A    I was not board certified.
23    Q    Okay. But you were still practicing as a
24    gastroenterologist?
25    A    Yes.

Page 8

2  (Pages 5 to 8)

1    A    Okay? And then we want to recheck the liver
2    test, liver function test, and return to clinic in one
3    month.
4    Q    One month. Okay. So, let's see, it looks like
5    the next thing that happened was the lab test on Page
6    143. That was taken that day as well?
7    A    Yes.
8    Q    And what did these --
9    A    The total bilirubin was 2.3. It was normal
10   before and now it elevated. The SGOT 32, normal. SGPT,
11   now it normal. It was abnormal before. GGTP decreased
12   from whatever one hundred -- from 101 to 93, but still a
13   little bit above normal.
14   Q    So, at this point, are these abnormal results?
15   A    Okay. Except for the total bilirubin, okay?
16   The only abnormal I can see is GGTP, which is slightly
17   elevated. The reason why I said totally bilirubin was
18   not abnormal lab, because if I look at the -- you have to
19   look at the trend of the patient. The blood test later
20   on, that came later on, he always had a total elevated
21   totally bilirubin, even after the virus was knocked of or
22   suppressed, and elevated bilirubin has nothing to do with
23   the Hepatitis.
24   Q    Okay.
25   A    Okay? He probably has what we call Gilbert

Page 29

1    Syndrome G-I-L-B-E-R-T Syndrome, which is inherited
2    problem of elevated total bilirubin. It has nothing to
3    do with the infection. This disease, a lot of people
4    have that, it get passed to the kid. There's no damage,
5    no harm to the liver.
6    Q    Okay.
7    A    And then the total bilirubin always stay around
8    between the normal bilirubin is usually less than 1, this
9    patient bilirubin is around 1 to 2.5, something like that
10   always less than 2.5. When they get stressful, it goes
11   up.
12   Q    Okay.
13   A    Okay. It has nothing to do with Hepatitis, it
14   not have anything to do with the life span, okay?
15   Q    Okay. So for this test, then, for November 14,
16   the only abnormal result here --
17   A    Would be GGTP.
18   Q    Okay.
19   A    Now, GGTP is very sensitive. Indicate if
20   you're doing, like drink a glass of wine the night
21   before, the blood test, it will go up it's so sensitive.
22   Q    Okay. Now, could you tell us what your
23   handwriting is on the bottom right of Page 143?
24   A    Okay. Need to retest the Hepatitis B Virus,
25   E Antigen, and one should check the Hepatitis B DNA

Page 30

1    quantitative.
2    Q    Okay. Going back to Exhibit B, page 101, it
3    looks like the next visit is December 12, 1998. Could
4    you tell us what your note says there?
5    A    That was my notes, my nurse note refill, just
6    refill the Alpha-Interferon for five viles.
7    Q    Which is your nurse's note, in the middle
8    there?
9    A    In the middle.
10   Q    What about on the top, that looks like your
11   handwriting, right?
12   A    Which one?
13   Q    December 12.
14   A    December 12, yeah December 12 was mine.
15   Q    Okay. And it looks like it says he's on
16   Alpha-Interferon since 10/3/98.
17   A    10/3/98. Hepatitis B Virus, E Antigen change
18   from positive to negative. Liver function test on 11/14
19   SGOT was normal, GTTP 93. Recommendation: Liver
20   function test and other CBC; number two, Hepatitis Virus,
21   Hepatitis B Virus, E Antigen, Hepatitis B Virus, DNA
22   quantitative, and mail the result to patient.
23   Q    Okay. Now, then the next note is from your
24   nurse saying she refilled the Interferon --
25   A    Yes.

Page 31

1    Q    -- prescription? Okay. It looks like the next
2    tests occurred on December 15, 1998, Exhibit C, Page 141
3    and 142.
4    A    So 141, the Hepatitis B Virus, DNA was normal,
5    remember it was like 661 picograms before.
6    Q    Okay. And now it's less than 2.5?
7    A    Yes. That's normal. And then Hepatitis B,
8    E Antigen was again not detected, that was in 142.
9    Q    Okay. Again, just so I understand, not
10   detected does that mean inactive?
11   A    Okay. Not detected, it -- you look at the
12   result, that means inactive.
13   Q    Okay.
14   A    But it depends on what you call not detected,
15   okay? There is a certain limit in the -- this is
16   quantitative. You measure it from whatever, one virus in
17   ten million, one virus in hundred million, okay? There's
18   a limit that all tests can do, okay? But this is, from
19   the test results, we don't see any virus in the blood.
20   Q    Okay.
21   A    So we interpret this as inactive.
22   Q    Okay.
23   A    Okay?
24   Q    All right. Next we have January 9, 1999 visit
25   on Page 101. It looks like you're noting the results we

Page 32

8  (Pages 29 to 32)

1  I don't trust the result. If you are telling me this is
2  one million, then I may say it is active? But if you're
3  telling me 2000, the normal is less than 2000, this guy
4  is 2,500, forget about it. I'm not going to believe
5  that. Because you are going from one hundred million
6  down to that point, okay?
7     Q    Okay.
8     A    That's why I tell you to determine the active
9  or inactive you cannot look at one number, you have to
10 look at everything together.
11    Q    Okay. We'll do that in a moment after I'm done
12 with these records. I would like to look at the chart
13 you prepared next. Going back to Page 93, after July 12,
14 2003, it looks like, on July 28, they mailed the test
15 results to the patient.
16    A    Okay.
17    Q    And then he met with you again on?
18    A    February 7.
19    Q    2004.
20    A    That's a long time.
21    Q    So it looks like more or less six months?
22    A    Yes. So he come back for followup for
23 Hepatitis B. You know, when I ask patient to come back
24 six months, that means they are stable. I don't really
25 want to see them. I mean, I don't have a concern about

Page 61

1  that his Hepatitis is active. If his Hepatitis is
2  active, he need to come back every few months, couple
3  months or three months, okay?
4     Q    Okay.
5     A    So followup for Hepatitis B, physical
6  examination, HEENT, head eye, examine the head, eye, ear
7  and throat, was normal, cardiovascular was normal, lung
8  exam was clear to auscultation, abdomen was normal,
9  extremity examination was normal.
10    Q    Okay. Recommendation?
11    A    Recommendation: E Antigen again, Hepatitis B
12 Virus DNA, ultra-quantitative, SMA 24 which check
13 cholesterol and different things, CBC and urinalysis;
14 then number two is ultrasound of the abdomen; and then
15 number three, check blood pressure.
16    Q    Okay.
17          MR. ROONEY: Where's the date here?
18    Q    BY MS. SHERER: Is that February 7, 2004?
19    A    Yeah. Are we talking about that?
20          MR. TRIEF: It's here (indicating).
21          MS. SHERER: It looks like the date is light on
22 his copy.
23          MR. TRIEF: You can look at mine.
24    Q    BY MS. SHERER: Okay. Then the next entry is
25 March 30, 2004. It looks like they -- we have to look at

Page 62

1  the --
2     A    The lab report.
3     Q    Let's look at the February lab results. It
4  looks like on Exhibit C, Page 109 through 113 is the
5  February 7.
6     A    Okay. Page 109, total bilirubin, again, a
7  little high, I mean, that go with Gilbert Syndrome, and
8  liver function test SGOT, GGTP, SGPT, they all normal,
9  okay? And then you go down to the page, the E Antigen
10 now is positive after it became negative, okay?
11    Q    Okay.
12    A    And then the second page, 110, the DNA
13 quantitative was -- let me use the copies, okay, 479
14 copies per CC, the normal was 160 copy per CC, less than
15 160 copy per CC.
16    Q    So this is an abnormal result?
17    A    This is an abnormal lab. But what is my
18 interpretation of this, again, I mean, when you look at
19 the hundred million, I mean, copies per CC to start with,
20 and then normal is 160 and you are just 479, this is
21 nothing. If you think this is an activation, then the
22 fact that the liver function tests are normal, that go
23 against this, okay? Then the E Antigen, you would say,
24 okay, the E Antigen is positive, the DNA is now slightly
25 high, this patient must be activated.

Page 63

1          The liver function test does not tell me that,
2  so you have to look at the whole thing. It's not
3  impressive to me.
4     Q    But, at this time, did it go from inactive to
5  active?
6     A    I don't think so.
7     Q    No? You would still call this inactive?
8     A    I still think it's inactive, unless there is a
9  trend that things are going up --
10    Q    Okay.
11    A    -- in the future.
12    Q    And again, at this point, you still, at all
13 times, you would still --
14    A    I would consider him as inactive. The fact
15 that I did not start treatment on him, to my thinking, is
16 that because there are, after all these ten years, okay,
17 the treatment of Hepatitis B has evolved from Interferon
18 to oral pill, where many, three or four different oral
19 pills taken to suppress the virus, if I consider him as
20 active activation, I will start the pill.
21    Q    Okay. Now, at this time, at all times before
22 this, he was a Hepatitis B Virus carrier?
23    A    He is a carrier. There are different kinds of
24 carriers, some people are healthy carrier, some say not
25 healthy carrier, which are the ones that carrier with

Page 64

16 (Pages 61 to 64)

1  activation, has abnormal liver tests, the infection is
2  ongoing, the destruction process is ongoing. Those we
3  call not healthy carrier.
4      Then the healthy carrier, the virus is
5  inactive, it doesn't destroy the liver cell, the sitting
6  duck there doing nothing. Those patients may have, I
7  mean, E Positive or E Negative, they can have either one.
8  Then there carrier which has a little bit of activity,
9  very slight, I mean, that is maybe measurable, maybe not
10  measurable. So when you say carrier, there's different
11  kinds of carriers.
12  Q    Does the age of the patient factor into your
13  analysis? Does his age make a difference to you?
14  A    Yes. The age make a difference for me.
15  Because if you are, say, I mean, if you are younger, I
16  tend to be more aggressive in treatment. If you are
17  older, I have to look at you, I mean, if you are sixty
18  years old, you already have Hepatitis B for thirty years,
19  you know that, and then I look at you, you still doesn't
20  have cirrhosis, all Hepatitis, the final outcome is
21  cirrhosis. We don't want cirrhosis.
22      It doesn't matter what Hepatitis. Cirrhosis
23  came from the process of continued destruction of the
24  liver cell. After you destroy the liver cell, then the
25  liver put down, the liver, generally scar tissue, like

Page 65

1  fibers, the liver, scar tissue. After you destroy the
2  liver cell, the liver cell --- the liver can generate new
3  liver cell to replace the old one, but during the
4  destruction and regeneration process, the liver produce
5  scar, scar tissue.
6      So as this process goes on for a long time, ten
7  years, twenty years, thirty years, you get more and more
8  scar tissue, and that cause cirrhosis, and with more scar
9  tissue, you have less and less liver cell there, normal
10  liver cell, and then eventually to a point that if your
11  cirrhosis is more than eighty percent, then your normal
12  liver cell cannot substantiate your body function and
13  then you go into liver failure.
14      This process can be very long and different in
15  each people, each person. Some people can take twenty
16  years, thirty years or forty years, with very little
17  changes, some people can progress in ten years. So, I
18  mean, with people who are younger we are more aggressive,
19  with people who are, like, sixty years old, you told me
20  that you have, you know, you have Hepatitis B for thirty
21  years, and then I look at you if you still doesn't have
22  cirrhosis looking at the platelet count or the performing
23  time, if you are fine, I probably won't treat you,
24  because after thirty years you did not progress into
25  cirrhosis. I don't really care.

Page 66

1  Q    Now, Mr. Lin was thirty four years old at the
2  time of this test?
3  A    So I would be very aggressive on this kind of
4  patient. If I suspect that he has active stage, I would
5  treat him.
6  Q    Okay. Going back to your notes, Page 93, it
7  looks like the next entry is on March 30, 2004.
8  A    Yes.
9  Q    The lab results were faxed --
10  A    To the patient.
11  Q    -- to the patient?
12  A    Yes.
13  Q    Backing up to Page 92 now, it looks like your
14  next visit was August 7, 2004. Can you tell us --
15  A    Okay. Hepatitis B Virus infection, status post
16  to Interferon treatment in '98, Hepatitis B Virus DNA,
17  last year was the last one was normal, but on 2/7/04, it
18  was slightly elevated at 282, whatever, liver function
19  test was normal, Hepatitis B, E Antigen flip back from
20  positive to negative, okay, back and forth, platelet
21  count was 233, does not have cirrhosis. Impression:
22  Hepatitis B Virus, DNA is either low titer or normal.
23  Q    Low titer?
24  A    Yes.
25  Q    T-I-T-E-R?

Page 67

1  A    Yes. Low titer means abnormal is very small.
2  The titer is -- titer, what I mean titer is 479.
3  Q    Okay.
4  A    The titer is very low.
5  Q    And then under that?
6  A    Or is it normal? We don't know which one.
7  It's very low, it has a little bit of virus detected, or
8  is it normal? Was it lab error? Was it normal? We
9  don't know.
10  Q    And underneath that?
11  A    Hmm.
12  Q    Underneath?
13  A    Underneath is pre-cirrhotic, means he doesn't
14  have any cirrhosis.
15  Q    Okay.
16  A    Recommendation: CBC, SMA 24,
17  Alpha-Fetoprotein, and Hepatitis A Virus antibody total.
18  Q    And then it says, "Mail to patient"?
19  A    Mail to patient.
20  Q    Okay. So going back to Exhibit C, Page 106
21  through 108, it looks like that's the lab tests that
22  follows.
23  A    Okay. Page 106, the Hepatitis, the one I
24  circle is Hepatitis A Antibody was negative, that means
25  he doesn't have protection of Hepatitis A, and he may

Page 68

1    need the vaccine. On 107, the liver tests are normal
2    except the bilirubin. That's what we checked on 8/7,
3    okay?
4        Q    I did skip over one ultrasound. We can go to
5    that now. This is Exhibit D on March 27, 2004.
6        A    It was normal.
7        Q    And on that March 27, 2004 ultrasound, under
8    clinical history, you indicated Chronic Hepatitis B,
9    correct?
10       A    Not me, the radiologist.
11       Q    Do you agree with that?
12       A    As long as you carry the virus, Hepatitis B
13   Virus, we call you chronic Hepatitis. It deal with the
14   definition. You carry the Hepatitis B Virus because it
15   always Surface Antigen Positive, so we call that chronic
16   Hepatitis.
17       Q    Just a few more records I want to go over
18   before we get to your chart.
19       A    How come we don't have the record?
20       Q    Say that again?
21       A    How come we did not have the record, 2005?
22       Q    That's what I'm coming to now. I think it just
23   got out of order in my file.
24       A    Okay.
25       Q    This is December '05.

                                                Page 69

1                MR. TRIEF: I have one, 8/17/04.
2                MS. SHERER: I think we need to go to -- what
3    I'll do now is mark this -- are we up to E, this stack is
4    E, Exhibit E, and it's JH0542 through JH0555.
5                (Defendant's Exhibit E was marked for
6                identification by the court reporter
7                and is attached hereto.)
8                MR. TRIEF: Did you give me a copy of those?
9    I'm missing those. Are these them?
10               MR. ROONEY: That's it.
11               MR. TRIEF: Tell me again so I can follow.
12               MS. SHERER: Exhibit E will be JH0542 through
13   0555.
14               MR. TRIEF: Okay. Thank you.
15       Q    BY MS. SHERER: This appears to be --
16               MR. ROONEY: Would you repeat the numbers.
17               MS. SHERER: JH0542 through 0555, and I believe
18   these are the continuation of your notes.
19               THE WITNESS: Yes.
20       Q    BY MS. SHERER: It looks like, then, we have
21   March -- if we look at Page 555, starting from the back,
22   the next visit is March 5, 2005? I'm not sure because it
23   says, "Error." Do you know what that means?
24       A    I don't know. Maybe somebody else come in,
25   review the chart, name is similar, they put a stamp

                                                Page 70

1    maybe.
2        Q    Okay. So it looks like the next visit is
3    really March 12, 2005?
4        A    Yes.
5        Q    What did you indicate there? Is that your
6    handwriting?
7        A    Yes.
8        Q    Okay.
9        A    Hepatitis B, Hepatitis A Virus, Antibody
10   Negative, okay?
11       Q    Yes.
12       A    So we need to get the vaccine. He said he had
13   one vaccine on Hepatitis A vaccine on September 2004, so
14   he doesn't generate any antibody for Hepatitis A.
15   Hepatitis B, the DNA quantitative is either low or was
16   normal. I don't know. Normal liver function tests,
17   platelet was 235 K, the E Antigen positive and negative.
18       Q    Is the platelet 235 K normal?
19       A    It was normal.
20       Q    Okay. And then your recommendation?
21       A    Liver function tests, check E Antigen,
22   Hepatitis B, E Antibody, B -- Hepatitis B DNA
23   quantitative, Alpha-Fetoprotein, Hepatitis A Antibody
24   total.
25       Q    Okay. And then I don't think I have any other

                                                Page 71

1    labs. I think we just go to the next. We already looked
2    at 106 for August. It doesn't seem like I have any other
3    labs.
4                MR. ROONEY: There is one, 3/12/05. You don't
5    have that in your packet?
6                MS. SHERER: No. We can use yours and copy it.
7                THE WITNESS: I don't think you have the lab
8    in, okay.
9                MS. SHERER: It looks like he has -- do you
10   have them continuing through 2005?
11               MR. ROONEY: Yes.
12               MS. SHERER: Let's mark them as one exhibit.
13   Is this everything?
14               MR. ROONEY: Yes.
15               MS. SHERER: Okay. So we'll make this Exhibit
16   F.
17               (Defendant's Exhibit F was marked for
18               identification by the court reporter
19               and is attached hereto.)
20               THE WITNESS: Everybody has it?
21               MS. SHERER: No. But I'll hand it to you.
22               MR. TRIEF: Do you want to make a copy and we
23   can follow now?
24               MS. SHERER: Okay.
25               THE WITNESS: Let me see if that's what I have.

                                                Page 72

1      MS. SHERER: That should be the rest of them,
2  the rest of the labs.
3      MR. ROONEY: Yes.
4      THE WITNESS: Okay. So wait for a moment,
5  okay?
6      (A brief recess was taken.)
7   Q   BY MS. SHERER: Where we left off was March 12,
8  2005. We were reading your progress notes. Now we'll
9  take a look at Exhibit F and the lab tests that follow,
10 which looks like it's JH573 through 575.
11  A   Okay. JH573, liver tests were normal, except
12 the total bilirubin. The E Antigen was negative, the E
13 Antibody was also negative. The Hepatitis B DNA was
14 normal. The Hepatitis A Antibody was negative. That's
15 also for JH574 and JH575.
16  Q   Okay. Going back to Exhibit E, Page 555,
17 September 3, 2005 is the next visit.
18  A   Yes.
19  Q   What happened there?
20  A   Okay. Hepatitis B Virus Surface Antigen, it
21 was positive. Now the Hepatitis B DNA quantitative was
22 normal. Hepatitis B, E Antigen was negative. Hepatitis
23 B, E Antibody was also negative; number two, no Hepatitis
24 A Antibody generate after the vaccination. Remember he
25 had one vaccine before on Hepatitis A. It did not

Page 73

1  have E Positive, E Negative, E Antibody Positive or E
2  Negative, they have to go through the same followup every
3  six months, okay? Now, I mean, what I'm talking about is
4  the possibility that the one with E Antibody Positive has
5  less chance of flipping back to E Antigen Positive,
6  compared to the one E Antibody Negative has a little bit
7  higher chance than flipping back to E antigen positive.
8   Q   And that was the case for Mr. Lin?
9   A   This is the case, okay?
10  Q   Okay.
11  A   Now, we are talking about possibility here. We
12 don't know, okay? Even it flip back to E Antigen
13 positive it does not mean that he is activate, okay? I
14 mean, as long as his liver test is normal, as long as his
15 DNA is normal, he's still in an inactive state, okay?
16  Q   How does his age factor into this analysis to
17 you?
18  A   At this point, his age, okay, he doesn't
19 require treatment at this point, okay? Because I
20 consider him as an inactive stage. For those people, we
21 just monitor them, I mean, every six months, sometimes
22 every three months, it depend on who you talk to, okay?
23 My way is every six months to see if there's any chance
24 of an activation in the future, okay? Whether this
25 person will be activated in the future or stay inactive

Page 75

1  generate antibodies. Impression: Hepatitis B Virus,
2  patient switching from E Positive to E Negative without
3  producing E Antibody.
4   Q   What does that mean?
5   A   Okay. Again, that you have go back to what
6  Hepatitis B carrier is, as I told you the different kind
7  of Hepatitis B carrier, okay? You can have a Hepatitis E
8  positive carrier or E negative carrier, of the E negative
9  carrier, you can have the one which has an E antibody
10 positive or E antibody negative, okay? I mean, the
11 different kind, and everyone of those carrier can have
12 normal liver test, can have normal DNA.
13      So I'm trying to classify him as which kind of
14 carrier he has. He's a carrier of E Negative, okay? I
15 don't know about the E positive, okay? I would classify
16 him as E Negative and normal DNA, normal liver tests, and
17 E Antibody Negative carrier.
18      What does E Antibody Negative mean? It means
19 that this person doesn't generate an antibody against
20 E Antigen. That means this guy can flip back to E
21 easier, more easier than the one with an E Antibody
22 Positive.
23  Q   So is that more concerning to you or less
24 concerning or not a concern at all?
25  A   It is more — I mean, it doesn't matter they

Page 74

1  for the rest of his life, we don't know. No idea.
2   Q   Okay.
3   A   And we just keep monitoring him.
4   Q   Now, we were looking at Page 505, and we were
5  talking about the entry where you wrote patient switches
6  from E positive to negative and back again --
7   A   Uh-huh.
8   Q   -- without producing?
9   A   Producing E Antibody.
10  Q   Okay. Under that, your recommendation?
11  A   Ultrasound of abdomen, Alpha-Fetoprotein, liver
12 function test, CBC, and platelet.
13  Q   And on the left side it says?
14      MR. ROONEY: That should be redacted because
15 that should not be in his original copy. Somebody at
16 John Hancock wrote that.
17      THE WITNESS: It's not usable?
18      MR. ROONEY: Look at your original, if you have
19 your original copy it shouldn't be on there.
20      THE WITNESS: I don't have that in here.
21      MS. SHERER: Okay.
22      THE WITNESS: Someone wrote that in here. I
23 don't have that in my original copy.
24  Q   BY MS. SHERER: Okay. We'll redact that. Now
25 the lab test that goes after this is in Exhibit F, Page

Page 76

19  (Pages 73 to 76)

## ERRATA SHEET

Plaintiff:          Jean Lin
Defendant:      Metropolitan Life Insurance Company
Date:              February 19, 2008
Name of Witness: Dr. Sam Kam
Signature:          _____

| Page | Line No. | Error | Correction |
|------|----------|-------|------------|
| 7 | 18 | Health Aid | Healthways |
| 7 | 21 | two | four |
| 8 | 4 | in the | is a separated |
| 8 | 7 | that | it also |
| 14 | 14 | oscitation | auscultation |
| 14 | 19 | heptose, no megaly | hepatosplenomegaly |
| 14 | 22 | heart | hard |
| 17 | 6 | is | was |
| 19 | 18 | C | B |
| 19 | 20 | performed in time | prothrombin time |
| 20 | 22 | performing time | prothrombin time |
| 20 | 23 | performing time | prothrombin time |
| 21 | 6 | 149 | 194 |
| 21 | 8 | 149 | 194 |
| 21 | 14 | morbid | moderate |
| 21 | 17 | performing time | prothrombin time |
| 21 | 19 | as sensitive as the platelet count | not as sensitive as the platelet count |
| 21 | 20 | at that time | the prothrombin time |
| 21 | 21 | morbid | moderate |
| 22 | 6 | mill | ml. |

## Errata Sheet

Plaintiff: Jean Lin
Defendant: Metropolitan Life Insurance Company
Date: February 19, 2009
Name of Witness: Dr. Sam Kam

| Page | Line No. | Error | Correction |
|------|----------|-------|------------|
| 22 | 15 | 150, | 150,000 |
| 22 | 22 | quantitative | quantitative test |
| 23 | 7 | thing is whether | thing whether |
| 24 | 21 | PT performed in time | PT |
| 24 | 22 | performed in time 14 | prothrombin time 14 |
| 28 | 3 | it change from | change from |
| 28 | 21 | emulation | elimination |
| 28 | 21 | B Virus, E Antigen | B Virus E Antigen |
| 28 | 24 | solve | make conclusion with |
| 28 | 24 | one time. | one time result. |
| 30 | 8 | between the normal | between 1 to 3 the normal |
| 30 | 13 | not have | does not have |
| 30 | 19 | Indicate if | If you |
| 30 | 20 | you're doing, like drink a glass | drink a glass |
| 30 | 21 | it will | in the morning will |
| 32 | 15 | limit in the - - this is | limit in the sensitivity this is |
| 32 | 16 | you measure it from whatever, one virus | you measure, one virus |
| 32 | 18 | all | this |
| 37 | 22 | you have a surface | you have a B surface |
| 37 | 24 | Then one is an | A Hepatitis B carrier can be an |

## Errata Sheet

Plaintiff: Jean Lin
Defendant: Metropolitan Life Insurance Company
Date: February 19, 2009
Name of Witness: Dr. Sam Kam

| Page | Line No. | Error | Correction |
|------|----------|-------|------------|
| 40 | 19 | Gilbert Syndrome is elevated | Gilbert Syndrome is the elevation |
| 40 | 23 | No. | Nothing to do with Hepatitis B. |
| 45 | 12 | then | it was |
| 46 | 7 | go down | go down or up |
| 52 | 13 | that | the E antigen change |
| 57 | 19 | not | in |
| 57 | 20 | mode | mole |
| 57 | 20 | very small one | very small amount one |
| 58 | 2 | that | would |
| 60 | 6 | elevated SGPT | was that elevated SGPT |
| 60 | 7 | but you | but when you |
| 60 | 8 | it's | he was |
| 60 | 10 | And you check. | And you check again. |
| 60 | 14 - 16 | So I saw this lab, some of this lab, they always different in value, even you have the specimen you send off they give you two different results. | So I saw two laboratories, with the same specimen you send off, they could give you two different results. |
| 60 | 20 | is like at least | is at least |
| 60 | 20 | I mean, a million | I mean, as high as a million |
| 61 | 4 | 2,500, forget about it | 2,5000, and he was active, forget about it |
| 64 | 24 | say | are |

## Errata Sheet

Plaintiff:  Jean Lin
Defendant:  Metropolitan Life Insurance Company
Date:  February 19, 2009
Name of Witness:  Dr. Sam Kam

| Page | Line No. | Error | Correction |
|------|----------|-------|------------|
| 65 | 3 | call not healthy carrier. | call them not a healthy carrier. |
| 65 | 5 | the sitting | the virus sitting |
| 65 | 7 | either one. | either. |
| 65 | 8 | has a little | has the virus with a little |
| 65 | 9 | that is | which |
| 65 | 9 | maybe measurable or maybe not | maybe measurable or maybe not |
| 65 | 20 | cirrhosis, all Hepatitis, | cirrhosis.  For all Hepatitis, |
| 65 | 25 | generally | generates |
| 66 | 1 | fibers, the liver, scar tissue. | fibers, scar tissue. |
| 66 | 21 | you if | you and if |
| 66 | 22 | cirrhosis looking | cirrhosis by looking |
| 66 | 22 | performing | prothrombin |
| 82 | 5 | polypoint | polypoid |
| 82 | 6 | lumine | lumen |
| 82 | 7 | prebiopsy | threebiopsy |
| 83 | 8 | Lieu | Lu |
| | | | |
| | | | |
| | | | |



CALIFORNIA
DEPOSITION REPORTERS

*When Every Word Counts...*

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

JEAN LIN,                        )
                                 )
                                 )
                Plaintiff,       )
                                 )
        vs.                      ) CASE NO.: 1:07-CV-03218(RJH)
                                 )
METROPOLITAN LIFE                )
INSURANCE COMPANY,               )
                                 )
                                 ) ORIGINAL
                Defendants.      )
                                 )


DEPOSITION OF :   DR. SAM KAM
TAKEN BY      :   TOMASITA SHERER, ESQUIRE
Commencing    :   8:47 A.M.
Location      :   1051 PARK VIEW DRIVE
                  COVINA, CALIFORNIA  91723
Day, Date     :   TUESDAY, FEBRUARY 19, 2008
Reported by   :   MARGARET A. FORD, C.S.R. NO. 10530
Pursuant to   :   Notice
Original to   :   TOMASITA SHERER, ESQUIRE

Pages 1 - 103
Job No. 109648                   EXHIBITS

Name _Lin. Bang_____ Sex _M_ Birthday _8-6-1969_ Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|
| **AUG 07 2004** | |

HBV — — S/p Inferon 98

HBV - DNA lost yr al , 2/7/04

DNA 282

LFTs.

HBV-eAg ⊕ → ⊖

Plt 233 K

HBV — DNA low titer vs nl

precautative.

① _____ f/u CBC / SMA 24 / dFP

② HAV - Ab total — mie dep

8-7-04  HBV

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601  •  Fax: (626) 810-2556



Name _LIN, Bang_   Sex _M_   Birthday _8-6-69_   Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|
| JUL 1 2 2003 | ① HBVeAg ⊕ 14/.2 — but turn ⊖ frequently |
| | ② % hereditary — rach |
| | KWCP̄, ELE, HBV-DNA uQ. |
| | mail to pt |
| | ③ 2.8% HCT increased |
| JUL 2 8 2003 | Mailed 7/1 Blood test to pt                         ℓ |
| FEB 7 2004 | ① F/u for HBV       & HEENT-nl, cv-nl |
| | ly -COA and-nl. |
| | Ext-nl |
| | ② HBVeAg / HBV-DNA ad / sma rq/bce/us |
| | ② U.S op ald, |
| | ③ VBP. |
| MAR 3 0 2004 | faxed 2-7-04 lab to pt 949-756-2770    ℓ |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00093

Name __Lin, Bang__ Sex __M__ Birthday __08-06-69__ Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|
| DEC 23 2002 | mailed 12/14/02 lab report to pt. |
| FEB 08 2003 | WT: 172.6 LBZ shoes          BP: 90/66          P: 72 |
| ppo ✓ | ① HBV S/p intron 98 |
| S/p | LFT. oc ↑ |
| intron | HBVeAg ⊖ → ⊖ → ⊕ |
| X 98 | |
| | K₂ ① HBV - DNA UQ - mail to pt. |
| | ② |
| | B.k |
| 2/28/03 | HBV-DNA 0 020 ↑ |
| MAR 01 2003 | mailed 2/19.03 lab report to pt. |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00094

Name Lin, Bang          Sex M    Birthday 08-06-1969 Chart No.

| DATE | PROGRESS NOTES |
|------|----------------|
| MAY 18 2002 | BP: 90/74          P: 64          wt: 175/lbs |

ppo    m

① NBV ✓ — HBVeAg → HBVeAg
                    (+)              ⊖

5/702  5.20.02
9913   070.22
3645   7404

by ①HBVETs/ HBVeAg / HBVs Ag        mail to pt
                                              (+)

MAY 25 2002  mailed 05/18.x lab report to pt.

DEC 11 2002

ⓒ  HBV - 5/p Intron   HBVeAg ⊖ → ⊖ → ⊕
                              w/ CFTi,

30604  12.14.02
9423   07012
3645   790.4

½  ① CBC/SMA-24/ ∂T-P / HBVeAg ✓   mail to pt
                              ⊖
      ② RTc 6 munth

Christina Chen M.D.   Sam Kam M.D.
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

ML LIN 00095

Name _Lin, Bang_____ Sex _M_ Birthday _8-6-1969_ Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|
| DEC 15 2001 | ① ② HgV — HgVeAg ④ → ⊝ |
| | LFTs |
| 2310 [2.1].0] | |
| 4913 - 0]8.22 | |
| 740.4 | R - ahd - ⊝ |
| | sCtn - 8 |
| | 2gp Clin HBV comer 2/p TestenA |
| | h → est UTs/HgVeAg ✓ |
| DEC 26 2001 | mail Mis lab report To pt. _____ mtl |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

ML LIN 00096

Name _Lin, Bang_____ Sex _M_ Birthday _8-6-1969_ Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|
| OCT 07 2000 | ① CVD - HBV |
| 3714  10.9.2000 <br> a/e/u3 - 070.22 <br> 36415   190.4 | HBVe Ag⊕ → ⊖ → ⊕ ? |
| | ½ - ⊕ HBVe Ag , SMA7, LFTs. ____ until 4 pts <br> ← CT <br> ② RTC + 2 wk <br> A |
| OCT 14 2000 | Mailed 1 of 3 blood test report to pt.                    Can |
| JUL 21 2001 | ⊕ HBV — HBVe Ag ⊖ → ⊖ <br> 15+ <br> for flu, mo 9s <br> PPO |
| 2013  7.23.0 <br> 95323  57.40 <br>        190.4 | ½ - ① HBVs Ag / HBVe Ag / LFTs / Sura.-7 / CBC / lipid profile <br> ←  <br> A |
| JUL 28 2001 | mailed 7/21 - 7/23 lab report to pt.                    MH |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00097

Name _Lin . Bang_____ Sex _M_ Birthday _8-6-1969_ Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|
| JUN 17 2000 | ① ELP — HBVcAg⊕ |
|  | HBVcAg⊕ $\frac{\alpha-2F}{}$ HBVeAg⊖ |
|  | Vac HBVsAg / LFTs / HBVeAg / SMA=7 |
|  | dg TG / Cholestrol / UA |
|  | BL |
| JUL 03 2000 | mailed 6/17 lab report to p.f   SM |
| JUL 07 2000 | Faxed the 6/17 Lab report to Orange County Health Dept |
|  | Fax # 714) 834-8186  Attn: Annatte |
|  | A. |
| 7/7/00 | Fax (949) 756-2770 . the RX for BUN/Cr |
|  |  |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

ML LIN 00098

Name _Lin . Bang____ Sex _M_ Birthday _8-6-1969_ Chart No. _____

## PROGRESS NOTES

| DATE | |
|---|---|
| JUN 17 2000 | ① $E_1 \cap - HBVcAg\oplus$ |
| 6.19.2000 | $HBVeAg\oplus$  $\alpha-IF \to HBVeAg\ominus$ |
| 5/0.55 | |
| 790.4 | |
| | $\overline{Va}$: $HBVsAg / LFTs / HBVeAg / SMA = 7$ |
| | $\otimes$ $T_4 / Cholesterol / UA$ |
| | _____ $BL$ |
| JUL 03 2000 | mailed 6/17 lab report to pt           SM |
| JUL 07 2000 | Faxed the 6/17 Lab report to Orange County Health Dept |
| | Fax # 714) 834 - 8186 Attn: Annette |
| | $A$ |
| 7/7/00 | Fax (949) 751-2770 - the RX for BUN/Cr |
| | |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

ML LIN 00098

Name _LIN, Bang_____ Sex _M_ Birthday _8-6-69_ Chart No._____

## PROGRESS NOTES

JUL 17 1999

7-19-99  ① C LD —HsVeAg —→ ⊕ → ⊖

135                    HBVsAg ⊕

9324 070.22

3645 740.4

₁₂ = HBVsAg
HBVeAg
CBC / LFTS

JUL 24 1999  mailed ½ blood report to pt.          Sam

DEC 18 1999

① CLD — Carrier

1165 12.1899
9512 070.22
3645 740.4

2p - cu

½ LFTS / HBVeAg/HBsV sAg

JAN 07 2000  mailed 12/18 blood test result to pt.          Carmen

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00099

Lin, Bang    Sex M    Birthday 8-6-69    Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|

FEB 0 6 1999    LMP

PREGNANT

① CW - HBV — HBVeAg⊕ → HBVeAg⊖

5/c ✗ ZF    ⊂ HBV - DNA → nl

✗ 4 month    on α I F ✗

9 4214  070.22
3 6415  790.4    ① CBC / HBVeAg / HBVs Ag / CFTs

② RTC 2 month

③ d/c α-IF

FEB 11 1999    & mailed lab report ⊂ 2-8-99) to pt

MAR 27 1999    ① CLD - HBV

1532  b.w.99    - HBVeAg

9913 - 070.22
790.4    - G6TP - 49 ↑

RTC 3 month

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

ML LIN 00100

Name _Ltn, Baney_  Sex _M_ Birthday _8-6-69_ Chart No._____

DATE | PROGRESS NOTES

**DEC 12 1998**

H. ① αIF since 10/3/98.

HBVe Ag ⊕ → ⊖.

981229

LFTs 4/we GOT/GPT -ml -GGTP -93

070.52
790.4

BS⊖ LFTs/CBC

(+) HBVe Ag / HS V— DNA quantitative — mall bpf
(3)

DEC ... 98  Refilled αIf A comn S vites

**JAN 09 1999**

H. ① HBV — HBVeAg ⊕ → HBVeAg ⊖
HISV—DNA — ml

990111

HoV -m intensity

LFTs / TG/ Cholesterol /CBC

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

ML LIN 00101

Name __Lin Bang__   Sex __M__   Birthday __8-6-69__   Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|
| OCT 03 1998 | Instructed pt for d.I.F Self - Injection |
| | mail Abdominal Ultrasound to pt |
| OCT 08 1998 | |
| | |
| OCT 24 1998 | ① d.I.F × 3ml |
| 981128 M | |
| | m% ml |
| 10/3/98 | |
| | sup  HBV - d.I.F |
| | |
| | ky/ ① CBC/ LFTs | HBVe Ag - |
| | ① ATC SMC |
| NOV 14 1998 | ① on d-I.F    LFT = 60734/60409 |
| 981128 | HBVeAg ①  ←   HBVeAg ① |
| | sup  ? elimination of HBVeAg |
| | ② ① LFTs |
| | ③ RTC 1 month |

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (818) 810-5601 • Fax: (818) 810-2556

ML LIN 00102

ne _Lin, Barry_        Sex _M_ Birthday _8-6-69_  Chart No. _____

| DATE | PROGRESS NOTES |
|------|----------------|

SEP 19 1998

016673- ① HBV — ↑ LFT's — HBVsAg⊕/JsbVeAg⊕

EXL/# 9/18/98

9/13 7/0.33  exp Chronic active HBV
3044/4 140.40

K₂   ① HBV — DNA Quantitative
        PT/PTT

    ② Injection type to pt

SEP 29 1998

981128
9/13 07.33
P 370.0
    790.4

HBV — DNA — 660 pg/ml
PT + .190        alb 4.3
PT 14-0

exp  CLD — HBV active

E₂  plus q ald
    ① LFT 10wu 72w
    ② Appt c came          B.C

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601  •  Fax: (626) 810-2556

ML LIN 00103

PATIENT'S NAME: _Lin, Bang (M)_    REFERRAL M.D.

PF# ___    AGE: _29_    SEX: _M_    DATE: _SEP 05 1998_

HISTORY OF PRESENT ILLNESS _TLFTS, MS of abd nl_

_Born in Taiwan_

_Rich - ⊕ Jaundice ⊕ transfusion, ⊕ FHx ⊕IB ē HBV._
_⊖ acupuncture._

_⊖ fatigue_

**PAST MEDICAL HISTORY** _HBV ← Carrier._

MEDICAL: ___

SURGERIES: _∅_

HOSPITALIZATION: ___

ALLERGIES: _∅_

ULCER DISEASE: ___    LIVER DISEASES: ___    HEART DISEASES: ___

LUNG DISEASE: ___    KIDNEY DISEASES: ___    CANCER: ___

ANEMIA: ___    BLEEDING DISORDER: ___    OTHER: ___

MEDICATIONS: _∅_

LMP: ___

**SOCIAL HISTORY:**

OCCUPATION: ___    USA x: _482 (3_

MARITAL STATUS: _M_    RESIDENCE: ___

SMOKING: _∅_    ETOH: _∅_    HIV RISK: ___

**FAMILY HISTORY**

| | AGE | A/W | LIVER | CA | TB | DM | HTN | HEART DS. | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| FATHER | | DM → | Kidney failure | | | | | | |
| MOTHER | | | ∅ | | | | | | |
| SIBLING | | | ∅ | | | | | | |
| OTHER | | | | | | | | | |

| SYMPTOM REVIEW | |
|---|---|
| HEENT | |
| PULMONARY | |
| Hemoptysis, Cough, Sputum | |
| Chest Pain, Night Sweats, Epistaxis | |
| CARDIO VASCULAR: | |
| Dyspnea, Orthopnea, Cyanosis | |
| Chest Pain, Ankle Edema | |

ML LIN 00104

GI    Dysphagia, odynophagia
Nausea, Anorexia, Constipation
diarrhea, Hemorrhoids, Melena
Wt. Loss or Gain
GU Polyuria, Hematuria, Dysuria
Urgency, Vaginal Discharge Bleeding
Dysparsunia, Period
MKS
HEME
CNS
Endocrine

PHYSICAL EXAMINATION:    B.P. _____ Pulse _____ Temp. _____ Ht. _____ Wt. _____

General Appearance: _____
Head: _____    Eyes: _____
Nose/Ear: _____    Throat: _____
Neck: _____    Breast: _____
Lungs: _____
Heart: _____
Abdomen: _____
Liver: _____
Rectum: _____    Prostate: _____    OB _____
GU: _____
Ext: _____
Neuro: _____
Stigmata of Chronic Liver Disease: _____

Remarks: _____

ASSESSMENT:
016672

(1) T LFTs

(2) HBV - Carrier,

PLAN:

99201  99241
99202  99242
99203  99243
99204  99244
99205  99245

(1) LFTs / CBC / HBVs Ag / HB Ve Ag / HCV-Ab
    Ferritin / AMA / AMA / A-Sm A. / dFP.
(2) medical Record for David HSu +
(3) RTC 2wks

| CBC | SMA24 | UA | ESR | HYPO TFT | HYPER TFT | ANEMIA | ANA | HIV | ANA PANEL |
| AMYLASE | LIPASE | PT | PTT | STOOL C/S | STOOL O/P | UA C/S | AFP | LFT |
| HB SURFACE Ag | HB SURFACE Ab | HB CORE Ab TOTAL | HB CORE Ab Igm | HEP C Ab |

ML LIN 00105

C

**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS: HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT # 798
MED.CLI.OF GI & ENDOSCOPY
SAM KAM. M.D.
17170 COLIMA ROAD #E
HACIENDA HTS.. CA.
91745      (626)810-5601

| | | | |
|---|---|---|---|
| PATIENT NAME | | PATIENT ID | ACCESSION NUMBER |
| IN. BANG | | | 240802582 |

| AGE | SEX | DATE OF BIRTH | DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | DATE REPORTED |
|---|---|---|---|---|---|---|
| 35 Y | M | 08/06/69 | 08/07/04 | 00:00 | 08/07/04 | 08/11/04 |

REFERRING PHYSICIAN: DR. KAM      REPORT STATUS: FINAL REPORT

| TEST NAME | RESULT | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| RED CELL DIST. WIDTH | 12.2 | | % | 11.0-15.0 |
| MEAN PLATELET VOLUME | | 7.2 L | fl | 7.4-11.0 |
| GRANULOCYTES | 53.4 | | % | 43.0-79.0 |
| LYMPHS | 37.0 | | % | 13.0-43.5 |
| MONOS | 6.7 | | % | 0.0-12.0 |
| EOS | 1.5 | | % | 0.0-6.0 |
| BASOS | 1.4 | | % | 0.0-2.0 |
| HEPAT.A Ab/TOTAL/BLOOD | NEG | U | | NEGATIVE |
| | SEE ATTACHED REPORT | | | |
| ALPHA FETO PROTEIN | 1.7 | | IU/ML | 0.5 -5.5 |

THE REAPPEARANCE OF ELEVATED AFP CONCENTRATIONS
IN ADULT SERUM HAS BEEN OBSERVED DURING PREGNANCY
AND WITH SEVERAL BENIGN AND MALIGNANT DISEASES.
SUCH AS TERATOCARCINOMAS OF THE TESTIS.AND HEPATO-
CELLULAR CARCINOMA,OVARIEN CANCER.GASTROINTESTINAL
CANCER AND PULMONARY CANCER.
AFP IS ELEVATED IN ACUTE VIRAL HEPATITIS.CHRONIC
ACTIVE HEPATITIS AND CIRRHOSIS.PREGNANCY.ATAXIA -
TELANGIECTASIA AND HEREDITARY TYROSINEMIA.PRINTED
NORMAL RANGES ARE NOT VALID FOR PREGNANT FEMALE.
TEST PERFORMED BY IMMUNOCHEMILUMINESCENT ASSAY.

U=PERFORMED AT:      UNILAB CORPORATION
                     18408 OXNARD STREET
                     TARZANA. CA. 91356

AUG 13 2004

All normal ranges in this laboratory report have been established for adults.

## DIAMOND REFERENCE LABORATORY

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS: HAO NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #        798
MED.CLI.OF GI & ENDOSCOPY
SAM KAM. M.D.
17170 COLIMA ROAD #E
HACIENDA HTS.. CA.
91745        (626)810-5601

| PATIENT NAME | LIN. BANG | | | ACCESSION NUMBER 240802582 |
|---|---|---|---|---|

| SEX | DATE OF BIRTH | DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | DATE REPORTED |
|---|---|---|---|---|---|
| 55 Y   M | 08/06/69 | 08/07/04 | 00:00 | 08/07/04 | 08/11/04 |

REFERRING PHYSICIAN:  DR. KAM        REPORT STATUS:  FINAL REPORT

| TEST NAME | RESULT | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| GLUCOSE FASTING. | 115 | *you do not* | MG/DL | 74-118 |
| BUN (BLOOD UREA NITROGEN) | 14 | *have ...* | MG/DL | 8-20 |
| CREATININE. SERUM | 1.0 | *have immunity.* | MG/DL | 0.7-1.2 |
| BUN/CREATININE RATIO | 14 | *A immunity* | | 10-30 |
| SODIUM /BLOOD | 143 | *you can come to* | MEQ/L | 136-144 |
| POTASSIUM/SERUM | 4.1 | *you ... get hepatitis* | MEQ/L | 3.6-5.1 |
| CHLORIDE. SERUM | 105 | *doctor to get* | MEQ/L | 101-111 |
| CARBON DIOXIDE | 27 | | MEQ/L | 22-32 |
| CALCIUM.SERUM | 9.1 | | MG/DL | 8.9-10.3 |
| PHOSPHORUS/BLOOD | 2.8 | | MG/DL | 2.4-4.7 |
| URIC ACID/BLOOD | 6.1 | *A Vaccine.* | MG/DL | 4.8-8.7 |
| TOTAL PROTEIN | 7.4 | | G/DL | 6.1-7.9 |
| ALBUMIN. SERUM | 4.3 | | G/DL | 3.5-4.8 |
| GLOBULIN | 3.1 | | MG/DL | 2.0-3.5 |
| A/G RATIO | 1.4 | | | 1.1-2.4 |
| ALKALINE PHOSPHATASE | 61 | | IU/L | 39-126 |
| AST (SGOT) | 23 | | IU/L | 15-41 |
| ALT (SGPT) | 38 | | IU/L | 17-63 |
| LACTIC DEHYDROGENASE LDH | 112 | | IU/L | 98-192 |
| BILIRUBIN. TOTAL | | 1.5 H | MG/DL | 0.4-1.2 |
| CHOLESTEROL | 154 | | MG/DL | <200 |
| TRIGLYCERIDE | | 196 H | MG/DL | <150 |
| HDL CHOL. DIRECT | 31 | | MG/DL | 29-71 |
| LDL | 84 | | MG/DL | <130 |

LDL CHOLESTEROL (CALCULATED) IS NOT VALID WHEN
TRIGLYCERIDE LEVEL IS >400 MG/DL.

| | | | | |
|---|---|---|---|---|
| VLDL | 39 | | MG/DL | 1-40 |
| RISK FACTOR | 5.0 | | | |

CARDIAC RISK FACTOR:      MALE      FEMALE
BELOW AVERAGE          <3.4      <3.3
AVERAGE               <5.0      <4.4
DOUBLE AVERAGE        <9.6      <7.1
TRIPLE AVERAGE        <23.4     <11.0

| CPK | 86 | | IU/L | 49-397 |
|---|---|---|---|---|
| GAMMA GT (GGTP) | 23 | | IU/L | 7-50 |
| IRON | 81 | | UG/DL | 45-182 |
| WHITE BLOOD CELL COUNT | | 3.9 VL | 1000/CMM | 4.0-11.0 |

DIFFERENTIAL REVIEWED

| RED BLOOD CELL COUNT | 4.65 | | 10^6/CMM | 4.20-6.20 |
|---|---|---|---|---|
| HEMOGLOBIN | 15.6 | | gm/dl | 14.0-18.0 |
| HEMATOCRIT | 45.7 | | % | 42.0-52.0 |
| MCV | 98.3 | | fl | 80-100 |
| MCH | 33.6 | | pg | 27.0-34.0 |
| MCHC | 34.1 | | G/DL | 32.0-36.0 |
| PLATELET COUNT | 235 | | 1000/CMM | 150-440 |

Continued on Next Page

AUG 1 3 2004
PAGE:  1

All normal ranges in this laboratory report have been established for adults.

ML LIN 00107

**LABORATORY REPORT**

**U** Unilab Corporation
18408 Oxnard Street
Tarzana, CA 91356
(818) 996-7300
So. Ca. (800) 339-4299
www.unilab.com

**UNILAB**

Kenneth Sisco, MD, PhD, Medical Director, Clinical Pathology
Paul Werdake, MD, Medical Director, Anatomic Pathology

**FINAL**

DMOND REFERENCE LAB          59547
70 S. VALLEY VISTA DRIVE #100          1024
DIAMOND BAR, CA  91765

| | REQUISITION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|---|---|

| DATE COLLECTED | DRAW TIME | | CHART/OTHER ID | | |
|---|---|---|---|---|---|
| 08/07/2004 | NOT GIVEN | | | | |

| | AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| PT NAME: LIN BANG | 35 | M | 240802582 | ~ | | 08/09 | 08102004 | 414351363 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| HEP A AB TOTAL | NEGATIVE | | NEGATIVE | | |

AUG 1 3 2004

FIRST FINAL REPORT DATE: 08/10/2004    AT    4:17  FORMS FREE W/O CHEM (REV. 09/03) 80219 SC2K · 129675
PAGE 1  :END OF FINAL    REPORT FOR: BANG LIN
DATE COLLECTED: 08/07/2004 - REPORTED DATE: 08/10/2004

ML LIN 00108



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
... NGUYEN, M.D • EDWARD M. LAI, M.D.

ACCT #: 00□000798
MED.CLI.OF GI & ENDOSCOPY
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS:

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| LIN, RANG | 34Y | M | 02/07/04 | 02/16/04 | 240202482 |

## CHEMISTRY

| Glucose 60-111 mg/d | BUN 7-24 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus 2.8-4.8 mg/dl | T-Protein 6.4-8.4 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.1-1.2 mg/dl | Alk Phos 23-175 u/l | AST (SGOT) 10-33 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 16 | 1.0 | 16 | 9.4 | 3.8 | 7.5 | 5.0 | 2.5 | 2.0 | 1.9 | 70 | 28 |

## CHEMISTRY

| ALT (SGPT) 7-34 u/l | LDH 89-235 u/l | CPK 27-163 u/l | GGTP M 5-41 u/l F 6-34 u/l | Sodium 135-148 meq/l | Potassium 3.5-5.6 meq/l | Chloride 98-112 meq/l | CO₂ 19-29 meq/l | Uric Acid M 3.9-7.2 mg/dl F 2.4-6.4 mg/dl | Triglyceride 10-43% | Cholesterol 132-200 mg/dl | HDL M 32-72 mg/dl F 39-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 211 | 75 | 30 | 141 | 5.2 | 103 | 26 | 7.2 | 181 | 147 | 42 | 69 |

## CHEMISTRY / THYROID / HEMATOLOGY

| Iron M 46-153 µg/dl F 38-144 µg/dl | UIBC 126-370 µg/dl | TIBC 245-400 µg/dl | T₃U (ICMA) 24-35% | T4 Total (ICMA) 4.5-12.5 µg/dl | FTI (calc) 1.1-4.5 | T₃ Total (ICMA) 72-170 ng/dl | TSH (ICMA) Euthyrd-0.4-4 µIU/ml Hypre<0.01 µIU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | | | | | | | | | | | | 233 |

## HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 10-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15.8 | 43.9 | 4.63 | 94.7 | 34.0 | 35.8 | 4.4 | 52.1 | | 40.0 | 5.6 | 1.6 | 0.7 |

## HEMATOLOGY / URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12.2 | | 1.025 | YELLOW | CLEAR | 7.0 | NEG | NEG | NEG | NEG | NEG | NEG | OCC |
| | 7.2 | | | | | | | | | | | |

---

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

CHOLESTEROL    INTERPRETIVE GUIDE FOR CHOLESTEROL
CUTOFF VALUES RECOMMENDED BY NATIONAL CHOLESTEROL
EDUCATION PROGRAM

| | DESIRABLE | BORDERLINE | HIGH RISK |
|---|---|---|---|
| CHOLESTEROL | <200mg/dL | 200-239mg/dL | >240mg/dL |
| LDL CHOLESTEROL | <130mg/dL | 130-159mg/dL | >160mg/dL |

BILIRUBIN, TOTAL    RESULTS VERIFIED BY REPEAT ANALYSIS.

URINALYSIS:    NITRITE..: NEG    BACTERIA.: NEG    BILIRUB..:NEG
LEUKOCYTE: NEG

AMOUNT:

| HEPATITIS Be Ag | POS | U | | NEGATIVE |
|---|---|---|---|---|

SEE ATTACHED REPORT

PAGE:  1

**LABORATORY REPORT**

ICMA: Immuno Chemiluminø Metric Assay

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00109

**DIAMOND REFERENCE LABORATORY** 

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 · (800) 228-2789

AND PATHOLOGISTS:
TYEN, M.D. · EDWARD M. LAI, M.D.

ACCT #: 00-00079B
MED.CLI.OF GI & ENDOSCOPY
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS:

| PATIENT I.D | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| | 34Y | M | 02/07/04 | 02/16/04 | 240202482 |

IN, BANG

## CHEMISTRY

| Glucose 80-111 mg/dl | BUN 7-24 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus 2.8-4.6 mg/dl | T-Protein 6.4-8.4 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.1-1.2 mg/dl | Alk Phos 23-175 u/l | AST (SGOT) 10-33 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## CHEMISTRY

| ALT (SGPT) 7-34 u/l | LDH 99-235 u/l | CPK 27-163 u/l | GGTP M 5-41 u/l F 6-34 u/l | Sodium 135-146 meq/l | Potassium 3.5-5.6 meq/l | Chloride 96-112 meq/l | CO₂ 19-28 meq/l | Uric Acid M 3.0-7.2 mg/dl F 2.4-6.4 mg/dl | Triglyceride 31-237 mg/dl | Cholesterol 132-200 mg/dl | HDL M 32-72 mg/dl F 33-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| CHEMISTRY | | | THYROID | | | | SEROLOGY | | | HEMATOLOGY |
|---|---|---|---|---|---|---|---|---|---|---|
| Iron M 46-153 µg/dl F 38-144 µg/dl | UIBC 125-370 µg/dl | TIBC 245-400 µg/dl | T₃U (ICMA) 24-35% | T4 Total (ICMA) 4.5-12.5 µg/dl | FTI (calc) 1.1-4.5 | T₃ Total (ICMA) 72-170 ng/dl | TSH (ICMA) Euthyrd:0.4-4 µIu/ml Hypo:>6.01 µIu/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
| | | | | | | | | | | | | |

| HEMATOLOGY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-6% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
| | | | | | | | | | | | | |

| HEMATOLOGY | | | | URINALYSIS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| VLDL | 36 | MG/DL | 1-40 |
| RISK FACTOR | 3.5 | | |

| CARDIAC RISK FACTOR: | MALE | FEMALE |
|---|---|---|
| BELOW AVERAGE | <3.4 | <3.3 |
| AVERAGE | <5.0 | <4.4 |
| DOUBLE AVERAGE | <9.6 | <7.1 |
| TRIPLE AVERAGE | <23.4 | <11.0 |

HEP B V.DNA ULTRAQUA   NOTE    U

HEP B VIRAL DNA    282 H  LESS THAN 100 IU/ML
HEP B VIRAL DNA    479 H  LESS THAN 160 COPIES/ML
SEE ATTACHED REPORT

PAGE:   2

## LABORATORY REPORT

ICMA: Immuno Chemilumino Metric Assay

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00110

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 · (800) 228-2789

DOCTORS AND PATHOLOGISTS:
N. NGUYEN, M.D. · EDWARD M. LAI, M.D.

ACCT #: 08000798
MED.CLI.OF GI & ENDOSCOPY
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS:

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| N. BANG | 34Y | M | 02/07/04 | 02/16/04 | 240202482 |

### CHEMISTRY

| Glucose 80-111 mg/dl | BUN 7-24 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus 2.8-4.8 mg/dl | T-Protein 6.4-8.4 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.1-1.2 mg/dl | Alk Phos 23-175 u/l | AST (SGOT) 10-33 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### CHEMISTRY

| ALT (SGPT) 7-34 u/l | LDH 99-235 u/l | CPK 27-183 u/l | GGTP M 5-41 u/l F 8-34 u/l | Sodium 135-146 meq/l | Potassium 3.5-5.0 meq/l | Chloride 98-112 meq/l | CO2 19-29 meq/l | Uric Acid M 3.0-7.2 mg/dl F 2.4-6.4 mg/dl | Triglyceride 31-237 mg/dl | Cholesterol 132-200 mg/dl | HDL M-32-72 mg/dl F-39-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### CHEMISTRY

### THYROID

### SEROLOGY

### HEMATOLOGY

| Iron M 46-153 µg/dl F 38-144 µg/dl | UIBC 128-370 µg/dl | TIBC 245-400 µg/dl | TSU (ICMA) 24-35% | T4 Total (ICMA) 4.5-12.5 µg/dl | FTI (calc) 1.1-4.5 | T3 Total (ICMA) 72-170 ng/dl | TSH (ICMA) Euthy-0.44 µIu/ml Hyper<0.01 µIu/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-78% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY

### URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| U-PERFORMED AT: | UNILAB CORPORATION | | |
| | 18408 OXNARD STREET | | |
| | TARZANA, CA. 91356 | | |

PAGE: 3

*** END OF REPORT ***

**LABORATORY REPORT**

ICMA: Immuno Chemilumino Metric Assay

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00111

**LABORATORY REPORT**

Unilab Corporation
18408 Oxnard Street
Tarzana, CA 91
(818) 996-7300
So. Ca. (800) 33
www.unilab.com

**UNILAB**

Kenneth Sisco, MD, PhD, Medical Director, Clinical Pathology
Paul Werlake, MD, Medical Director, Anatomic Pathology

FINAL

DIAMOND REFERENCE LAB    59547
470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA 91765    1024

| REQUISITION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|---|

| DATE COLLECTED | DRAW TIME | CHART/OTHER ID |
|---|---|---|
| 02/07/2004 | NOT GIVEN | |

| NAME | AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| LIN BANG | 34 | M | 240202482 | - | | 02/10 | 02142004 | 409530439 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| HEPATITIS B DNA, QUANTITATIVE PCR | | | | | |
| HEPATITIS B VIRAL DNA | | 282 H | LESS THAN 100IU/mL | | NC |
| HEPATITIS B VIRAL DNA | | 479 H | LESS THAN 160copies/mL | | NC |

This test was developed and its performance characteristics
determined by Quest Diagnostics Nichols Institute. It has not
been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary. Performance characteristics refer to
the analytical performance of the test.

This test is performed pursuant to a license agreement with Roche
Molecular Systems, Inc.

(NC)   Test performed at:   Nichols Institute
                           33608 Ortega Hwy
                           San Juan Capistrano, CA 92690

       Directors:   D.A. Fisher, MD, R.E. Reitz, MD

FREE W/O CHEM (REV. 09/03) 80218 SC2K - 12957

ML LIN 00112

**LABORATORY REPORT**

DIAMOND REFERENCE LAB    59547
70 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765    1024

**UNILAB**

Unilab Corporation
18408 Oxnard Street
Tarzana, CA 91356
(818) 996-7300
So. Ca. (800) 338-0299
www.unilab.com

Kenneth Sisco, MD, PhD, Medical Director, Clinical Pathology
Paul Wartolo, MD, Medical Director, Anatomic Pathology

FINAL

| | | | | |
|---|---|---|---|---|
| REQUISITION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |

| DATE COLLECTED | DRAW TIME | CHART/OTHER ID |
|---|---|---|
| 02/07/2004 | NOT GIVEN | |

| AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|
| 34 | M | 240202482 | - | | 02/10 | 02102004 | 409530438 |

BANG LIN

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | | POSITIVE | NEGATIVE | | |

FIRST FINAL REPORT DATE: 02/10/2004  AT  4:11PM
PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 02/07/2004 - REPORTED DATE: 02/10/2004

ML LIN 00113



**DIAMOND REFERE** ● **LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 · (800) 228-2789

ACCT #: ●●●000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748.
626-810-5601
AIN PHYS: DR. KAM

DIRECTORS AND PATHOLOGISTS:
● NGUYEN, M.D. · EDWARD M. LAI, M.D.

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| LIN, BANG | 33Y | M | 07/12/03 | 07/21/03 | 230704045 |

## CHEMISTRY

| Glucose 70-105 mg/dl | BUN 11-37 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.5-10.5 mg/dl | Phosphorus 2.7-4.5 mg/dl | T-Protein 6.0-8.2 g/dl | Albumin 3.5-5.2 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.2-1.0 mg/dl | Alk Phos <138 u/l | AST (SGOT) 5-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 7.6 | 5.0 | 2.6 | 1.9 | | 75 | 26 |
| | | | | | | | | | | 3.1 | | |

## CHEMISTRY

| ALT (SGPT) 10-35 u/l | LDH 100-210 u/l | CPK M 38-174 u/l F 26-140 u/l | GGTP M 11-57 u/l F 9-38 u/l | Sodium 135-145 meq/l | Potassium 3.6-5.2 meq/l | Chloride 98-112 meq/l | CO2 22-29 meq/l | Uric Acid M 3.5-7.2 mg/dl F 2.6-6.0 mg/dl | Triglyceride M 44-327 mg/dl F 36-214 mg/dl | Cholesterol <200-240 mg/dl | HDL M 34-68 mg/dl F 39-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | | | | | | | | | | | | |

## CHEMISTRY / THYROID / HEMATOLOGY

| Iron M 65-170 μg/dl F 50-170 μg/dl | UIBC 126-382 μg/dl | TIBC 245-400 μg/dl | T3U (ICMA) 24-35% | T4 Total (ICMA) 4.5-12.5 μg/dl | FTI (calc) 1.1-4.5 | T3 Total (ICMA) 72-170 ng/dl | TSH (ICMA) Euthyro 0.4-4 μIU/ml Hypoth <0.01 μIU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## HEMATOLOGY / URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.8 H | MG/DL | 0.0-0.3 |
| HEP B V,DNA ULTRAQUA | NOTE | U | |
| | <200 | LESS THAN 200COPIES/ML | |
| | SEE ATTACHED REPORT | | |

U-PERFORMED AT:   UNILAB CORPORATION
18408 OXNARD STREET
TARZANA, CA. 91356

*Cryptopt*
*Lepositive is not detectable*

**LABORATORY REPORT**

**PAGE**  *** END OF REPORT ***

ICMA: Immuno Chemilumina Metric Assay

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

2 9 2003

ML LIN 00114

**LABORATORY REPORT**

Unilab Corporation
16408 Oxnard
Tarzana, CA
(818) 996-730
So. Ca. (800) 339-4299
www.unilab.com

**UNILAB**

Medical Director and Pathologist
Paul T. Wertlake, M.D.
**FINAL**

DIAMOND REFERENCE LAB        59547
470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765        1024

| ACCESSION NUMBER | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|

| DATE COLLECTED | DRAW TIME | CHART/OTHER ID |
|---|---|---|
| 07/14/2003 | NG | |

| | AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| BANG | 33 | M | 230704045 | - | | 07/14 | 07192003 | 404647353 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| HEPATITIS B DNA, QUANTITATIVE PCR | | | | | |
| HEPATITIS B VIRAL DNA | <200 | | LESS THAN 200copies/mL | NC | |

This test uses PCR to quantitate HBV DNA.  Assay linear range is
200 to 500,000,000 copies/mL.  1 picogram/mL = 280,000 copies/mL.

This test was developed and its performance characteristics
determined by Quest Diagnostics Nichols Institute. It has not
been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary. Performance characteristics refer to
the analytical performance of the test.

This test is performed pursuant to a license agreement with Roche
Molecular Systems, Inc.

(NC)  TEST PERFORMED AT: NICHOLS INSTITUTE
                        33608 ORTEGA HWY.
                        SAN JUAN CAPISTRANO, CA  92690

FIRST FINAL REPORT DATE: 07/19/2003  AT  7:13AM   FORMS FREE W/O CHEM (REV. 07/02) 80219
PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 07/14/2003 - REPORTED DATE: 07/19/2003

ML LIN 00115

**LABORATORY REPORT**

Unilab Corporation
18408 Oxnard Street
Tarzana, CA 91356
(818) 996-7300
So. Ca. (800) 399-4299
www.unilab.com

**UNILAB**

*Medical Director and Pathologist*
Paul T. Wertlake, M.D.
**FINAL**

DIAMOND REFERENCE LAB          59547
170 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA 91765      1024

| ACCESSION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|---|

| DATE COLLECTED | DRAW TIME | CHART/OTHER ID |
|---|---|---|
| 02/19/2003 | NG | |

| | AGE | SEX | PATIENT ID | PROVIDER | SUPV. M.O. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| BANG | 33 | M | 230205901 | — | | 02/19 | 02272003 | 400317041 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| HEPATITIS B VIRAL DNA QUANT - NI | | | | | |
| HEPATITIS B DNA | | 0.020 H | <0.017 | pg/mL | |
| HEPATITIS B DNA | | 5660 H | <4700 | copies/ml | |

The reportable range of quantitation of this assay is 0.017-6000
pg/mL, which is 4700-1,700,000,000 copies/mL. Results in pg/mL
are multiplied by 283,000 copies/pg to convert to results in
copies/mL.

HBV DNA is not to be used as a diagnostic procedure without
confirmation of the diagnosis by other medically established
means.

This test was performed using a kit that has not been approved or
cleared by the FDA. The analytical performance characteristics of
this test have been determined by Quest Diagnostics Nichols
Institute. This test should not be used for diagnosis without
confirmation by other medically established means.

FIRST FINAL REPORT DATE: 02/27/2003  AT  2:42AM   FORMS-FREE W/O CHEM (REV. 07/02) 60210
PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 02/19/2003 - REPORTED DATE: 02/27/2003

ML LIN 00116

## DIAMOND REFERENCE LABORATORY

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 · (800) 228-2789

AND PATHOLOGISTS:
M.D. • EDWARD M. LAI, M.D.

ACCT #: 0000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA   91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| | 33Y | M | 02/19/03 | 02/27/03 | 230205901 |

IN. BANG

### CHEMISTRY

| Glucose 70-105 mg/dl | BUN 11-37 mg/dl | Creatinine 0.5-1.2 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.5-10.5 mg/dl | Phosphorus 2.7-4.5 mg/dl | T-Protein 6.0-8.2 g/dl | Albumin 3.5-5.2 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin 0.2-1.0 mg/dl | AlK Phos <138 u/l | AST (SGOT) 6-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

### CHEMISTRY

| ALT (SGPT) 10-35 u/l | LDH 100-210 u/l | CPK M 38-174 u/l F 26-140 u/l | GGTP M 11-57 u/l F 8-36 u/l | Sodium 135-145 meq/l | Potassium 3.8-5.7 meq/l | Chloride 98-112 meq/l | $CO_2$ 22-29 meq/l | Uric Acid M 3.5-7.2 mg/dl F 2.6-6.0 mg/dl | Triglyceride M 44-327 mg/dl F 38-214 mg/dl | Cholesterol <200-240 mg/dl | HDL M-34-68 mg/dl F-39-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

### CHEMISTRY / THYROID / HEMATOLOGY

| Iron M 65-170 µg/dl F 50-170 µg/dl | UIBC 125-362 µg/dl | TIBC 245-400 µg/dl | T₃U (ICMA) 24-35% | T4 Total (ICMA) 4.5-12.5 µg/dl | FTI (calc) 1.1-4.5 | T₃ Total (ICMA) 72-170 ng/dl | TSH (ICMA) Euthyroid 4.4 µIu/ml Hyper=<0.01 µIu/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

### URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| HEP B VIRUS DNA ULTR | NOTE     U | PG/ML | |
| | HEPATITIS B DNA | 0.020 | PG/ML |
| | HEPATITIS B DNA | 5660 | COPIES/ML |
| | SEE ATTACHED REPORT | | |

U-PERFORMED AT: UNILAB CORPORATION
18408 OXNARD STREET
TARZANA, CA. 91356

MAR 0 1 2003

ICMA: Immuno Chemilumino Metric Assay

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

*** END OF REPORT ***

ML LIN 00117

DIAMOND REFERENCE LAB    59547
170 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA 91765    1024

**UNILAB**
Unilab Corporation
18408 Oxnard
Tarzana, CA 91356
(818) 996-7300
So. Ca. (800) 339-0299
www.unilab.com

Medical Director and Pathologist
Paul T. Wertlake, M.D.

FINAL

| REQUISITION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|---|

| DATE COLLECTED | DRAW TIME | CHART/PATIENT ID |
|---|---|---|
| 12/16/2002 | NG | |

| | AGE | SEX | SOCIAL SECURITY # | PROVIDER | SUPV. M.D. | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|---|
| BANG | 33 | M | 221205042 | — | | 12/16 | 12172002 | 77253657 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LDC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | NEGATIVE | | NEGATIVE | | |

FIRST FINAL REPORT DATE: 12/17/2002  AT  1:33PM    FORMS-FREE W/O CHEM (REV. 09/01) 8021C

PAGE 1 :END OF FINAL    REPORT FOR: BANG LIN

DATE COLLECTED: 12/16/2002    REPORTED DATE: 12/17/2002

ML LIN 00118

**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 ¥ (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
____ NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 0000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: KAM

LIN, BANG

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| | 33Y | M | 12/14/02 | 12/18/02 | 221205042 |

## CHEMISTRY

| Glucose 65-111 mg/d | BUN 7-23 mg/d | Creatinine M 0.8-1.4 mg/d F 0.6-1.0 mg/d | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/d | Phosphorus Ad 2.4-5.3 mg/d Child 4-7 mg/d | T-Protein 6.5-8.4 g/d | Albumin 3.6-5.4 g/d | Globulin 2.0-3.5 g/d | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/d Newborn 1-12 mg/d | Alk Phos Adult 30-110 u/l Child 29-218 u/l | AST (SGOT) 9-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 13 | 1.1 | 12 | 10.2 | 3.0 | 8.2 | 4.8 | 3.4 | 1.4 | | 104 | 19 |
| | | | | | | | | | | 2.1 | | |

## CHEMISTRY

| ALT (SGPT) 0-37 u/l | LDH 94-199 u/l | CPK 16-182 | GGTP 5-42 u/l | Sodium 135-145 meq/l | Potassium 3.6-5.7 meq/l | Chloride 98-112 meq/l | CO2 19-29 meq/l | Uric Acid M 2.8-7.7 mg/d F 2.4-7.3 mg/d | Triglyceride 27-199 mg/d | Cholesterol 130-210 mg/d | HDL M-34-68 mg/d F-39-88 mg/d | LDL <150 mg/d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 133 | 69 | 28 | 142 | 4.6 | 103 | 26 | 6.4 | 168 | 193 | 38 | 121 |

## CHEMISTRY

| Iron 27-136 mcg/d | UIBC 133-384 mcg/d | TIBC 245-400 mcg/d |
|---|---|---|
| 167 | | |

## THYROID

| T3U 24-35% | T4 Total 4.5-12.5 ug/d | FTI (calc) 1.1-4.5 | T3 Total 72-170 ng/d | TSH_u[U/ml New-<0.01 u/ml Euthy 0.4-6 u/ml Hyper t-17.5 u/ml |
|---|---|---|---|---|

## HEMATOLOGY

| RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|
| | | | | 284 |

## HEMATOLOGY

| HGB M 14-18 g/d F 12-16 g/d | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/d | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15.5 | 46.1 | 4.93 | 93.5 | 31.5 | 33.6 | 4.9 | 56.7 | | 34.5 | 7.2 | 1.2 | 0.4 |

## HEMATOLOGY

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12.1 | 7.4 | | | | | | | | | | | |

## URINALYSIS

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| PHOSPHORUS/BLOOD | PHOSPHORUS NORMAL RANGE FOR CHILD IS 4-7 MG/DL | | |
| BILIRUBIN, TOTAL | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| ALKALINE PHOSPHATASE | NEW REFERENCE RANGE FOR ALKALINE PHOSPHATASE (18-45 YEARS OLD) 28 - 190 U/L | | |
| ALPHA FETO PROTEIN | 1.5 | IU/ML | 0.5 -5.5 |

THE REAPPEARANCE OF ELEVATED AFP CONCENTRATIONS
IN ADULT SERUM HAS BEEN OBSERVED DURING PREGNANCY
AND WITH SEVERAL BENIGN AND MALIGNANT DISEASES.
SUCH AS TERATOCARCINOMAS OF THE TESTIS AND HEPATO-
CELLULAR CARCINOMA, OVARIEN CANCER, GASTROINTESTINAL

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00119

**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 ¥ (800) 228-2789

...AND PATHOLOGISTS:
...M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA 91748
626-810-5601
ATN PHYS: KAM

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 33Y | M | 12/14/02 | 12/18/02 | 221205042 |

**CHEMISTRY**

| Glucose 65-111 mg/dl | BUN 7-23 mg/dl | Creatinine M 0.8-1.4 mg/dl F 0.6-1.0 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus Adult 2.45-4.9 mg/dl Child 4-7 mg/dl | T-Protein 6.5-8.4 g/dl | Albumin 3.6-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl Newborn 1-12 mg/dl | Alk Phos Adult 30-110 u/l Child 29-218 u/l | AST (SGOT) 8-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CHEMISTRY**

| ALT (SGPT) 8-37 u/l | LDH 94-198 u/l | CPK 16-182 | GGTP 5-42 u/l | Sodium 135-145 meq/l | Potassium 3.6-5.7 meq/l | Chloride 98-112 meq/l | CO₂ 19-29 meq/l | Uric Acid M 2.9-7.7 mg/dl F 2.4-7.3 mg/dl | Triglyceride 27-199 mg/dl | Cholesterol 130-210 mg/dl | HDL M 34-69 mg/dl F 35-88 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CHEMISTRY** / **THYROID** / **HEMATOLOGY**

| Iron 27-135 mcg/dl | UIBC 133-384 mcg/dl | TIBC 245-400 mcg/dl | T₄U 24-35% | T4 Total 4.5-12.5 ug/dl | FTI (calc) 1.1-4.5 | T₃ Total 72-170 ng/dl | TSH uIU/ml Normal 0.1 cutm Euthyr 0.4-6 uIU/ml Hypo:1.473 uU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**HEMATOLOGY**

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-38 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**HEMATOLOGY** / **URINALYSIS**

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| | | | |

CANCER AND PULMONARY CANCER.
AFP IS ELEVATED IN ACUTE VIRAL HEPATITIS,CHRONIC
ACTIVE HEPATITIS AND CIRRHOSIS,PREGNANCY,ATAXIA -
TELANGIECTASIA AND HEREDITARY TYROSINEMIA.PRINTED
NORMAL RANGES ARE NOT VALID FOR PREGNANT FEMALE.
ANALYTICAL SENSITIVITY: 0.2 IU/mL
TEST PERFORMED BY IMMUNOCHEMILUMINESCENT ASSAY

| HEPATITIS Be Ag | NEG | U | NEGATIVE |
|---|---|---|---|

SEE ATTACHED REPORT

| VLDL | 34 | MG/DL | 1-40 |
|---|---|---|---|
| RISK FACTOR | 5.1 | | |

DEC 23 2002

CARDIAC RISK FACTOR:     MALE     FEMALE
BELOW AVERAGE     <3.4     <3.3
AVERAGE     <5.0     <4.4

**LABORATORY REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00120

# DIAMOND REFERENCE LABORATORY

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 ¥ (800) 228-2789

PATHOLOGISTS:
...EN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA 91748
626-810-5601
ATN PHYS: KAM

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| BANG | | 33Y | M | 12/14/02 | 12/18/02 | 221205042 |

## CHEMISTRY

| Glucose 71-111 mg/dl | BUN 7-23 mg/dl | Creatinine M 0.6-1.4 mg/dl F 0.6-1.0 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus Adult 2.4-5.0 mg/dl Child 4-7 mg/dl | T-Protein 6.5-8.4 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl Newborn 1-12 mg/dl | Alk Phos Adult 30-110 u/l Child 29-218 u/l | AST (SGOT) 9-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## CHEMISTRY

| ALT (SGPT) 9-37 u/l | LDH 94-199 u/l | CPK 18-182 | GGTP 5-42 u/l | Sodium 135-145 meq/l | Potassium 3.6-5.7 meq/l | Chloride 98-112 meq/l | CO₂ 19-29 meq/l | Uric Acid M 2.9-7.7 mg/d F 2.4-7.3 mg/dl | Triglyceride 27-199 mg/dl | Cholesterol 130-210 mg/dl | HDL M-34-68 mg/dl F-38-68 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## CHEMISTRY

| iron 27-135 mcg/dl | UIBC 133-384 mcg/dl | TIBC 245-400 mcg/dl | T3U 24-36% | T4 Total 4.5-12.5 ug/dl | FTI (calc) 1.1-4.5 | T3 Total 72-170 ng/dl | TSH uIU/ml Hyper-0.47 uIu/ml F(0.49-4.9 uIU/ml Hypo-7.1-97.9 uIU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

**THYROID** | **HEMATOLOGY**

## HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-38 gm/dl | WBC 4.8-11.0 X 10³ | Poly 43-79% | Band 0-6% | Lymph 13-43% | Mono 0-12% | Eosin 0-8% | Base 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## HEMATOLOGY | URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|
| DOUBLE AVERAGE | | | <9.6 | <7.1 |
| TRIPLE AVERAGE | | | <23.4 | <11.0 |

U-PERFORMED AT:   UNILAB CORPORATION
                  18408 OXNARD STREET
                  TARZANA, CA. 91356

DEC 20 2002

PAGE:    *** END OF REPORT ***

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00121

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

PATHOLOGISTS:
EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: KAM

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| BANG | 32Y | M | 05/18/02 | 05/23/02 | 220506510 |

### CHEMISTRY

| BUN 7-23 mg/dl | Creatinine M 0.6-1.4 mg/dl F 0.6-1.0 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus Adult 2.4-5.6 mg/dl Child 4-7 mg/dl | T-Protein 6.5-8.4 g/dl | Albumin 3.6-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl Newborn 1-12 mg/dl | Alk Phos Adult 30-140 u/l Child 20-218 u/l | AST (SGOT) 0-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 7.7 | 4.6 | 3.1 | 1.5 | | 65 | 18 |

### CHEMISTRY

| T-Bilirubin 0.3-1.1 mg/dl | LDH 94-199 u/l | CPK 15-182 | GGTP 5-42 u/l | Sodium 135-145 mcq/l | Potassium 3.6-5.7 mcq/l | Chloride 98-112 meq/l | CO2 19-29 meq/l | Uric Acid M 2.9-7.7 mg/dl F 2.4-7.3 mg/dl | Triglyceride 27-189 mg/dl | Cholesterol 130-210 mg/dl | HDL M-34-68 mg/dl F-39-88 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| Iron 27-135 mcg/dl | UIBC 133-384 mcg/dl | TIBC 245-400 mcg/dl | T3U 24-35% | T4 Total 4.5-12.5 ug/dl | FTI (calc) 1.1-4.5 | T3 Total 72-170 ng/dl | TSH, uIU/ml Adult 0.3-5.0 uIU/ml Hypo: >7.0 uIU/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-18 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 u³ | MCH 27-34 μg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-9% | Lymph 13-45% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| RDW 11-16% | MPV 7.4-11.0 fl | Sp.Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC /HPF | RBC /HPF | Epithelial /LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.3 | MG/DL | 0.0~0.3 |
| HEP. B SURFACE AG | POS  H | | NEGATIVE |
| | SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG. ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY TEST) IS RECOMMENDED. | | |
| HEPATITIS Be Ag | NOTE  U | | NEGATIVE |
| | HEPATITIS BE AG  POSITIVE | | |
| | SEE ATTACHED REPORT | | |

PAGE:   1

MAY 25 2002

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00122

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

PATHOLOGISTS:
EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: KAM

...BANG

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| | 32Y | M | 05/18/02 | 05/23/02 | 220506510 |

### CHEMISTRY

| BUN 7-23 mg/dl | Creatinine M 0.6-1.4 mg/dl F 0.6-1.0 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.4-10.4 mg/dl | Phosphorus Adult 2.4-5.0 mg/dl Child 4-7 mg/dl | T-Protein 6.5-8.4 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.1 mg/dl Newborn 1-12 mg/dl | Alk Phos Adult 30-140 u/l Child 20-218 u/l | AST (SGOT) 9-34 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

### CHEMISTRY

| ALT (SGPT) 6-37 u/l | LDH 94-199 u/l | CPK 18-182 | GGTP 5-42 u/l | Sodium 135-145 meq/l | Potassium 3.5-5.7 meq/l | Chloride 98-112 meq/l | CO₂ 19-29 meq/l | Uric Acid M 2.9-7.7 mg/dl F 2.4-7.3 mg/dl | Triglyceride 27-199 mg/dl | Cholesterol 130-210 mg/dl | HDL M 34-68 mg/dl F 39-98 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| Iron 27-135 mcg/dl | UIBC 133-384 mcg/dl | TIBC 245-400 mcg/dl | T3U 24-35% | T4 Total 4.5-12.6 ug/dl | FTI (calc) 1.1-4.5 | T4 Total .72-170 mg/dl | TSH, μIU/ml Hyper-0.01 μU/ml 0.6h=0.4-6 iu/ml Hypo-7.07.5 iu/ml | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Ratio M 0-10 mm/hr F 0-20 mm/hr | Platelet CL 160-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 mg | MCHC 32-38 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-8% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

U-PERFORMED AT:   UNILAB CORPORATION
18408 OXNARD STREET
TARZANA, CA. 91356

MAY 2 5 2002

PAGE **LABORATORY** ***END OF REPORT*** **REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00123

REPORT UNIT/ LAB 3343

U Unilab Corporation
18408 Oxnard Street
Tarzana, CA
(818) 996-7300
So. Cal. (800) 339-4299
www.unilab.com

Director and Pathologist
Paul T. Wertlake, M.D.
FINAL

REFERENCE LAB        59547        UNILAB
VALLEY VISTA DRIVE #100    REQUISITION NUMBER
DIAMOND BAR, CA  91765    1024

| DATE COLLECTED | DRAW TIME | CHART/PATIENT ID | | |
|---|---|---|---|---|
| 05/20/2002 | NG | 220506510 | | |

| | AGE | SEX | SOCIAL SECURITY # | PHYSICIAN | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|
| | 32 | M | 220506510 | – | 05/20 | 05232002 | 72065559 |

| NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LCC |
|---|---|---|---|---|---|
| itis Be Ag | | POSITIVE | NEGATIVE | | |
| TEST RESULT(S) VERIFIED BY REPEAT | ANALYSIS. | | | | |

FIRST FINAL REPORT DATE: 05/23/2002  AT  3:03AM    FORMS-FREE W/O CHEM (REV. 11/00) 60210
PAGE 1 :END OF FINAL    REPORT FOR: BANG LIN
DATE COLLECTED: 05/20/2002 – REPORTED DATE: 05/23/2002

ML LIN 00124

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

PATHOLOGISTS:
...D. • EDWARD M. LAI, M.D.

ACCT #: 0000798
MEDICAL CLINIC OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR KAM

| | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| BANG | | 32Y | M | 12/15/01 | 12/21/01 | 211204538 |

### CHEMISTRY

| | BUN 7-22 mg/d | Creatinine M 0.7-1.3 mg/d F 0.6-0.9 mg/d | BUN/Creatinine Ratio 10-30 | Calcium 8.5-10.4 mg/d | Phosphorus Adlt 2.4-4.2 mg/d Newborn 4-7 mg/d | T-Protein 6.7-8.3 g/d | Albumin 4.0-5.2 g/d | Globulin 2.0-3.5 g/d | A/G Ratio 1.1-2.4 | T. Bilirubin Adlt 0.3-1.1 mg/d Newborn 1-12 mg/d | A/K Phos Adult 30-104 u/l Newborn 80-425 u/l | AST (SGOT) 9-29 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 7.9 | 4.7 | 3.2 | 1.5 | | 80 | 20 |
| | | | | | | | | | | 1.9 | | |

### CHEMISTRY

| | T-Bilirubin 9-32 u/l | LDH 97-173 u/l | CPK 24-179 | GGTP 7-39 u/l | Sodium 135-145 meq/l | Potassium 3.8-5.4 meq/l | Chloride 99-113 meq/l | CO₂ 19-29 meq/l | Uric Acid M 3.7-7.3 mg/d F 2.2-6.8 mg/d | Triglyceride 29-200 mg/d | Cholesterol 130-214 mg/d | HDL 33-65 mg/dl | LDL <150 mg/d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 28 | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| | Iron 24-124 mcg/d | UIBC 125-325 mcg/d | TIBC 245-400 mcg/d | T₃U 23.6-35.6% | T4 4.5-12.5 ugm/d | FTI (calc) 1.1-4.5 | T₃RIA 80-200 ng/d | TSH, µIU/ml Hyper 0.0-0.1 Eu/thy 0.3-6.0 Hypo ≥ 8.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### HEMATOLOGY

| | HGB M 14-18 gm/d F 12-16 gm/d | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/d | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-6% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.4 H | MG/DL | 0.0-0.3 |
| HEPATITIS Be Ag | POS | U | NEGATIVE |
| | SEE ATTACHED REPORT | | |

U-PERFORMED AT:  UNILAB CORPORATION
18408 OXNARD STREET
TARZANA, CA. 91356

DEC 26 2001

Copy to pt

repeat blood tests
in 6 month

LABORATORY *** END OF REPORT *** REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-49).

ML LIN 00125

LABORATORY REPORT

U

Unilab Corporation
18408 Oxnard
Tarzana, CA 91
(818) 998-7300
So. Ca. (800) 339-4299
www.unilab.com

UNILAB
REQUISITION NUMBER

Director and Pathologist
Paul T. Wertlake, M.D.
FINAL

...MOND REFERENCE LAB        59547
...5, VALLEY VISTA DRIVE #100
...MOND BAR, CA  91765       1006

| DATE COLLECTED 12/17/2001 | DRAW TIME NG | CHART/PATIENT ID 211204538 |
| ROOM/LOC | PATIENT DOB | FASTING |

| | AGE | SEX | SOCIAL SECURITY # | PHYSICIAN | RECEIVED 12/18 | REPORTED 12192001 | SPEC. NO. 68982423 |
| | NG | M | 211204538 | – | | | |

| ...NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| ...itis Be Ag | | POSITIVE | NEGATIVE | | |

FIRST FINAL REPORT DATE: 12/19/2001 AT  4:01PM    FORMS:FREE W/O CHEM (REV. 11/06) #0216
PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 12/17/2001 - REPORTED DATE: 12/19/2001

ML LIN 00126