*Exhibit H*

DATE COLLECTED: 07/24/2001 - REPORTED DATE: 07/25/2001

**LABORATORY REPORT**

Unilab Corporation
18408 Oxnard
Tarzana, CA 9
(818) 996-7300
So. Ca. (800) 339-4299

Director and Pathologist
Paul T. Wertlake, M.D.

DIAMOND REFERENCE LAB       59547     **UNILAB**     FINAL

| | | | |
|---|---|---|---|
| S. VALLEY VISTA DRIVE #100 | REQUISITION NUMBER 1034 | ROOM NUMBER | |
| DIAMOND BAR, CA 91765     1021 | DATE COLLECTED | DRAW TIME | CHART/PATIENT ID |
| | 07/23/2001 | NG | 210706265 |

| | AGE | SEX | SOCIAL SECURITY # | PHYSICIAN | RECEIVED | REPORTED | SPEC. NO. |
|---|---|---|---|---|---|---|---|
| BANG | 31 | M | | | 07/24 | 07252001 | 65882984 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | NEGATIVE | | NEGATIVE | | |

FORM5-FREE W/O CHEM (REV. 9/97) 60219

PAGE 1 :END OF FINAL     REPORT FOR: BANG LIN

ML LIN 00127

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

AND PATHOLOGISTS:
..TEN, M.D. • EDWARD M. LAI, M.D.

| ACCT #: 000798 |
|---|
| MEDICAL CLINIC OF GI |
| 18720-A E. COLIMA ROAD |
| ROWLAND HEIGHTS,CA  91748 |
| 626-810-5601 |
| ATN PHYS: DR KAM |

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| N, BANG | | 31Y | M | 07/21/01 | 07/26/01 | 210706265 |

### CHEMISTRY

| Glucose 65-112 mg/d | BUN 7-22 mg/d | Creatinine M 0.7-1.3 mg/d F 0.6-0.9 mg/d | BUN/Creatinine Ratio 10-30 | Calcium 8.5-10.4 mg/d | Phosphorus Adult 2.4-4.2 mg/d New Born 4-7 mg/d | T-Protein 6.7-8.3 g/d | Albumin 4.0-5.2 g/d | Globulin 2.0-3.5 g/d | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0-1.1 mg/d New Born 1-12 mg/d | Alk Phos Adult 30-104 u/l New Born 30-425 u/l | AST (SGOT) 9-28 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | 17 | 1.0 | 17 | 9.6 | 3.4 | 7.5 | 4.8 | 2.7 | 1.8 | | 91 | 20 |

### CHEMISTRY

| | | | | | | | | | T. Bilirubin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1.4 | | | |

| ALT (SGPT) 8-32 u/l | LDH 97-173 u/l | CPK 24-178 | GGTP 2-30 u/l | Sodium 135-145 meq/l | Potassium 3.8-5.4 meq/l | Chloride 99-113 meq/l | CO₂ 18-29 meq/l | Uric Acid M 3-7.3 mg/d F 2.2-6.8 mg/d | Triglyceride 29-200 mg/d | Cholesterol 130-214 mg/d | HDL 33-85 mg/d | LDL <150 mg/d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | | | 143 | 4.2 | 108 | 26 | | 171 | 167 | 35 | 98 |

### CHEMISTRY

| Iron 24-124 mcg/d | UIBC 125-325 mcg/d | TIBC 245-400 mcg/d |
|---|---|---|
| | | |

### THYROID

| TsU 23.8-35.8% | T4 4.5-12.5 ugm/d | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/d | TSH, µU/ml Hyper 0.0-0.1 Euthy 0.2-5.0 Hypo ≥ 8.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### SEROLOGY

| Sed. Ratio M 0-10 mm/hr F 0-20 mm/hr |
|---|
| |

### HEMATOLOGY

| Platelet Ct. 150-440 |
|---|
| 269 |

### HEMATOLOGY

| HGB M 14-18 gm/d F 12-16 gm/d | Hct M 42-52 F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/d | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15.3 | 44.7 | 4.65 | 96.0 | 32.9 | 34.2 | 4.1 | 53.9 | | 36.3 | 8.5 | 0.8 | 0.5 |

### HEMATOLOGY

| RDW 11-15% | MPV 7.4-11.0 fl |
|---|---|
| 11.6 | |

### URINALYSIS

| Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|
| 6.7 | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.4 H | MG/DL | 0.0-0.3 |
| HEP. B SURFACE AG | POS  H | | NEGATIVE |

SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG.
ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY
TEST) IS RECOMMENDED.

| HEPATITIS Be Ag | NEG | U | NEGATIVE |
|---|---|---|---|

SEE ATTACHED REPORT

| VLDL | 34 | MG/DL | 1-40 |
|---|---|---|---|
| RISK FACTOR | 4.8 | | |

CARDIAC RISK FACTOR:       MALE          FEMALE
BELOW AVERAGE          <3.4          <3.3

JUL 28 2001

**LABORATORY REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00128

## DIAMOND REFERENCE LABORATORY

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

AND PATHOLOGISTS:
____, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF GI
19720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATTN PHYS: DR KAM

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| | 213 | M | 10/07/00 | 10/12/00 | 201002391 |

### CHEMISTRY

| Glucose 65-115 mg/d | BUN 6-23 mg/d | Creatinine M 0.7-1.4 mg/d F 0.6-1.3 mg/d | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/d | Phosphorus Adult 2.5-4.9 mg/d Chld 3.3-8.1 mg/d | T-Protein 6.4-8.5 g/d | Albumin 3.5-5.5 g/d | Globulin 2.0-3.5 g/d | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.1-1.2 mg/d Newborn 1.0-12 mg/d | Alk Phos Adult 35-117 u/l Chld 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | 18 | 1.0 | 18 | | | 7.7 | 4.7 | 3.0 | 1.6 | | | 95 | 18 |

1.7

### CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.0 meq/l | Chloride 98-113 meq/l | CO₂ 20-29 meq/l | Uric Acid M 8.5-7.9 mg/d F 2.4-7.1 mg/d | Triglyceride 27-224 mg/d | Cholesterol 126-202 mg/d | HDL M 30-88 mg/d F 37-75 mg/d | LDL <160 mg/d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 174 | | 22 | 140 | 4.5 | 105 | 29 | | | | | |

### CHEMISTRY

| Iron 35-145 mcg/d | UIBC 130-375 mcg/d | TIBC 245-400 mcg/d | T3U 23.8-35.8% | T4 4.5-12.5 ugm/d | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/d | TSH μIU/ml Hyper 0.0-0.1 Euthy 0.2-6.0 Hypo ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### THYROID  SEROLOGY  HEMATOLOGY

### HEMATOLOGY

| HGB M 14-18 g/m/d F 12-16 g/m/d | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μμg | MCHC 32-36 gm/d | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-0% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### HEMATOLOGY  URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULT TO VERIFIED BY REPEAT ANALYSIS. | | |
| BILIRUBIN, DIRECT | 0.3 | MG/DL | 0.0-0.3 |
| HEPATITIS Bs AG | NEG | | NEGATIVE |

SEE ATTACHED REPORT

REPEATED B11:  UNILAB SPECIALTED
18408 OXNARD STREET
TARZANA, CA 91356

*(handwritten notes)* Copy to pt  still negative  H&V & by still test in 6 month  repeat test in 6 month

OCT 14 2000

## LABORATORY REPORT

END OF REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00129

# LABORATORY REPORT

**U** **UNILAB**

Unilab Corporation
18408 Oxnard Street
Tarzana, CA 9___
(818) 996-7300
So. Ca. (800) 339-4299

Director and Pathologist
Paul T. Wertlake, M.D.
**FINAL**

DIAMOND REFERENCE LAB    59547
1470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765    1021

| REQUISITION NUMBER | | ROOM NUMBER | |
| DATE COLLECTED NG | DRAW TIME NG | CHART/PATIENT ID | |

| NAME BANG | AGE 31 | SEX M | SOCIAL SECURITY # 201002391 | PHYSICIAN — | RECEIVED 10/10 | REPORTED 10112000 | SPEC. NO. 58850338 |

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|-----------|--------|--------------|-----------|-------|-----|
| Hepatitis Be Ag | NEGATIVE | | NEGATIVE | | |

FORMS-FREE W/O CHEM (REV. 0/97) 60218

PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: NG - REPORTED DATE: 10/11/2000

ML LIN 00130



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
... NGUYEN, M.D. • EDWARD M. LAI, M.D.

```
ACCT #:  000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS:
```

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| ...IN, BANG | 0Y | | 06/17/00 | 06/27/00 | 200606513 |

### CHEMISTRY

| Glucose 65-113 mg/dl | BUN 8-23 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.3-6.1 mg/dl | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl New Born 1.6 12.6 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 89 | 16 | | 11 | | | 7.2 | 5.0 | 2.2 | 2.3 | 1.1 | 81 | 17 |
| AB | | | 1.5 | | | | | | | | | | |

### CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-113 meq/l | CO₂ 20-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 128-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 23 | 113 | | 22 | 136 | 4.1 | 100 | 28 | | 115 | 168 | | |
| AB | | | | | | | | | | | | | |

### CHEMISTRY | THYROID | SEROLOGY | HEMATOLOGY

| Iron 35-148 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/dl | TSH µIU/ml Hyper 0.0-0.1 Euthy 0.2-6.0 Hypo ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

### HEMATOLOGY | URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | 1.010 | STRAW | CLEAR | 7.0 | NEG | NEG | NEG | NEG | OCC | NEG | OCC |
| AB | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| CREATININE, SERUM | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.3 | MG/DL | 0.0--0.3 |
| URINALYSIS: | NITRITE..: NEG | BACTERIA.: NEG | BILIRUB..:NEG |
| | LEUKOCYTE: NEG | | |
| | | | AMOUNT: |
| HEP. B SURFACE AG | POS    H | | NEGATIVE |

SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG.
ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY
TEST) IS RECOMMENDED.

| HEPATITIS Be Ag | POS    U | | NEGATIVE |

SEE ATTACHED REPORT

JUL 03 2000

## LABORATORY REPORT

PAGE 1

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00131



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS:

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| LIN, BANG | 0Y | | 06/17/00 | 06/27/00 | 200606513 |

**CHEMISTRY**

| Glucose 80-115 mg/d | BUN 6-23 mg/d | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/d | Phosphorus Add 2.5-4.9 mg/d Child 3.3-6.1 mg/d | T-Protein 6.4-8.5 g/d | Albumin 3.5-5.5 g/d | Globulin 2.0-3.5 g/d | A/G Ratio 1.1-2.4 | T. Bilirubin Adil 0.3-1.2 mg/d New Born 1.0-12.4 mg/d | Alk Phos Adult 33-117 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

**CHEMISTRY**

| ALT (SGPT) 1-44 u/l | LDH 89-220 u/l | CPK M 25-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 moq/l | Potassium 3.5-5.0 moq/l | Chloride 98-113 moq/l | CO2 20-29 moq/l | Uric Acid M 3.5-7.9 mg/d F 2.4-7.1 mg/d | Triglyceride 27-224 mg/d | Cholesterol 125-202 mg/d | HDL M 30-68 mg/d F 37-75 mg/d | LDL <150 mg/d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

**CHEMISTRY** / **THYROID** / **SEROLOGY** / **HEMATOLOGY**

| Iron 35-146 mcg/d | UIBC 130-250 mcg/d | TIBC 250-400 mcg/d | T3U 23.8-35.8% | T4 4.5-12.5 ugm/d | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/d | TSH, ulU/ml Hyper 0.0-0.1 Euthy 0.5-5.0 Hypo ≥ 8.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet CL 160-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

**HEMATOLOGY**

| HGB M 14-18 g/m/d F 12-16 g/m/d | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-38 gm/d | WBC 4.0-11.0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

**HEMATOLOGY** / **URINALYSIS**

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| U-PERFORMED AT: | UNILAB CORPORATION | | |
| | 18408 OXNARD STREET | | |
| | TARZANA, CA. 91356 | | |

**\*\*\* END OF REPORT \*\*\***

**LABORATORY REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

# LABORATORY REPORT

**DIAMOND REFERENCE LAB** 59547
**270 S. VALLEY VISTA DRIVE #100**
**DIAMOND BAR, CA 91765** 1021

**UNILAB**

Unilab Corporation
18408 Oxnard St
Tarzana, CA 91356
(818) 999-7300
So. Ca. (800) 339-4299

Director and Pathologist
Paul T. Wertlake, M.D.
**FINAL**

| REQUISITION NUMBER | | ROOM NUMBER |
|---|---|---|
| DATE COLLECTED 06/20/2000 | DRAW TIME NG | CHART/PATIENT ID |

| NAME BANG | AGE NG | SEX NG | SOCIAL SECURITY # 200606513 | PHYSICIAN -- | RECEIVED 06/21 | REPORTED 06232000 | SPEC. NO. 55667539 |
|---|---|---|---|---|---|---|---|

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| Hepatitis Be Ag | POSITIVE | | NEGATIVE | | |
| TEST RESULT(S) VERIFIED BY REPEAT ANALYSIS. | | | | | |

FORMS-FREE W/O CHEM (REV. 8/97) 63218

PAGE 1 :END OF FINAL   REPORT FOR: BANG LIN
DATE COLLECTED: 06/20/2000 - REPORTED DATE: 06/23/2000

ML LIN 00133



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
...YEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR KAM

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| ...IN, BANG | | 30Y | M | 12/18/99 | 01/05/00 | 912107025 |

### CHEMISTRY

| Glucose 98-113 mg/dl | BUN 6-23 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorus Adult 2.5-4.5 mg/dl Child 3.5-6.1 mg/dl | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl New Born 1.9-125 mg/dl | Alk Phos Adult 35-117 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 7.6 | 5.1 | 2.5 | 2.0 | | | 17 |
| | | | | | | | | | 2.1 | | 50 | |

### CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-113 meq/l | CO₂ 20-29 mcq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 129-202 mg/dl | HDL M 30-69 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | | | 21 | | | | | | | | | |
| | 95 | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 80-200 ng/dl | TSH, u/IU/ml Hyper 0.0-0.1 Euthy 0.2-5.0 Hypo ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-62 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μμg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.005 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

BILIRUBIN, TOTAL       ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY
                       REPEAT ANALYSIS.                        Copy Sept

LIVER FUNCTION PANEL   .....
  BILIRUBIN, DIRECT       0.1      MG/DL          0.0-0.3
  HEP. B SURFACE AG     POS     H                 NEGATIVE
                       SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG.
                       ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY
                       TEST) IS RECOMMENDED.

HEPATITIS Be Ag        NOTE     S                  NEGATIVE
                      (NOT DETECTED)
                       SEE ATTACHED REPORT
                                                  Maitech m
                                                  JAN 07 2000
                                                  Caraven

PAGE:  1

**LABORATORY REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00134

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
___ NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #:  0000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR KAM

PATIENT I.D.

LIN, BANG

| | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| | 30Y | M | 12/18/99 | 01/05/00 | 912107025 |

### CHEMISTRY

| Glucose 69-113 mg/dl | BUN 6-23 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorus Adult 2.5-4.5 mg/dl Child 3.3-6.1 mg/dl | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Add 0.3-1.2 mg/dl Newborn 1.0-12 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

### CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-113 meq/l | CO2 20-29 mcq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/d |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

### CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T3U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3 RIA 80-200 ng/dl | TSH, uIU/ml Hypo 0 0.0-0.1 Euthy 0.2-5.0 Hypo 2 & 2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC 1/HPF | RBC 1/HPF | Epithelial 1/LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

S-PERFORMED AT: SPECIALTY LABORATORIES
2211 MICHIGAN AVENUE
SANTA MONICA, CA 90404

PAGE  LABORATORY REPORT  *## CHID ## REPORT ####

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00135



**SPECIALTY LABORATORIES**
2211 Michigan Avenue          310-828-6543
Santa Monica, CA 90404-3900   800-421-4449

| ACCOUNT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 098-3233381 |

PATIENT NAME
LIN, BANG

REFERRING PHYSICIAN
NOT GIVEN

NOTES

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR          CA  91765

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 912107025 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 12/24/99 06:15 | 01/04/00 11:08 |

AGE: 30     SEX:  Male

RESULT                    REFERENCE RANGE

HEPATITIS Be VIRUS ANTIGEN
---------------------------

Hepatitis Be Antigen          Not detected          Not detected

REPORT COMPLETED     PLEASE FILE
Tests Requested:
HEPATITIS BE VIRUS AG

G37632     14407     5

R10271 (1/87)

James B. Peter, M.D., Ph.D.

ML LIN 00136



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

...RS AND PATHOLOGISTS:
...UYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: ...000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. IKAM

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| LIN, BANG | 29Y | M | 07/17/99 | 07/21/99 | 907060610 |

## CHEMISTRY

| Glucose 70-113 mg/dl | BUN 6-23 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.2-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.5-6.1 mg/dl | T-Protein 6.4-8.5 g/dl | Albumin 3.5-5.5 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Add 0.3-1.2 mg/dl Newborn 10-12 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 7.8 | 4.9 | 2.9 | 1.7 | 2.7 | 75 | 22 |

## CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-159 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-146 meq/l | Potassium 3.5-5.0 meq/l | Chloride 98-113 meq/l | CO₂ 20-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-98 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 123 | | 21 | | | | | | | | | |

## CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| Iron 35-146 mcg/dl | UIBC 130-260 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₄RIA 60-200 ng/dl | TSH, u/Uml Hyper 0.0-0.1 Euty 0.2-6.6 Hypo ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 235 |

## HEMATOLOGY

| HGB M 14-18 g/vl/dl F 12-16 g/vl/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µµg | MCHC 32-36 g/m/dl | WBC 4.0-11.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15.0 | 44.2 | 4.55 | 97.0 | 32.9 | 33.9 | 4.0 | 51.2 | | 37.1 | 10.5 | 0.8 | 0.4 |

## HEMATOLOGY / URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12.3 | 7.4 | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| | | | |
| LIVER FUNCTION PANEL | | | |
| BILIRUBIN, DIRECT | 0.2 | MG/DL | 0.0-0.3 |
| HEP. B SURFACE AG | POS  H | | NEGATIVE |
| SPECIMEN FOUND REPEATABLY REACTIVE TO HBs-AG. | | | |
| ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY | | | |
| TEST) IS RECOMMENDED. | | | |
| | | | |
| HEPATITIS Be Ag | TO FOLLOW | | NEGATIVE |

JUL 24 1999

**LABORATORY REPORT**

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00137

# DIAMOND REFERENCE LABORATORY

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
_____ NGUYEN, M.D. • EDWARD M. LAU, M.D.

| ACCT #: | 000798 |
|---|---|
| MEDICAL CLINICAL OF GI | |
| 18720-A E. COLIMA ROAD | |
| ROWLAND HEIGHTS,CA  91748 | |
| 626-810-5601 | |
| ATN PHYS: DR. KAM | |

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| _IN. BANG | 29Y | M | 02/06/99 | 02/19/99 | 902011065 |

## CHEMISTRY

| | Glucose 66-113 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.3-8.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Nbn Tem 1.8-20 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | 7.5 | 5.0 | 2.5 | 2.0 | | 58 | 21 |
| AB | | | | | | | | | | | 1.6 | | |

## CHEMISTRY

| | ALT (SGPT) 1.44 u/l | LDH 98-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 6-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO2 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <160 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 30 | 120 | | | | | | | | | | | |
| AB | | | 49 | | | | | | | | | | |

## CHEMISTRY / THYROID / HEMATOLOGY

| | Iron 35-145 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T3U 23.8-35.8% | T4 4.6-12.5 ugm/dl | FTI (calc) 1.1-4.6 | T7RIA 60-200 ng/dl | TSH, μIU/ml Hyper 0.0-0.1 Euthy 0.2-6.0 Hypo 2.6-2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | 212 |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-78% | Band 0-6% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | 4.34 | 92.6 | 30.5 | 32.9 | | | | 11.8 | 0.6 | 0.8 | |
| AB | 13.2 | 40.2 | | | | | 2.4 | 35.4 | | 51.4 | | | |

## HEMATOLOGY / URINALYSIS

| | RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 12.5 | | | | | | | | | | | | |
| AB | | 6.6 | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

BILIRUBIN, TOTAL    ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY
REPEAT ANALYSIS.

RED BLOOD CELL COUNT    NORMAL RBC MORPHOLOGY
WBC APPEAR TO DECREASE ON SMEAR.

LIVER FUNCTION PANEL    .....
BILIRUBIN, DIRECT    0.1    MG/DL    0.0-0.3
HEP. B SURFACE AG    POB    H    NEGATIVE
RESULTS VERIFIED BY REPEAT ANALYSIS.

HEPATITIS Be Ag    NOTE    S    NEGATIVE
NOT DETECTED
SEE ATTACHED REPORT

Date _____ M.D.
Copy to Patient _____
Test results are _____ Normal, _____

PAGE: 1

# LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS(REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00138

# SPECIALTY LABORATORIES
2211 Michigan Avenue    310·828·6543
Santa Monica, CA 90404-3900    800·421·4449

| ACCOUNT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 098-1156107 |

**PATIENT NAME**
LIN, BANG

**REFERRING PHYSICIAN**
NOT GIVEN

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR          CA   91765

**NOTES**

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 902011065 | Not Given |
| 902011065 | |

| RECEIVED | REPORTED |
|---|---|
| 02/12/99 00:09 | 02/16/99 19:04 |
| | FINAL |

AGE:  29          SEX:  Male

|  | RESULT | REFERENCE RANGE |
|---|---|---|
| **HEPATITIS Be VIRUS ANTIGEN** | | |
| Hepatitis Be Antigen | Not detected | Not detected |

```
*****************************************************************
For the most analytically sensitive (down to less then 0.01
pg/mL), specific and quantitative assay for hepatitis
B virus, HBV DNA UltraQuant (test code #8137) is recommended,
if clinically indicated.  Changes in HBV viral load by HBV
DNA UltraQuant are useful for the diagnosis and monitoring
patient's response to antiviral therapy.
*****************************************************************
```

REPORT COMPLETED    PLEASE FILE
Tests Requested:
HEPATITIS BE VIRUS AG

M37632      12837      1

James B. Peter, M.D., Ph.D.

R10271 (1/97)

ML LIN 00139

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

...S AND PATHOLOGISTS:
...VEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 0...000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| ...IN, BANG | | 29Y | M | 01/09/99 | 01/11/99 | 901002212 |

## CHEMISTRY.

| Glucose 65-110 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adlt 2.5-4.9 mg/dl Chld 3.3-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Kw Bilo 18-23 mg/dl | Alk Phos Adult 35-117 u/l Chld 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 7.5 | 4.9 | 2.6 | 1.9 | | 53 | 24 |
| | | | | | | | | | 1.4 | | | |

## CHEMISTRY.

| ALT (SGPT) 1-44 u/l | LDH 98-220 u/l | CPK M 23-189 u/l F 23-176 u/l | GGTP 6-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO2 21-29 meq/l | Uric Acid M 3.5-7.8 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 128-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 122 | | 45 | | | | | | 165 | 139 | | |

## CHEMISTRY         THYROID                                   HEMATOLOGY

| Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 260-400 mcg/dl | T3U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.6 | T3RIA 60-200 ng/dl | TSH, μIU/ml Hypo 0.0-0.1 Euty 0.2-5.0 Hypo 2.0-2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Ratio M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 197 |

## HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μg | MCHC 32-36 gm/dl | WBC 4.0-11.0.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 94.4 | 33.1 | 35.0 | | 51.7 | | 36.6 | 10.6 | 0.6 | 0.5 |
| 13.4 | 38.3 | 4.05 | | | | 2.7 | | | | | | |

## HEMATOLOGY                          URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1005-1035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12.4 | | | | | | | | | | | | |
| | 7.0 | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| RED BLOOD CELL COUNT | NORMAL RBC MORPHOLOGY | | |
| | WBCs APPEAR DECREASED ON SMEAR. | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.1 | MG/DL | 0.0-0.3 |

Copy to pt

mailed on
JAN 13 1999

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00140

# SPECIALTY LABORATORIES
2211 Michigan Avenue    310·828·6543
Santa Monica, CA 90404-3900   800·421·4449

| ACCOUNT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 098-762042 |

**PATIENT NAME**
LIN, BANG

**REFERRING PHYSICIAN**
NOT GIVEN

**NOTES**

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR        CA   91765

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 812110369 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 12/15/98 00:00 | 12/19/98 23:11 |

FINAL

AGE: 29      SEX: Male

| RESULT | REFERENCE RANGE |
|---|---|

HEPATITIS B VIRUS DNA QUANTITATION [bDNA]
-------------------------------------------------
Hepatitis B Virus DNA Quant    < 2.5      pg/mL    (< 2.5)

  REPORT COMPLETED     PLEASE FILE
Tests Requested:
HEPATITIS B VIRUS DNA QUAN

HEPATITIS B VIRUS DNA (bDNA) QUANTITATIVE:   Patients with low
    concentrations of HBV DNA (less than 100 pg/mL) respond to
    treatment with IFN significantly better than patients with
    circulating HBV DNA concentrations in excess of 200 pg/mL

M37632     14507      1

James B. Peter, M.D., Ph.D.

R10271 (1/97)

# SPECIALTY LABORATORIES

2211 Michigan Avenue        310·828·6543
Santa Monica, CA 90404-3900  800·421·4449

| ACCOUNT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 098-762495 |

**PATIENT NAME**
LIN, BANG

**REFERRING PHYSICIAN**
NOT GIVEN

**NOTES**

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR          CA  91765

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 812110165 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 12/15/98 01:05 | 12/16/98 17:46 |

FINAL

AGE: 29        SEX: Male

| | RESULT | REFERENCE RANGE |
|---|---|---|

**HEPATITIS Be VIRUS ANTIGEN**
--------------------------------
Hepatitis Be Antigen          Not detected          Not detected

****************************************************************
For the most analytically sensitive (down to less than 0.01
pg/mL), specific and quantitative assay for hepatitis
B virus, HBV DNA UltraQuant (test code #8137) is recommended,
if clinically indicated.  Changes in HBV viral load by HBV
DNA UltraQuant are useful for the diagnosis and monitoring
patient's response to antiviral therapy.
****************************************************************

REPORT COMPLETED    PLEASE FILE
Tests Requested:
HEPATITIS BE VIRUS AG

M37632    24808    2

*James B. Peter, M.D., Ph.D.*

R10271 (1/97)

ML LIN 00142

# DIAMOND REFERENCE LABORATORY

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
____ NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 0__000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS, CA 91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 29 Y | M | 11/14/98 | 11/16/98 | 811102359 |

## CHEMISTRY

| Glucose 66-93 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/d F 0.6-1.3 mg/d | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.6 mg/dl | Phosphorus Adult 2.5-4.9 mg/d Child 3.3-6.1 mg/d | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.6 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/d New Born 1.9-12.6 mg/d | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-46 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | 8.2 | 5.3 | 2.9 | 1.8 | | 75 | 32 |
| AB | | | | | | | | | | 2.3 | | ↑ |

## CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-198 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.6-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 120-202 mg/dl | HDL M 30-68 mg/dl F 37-76 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N 39 | 139 | | | | | | | | | | | |
| AB ↑ | | | 93 | | | | | | | | | |

## CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| Iron 35-146 mcg/dl | UIBC 130-250 mcg/d | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₄RIA 80-200 ng/dl | TSH, μU/ml Hyper 0.0-0.1 Euthy 0.2-5.0 Hypo ≥8.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

## HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μg | MCHC 32-38 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin. 0-8% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

## HEMATOLOGY / URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.6-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.2 | MG/DL | 0.0-0.3 |

*** END OF REPORT ***

PAGE:

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00143

## DIAMOND REFERENCE LABORATORY

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTORS AND PATHOLOGISTS:
BOB NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| LIN, BANG | 29Y | M | 10/24/98 | 10/30/98 | 810095744 |

### CHEMISTRY

| Glucose 80-113 mg/dl | BUN 6-19 mg/d | Creatinine M 0.7-1.4 mg/d F 0.6-1.3 mg/d | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/d Child 3.3-6.1 mg/d | Albumin 6.4-8.5 g/dl | T. Protein 6.4-8.5 g/dl | Globulin 2.0-3.6 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/d Newborn 10-20 mg/d | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | 7.8 | 4.8 | 3.0 | 1.6 | 0.9 | 64 | 34 |
| AB | | | | | | | | | | | | |

### CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-169 u/l F 23-176 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 132 | | | | | | | | | | | |
| AB | 49 | | 101 | | | | | | | | | |

| CHEMISTRY | | | THYROID | | | | | | HEMATOLOGY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Iron 35-146 mcg/dl | UIBC 130-260 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.6-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₄RIA 80-200 ng/dl | TSH, µIU/ml Hypo 0.0-0.1 Euthy 0.2-6.0 Hype ≥ 6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sod. Rate M 0-10 mm/hr F 0-20 mm/hr |
| N | | | | | | | | | | | |
| AB | | | | | | | | | | | 187 |

Platelet Ct. 150-440

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-62 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 µ³ | MCH 27-34 µg | MCHC 32-36 gm/dl | WBC 4.0-11.0.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-8% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 15.1 | 43.9 | 4.53 | 96.8 | 33.4 | 34.5 | | | | 10.9 | 0.1 | 0.3 |
| AB | | | | | | | 2.9 | 33.6 | 55.1 | | | |

### HEMATOLOGY / URINALYSIS

| RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1005-1035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 11.6 | | | | | | | | | | | |
| AB | 7.0 | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| GAMMA GT (GGTP) | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY REPEAT ANALYSIS. | | |
| RED BLOOD CELL COUNT | NORMAL RBC MORPHOLOGY. INCREASED MATURE LYMPHOCYTES ON SMEAR. | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.1 | MG/DL | 0.0-0.3 |
| HEPATITIS Be Ag | NOTE    S NOT DETECTED SEE ATTACHED REPORT | | NEGATIVE |

PAGE: 1

11/2/98

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

LABORATORY REPORT

ML LIN 00144



**SPECIALTY LABORATORIES**
2211 Michigan Avenue    310·828·6543
Santa Monica, CA 90404-3900   800·421·4449

| ACCOUNT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 098-490966 |

PATIENT NAME
LIN, BANG

REFERRING PHYSICIAN
NOT GIVEN

NOTES

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| B10095744 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 10/27/98 05:30 | 10/29/98 03:57 |

FINAL

AGE: 29          SEX: Male

DIAMOND REFERENCE LABORATORY
1470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR        CA  91765

                                    RESULT                          REFERENCE RANGE


HEPATITIS Be VIRUS ANTIGEN
----------------------------
  Hepatitis Be Antigen           Not detected              Not detected

   ************************************************************
   For the most analytically sensitive (down to less than 0.01
   pg/mL), specific and quantitative assay for hepatitis
   B virus, HBV DNA UltraQuant (test code #B137) is recommended,
   if clinically indicated.  Changes in HBV viral load by HBV
   DNA UltraQuant are useful for the diagnosis and monitoring
   patient's response to antiviral therapy.
   ************************************************************

   REPORT COMPLETED     PLEASE FILE
Tests Requested:
HEPATITIS BE VIRUS AG


M37632       15957        4

James B. Peter, M.D., Ph.D.

R10271 (1/97)

ML LIN 00145

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

...RS AND PATHOLOGISTS:
...NUYEN, M.D. • EDWARD M. LAI, M.D.

```
ACCT #: 0...00798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM
```

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| TN, BANG | | 29Y | M | 09/19/98 | 09/25/98 | 809084564 |

### CHEMISTRY

| Glucose 70-113 mg/d | BUN 6-19 mg/d | Creatinine M 0.7-1.4 mg/dl F 0.9-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/d Child 3.3-6.1 mg/d | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Nov Born 1.0-12.0 mg/d | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-46 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### CHEMISTRY

| ALT (SGPT) 144 u/l | LDH 98-220 u/l | CPK M 23-169 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 120-202 mg/dl | HDL M 30-89 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### CHEMISTRY / THYROID / IMMUNOLOGY / HEMATOLOGY

| Iron 35-149 mcg/d | UIBC 130-250 mcg/d | TIBC 250-400 mcg/d | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₄RIA 60-200 ng/dl | TSH, uIU/ml Hypo 0.0-0.1 Euthy 0.2-5.0 Hypo ≥5.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 ₃ | MCH 27-34 µg | MCHC 32-36 gm/dl | WBC 4.0-11.0.0 X 10³ | Poly 43-78% | Band 0-6% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.6 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelia LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| PROTHROMBIN TIME (P | .... | | |
| PROTHROMBIN TIME(PT) | 14.0  H | seconds | 10.5-12.5 |
| | PATIENT CONTROL = 11.2 SECONDS | | |
| | NOTE: NEW REFERENCE RANGE EFFECTIVE 09-21-98. | | |
| INTL. NORMALIZED RAT | 1.4 | | |

AN INR OF 2.0 TO 3.0 IS ACCEPTABLE.  AN EXCEPTION
IS PATIENTS WITH HEART VALVES AND RECURRENT
SYSTEMIC EMBOLISM FROM WHOM THE INR MAY NEED TO BE
BETWEEN  2.5 TO 3.5
AN INR IS APPROPRIATE ONLY FOR PATIENTS WHO ARE
STABLY ORALLY ANTICOAGULATED.

| A.PTT | 34.3  H | seconds | 20.7 - 32.3 |
|---|---|---|---|

PAGE :

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-49)

ML LIN 00146

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

~~~ AND PATHOLOGISTS:
~~~GUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT #: 0~~~00798
MEDICAL CLINICAL OF GI
10720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
AIN PHYS: DR. KAM

| | PATIENT I.D. | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| ~IN, BANG | | 29Y | M | 09/19/98 | 09/25/98 | B09084564 |

## CHEMISTRY

| | Glucose 68-110 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/d Child 3.3-6.1 mg/d | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Nw Bon 1.0-12.8 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## CHEMISTRY

| | ALT (SGPT) 1-44 u/l | LDH 88-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO2 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 128-202 mg/dl | HDL M 30-88 mg/dl F 37-76 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## CHEMISTRY / THYROID / HEMATOLOGY

| | Iron 35-148 mcg/dl | UIBC 130-260 mcg/dl | TIBC 250-400 mcg/dl | T3U 23.8-35.8 % | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T3RIA 80-200 ng/dl | TSH, uIU/ml Hypo 0.0-0.1 Euthy 0.2-6.0 Hypo 2≥6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY

| | HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 mcg | MCHC 32-36 gm/dl | WBC 4.0-11.0 X 10³ | Poly 43-76% | Band 0-6% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

## HEMATOLOGY / URINALYSIS

| | RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | | | | | | | | | | | | | |
| AB | | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|

RESULTS VERIFIED BY REPEAT ANALYSIS.

HBV DNA,QUANT/BLOOD    NOTE    S    pg/ml
                       661.00 pg/mL
                       SEE ATTACHED REPORT

S-PERFORMED AT:  SPECIALTY LABORATORIES
                 2211 MICHIGAN AVENUE
                 SANTA MONICA, CA 90404

**LABORATORY REPORT**

PAGE: 2                    *** END OF REPORT ***

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00147

**SPECIALTY LABORATORIES**
2211 Michigan Avenue        310·828·6543
Santa Monica, CA 90404-3900   800·421·4449

| INT NUMBER | S.L.I. ACCESSION NUMBER |
|---|---|
| 37632 | 098-293011 |

PATIENT NAME
LIN, BANG

REFERRING PHYSICIAN
NOT GIVEN

NOTES

| PATIENT I.D. NUMBER | DRAWN |
|---|---|
| 809084564 | Not Given |

| RECEIVED | REPORTED |
|---|---|
| 09/21/98 22:20 | 09/23/98 19:23 |

DIAMOND REFERENCE LABORATORY
470 S. VALLEY VISTA DR.
SUITE #100

DIAMOND BAR        CA   91765

FINAL
AGE: 29        SEX: Male

|  | RESULT |  | REFERENCE RANGE |
|---|---|---|---|

HEPATITIS B VIRUS DNA ULTRAQUANT
--------------------------------
Hepatitis B DNA UltraQuant    661.00    *  pg/mL    (< 0.01)

    1 pg = approximately 150,000 copies

REPORT COMPLETED    PLEASE FILE          picogram
Tests Requested:
HEPATITIS B VIRUS DNA ULTR        100,000,000 copies per cc

HEPATITIS B VIRUS DNA ULTRAQUANT, PCR:  Hepatitis B Virus (HBV) DNA
    UltraQuant detects and quantitates HBV viral concentrations at
    the chronic or acute stage of viremia.  Patients with low HBV
    concentrations (less than 100 pg/mL) respond to treatment with
    interferon significantly better than patients with circulating
    HBV DNA concentrations in excess of 200 pg/mL.  The sensitivity
    of HBV DNA UltraQuant makes this test suitable for monitoring
    response to therapy.  Note that 150,000 copies of viral DNA is
    equivalent to 1 picogram.

M37632     7394        1

R10271 (1/97)

James B. Peter, M.D., Ph.D.

ML LIN 00148

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

...AND PATHOLOGISTS:
...NGUYEN, M.D. • EDWARD M. LAI, M.D.

ACCT .#: 000798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 29Y | M | 09/05/98 | 09/11/98 | 809080217 |

### CHEMISTRY

| Glucose 65-110 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/d Child 3.3-6.1 mg/d | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/d Ner Ibn 1.6-12.0 mg/d | Alk Phos Adult 35-117 u/l Child 80-426 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 8.0 | 4.8 | 3.2 | 1.5 | | 65 | |
| N | | | | | | | | | | | | |
| AB | | | | | | | | | 3.8 | | | 132 |

### CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-176 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 96-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/d | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 169 | | | | | | | | | | | |
| N | | | | | | | | | | | | |
| AB | 197 | | 76 | | | | | | | | | |

| CHEMISTRY | | | THYROID | | | | | | | HEMATOLOGY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 60-200 ng/dl | TSH, uIU/ml Hypo 0.0-0.1 Euthy 0.2-5.0 Hypo 2-6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelets Ct. 180-440 |
| N | | | | | | | | | | | | |
| AB | | | | | | | | | | | | 194 |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 % | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 u³ | MCH 27-34 uug | MCHC 32-36 gm/dl | WBC 4.0-10.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-8% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 15.6 | 46.8 | 4.68 | 100.0 | 33.3 | 33.3 | 4.7 | 52.2 | | 30.9 | 9.7 | 0.6 |
| AB | | | | | | | | | | | 6.6 | |

| HEMATOLOGY | | | | | URINALYSIS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
| N | 12.4 | 7.6 | | | | | | | | | |
| AB | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| BILIRUBIN, TOTAL | ALL CHEMISTRY ABNORMAL RESULTS VERIFIED BY | | *new* |
| | REPEAT ANALYSIS. | | *Fx* |
| | SLIGHTLY ICTERIC | | |
| LIVER FUNCTION PANEL | ..... | | |
| BILIRUBIN, DIRECT | 0.6  H | MG/DL | 0.0-0.3 |
| ANA FLUORESCENT | NEG | | 1/40 |

Date _____ M.D. _____
Copy to Patient _____
Test results are ____ Normal. ____ Abnormal
File _____ Call to RTC _____
Call Patient date _____ Signature _____

ANA IS INITIAL SCREENING OF AUTOANTIBODIES TO
NUCLEAR ANTIGENS,A DIAGNOSTIC AID IN ASSESSING SLE
SJOGREN,S SYNDROME(SS) ,PROGRESSIVE SYSTEMIC
SCLEROSIS(PSS,SCLERODERMA) AND RA.
FURTHER TESTING OF ANA POSITIVE SERA IS NECESSARY
TO IDENTIFY AUTOANTIBODIES TO SPECIFIC NUCLEAR
ANTIGENS SUCH AS nDNA,ssDNA,HISTONE,ENA SUCH AS
Sm,RNP,SSA,AND SSB. 5% OF NORMAL PEOPLE MAY HAVE

PAGE: 1

# LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00149

# DIAMOND REFERENCE LABORATORY

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

... AND PATHOLOGISTS:
...VEN, M.D. • EDWARD M. LAI, M.D.

```
· ACCT #: C   00798
  MEDICAL CLINICAL OF GI
  18720-A E. COLIMA ROAD
  ROWLAND HEIGHTS,CA  91748
  626-810-5601
  ATN PHYS: DR. KAM
```

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| ...IN, BANG | | 29Y | M | 09/05/98 | 09/11/98 | 809080217 |

## CHEMISTRY

| Glucose 65-113 mg/dl | BUN 8-18 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.3-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Nwborn (0-2 mg/dl | Alk Phos Adult 36-107 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-186 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-86 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| Iron 35-146 mcg/dl | UIBC 130-250 mcg/dl | TIBC 260-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 60-200 ng/dl | TSH, uIU/ml Hyper 0.0-0.1 Euthy 0.2-6.0 Hypo ≥6.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Ratio M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μg | MCHC 32-36 gm/dl | WBC 4.0-11.00 X 10³ | Poly 43-76% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## HEMATOLOGY / URINALYSIS

| RDW 11-16% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| | ANA TITER 1:80 .INCIDENCE OF NON-SPECIFIC POSITIVE INCREASES WITH AGE.ANA IS LABORATORY DIAGNOSTIC AID AND BY ITSELF IS NOT DIAGNOSTIC. | | |
| FERRITIN/BLOOD | 163 | NG/ML | 24-522 |
| | FERRITIN INTERPRETATION: | | |
| | MEN | : 22 TO 522 NG/ML | |
| | WOMEN LESS THAN 50 YRS OLD: 11 TO 193 NG/ML | | |
| | WOMEN OVER 50 YEARS OLD : 18 TO 383 NG/ML | | |
| HEP. B SURFACE AG | POS  H | | NEGATIVE |
| | SPECIMEN FOUND REPEATABLY REACTIVE TO HB5-AG. ADDITIONAL TEST (NEUTRALIZATION CONFIRMATORY TEST) IS RECOMMENDED. | | |
| HEPATITIS Be Ag | POS  S | | NEGATIVE |

PAGE 2

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00150

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

...HS AND PATHOLOGISTS:
...UYEN, M.D. • EDWARD M. LAI, M.D.

```
ACCT #: 0...00798
MEDICAL CL..IICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM
```

| PATIENT I.D. | | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|---|
| LIN, BANG | | 29Y | M | 09/05/98 | 09/11/98 | 809080217 |

## CHEMISTRY

| Glucose 65-115 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Adult 2.5-4.9 mg/dl Child 3.3-6.1 mg/dl | T. Protein 6.4-8.5 g/dl | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/dl | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl New Born 1.0-10.0 mg/dl | Alk Phos Adult 35-117 u/l Child 60-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## CHEMISTRY

| ALT (SGPT) 1-44 u/l | LDH 99-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-46 u/l | Sodium 134-145 meq/l | Potassium 3.5-5.9 meq/l | Chloride 98-112 meq/l | CO₂ 21-29 meq/l | Uric Acid M 3.5-7.8 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <160 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## CHEMISTRY / THYROID / SEROLOGY / HEMATOLOGY

| Iron 35-148 mcg/dl | UIBC 130-260 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 80-200 ng/dl | TSH , μU/ml Hyper 0.9-0.1 Euthy 0.2-4.0 Hypo 2.8.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet CL 160-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.6 X 10⁶ | MCV 80-100 r³ | MCH 27-34 µµg | MCHC 32-36 gm/dl | WBC 4.0-11.0.0 X 10³ | Poly 43-78% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## HEMATOLOGY / URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1.005-1.035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| | | | |
| | SEE ATTACHED REPORT | | |
| | | | |
| HEPATITIS C ANTIBODY | NEG | | NEGATIVE |
| ANTI-MITOCHONDRIAL A | NEG | 1/10 | |
| ALPHA FETO PROTEIN | 3.0 | IU/ML | 0.0-20.0 |

THE REAPPEARANCE OF ELEVATED AFP CONCENTRATIONS
IN ADULT SERUM HAS BEEN OBSERVED DURING PREGNANCY
AND WITH SEVERAL BENIGN AND MALIGNANT DISEASES.
SUCH AS TERATOCARCINOMAS OF THE TESTIS.AND HEPATO-
CELLULAR CARCINOMA,OVARIEN CANCER,GASTROINTESTINAL
CANCER AND PULMONARY CANCER.
AFP IS ELEVATED IN ACUTE VIRAL HEPATITIS,CHRONIC
ACTIVE HEPATITIS AND CIRRHOSIS,PREGNANCY,ATAXIA -
TELANGIECTASIA AND HEREDITARY TYROSINEMIA.PRINTED
NORMAL RANGES ARE NOT VALID FOR PREGNANT FEMALE.

PAGE: 3  LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-45).

ML LIN 00151

**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

AND PATHOLOGISTS:
...TEM, M.D. • EDWARD M. LAI, M.D.

ACCT #: 0...00798
MEDICAL CLINICAL OF GI
18720-A E. COLIMA ROAD
ROWLAND HEIGHTS,CA  91748
626-810-5601
ATN PHYS: DR. KAM

| | AGE | SEX | DATE RECEIVED | DATE REPORTED | ACCESSION NO. |
|---|---|---|---|---|---|
| | 29Y | M | 09/05/98 | 09/11/98 | 809080217 |

...IN, BANG

### CHEMISTRY

| Glucose 65-115 mg/dl | BUN 6-19 mg/dl | Creatinine M 0.7-1.4 mg/dl F 0.6-1.3 mg/dl | BUN/Creatinine Ratio 10-30 | Calcium 8.3-10.5 mg/dl | Phosphorus Male 25-49 mg/dl Child 33-6.1 mg/dl | T. Protein 6.4-8.5 g/ul | Albumin 3.5-5.4 g/dl | Globulin 2.0-3.5 g/d | A/G Ratio 1.1-2.4 | T. Bilirubin Adult 0.3-1.2 mg/dl Nrn ban 10 t.0 mg/d | Alk Phos Adult 35-117 u/l Child 80-425 u/l | AST (SGOT) 2.0-45 u/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### CHEMISTRY

| ALT (SGPT) >44 u/l | LDH 90-220 u/l | CPK M 23-189 u/l F 23-175 u/l | GGTP 5-48 u/l | Sodium 134-145 maq/l | Potassium 3.5-5.9 maq/l | Chloride 98-112 maq/l | CO₂ 21-29 maq/l | Uric Acid M 3.5-7.9 mg/dl F 2.4-7.1 mg/dl | Triglyceride 27-224 mg/dl | Cholesterol 126-202 mg/dl | HDL M 30-68 mg/dl F 37-75 mg/dl | LDL <150 mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### CHEMISTRY / THYROID / HEMATOLOGY

| Iron 35-148 mcg/dl | UIBC 130-260 mcg/dl | TIBC 250-400 mcg/dl | T₃U 23.8-35.8% | T4 4.5-12.5 ugm/dl | FTI (calc) 1.1-4.5 | T₃RIA 80-200 ng/dl | TSH, uIU/ml Hypo 0.3-0.1 Euthy 0.2-5.0 Hypo >0.2 | RPR Non-Reactive | Rheumatoid Factor 1:20 Negative | ANA Latex Negative | Sed. Rate M 0-10 mm/hr F 0-20 mm/hr | Platelet Ct. 150-440 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY

| HGB M 14-18 gm/dl F 12-16 gm/dl | Hct M 42-52 % F 37-47 | RBC M 4.2-6.2 X 10⁶ F 4.0-5.5 X 10⁶ | MCV 80-100 μ³ | MCH 27-34 μμg | MCHC 32-36 gm/dl | WBC 4.0-11.0.0 X 10³ | Poly 43-79% | Band 0-8% | Lymph 13-43% | Mono 0-12% | Eosin 0-6% | Baso 0-2% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

### HEMATOLOGY / URINALYSIS

| RDW 11-15% | MPV 7.4-11.0 fl | Sp Gravity 1005-1035 | Color | Appearance | pH 4.5-7.5 | Glucose Negative | Protein Negative | Acetone Negative | Occult Blood Negative | WBC HPF | RBC HPF | Epithelial LPF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| SMOOTH MUSCLE ANTIBO | NEG | 1/10 | 1/10 |

SMA IS FOUND IN CHRONIC ACTIVE HEPATITIS AND
PRIMARYBILIARY CIRRHOSIS,ASTHMA AND CERTAIN
MALIGNANCIES,TITER GREATER THAN 1:80 THAT
PERSIST FOR SEVERAL  MONTHS ARE CHARACTERISTIC OF
CHRONIC ACTIVE HEPATITIS.
THE SMA IS A LABORATORY AID AND BY ITSELF IS NOT
DIAGNOSTIC.
EXPECTED VALUE IN NORMAL POPULATION IS NEGATIVE
AT 1:20 DILUTION.

S-PERFORMED AT:  SPECIALTY LABORATORIES
2211 MICHIGAN AVENUE
SANTA MONICA, CA 90404

PAGE: 4                    *** END OF REPORT ***

LABORATORY REPORT

STATE LAW REQUIRES THE WOMEN TESTED BE INFORMED AS TO THE RHESUS (RH) TYPING TEST RESULTS. REFERENCES RANGES ARE FOR ADULTS (20-46).

ML LIN 00152



**SPECIALTY LABORATORIES, INC.**
**OncQuest**
2211 MICHIGAN AVENUE
SANTA MONICA, CA 90404-3900

(310)828-6543  (800)421-4449

| UNIT NUMBER | LAB ACCESSION # |
|---|---|
| 37-32 | 098-215109 |

| PATIENT NAME |
|---|
| LIN,BANG |

| ORDER # | D.O.B. | GENDER |
|---|---|---|
| 809080217 | | |

| REFERRING PHYSICIAN |
|---|
| NOT GIVEN |

DIAMOND REFERENCE LAB
1470 S. VALLEY DR.SUITE 100
DIAMOND BAR,CA91765

| PATIENT I.D. # | DRAWN |
|---|---|
| 809080217 | 09/08/98 12:00 AM |

| RECEIVED | REPORTED |
|---|---|
| 09/08/98 10:23 PM | 09/10/98 6:11 PM |

---

Test Name                          Result                    Reference Range


HEPATITIS Be VIRUS AG
----------------------
Hepatitis Be Virus Antigen         **Positive**              Not detected
        ***********************************************************
        For the most analytically sensitive (down to less than 0.01
        pg/mL), specific and quantitative assay for hepatitis
        B virus, HBV DNA UltraQuant (test code #8137) is recommended,
        if clinically indicated.  Changes in HBV viral load by HBV
        DNA UltraQuant are useful for the diagnosis and monitoring
        patient''s response to antiviral therapy.
        ***********************************************************

James B. Peter, M.D.,Ph.D.

Final                                    -1-

D

A complete imaging center

ray, Ct, MRI
rasound
Mammogram
Nuclear Medicine
Bone Density

# DIAGNOSTIC MEDICAL GROUP
# OF SOUTHERN CALIFORNIA

Main office: 1129 S. San Gabriel Blvd.
San Gabriel, CA 91776
Tel: (626) 287-6746  Fax: (626) 287-8357

*Four locations for best service*

Alhambra: (626) 642-1668
San Gabriel: (626) 287-6746
Monterey Park: (626) 288-8029
Hacienda Heights: (626) 913-1665

**PATIENT'S NAME:**   LIN, BANG
**ACCOUNT NO:**   363955   (HACIENDA HEIGHTS)
**DOB:**   08/06/1969
**REF. PHYSICIAN:**   SAM KAM, M.D.
**DATE OF EXAM:**   03/27/2004

### ABDOMINAL ULTRASOUND:

***Clinical History:*** *Chronic hepatitis B.*

Multiple longitudinal and cross-sectional transabdominal real-time images were obtained.

The liver is normal in size (measuring 13.1 cm) and position, demonstrating normal uniform echogenicity with no evidence of mass, cystic or solid. There is no evidence of intrahepatic biliary or portal dilatation.   The gallbladder is normal in size and contour with no evidence of thickening of the wall or echoes within the lumen. The common bile duct is normal in size, measuring approximately 5.0 mm.

The visualized spleen (measuring 10.4 cm) is unremarkable.  The pancreas is not visualized due to body habitus.  The visualized portions of the aorta are normal in course and caliber.

The right kidney measures 11.4 cm x 4.2 cm x 5.8 cm.  The left kidney measures 11.6 cm x 5.1 cm x 5.6 cm.  The kidneys are normal in contour and echogenicity with no evidence of mass, calculus or hydronephrosis. The renal cortices are of normal thickness and the corticomedullary junctions are well delineated.

### IMPRESSION:
1.   VISUALIZED STRUCTURES ARE UNREMARKABLE.
2.   NONVISUALIZATION OF PANCREAS.

Thank you for your referral.

Andrea Mallet-Reece, M.D.
Diplomate, American Board of Radiology
AMR:gbr/D: 03/29/04    T:  03/30/04

ML LIN 00154

*A complete Imaging center*

**DIAGNOSTIC MEDICAL GROUP**
**OF SOUTHERN CALIFORNIA**

Main office: 1129 S. San Gabriel Blvd.
San Gabriel, CA 91776
Tel: (626) 287-6746  Fax: (626) 287-8357

Xray, Ct, MRI
Ultrasound
Mammogram
Nuclear Medicine
Bone Density

*Six locations for best service*

San Gabriel: (626) 287-6746
China Town: (213) 626-7816
Monterey Park: (626) 288-8029
East Los Angeles: (213) 722-5533
Rowland Heights: (626) 913-8666
Hacienda Heights: (626) 913-1665

**PATIENT NAME:**    LIN, BANG C.
**DOB:**    08/06/69
**NO:**    P18925

**REFERRING PHYSICIAN:**    SAM KAM, M.D.

**ABDOMINAL ULTRASOUND:**    DATE: 10/02/98

Multiple real-time images of the abdomen were obtained.

The liver is normal in size and position demonstrating normal, uniform echogenicity without focal cyst or solid mass. There is no evidence of intrahepatic biliary or portal dilatation. The gallbladder is normal without evidence of calculi or wall thickening. There is no pericholecystic fluid collection. The common bile duct is of normal diameter measuring 4.5 mm.

The visualized pancreas and spleen are both normal. The visualized portions of the aorta are normal in course and caliber.

The right kidney measures 10.5 cm x 5.2 cm x 4.7 cm. The left kidney measures 11.7 cm x 5.0 cm x 5.0 cm. There is no evidence of hydronephrosis or mass. The renal cortices are of normal thickness and the corticomedullary junctions are well-delineated.

**IMPRESSION:**    NORMAL ABDOMINAL ULTRASOUND.

Thank You For Your Referral!

K.W. Lee, M.D.
Radiologist

DD: 10/02/98a
DT: 10/02/98p
mm

Copy to pt
OCT 08 1998

ML LIN 00155

E

# Custodian's Certification of Records

undersigned, being the duly authorized custodian of records for:

> SAM KAM GI
> 17170 COLIMA ROAD, SUITE E
> HACIENDA HEIGHTS, CA 91745

with personal knowledge of the facts set forth below, and authority to certify said records do hereby attest to the following facts:

I am an employee of the above organization and have personal knowledge of the procedures and practices reflected in the records.

The records pertain to:    BANG-CHAO LIN
                          Date of Birth:  8/06/69              Social Security Number:  85-66-4606

Including this certificate, all records called for and described in the attached    authorization
with which I was served have been provided to a COMPEX agent pursuant to Evidence Code Section 1560, with the exception of the documents (if any) listed below.

These records were:    ☐ Mailed to COMPEX on:    _____
                       ☒ Presented to COMPEX on  _11-1-06_   for duplication.

The records were prepared in the ordinary course of business, by the personnel of said business for which I am the custodian of records, at or near the time of the acts, conditions, or events depicted therein.  As custodian, I testify to the records identity and method of preparation.  The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in this matter, I could and would competently testify under oath to these facts.

| Record Types | If any records were not provided, explain here |
|---|---|

Medical

Total number of pages provided:  _104_

I hereby declare, under penalty of perjury, pursuant to the laws of the State of California that the foregoing is true and correct.

Sign name:  _____    Print Name: ✗ _Brenda Lu_

Title:  _____    Date Signed:  ✗ _11-1-06_

## Agent's Certification of Records

As an agent of Compex Services, Inc., I hereby declare that the attached are true and complete copies of documents provided to me on this date.  All copies will be delivered to party that caused this request to be issued.
The total number of pages copied was: _105_

Signed: _____

Date: _9-1-06_

NOTE: The Custodian was requested to sign this certificate at the time of document production, and refused to sign or generate a similar document.

Signed: _____

Date: _____

Δ π EXHIBIT
Deponent _____
Date _____ Rptr. __
WWW.DEPOBOOK.COM

COMPEX Order Number:  G026509-001-01

JH 0542



OCT 20 2006 8:00AM    HP LASERJET 3200                                  p.2

Cornelius Enright/ MetLife
PO Box 707
Maywood, NJ 07607
Tel. # 201-291-5637
Fax # 201-291-4267

**MetLife®**

Dr.  S. Kam

RE:  Bang  C. Lin

Dob  8/6/69    SS#.  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

Dear Dr.

A claim is pending with MetLife regarding the above named patient  As a service to the
patient/family and in accordance with the attached signed authorization, please furnish us with
copies of any and all care for the following time period, to include the names and addresses of
referring physicians.

Records from:    8/18/99    to 8/18/04    only.

Please forward to:  Neil Enright
                    P.O. Box 707
                    Maywood, NJ 07607

Should pre-payment of fees be required for this information, please let me know so that we can
forward payment immediately. If you have any questions concerning this request, please call me
at 201-291-5637 .  Thank you.

Sincerely,

*Neil*

Neil Enright
Home Office Inspector

October 20, 2006

Attachment Authorization

JH 0543

OCT 20 2006 8:00AM   HP LASERJET 3200   P.3

| | |
|---|---|
| ☑ Metropolitan Life Insurance Company | ☐ New England Life Insurance Company |
| ☐ Metropolitan Insurance and Annuity Company | ☐ Metropolitan Tower Life Insurance Company |
| ☐ General American Life Insurance Company | ☐ General Life Insurance Company |
| ☐ MetLife Investors USA Insurance Company | ☐ First MetLife Investors |
| ☐ The Travelers Life and Annuity Company | ☐ The Travelers Insurance Company |

## AUTHORIZATION

This Authorization has been designed to comply with the requirements of federal rules adopted pursuant to the Health Insurance Portability and Accountability Act ("HIPAA").

The Company(ies) indicated above is(are) referred to as "the Company" in this Authorization. Metropolitan Life Insurance Company ("MetLife") provides services related to claims investigation and settlement for its affiliates, the Companies listed above, and is authorized to request and receive information on the Company's behalf.

Please Print
Name of Insured: ___BANG C. LIN___   Date of Birth: _8 , 6 , 69_

Policy Number(s): ___204  126  416  ET___

For claims investigation and settlement purposes, I authorize:

- Any medical practitioner or facility or related entity; pharmacist or pharmacy; any insurance company, employer, group policyholder or contract holder, and any benefit plan administrator or other third party administrator to give the Company, an employee or representative of the Company or any third party acting on the Company's behalf in this regard personal information and data about the insured named above (the "Insured"), including the following:
  - Entire medical record for the last ten (10) years, including information, records and data about the insured( such as office visits, outpatient treatment, hospitalization, drugs prescribed, medical test results, autopsy reports, and information about sexually transmitted diseases);
  - Information relating to Acquired Immune Deficiency Syndrome (AIDS) or AIDS related conditions, including Human Immuno-deficiency Virus (HIV) test results, about the insured;;
  - Information, records and data about the insured relating to alcohol or drug use, including information, records and data protected by federal law (42 CFR part 2);and
  - Information, records and data about the insured relating to mental illness.
- The Company to request and obtain consumer or investigative consumer reports about the insured.
- Any employer, business associate, financial institution, motor vehicle department or government agency to include the Social Security Administration to give the Company or its authorized representative or any consumer reporting agency preparing an investigative consumer report on the Company's behalf, any information or data that it may have about the occupation, avocations, driving record, finances, character, reputation and aviation activities of the insured.

I understand that:

- All or part of the information, records and data that the Company receives pursuant to this Authorization may be disclosed to and used by any reinsurer, employee, affiliate or independent contractor who performs a business service for the Company regarding the policies identified above, or as otherwise required or permitted by applicable law.
- The Company may redisclose such information, records and data (other than information relating to HIV test results) about the insured received in accordance with this Authorization as described here, as authorized by the insured (or the insured's legally authorized representative) or as otherwise permitted or required by applicable laws.
- Alcohol or drug abuse information may be protected by Federal Regulations 42 CFR part 2. Medical information, records and data that may have been subject to federal and state laws or regulations setting forth standards for the use, maintenance and disclosure of such information by health care providers and health plans, once disclosed to the Company, may no longer be covered by those laws or regulations.
- Information relating to HIV test results will only be disclosed as specifically authorized or as required by applicable law.
- This Authorization will end 12 months from the date on this form or sooner if prescribed by law.
- I may revoke this Authorization at any time by writing to the Company and advising it that I have revoked this Authorization. Any action taken before the Company has received my revocation will be valid.
- I have the right to refuse to sign the Authorization, but if I do not, the Company will be unable to process the claim for benefits.
- I have a right to receive a copy of this form.

A photocopy of this form is as valid as the original form.

Signature of Insured or Insured's Legally Authorized Representative:

_(signature)_   Date: _7  13  2006_

If Signing as Legal Representative of Insured, Print Name and Describe Your Legal Capacity below (e.g., parent of a minor child, spouse, guardian or conservator of insured, durable power of attorney, etc.): ___SELF___

JH 0544

**MetLife®**

Cornelius Enright/ MetLife
PO Box 707
Maywood, NJ 07607
Tel. # 201-291-5637
Fax # 201-291-4267

Dr.   S. Kam

RE:  Bang  C. Lin

Dob  8/6/69    SS#.  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

Dear Dr.

A claim is pending with MetLife regarding the above named patient  As a service to the
patient/family and in accordance with the attached signed authorization, please furnish us with
copies of any and all care for the following time period, to include the names and addresses of
referring physicians.

Records from:      8/18/99   to 8/18/04    only.

Please forward to: Neil Enright
                   P.O. Box 707
                   Maywood, NJ 07607

Should pre-payment of fees be required for this information, please let me know so that we can
forward payment immediately. If you have any questions concerning this request, please call me
at 201-291-5637 . Thank you.

Sincerely,

Neil

Neil Enright
Home Office Inspector

October 20, 2006

Attachment Authorization

JH 0545

OCT 20 2006 9:00AM    HP LASERJET 3200                                    p.3

☑ Metropolitan Life Insurance Company          ☐ New England Life Insurance Company
☐ Metropolitan Insurance and Annuity Company   ☐ Metropolitan Tower Life Insurance Company
☐ General American Life Insurance Company       ☐ General Life Insurance Company
☐ MetLife Investors USA Insurance Company       ☐ First MetLife Investors
☐ The Travelers Life and Annuity Company        ☐ The Travelers Insurance Company

## AUTHORIZATION

This Authorization has been designed to comply with the requirements of federal rules adopted pursuant to the Health Insurance Portability and Accountability Act ("HIPAA").

The Company(ies) indicated above is(are) referred to as "the Company" in this Authorization. Metropolitan Life Insurance Company ("MetLife") provides services related to claims investigation and settlement for its affiliates, the Companies listed above, and is authorized to request and receive information on the Company's behalf.

Please Print:
Name of Insured: __BANG C. LIN__                    Date of Birth: __8, 6, 69__

Policy Number(s): __204 126 416 ET__

For claims investigation and settlement purposes, I authorize:

- Any medical practitioner or facility or related entity; pharmacist or pharmacy; any insurance company, employer, group policyholder or contract holder; and any benefit plan administrator or other third party administrator to give the Company, an employee or representative of the Company or any third party acting on the Company's behalf in this regard personal information and data about the insured named above (the "insured"), including the following:
    - Entire medical record for the last ten (10) years, including information, records and data about the insured( such as office visits, out-patient treatment, hospitalization, drugs prescribed, medical test results, autopsy reports, and information about sexually transmitted diseases);
    - Information relating to Acquired Immune Deficiency Syndrome (AIDS) or AIDS related conditions, including Human Immuno-deficiency Virus (HIV) test results, about the insured;;
    - information, records and data about the insured relating to alcohol or drug use, including information, records and data protected by federal law (42 CFR part 2);and
    - information, records and data about the insured relating to mental illness.
- The Company to request and obtain consumer or investigative consumer reports about the insured.
- Any employer, business associate, financial institution, motor vehicle department or government agency to include the Social Security Administration to give the Company or its authorized representative or any consumer reporting agency preparing an investigative consumer report on the Company's behalf, any information or data that it may have about the occupation, avocations, driving record, finances, character, reputation and aviation activities of the insured.

I understand that:

- All or part of the information, records and data that the Company receives pursuant to this Authorization may be disclosed to and used by any reinsurer, employee, affiliate or independent contractor who performs a business service for the Company regarding the policies identified above, or as otherwise required or permitted by applicable law.
- The Company may redisclose such information, records and data (other than information relating to HIV test results) about the insured received in accordance with this Authorization as described here, as authorized by the insured (or the insured's legally authorized representative) or as otherwise permitted or required by applicable laws.
- Alcohol or drug abuse information may be protected by Federal Regulations 42 CFR part 2. Medical information, records and data that may have been subject to federal and state laws or regulations setting forth standards for the use, maintenance and disclosure of such information by health care providers and health plans, once disclosed to the Company, may no longer be covered by those laws or regulations.
- Information relating to HIV test results will only be disclosed as specifically authorized or as required by applicable law.
- This Authorization will end 12 months from the date on this form or sooner if prescribed by law.
- I may revoke this Authorization at any time by writing to the Company and advising it that I have revoked this Authorization. Any action taken before the Company has received my revocation will be valid.
- I have the right to refuse to sign the Authorization, but if I do not, the Company will be unable to process the claim for benefits.
- I have a right to receive a copy of this form.

A photocopy of this form is valid as the original form.

Signature of Insured or Insured's Legally Authorized Representative:

_____                    Date: 7 13 2006

If Signing as Legal Representative of Insured, Print Name and Describe Your Legal Capacity below (e.g., parent of a minor child, spouse, guardian or conservator of insured, durable power of attorney; etc.): __SELF__

JH 0546

**WARREN H. FONG, M.D.**
Medical Oncology and Hematology
351 Hospital Road, Suite 305
Newport Beach, California 92663
(949) 574-1610

BANG, LIN

03-30-06: Mr. Bang is currently doing well. He has no complaints at all. He denies any shortness of breath or bone pain. Overall, he reports excellent health. His weight has remained stable.

### PHYSICAL EXAMINATION:

GENERAL - the patient is a well-developed, well-nourished Vietnamese male in no acute distress. VITAL SIGNS - KPS 80%    P 98    R 16    BP 112/86. LYMPH NODES - no cervical, axillary, supraclavicular, or inguinal adenopathy is noted. LUNGS - clear to auscultation and percussion. HEART - S1 and S2 without any extra heart sounds or murmurs. ABDOMEN - soft, nontender, and nondistended, without evidence of hepatosplenomegaly. EXTREMITIES - no edema.

### DATA REVIEW:

1. An oblong 5 mm opacity in the left lateral costophrenic sulci in the left lower lobe was unchanged. There were no other pulmonary nodules. There was no mediastinal or hilar adenopathy. There were no liver lesions. The thickening in the gastric body remained 2.5 cm. There were no enlarged mesenteric or retroperitoneal lymph nodes. The pancreas and gallbladder were normal. The pelvis was normal.

### IMPRESSION:

Mr. Bang has stage III, T3 N2 M0, invasive poorly differentiated adenocarcinoma of the stomach. Upon initial presentation, he was noted to have "multiple" metastatic lymph nodes in the mesentery and retroperitoneum. In the mesentery, there is a confluence of metastatic lymph nodes near the roots of the mesentery. This confluence of lymphadenopathy measured up to 6.1 x 3 cm with corresponding marked focal uptake. Additional metastatic lymph nodes in the periaortic and paracaval chains of the retroperitoneum, particularly in the left periaortic chains. These measure up to 2.5 cm. After four cycles of neoadjuvant Taxotere, cisplatin, and 5-FU with Avastin, the patient has had a substantial response. His lymphadenopathy has completely resolved.

JH 0547

**WARREN H. FONG, M.D.**
Medical Oncology and Hematology
351 Hospital Road, Suite 305
Newport Beach, California 92663
(949) 574-1610

Page Two

BANG, LIN

03-30-06: IMPRESSION - (CONTINUED):

The thickening has remained the same. The CAT scan is not
an ideal way of looking at the stomach. The stomach is
relatively thin and folds upon itself giving an appear-
ance of thickness. The true thickness of the stomach
cannot be ascertained. Only an endoscopy would be useful
in monitoring response. However, endoscopy is invasive.
Furthermore, cancer only moves in one direction. If all
his lymph nodes have dramatically evaporated, then one
can safely assume that his stomach lesion has also
significantly improved.

The patient is a scheduled for a surgical resection with
curative intent by Dr. Suryl Bhoyrol at Scripps.

Following the resection, the patient will receive
epirubicin, cisplatin, 5-FU, and Avastin. This is a non-
cross reactive switch in his chemotherapy between
epirubicin and Taxotere. He will, therefore, have seen
the most active agents against gastric cancer.

Granted the use of Avastin in gastric cancer does not
have a lot of data supporting it. However, we must
remember that stage III gastric cancer has a dismal
prognosis. The type of response that we are currently
seeing in this patient is not the typical response seen
in patients with stage III gastric cancer. Therefore,
even though Blue Cross has deemed it investigational and
denied claims, I still recommend its usage.

We have also learned by this new adjuvant exercise that
the patient's systemic disease, i.e., micrometastatic
disease is sensitive to chemotherapy. Chemotherapy cannot
eradicate macrocytic disease. However, it can eradicate
microcystic disease. Therefore, there is a change that
the neoadjuvant chemotherapy and the followup adjuvant
chemotherapy may eradicate the disease in his lungs and
liver, which we do not see, but know that it is there. We
know it is there, because the natural history of the
disease is to present with lung and liver metastases
following surgery.

JH 0548

**WARREN H. FONG, M.D.**
Medical Oncology and Hematology
351 Hospital Road, Suite 305
Newport Beach, California 92663
(949) 574-1610

Page Three

BANG, LIN

03-30-06: IMPRESSION - (CONTINUED):

The patient was advised against adopting a vegetarian-
vegan diet. Utilizing the Japanese migration study,
Asians have a higher incidence of gastric cancer, because
of the high fiber/low fat diet. A vegan diet would
theoretically recreate the same situation where Asians
develop gastric cancer. The risk of gastric cancer is
markedly reduced to the rate in Caucasian when they adopt
the american diet. However, nothing is free, with the
adoption of the American diet, it increases the risk of
colon carcinoma, breast cancer, and heart disease. There-
fore, I would not try any dietary manipulations.

PLAN:

The patient will go forth with surgery.

Warren H. Fong, M.D.

WHF:klh

cc: Suryl Bhoyrol, M.D.
    Scripps
cc: Herbert Lee, M.D.
cc: Sam Cam, M.D.
    17170 Colima Road, Suite E.
    Hacienda Heights, CA 91745.
cc: Blue Cross
    2000 Corporate Center Drive
    Newbury Park, CA 91320
(5291)

JH 0549

WARREN H. FONG, M.D.
Medical Oncology and Hematology
351 Hospital Road, Suite 305
Newport Beach, California 92663
(949) 574-1610

BANG, LIN

02-17-06: Mr. Bang is currently doing relatively well. He denies any chest pain. Overall, he feels his situation is improved. He is eating better. He no longer has abdominal pain.

## PHYSICAL EXAMINATION:

GENERAL - the patient is a thin Vietnamese male in no acute distress. VITAL SIGNS - KPS 80% BP 112/70 P 86 R 18  LYMPH NODES - no cervical, axillary, supraclavicular, or inguinal adenopathy is noted. LUNGS - clear to auscultation and percussion. HEART - S1 and S2 without any extra heart sounds or murmurs. ABDOMEN - soft, nontender, nondistended, without evidence of hepatosplenomegaly. EXTREMITIES - no edema.

## DATA REVIEW:

1.  CT scan chest, abdomen, and pelvis, dated 2-15-06, revealed no pulmonary nodules. There was no supraclavicular, axillary, or mediastinal adenopathy. The wall thickness of the gastric body and pyloric region continues to measure 2.5 cm. There was no evidence of duodenal involvement. Previously identified mesenteric lymph node mass had markedly regressed, as had the periaortic and retroperitoneal lymphadenopathy. A 1.1 cm lymph node was seen in the left retroperitonum adjacent to the aorta just below the level of the renal vein. The enlarged lymph nodes in the hypogastric region had markedly decreased. By size criteria, no abnormality existed at this time. The liver, spleen, gallbladder, pancreas, and kidneys appeared normal. The pelvis was without any mass or adenopathy. Original measurements were a mesenteric mass which measured 6.1 x 3 cm., and retroperitoneal lymph nodes which measured 2.5 cm.

## IMPRESSION:

Mr. Bang has stage III, CT3 N2 M0, gastric carcinoma. He has undergone two cycles of Taxotere, cisplatin, and 5-FU. He has had a dramatic response with near resolution of his surrounding lymphadenopathy. Although the stomach does not show any signs of regression, a CAT scan is a poor method of measuring response in the stomach region

**WARREN H. FONG, M.D.**
Medical Oncology and Hematology
351 Hospital Road, Suite 305
Newport Beach, California 92663
(949) 574-1610

Page Two

BANG, LIN

02-17-06: <u>IMPRESSION - (CONTINUED):</u>

One must assume that the dramatic response seen in the
lymph nodes also have occurred in the stomach. Further-
more, all his GI complaints have resolved. This would
only have resolved if he had response in the stomach, not
in the lymph nodes.

As the patient has had a dramatic response, we will hold
off on radiation therapy for his third and fourth cycles.
He is scheduled for surgical resection on April 10, 2006.
The abandonment of radiation for now was at the requests
of Dr. Suryl Bhoyrol and Dr. Shaffer who feel that it
would make an easier surgery.

Of note, the patient also has had a dramatic decline in
his CEA. His CEA went from a high of 197 to 72.

<u>PLAN:</u>

The patient will have a creatinine clearance. We have
scheduled him for third and fourth cycles of TPF.
Tentative surgery is scheduled for April 10, 2006.

                                    Warren H. Fong, M.D.

WHF:klh

cc: Craig Cox, M.D., Radiation Oncology
    Hoag Cancer Center
cc: Suryl Bhoyrol, M.D.
    Scripps Clinic
cc: Sam Kam, M.D.
    1770 Colima Road, Suite D
    Hacienda Heights, CA 91745
cc: Herbert Lee, M.D.
(4281)

JH 0551

Cell: (949) 266-6821
(714) 755-0029 (H)

Med. Gr. of GL
Hacienda HTS

## DIAMOND REFERENCE LABORATORY, INC.

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

## PATHOLOGY REPORT

| | | PATHOLOGY NUMBER | S05-1784 | | |
|---|---|---|---|---|---|
| PATIENT | Lin, Bang | SEX | M | DOB | 8/6/69 |
| PHYSICIANS | Kam, MD # 798 | DATE RECEIVED | 12/17/05 | DATE REPORTED | 12/22/05 |

CLINICAL HISTORY

PRE OP DIAGNOSIS    antral cancer

SPECIMEN IDENTIFICATION    gastric biopsy

**Gross:**
Specimen consists of 4 fragments of gray tan soft tissue measuring 0.1 to 0.4 cm.

**Microscopic Diagnosis:**
Gastric biopsy: Fragments of poorly differentiated infiltrating adenocarcinoma of stomach displaying areas of ulceration on the surface.
Only a few benign gastric mucosal glands are noticed on the surface of the neoplastic tissue.

**CPT: 88305**

PATHOLOGIST

**PATHOLOGY REPORT**

HAO NGUYEN, M.D.
EDWARD M. LAI, M.D.
DIRECTORS AND PATHOLOGISTS

JH 0552

000010

Name _Lin Bang_ Sex _M_ Birthday _____ Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|
| DEC 17 2005 | |

DEC 17 2005
3 of 4
P 4

EGD c Bx    Vi /Dtd/Valio sp

polypoid mass extending from distal stomach to antrum
lumen narrowed to 1/3.  → DXX 3

Imp   distal Antral mass, likely CA
      CT abd - nl & med

₤ ① Surgery
   ② CXX. p A/lat
   ③ Primary I C

12/29/05   Pt's information given to Dr Imagawa

Copy 3-12-05 progress note to 12-17-05, all
recently Lab, CT of abdomen, chest X-Ray, EGD
Report to pt. ok by Dr Kam

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

JH 0553

000011

Name Lin. Bang Sex M Birthday 8.6.69 Chart No.

| DATE | PROGRESS NOTES |
| --- | --- |
| NOV 29 2005 PPO | ① HBV sAg c eAg ⊕ → ⊖ |
| 12/2 789.06 | αFP nl, LFT nl, US pt stool |
| 9/95 783.21 | |
| 36.45 070.32 | ② c/o finger discomfort / postprandial discomfort x 2-3 wk |
| | c/o bloating, ⊖N/V, not ↓ flatus / defecation |
| | more constipation lately |
| | ⊕ wt ↓ 4-5 lb |
| | abd. mild epigastric tenderness |
| | rectal: OB ⊖ |
| | ① epigastric pain, post prandial |
| | ② wt ↓ 4-5 lb |
| | ③ HBV |
| | ① CBC/SMA 27/UA/PSA/Amylase/Lipase |
| | ② EGD |
| | ③ CT abd c IV contrast |

Christina Chen M.D. Sam Kam M.D.
18720-A E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 • Fax: (626) 810-2556

Name __Lin, Bang__    Sex _m_  Birthday _8-6-69_  Chart No. _____

| DATE | PROGRESS NOTES |
|---|---|
| MAR 05 2005 | _errwr_ |

MAR 12 2005

① HAVⒶ: no Ab ~ zip vaccine X/ 9/0¢

Hl

② HBV — low vs nl DNA Quantta

~ relⒸTS PA 235K

HBVeAg ⊕/⊖

ↄ ① LFTS, HBVeAg/HBVeAb/HBV~DNA: nl
~ ∝FP / HAV~Ab total

SEP 03 2005

① HBVeAg/HBV~DNA ↓↓ nl / HBVeAg⊖
⊕ / HBVeAg ⊕⊖/ HBVeAb⊖

⑦ no HAV~Ab p̄ Vaccine

Lest
usable
mr)
note

④ HBV — pt switch from lⒺ → lⒺ
without protring HBVe Ab

ⓐ

✓ : ① us yuled
⑦ ∝FP / LFTS /CBC Eplatelet

**Christina Chen M.D.   Sam Kam M.D.**
18720-A E. Collma Road, Rowland Heights, CA 91748
Tel: (626) 810-5601 · Fax: (626) 810-2556

JH 0555

F



**DIAMOND REFERENCE LABORATORY**

1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTOR: HAO NGUYEN
PATHOLOGISTS: EDWARD M. LAI • WESLEY J. WEAVER, M.D.

ACCT 79B
MED.CLI.OF GI & ENDOSCOPY

17170 COLIMA ROAD #E
HACIENDA HTS., CA.
91745    (626)810-5601

| PATIENT NAME | | PATIENT ID | ACCESSION NUMBER |
|---|---|---|---|
| LIN, BANG | | | 251110556 |

| AGE | SEX | DATE OF BIRTH | DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | DATE REPORTED |
|---|---|---|---|---|---|---|
| 36 Y | M | 08/06/69 | 11/29/05 | 23:53 | 11/29/05 | 11/30/05 |

REFERRING PHYSICIAN: DR. KAM     REPORT STATUS: FINAL REPORT

| TEST NAME | RESULT | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| GLUCOSE FASTING. | 108 | | MG/DL | 74-118 |
| BUN (BLOOD UREA NITROGEN) | 7 | | MG/DL | 6-23 |
| CREATININE, SERUM | 1.1 | | MG/DL | 0.5-1.3 |
| BUN/CREATININE RATIO | | 6 L | | 10-30 |
| SODIUM /BLOOD | 138 | | MEQ/L | 136-144 |
| POTASSIUM/SERUM | 4.3 | | MEQ/L | 3.7-5.5 |
| CHLORIDE, SERUM | 101 | | MEQ/L | 99-112 |
| CARBON DIOXIDE | 31 | | MEQ/L | 22-32 |
| CALCIUM,SERUM | 9.3 | | MG/DL | 8.7-10.3 |
| PHOSPHORUS/BLOOD | 4.1 | | MG/DL | 2.7-5.0 |
| URIC ACID/BLOOD | 6.1 | | MG/DL | 4.8-8.7 |
| TOTAL PROTEIN | 7.4 | | G/DL | 6.0-8.3 |
| ALBUMIN, SERUM | 4.3 | | G/DL | 3.5-4.8 |
| GLOBULIN | 3.1 | | MG/DL | 2.0-3.5 |
| | (calculated) | | | |
| A/G RATIO | 1.4 | | | 1.1-2.4 |
| ALKALINE PHOSPHATASE | 63 | | IU/L | 39-126 |
| AST (SGOT) | 22 | | IU/L | 15-41 |
| ALT (SGPT) | 27 | | IU/L | 17-63 |
| LACTIC DEHYDROGENASE LDH | 148 | | IU/L | 98-192 |
| BILIRUBIN, TOTAL | | 1.9 H | MG/DL | 0.4-1.2 |
| CHOLESTEROL | | 209 H | MG/DL | <200 |
| TRIGLYCERIDE | | 209 H | MG/DL | <150 |
| HDL CHOL. DIRECT | 30 | | MG/DL | 29-71 |
| LDL | | 137 H | MG/DL | <130 |

LDL CHOLESTEROL (CALCULATED) IS NOT VALID WHEN
TRIGLYCERIDE LEVEL IS >400 MG/DL.

| | | | | |
|---|---|---|---|---|
| VLDL | | 42 H | MG/DL | 1-40 |
| | ( CALCULATED) | | | |
| RISK FACTOR | 7.0 | | | |

| CARDIAC RISK FACTOR: | MALE | FEMALE |
|---|---|---|
| BELOW AVERAGE | <3.4 | <3.3 |
| AVERAGE | <5.0 | <4.4 |
| DOUBLE AVERAGE | <9.6 | <7.1 |
| TRIPLE AVERAGE | <23.4 | <11.0 |

| | | | | |
|---|---|---|---|---|
| CPK | 84 | | IU/L | 49-397 |
| GAMMA GT (GGTP) | 22 | | IU/L | 7-50 |
| IRON | 49 | | UG/DL | 45-182 |
| AMYLASE/BLOOD | 82 | | U/L | 36-128 |
| LIPASE/BLOOD | 29 | | U/L | 22-51 |
| URINALYSIS | | | | |
| pH | 7.0 | | | 5.0-9.0 |
| SP. GRAVITY | 1.015 | | | 1.001-1.035 |
| APPEARANCE | CLEAR | | | CLEAR |
| COLOR | YELLOW | | | YELLOW |

Continued on Next Page
All normal ranges in this laboratory report have

PAGE: 1

JH 0570



## DIAMOND REFERENCE LABORATORY

**1470 South Valley Vista Drive, Suite #100**
**Diamond Bar, CA 91765**
**(909) 861-6966 • (800) 228-2789**

DIRECTOR: HAO NGUYEN
PATHOLOGISTS: EDWARD M. LAI • WESLEY J. WEAVER, M.D.

| | |
|---|---|
| **ACCT** 79B | |
| MED.CLI.OF GI & ENDOSCOPY | |
| 17170 COLIMA ROAD #E | |
| HACIENDA HTS., CA. | |
| 91745          (626)810-5601 | |

**PATIENT NAME**
LIN, BANG

**PATIENT ID**

**ACCESSION NUMBER**
251110556

| AGE 36 Y | SEX M | DATE OF BIRTH 08/06/69 | DATE COLLECTED 11/29/05 | TIME COLLECTED 23:53 | DATE RECEIVED 11/29/05 | DATE REPORTED 11/30/05 |
|---|---|---|---|---|---|---|

**REFERRING PHYSICIAN:** DR.KAM

**REPORT STATUS:** FINAL REPORT

| TEST NAME | RESULT | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| PROTEIN | NEG | | | NEG |
| GLUCOSE | NEG | | | NEG |
| KETONE | NEG | | | NEG |
| BILIRUB | NEG | | | NEG |
| BLOOD | NEG | | | NEG |
| UROBIL | 0.2 | | | 0.2 EU/dL |
| NITRITE | NEG | | | NEG |
| LEUK | NEG | | | NEG |
| MICROSCOPIC | | | | |
| WBC | NEG | | | 0-2/hpf |
| RBC | NEG | | | 0-2/hpf |
| EPITH | OCC | | | FEW |
| HYAL CAST | NEG | | | 0-2/lpf |
| GRAN CAST | NEG | | | NEG |
| RBC CAST | NEG | | | NEG |
| BACTERIA | NEG | | | NEG |
| MUCUS | NEG | | | NEG |
| WHITE BLOOD CELL COUNT | 4.5 | | 1000/CMM | 4.0-11.0 |
| RED BLOOD CELL COUNT | 4.64 | | 10^6/CMM | 4.20-6.20 |
| HEMOGLOBIN | 15.5 | | gm/dl | 14.0-18.0 |
| HEMATOCRIT | 44.1 | | % | 42.0-52.0 |
| MCV | 95.1 | | fl | 80-100 |
| MCH | 33.4 | | pg. | 27.0-34.0 |
| MCHC | 35.1 | | G/DL | 32.0-36.0 |
| PLATELET COUNT | 279 | | 1000/CMM | 150-440 |
| RED CELL DIST. WIDTH | 12.0 | | % | 11.0-15.0 |
| MEAN PLATELET VOLUME | | 6.9 L | fl | 7.4-11.0 |
| GRANULOCYTES | 57.7 | | % | 43.0-79.0 |
| LYMPHS | 33.1 | | % | 13.0-43.5 |
| MONOS | 7.8 | | % | 0.0-12.0 |
| EOS | 0.9 | | % | 0.0-6.0 |
| BASOS | 0.5 | | % | 0.0-2.0 |
| PSA TOTAL, BLOOD | 0.79 | | ng/ml | 0-4.0 |

TEST PERFORMED BY IMMUNOCHEMILUMINESCENT ASSAY.

**End of Report**                                    **PAGE   2**
All normal ranges in this laboratory report have been established for adults.

JH 0571



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2789

DIRECTOR: HAO NGUYEN
PATHOLOGISTS: EDWARD M. LAI • WESLEY J. WEAVER, M.D.

ACCT          798
MED.CLI.OF GI & ENDOSCOPY

17170 COLIMA ROAD #E
HACIENDA HTS., CA.
91745          (626)810-5601

| PATIENT NAME | | | | PATIENT ID | | ACCESSION NUMBER |
|---|---|---|---|---|---|---|
| LIN, BANG | | | | | | 250901078 |

| AGE | SEX | DATE OF BIRTH | DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | DATE REPORTED |
|---|---|---|---|---|---|---|
| 36 Y | M | 08/06/69 | 09/03/05 | 19:30 | 09/03/05 | 09/07/05 |

REFERRING PHYSICIAN:  DR. SAM KAM          REPORT STATUS:  FINAL REPORT

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| TOTAL PROTEIN | 6.6 | G/DL | 6.0-8.3 |
| ALBUMIN, SERUM | 3.8 | G/DL | 3.5-4.8 |
| GLOBULIN | 2.8 | MG/DL | 2.0-3.5 |
| | (calculated) | | |
| A/G RATIO | 1.4 | | 1.1-2.4 |
| ALKALINE PHOSPHATASE | 59 | IU/L | 38-126 |
| AST (SGOT) | 21 | IU/L | 15-41 |
| ALT (SGPT) | 29 | IU/L | 17-63 |
| BILIRUBIN, TOTAL | 1.7 H | MG/DL | 0.4-1.2 |
| BILIRUBIN, DIRECT | 0.2 | MG/DL | 0.0-0.5 |
| WHITE BLOOD CELL COUNT | 4.0 | 1000/CMM | 4.0-11.0 |
| RED BLOOD CELL COUNT | 4.52 | 10^6/CMM | 4.20-6.20 |
| HEMOGLOBIN | 14.9 | gm/dl | 14.0-18.0 |
| HEMATOCRIT | 43.1 | % | 42.0-52.0 |
| MCV | 95.3 | fl | 80-100 |
| MCH | 32.9 | pg. | 27.0-34.0 |
| MCHC | 34.6 | G/DL | 32.0-36.0 |
| PLATELET COUNT | 262 | 1000/CMM | 150-440 |
| RED CELL DIST. WIDTH | 12.6 | % | 11.0-15.0 |
| MEAN PLATELET VOLUME | 7.0 L | fl | 7.4-11.0 |
| GRANULOCYTES | 50.4 | % | 43.0-79.0 |
| LYMPHS | 40.0 | % | 13.0-43.5 |
| MONOS | 8.1 | % | 0.0-12.0 |
| EOS | 1.3 | % | 0.0-6.0 |
| BASOS | 0.2 | % | 0.0-2.0 |
| ALPHA FETO PROTEIN | 1.7 | IU/ML | 0.5 -5.5 |

THE REAPPEARANCE OF ELEVATED AFP CONCENTRATIONS
IN ADULT SERUM HAS BEEN OBSERVED DURING PREGNANCY
AND WITH SEVERAL BENIGN AND MALIGNANT DISEASES.
SUCH AS TERATOCARCINOMAS OF THE TESTIS.AND HEPATO-
CELLULAR CARCINOMA,OVARIEN CANCER,GASTROINTESTINAL
CANCER AND PULMONARY CANCER.
AFP IS ELEVATED IN ACUTE VIRAL HEPATITIS,CHRONIC
ACTIVE HEPATITIS AND CIRRHOSIS,PREGNANCY,ATAXIA -
TELANGIECTASIA AND HEREDITARY TYROSINEMIA.PRINTED
NORMAL RANGES ARE NOT VALID FOR PREGNANT FEMALE.
TEST PERFORMED BY IMMUNOCHEMILUMINESCENT ASSAY.

JH 0572

End of Report                                                    PAGE 1

All normal ranges in this laboratory report have been established for adults



**DIAMOND REFERENCE LABORATORY**
1470 South Valley Vista Drive, Suite #100
Diamond Bar, CA 91765
(909) 861-6966 • (800) 228-2769

DIRECTOR: HAO NGUYEN
PATHOLOGISTS: EDWARD M. LAI • WESLEY J. WEAVER, M.D.

ACCT # 79B
MED. CLI. OF GI & ENDOSCOPY

17170 COLIMA ROAD #E
HACIENDA HTS., CA.
91745        (626)B10-5601

| PATIENT NAME | | | | PATIENT ID | | ACCESSION NUMBER |
|---|---|---|---|---|---|---|
| LIN, BANG | | | | | | 250304309 |

| AGE | SEX | DATE OF BIRTH | DATE COLLECTED | TIME COLLECTED | DATE RECEIVED | DATE REPORTED |
|---|---|---|---|---|---|---|
| 35 Y | M | 08/06/69 | 03/12/05 | 22:01 | 03/12/05 | 03/21/05 |

REFERRING PHYSICIAN: DR. BAM KAM          REPORT STATUS: FINAL REPORT

| TEST NAME | RESULT | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| TOTAL PROTEIN | 7.2 | | G/DL | 6.1-7.9 |
| ALBUMIN, SERUM | 4.3 | | G/DL | 3.5-4.8 |
| GLOBULIN | 2.9 | | MG/DL | 2.0-3.5 |
| | (calculated) | | | |
| A/G RATIO | 1.5 | | | 1.1-2.4 |
| ALKALINE PHOSPHATASE | 63 | | IU/L | 38-126 |
| AST (SGOT) | 22 | | IU/L | 15-41 |
| ALT (SGPT) | 31 | | IU/L | 17-63 |
| BILIRUBIN, TOTAL | | 1.9 H | MG/DL | 0.4-1.2 |
| BILIRUBIN, DIRECT | 0.2 | | MG/DL | 0.0-0.5 |
| ALPHA FETO PROTEIN | 1.5 | | IU/ML | 0.5-5.5 |

THE REAPPEARANCE OF ELEVATED AFP CONCENTRATIONS
IN ADULT SERUM HAS BEEN OBSERVED DURING PREGNANCY
AND WITH SEVERAL BENIGN AND MALIGNANT DISEASES.
SUCH AS TERATOCARCINOMAS OF THE TESTIS, AND HEPATO-
CELLULAR CARCINOMA, OVARIEN CANCER, GASTROINTESTINAL
CANCER AND PULMONARY CANCER.
AFP IS ELEVATED IN ACUTE VIRAL HEPATITIS, CHRONIC
ACTIVE HEPATITIS AND CIRRHOSIS, PREGNANCY, ATAXIA -
TELANGIECTASIA AND HEREDITARY TYROSINEMIA. PRINTED
NORMAL RANGES ARE NOT VALID FOR PREGNANT FEMALE.
TEST PERFORMED BY IMMUNOCHEMILUMINESCENT ASSAY.

| HEPATITIS Be Ag | NEG | U | | NEGATIVE |
|---|---|---|---|---|
| | SEE ATTACHED REPORT | | | |
| HEPATITIS Be Ab | NEG | U | | NEGATIVE |
| | SEE ATTACHED REPORT | | | |
| HEP B V, DNA ULTRAQUANT | NOTE | U | | |
| | HEP B VIRAL DNA | <100 | LESS THAN 100 IU/ML | |
| | HEP B VIRAL DNA | <160 | LESS THAN 160 COPIES/ML | |
| | SEE ATTACHED REPORT | | | |
| HEPAT.A Ab/TOTAL/BLOOD | NEG | U | | NEGATIVE |
| | SEE ATTACHED REPORT | | | |

U=PERFORMED AT:    UNILAB CORPORATION
                   18408 OXNARD STREET
                   TARZANA, CA. 91356

End of Report                                          PAGE 1

All normal ranges in this laboratory report have been established for adults

JH 0573

000031

## LABORATORY REPORT

DIAMOND REFERENCE LAB    59547
1470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765    1024

**Unilab Corporation**
10400 Chevrolet
Torzana, CA
(818) 909-7300
So. Ca. (800) 535-4200
www.unilab.com

**UNILAB**

Kenneth L. Siaco, M.D., Ph.D.
Medical Director, Clinical Pathology
Paul T. Warlick, M.D.
Medical Director, Anatomic Pathology
**FINAL**

| ACQUISITION NUMBER | | ROOM/LOC | PATIENT DOB | FASTING |
|---|---|---|---|---|
| DATE COLLECTED 03/14/2005 | DRAW TIME NOT GIVEN | CHART/OTHER ID | | |

| PATIENT NAME LIN, BANG | AGE 35 | SEX M | PATIENT ID 250304309 | PROVIDER — | SUPV. M.D. | RECEIVED 03/16 | REPORTED 03192005 | SPEC. NO. 417848008 |
|---|---|---|---|---|---|---|---|---|

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LDQ |
|---|---|---|---|---|---|
| HEPATITIS B DNA, QUANTITATIVE PCR | | | | | |
| HEPATITIS B VIRAL DNA | <100 | | LESS THAN 100 | IU/mL | NC |
| HEPATITIS B VIRAL DNA | <160 | | LESS THAN 160 | copies/mL | NC |

This test was developed and its performance characteristics
determined by Quest Diagnostics Nichols Institute. It has not
been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary. Performance characteristics refer to
the analytical performance of the test.

This test is performed pursuant to a license agreement with Roche
Molecular Systems, Inc.

(NC)  Test performed at:  Nichols Institute
                         33608 Ortega Hwy
                         San Juan Capistrano, CA  92690
          Directors:  D.A. Fisher, MD, R.E. Reitz, MD

JH 0574

FIRST FINAL REPORT DATE: 03/19/2005    AT   4:39AM
PAGE 1  END OF FINAL  REPORT FOR: BANG LIN
DATE COLLECTED: 03/14/2005   REPORTED DATE: 03/19/2005

000032

## LABORATORY REPORT

DIAMOND REFERENCE LAB      59547
1470 S. VALLEY VISTA DRIVE #100
DIAMOND BAR, CA  91765    1024

Unilab Corporation
18408 Oxnard Street
Tarzana, CA
(818) 996-7300
So. Ca. (800) 300-4299
www.unilab.com

**UNILAB**

Kenneth L. Blaha, M.D., Ph.D.
Medical Director, Clinical Pathology
Paul T. Wertlake, M.D.
Medical Director, Anatomic Pathology

**FINAL**

| ACQUISITION NUMBER | | ROOM/LOC | PATIENT DOB 08061969 | FASTING |
|---|---|---|---|---|
| DATE COLLECTED 03/14/2005 | DRAW TIME NOT GIVEN | | CHART/OTHER ID | |

| PATIENT NAME LIN, BANG | AGE 35 | SEX M | PATIENT ID 250304309 | PROVIDER — | SUPV. M.D. | RECEIVED 03/15 | REPORTED 03172005 | SPEC. NO. 417848085 |
|---|---|---|---|---|---|---|---|---|

| TEST NAME | RESULT | OUT OF RANGE | REFERENCE | UNITS | LOC |
|---|---|---|---|---|---|
| HEP A AB TOTAL | NEGATIVE | | NEGATIVE | | |
| Hepatitis Be Ag | NEGATIVE | | NEGATIVE | | |
| Hepatitis Be AB | NEGATIVE | | NEGATIVE | | |

TEST RESULT(S) VERIFIED BY REPEAT ANALYSIS.

JH 0575

FORMS-FREE W/O CHEM (REV. 05/04) 80219 SC2K - I9

FIRST FINAL REPORT DATE: 03/17/2005  AT  4:12PM
PAGE 1 : END OF FINAL  REPORT FOR: BANG LIN
DATE COLLECTED: 03/14/2005  REPORTED DATE: 03/17/2005

G

1/26/08
Mr. Trief
eric.

1/25/08.

Name: **Lin Bang**

Liver Disease: **HBV**

9/5/98
HBsAg ⊕    HBcAB _____    HBsAB _____    HBeAg _____    HBV-DNA _____

HCVAB _____    HCV-RIBA _____    HCV-RNA (Qual) _____    HCV-RNA (Quant) _____

Fe/TIBC:    /    : _____    Ferritin _____    ANA _____    AMA _____    ASMA _____

Anti-LKM _____    α.AT _____    Ceruloplasmin _____

π EXHIBIT
Deponent Kam
Date ...
WWW.DEPOBOOK.COM

|  | 99 | | | | 2000 | | | | 2001 | | 62' | | 03' | | 04' | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 9/5/98 | 10/24 | 11/14 | 12/10 | 4/9 | 2/6 | 7/17 | 12/18 | 6/17 | 10/7 | 7/21 | 12/15 | 5/18 | 12/14 | 3/13 | 7/21 | 2/7 |
| WBC |  |  |  | 2.8 | 2.7 | 2.4 | 4.0 |  |  | 4.1 |  |  | 4.9 |  |  |  | 4.4 |
| Hb |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Hct |  |  |  | 40.5 | 38.3 | 40.2 | 44.2 |  |  | 44.7 |  |  | 46.1 |  |  |  | 43.9 |
| PLT | 194 |  |  | 195 | 197 | 42 | 235 |  |  | 269 |  |  | 284 |  |  |  | 233 |
| ANC |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| K |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Cr |  |  |  |  |  |  |  |  | 1.5 | 1.0 | 1.0 |  |  | 1.1 |  |  | 1.0 |
| Glu |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| TP | 8.0 |  |  |  | 7.5 | 7.5 | 7.8 | 7.6 | 7.2 | 7.7 | 7.5 | 7.9 | 7.7 | 8.2 |  | 7.6 | 7.5 |
| ALB | 4.8 | 10/24 |  |  | 4.9 | 5.0 | 4.9 | 5.1 | 5.0 | 4.7 | 4.8 | 4.7 | 4.6 | 4.8 |  | 5.0 | 5.0 |
| SGOT | 132 | 34 | 32 | 26 | 24 | 21 | 22 | 17 | 17 | 18 | 20 | 20 | 18 | 19 |  | 26 | 28 |
| SGPT | 197 | 49 | 39 | 28 | 20 | 30 | 21 | 27 | 23 | 25 | 25 | 28 | 30 | (42) |  | (44) | 34 |
| TB | 3.8 | 0.9 | 2.3 | 2.4 | 1.4 | 1.6 | 2.7 | 2.1 | 1.1 | 1.7 | 1.4 | 1.9 | 1.6 | 2.1 |  | 3.1 | 1.9 |
| DB |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| ALKP | 65 | 64 | 75 |  | 53 | 58 | 75 | 50 | 81 | 95 | 91 |  | 65 | 104 |  | 75 | 70 |
| LDH |  | 132 | 139 | 142 | 122 | 120 | 128 | 95 | 113 | 104 |  |  |  | 133 |  |  | 211 |
| GGTP | 76↑ | 101↑ | 93↑ | 75↑ | 45 | 49 | 21 | 21 |  | 22 |  |  |  | 28 |  |  | 30 |
| AFP |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| TSH |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PT/INR | 7/9 14.0↑ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| US of Abd | PTT 34.3↑ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| CT of Abd |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| LSS |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| HBVeAg | ⊕ | ⊖ |  | ⊖ |  | ⊖ |  | ⊖ | ⊕ | ⊖ | ⊖ | ⊕ | ⊕ | ⊖ |  | ⊖ |  | ⊕ |
| HBV-DNA | 100M |  |  | nl. |  |  |  |  |  |  |  |  |  |  | 5660 | <200 | 479 |

Copies mol. 9/3/98;

10/3/08 dTF,

HBVsAg ⊕ d    HBVsAg ⊕√    HBVsAg ⊕    HBVsAg ⊕√    HBVsAg ⊕ d    (<4700)    (<160)

1/25/08

Name: _Lin Bang_____

Liver Disease: ___HB ✓_____

HBsAg_____ HBcAB_____ HBsAB_____ HBeAg_____ HBV-DNA_____

HCvAB_____ HCV-RIBA_____ HCV-RNA(Qual)_____ HCV-RNA (Quant) _____

Fe/TIBC: ___/___ : _____ Ferritin _____ ANA_____ AMA_____ ASMA_____

Anti-LKM _____ ∝.AT_____ Cerulopasmin_____

| | 04' | 05' | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/7. | 3/14 | 9/3 | 4/29 | | | | | | | | | | | |
| WBC | 3.9 | | 4.0 | 4.5 | | | | | | | | | | | |
| Hb | | | | | | | | | | | | | | | |
| Hct | 45.7 | | 43.1 | 44.4 | | | | | | | | | | | |
| PLT | 235 | | 262 | 279 | | | | | | | | | | | |
| ANC | | | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | | | |
| Cr | 1.0 | | | 1.1 | | | | | | | | | | | |
| Glu | . | | | | | | | | | | | | | | |
| TP | | 7.2 | 6.6 | 7.4 | | | | | | | | | | | |
| ALB | | 4.3 | 3.8. | 4.3 | | | | | | | | | | | |
| SGOT | | 22 | 21 | 22 | | | | | | | | | | | |
| SGPT | | 31 | 29. | 27 | | | | | | | | | | | |
| TB | | 1.9 | 1.7 | 1.9. | | | | | | | | | | | |
| DB | | | | | | | | | | | | | | | |
| ALKP | | 63 | 59 | 63. | | | | | | | | | | | |
| LDH | | . | | 148. | | | | | | | | | | | |
| GGTP | | | | | | | | | | | | | | | |
| AFP | | | | | | | | | | | | | | | |
| TSH | | | | | | | | | | | | | | | |
| PT/INR | | | | | | | | | | | | | | | |
| US of Abd | | | | | | | | | | | | | | | |
| CT of Abd | | | | | | | | | | | | | | | |
| LSS | | | | | | | | | | | | | | | |
| HBVeAg | | ⊖. | | | | | | | | | | | | | |
| HBV-DNA | | <160. | | | | | | | | | | | | | |

HBVeAb        ⊖.