*Exhibit K*

**LOUIS ALEDORT**

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JEAN LIN,                            )

                                     )

        Plaintiff,                   )

                                     )

    vs.                              ) No. 07CV3218

                                     )

METLIFE INSURANCE COMPANⅰ, )

                                     )

        Defendant.                   )

----------------------------------

DEPOSITION OF LOUIS M. ALEDORT, M.D.

New York, New York

Monday, June 2, 2008

Reported by:

NICOLE AMENEIROS, RPR

JOB NO. 203062

LOUIS ALEDORT

**Page 2**

1
2     June 2, 2008
3     9:50 a.m.
4
5         Deposition of LOUIS M. ALEDORT, M.D.,
6     held at the offices of Louis Aledort, M.D.,
7     19 East 98th Street, New York, New York,
8     pursuant to Notice, before NICOLE
9     AMENEIROS, a Notary Public of the State of
10    New York.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1
2     A P P E A R A N C E S:
3
4     TRIEF & OLK
5     Attorneys for Plaintiff
6         150 East 58th Street
7         New York, New York 10155
8     BY: TED TRIEF, ESQ.
9
10    METLIFE INSURANCE COMPANY
11    Attorneys for Defendant
12        27-01 Queens Plaza North
13        Long Island City, New York 11101
14    BY: TOMASITA SHERER, ESQ.
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1
2         IT IS HEREBY STIPULATED AND AGREED,
3     by and between counsel for the respective
4     parties hereto, that the filing, sealing and
5     certification of the within deposition shall
6     be and the same are hereby waived;
7         IT IS FURTHER STIPULATED AND AGREED
8     that all objections, except as to the form
9     of the question, shall be reserved to the
10    time of the trial;
11        IT IS FURTHER STIPULATED AND AGREED
12    that the within deposition may be signed
13    before any Notary Public with the same force
14    and effect as if signed and sworn to before
15    the Court.
16
17
18
19
20
21
22
23
24
25

**Page 5**

1                 Aledort
2         (Aledort Exhibit A, curriculum vitae,
3         marked for identification, as of this
4         date.)
5     LOUIS  ALEDORT,
6         called as a witness, having been first duly
7         sworn by a Notary Public of the State of
8         New York, was examined and testified as
9         follows:
10        THE COURT REPORTER:  Can you state
11        your name and address for the record,
12        please.
13        THE WITNESS:  Louis, L-O-U-I-S,
14        Morris, M-O-R-R-I-S, Aledort,
15        A-L-E-D-O-R-T, 300 Central Park West, New
16        York 10124.  Apartment 3H, New York.  I
17        gave you 10124.
18    EXAMINATION
19    BY MS. SHERER:
20        Q.    Good morning, Dr. Aledort.
21        A.    Good morning.
22        Q.    My name is Tomasita Sherer.  I'm an
23    attorney with MetLife.  I'm here today to ask
24    you some questions about your background and
25    experience and some of the opinions that you

2 (Pages 2 to 5)

LOUIS ALEDORT

**Page 42**

1      Aledort
2  issue.
3      Q.   Okay.  So then would it be fair to
4  say that approximately 90 percent of the 15 to
5  20 percent of the patients that come to you with
6  liver problems come to you with hepatitis C?
7      A.   No, I didn't say that.  I said C is
8  more prevalent.  They come with hemochromatosis.
9  They come with cryptogenic cirrhosis, C-R --
10  C-R-Y-P-T-O, cryptogenic.  They come with
11  metastatic disease to the liver.  They come with
12  liver disease of unknown etiology.
13      Q.   Okay.  But only approximately 10
14  percent of the 15 to 20 percent that come to you
15  with liver disease come to you with active
16  hepatitis B virus, correct?
17      A.   Well, active is a -- have hepatitis
18  B.
19      Q.   Okay.
20      A.   I don't want to separate, nor can I
21  give you percent of active versus inactive.
22      Q.   When a patient comes to you with
23  active hepatitis B do you suggest that patient
24  go to a specialist?
25      A.   They're usually sent to me by the

**Page 43**

1      Aledort
2  specialist.
3      Q.   Can you explain that just for the
4  jury what you mean?
5      A.   A lot of liver disease patients wind
6  up having major blood abnormalities for which
7  they send them to me from the liver people, from
8  the liver pathology people, the liver disease
9  people, and then there are -- people come from
10  general internists who haven't even recognized
11  that the blood disease they gave -- sent me were
12  in hep B patients who happen to have the blood
13  problems secondary to the hep B.
14      Q.   I guess what I'm trying to understand
15  is whether you would treat those patients for
16  their liver or would you recommend them to see a
17  specialist to treat their liver?
18      A.   That's a different question than you
19  asked me.
20      Q.   Okay.
21      A.   Totally different.  And I made it
22  clear from the beginning I do not give the
23  treatment.  I manage them as their overall
24  person, or I manage the blood from that
25  particular patient, and the treatment would come

**Page 44**

1      Aledort
2  from the liver people as part of this team.
3      Q.   And the liver people would mean
4  hepatologist or gastroenterologist?
5      A.   Hepatology.  I would never send to a
6  general gastroenterologist, only to a
7  hepatologist who spends their whole time
8  worrying about liver and treating liver disease.
9      Q.   Can you explain the difference
10  between a hepatologist and a gastroenterologist?
11      A.   I thought I did before.  A
12  gastroenterologist is like a general
13  hematologist, has to know all the different
14  parts of the GI system to pass the exam, but
15  many of them then track in different ways.  And
16  those who track in liver take special years in
17  liver and that's what they do the rest of their
18  life.
19      Q.   So would you agree then that a
20  hepatologist is at the top of the food chain
21  with respect to the liver disease?
22      MR. TRIEF:  Object to the form of the
23      question.  You can answer if you
24      understand.
25      A.   Food chain?  I don't know what that

**Page 45**

1      Aledort
2  means.
3      Q.   Okay.  Would you agree that the
4  hepatologist is a bet -- let me phrase it again.
5  I really liked food chain.
6      Would you agree then that a
7  hepatologist --
8      A.   I didn't like hepatologist as food.
9      Q.   -- is the most specialized in the
10  area of liver disease?
11      A.   Of all the people in gastroenterology
12  the liver guy who spent his years of training in
13  liver is the most qualified to deal with liver
14  disease and treat it.
15      MS. SHERER:  Okay.  I actually would
16      like to take just five minutes because I
17      need go to the ladies' room.  Is that okay?
18      THE WITNESS:  Please.  Take your
19      time.  It's right there.
20      (Recess taken.)
21      Q.   What I'd like to ask you about now is
22  your work as an expert.  I think you mentioned
23  earlier that you have worked before as an
24  expert.  Can you tell me approximately how many
25  times you have worked as an expert?

12 (Pages 42 to 45)

LOUIS ALEDORT

**Page 54**

1           Aledort
2   hep C epidemiology from the National Institute
3   of Cancer, which there are loads of
4   publications, all relate HIV, hep C, hep B,
5   interrelationships on outcome of patients when
6   they got infected, how long they are infected,
7   when they die, how they die, the role of
8   hepatitis as an adjunct to HIV disease, the
9   interrelationship of HBV to HCV.
10      Q.   Other than in those contexts that you
11  have just described do any of your articles
12  relate to the treatment of hepatitis B?
13      A.   No.
14      Q.   Are any of your articles about liver
15  disease?
16      A.   Yes.
17      Q.   Which ones?
18      A.   All the articles that relate to HIV,
19  HCV and hep B, all those articles the major
20  cause of death in those people were liver
21  disease.
22      Q.   Are any of your articles about the
23  treatment of liver disease?
24      A.   Yes. All the ones about HCV from the
25  NCI, which is the epidemiology of HCV and these

**Page 55**

1           Aledort
2   blood donor recipients, biologic recipients --
3       Q.   Other than --
4           MR. TRIEF:  Wait, wait. Let him
5       finish.
6           MS. SHERER:  I'm sorry. Finish.
7           THE WITNESS:  You told me not to stop
8       you.
9           MS. SHERER:  I'm very sorry. I hope
10      this was the first time I've interrupted
11      you.
12      A.   -- talked about the concomitant
13  treatment, most of it has been HCV and HIV
14  together, HCV alone or no treatment at all,
15  little on the treatment of HBC per se, and, as I
16  stated before, I have not written on HBC
17  treatment.
18      Q.   Other than in the transfusion context
19  are any of your articles about the treatment of
20  liver disease?
21      A.   I have never written about the
22  treatment of liver disease.
23      Q.   Do any of your articles discuss the
24  prevalence of hepatitis B in the Asian
25  population?

**Page 56**

1           Aledort
2       A.   No.
3       Q.   I know that you've also written about
4   hepatitis C, correct?
5       A.   Yes.
6       Q.   Can you explain the difference
7   between hepatitis B and hepatitis C to the jury?
8       A.   Absolutely could. Would you like me
9   to spend today and tell you?
10      Q.   Could you tell me generally?
11      A.   Yeah. The epidemiology is different.
12  Hepatitis B is transmitted sexually, needle
13  stick and vertically.
14      Q.   Other than -- I'm sorry.
15      A.   Hepatitis C is transmitted by blood,
16  rarely sexually unless you're extremely
17  promiscuous, and needle stick and mainly through
18  transfusion.
19      Q.   What about the affects of hepatitis B
20  versus hepatitis C on the liver?
21      A.   Hepatitis B is frequently fulminant
22  and needing a liver transplant. Hepatitis B is
23  almost -- is more frequently cleared than hep C
24  by a long shot since a very small percent of
25  people wind up being hepatitis B antigen

**Page 57**

1           Aledort
2   positivity, except in the transfusion group that
3   it's higher than the general population. It is
4   with hepatitis C only 20 percent gets cleared --
5   20 to 25 percent is cleared spontaneously where
6   98 percent of B is cleared spontaneously. There
7   is a vaccine for hep B and not for C. C is --
8   can lead to chronic hepatitis in approximately
9   25 to 30 percent leading to liver failure
10  markedly increased with HIV, not true for B, and
11  has an increased incidence if uncontained of
12  hepatocellular carcinoma. We have no vaccine
13  for hep C.
14          MR. TRIEF:  Could you read it back?
15      Dr. Aledort, would you listen to -- I just
16      want to make sure that we got it correct.
17      It was long.
18          THE WITNESS:  Sure. I'm sorry.
19          MR. TRIEF:  That's okay.
20          (Record read.)
21          THE WITNESS:  Correct. And the
22      opening sentence is on the relative scale.
23      C almost never presents fulminant but B
24      can.
25      Q.   With respect to what you just stated

ESQUIRE DEPOSITION SERVICES
1-800-944-9454

LOUIS ALEDORT

**Page 74**

1     Aledort
2  at every other part of his body and find there
3  was nothing wrong. I have no idea if he only
4  did lab tests and never looked at him as a human
5  being. I have no idea.
6     Q.  Okay.
7     A.  So I can't say he never did anything
8  else.
9     Q.  Well, maybe I should rephrase the
10  question. What I'm asking is in accordance with
11  the medical records that you've reviewed was
12  Mr. Lin seeing Dr. Kam for any other medical
13  condition other than hepatitis B?
14     A.  I would say he saw him and his
15  attention was focused on his hepatitis B
16  management and follow up.
17     Q.  And anything else?
18     A.  Well, he found a lesion in his
19  stomach and referred him to somebody else, so he
20  did find something else.
21     Q.  Okay. Other than the lesion that he
22  found in his stomach and referred him to someone
23  else was there anything else that Dr. Kam was
24  looking at?
25     A.  I can't tell you that because he

**Page 75**

1     Aledort
2  wouldn't have found something in his stomach if
3  he didn't look at everything. So I would say
4  he's probably a good internist and hepatologist,
5  but there's nothing in the record except that he
6  found something that he looked for.
7     Q.  Why was Mr. Lin to your knowledge
8  seeing Dr. Kam every six months after his
9  treatment with interferon?
10     A.  As I stated before, because it's the
11  recommended follow up of somebody who has
12  successfully treated with -- for his hepatitis
13  B.
14     Q.  And at all times that Mr. Lin was
15  seeing Dr. Kam wouldn't you agree that at all
16  times he was a hepatitis B carrier?
17     A.  Not at all times. His E antigen was
18  negative for a short period of time and then
19  reverted back.
20     Q.  What about the surface antigen?
21     A.  It almost never goes away even if
22  you're -- even if you don't have any virus. It
23  only goes away about five percent of the cases
24  treated successfully even today.
25     Q.  So would you agree that at all times

**Page 76**

1     Aledort
2  Mr. Lin showed a surface antigen positive for
3  hepatitis B?
4     A.  It's just what I just said.
5     Q.  Is that yes?
6     A.  Yes.
7     Q.  Was Dr. Kam a gastroenterologist to
8  your knowledge?
9     A.  I have no idea.
10     Q.  Do you know whether he was a
11  hepatologist?
12     A.  I have no idea. I assume he is.
13     Q.  Do you know whether he was board
14  certified in hepatology or gastroenterology?
15     A.  I'm sure you asked in a deposition,
16  but I do not remember.
17     Q.  Do you even know who Dr. Kam is
18  professionally?
19     A.  Absolutely never heard of him before.
20     Q.  Now, I asked you why Mr. Lin
21  continued to see Dr. Kam for monitoring every
22  six months from January of '99 through 2005; do
23  you remember that?
24     A.  Yes, I sure do.
25     Q.  Why -- you testified I believe that

**Page 77**

1     Aledort
2  that would be the standard practice; is that
3  right?
4     A.  Well, I just testified like 30
5  seconds ago, yes.
6     Q.  Why is that the standard practice or
7  why is continued monitoring necessary?
8     A.  Because someone who's E antigen is
9  positive, and -- and you use the term
10  appropriately, carrier they follow because we
11  have many treatments if you should happen to
12  have a resurgence of your hepatitis B so they
13  monitor the laboratory and physical exam to
14  ensure that you remain in the same status you've
15  been following your treatment.
16     Q.  And would you agree that a resurgence
17  is possible?
18     A.  Yes.
19     Q.  In your letter to Mr. Trief you state
20  that, quote, a large number of Asians infected
21  with hepatitis B spontaneously recover from the
22  condition and a large number are treated
23  successfully, correct?
24     A.  Correct.
25     Q.  What do you base that opinion on?

20 (Pages 74 to 77)

LOUIS ALEDORT

**Page 78**

1          Aledort
2      A.   The literature, some of which you
3   have, that with interferon about 30 percent
4   responded now with a variety of drugs.  One of
5   the papers I think there is about the drugs.
6   It's much, much higher as similar to the
7   treatment of HCV so that today with early
8   detection, the ability to measure viral titer
9   most Asians are undergoing therapy for -- for
10  this and have a very high success rate and then
11  get followed to make sure they don't have
12  resurgence because there's no medications that
13  put them back into remission again.
14      Q.   Can you tell me which paper you're
15  relying on that relates to Asians infected with
16  hepatitis B spontaneously recovering?
17          MR. TRIEF:  Objection to the form of
18      the question.  You can answer if you
19      understand.
20      A.   The -- I don't think there's a
21  specific paper.  When I say spontaneous recovery
22  means when infected they clear it.  Different
23  from longstanding.  Spontaneous does not mean
24  you had it for a long time.  I did not
25  differentiate acute infection from chronic.

**Page 79**

1          Aledort
2   Chronic infection is not spontaneously remitted.
3   Acute infection has a high rate of clearing.
4      Q.   Okay.
5      A.   Asian or non-Asian.
6      Q.   I guess what I'm trying to figure out
7   is are there any articles that you've relied on
8   either that are here that we've marked or that
9   you can recall that specifically study Asian
10  infection?
11      A.   Yeah.
12          MR. TRIEF:  Wait just a minute.
13      Objection to the form of the question.
14      Using the word relied on.  You can answer
15      it if you understand it.
16          THE WITNESS:  Yeah.  Number one, I
17      don't like the word relied on either.  No,
18      for one reason, you have a body of
19      knowledge for 40 years of practicing and
20      reading, one doesn't pick out an article
21      and an article today, very well-quoted by
22      Ralph Engel (ph), today's apple's
23      tomorrow's core and you throw it in the
24      garbage.  So what we know today can change
25      dramatically tomorrow.

**Page 80**

1          Aledort
2      Q.   What I'm just trying to figure out is
3   which article specifically relates to Asians
4   being affected with hepatitis B that you
5   reviewed in connection with this case?
6      A.   There are articles, and I can't
7   remember which one, and it may or may not be in
8   that stack.
9      Q.   Well, I'd like to show you the stack
10  just so we can rule that out because --
11      A.   It may not be there, but there are
12  articles on Asians.  There are.  But most of
13  them are not about anything other than the ones
14  who stay infected.  I just want to see if any of
15  these specifically focus on the -- I don't think
16  this group does, but there are articles.
17      Q.   Let me rephrase the question just so
18  we have the record clear.  Is there any article
19  that you have given me here today which relates
20  to Asians spontaneously recovering from
21  hepatitis B?
22      A.   Nope.
23      Q.   Can you recall as we sit here today
24  the title of one such article?
25      A.   Nope, no.

**Page 81**

1          Aledort
2      Q.   How do you know that a large number
3   of Asians spontaneously recover?
4      A.   I want it very clear that they
5   recover from the acute infection and that's from
6   watching and treating and being involved in
7   management of such patients in this major
8   clinical center and the well-known articles on
9   acute infection with hep C and the prevalence of
10  hep C positivity in different ethnic groups from
11  acute infection.
12      Q.   Now, you did say hep C.  Did you mean
13  to say that?
14      A.   Hep B.  I'm sorry.  I meant B.  Hep C
15  response is only very recently recognized
16  clearance.
17      Q.   And you would agree that you were not
18  discussing the chronic hepatitis B situation,
19  simply the acute, correct?
20      A.   I made that quite clear.
21      Q.   So would you then agree that a large
22  number of Asians with chronic hepatitis B do not
23  spontaneously recover from the condition?
24      A.   I said they don't.
25      Q.   And even the Asians with acute

21 (Pages 78 to 81)

LOUIS ALEDORT

**Page 82**

1             Aledort
2 infection who spontaneously recover would you
3 agree that even with them the majority of them
4 do not lose the surface antigen?
5     A.   No, they do. The ones who recover
6 lose everything.
7     Q.   Okay.
8     A.   They are -- that's different from the
9 treatment of chronic. They clear everything.
10     Q.   Okay. So I just want to make sure I
11 understand your definition of recover.
12     A.   I said -- go ahead.
13     Q.   Well --
14     A.   They recover means they have cleared
15 the infection. They are now antibody positive,
16 surface antibody positive, because the body has
17 attacked and gotten rid of the antibody -- of
18 the virus.
19     Q.   Now, would you agree that Mr. Lin
20 never fell into that category?
21     A.   Absolutely did not.
22     Q.   In other words, to be clear, he never
23 lost the surface -- he was never surface
24 antibody positive, correct?
25     A.   Correct, but that's not the

**Page 83**

1             Aledort
2 definition. He was picked up having hepatitis B
3 that wasn't spontaneously cleared.
4     Q.   I'm not sure I understand.
5     A.   When he was diagnosed he was not
6 cleared. He had virus. He had markers. You
7 could be core antibody positive and be cleared,
8 but he wasn't any of those. See, he's never
9 been a cleared patient when he was first
10 diagnosed.
11     Q.   What about later? What about during
12 the course of his treatment?
13     A.   I said when he was diagnosed. I was
14 very clear about that. And I said he cleared
15 his infection for a short time and then his E
16 antigen came positive again and that's what put
17 him into the carrier state.
18     Q.   And he never lost the surface
19 antigen?
20     A.   I said he did not lose the surface
21 antigen and only five percent clear the surface
22 antigen with successful treatment.
23     Q.   So then would you agree that he never
24 recovered?
25     A.   No, I didn't say that at all. He

**Page 84**

1             Aledort
2 didn't clear. The word recover his liver
3 function recovered and became normal.
4     Q.   Okay. But --
5     A.   And his DNA disappeared.
6     Q.   But he didn't clear the virus from
7 his system?
8     A.   Because his E antigen remained
9 positive.
10     Q.   Are you aware approximately 90
11 percent of children affected perinatally in
12 Asians become chronic carriers of the virus?
13     A.   Yeah, if they're not treated.
14     Q.   You say if they are not treated. So
15 I just want to make sure I understand. If they
16 are treated or successfully treated, as you've
17 said, would you then say that they're not
18 chronic carriers?
19     A.   Some will be and some will not be.
20 But now we're talking about a different group of
21 people. We don't know the etiology of this
22 man's hepatitis B.
23     Q.   Well, didn't you state in your letter
24 that -- let me just find it.
25     A.   I didn't say he was vertically

**Page 85**

1             Aledort
2 transmitted.
3     Q.   Do you know how he became infected?
4     A.   No.
5     Q.   I thought --
6     MR. TRIEF: It says often. The word
7 often is --
8     MS. SHERER: I thought that in your
9 letter you --
10     THE WITNESS: It's often vertically
11 transmitted. It didn't say he was.
12     MS. SHERER: Okay.
13     THE WITNESS: In fact, it's clear
14 from the record that nobody was positive
15 whether he had it his whole life or he just
16 got it two years before, six months before.
17     Q.   Well, based on your experience, based
18 on your 40 years of experience, do you think you
19 have a guess either way how he got it?
20     A.   How could you possibly guess?
21     MR. TRIEF: Objection to --
22     THE WITNESS: How could you possibly
23 guess? I never guess at etiologies.
24 Sorry. I didn't mean to interrupt you.
25     MR. TRIEF: It's okay.

22 (Pages 82 to 85)

LOUIS ALEDORT

**Page 86**

1      Aledort
2      Q.   Okay.  In paragraph three of your
3  letter you note that Dr. Kam prescribed
4  interferon therapy for Mr. Lin beginning in
5  September of 1998, correct?
6      A.   Correct.
7      Q.   Why did he do that if you could
8  explain to the jury?
9      A.   Because at the time it was the only
10 treatment for hep B and he wanted to see if he
11 could put him in -- get him better.
12     Q.   And are there different treatments
13 available now?
14     A.   Yes.  A variety of treatments, some
15 actually that crossover to treat HIV as well.
16     Q.   Do you have an opinion as to whether
17 those treatments are better or worse?
18     A.   Better.
19     Q.   In what way?
20     A.   Higher percent response.
21     Q.   Is there also a lower percent of
22 resurgence or do you know either way?
23     A.   I don't think they know very
24 long-term.
25     Q.   When --

**Page 87**

1      Aledort
2      A.   But the recommendations are the same
3  therefore they watch to see about reoccurrence
4  in all the patients whose liver function get
5  better.  The virus disappears, recommendations
6  today as they were then every six months you see
7  the patient.
8      Q.   And interferon treatment was for
9  approximately six months until February of '99,
10 correct?
11     A.   Right.
12     Q.   What were the results of the
13 interferon treatment?
14     A.   He got a great response.
15     Q.   Is it your opinion with a reasonable
16 degree of medical certainty that he could never
17 have become an active virus carrier after this?
18     A.   I said he was a carrier therefore the
19 question is -- is moot.
20     Q.   Well, I don't know if I said this,
21 but I meant become an active virus carrier?
22     A.   That's why they follow them every six
23 months to see where the -- the viral titer is,
24 what's happened to his liver physically, the
25 whole bit.

**Page 88**

1      Aledort
2      Q.   So are you then agreeing that he was
3  an active virus carrier the entire time?
4      A.   What do you mean by active?  You
5  define that.
6      Q.   Okay.  Well, let's get back to the
7  interferon treatment.  You said he had a great
8  response?
9      A.   Yes.
10     Q.   Okay.  By that do you mean that he
11 went from active stage to inactive stage?
12     A.   He went from a guy whose liver
13 function was abnormal to normal.  He went from a
14 guy who had lots of virus in his blood to
15 undetectable.  He went -- and those are the most
16 important in terms of his infectivity.
17     Q.   Okay.  So my follow-up question was
18 then is it your opinion with a reasonable degree
19 of medical certainty that he could never have
20 become -- that he could have gone into the
21 reverse?
22     A.   I never said that.
23     Q.   I mean, that's my question for you
24 right now.
25     A.   I said I never said it.

**Page 89**

1      Aledort
2      Q.   Would you agree or disagree?
3      A.   There's no way that you could
4  guarantee that he would not have a resurgence.
5  That's why you follow them every six months
6  because there are different treatments that
7  could put him back to where he started again
8  before if that should happen, which did not.
9      Q.   And since you did review Mr. Lin's
10 medical records from Dr. Kam would you agree
11 that the only treatment Mr. Lin received was
12 interferon therapy?
13     A.   That's correct.  For his hepatitis B
14 because he developed cancer for which he got
15 other treatments.
16     Q.   But he never used any of the new
17 treatments that you discussed earlier?
18     A.   He wasn't -- didn't need to.
19     Q.   Okay.  During the course of his
20 treatment, Mr. Lin's treatment with Dr. Kam,
21 would you agree that his lab records showed that
22 he became active again?
23     A.   No.  Well, I would say the antigen
24 recovered, went back to positivity, which I've
25 said now about four times, and that means that

23 (Pages 86 to 89)

**LOUIS ALEDORT**

**Page 98**

1        Aledort
2   he should have been given medication to suppress
3   viral activity given his history of hepatitis B?
4        MR. TRIEF: Objection. Irrelevant.
5        A.  I have no comment on his cancer
6   treatment because I --
7        Q.  If you know.
8        A.  No, it's irrelevant. I will not
9   comment. I know what I think, but it's
10  irrelevant to this discussion.
11       Q.  Tell me what you think. I'm not sure
12  I got that.
13       A.  No, I don't think I should have to
14  tell you what I think.
15       MR. TRIEF: Just explain how it would
16  be relevant how he would be treated for
17  liver -- for stomach cancer.
18       Q.  My question to you is whether he
19  should have been given in your opinion --
20       MR. TRIEF: But in what relevance
21  would it have to this lawsuit at all? If
22  you can just tell me the relevance I have
23  no problem him answering it.
24       MS. SHERER: I don't think I have to
25  do that. I don't think I have to do that.

**Page 99**

1        Aledort
2        MR. TRIEF: It has to be something.
3        MS. SHERER: Either you answer or you
4   won't answer or you can't answer or refuse
5   to answer. I don't have to let you know my
6   thinking behind the question.
7        MR. TRIEF: Right. I don't think he
8   has to answer a question about unrelated
9   treatment unless there's some relevancy to
10  that treatment. If you can just give me an
11  offer of proof I'll be happy to let him
12  answer.
13       MS. SHERER: This is related to the
14  statement that you made in your expert
15  report stating that his death was
16  completely unrelated to the diagnosis of
17  hepatitis B.
18       MR. TRIEF: How is that related?
19       MS. SHERER: And that is all.
20       THE WITNESS: I still believe that
21  100 percent even if he had a reoccurrence
22  at that time during the treatment.
23       Q.  So, okay. So you're saying that even
24  if he had -- even if he had a reoccurrence of
25  hepatitis B during his cancer treatment that

**Page 100**

1        Aledort
2   would have nothing to do with his death?
3        A.  Correct. He died of metastatic
4   cancer of the stomach.
5        Q.  Are you aware that Dr. Lee requested
6   HBC DNA results in his -- in his final
7   treatment?
8        A.  I have never been asked to look at,
9   nor have I read anything about the time he was
10  diagnosed and treated for his cancer.
11       Q.  Okay. So you did not review Dr.
12  Lee's medical records in forming your opinion
13  then?
14       A.  I made it quite clear twice that I've
15  never read anything about the management of this
16  man's cancer.
17       Q.  So you never read Dr. Lee's medical
18  records, correct?
19       A.  I never read his records.
20       Q.  Okay. In paragraph four of your
21  letter to Mr. Trief you indicate that
22  Mr. Lin's -- quote, Mr. Lin's lab tests results
23  over the period of time that he was treated and
24  monitored by Dr. Kam verify that he was, and I
25  have dot, dot, dot, successfully treated and

**Page 101**

1        Aledort
2   cured of hepatitis B, correct?
3        A.  Correct, that's what I wrote.
4        Q.  Now, what is the time period that he
5   was treated and monitored by Dr. Kam?
6        A.  From the time he finished interferon
7   until he was sent to be treated for his cancer.
8        Q.  And that was until --
9        A.  It's all in my note. He was finished
10  in February and then he was followed to '05 and
11  then he was sent off to be treated by some other
12  specialist in his stomach cancer.
13       Q.  You stated that because his hepatitis
14  B was no longer active, quote, there was no
15  impact on his longevity or survival, correct?
16       A.  Correct.
17       Q.  Do you still agree with that
18  statement as we sit here today?
19       A.  100 percent.
20       Q.  Isn't it a fact that as a hepatitis B
21  carrier there is a significant risk of
22  developing liver cell cancer?
23       A.  No. Not significant. There is
24  absolutely not a single piece of literature that
25  corroborates they are significantly at risk

26 (Pages 98 to 101)

LOUIS ALEDORT

**Page 110**

1           Aledort
2 sitting around a room telling you what they
3 think and the group of experts say I think this
4 is the way we ought write it.  Guidelines are
5 not scientific articles, yet journals publish
6 them because people always want to have
7 guidelines to help them, and insurance companies
8 love.
9     Q.   And isn't it correct that these
10 guidelines cite to scientific research?
11    A.   Yeah.
12    Q.   To back up their opinions?
13    A.   So what?
14    Q.   Well, you don't put much stock in --
15    A.   Not guidelines.
16    Q.   -- these guideline articles?
17    A.   No, I didn't say that.  I said
18 whether or not they're gospel is very different.
19    Q.   Okay.
20    A.   Neither is a given article gospel,
21 that's why I quoted Ralph Engel who
22 appropriately said things change all the time.
23    Q.   Okay.  But I just want to make sure I
24 understand.  With respect to the paragraph that
25 I read into the record do you have an opinion

**Page 111**

1           Aledort
2 either way whether you agree or disagree with
3 the statements that I've read?
4     A.   I can't disagree with chronic because
5 I don't know what they mean.  They have
6 guidelines.  They don't tell me enough
7 information.  If I had a Chinese patient
8 tomorrow and tried to fit it into that guideline
9 I'd have a lot of trouble because it doesn't
10 tell me 10 years, 8 years, 15, forever.  And
11 what about the acute one that then stays
12 chronic?  We don't have any idea from those
13 articles.
14    Q.   But wouldn't you agree that this
15 article indicates that the risk of developing
16 liver cell cancer is higher in the Asian
17 hepatitis B carrier population?
18    A.   Chronic carrier, and I just clearly
19 defined that we don't know how chronic carrier
20 this patient is.
21    Q.   But if he was a chronic carrier then
22 you would agree that the risk of him developing
23 liver cell cancer would be higher than the
24 general population, correct?
25    A.   I would not agree or disagree.

**Page 112**

1           Aledort
2     Q.   But you just said --
3     A.   Because that's a consensus statement
4 without the literature and I have to know
5 whether it's a significant increment or not.
6 Somebody slightly higher means nothing to us
7 medically.
8     Q.   Okay.  Do you know -- do you know if
9 it means something to an underwriter?
10    A.   I have no idea.  I'm not an
11 underwriter, nor do I spend my time with them.
12    Q.   Okay.  Now that we --
13    A.   Can you tell me how long you're going
14 to go on?  I'll take a quick break.  I'll take a
15 biologic break.
16    Q.   Actually, can I ask one more question
17 so we can clear that and then we'll go off the
18 record to talk about scheduling?
19    A.   That's fine.
20    Q.   Now that we have reviewed your report
21 is there anything that you would like to change,
22 add or clarify?
23    A.   Well, I'll clarify the word cure if
24 you'd like.
25    Q.   Yes.

**Page 113**

1           Aledort
2     A.   That the man -- the patient was told
3 he was cured and many people would use that term
4 to a patient like that rather than try to
5 explain that he has become a carrier.  That's
6 all I would say.
7     Q.   Why?  Why would they do that?
8     A.   Because the chances of anything bad
9 happening to him were so small and young people
10 are pretty anxious so you tell them that, but he
11 made it clear we have to follow you to make sure
12 it's -- nothing else happens.  So the -- a lot
13 of people use that term but he cured him of his
14 acute B infection, that he did do, but he turned
15 him into a carrier.
16    Q.   But would you agree that the general
17 population doesn't have to test for this every
18 six months, correct?
19    A.   Of course not.  You don't even test
20 them period.
21    Q.   So someone in his status would be
22 treated differently than the general population?
23    A.   I just said that.  The guy used the
24 term that a lot of people would use, and he did
25 cure him of his acute infection.  So using the

29 (Pages 110 to 113)

LOUIS ALEDORT

**Page 114**

Aledort

1                   Aledort
2  word cure, and that's what I meant here, he was
3  cured of acute infection but he is a carrier,
4  and I don't know whether the guy ever used that
5  term with this patient. It's not in the chart.
6      Q.  Okay.
7      A.  He just said cured.
8      MS. SHERER: Thank you very much, Dr.
9  Aledort. We're going to take a break now.
10     (Recess taken.)
11     MS. SHERER: Okay. We're back on the
12  record. I'm next going to mark Exhibit E,
13  which is a clean copy of Dr. Clain's report
14  without your handwritten notes on it.
15     MR. TRIEF: Sneaky. You had it all
16  along.
17     MS. SHERER: I'm sorry.
18     THE WITNESS: Why can't I have it
19  back with my notes?
20     MS. SHERER: Well, I want to ask you
21  about this one.
22     THE WITNESS: You just said without
23  my notes.
24     MS. SHERER: Yes, because we have
25  another one that we've marked with your

**Page 115**

1                   Aledort
2  notes. I brought this one with me before I
3  knew you had one. I'm going to mark this
4  separately.
5     (Aledort Exhibit E, report, marked
6  for identification, as of this date.)
7     MS. SHERER: But I will show you the
8  one you have with your notes as well.
9     THE WITNESS: Okay.
10     MS. SHERER: Here's the clean one.
11  And here's the one with your -- with your
12  notes.
13     Q.  Okay. Do you have any specific
14  opinions with regard to what Dr. Clain stated?
15     MR. TRIEF: Can you -- objection to
16  form. If you could -- I don't mind you
17  asking any specific thing. He has a number
18  of particular pages --
19     MS. SHERER: Well --
20     MR. TRIEF: -- in here.
21     MS. SHERER: I just wanted to start
22  with the general question and then we can
23  get more specific.
24     Q.  If there's anything that comes to
25  your mind generally?

**Page 116**

1                   Aledort
2     MR. TRIEF: Objection. You can
3  answer if you can.
4     Q.  I mean, you have reviewed the expert
5  report of Dr. Clain, correct?
6     A.  Yeah, of course.
7     Q.  And I guess my question to you
8  generally is what do you think about it?
9     MR. TRIEF: Objection.
10     Q.  And then we'll narrow --
11     A.  Too general. I won't make a comment.
12  Why would I say anything that would either, you
13  know -- it's too general. You can't ask me
14  that. You can ask it I won't answer.
15     Q.  Okay. Let's look at section by
16  section then. How about that? Okay. Section
17  one page two Dr. Clain titled it indication of
18  chronic hepatitis B infection in application of
19  Bang C. Lin to Metropolitan Life Insurance
20  Company. Do you have --
21     A.  I have no comments about it.
22     Q.  I'm sorry. Let me just finish the
23  question for the record.
24     A.  Sorry.
25     Q.  -- any comments with respect to

**Page 117**

1                   Aledort
2  section one?
3     A.  No.
4     Q.  Okay. Let's look at section two.
5  Dr. Clain titles that recorded history of -- of
6  chronic hepatitis B in Bang C. Lin. Okay. Do
7  you have any opinions with respect to that
8  section which --
9     A.  Well, I had several comments on that.
10  You're counting the whole section two, three and
11  going to four, correct?
12     Q.  I'm counting the last paragraph of
13  page two, all of page three and a sentence of
14  page four.
15     MR. TRIEF: That's what you said.
16     A.  That's what I just said. That's what
17  I just said. I think he does not comment about
18  negative DNA. In that first paragraph ending on
19  the first paragraph that you see on page three
20  just talks about HBsAg as marker of persistence.
21     Q.  I want to make sure I'm following
22  you. You're now referring to --
23     A.  The last sentence on page three of
24  the first paragraph that's at the top.
25     Q.  And he states HBsAg is marker of

**30 (Pages 114 to 117)**

LOUIS ALEDORT

**Page 126**

1          Aledort
2     A.   I would like it modified to mildly
3   moderate -- minor, a minor increment because
4   that's what -- that's the truth.
5     Q.   So you would then agree that the risk
6   of cancer of the liver exceeds the incidence in
7   a minor increment in populations who are not
8   infected with hepatitis B?
9     A.   Correct.
10    Q.   Do you have any other comments to
11  paragraph two of section two?
12    A.   No.
13    Q.   What about paragraph three now of
14  section two?
15    A.   I think several occasions is not
16  totally accurate. I think there was one that
17  became negative and then it became positive.
18    Q.   You're referring to the several
19  occasions phrase in the second sentence of
20  paragraph three?
21    A.   Yeah. I'm not sure that it's
22  correct. I can't swear to it because I don't
23  have every single visit. It came positive and
24  negative. There were negatives and positives.
25    Q.   But do you -- you would not agree

**Page 127**

1          Aledort
2   with the word several?
3     A.   Well, it's okay. It's not a big
4   deal.
5     Q.   Any other comments?
6     A.   Yeah, I think that the -- those
7   positive values I would have stated the values
8   were above reported by the lab but more than
9   likely of no significant increment at all
10  because of technology at that time.
11    Q.   So you would not agree with Dr.
12  Clain's opinion that the fluctuations of DNA are
13  well-known occurrences in the course of treated
14  patients with chronic hepatitis B?
15    A.   No, I didn't say that at all. I just
16  told you what I had a problem with, that he was
17  unequivocal that they were positive.
18    Q.   Would you agree with Dr. Clain that
19  HBV DNA fluctuations are well-known occurrences
20  in the course of treated patients with chronic
21  hepatitis B?
22    A.   Where do you see that?
23    Q.   It's in the middle of the paragraph,
24  the second sentence that begins, the HBeAg and
25  HBV DNA fluctuations were not lab errors as

**Page 128**

1          Aledort
2   suggested by Dr. Kam but well-known occurrences
3   in the course of treated or untreated patients
4   with chronic hepatitis B?
5     A.   I don't have trouble with the
6   sentence, but that implies that those were
7   positives. There's nothing wrong with the
8   sentence that there are people who go from
9   negative to positive measurements of viral
10  titers because that's why 20,000 is the cutoff
11  because sometimes there will be 6,000 or 4,000
12  in the best of studies. These numbers exhumes
13  are positive and that's the area that I take
14  some issue with period.
15    Q.   Because you don't believe those
16  numbers were positive?
17    A.   Correct.
18    Q.   And how do you know they were lab
19  errors?
20    A.   In our studies during that period of
21  time in the epidemiology of transfusion
22  transmitted disease we evaluated these assays
23  and found them to be all over the place in the
24  early phase one of these measurements. Markedly
25  improved now with PCR, which means that the

**Page 129**

1          Aledort
2   number that was a cut off really wasn't a good
3   cutoff because of the vagaries of the test.
4   It's just a testing issue.
5     Q.   Could the tests have been accurate?
6     A.   Probably not at those low numbers.
7     Q.   Okay. Is there any other comments
8   you have to that paragraph?
9     A.   Nope.
10    Q.   And then the last paragraph of
11  section two, do you have any comments to that?
12    A.   I would have trouble with the word
13  strong.
14    Q.   Which sentence is that?
15    A.   It's only one there. It's a strong
16  possibility. That's inaccurate. That's
17  reactivation. There is a possibility. Strong
18  starts talking about statistics and likelihood.
19    Q.   And that's in the fifth sentence of
20  the fourth paragraph?
21    A.   The next to the last --
22    Q.   Next to last sentence?
23    A.   Line four above the end.
24    Q.   Okay. So just to be clear for the
25  record you would disagree that there's a strong

33 (Pages 126 to 129)

LOUIS ALEDORT

|  | Page 130 |
|---|---|
| 1 | Aledort |
| 2 | possibility that there was activation of his |
| 3 | chronic hepatitis B, correct? |
| 4 | A.   Yes. |
| 5 | Q.   Do you think that there was a |
| 6 | possibility, however? |
| 7 | A.   I said that before. |
| 8 | Q.   That's a yes? |
| 9 | A.   Yes. |
| 10 | Q.   Do you have any other comments to |
| 11 | that paragraph? |
| 12 | A.   Nope. |
| 13 | Q.   Okay.  The next is section three |
| 14 | which Dr. Clain titles general description of |
| 15 | hepatitis B viral infection.  Do you have any |
| 16 | comments to paragraph one? |
| 17 | A.   I have no comments on all the |
| 18 | paragraphs on this page.  How about that? |
| 19 | Instead of reading paragraph by paragraph. |
| 20 | Q.   What about section four?  Do you have |
| 21 | any comments to section four? |
| 22 | A.   Let me just go back one second to |
| 23 | five only because it's the same clarification I |
| 24 | made before so I didn't think I had to say it |
| 25 | again that the only comment he makes about |

|  | Page 131 |
|---|---|
| 1 | Aledort |
| 2 | follow up is for liver cancer, not reactivation. |
| 3 | Q.   Where are you looking? |
| 4 | A.   Last paragraph -- page five, standard |
| 5 | practice of patients in all categories continue |
| 6 | to be indefinitely for cancer.  It's as if |
| 7 | that's the only thing, focus always on cancer |
| 8 | rather than inactivation, so that you could be |
| 9 | retreated.  He said it before in the other -- he |
| 10 | just restates it exactly the same way. |
| 11 | Q.   So you would agree with Dr. Clain, |
| 12 | however, you would add that patients should |
| 13 | continue to be monitored indefinitely for |
| 14 | reactivation as well? |
| 15 | MR. TRIEF:  Objection to the form of |
| 16 | the question. |
| 17 | Q.   Is that right? |
| 18 | A.   I want to add that it's not fully |
| 19 | accurate.  That's all. |
| 20 | Q.   Because? |
| 21 | A.   Because he left out measuring, |
| 22 | looking for reactivation. |
| 23 | Q.   So then I just want to make sure I |
| 24 | understand what you're saying.  You're saying |
| 25 | that patients in all categories should be |

|  | Page 132 |
|---|---|
| 1 | Aledort |
| 2 | monitored for reactivation as well as cancer? |
| 3 | MR. TRIEF:  Objection to form of the |
| 4 | question.  You can answer. |
| 5 | A.   Again, I'm just adding.  Why would I |
| 6 | object to something that's already there if all |
| 7 | I'm doing is adding something? |
| 8 | Q.   Do you have any other comments to |
| 9 | section three? |
| 10 | A.   Nope. |
| 11 | Q.   What about section four? |
| 12 | A.   Yes. |
| 13 | Q.   Should we do it paragraph -- |
| 14 | A.   No, only the last paragraph. |
| 15 | Q.   Okay. |
| 16 | A.   It is inaccurate statement was and |
| 17 | always remained at significant risk of death |
| 18 | from liver cell cancer after his interferon |
| 19 | treatment.  He used the data inaccurately. |
| 20 | Q.   What do you disagree with in that |
| 21 | sentence, the word significant? |
| 22 | A.   You're darn right. |
| 23 | Q.   Okay.  Would you agree that Mr. Lin |
| 24 | remained at a risk of death from liver cell |
| 25 | cancer? |

|  | Page 133 |
|---|---|
| 1 | Aledort |
| 2 | A.   A minimal, minimal, and it's the same |
| 3 | statements I've made throughout.  He has |
| 4 | exaggerated this well beyond his own references |
| 5 | as well as the literature he based it on. |
| 6 | Q.   Would you agree that this minimal |
| 7 | risk was over and above the ordinary risk of |
| 8 | liver cell cancer in the general population due |
| 9 | to his status as a hepatitis B carrier? |
| 10 | A.   Minimal is not significant and very |
| 11 | hard to differentiate from the general |
| 12 | population.  That's the reason everybody looks |
| 13 | for statistical significance versus not.  If |
| 14 | it's not statistically significant it may not in |
| 15 | any way be greater than the general population. |
| 16 | Q.   So I just want to make sure I |
| 17 | understand -- |
| 18 | A.   I didn't finish my sentence. |
| 19 | Q.   Okay. |
| 20 | A.   Particularly in a patient without |
| 21 | cirrhosis, which he did not have, which is also |
| 22 | frequently left out of this whole discussion, |
| 23 | but I'm not going to make a big issue out of it. |
| 24 | Q.   I just want to make sure I understand |
| 25 | your answer.  Do you believe that Mr. Lin was at |

34 (Pages 130 to 133)

LOUIS ALEDORT

**Page 134**

1       Aledort
2  a minimally greater risk of having liver cell
3  cancer than the general population?
4       MR. TRIEF:  That was just asked.  It
5    was just asked a second ago.
6       MS. SHERER:  I didn't hear it.
7       A.  My answer is probably not an
8  elevation, but they all talk about it but since
9  there are no statistics it may be within the
10  range of the normal population which is what I
11  said all the way along therefore the -- there is
12  enormous education of the cancer issue which is
13  all this statement keeps -- his whole statement
14  keeps focusing on.
15       Q.  Now, I did hear you say that you felt
16  that it was exaggerated, but what I'm trying to
17  figure out from you is whether you think there
18  is any additional risk or not?
19       A.  And I made it clear that no one is
20  sure.
21       Q.  So you don't know?
22       A.  No one knows.
23       Q.  Do you know Dr. Clain professionally
24  or otherwise?
25       A.  Absolutely not.

**Page 135**

1       Aledort
2       Q.  Do you have an opinion as to his
3  credentials?
4       A.  Nope.  I don't even know if I know
5  them.
6       Q.  Do you know them?
7       A.  I just said I don't even know if I
8  know them.
9       Q.  Okay.  That means you don't, right?
10  I just want to --
11       A.  I don't, and if I did I do not know
12  them at this moment when you're asking me about
13  what I think about his credentials.
14       Q.  Okay.  Now, in section one of his
15  report, which you did not have any comments on,
16  Dr. Clain discusses the application of Mr. Lin
17  for the life insurance that is at issue in this
18  case.  Have you seen that application before?
19       A.  You asked me that before, and I said
20  I do not remember, nor do I feel competent to
21  comment on the application or anything related
22  to the insurance company and the application.
23       Q.  Okay.  Well, I'm going to see if I
24  can refresh your recollection.
25       A.  I don't want to comment on it.  I am

**Page 136**

1       Aledort
2  not an expert about insurance or applications.
3  I've applied once in my life, period.
4       Q.  I haven't asked you the question yet.
5       A.  I may not answer, but go ahead.
6       MR. TRIEF:  You can look at it.
7       Q.  You may be able to answer it.  I may
8  ask you a question that you may be able to
9  answer.
10       A.  Go ahead.
11       MS. SHERER:  Now, I'm going to mark
12  this as the next exhibit which is F, and I
13  want to ask you --
14       MR. TRIEF:  Do you have a copy for
15  me?
16       MS. SHERER:  Yes, I do.
17       MR. TRIEF:  This is Exhibit F?
18       MS. SHERER:  Yes.  After it's been
19  marked I want to ask you if by looking at
20  what's been marked if it refreshes your
21  recollection that you were shown this
22  application by Mr. Trief.
23       (Aledort Exhibit F, application,
24  marked for identification, as of this
25  date.)

**Page 137**

1       Aledort
2       THE WITNESS:  What do you -- there's
3  a huge thing here.  What do you want me to
4  look at?
5       Q.  I want you to take a look at what was
6  marked as Exhibit F, and I want to ask you first
7  whether you've ever seen this document before?
8       A.  No, I don't think so.
9       Q.  Okay.  Now, in Dr. Clain's report in
10  section one Dr. Clain notes that Mr. Lin marked
11  no to a question regarding whether he had ever
12  received any treatment, attention or advice for
13  hepatitis, among other diseases.  My question
14  for you is based on your review of the medical
15  records in this case do you believe that Mr. Lin
16  received treatment, attention or advice for
17  hepatitis?
18       MR. TRIEF:  Objection to the question
19  as it's asked.  You can ask -- you can ask
20  him specifically whether he believes that
21  he received treatment, attention or
22  otherwise, but you can't tie it into a
23  document he's never seen before.  So I
24  don't mind --
25       MS. SHERER:  Can you repeat the

35 (Pages 134 to 137)

LOUIS ALEDORT

**Page 142**

1  Aledort
2  answer the question?
3      MR. TRIEF: No, I'm instructing him
4  not to answer. You can get a ruling for
5  that. He's not going to give you an
6  opinion as to what underwriting issues
7  should occur or what a person should do on
8  an application policy. He's not going to
9  do it.
10     MS. SHERER: I need it clear.
11     MR. TRIEF: I'm going to instruct on
12  all these questions.
13     Q.  Are you refusing to answer the
14  question?
15     MR. TRIEF: I'm instructing not to
16  answer.
17     A.  He's instructed me and he's my
18  lawyer.
19     MR. TRIEF: I'm the lawyer and he's
20  going to listen to me and you can take a
21  ruling on that.
22     Q.  Were you ever given any records from
23  Dr. Huang to review in formulating your opinions
24  for this case?
25     A.  I don't remember. Probably not, but

**Page 143**

1  Aledort
2  I don't remember.
3  RQ
4      MS. SHERER: If when you are doing
5  your search for other records that you
6  might have in your possession that are
7  related to this case if you come across any
8  records from Dr. Huang I'd like to request
9  that you turn them over to your lawyer.
10     Q.  Are you aware that there were two
11  other life insurance policies applied for on the
12  life of Mr. Lin?
13     A.  No.
14     Q.  Have you seen any other applications
15  for life insurance other than this one?
16     MR. TRIEF: Objection. He has not
17  seen this one.
18     A.  I haven't seen this.
19     Q.  Right. I know. Now my question is
20  have you seen any other life insurance
21  application?
22     A.  Other implies that I've seen this.
23     Q.  Well, now you've seen this one. I
24  showed it to you today. Other than the
25  application that I've shown you today --

**Page 144**

1  Aledort
2      A.  I don't think so.
3      Q.  Were you aware that Mr. Lin applied
4  for a life insurance policy in May of 1999?
5      A.  No. I'm not aware of dates of people
6  and their insurance in this case, the dates of
7  anybody applying for another insurance policy.
8      Q.  Are you aware of whether or not Ms.
9  Lin received payment for her claims on other
10  life insurance policies?
11     A.  I don't have the foggiest idea of
12  whether she got a dime from anybody.
13     Q.  Are you aware of whether or not
14  Mr. Lin disclosed his treatment for hepatitis B
15  on any other life insurance application?
16     A.  I have not seen any other insurance
17  application.
18     Q.  Do you know anything about the
19  contestable period of life insurance
20  applications?
21     A.  Not really.
22     Q.  When you say not really are you
23  thinking of anything in particular?
24     A.  Just know that there is such a word.
25     Q.  Okay.

**Page 145**

1  Aledort
2      A.  I don't even know my own insurance
3  whether -- what's the contestable.
4      Q.  Are you aware Mr. Lin died within the
5  contestable period of the MetLife policy at
6  issue in this case?
7      A.  I'm not sure I know that exactly. I
8  may assume that that's part of the legal issue
9  here is that somebody didn't pay him, otherwise
10  it wouldn't be a legal issue, whether it was
11  within or not. I wasn't -- didn't focus any
12  attention on if that was the issue.
13     Q.  Would you agree with Dr. Clain's
14  statement that HS -- HBsAg is a marker of
15  persistence of the virus?
16     A.  Yes.
17     Q.  Do you agree with Dr. Clain's
18  conclusion that continuing suppression of the
19  virus after treatment largely depends on the
20  subject's immune system?
21     A.  I didn't even pay attention to that,
22  but that's the whole issue of whether or not you
23  clear or not clear your virus.
24     Q.  So would you agree that the immune
25  system is key?

37 (Pages 142 to 145)