*Exhibit L*

MetLife
700 Quaker Lane, PO Box 330, Warwick, RI 02887-0330

**File Copy**

Name _____  Destroy Date _____
                                                          Micro Date _____
                                                          Refer Date _____

Branch Office      95L

Agency            818-1 (Judy Huang)

Re:    Insured    Bang Chao Lin
        Policy     204 126 416 ET

Inquiries on this recently issued policy are being made at this time. A necessary part of this process is to have the writing agent complete the report below. Please complete this form and return immediately to our office directing it to PERSONAL LIFE CLAIMS - Att: Shelby Lyons.

1. Please state circumstances surrounding the writing of application (canvassed for - number of times, asked for by applicant, etc.)

   _____
   _____
   _____

2. How long did you know the applicant?

   _____

3. Is there other Metropolitan Insurance inforce in the home?

   _____

   If so, how frequently did you call at the home?

   _____

   Did you usually see the Insured?

   _____

4. Are you related to the Insured? _____

5. Did you know of any illness, medical attention, or health impairment involving the insured or a dependent, if any, not admitted on the application, or have knowledge of any impairment at the time of the delivery of the policy?

   _____
   _____
   _____

ML LIN 00264

6. Were there any policies on the applicant or dependent cash surrendered within six months prior to or six months subsequent to the writing of the application? If so, include policy number and whether premium paying or paid up.

   _____
   _____
   _____
   _____

7. Were all questions on application asked at the time of writing the application and all answers recorded as given by applicant?

   _____
   _____
   _____
   _____

8. REMARKS: added remarks may be written on reverse of this letter.

   _____        _____
   DATE                              SIGNATURE - TITLE

If you have any questions, please contact me at 401-827-3019.

Sincerely,

*Shelby Lyons*

Shelby Lyons
MetLife Claims Unit
3881773

October 2, 2006

ML LIN 00265



17800 Castleton Street, Suite 518
City of Industry, CA 91748

**MetLife®**

10/19/06

To: Shelly Lyons.    (Page 1)

Re: Bang C. Lin
    204 126 416 ET

Dear Shelly,

Judy Y. Huang
LUTCF
Financial Services Executive
CA Insurance Lic. # 0B36741
Registered Representative

(626) 854-8886 ext. 150
(626) 854-8883 FAX
(626) 890-1118 CELL
jhuang5@metlife.com

Here is the reply for this policy's claim:

1). After an annual review with my client, we discovered additional needs for more life insurance. They decide to buy another 15 yrs Term policy from me and plans to convert into a permanent policy few year later.

2). I have know the client for 7 to 8 years.

3). There are three more MetLife's policies in the household.

④). I call or contact with this client three or four times a year.
    I met the client at his office most of the time.

4). I am "NOT" related to the client.

5). Mr. Lin was a very healthy man. Even though when he was busy at work, he also always very happy and friendly when I visit him.

6). Mr. Lin never had any other life policy beside MetLife's two policies.

Life insurance and annuities offered by Metropolitan Life Insurance Company, New York, NY 10166.
Mutual funds offered by MetLife Securities, Inc., New York, NY 10166.

ML LIN 00163

178⬚⬚ Castleton Street, Suite 518
Cit⬚ ⬚ Industry, CA 91748

**MetLife®**

Re: ⬚⬚⬚⬚ C. Lin (204 126 416 E7)   *(page 2)*

7) Yes,
all the questions on application asked
at the time of writing the applications
and all answers recorded as given by
applicant.

8)

⬚/19/06

*[signature: Judy Hug]*

Judy Y. Huang
LUTCF
Financial Services Executive
CA Insurance Lic. # 0B36741
Registered Representative

(626) 854-8886 ext. 150
(626) 854-8883 FAX
(626) 890-1118 CELL
jhuang5@metlife.com

Life insurance and annuities offered by Metropolitan Life Insurance Company, New York, NY 10166.
Mutual funds offered by MetLife Securities, Inc. New York, NY 10166.

ML LIN 00164