HEPATOLOGY, November 2005

Some authors have suggested that HCC patients may have mutated estrogen receptors that cannot be blocked by tamoxifen,[307] but by megestrol.[308] Again, the small number of patients in which this agent has been tested prevents any firm conclusion.

### Transarterial Embolization and Chemoembolization

HCC exhibits intense neo-angiogenic activity during its progression.[150] At very early stages the tumor is not highly vascularised and its blood supply comes from the portal vein. As the tumor grows the blood supply becomes progressively arterialized, so that even well differentiated HCC is mostly dependent on the hepatic artery for blood supply. This characteristic provides the pathologic basis for the radiological characteristics that are used to diagnose the disease. It also provides the rationale to support arterial obstruction as an effective therapeutic option. Acute arterial obstruction induces ischemic tumor necrosis with a high rate of objective responses. Hepatic artery obstruction is performed during an angiographic procedure and is known as transarterial, or intracatheter arterial embolization (TAE). When TAE is combined with the prior injection into the hepatic artery of chemotherapeutic agents, usually mixed with lipiodol, the procedure is known as transarterial chemoembolization (TACE). Hepatic artery obstruction can be achieved by the injection or placement of several agents. Gelfoam carefully prepared as 1mm cubes is the most frequently used agent, but polyvinyl alcohol,[309] alcohol,[310] starch microspheres,[311] metallic coils[312] or even autologous blood clots[313] have also been used. Gelfoam powder should be not be used as this may cause biliary damage.[314]

The procedure requires the advancement of the catheter into the hepatic artery and then to lobar and segmental branches aiming to be as selective as possible so as to induce only minimal injury to the surrounding non-tumorous liver. Multifocal HCC involving both hepatic lobes may require the obstruction of the total hepatic artery blood flow.

Chemotherapy has to be injected prior to arterial obstruction. It is usual to suspend chemotherapy in lipiodol, an oily contrast agent used for lymphographic studies. Lipiodol is selectively retained within the tumor and this expands the exposure of the neoplastic cells to chemotherapy. The dose of chemotherapy to be administered has to be distributed among the affected lobes. If the tumor affects only one lobe, it is common policy to inject 25% of the agent into the lobe free of tumor with the objective of treating potentially undetected clones. Several chemotherapeutic agents have been used for TACE, but the most common is to inject adriamycin or cisplatin.[315]

TAE and TACE are considered for patients with nonsurgical HCC that are also ineligible for percutaneous ablation, provided there is no extrahepatic tumor spread. The main contraindication is the lack of portal blood flow (because of portal vein thrombosis, portosystemic anastomoses or hepatofugal flow). Patients with lobar or segmental portal vein thrombosis are poor candidates for TACE, as this will cause necrosis of the tumor and of the non-tumorous liver deprived of blood supply. This increases the risk of treatment-related death due to liver failure. Patients with advanced liver disease (Child–Pugh class B or C) and/or clinical symptoms of end-stage cancer should not be considered for these treatments as they have an increased risk of liver failure and death.

The side effects of intra-arterial injection of chemotherapy are the same as for systemic administration: nausea, vomiting, bone marrow depression, alopecia and potentially renal failure. Hepatic artery obstruction with acute ischemia of the HCC is associated with the so-called post-embolization syndrome. This appears in more than 50% of the patients and consists of fever, abdominal pain and a moderate degree of ileus. Fasting is required for 24 hours and IV hydration is mandatory. Prophylactic antibiotics are not routinely used[316] Fever is a reflection of tumor necrosis, but a minority of patients may develop severe infectious complications such as hepatic abscess or cholecystitis. The post-embolization syndrome is usually self-limited in less than 48 hours and the patients can be discharged from the hospital.

Both TAE and TACE induce extensive tumor necrosis in more than 50% of the patients.[192] Treatment response is assessed by the decrease in the concentration of tumor markers and the identification of large intra-tumoral necrotic areas and reduction in tumor burden in dynamic CT or MRI.[3] Immediately after arterial obstruction it is possible to see intra-tumoral bubbles that reflect tissue liquefaction The evaluation of the treatment response should take into account the induction of intra-tumoral necrotic areas in estimating the decrease in tumor load, and not just a reduction in overall tumor size.[3] According to conventional WHO criteria the reported rate of objective responses ranges between 16% and 60%,[192,315] there being no differences between TAE and TACE. Fewer than 2% of treated patients achieve a complete response. During follow-up the residual tumor nests recover their blood supply and the tumor continues to grow. This consideration prompts treatment repetition either at regular intervals or "a la demande" as there is no prospective comparison to support one or other strategy.[315]

The tumor progression rate is reduced after treatment and this translates into a lower risk of vascular invasion.

Response to treatment is associated with a significant improvement in survival. Cumulative meta-analysis of all published RCT indicate that patient survival is significantly improved.[184] Until very recently, the gain in survival reported in individual trials was not statistically significant.[194,317-319] However, studies performed in Barcelona[320] and Hong Kong[321] reported a significant impact on survival have changed this negative statement. It has to be emphasized that the available trials are heterogeneous both in terms of patients profile, treatment schedule and agent used. Thus, it has still to be determined which are the best obstructing agents, the optimal chemotherapeutics and the most effective re-treatment schedule.

The improvement in survival in treated patients ranges from 20% to 60% at 2 years,[315] but it is clear that the relevance of the improvement as compared to their outcome if untreated, is largely dependent on the patients baseline characteristics regarding tumor stage, liver function and general health status.

### Recommendations

*19. TACE is recommended as first line non-curative therapy for non-surgical patients with large/multifocal HCC who do not have vascular invasion or extrahepatic spread (level I).*

*20. Tamoxifen, antiandrogens, octreotide or hepatic artery ligation/embolization are not recommended (level I). Other options such as radio-labelled Yttrium glass beads, radio-labelled lipiodol or immunotherapy cannot be recommended as standard therapy for advanced HCC outside clinical trials.*

*21. Systemic or selective intra-arterial chemotherapy is not recommended and should not be used as standard of care (level II).*

### Treatment Algorithm

As previously stated, the establishment of an evidence-based treatment strategy for HCC patients relies on fewer than one hundred RCT, assessing all of the possible treatment strategies. Almost all the treatment recommendations, therefore, are based on a critical reading of observational studies. In the clinical setting patients should be stratified by disease stage. For each stage there should be an indicated treatment. This is the basis for the BCLC scheme as depicted in Fig. 2.[17,19,322] The strategy combines in a single proposal staging, indicated treatment and estimation of prognosis, and it can be applied to the majority of patients evaluated for HCC.

Patients diagnosed at an early HCC stage are optimal candidates for resection, liver transplantation or percutaneous ablation. Resection is considered for patients with single tumors, absence of clinically relevant portal hypertension and normal bilirubin. Tumor size is not a limiting factor, but it is uncommon to resect patients with tumors >5cm. Transplantation is considered in patients with 3 nodules <3 cm or with single tumors ≤5 cm with liver function impairment precluding resection. If a long waiting time (>6 months) is expected resection or percutaneous treatments are recommended prior to OLT. Living donor transplantation should also be considered. Percutaneous ablation is indicated in patients with small nonsurgical HCC. If these options are not feasible, patients have to be considered for palliation.

Transarterial chemoembolization is indicated in asymptomatic patients with multinodular tumors that have not invaded vessels nor been disseminated outside the liver. This type of patient is the best candidate for this approach, particularly if they still meet the criteria for Child–Pugh A stage. Treated patients who respond to therapy have an improved survival and thus, this is the last effective option in conventional clinical practice.

Patients who present with a more advanced stage because of liver failure or tumor growth with vascular involvement/extrahepatic spread or physical impairment reflected by a markedly impaired performance status (<2)[189-191] will not benefit from any treatment option, even one with known efficacy in earlier disease. Accordingly, the optimal policy for these subjects is to attempt to enroll them in research studies testing new agents either within phase 2 investigations or within RCT. The optimal design of such studies should be the comparison of any intervention vs. placebo or the best supportive care as currently practiced. There is no proof that any of the available agents has any impact on survival.

Finally, patients at a terminal stage with deeply impaired physical status (performance status >2) and/or massive tumor burden with heavily impaired liver function should receive symptomatic treatment to avoid unnecessary suffering.

## Future Perspectives

This practice guideline has depicted the current status regarding the diagnosis, staging and treatment of HCC. As discussed, there are several areas where active research is needed, ranging from molecular pathogenesis to detection, diagnosis and treatment. The elucidation of the molecular steps that determine the transition from non-malignant to malignant should allow the stratification of patients according to the distinct pathways that led to cancer and also provide for new preventive and therapeutic strategies. Identification of new biomarkers to establish the risk of cancer and/or detect its appearance at a preclin-

ical stage are urgently needed. The current therapeutic approach also needs significant improvement. Treatments able to provide initial cure are hampered by a significant rate of disease recurrence and there is also a need for effective adjuvant therapies. Finally, the therapeutic options for patients with advanced HCC have limited impact and thus, development of new agents and strategies for this group of patients is of major relevance. Fortunately, the awareness of these needs by official agencies such as the National Institutes of Health has increased the resources allocated for sponsoring research in this area. Hence, the action plan of the liver disease section (www.niddk.nih.gov/fund/divisions/ddn/ldrb/ldrb_action-_plan.htm) includes specific goals in the field of liver cancer. Hopefully, in the years to come the management of patients with HCC will offer a completely different perspective in which both prevention and treatment will have significantly decreased the number of HCC related deaths.

*Acknowledgment:* The authors thank the AASLD Practice Guidelines Committee for their help in the preparation of this practice guideline. This committee, in concert with F. Fred Poordad, M.D., and Margaret C. Shuhart, M.D., M.S., as the lead reviewers, provided extensive peer review of this manuscript. The members of the Practice Guidelines Committee include K. Rajender Reddy, M.D., Chair, Andres Cardenas, M.D., MMSc, Robert L. Carithers, Jr., M.D., Stanley M. Cohen, M.D., Timothy J. Davern, M.D., Thomas W. Faust, M.D., Steven L. Flamm, M.D., Gregory J. Gores, M.D., Steven-Huy B. Han, M.D., Elizabeth Hespenheide, MSN, ACNP, Michael R. Lucey, M.D., David R. Nelson, M.D., F. Fred Poordad, M.D., Margaret C. Shuhart, M.D., MS, Brent A. Tetri, M.D., Zobair M. Younossi, M.D., MPH, and Nizar N. Zein, M.D..

## References

1. Eddy DM. Manual for Assessing Health Practices and Designing Practice Guidelines. Philadelphia, PA: American College of Physicians, 1996.
2. American Gastroenterological Association Medical Position Statement: guidelines for the use of enteral nutrition. Gastroenterology 1995;108: 1280-1281.
3. Bruix J, Sherman M, Llovet JM, Beaugrand M, Lencioni R, Burroughs AK, et al. Clinical Management of Hepatocellular carcinoma: conclusions of the Barcelona–2000 EASL Conference. J Hepatol 2001;35:421-430.
4. El Serag HB, Mason AC. Rising incidence of hepatocellular carcinoma in the United States. N Engl J Med 1999; 340:745-750.
5. Parkin DM, Bray F, Ferlay J, Pisani P. Estimating the world cancer burden: Globocan 2000. Int J Cancer 2001;94:153-156.
6. Deuffic S, Poynard T, Buffat L, Valleron AJ. Trends in primary liver cancer. Lancet 1998;351:214-215.
7. Stroffolini T, Andreone P, Andriulli A, Ascione A, Craxi A, Chiaramonte M, et al. Characteristics of hepatocellular carcinoma in Italy. J Hepatol 1998;29:944-952.
8. Taylor-Robinson SD, Foster GR, Arora S, Hargreaves S, Thomas HC. Increase in primary liver cancer in the UK, 1979-94. Lancet 1997;350: 1142-1143.
9. Bosch FX, Ribes J, Diaz M, Cleries R. Primary liver cancer: worldwide incidence and trends. Gastroenterology 2004;127(5 Suppl 1):S5-S16.
10. Zhang BH, Yang BH, Tang ZY. Randomized controlled trial of screening for hepatocellular carcinoma. J Cancer Res Clin Oncol 2004;130:417-422.
11. Chen JG, Parkin DM, Chen QG, Lu JH, Shen QJ, Zhang BC, et al. Screening for liver cancer: results of a randomised controlled trial in Qidong, China. J Med Screen 2003;10:204-209.
12. Welch HG, Schwartz LM, Woloshin S. Are increasing 5-year survival rates evidence of success against cancer? JAMA 2000;283:2975-2978.
13. McMahon BJ, Bulkow L, Harpster A, Snowball M, Lanier A, Sacco et al. Screening for hepatocellular carcinoma in Alaska natives infected with chronic hepatitis B: a 16-year population-based study. HEPATOLOGY 2000;32(4 Pt 1):842-846.
14. Wong LL, Limm WM, Severino R, Wong LM. Improved survival with screening for hepatocellular carcinoma. Liver Transpl 2000;6:320-325.
15. Oka H, Kurioka N, Kim K, Kanno T, Kuroki T, Mizoguchi Y, et al. Prospective study of early detection of hepatocellular carcinoma in patients with cirrhosis. HEPATOLOGY 1990;12(4 Pt 1):680-687.
16. Bolondi L, Sofia S, Siringo S, Gaiani S, Casali A, Zironi G, et al. Surveillance programme of cirrhotic patients for early diagnosis and treatment of hepatocellular carcinoma: a cost-effectiveness analysis. Gut 2001;48:251-259.
17. Llovet JM, Burroughs A, Bruix J. Hepatocellular carcinoma. Lancet 2003;362:1907-1917.
18. Liu JH, Chen PW, Asch SM, Busuttil RW, Ko CY. Surgery for hepatocellular carcinoma: does it improve survival? Ann Surg Oncol 2004;11: 298-303.
19. Llovet JM, Bru C, Bruix J. Prognosis of hepatocellular carcinoma: the BCLC staging classification. Semin Liver Dis 1999;19:329-338.
20. Yamamoto J, Iwatsuki S, Kosuge T, Dvorchik I, Shimada K, Marsh JW, et al. Should hepatomas be treated with hepatic resection or transplantation? Cancer 1999;86:1151-1158.
21. Molmenti EP, Marsh JW, Dvorchik I, Oliver JH III, Madariaga J, Iwatsuki S. Hepatobiliary malignancies. Primary hepatic malignant neoplasms. Surg Clin North Am 1999;79:43-57, viii.
22. Bismuth H, Majno PE, Adam R. Liver transplantation for hepatocellular carcinoma. Semin Liver Dis 1999;19:311-322.
23. Michel J, Suc B, Montpeyroux F, Hachemanne S, Blanc P, Domergue J, et al. Liver resection or transplantation for hepatocellular carcinoma? Retrospective analysis of 215 patients with cirrhosis. J Hepatol 1997;26: 1274-1280.
24. Llovet JM, Bruix J, Gores GJ. Surgical resection versus transplantation for early hepatocellular carcinoma: clues for the best strategy. HEPATOLOGY 2000;31:1019-1021.
25. Yao FY, Ferrell L, Bass NM, Watson JJ, Bacchetti P, Venook A, et al. Liver transplantation for hepatocellular carcinoma: expansion of the tumor size limits does not adversely impact survival. HEPATOLOGY 2001; 33:1394-1403.
26. Otto G, Heuschen U, Hofmann WJ, Krumm G, Hinz U, Herfarth C. Survival and recurrence after liver transplantation versus liver resection for hepatocellular carcinoma: a retrospective analysis. Ann Surg 1998; 227:424-432.
27. Llovet JM, Fuster J, Bruix J. Intention-to-Treat Analysis of Surgical Treatment for Early Hepatocellular Carcinoma: Resection Versus Transplantation. HEPATOLOGY 1999;30:1434-1440.
28. Arii S, Yamaoka Y, Futagawa S, Inoue K, Kobayashi K, Kojiro M, et al. Results of surgical and nonsurgical treatment for small-sized hepatocellular carcinomas: A retrospective and nationwide survey in japan. HEPATOLOGY 2000;32:1224-1229.
29. Poon RT, Fan ST, Lo CM, Liu CL, Wong J. Long-term survival and pattern of recurrence after resection of small hepatocellular carcinoma in

patients with preserved liver function: implications for a strategy of salvage transplantation. Ann Surg 2002;235:373-382.

30. Jonas S, Bechstein WO, Steinmuller T, Herrmann M, Radke C, Berg T, et al. Vascular invasion and histopathologic grading determine outcome after liver transplantation for hepatocellular carcinoma in cirrhosis. HEPATOLOGY 2001;33:1080-1086.

31. Naimark D, Naglie G, Detsky AS. The meaning of life expectancy: what is a clinically significant gain? J Gen Intern Med 1994;9:702-707.

32. Laupacis A, Feeny D, Detsky AS, Tugwell PX. How attractive does a new technology have to be to warrant adoption and utilization? Tentative guidelines for using clinical and economic evaluations. CMAJ 1992;146: 473-481.

33. Sarasin FP, Giostra E. Hadengue A. Cost-effectiveness of screening for detection of small hepatocellular carcinoma in western patients with Child-Pugh class A cirrhosis. Am J Med 1996;101:422-434.

34. Arguedas MR, Chen VK, Eloubeidi MA, Fallon MB. Screening for hepatocellular carcinoma in patients with hepatitis C cirrhosis: a cost-utility analysis. Am J Gastroenterol 2003;98:679-690.

35. Lin OS, Keeffe EB, Sanders GD, Owens DK. Cost-effectiveness of screening for hepatocellular carcinoma in patients with cirrhosis due to chronic hepatitis C. Aliment Pharmacol Ther 2004;19:1159-1172.

36. Beasley RP, Hwang LY, Lin CC, Chien CS. Hepatocellular carcinoma and hepatitis B virus. A prospective study of 22 707 men in Taiwan. Lancet 1981;2:1129-1133.

37. Koike K, Tsutsumi T, Fujie H, Shintani Y, Kyoji M. Molecular mechanism of viral hepatocarcinogenesis. Oncology 2002;62(Suppl 1):29-37.

38. Beasley RP. Hepatitis B virus as the etiologic agent in hepatocellular carcinoma. HEPATOLOGY 1982;2(Suppl):21S-26S.

39. Sakuma K, Saitoh N, Kasai M, Jitsukawa H, Yoshino I, Yamaguchi M et al. Relative risks of death due to liver disease among Japanese male adults having various statuses for hepatitis B s and e antigen/antibody in serum: a prospective study. HEPATOLOGY 1988;8:1642-1646.

40. Villeneuve JP, Desrochers M, Infante-Rivard C, Willems B, Raymond G, Bourcier M et al. A long-term follow-up study of asymptomatic hepatitis B surface antigen-positive carriers in Montreal. Gastroenterology 1994; 106:1000-1005.

41. McMahon BJ, Alberts SR, Wainwright RB, Bulkow L, Lanier AP. Hepatitis B-related sequelae. Prospective study of 1400 hepatitis B surface antigen-positive Alaska native carriers. Arch Intern Med 1990;150:1051-1054.

42. Sherman M, Peltekian KM, Lee C. Screening for hepatocellular carcinoma in chronic carriers of hepatitis B virus: incidence and prevalence of hepatocellular carcinoma in a North American urban population. HEPATOLOGY 1995;22:432-438.

43. Fattovich G, Brollo L, Giustina G, Noventa F, Pontisso P, Alberti A, et al. Natural history and prognostic factors for chronic hepatitis type B. Gut 1991;32:294-298.

44. Manno M, Camma C, Schepis F, Bassi F, Gelmini R, Giannini F et al. Natural history of chronic HBV carriers in northern Italy: morbidity and mortality after 30 years. Gastroenterology 2004;127:756-763.

45. Hsu YS, Chien RN, Yeh CT, Sheen IS, Chiou HY, Chu CM, et al. Long-term outcome after spontaneous HBeAg seroconversion in patients with chronic hepatitis B. HEPATOLOGY 2002;35:1522-1527.

46. de Franchis R, Meucci G, Vecchi M, Tatarella M, Colombo M, Del Ninno E, et al. The natural history of asymptomatic hepatitis B surface antigen carriers. Ann Intern Med 1993;118:191-194.

47. Sanchez-Tapias JM, Costa J, Mas A, Bruguera M, Rodes J. Influence of hepatitis B virus genotype on the long-term outcome of chronic hepatitis B in western patients. Gastroenterology 2002;123:1848-1856.

48. Fattovich G. Natural history of hepatitis B. J Hepatol 2003;39(Suppl 1):S50-S58.

49. Yang HI, Lu SN, Liaw YF, You SL, Sun CA, Wang LY, et al. Hepatitis B e antigen and the risk of hepatocellular carcinoma. N Engl J Med 2002; 347:168-174.

50. Evans AA, Chen G, Ross EA, Shen FM, Lin WY, London WT. Eight-year follow-up of the 90,000-person Haimen City cohort: I. Hepatocel-

lular carcinoma mortality, risk factors, and gender differences. Cancer Epidemiol Biomarkers Prev 2002;11:369-376.

51. Huo TI, Wu JC, Lee PC, Chau GY, Lui WY, Tsay SH, et al. Seroclearance of hepatitis B surface antigen in chronic carriers does not necessarily imply a good prognosis. HEPATOLOGY 1998;28:231-236.

52. Yuen MF, Wong DK, Sablon E, Tse E, Ng IO, Yuan HJ et al. HBsAg seroclearance in chronic hepatitis B in the Chinese: virological, histological, and clinical aspects. HEPATOLOGY 2004;39:1694-1701.

53. Fattovich G, Giustina G, Realdi G, Corrocher R, Schalm SW. Long-term outcome of hepatitis B e antigen-positive patients with compensated cirrhosis treated with interferon alfa. European Concerted Action on Viral Hepatitis (EUROHEP). HEPATOLOGY 1997;26:1338-1342.

54. Fattovich G, Giustina G, Sanchez-Tapias J, Quero C, Mas A, Olivotto PG et al. Delayed clearance of serum HBsAg in compensated cirrhosis B: relation to interferon alpha therapy and disease prognosis. European Concerted Action on Viral Hepatitis (EUROHEP) [see comments]. Am J Gastroenterol 1998;93:896-900.

55. Yu MW, Chang HC, Liaw YF, Lin SM, Lee SD, Liu CJ, et al. Familial risk of hepatocellular carcinoma among chronic hepatitis B carriers and their relatives. J Natl Cancer Inst 2000;92:1159-1164.

56. Kew MC, Marcus R, Geddes EW. Some characteristics of Mozambican Shangaans with primary hepatocellular cancer. S Afr Med J 1977:51:306-309.

57. Kew MC, Macerollo P. Effect of age on the etiologic role of the hepatitis B virus in hepatocellular carcinoma in blacks. Gastroenterology 1988;94: 439-442.

58. Bellentani S, Dal Morin G, Miglioli L, Croce L, Masutti F, Castiglione A. Natural history of HBV infection: a nine year follow-up of the Dionysius cohort. J Hepatology 2002;36:228S.

59. Fattovich G, Giustina G, Degos F, Tremolada F, Diodati G, Almasio P et al. Morbidity and mortality in compensated cirrhosis type C: a retrospective follow-up study of 384 patients. Gastroenterology 1997;112:463-472.

60. Niederau C, Lange S, Heintges T, Erhardt A, Buschkamp M, Hurter D, et al. Prognosis of chronic hepatitis C: results of a large, prospective cohort study. HEPATOLOGY 1998;28:1687-1695.

61. Niederau C, Heintges T, Lange S, Goldmann G, Niederau CM, Mohr L et al. Long-term follow-up of HBeAg-positive patients treated with interferon alfa for chronic hepatitis B. N Engl J Med 1996;334:1422-1427.

62. Degos F, Christidis C, Ganne-Carrie N, Farmachidi JP, Degott C, Guettier C, et al. Hepatitis C virus related cirrhosis: time to occurrence of hepatocellular carcinoma and death. Gut 2000;47:131-136.

63. Sun CA, Wu DM, Lin CC, Lu SN, You SL, Wang LY et al. Incidence and cofactors of hepatitis C virus-related hepatocellular carcinoma: a prospective study of 12,008 men in Taiwan. Am J Epidemiol 2003;157:674-682.

64. Yoshida H, Shiratori Y, Moriyama M, Arakawa Y, Ide T, Sata M, et al. Interferon therapy reduces the risk for hepatocellular carcinoma: national surveillance program of cirrhotic and noncirrhotic patients with chronic hepatitis C in Japan. IHIT Study Group. Inhibition of Hepatocarcinogenesis by Interferon Therapy. Ann Intern Med 1999;131:174-181.

65. Imbert-Bismut F, Ratziu V, Pieroni L, Charlotte F, Benhamou Y, Poynard T. Biochemical markers of liver fibrosis in patients with hepatitis C virus infection: a prospective study. Lancet 2001; 357:1069-1075.

66. Forns X, Ampurdanes S, Llovet JM, Aponte J, Quinto L, Martinez-Bauer E, et al. Identification of chronic hepatitis C patients without hepatic fibrosis by a simple predictive model. HEPATOLOGY 2002;36(4 Pt 1):986-992.

67. Callewaert N, Van Vlierberghe H, Van Hecke A, Laroy W, Delanghe J, Contreras R. Noninvasive diagnosis of liver cirrhosis using DNA sequencer-based total serum protein glycomics. Nat Med 2004;10:429-434.

68. Moriyama M, Matsumura H, Aoki H, Shimizu T, Nakai K, Saito T, et al. Long-term outcome, with monitoring of platelet counts, in patients with chronic hepatitis C and liver cirrhosis after interferon therapy. Intervirology 2003;46:296-307.

69. Velazquez RF, Rodriguez M, Navascues CA, Linares A, Perez R, Sotorrios NG, et al. Prospective analysis of risk factors for hepatocellular carcinoma in patients with liver cirrhosis. HEPATOLOGY 2003;37:520-527.

70. Giannini E, Risso D, Botta F, Chiarbonello B, Fasoli A, Malfatti F, et al. Validity and clinical utility of the aspartate aminotransferase-alanine aminotransferase ratio in assessing disease severity and prognosis in patients with hepatitis C virus-related chronic liver disease. Arch Intern Med 2003;163:218-224.

71. Pineda JA, Romero-Gomez M, Diaz-Garcia F, Giron-Gonzalez JA, Montero JL, Torre-Cisneros J, et al. HIV coinfection shortens the survival of patients with hepatitis C virus-related decompensated cirrhosis. HEPATOLOGY 2005;41:779-789.

72. Giordano TP, Kramer JR, Souchek J, Richardson P, El Serag HB. Cirrhosis and hepatocellular carcinoma in HIV-infected veterans with and without the hepatitis C virus: a cohort study, 1992-2001. Arch Intern Med 2004;164:2349-2354.

73. Rosenthal E, Poiree M, Pradier C, Perronne C, Salmon-Ceron D, Geffray L, et al. Mortality due to hepatitis C-related liver disease in HIV-infected patients in France (Mortavic 2001 study). AIDS 2003;17:1803-1809.

74. Puoti M, Bruno R, Soriano V, Donato F, Gaeta GB, Quinzan GP, et al. Hepatocellular carcinoma in HIV-infected patients: epidemiological features, clinical presentation and outcome. AIDS 2004;18:2285-2293.

75. Coelho-Little ME, Jeffers LJ, Bernstein DE, Goodman JJ, Reddy KR, De Medina M, et al. Hepatitis C virus in alcoholic patients with and without clinically apparent liver disease. Alcohol Clin Exp Res 1995;19:1173-1176.

76. Befrits R, Hedman M, Blomquist L, Allander T, Grillner L, Kinnman N, et al. Chronic hepatitis C in alcoholic patients: prevalence, genotypes, and correlation to liver disease. Scand J Gastroenterol 1995;30:1113-1118.

77. Bode JC, Alscher DM, Wisser H, Bode C. Detection of hepatitis C virus antibodies and hepatitis C virus RNA in patients with alcoholic liver disease. Alcohol Alcohol 1995;30:97-103.

78. Hassan MM, Hwang LY, Hatten CJ, Swaim M, Li D, Abbruzzese JL et al. Risk factors for hepatocellular carcinoma: synergism of alcohol with viral hepatitis and diabetes mellitus. HEPATOLOGY 2002;36:1206-1213.

79. Schoniger-Hekele M, Muller C, Kutilek M, Oesterreicher C, Ferenci P, Gangl A. Hepatocellular carcinoma in Austria: aetiological and clinical characteristics at presentation. Eur J Gastroenterol Hepatol 2000;12:941-948.

80. El Serag HB, Mason AC. Risk factors for the rising rates of primary liver cancer in the United States. Arch Intern Med 2000;160:3227-3230.

81. Adami HO, Chow WH, Nyren O, Berne C, Linet MS, Ekbom A, et al. Excess risk of primary liver cancer in patients with diabetes mellitus. J Natl Cancer Inst 1996;88:1472-1477.

82. Bugianesi E, Leone N, Vanni E, Marchesini G, Brunello F, Carucci P et al. Expanding the natural history of nonalcoholic steatohepatitis: From cryptogenic cirrhosis to hepatocellular carcinoma. Gastroenterology 2002;123:134-140.

83. Shimada M, Hashimoto E, Taniai M, Hasegawa K, Okuda H, Hayashi N, et al. Hepatocellular carcinoma in patients with non-alcoholic steatohepatitis. J Hepatol 2002;37:154-160.

84. Elmberg M, Hultcrantz R, Ekbom A, Brandt L, Olsson S, Olsson R, et al. Cancer risk in patients with hereditary hemochromatosis and in their first-degree relatives. Gastroenterology 2003;125:1733-1741.

85. Hsing AW, McLaughlin JK, Olsen JH, Mellemkjar L, Wacholder S, Fraumeni JF Jr. Cancer risk following primary hemochromatosis: a population-based cohort study in Denmark. Int J Cancer 1995;60:160-162.

86. Fracanzani AL, Conte D, Fraquelli M, Taioli E, Mattioli M, Losco A, et al. Increased cancer risk in a cohort of 230 patients with hereditary hemochromatosis in comparison to matched control patients with non-iron-related chronic liver disease. HEPATOLOGY 2001;33:647-651.

87. Caballeria L, Pares A, Castells A, Gines A, Bru C, Rodes J. Hepatocellular carcinoma in primary biliary cirrhosis: similar incidence to that in hepatitis C virus-related cirrhosis. Am J Gastroenterol 2001;96:1160-1163.

88. Elzouki AN, Eriksson S. Risk of hepatobiliary disease in adults with severe alpha 1-antitrypsin deficiency (PiZZ): is chronic viral hepatitis B or C an additional risk factor for cirrhosis and hepatocellular carcinoma? Eur J Gastroenterol Hepatol 1996;8:989-994.

89. Eriksson S, Carlson J, Velez R. Risk of cirrhosis and primary liver cancer in alpha 1-antitrypsin deficiency. N Engl J Med 1986;314:736-739.

90. Fattovich G, Giustina G, Degos F, Diodati G, Tremolada F, Nevens F et al. Effectiveness of interferon alfa on incidence of hepatocellular carcinoma and decompensation in cirrhosis type C. European Concerted Action on Viral Hepatitis (EUROHEP). J Hepatol 1997;27:201-205.

91. Benvegnu L, Chemello L, Noventa F, Fattovich G, Pontisso P, Alberti A. Retrospective analysis of the effect of interferon therapy on the clinical outcome of patients with viral cirrhosis. Cancer 1998;83:901-909.

92. Lin SM, Sheen IS, Chien RN, Chu CM, Liaw YF. Long-term beneficial effect of interferon therapy in patients with chronic hepatitis B virus infection. HEPATOLOGY 1999;29:971-975.

93. Yuen MF, Hui CK, Cheng CC, Wu CH, Lai YP, Lai CL. Long-term follow-up of interferon alfa treatment in Chinese patients with chronic hepatitis B infection: The effect on hepatitis B e antigen seroconversion and the development of cirrhosis-related complications. HEPATOLOGY 2001;34:139-145.

94. Liaw YF, Sung JJ, Chow WC, Farrell G, Lee CZ, Yuen H, et al. Lamivudine for patients with chronic hepatitis B and advanced liver disease. N Engl J Med 2004;351:1521-1531.

95. Nishiguchi S, Shiomi S, Nakatani S, Takeda T, Fukuda K, Tamori A, et al. Prevention of hepatocellular carcinoma in patients with chronic active hepatitis C and cirrhosis. Lancet 2001;357:196-197.

96. Valla DC, Chevallier M, Marcellin P, Payen JL, Trepo C, Fonck M, et al. Treatment of hepatitis C virus-related cirrhosis: a randomized, controlled trial of interferon alfa-2b versus no treatment. HEPATOLOGY 1999;29:1870-1875.

97. Camma C, Giunta M, Andreone P, Craxi A. Interferon and prevention of hepatocellular carcinoma in viral cirrhosis: an evidence-based approach. J Hepatol 2001;34:593-602.

98. HCC-Int.Interferon-alpha StudyGroup. Effect of interferon-alpha on progression of cirrhosis to hepatocellular carcinoma: a retrospective cohort study. International Interferon-alpha Hepatocellular Carcinoma Study Group. Lancet 1998;351:1535-1539.

99. Hayashi K, Kumada T, Nakano S, Takeda I, Kiriyama S, Sone Y, et al. Incidence of hepatocellular carcinoma in chronic hepatitis C after interferon therapy. Hepatogastroenterology 2002;49:508-512.

100. Ikeda K, Saitoh S, Kobayashi M, Suzuki Y, Suzuki F, Tsubota A, et al. Long-term interferon therapy for 1 year or longer reduces the hepatocellular carcinogenesis rate in patients with liver cirrhosis caused by hepatitis C virus: a pilot study. J Gastroenterol Hepatol 2001;16:406-415.

101. Tanaka H, Tsukuma H, Kasahara A, Hayashi N, Yoshihara H, Masuzawa M, et al. Effect of interferon therapy on the incidence of hepatocellular carcinoma and mortality of patients with chronic hepatitis C: a retrospective cohort study of 738 patients. Int J Cancer 2000;87:741-749.

102. Okanoue T, Itoh Y, Minami M, Sakamoto S, Yasui K, Sakamoto M, et al. Interferon therapy lowers the rate of progression to hepatocellular carcinoma in chronic hepatitis C but not significantly in an advanced stage: a retrospective study in 1148 patients. Viral Hepatitis Therapy Study Group. J Hepatol 1999;30:653-659.

103. Toyoda H, Kumada T, Nakano S, Takeda I, Sugiyama K, Kiriyama S, et al. Effect of the dose and duration of interferon-alpha therapy on the incidence of hepatocellular carcinoma in noncirrhotic patients with a nonsustained response to interferon for chronic hepatitis C. Oncology 2001;61:134-142.

104. Oka H, Tamori A, Kuroki T, Kobayashi K, Yamamoto S. Prospective study of alpha-fetoprotein in cirrhotic patients monitored for development of hepatocellular carcinoma. HEPATOLOGY 1994;19:61-66.

105. Zhang JY, Wang X, Han SG, Zhuang H. A case-control study of risk factors for hepatocellular carcinoma in Henan, China. Am J Trop Med Hyg 1998;59:947-951.

106. Colombo M, de Franchis R, Del Ninno E, Sangiovanni A, De Fazio C, Tommasini M, et al. Hepatocellular carcinoma in Italian patients with cirrhosis. N Engl J Med 1991; 325:675-680.

107. Hytiroglou P, Theise ND, Schwartz M, Mor E, Miller C, Thung SN. Macroregenerative nodules in a series of adult cirrhotic liver explants: issues of classification and nomenclature. HEPATOLOGY 1995;21:703-708.

108. Ganne-Carrie N, Chastang C, Chapel F, Munz C, Pateron D, Sibony M, et al. Predictive score for the development of hepatocellular carcinoma and additional value of liver large cell dysplasia in Western patients with cirrhosis. HEPATOLOGY 1996;23:1112-1118.

109. Lee RG, Tsamandas AC, Demetris AJ. Large cell change (liver cell dysplasia) and hepatocellular carcinoma in cirrhosis: matched case-control study, pathological analysis, and pathogenetic hypothesis. HEPATOLOGY 1997;26:1415-1422.

110. Shibata M, Morizane T, Uchida T, Yamagami T, Onozuka Y, Nakano M, et al. Irregular regeneration of hepatocytes and risk of hepatocellular carcinoma in chronic hepatitis and cirrhosis with hepatitis-C-virus infection. Lancet 1998;351:1773-1777.

111. Tiniakos DG, Brunt EM. Proliferating cell nuclear antigen and Ki-67 labeling in hepatocellular nodules: a comparative study. Liver 1999;19:58-68.

112. Ballardini G, Groff P, Zoli M, Bianchi G, Giostra F, Francesconi R, et al. Increased risk of hepatocellular carcinoma development in patients with cirrhosis and with high hepatocellular proliferation. J Hepatol 1994;20:218-222.

113. Dutta U, Kench J, Byth K, Khan MH, Lin R, Liddle C, et al. Hepatocellular proliferation and development of hepatocellular carcinoma: a case-control study in chronic hepatitis C. Hum Pathol 1998;29:1279-1284.

114. Borzio M, Trere D, Borzio F, Ferrari AR, Bruno S, Roncalli M, et al. Hepatocyte proliferation rate is a powerful parameter for predicting hepatocellular carcinoma development in liver cirrhosis. Mol Pathol 1998;51:96-101.

115. Donato MF, Arosio E, Del Ninno E, Ronchi G, Lampertico P, Morabito A, et al. High rates of hepatocellular carcinoma in cirrhotic patients with high liver cell proliferative activity. HEPATOLOGY 2001;34:523-528.

116. Saab S, Ly D, Nieto J, Kanwal F, Lu D, Raman S, et al. Hepatocellular carcinoma screening in patients waiting for liver transplantation: a decision analytic model. Liver Transpl 2003;9:672-681.

117. Llovet JM, Mas X, Aponte JJ, Fuster J, Navasa M, Christensen E, et al. Cost effectiveness of adjuvant therapy for hepatocellular carcinoma during the waiting list for liver transplantation. Gut 2002;50:123-128.

118. Trevisani F, D'Intino PE, Morselli-Labate AM, Mazzella G, Accogli E, Caraceni P, et al. Serum alpha-fetoprotein for diagnosis of hepatocellular carcinoma in patients with chronic liver disease: influence of HBsAg and anti-HCV status. J Hepatol 2001;34:570-575.

119. Pateron D, Ganne N, Trinchet JC, Aurousseau MH, Mal F, Meicler C et al. Prospective study of screening for hepatocellular carcinoma in Caucasian patients with cirrhosis [see comments]. J Hepatol 1994;20:65-71.

120. Zoli M, Magalotti D, Bianchi G, Gueli C, Marchesini G, Pisi E. Efficacy of a surveillance program for early detection of hepatocellular carcinoma. Cancer 1996;78:977-985.

121. Izuno K, Fujiyama S, Yamasaki K, Sato M, Sato T. Early detection of hepatocellular carcinoma associated with cirrhosis by combined assay of des-gamma-carboxy prothrombin and alpha-fetoprotein: a prospective study. Hepatogastroenterology 1995;42:387-393.

122. Sherman M. Alphafetoprotein: An obituary. J Hepatol 2001;34:603-605.

123. Grazi GL, Mazziotti A, Legnani C, Jovine E, Miniero R, Gallucci A, et al. The role of tumor markers in the diagnosis of hepatocellular carcinoma, with special reference to the des-gamma-carboxy prothrombin. Liver Transpl Surg 1995;1:249-255.

124. Tsai SL, Huang GT, Yang PM, Sheu JC, Sung JL, Chen DS. Plasma des-gamma-carboxyprothrombin in the early stage of hepatocellular carcinoma. HEPATOLOGY 1990;11:481-488.

125. Suehiro T, Sugimachi K, Matsumata T, Itasaka H, Taketomi A, Maeda T. Protein induced by vitamin K absence or antagonist II as a prognostic

marker in hepatocellular carcinoma. Comparison with alpha-fetoprotein. Cancer 1994;73:2464-2471.

126. Marrero JA, Su GL, Wei W, Emick D, Conjeevaram HS, Fontana RJ et al. Des-gamma carboxyprothrombin can differentiate hepatocellular carcinoma from nonmalignant chronic liver disease in American patients. HEPATOLOGY 2003;37:1114-1121.

127. Koike Y, Shiratori Y, Sato S, Obi S, Teratani T, Imamura M, et al. Des-gamma-carboxy prothrombin as a useful predisposing factor for the development of portal venous invasion in patients with hepatocellular carcinoma: a prospective analysis of 227 patients. Cancer 2001;91:561-569.

128. Yamashita F, Tanaka M, Satomura S, Tanikawa K. Monitoring of lectin-reactive alpha-fetoproteins in patients with hepatocellular carcinoma treated using transcatheter arterial embolization. Eur J Gastroenterol Hepatol 1995;7:627-633.

129. Hayashi K, Kumada T, Nakano S, Takeda I, Sugiyama K, Kiriyama S et al. Usefulness of measurement of Lens culinaris agglutinin-reactive fraction of alpha-fetoprotein as a marker of prognosis and recurrence of small hepatocellular carcinoma. Am J Gastroenterol 1999;94:3028-3033.

130. Okuda K, Tanaka M, Kanazawa N, Nagashima J, Satomura S, Kinoshita et al. Evaluation of curability and prediction of prognosis after surgical treatment for hepatocellular carcinoma by lens culinaris agglutinin-reactive alpha-fetoprotein. Int J Oncol 1999;14:265-271.

131. Kumada T, Nakano S, Takeda I, Kiriyama S, Sone Y, Hayashi et al. Clinical utility of Lens culinaris agglutinin-reactive alpha- fetoprotein in small hepatocellular carcinoma: special reference to imaging diagnosis. J Hepatol 1999;30:125-130.

132. Sato Y, Nakata K, Kato Y, Shima M, Ishii N, Koji T. et al. Early recognition of hepatocellular carcinoma based on altered profiles of alpha-fetoprotein. N Engl J Med 1993;328:1802-1806.

133. Shiraki K, Takase K, Tameda Y, Hamada M, Kosaka Y, Nakano T. A clinical study of lectin-reactive alpha-fetoprotein as an early indicator of hepatocellular carcinoma in the follow-up of cirrhotic patients. HEPATOLOGY 1995;22:802-807.

134. Taketa K, Endo Y, Sekiya C, Tanikawa K, Koji T, Taga H, et al. A collaborative study for the evaluation of lectin-reactive alpha- fetoproteins in early detection of hepatocellular carcinoma. Cancer Res 1993;53:5419-5423.

135. Ishizuka H, Nakayama T, Matsuoka S, Gotoh I, Ogawa M, Suzuki K et al. Prediction of the development of hepato-cellular-carcinoma in patients with liver cirrhosis by the serial determinations of serum alpha-L-fucosidase activity. Intern Med 1999;38:927-931.

136. Giardina MG, Matarazzo M, Morante R, Lucariello A, Varriale A, Guardasole V, et al. Serum alpha-L-fucosidase activity and early detection of hepatocellular carcinoma: a prospective study of patients with cirrhosis. Cancer 1998;83:2468-2474.

137. Capurro M, Wanless IR, Sherman M, Deboer G, Shi W, Miyoshi E, et al. Glypican-3: a novel serum and histochemical marker for hepatocellular carcinoma. Gastroenterology 2003;125:89-97.

138. Nakatsura T, Yoshitake Y, Senju S, Monji M, Komori H, Motomura Y, et al. Glypican-3, overexpressed specifically in human hepatocellular carcinoma, is a novel tumor marker. Biochem Biophys Res Commun 2003;306:16-25.

139. Paradis V, Degos F, Dargere D, Pham N, Belghiti J, Degott C, et al. Identification of a new marker of hepatocellular carcinoma by serum protein profiling of patients with chronic liver diseases. HEPATOLOGY 2005;41:40-47.

140. Sherman M. Screening for hepatocellular carcinoma. Baillieres Best Pract Res Clin Gastroenterol 1999;13:623-635.

141. Chen TH, Chen CJ, Yen MF, Lu SN, Sun CA, Huang GT, et al. Ultrasound screening and risk factors for death from hepatocellular carcinoma in a high risk group in Taiwan. Int J Cancer 2002;98:257-261.

142. Larcos G, Sorokopud H, Berry G, Farrell GC. Sonographic screening for hepatocellular carcinoma in patients with chronic hepatitis or cirrhosis: an evaluation. AJR Am J Roentgenol 1998;171:433-435.

143. Bartolozzi C, Lencioni R. In: Bartolozzi C, Lencioni R, eds. Liver Malignancies. Diagnostic and Interventional Radiology. Berlin: Springer-Verlag, 1999.

HEPATOLOGY, November 2005

144. Zhang B, Yang B. Combined alpha fetoprotein testing and ultrasonography as a screening test for primary liver cancer. J Med Screen 1999;6:108-110.

145. Kobayashi K, Sugimoto T, Makino H, Kumagai M, Unoura M, Tanaka M, et al. Screening methods for early detection of hepatocellular carcinoma. HEPATOLOGY 1985;5:1100-1105.

146. Takayasu K, Moriyama N, Muramatsu Y, Makuuchi M, Hasegawa H, Okazaki N, et al. The diagnosis of small hepatocellular carcinomas: efficacy of various imaging procedures in 100 patients. AJR Am J Roentgenol 1990;155:49-54.

147. Miller WJ, Baron RL, Dodd GD, III, Federle MP. Malignancies in patients with cirrhosis: CT sensitivity and specificity in 200 consecutive transplant patients. Radiology 1994;193:645-650.

148. Trevisani F, De NS, Rapaccini G, Farinati F, Benvegnu L, Zoli M, et al. Semiannual and annual surveillance of cirrhotic patients for hepatocellular carcinoma: effects on cancer stage and patient survival (Italian experience). Am J Gastroenterol 2002;97:734-744.

149. Santagostino E, Colombo M, Rivi M, Rumi MG, Rocino A, Linari S et al. A 6-month versus a 12-month surveillance for hepatocellular carcinoma in 559 hemophiliacs infected with the hepatitis C virus. Blood 2003;102:78-82.

150. Nakashima T, Kojiro M. Hepatocellular Carcinoma. Tokyo: Springer Verlag, 1987.

151. Torzilli G, Minagawa M, Takayama T, Inoue K, Hui AM, Kubota K, et al. Accurate preoperative evaluation of liver mass lesions without fine-needle biopsy. HEPATOLOGY 1999;30:889-893.

152. Levy I, Greig PD, Gallinger S, Langer B, Sherman M. Resection of hepatocellular carcinoma without preoperative tumor biopsy. Ann Surg 2001;234:206-209.

153. Quaia E, Calliada F, Bertolotto M, Rossi S, Garioni L, Rosa L, et al. Characterization of focal liver lesions with contrast-specific US modes and a sulfur hexafluoride-filled microbubble contrast agent: diagnostic performance and confidence. Radiology 2004;232:420-430.

154. Nicolau C, Catala V, Vilana R, Gilabert R, Bianchi L, Sole M, et al. Evaluation of hepatocellular carcinoma using SonoVue, a second generation ultrasound contrast agent: correlation with cellular differentiation. Eur Radiol 2004;14:1092-1099.

155. Gaiani S, Celli N, Piscaglia F, Cecilioni L, Losinno F, Giangregorio F, et al. Usefulness of contrast-enhanced perfusional sonography in the assessment of hepatocellular carcinoma hypervascular at spiral computed tomography. J Hepatol 2004;41:421-426.

156. Bizollon T, Rode A, Bancel B, Gueripel V, Ducerf C, Baulieux J, et al. Diagnostic value and tolerance of Lipiodol-computed tomography for the detection of small hepatocellular carcinoma: correlation with pathologic examination of explanted livers. J Hepatol 1998;28:491-496.

157. Kojiro M. Focus on dysplastic nodules and early hepatocellular carcinoma: an Eastern point of view. Liver Transpl 2004;10(2 Suppl 1):S3-S8.

158. Caturelli E, Solmi L, Anti M, Fusilli S, Roselli P, Andriulli A, et al. Ultrasound guided fine needle biopsy of early hepatocellular carcinoma complicating liver cirrhosis: a multicentre study. Gut 2004;53:1356-1362.

159. Takayama T, Makuuchi M, Hirohashi S, Sakamoto M, Yamamoto J, Shimada K, et al. Early hepatocellular carcinoma as an entity with a high rate of surgical cure. HEPATOLOGY 1998;28:1241-1246.

160. Sakamoto M, Hirohashi S. Natural history and prognosis of adenomatous hyperplasia and early hepatocellular carcinoma: multi-institutional analysis of 53 nodules followed up for more than 6 months and 141 patients with single early hepatocellular carcinoma treated by surgical resection or percutaneous ethanol injection. Jpn J Clin Oncol 1998;28:604-608.

161. Nakashima Y, Nakashima O, Tanaka M, Okuda K, Nakashima M, Kojiro M. Portal vein invasion and intrahepatic micrometastasis in small hepatocellular carcinoma by gross type. Hepatol Res 2003;26:142-147.

162. Mueller GC, Hussain HK, Carlos RC, Nghiem HV, Francis IR. Effectiveness of MR imaging in characterizing small hepatic lesions: routine versus expert interpretation. AJR Am J Roentgenol 2003;180:673-680.

163. Martin J, Puig J, Darnell A, Donoso L. Magnetic resonance of focal liver lesions in hepatic cirrhosis and chronic hepatitis. Semin Ultrasound CT MR 2002;23:62-78.

164. Yu JS, Kim KW, Kim EK, Lee JT, Yoo HS. Contrast enhancement of small hepatocellular carcinoma: usefulness of three successive early image acquisitions during multiphase dynamic MR imaging. AJR Am J Roentgenol 1999;173:597-604.

165. Burrel M, Llovet JM, Ayuso C, Iglesias C, Sala M, Miquel R, et al. MRI angiography is superior to helical CT for detection of HCC prior to liver transplantation: An explant correlation. HEPATOLOGY 2003;38:1034-1042.

166. Shimizu A, Ito K, Koike S, Fujita T, Shimizu K, Matsunaga N. Cirrhosis or chronic hepatitis: evaluation of small (<or=2-cm) early-enhancing hepatic lesions with serial contrast-enhanced dynamic MR imaging. Radiology 2003;226:550-555.

167. Sala M, Llovet JM, Vilana R, Bianchi L, Sole M, Ayuso C, et al. Initial response to percutaneous ablation predicts survival in patients with hepatocellular carcinoma. HEPATOLOGY 2004;40:1352-1360.

168. Iwasaki M, Furuse J, Yoshino M, Ryu M, Moriyama N, Mukai K. Sonographic appearances of small hepatic nodules without tumor stain on contrast-enhanced computed tomography and angiography. J Clin Ultrasound 1998;26:303-307.

169. Jeong YY, Mitchell DG, Kamishima T. Small (<20 mm) enhancing hepatic nodules seen on arterial phase MR imaging of the cirrhotic liver: clinical implications. AJR Am J Roentgenol 2002;178:1327-1334.

170. Fracanzani AL, Burdick L, Borzio M, Roncalli M, Bonelli N, Borzio F, et al. Contrast-enhanced doppler ultrasonography in the diagnosis of hepatocellular carcinoma and premalignant lesions in patients with cirrhosis. HEPATOLOGY 2001;34:1109-1112.

171. Takayama T, Makuuchi M, Hirohashi S, Sakamoto M, Okazaki N, Takayasu K, et al. Malignant transformation of adenomatous hyperplasia to hepatocellular carcinoma. Lancet 1990;336:1150-1153.

172. Fleming ID. AJCC/TNM cancer staging, present and future. J Surg Oncol 2001;77:233-236.

173. Okuda K, Ohtsuki T, Obata H, Tomimatsu M, Okazaki N, Hasegawa H, et al. Natural history of hepatocellular carcinoma and prognosis in relation to treatment. Study of 850 patients. Cancer 1985;56:918-928.

174. Greene FL, Page DL, Fleming ID, Fritz AG, Balck CM, Haller DG, Morrow M, eds. AJCC. Cancer Staging Handbook. New York: Springer Verlag, 2002.

175. Vauthey JN, Lauwers GY, Esnaola NF, Do KA, Belghiti J, Mirza N, et al. Simplified staging for hepatocellular carcinoma. J Clin Oncol 2002;20: 1527-1536.

176. Pugh RN, Murray-Lyon IM, Dawson JL, Pietroni MC, Williams R. Transection of the oesophagus for bleeding oesophageal varices. Br J Surg 1973;60:646-649.

177. Kamath PS, Wiesner RH, Malinchoc M, Kremers W, Therneau TM, Kosberg CL, et al. A model to predict survival in patients with end-stage liver disease. HEPATOLOGY 2001;33:464-470.

178. Christensen E. Prognostic models including the Child-Pugh, MELD and Mayo risk scores—where are we and where should we go? J Hepatol 2004;41:344-350.

179. Calvet X, Bruix J, Gines P, Bru C, Sole M, Vilana R, et al. Prognostic factors of hepatocellular carcinoma in the west: a multivariate analysis in 206 patients. HEPATOLOGY 1990;12(4 Pt 1):753-760.

180. Chevret S, Trinchet JC, Mathieu D, Rached AA, Beaugrand M, Chastang C. A new prognostic classification for predicting survival in patients with hepatocellular carcinoma. Groupe d'Etude et de Traitement du Carcinome Hepatocellulaire. J Hepatol 1999;31:133-141.

181. The Cancer of the Liver Italian Program (CLIP) investigators. A new prognostic system for hepatocellular carcinoma: a retrospective study of 435 patients. HEPATOLOGY 1998;28:751-755.

182. Schoniger-Hekele M, Muller C, Kutilek M, Oesterreicher C, Ferenci P, Gangl A. Hepatocellular carcinoma in Central Europe: prognostic features and survival. Gut 2001;48:103-109.

183. Leung TW, Tang AM, Zee B, Lau WY, Lai PB, Leung KL, et al. Construction of the Chinese University Prognostic Index for hepatocellular carcinoma and comparison with the TNM staging system, the Okuda staging system, and the Cancer of the Liver Italian Program staging system: a study based on 926 patients. Cancer 2002;94:1760-1769.

184. Kudo M, Chung H, Osaki Y. Prognostic staging system for hepatocellular carcinoma (CLIP score): its value and limitations, and a proposal for a new staging system, the Japan Integrated Staging Score (JIS score). J Gastroenterol 2003;38:207-215.

185. Omagari K, Honda S, Kadokawa Y, Isomoto H, Takeshima F, Hayashida K, et al. Preliminary analysis of a newly proposed prognostic scoring system (SLiDe score) for hepatocellular carcinoma. J Gastroenterol Hepatol 2004;19:805-811.

186. Marrero JA, Fontana RJ, Barrat A, Askari F, Conjeevaram HS, Su GL, et al. Prognosis of hepatocellular carcinoma: comparison of 7 staging systems in an American cohort. HEPATOLOGY 2005;41:707-716.

187. Grieco A, Pompili M, Caminiti G, Miele L, Covino M, Alfei B, et al. Prognostic factors for survival in patients with early-intermediate hepatocellular carcinoma undergoing non-surgical therapy: comparison of Okuda, CLIP, and BCLC staging systems in a single Italian centre. Gut 2005;54:411-418.

188. Bruix J, Boix L, Sala M, Llovet JM. Focus on hepatocellular carcinoma. Cancer Cell 2004;5:215-219.

189. Conill C, Verger E, Salamero M. Performance status assessment in cancer patients. Cancer 1990;65:1864-1866.

190. Verger E, Salamero M, Conill C. Can Karnofsky performance status be transformed to the Eastern Cooperative Oncology Group scoring scale and vice versa? Eur J Cancer 1992;28A:1328-1330.

191. Sorensen JB, Klee M, Palshof T, Hansen HH. Performance status assessment in cancer patients. An inter-observer variability study. Br J Cancer 1993;67:773-775.

192. Llovet JM, Bruix J. Systematic review of randomized trials for unresectable hepatocellular carcinoma: Chemoembolization improves survival. HEPATOLOGY 2003;37:429-442.

193. Mazzaferro V, Regalia E, Doci R, Andreola S, Pulvirenti A, Bozzetti F, et al. Liver transplantation for the treatment of small hepatocellular carcinomas in patients with cirrhosis. N Engl J Med 1996;334:693-699.

194. Bruix J, Llovet JM, Castells A, Montana X, Bru C, Ayuso MC, et al. Transarterial embolization versus symptomatic treatment in patients with advanced hepatocellular carcinoma: results of a randomized, controlled trial in a single institution. HEPATOLOGY 1998;27:1578-1583.

195. Raoul JL, Guyader D, Bretagne JF, Heautot JF, Duvauferrier R, Bourguet P, et al. Prospective randomized trial of chemoembolization versus intra-arterial injection of 131I-labeled-iodized oil in the treatment of hepatocellular carcinoma. HEPATOLOGY 1997;26:1156-1161.

196. Nerenstone SR, Ihde DC, Friedman MA. Clinical trials in primary hepatocellular carcinoma: current status and future directions. Cancer Treat Rev 1988;15:1-31.

197. Okada S, Okazaki N, Nose H, Yoshimori M, Aoki K. Prognostic factors in patients with hepatocellular carcinoma receiving systemic chemotherapy. HEPATOLOGY 1992;16:112-117.

198. Grimaldi C, Bleiberg H, Gay F, Messner M, Rougier P, Kok TC, et al. Evaluation of antiandrogen therapy in unresectable hepatocellular carcinoma: results of a European Organization for Research and Treatment of Cancer multicentric double-blind trial. J Clin Oncol 1998;16:411-417.

199. Randomized trial of leuprorelin and flutamide in male patients with hepatocellular carcinoma treated with tamoxifen. HEPATOLOGY 2004;40:1361-1369.

200. Yuen MF, Poon RT, Lai CL, Fan ST, Lo CM, Wong KW, et al. A randomized placebo-controlled study of long-acting octreotide for the treatment of advanced hepatocellular carcinoma. HEPATOLOGY 2002;36:687-691.

201. Fong Y, Sun RL, Jarnagin W, Blumgart LH. An analysis of 412 cases of hepatocellular carcinoma at a Western center. Ann Surg 1999;229:790-799.

202. Grazi GL, Ercolani G, Pierangeli F, Del Gaudio M, Cescon M, Cavallari A, et al. Improved results of liver resection for hepatocellular carcinoma on cirrhosis give the procedure added value. Ann Surg 2001;234:71-78.

203. D'Amico G, Morabito A, Pagliaro L, Marubini E. Survival and prognostic indicators in compensated and decompensated cirrhosis. Dig Dis Sci 1986;31:468-475.

204. Gines P, Quintero E, Arroyo V, Teres J, Bruguera M, Rimola A, et al. Compensated cirrhosis: natural history and prognostic factors. HEPATOLOGY 1987;7:122-128.

205. Torzilli G, Makuuchi M, Inoue K, Takayama T, Sakamoto Y, Sugawara Y, et al. No-mortality liver resection for hepatocellular carcinoma in cirrhotic and noncirrhotic patients: is there a way? A prospective analysis of our approach. Arch Surg 1999;134:984-992.

206. Bruix J, Castells A, Bosch J, Feu F, Fuster J, Garcia-Pagan JC, et al. Surgical resection of hepatocellular carcinoma in cirrhotic patients: prognostic value of preoperative portal pressure. Gastroenterology 1996;111:1018-1022.

207. Rees M, Plant G, Wells J, Bygrave S. One hundred and fifty hepatic resections: evolution of technique towards bloodless surgery. Br J Surg 1996;83:1526-1529.

208. Poon RT, Fan ST, Ng IO, Wong J. Significance of resection margin in hepatectomy for hepatocellular carcinoma: A critical reappraisal. Ann Surg 2000;231:544-551.

209. Okada S, Shimada K, Yamamoto J, Takayama T, Kosuge T, Yamasaki S, et al. Predictive factors for postoperative recurrence of hepatocellular carcinoma. Gastroenterology 1994;106:1618-1624.

210. Yamasaki S, Hasegawa H, Kinoshita H, Furukawa M, Imaoka S, Takasaki K, et al. A prospective randomized trial of the preventive effect of pre- operative transcatheter arterial embolization against recurrence of hepatocellular carcinoma. Jpn J Cancer Res 1996;87:206-211.

211. Tanaka H, Hirohashi K, Kubo S, Shuto T, Higaki I, Kinoshita H. Preoperative portal vein embolization improves prognosis after right hepatectomy for hepatocellular carcinoma in patients with impaired hepatic function. Br J Surg 2000;87:879-882.

212. Farges O, Belghiti J, Kianmanesh R, Regimbeau JM, Santoro R, Vilgrain V, et al. Portal vein embolization before right hepatectomy: prospective clinical trial. Ann Surg 2003;237:208-217.

213. Shirabe K, Kanematsu T, Matsumata T, Adachi E, Akazawa K, Sugimachi K. Factors linked to early recurrence of small hepatocellular carcinoma after hepatectomy: univariate and multivariate analyses. HEPATOLOGY 1991;14:802-805.

214. Adachi E, Maeda T, Matsumata T, Shirabe K, Kinukawa N, Sugimachi K, et al. Risk factors for intrahepatic recurrence in human small hepatocellular carcinoma. Gastroenterology 1995;108:768-775.

215. Poon RT, Fan ST, Lo CM, Liu CL, Wong J. Intrahepatic recurrence after curative resection of hepatocellular carcinoma: long-term results of treatment and prognostic factors. Ann Surg 1999;229:216-222.

216. Minagawa M, Makuuchi M, Takayama T, Kokudo N. Selection criteria for repeat hepatectomy in patients with recurrent hepatocellular carcinoma. Ann Surg 2003;238:703-710.

217. Chen YJ, Yeh SH, Chen JT, Wu CC, Hsu MT, Tsai SF, et al. Chromosomal changes and clonality relationship between primary and recurrent hepatocellular carcinoma. Gastroenterology 2000;119:431-440.

218. Imamura H, Matsuyama Y, Tanaka E, Ohkubo T, Hasegawa K, Miyagawa S, et al. Risk factors contributing to early and late phase intrahepatic recurrence of hepatocellular carcinoma after hepatectomy. J Hepatol 2003;38:200-207.

219. Nagasue N, Uchida M, Makino Y, Takemoto Y, Yamanoi A, Hayashi T, et al. Incidence and factors associated with intrahepatic recurrence following resection of hepatocellular carcinoma. Gastroenterology 1993;105:488-494.

220. Morimoto O, Nagano H, Sakon M, Fujiwara Y, Yamada T, Nakagawa H, et al. Diagnosis of intrahepatic metastasis and multicentric carcinogenesis by microsatellite loss of heterozygosity in patients with multiple and recurrent hepatocellular carcinomas. J Hepatol 2003;39:215-221.

221. Schwartz JD, Schwartz M, Mandeli J, Sung M. Neoadjuvant and adjuvant therapy for resectable hepatocellular carcinoma: review of the randomised clinical trials. Lancet Oncol 2002;3:593-603.

222. Lau WY, Leung TW, Ho SK, Chan M, Machin D, Lau J, et al. Adjuvant intra-arterial iodine-131-labelled lipiodol for resectable hepatocellular carcinoma: a prospective randomised trial. Lancet 1999;353:797-801.

223. Takayama T, Sekine T, Makuuchi M, Yamasaki S, Kosuge T, Yamamoto J, et al. Adoptive immunotherapy to lower postsurgical recurrence rates of hepatocellular carcinoma: a randomised trial. Lancet 2000;356:802-807.

224. Muto Y, Moriwaki H, Ninomiya M, Adachi S, Saito A, Takasaki KT. Prevention of second primary tumors by an acyclic retinoid, polyprenoic acid, in patients with hepatocellular carcinoma. N Engl J Med 1996;334: 1561-1567.

225. Ikeda K, Arase Y, Saitoh S, Kobayashi M, Suzuki Y, Suzuki F, et al. Interferon beta prevents recurrence of hepatocellular carcinoma after complete resection or ablation of the primary tumor-A prospective randomized study of hepatitis C virus-related liver cancer. HEPATOLOGY 2000;32:228-232.

226. Kubo S, Nishiguchi S, Hirohashi K, Tanaka H, Shuto T, Kinoshita H. Randomized clinical trial of long-term outcome after resection of hepatitis C virus-related hepatocellular carcinoma by postoperative interferon therapy. Br J Surg 2002;89:418-422.

227. Golub TR, Slonim DK, Tamayo P, Huard C, Gaasenbeek M, Mesirov JP, et al. Molecular classification of cancer: class discovery and class prediction by gene expression monitoring. Science 1999;286:531-537.

228. Khan J, Wei JS, Ringner M, Saal LH, Ladanyi M, Westermann F, et al. Classification and diagnostic prediction of cancers using gene expression profiling and artificial neural networks. Nat Med 2001;7:673-679.

229. Rosenblatt KP, Bryant-Greenwood P, Killian JK, Mehta A, Geho D, Espina V, et al. Serum proteomics in cancer diagnosis and management. Annu Rev Med 2004;55:97-112.

230. Iizuka N, Oka M, Yamada-Okabe H, Nishida M, Maeda Y, Mori N, et al. Oligonucleotide microarray for prediction of early intrahepatic recurrence of hepatocellular carcinoma after curative resection. Lancet 2003; 361:923-929.

231. Ye QH, Qin LX, Forgues M, He P, Kim JW, Peng AC, et al. Predicting hepatitis B virus-positive metastatic hepatocellular carcinomas using gene expression profiling and supervised machine learning. Nat Med 2003;9: 416-423.

232. Smith MW, Yue ZN, Geiss GK, Sadovnikova NY, Carter VS, Boix L, et al. Identification of novel tumor markers in hepatitis C virus-associated hepatocellular carcinoma. Cancer Res 2003;63:859-864.

233. Llovet JM, Wurmbach E. Gene expression profiles in hepatocellular carcinoma: not yet there. J Hepatol 2004;41:336-339.

234. Takayasu K, Muramatsu Y, Moriyama N, Hasegawa H, Makuuchi M, Okazaki N, et al. Clinical and radiologic assessments of the results of hepatectomy for small hepatocellular carcinoma and therapeutic arterial embolization for postoperative recurrence. Cancer 1989;64:1848-1852.

235. Majno PE, Sarasin FP, Mentha G, Hadengue A. Primary liver resection and salvage transplantation or primary liver transplantation in patients with single, small hepatocellular carcinoma and preserved liver function: An outcome-oriented decision analysis. HEPATOLOGY 2000;31:899-906.

236. Sala M, Fuster J, Llovet JM, Navasa M, Sole M, Varela M, et al. High pathological risk of recurrence after surgical resection for hepatocellular carcinoma: an indication for salvage liver transplantation. Liver Transpl 2004;10:1294-1300.

237. Ringe B, Pichlmayr R, Wittekind C, Tusch G. Surgical treatment of hepatocellular carcinoma: experience with liver resection and transplantation in 198 patients. World J Surg 1991;15:270-285.

238. Iwatsuki S, Gordon RD, Shaw BW Jr, Starzl TE. Role of liver transplantation in cancer therapy. Ann Surg 1985;202:401-407.

239. Bismuth H, Chiche L, Adam R, Castaing D. Surgical treatment of hepatocellular carcinoma in cirrhosis: liver resection or transplantation? Transplant Proc 1993;25(1 Pt 2):1066-1067.

240. Llovet JM, Bruix J, Fuster J, Castells A, Garcia-Valdecasas JC, Grande L, et al. Liver transplantation for treatment of small hepatocellular carcinoma: the tumor-node-metastasis classification does not have prognostic power. HEPATOLOGY 1998;27:1572-1577.

241. Marsh JW, Dvorchik I, Bonham CA, Iwatsuki S. Is the pathologic TNM staging system for patients with hepatoma predictive of outcome? Cancer 2000;88:538-543.

242. Marsh JW, Dvorchick I. Liver organ allocation for hepatocellular carcinoma: are we sure? Liver Transpl 2003;9:693-696.

243. Bruix J, Fuster J, Llovet JM. Liver transplantation for hepatocellular carcinoma: Foucault pendulum versus evidence-based decision. Liver Transpl 2003;9:700-702.

244. Libbrecht L, Bielen D, Verslype C, Vanbeckevoort D, Pirenne J, Nevens F, et al. Focal lesions in cirrhotic explant livers: pathological evaluation and accuracy of pretransplantation imaging examinations. Liver Transpl 2002;8:749-761.

245. Roayaie S, Frischer JS, Emre SH, Fishbein TM, Sheiner PA, Sung M, et al. Long-term results with multimodal adjuvant therapy and liver transplantation for the treatment of hepatocellular carcinomas larger than 5 centimeters. Ann Surg 2002;235:533-539.

246. Neuberger J. Developments in liver transplantation. Gut 2004;53:759-768.

247. Plessier A, Codes L, Consigny Y, Sommacale D, Dondero F, Cortes A, et al. Underestimation of the influence of satellite nodules as a risk factor for post-transplantation recurrence in patients with small hepatocellular carcinoma. Liver Transpl 2004;10(Suppl 2):S86-S90.

248. Hsu HC, Wu TT, Wu MZ, Sheu JC, Lee CS, Chen DS. Tumor invasiveness and prognosis in resected hepatocellular carcinoma. Clinical and pathogenetic implications. Cancer 1988;61:2095-2099.

249. Wayne JD, Lauwers GY, Ikai I, Doherty DA, Belghiti J, Yamaoka Y, et al. Preoperative predictors of survival after resection of small hepatocellular carcinomas. Ann Surg 2002;235:722-730.

250. Cillo U, Vitale A, Bassanello M, Boccagni P, Brolese A, Zanus G, et al. Liver transplantation for the treatment of moderately or well-differentiated hepatocellular carcinoma. Ann Surg 2004;239:150-159.

251. Yao FY, Bass NM, Nikolai B, Davern TJ, Kerlan R, Wu V, et al. Liver transplantation for hepatocellular carcinoma: Analysis of survival according to the intention-to-treat principle and dropout from the waiting list. Liver Transpl 2002;8:873-883.

252. Roayaie S, Haim MB, Emre S, Fishbein TM, Sheiner PA, Miller CM, et al. Comparison of surgical outcomes for hepatocellular carcinoma in patients with hepatitis B versus hepatitis C: a western experience. Ann Surg Oncol 2000;7:764-770.

253. Freeman RB, Jr., Wiesner RH, Harper A, McDiarmid SV, Lake J, Edwards E, et al. The new liver allocation system: moving toward evidence-based transplantation policy. Liver Transpl 2002;8:851-858.

254. Freeman RB, Wiesner RH, Edwards E, Harper A, Merion R, Wolfe R. Results of the first year of the new liver allocation plan. Liver Transpl 2004;10:7-15.

255. Sharma P, Balan V, Hernandez JL, Harper AM, Edwards EB, Rodriguez-Luna H, et al. Liver transplantation for hepatocellular carcinoma: the MELD impact. Liver Transpl 2004;10:36-41.

256. Stone MJ, Klintmalm G, Polter D, Husberg B, Egorin MJ. Neoadjuvant chemotherapy and orthotopic liver transplantation for hepatocellular carcinoma. Transplantation 1989;48:344-347.

257. Holman M, Harrison D, Stewart A, Stone M, Goldstein R, Husberg B, et al. Neoadjuvant chemotherapy and orthotopic liver transplantation for hepatocellular carcinoma. N J Med 1995;92:519-522.

258. Pokorny H, Gnant M, Rasoul-Rockenschaub S, Gollackner B, Steiner B, Steger G, et al. Does additional doxorubicin chemotherapy improve outcome in patients with hepatocellular carcinoma treated by liver transplantation? Am J Transplant 2005;5(4 Pt 1):788-794.

259. Majno PE, Adam R, Bismuth H, Castaing D, Ariche A, Krissat J, et al. Influence of preoperative transarterial lipiodol chemoembolization on resection and transplantation for hepatocellular carcinoma in patients with cirrhosis. Ann Surg 1997;226:688-701.

260. Llovet JM, Vilana R, Bru C, Bianchi L, Salmeron JM, Boix L, et al. Increased risk of tumor seeding after percutaneous radiofrequency ablation for single hepatocellular carcinoma. HEPATOLOGY 2001;33:1124-1129.

261. Livraghi T, Solbiati L, Meloni MF, Gazelle GS, Halpern EF, Goldberg SN. Treatment of focal liver tumors with percutaneous radio-frequency ablation: complications encountered in a multicenter study. Radiology 2003;226:441-451.

262. Trotter JF, Wachs M, Everson GT, Kam I. Adult-to-adult transplanta-
     tion of the right hepatic lobe from a living donor. N Engl J Med 2002;
     346:1074-1082.
263. Strong RW, Lynch SV, Ong TH, Matsunami H, Koido Y, Balderson GA.
     Successful liver transplantation from a living donor to her son. N Engl
     J Med 1990;322:1505-1507.
264. Kawasaki S. Living-donor liver transplantation for hepatocellular carci-
     noma. Hepatogastroenterology 2002;49:53-55.
265. Steinmuller T, Pascher A, Sauer I, Theruvath T, Muller A, Settmacher U,
     et al. Living-donation liver transplantation for hepatocellular carcinoma:
     time to drop the limitations? Transplant Proc 2002;34:2263-2264.
266. Gondolesi GE, Roayaie S, Munoz L, Kim-Schluger L, Schiano T, Fish-
     bein TM et al. Adult living donor liver transplantation for patients with
     hepatocellular carcinoma: extending UNOS priority criteria. Ann Surg
     2004; 239(2):142-149.
267. Todo S, Furukawa H. Living donor liver transplantation for adult pa-
     tients with hepatocellular carcinoma: experience in Japan. Ann Surg
     2004; 240(3):451-459.
268. Gaglio PJ, Malireddy S, Levitt BS, Lapointe-Rudow D, Lefkowitch J,
     Kinkhabwala M et al. Increased risk of cholestatic hepatitis C in recipients
     of grafts from living versus cadaveric liver donors. Liver Transpl 2003;
     9(10):1028-1035.
269. Forman LM, Trotter JF, Emond J. Living donor liver transplantation and
     hepatitis C. Liver Transpl 2004; 10(3):347-348.
270. Garcia-Retortillo M, Forns X, Llovet JM, Navasa M, Feliu A, Massaguer
     A et al. Hepatitis C recurrence is more severe after living donor compared
     to cadaveric liver transplantation. HEPATOLOGY 2004; 40(3):699-707.
271. Forman LM, Lewis JD, Berlin JA, Feldman HI, Lucey MR. The associ-
     ation between hepatitis C infection and survival after orthotopic liver
     transplantation. Gastroenterology 2002; 122(4):889-896.
272. Sarasin FP, Majno PE, Llovet JM, Bruix J, Mentha G, Hadengue A.
     Living donor liver transplantation for early hepatocellular carcinoma: A
     life-expectancy and cost-effectiveness perspective. HEPATOLOGY 2001;
     33(5):1073-1079.
273. Roche B, Samuel D. Liver transplantation for hepatitis B virus-related
     liver disease: indications, prevention of recurrence and results. J Hepatol
     2003; 39 Suppl 1:S181-S189.
274. Forns X, Garcia-Retortillo M, Serrano T, Feliu A, Suarez F, de la MM et
     al. Antiviral therapy of patients with decompensated cirrhosis to prevent
     recurrence of hepatitis C after liver transplantation. J Hepatol 2003;
     39(3):389-396.
275. Berenguer M, Lopez-Labrador FX, Wright TL. Hepatitis C and liver
     transplantation. J Hepatol 2001; 35(5):666-678.
276. Sato S, Shiratori Y, Imamura M, Teratani T, Obi S, Koike Y et al. Power
     Doppler signals after percutaneous ethanol injection therapy for hepato-
     cellular carcinoma predict local recurrence of tumors: a prospective study
     using 199 consecutive patients. J Hepatol 2001;35:225-234.
277. Shiina S, Tagawa K, Unuma T, Terano A. Percutaneous ethanol injection
     therapy for the treatment of hepatocellular carcinoma. AJR Am J Roent-
     genol 1990;154:947-951.
278. Livraghi T, Giorgio A, Marin G, Salmi A, de Sio I, Bolondi L, et al.
     Hepatocellular carcinoma and cirrhosis in 746 patients: long-term results
     of percutaneous ethanol injection. Radiology 1995;197:101-108.
279. Livraghi T, Bolondi L, Lazzaroni S, Marin G, Morabito A, Rapaccini GL, et
     al. Percutaneous ethanol injection in the treatment of hepatocellular carci-
     noma in cirrhosis. A study on 207 patients. Cancer 1992;69:925-929.
280. Vilana R, Bruix J, Bru C, Ayuso C, Sole M, Rodes J. Tumor size deter-
     mines the efficacy of percutaneous ethanol injection for the treatment of
     small hepatocellular carcinoma. HEPATOLOGY 1992;16:353-357.
281. Ishii H, Okada S, Nose H, Okusaka T, Yoshimori M, Takayama T, et al.
     Local recurrence of hepatocellular carcinoma after percutaneous ethanol
     injection. Cancer 1996; 77(9):1792-1796.
282. Okada S. Local ablation therapy for hepatocellular carcinoma. Semin
     Liver Dis 1999; 19(3):323-328.
283. Lencioni R, Vignali C, Caramella D, Cioni R, Mazzeo S, Bartolozzi C.
     Transcatheter arterial embolization followed by percutaneous ethanol

injection in the treatment of hepatocellular carcinoma. Cardiovasc Inter-
     vent Radiol 1994; 17(2):70-75.
284. Livraghi T, Goldberg SN, Lazzaroni S, Meloni F, Solbiati L, Gazelle GS.
     Small hepatocellular carcinoma: treatment with radio-frequency ablation
     versus ethanol injection. Radiology 1999; 210(3):655-661.
285. Lencioni RA, Allgaier HP, Cioni D, Olschewski M, Deibert P, Crocetti L
     et al. Small hepatocellular carcinoma in cirrhosis: randomized compari-
     son of radio-frequency thermal ablation versus percutaneous ethanol in-
     jection. Radiology 2003; 228(1):235-240.
286. Lin SM, Lin CJ, Lin CC, Hsu CW, Chen YC. Radiofrequency ablation
     improves prognosis compared with ethanol injection for hepatocellular
     carcinoma <I=4 cm. Gastroenterology 2004; 127(6):1714-1723.
287. Shiina S, Teratani T, Obi S, Sato S, Tateishi R, Fujishima T et al. A
     randomized controlled trial of radiofrequency ablation with ethanol in-
     jection for small hepatocellular carcinoma. Gastroenterology 2005;
     129(1):122-130.
288. Giorgio A, Tarantino L, de Stefano G, Coppola C, Ferraioli G. Compli-
     cations after percutaneous saline-enhanced radiofrequency ablation of
     liver tumors: 3-year experience with 336 patients at a single center. AJR
     Am J Roentgenol 2005; 184(1):207-211.
289. Tateishi R, Shiina S, Teratani T, Obi S, S--- S, Koike Y et al. Percuta-
     neous radiofrequency ablation for hepatocellular carcinoma. An analysis
     of 1000 cases. Cancer 2005;103:1201-1209.
290. Yamasaki T, Kurokawa F, Shirahashi H, Kusano N, Hironaka K, Okita
     K. Percutaneous radiofrequency ablation therapy for patients with hepa-
     tocellular carcinoma during occlusion of hepatic blood flow. Comparison
     with standard percutaneous radiofrequency ablation therapy. Cancer
     2002;95:2353-2360.
291. Okada S. Chemotherapy in hepatocellular carcinoma. Hepatogastroen-
     terology 1998;45(Suppl 3):1259-1263.
292. Kawai S, Tani M, Okamura J, Ogawa M, Ohashi Y, Monden M, et al.
     Prospective and randomized trial of lipiodol-transcatheter arterial chemo-
     embolization for treatment of hepatocellular carcinoma: a comparison of
     epirubicin and doxorubicin (second cooperative study). The Cooperative
     Study Group for Liver Cancer Treatment of Japan. Semin Oncol 1997;
     24(2 Suppl 6):S6.
293. Raoul JL, Guyader D, Bretagne JF, Duvauferrier R, Bourguet P, Bekhe-
     chi D, et al. Randomized controlled trial for hepatocellular carcinoma
     with portal vein thrombosis: intra-arterial iodine-131-iodized oil versus
     medical support. J Nucl Med 1994;35:1782-1787.
294. Carr BI. Hepatic arterial 90Yttrium glass microspheres (Therasphere) for
     unresectable hepatocellular carcinoma: interim safety and survival data on
     65 patients. Liver Transpl 2004;10(2 Suppl 1):S107-S110.
295. Kouroumalis E, Skordilis P, Thermos K, Vasilaki A, Moschandrea J,
     Manousos ON. Treatment of hepatocellular carcinoma with octreotide: a
     randomised controlled study. Gut 1998;42:442-447.
296. Llovet JM, Sala M, Castells L, Suarez Y, Vilana R, Bianchi L, et al.
     Randomized Controlled Trial of Interferon Treatment for Advanced
     Hepatocellular Carcinoma. HEPATOLOGY 2000;31:1-5.
297. Seong J, Park HC, Han KH, Chon CY. Clinical results and prognostic
     factors in radiotherapy for unresectable hepatocellular carcinoma: a ret-
     rospective study of 158 patients. Int J Radiat Oncol Biol Phys 2003;55:
     329-336.
298. Castells A, Bruix J, Bru C, Ayuso C, Roca M, Boix L, et al. Treatment of
     hepatocellular carcinoma with tamoxifen: a double-blind placebo-con-
     trolled trial in 120 patients. Gastroenterology 1995;109:917-922.
299. CLIP Group. Tamoxifen in treatment of hepatocellular carcinoma: a
     randomised controlled trial. Lancet 1998;352:17-20.
300. Riestra S, Rodriguez M, Delgado M, Suarez A, Gonzalez N, de la Mata
     M, et al. Tamoxifen does not improve survival of patients with advanced
     hepatocellular carcinoma. J Clin Gastroenterol 1998;26:200-203.
301. Manesis EK, Giannoulis G, Zoumboulis P, Vafiadou I, Hadziyannis SJ.
     Treatment of hepatocellular carcinoma with combined suppression and
     inhibition of sex hormones: a randomized, controlled trial. HEPATOLOGY
     1995;21:1535-1542.

302. Nagasue N, Ito A, Yukaya H, Ogawa Y. Estrogen receptors in hepatocellular carcinoma. Cancer 1986;57:87-91.

303. Boix L, Bruix J, Castells A, Fuster J, Bru C, Visa J, et al. Sex hormone receptors in hepatocellular carcinoma. Is there a rationale for hormonal treatment? J Hepatol 1993;17:187-191.

304. Farinati F, Salvagnini M, De Maria N, Fornasiero A, Chiaramonte M, Rossaro L, et al. Unresectable hepatocellular carcinoma: a prospective controlled trial with tamoxifen. J Hepatol 1990;11:297-301.

305. Martinez Cerezo FJ, Tomas A, Donoso L, Enriquez J, Guarner C, Balanzo J, et al. Controlled trial of tamoxifen in patients with advanced hepatocellular carcinoma. J Hepatol 1994;20:702-706.

306. Chow PK, Tai BC, Tan CK, Machin D, Win KM, Johnson PJ, et al. High-dose tamoxifen in the treatment of inoperable hepatocellular carcinoma: A multicenter randomized controlled trial. HEPATOLOGY 2002;36: 1221-1226.

307. Villa E, Camellini L, Dugani A, Zucchi F, Grottola A, Merighi A, et al. Variant estrogen receptor messenger RNA species detected in human primary hepatocellular carcinoma. Cancer Res 1995;55:498-500.

308. Villa E, Dugani A, Fantoni E, Camellini L, Buttafoco P, Grottola A, et al. Type of estrogen receptor determines response to antiestrogen therapy. Cancer Res 1996;56:3883-3885.

309. Chuang VP, Wallace S, Soo CS, Charnsangavej C, Bowers T. Therapeutic Ivalon embolization of hepatic tumors. AJR 1982;138:289-294.

310. Ito K, Kusunoki H, Okamoto E, Ozawa M, Ishikawa A, Matsuura M, et al. Intra-arterial alcoholization of advanced hepatocellular carcinoma. Cancer Chemother Pharmacol 1994;33(Suppl):42-47.

311. Carr BI, Zajko A, Bron K, Orons P, Sammon J, Baron R. Phase II study of Spherex (degradable starch microspheres) injected into the hepatic artery in conjunction with doxorubicin and cisplatin in the treatment of advanced-stage hepatocellular carcinoma: interim analysis. Semin Oncol 1997;24(2 Suppl 6):S6.

312. Bruix J, Castells A, Montanya X, Calvet X, Bru C, Ayuso C, et al. Phase II study of transarterial embolization in European patients with hepatocellular carcinoma: need for controlled trials. HEPATOLOGY 1994;20:643-650.

313. Gunji T, Kawauchi N, Ohnishi S, Ishikawa T, Nakagama H, Kaneko T, et al. Treatment of hepatocellular carcinoma associated with advanced cirrhosis by transcatheter arterial chemoembolization using autologous blood clot: a preliminary report. HEPATOLOGY 1992;15: 252-257.

314. Makuuchi M, Sukigara M, Mori T, Kobayashi J, Yamazaki S, Hasegawa H, et al. Bile duct necrosis: complication of transcatheter hepatic arterial embolization. Radiology 1985;156:331-334.

315. Bruix J, Sala M, Llovet JM. Chemoembolization for hepatocellular carcinoma. Gastroenterology 2004; 127(5 Suppl 1):S179-S188.

316. Castells A, Bruix J, Ayuso C, Bru C, Montanya X, Boix L, et al. Transarterial embolization for hepatocellular carcinoma. Antibiotic prophylaxis and clinical meaning of postembolization fever. J Hepatol 1995;22:410-415.

317. Lin DY, Liaw YF, Lee TY, Lai CM. Hepatic arterial embolization in patients with unresectable hepatocellular carcinoma—a randomized controlled trial. Gastroenterology 1988;94:453-456.

318. GRETCH. A comparison of lipiodol chemoembolization and conservative treatment for unresectable hepatocellular carcinoma. Groupe d'Etude et de Traitement du Carcinome Hepatocellulaire. N Engl J Med 1995;332:1256-1261.

319. Pelletier G, Ducreux M, Gay F, Luboinski M, Hagege H, Dao T, et al. Treatment of unresectable hepatocellular carcinoma with lipiodol chemoembolization: a multicenter randomized trial. J Hepatol 1998;29: 129-134.

320. Llovet JM, Real MI, Montanya X, Planas R, Coll S, Aponte AJ, et al. Arterial embolization, chemoembolization versus symptomatic treatment in patients with unresectable hepatocellular carcinoma: a randomized controlled trial. Lancet 2002;359:1734-1739.

321. Lo CM, Ngan H, Tso WK, Liu CL, Lam CM, Poon RT, et al. Randomized controlled trial of transarterial lipiodol chemoembolization for unresectable hepatocellular carcinoma. HEPATOLOGY 2002;35:1164-1171.

322. Bruix J, Llovet JM. Prognostic prediction and treatment strategy in HCC. HEPATOLOGY 2002;35:519-524.

# HBsAg Seroclearance in Chronic Hepatitis B in the Chinese: Virological, Histological, and Clinical Aspects

Man-Fung Yuen,[1] Danny Ka-Ho Wong,[1] Erwin Sablon,[2] Eric Tse,[3] Irene Oi-Lin Ng,[4] He-Jun Yuan,[1] Chung-Wah Siu,[1] Tamara J. Sander,[5] Eric J. Bourne,[6] Jeff G. Hall,[5] Lynn D. Condreay,[6] and Ching-Lung Lai[1]

Few studies have examined Chinese patients with chronic hepatitis B who exhibit hepatitis B surface antigen (HBsAg) seroclearance. We comprehensively studied the biochemical, virological, histological, and clinical aspects of 92 patients with HBsAg seroclearance (median follow-up, 126 months). Ninety-two HBsAg-positive controls matched for age, sex, and duration of follow-up were also recruited. Liver biochemistry, serum hepatitis B virus (HBV) DNA levels, and development of clinical complications were monitored. Intrahepatic total and covalently closed circular (ccc) HBV DNA were measured quantitatively in 16 patients. HBV genotype was determined in 30 patients. The mean age at HBsAg seroclearance was 48.8 (+ 13.81) years. There was a significant improvement in serum alanine aminotransferase levels after HBsAg seroclearance (p<0.0001). Patients with genotype B had a higher chance of HBsAg seroclearance than those with genotype C ($P = .014$). Ninety-eight percent of patients had undetectable serum HBV DNA. Thirty-seven percent of patients had low titer of intrahepatic HBV DNA, mainly in the form of cccDNA (71%-100%). All 14 patients with liver biopsies had near normal histology. There was no difference in the risk of development of hepatocellular carcinoma (HCC) between patients with and without HBsAg seroclearance. However, the mean age of HBsAg seroclearance was significantly older in patients with HCC than in patients without HCC ($P = .016$). In conclusion, patients with HBsAg seroclearance had favorable biochemical, virological, and histological parameters. Intrahepatic HBV DNA level was low and predominantly in the form of cccDNA. However, HCC could still develop, particularly in patients with cirrhosis who had HBsAg seroclearance at an older age. (HEPATOLOGY 2004;39:1694–1701.)

Hepatitis B surface antigen (HBsAg) seroclearance is a rare event in Chinese patients with chronic hepatitis B virus (HBV) infection who acquire the disease early in life. The estimated annual incidence of HBsAg seroclearance is 0.1% to 0.8%.[1,2] Undetectable HBsAg in the serum is usually due to a decrease in viremia rather than the emergence of HBsAg mutants.[3] Some studies demonstrate a favorable outcome in terms of histological features and development of hepatocellular carcinoma (HCC).[2,4] However, these findings are not confirmed by other studies.[5,6]

The presence of HBV DNA within the liver in patients with HBsAg seroclearance has been demonstrated in some studies,[7–9] but it is not known whether the intrahepatic HBV DNA is replicative or nonreplicative—that is, in the form of covalently closed circular (ccc) DNA. Also, it is uncertain how much residual virus is in extrahepatic reservoirs like peripheral blood mononuclear cells (PBMC).

Therefore, we sought to determine the factors associated with and the significance of HBsAg seroclearance in Chinese HBV patients by examining the following parameters: (1) liver biochemistry, (2) HBV DNA in the serum and PBMC, (3) HBV genotypes, (4) intrahepatic total and cccDNA, (5) liver histology, and (6) the development of cirrhosis-related complications and HCC.

Abbreviations: HBsAg, hepatitis B surface antigen; HBV, hepatitis B virus; HCC, hepatocellular carcinoma; PCR, polymerase chain reaction; PBMC, peripheral blood mononuclear cells; anti-HBs, antibody to HBsAg; HBeAg, hepatitis Be antigen; anti-HBe, antibody to HBeAg; PBS, phosphate-buffered saline.

From the [1]Division of Gastroenterology and Hepatology, Department of Medicine, University of Hong Kong, Queen Mary Hospital, Hong Kong, China; [2]Innogenetics NV, Ghent, Belgium; [3]Division of Hematology & Oncology, Department of Medicine, University of Hong Kong, Queen Mary Hospital, Hong Kong, China; [4]Department of Pathology, University of Hong Kong, Queen Mary Hospital, Hong Kong, China; [5]Third Wave Technologies, Madison, WI; and [6]GlaxoSmithKline, Discovery Medicine, International Clinical Virology, Research Triangle Park, NC.

Received October 8, 2003; accepted March 5, 2004.

Supported by a research grant from the University of Hong Kong, Department of Medicine.

All authors contributed equally to this study.

Address reprint requests to: Prof. Ching-Lung Lai, Department of Medicine, University of Hong Kong, Queen Mary Hospital, Pokfulam Road, Hong Kong, China. E-mail: hrmelcl@hkucc.hku.hk; fax: (852) 28162863.

Copyright © 2004 by the American Association for the Study of Liver Diseases.

Published online in Wiley InterScience (www.interscience.wiley.com).

DOI 10.1002/hep.20240

**Table 1. Oligonucleotide Sequences for Each Invader\* Assay Set**

| Assay | Oligonucleotide Type | Sequence (5'–3') | Location (HBV Genome) |
|---|---|---|---|
| Set MS1 | Invader\* oligonucleotide | 5'-ctcatctgccggwccgtgtgcacttcgt-3' | 1565-1591 |
| | Primary probe | 5'-cgcgccgaggcttcacctctgcacgt-NH3-3' | 1592-1606 |
| | FRET cassette | 5'-F-tctZagccggttttccggctgagacctcggcgcg-3' | |
| Set PS2 | Invader\* oligonucleotide | 5'-gtckccatgcracgtgcagaggtgaat-3' | 1618-1593 |
| | Primary probe | 5'-aggccacggacggcgaagtgcacacg-NH3-3' | 1592-1579 |
| | FRET cassette | 5'-F-actZagccggttttccggctgagtcgtccgtggcct-3' | |
| hgDNA | Invader\* oligonucleotide | 5'-ccagcctccttagatcacagctccggaagt-3' | |
| hIGF gene | Primary probe | 5'-atgacgtggcagaccagcactcatccacga-3' | |
| | FRET cassette | 5'-F-tctZagccggttttccggctgagagtctgccacgtcat-3' | |

Abbreviations: F, fluorophore; Z, quencher; hg, human genomic; hIGF, human insulin growth factor.

\*Third Wave Technologies, Inc. Madison, WI.

## Patients and Methods

### Patients

Between August 1975 and October 2001, a total of 3,843 chronic HBV patients had been followed up every 3 to 6 months in the Hepatitis Clinic of the University of Hong Kong Queen Mary Hospital in Hong Kong. Liver biochemistry and HBV serology, including HBsAg, antibody to HBsAg (anti-HBs; for patients who became HBsAg-negative), hepatitis Be antigen (HBeAg), and antibody to HBeAg (anti-HBe) were checked (Abbott Laboratories, Chicago, IL). Ninety-two patients (HBeAg/anti-HBe, 21:71 on presentation) had HBsAg seroclearance. Six patients had prior interferon-alfa treatment. HBsAg seroclearance was defined as loss of serum HBsAg on repeated testing for a period of at least 6 months and during subsequent follow-up until the time of analysis. None of the patients had concomitant hepatitis C and hepatitis D infection. Patients with cirrhosis-related complications or HCC on presentation were excluded.

Ninety-two consecutive HBV patients presenting during the same period of time and matched for sex, age, and HBeAg/anti-HBe status on presentation and for the duration of follow-up were recruited as controls.

### Measurement of HBV DNA Levels in Serum, PBMC, and Liver

Serum obtained at the last follow-up was tested for HBV DNA using the Cobas Amplicor HBV Monitor Test (Roche Diagnostics, Branchburg, NJ; lower limit of detection, 200 copies/mL). PBMC were isolated by standard Ficoll-Hypaque density gradient centrifugation from heparinized peripheral blood. The cell pellets were washed 3 times in phosphate-buffered saline (PBS) and resuspended in 200 μL of PBS. Total cellular DNA was isolated from the PBMC by the QIAamp DNA Blood Mini Kit (Qiagen GmbH, Hilden, Germany), with a final elution volume of 200 μL. HBV DNA isolated from PBMC was measured by the Cobas Amplicor HBV Monitor Test. A TaqMan PCR Reagent Kit (Applied Biosys-

tems, Foster City, CA), which contained specific primers and probe for detection of β-actin gene was used to measure the amount of human genomic DNA. The final concentrations of the primers and probe in each reaction were 300 μmol and 200 μmol, respectively. Real-time polymerase chain reaction (PCR) amplification and detection was performed with an ABI Prism 7000 Sequence Detection System (Applied Biosystems).

Liver biopsies were performed in 16 patients with HBsAg seroclearance (2 were subsequently found inadequate for histological assessment), 13 control patients, and 9 non-HBV subjects. Liver samples (0.5-1.5 cm in length) were homogenized in PBS with a pellet pestle-microtube set (Kontes Glass Co., Vineland, NJ), followed by DNA extraction with a QIAamp DNA Blood Mini Kit. The extracted DNA was eluted in 400 μL of the elution buffer.

The amount of total HBV DNA, cccDNA, and human genomic DNA was quantified using the Invader HBV DNA Assay (Third Wave Technologies, Inc., Madison, WI). The general principle of the Invader assay has been described.[10-12] Briefly, 2 oligonucleotides, the primary probe and Invader oligonucleotide, hybridized to a target DNA sequence to form a partially overlapping structure. A Cleavase enzyme recognized this structure and cut off a short nucleotide fragment (called a 5'-flap) from the primary probe. At an isothermal reaction temperature close to the melting temperature of the primary probe and lower than the melting temperature of the Invader oligonucleotide, the primary probe cycles on the target DNA, and the released 5'-flaps were amplified in proportion to the concentration of the target DNA. Fluorescence resonance energy transfer (FRET) cassettes were used to react with the released flaps and generate a fluorescence signal, which was measurable by real-time PCR machines.

Three sets of Invader assays were used; the sequences of the oligonucleotides for each of the Invader assay sets are shown in Table 1. Set MS1, designed for the detection of

the minus-strand sequences of the HBV genome, was used for quantitation of all replicative forms of HBV DNA. Set PS2, designed for the detection of plus-strand sequences with the cleavage site located at the 5' base of the direct repeat (DR)-2 element, was used to determine cccDNA. A third set of Invader assay was designed for quantitation of the human insulin growth factor I (hIGFI) gene. Since the Cleavase acting site for set PS2 is at the 5' base of the DR2 element, cleavage is specific for cccDNA, which contains a covalent linkage of the 3' end of the plus strand to the 5' base of the DR2 element.

Fifteen microlitres of heat-denatured DNA extracted from the liver biopsy samples was added to 5 μL of a reaction master mix containing 40 mmol/L 3-(N-Morpholino) propane sulfonic (pH 7.5), 50 mmol/L $MgCl_2$, 2 μmol/L primary probe, 2 μmol/L Invaderoligonucleotide, 1 μmol/L FRET cassette and 50 ng Cleavase. The reaction mixtures were then incubated in the Rotor-Gene 2000 Real-time Cycler (Corbett Research, Mortlake, Australia) with a temperature setting of 80°C for 2 minutes, followed by a single temperature incubation of 64°C for 240 minutes, with fluorescence signal reading at 1-minute intervals.

Signal generation of the Invader assay follows quadratic kinetics, and there is a linear relationship between the target copy concentration and the quadratic coefficient.[10] The amount of total HBV DNA and cccDNA in a sample was calculated by extrapolation from a standard curve of the quadratic coefficients generated by reactions using the probe sets MS1 and PS2 on external plasmid standards of known concentrations. Intrahepatic total HBV DNA and cccDNA levels were then standardized with respect to the amount (in nanograms) of human genomic DNA present in the samples, as determined by hIGFI detection by the Invader assay. Cell number was calculated based on the estimate of 6.667 pg of human genomic DNA per cell. Experiment with serial diluted plasmid standards shows that the Invader assay has a lower limit of detection of 0.002 HBV DNA copies/cell for both the relaxed circular and ccc forms of HBV DNA and a dynamic range of 5 orders of magnitude. Intrahepatic total HBV DNA and cccDNA levels were then standardized with respect to the amount (in nanograms) of human genomic DNA present in the samples, as determined by hIGFI detection by the Invader assay. The intrahepatic total HBV DNA measurement was verified by using Cobas Amplicor HBV Monitor Test and β-actin gene measurement mentioned above.

### HBV Genotyping

Serum from 30 patients with HBsAg seroclearance (serum at the time of presentation before HBsAg seroclear-

ance) and 50 controls were tested for HBV genotypes. Briefly, HBV DNA was extracted as described in Stuyver et al.[13] The HBsAg region spanning aa107-205 was amplified and analyzed by INNO-LiPA HBV Genotyping (Innogenetics NV, Ghent, Belgium). The INNO-LiPA HBV Genotyping assay contains oligonucleotide probes specific for HBV genotypes A to G applied as 14 different lines on a membrane strip. Multiple probes are present for each HBV genotype. The correct HBV genotype was determined by consulting an interpretation chart showing probe reactivity patterns for each genotype.

### Histological Assessment

Histological activity index scores were assessed according to the criteria of Knodell et al.[14] Immunoperoxidase staining was performed using monoclonal antibodies against HBsAg and HBcAg (Signet, Dedham, MA; dilution, 1:2).

### Statistical Analysis

All statistical analyses were performed using the Statistical Program for Social Sciences (SPSS 10.0 for Windows; SPSS Inc., Chicago, IL). All continuous variables were tested for normality by Kolmogorov-Smirnov test. Comparison between continuous variables with normal distribution was tested by Student $t$ test. Continuous skewed variables were tested by Mann-Whitney $U$ test and Kruskal-Wallis test for 2- and 3-group comparison, respectively. Two related skewed variables were tested by Wilcoxon signed rank test. Correlation between 2 variables was tested by Spearman rank correlation. Categorical variables were tested by chi-square test or Fisher exact test.

## Results

### Demographic Data and Liver Biochemistry on Presentation

Demographic data for the 92 patients with HBsAg seroclearance and 92 control patients are listed in Table 2. There were no significant differences in any of the parameters between the 2 groups.

#### HBeAg Seroconversion and HBsAg Seroclearance.

The 21 HBeAg-positive patients with subsequent HBsAg seroclearance had HBeAg seroconversion at a mean (± SD) age of 38.09 (+ 16.65) years. The median alanine aminotransferase (ALT) decreased from 99.5 U/L (range, 13-3990 U/L) to 22 U/L (range, 9-1806 U/L; $P < .0001$) after HBeAg seroconversion. Only 14 of the 21 HBeAg-positive patients in the control group had HBeAg seroconversion.

The mean age of HBsAg seroclearance for the 92 patients was 48.8 (+ 13.81) years. Fifty-four patients

**Table 2. Demographic Data and Liver Biochemistry on Presentation for 92 Patients With HBsAg Seroclearance and 92 Control Patients**

|  | Patients with HBsAg Seroclearance | Control (Patients without HBsAg Seroclearance) |
|---|---|---|
| Demographic data |  |  |
| Number | 92 | 92 |
| M/F | 65:27 | 65:27 |
| Mean age (±SD) | 42.55 (14.37) | 41.90 (15.09) |
| HBeAg/anti-HBe | 21:71 | 21:71 |
| Median duration of follow-up, mo (range) | 126.28 (32.3-282) | 125.50 (42-315) |
| Median duration of follow-up after HBsAg seroclearance, mo (range) | 51.12 (18.72-199.56) | — |
| Liver biochemistry |  |  |
| Median albumin, U/L (range) | 47 (26-56) | 47 (24-58) |
| Median bilirubin, μmol/L (range) | 11 (3-553) | 10 (2-76) |
| Median ALT, U/L (range) | 27 (6-3390) | 31 (8-1020) |
| Median AST, U/L (range) | 24 (10-614) | 30.5 (13-476) |

Abbreviations: ALT, alanine aminotransferase; AST, aspartate aminotransferase.

(58.7%) had detectable anti-HBs with the median level of 60.8 mIU/mL (range, 4.4-1000 mIU/mL). With HBsAg seroclearance, the median ALT of the 92 patients improved from 22 U/L (range, 6-1806 U/L) to 19 U/L (range, 6-106 U/L; $P < .0001$).

There was no significant difference in liver biochemistry on presentation between patients with HBsAg seroclearance and controls (Table 2). The control patients had a lower incidence of HBeAg seroconversion though they were of similar age and had similar duration of follow-up (p = .009). For the control who had HBeAg seroconversion, the median peak ALT levels during HBeAg seroconversion was similar to that of patients with subsequent HBsAg seroclearance: 89 U/L (range, 6-819 U/L) versus 136 U/L (range, 8-1806 U/L), respectively ($P = .4$). The distribution of HBV genotypes is listed in Table 3. Patients with HBsAg seroclearance were more likely to be of genotype B ($P = .014$).

**HBV DNA in Serum and PBMC.** Only 1 patient (1.1%) had a detectable HBV DNA level of 1870 copies/mL at a median interval of 49.1 months (range, 10-116.77 months) after HBsAg seroclearance. Sixty-six

**Table 3. HBV Genotype Distribution of Patients With and Without HBsAg Seroclearance**

| No. of Patients | Patients With HBsAg Seroclearance (n = 30) | Patients Without HBsAg Seroclearance (n = 50) |
|---|---|---|
| Single genotype* |  |  |
| A (%) | 1 (3.3) | 2 (4) |
| B (%) | 16 (53.3) | 15 (30) |
| C (%) | 10 (33.3) | 32 (64) |
| D (%) | 2 (6.7) | — |
| Mixed genotypes |  |  |
| A + D (%) | 1 (3.3) | — |
| B + C (%) | — | 1 (2) |

*Among patients with single genotype B or C, those with HBsAg seroclearance had a higher proportion of genotype B and lower proportion of genotype C when compared to controls; odds ratio 3.41; (95% CI, 1.26-9.28); P = .014.

patients had their PBMC isolated for the determination of HBV DNA levels at a median interval of 48.8 months (range, 18.7-126.8 months) after HBsAg seroclearance. None had detectable HBV DNA in the PBMC, though human genomic DNA was detected by real-time PCR for β-actin.

**Intrahepatic Total HBV DNA and cccDNA.** Results of the intrahepatic HBV DNA are listed in Table 4. For the 16 patients with HBsAg seroclearance, the median interval between the time of HBsAg seroclearance and the time of liver biopsy was 47.9 months (range, 26.4-127.9 months). Six patients (37.5%) had detectable intrahepatic total HBV DNA levels, 4 of whom were positive for anti-HBs in the serum. There was a significant decreasing trend in median intrahepatic total HBV DNA levels (expressed in copies per nanogram of human genomic DNA) for HBeAg-positive patients (17613.26 copies/ng [range, 370.14-32956.14 copies/ng]); anti-HBe–positive patients (2229.0 copies/ng [range, 25.19-13347.66 copies/ng]); and patients with HBsAg seroclearance (undetectable level [range, undetectable level-12.02 copies/ng]); $P < .0001$. There was good correlation between the intrahepatic total HBV DNA levels measured by the Invader assay and Cobas Amplicor HBV Monitor Test ($r = 0.92$, $P < .0001$).

Intrahepatic HBV DNA in the 6 patients with HBsAg seroclearance and measurable intrahepatic HBV DNA was predominantly in the form of cccDNA, whereas most of the intrahepatic HBV DNA of the 13 control patients had relatively low percentages of cccDNA: median percentage of cccDNA, 100% (range 71.28%-100%) versus 5.82% (range, 2.56%-57.96%), respectively; $P < .0001$.

**Liver Histology.** The mean age of HBsAg seroclearance for the 14 patients with assessable liver biopsy was 41.96 months (+ 8.34). The median interval between the time of HBsAg seroclearance and liver biopsies was

**Table 4. Intrahepatic Total HBV DNA and cccDNA of Patients and Controls**

| | Patients | Total HBV DNA | | cccDNA by Invader Assay | |
|---|---|---|---|---|---|
| | | Invader Assay | Cobas Amplicor HBV Monitor Test | cccDNA Level | cccDNA (%) |
| HBsAg seroclearance | 1 | 12.02 (0.080) | 2.51 | 12.02 (0.080) | 100 |
| | 2 | 0.95 (0.006) | 0.26 | 0.95 (0.006) | 100 |
| | 3 | 0.96 (0.006) | 0.12 | 0.87 (0.006) | 91.07 |
| | 4 | 0.41 (0.003) | Undetectable | 0.41 (0.003) | 100 |
| | 5 | 2.51 (0.017) | Undetectable | 2.52 (0.017) | 100 |
| | 6 | 0.85 (0.006) | Undetectable | 0.61 (0.004) | 71.28 |
| | 7 | Undetectable | 0.48 | Undetectable | NA |
| | 8 | Undetectable | 0.22 | Undetectable | NA |
| | 9–16 | Undetectable | Undetectable | Undetectable | NA |
| HBeAg + ve | 17 | 32956.14 (219.72) | 951.81 | 1118.9 (7.46) | 3.4 |
| | 18 | 26544.14 (176.97) | 1386.21 | 1381.63 (9.21) | 5.21 |
| | 19 | 17613.26 (117.43) | 8991.13 | 949.69 (6.33) | 5.39 |
| | 20 | 7477.43 (49.85) | 149.37 | 479.43 (3.20) | 6.4 |
| | 21 | 370.14 (2.47) | 56.95 | 60.99 (0.41) | 16.48 |
| Anti-HBe + ve | 22 | 13347.66 (88.99) | 368.68 | 536.82 (3.58) | 2.56 |
| | 23 | 4527.04 (30.18) | 277.57 | 263.68 (1.76) | 5.82 |
| | 24 | 3656.05 (24.37) | 107.13 | 105.26 (0.70) | 2.88 |
| | 25 | 2848.33 (18.99) | 93.76 | 142.42 (0.95) | 5 |
| | 26 | 1609.66 (10.73) | 185.79 | 107.63 (0.72) | 6.69 |
| | 27 | 449.38 (3.00) | 40.22 | 42.74 (0.28) | 9.51 |
| | 28 | 74.44 (0.50) | 3.31 | 29.56 (0.20) | 39.71 |
| | 29 | 25.69 (0.17) | 5.09 | 14.89 (0.10) | 57.96 |
| Non-HBV controls (n = 9) | | Undetectable | Undetectable | Undetectable | NA |

NOTE: HBV DNA and cccDNA expressed in copies per nanogram of human genomic DNA (copies per cell).

Abbreviation: NA, not applicable.

45.77 months (range, 26.4-66.02 months). The histological features of the liver biopsies are listed in Table 5. Of 14 patients, 12 (85.7%) had nearly normal liver histology. The remaining 2 had mild nonspecific changes. Abnormal histological activity index score was observed in all 4 patients who had HBsAg seroclearance after age 50 and in only 3 of 10 (30%) pa-

tients who had HBsAg seroclearance before age 50 ($P = .07$).

*Cirrhosis-Related Complications and HCC* One patient had esophageal varices after HBeAg seroconversion but before HBsAg seroclearance. Four patients had HCC developing at 20, 21.1, 48, and 65.2 months after HBsAg seroclearance. One patient had ascites at

**Table 5. Histological Features of the 13 Patients With HBsAg Seroclearance**

| Patients | Age of HBsAg Seroclearance, y | Interval Between Liver Biopsy and HBsAg Seroclearance, mo | Histologic Activity Index* | | | | |
|---|---|---|---|---|---|---|---|
| | | | Periportal Bridging Necrosis | Interlobular Degeneration and Focal Necrosis | Portal Inflammation | Fibrosis | Total Score |
| 1 | 31.31 | 41.43 | 0 | 1 | 1 | 0 | 2 |
| 2 | 31.95 | 66.03 | 0 | 1 | 0 | 0 | 1 |
| 3 | 34.92 | 47.97 | 0 | 0 | 0 | 0 | 0 |
| 4† | 36.61 | 33.47 | 0 | 0 | 0 | 0 | 0 |
| 5 | 36.95 | 127.9 | 0 | 0 | 0 | 0 | 0 |
| 6 | 38.72 | 26.4 | 0 | 0 | 0 | 0 | 0 |
| 7 | 39.17 | 47.8 | 0 | 0 | 0 | 0 | 0 |
| 8 | 39.46 | 29.23 | 0 | 0 | 0 | 0 | 0 |
| 9 | 39.74 | 38.9 | 0 | 0 | 0 | 1 | 1 |
| 10 | 45.27 | 56.37 | 0 | 0 | 0 | 0 | 0 |
| 11 | 51.64 | 29.6 | 0 | 0 | 0 | 1 | 1 |
| 12 | 51.88 | 49.5 | 0 | 0 | 1 | 0 | 1 |
| 13 | 51.92 | 65.57 | 0 | 1 | 1 | 0 | 2 |
| 14 | 57.94 | 43.73 | 0 | 1 | 0 | 0 | 1 |

*Histological activity index score: 0–10 for periportal bridging necrosis and 0–4 for interlobular degeneration and focal necrosis, portal inflammation, and fibrosis.

†Patient was positive for HBsAg by immunoperoxidase staining HBcAg immunoperoxidase staining was negative in all other patients.

57 months after HBeAg seroconversion and HCC at 9 months after HBsAg seroclearance. All 6 patients had undetectable HBV DNA in the serum. Of the 5 patients with HCC, all except one had biochemical and radiological evidence of cirrhosis. One patient with HCC had previous interferon-alfa treatment. There were 11 controls (1 positive for HBeAg, 10 positive for anti-HBe) who developed cirrhosis-related complications and/or HCC. Of these, 7 had HCC only, 1 had esophageal varices, ascites, and HCC, and 3 had ascites and/or esophageal varices.

There was no significant difference in the risk of HCC between patients with and without HBsAg seroclearance: 5 of 92 (5.4%) versus 8 of 92 (8.70%), respectively; $P = .39$]. However, the mean age of HBsAg seroclearance of the 5 patients who subsequently developed HCC was significantly older than that of the remaining 87 patients: 63.16 years (+ 8.27) versus 47.94 years (+ 13.64), respectively; $P = .016$.

## Discussion

To our knowledge, the current study is the largest series studying the significance and various virological aspects of HBV patients with HBsAg seroclearance, though intrahepatic HBV DNA, liver histology, and HBV genotypes were determined in only a limited number of patients. Liver biochemistry on presentation and peak ALT levels during HBeAg seroconversion were of no predictive value for subsequent HBsAg seroclearance. Although 6 of 92 patients had prior interferon-alfa treatment, we have previously shown in a long-term follow-up study that interferon-alfa treatment does not significantly enhance HBsAg seroclearance in Chinese HBV patients.[15] However, earlier HBeAg seroconversion and genotype B (Table 3) were associated with a higher chance of HBsAg seroclearance. Further studies on the effect of genotype in HBV diseases are indicated because some studies have reported that genotype C is associated with more serious HBV disease.[16,17] It may also be worthwhile to study serum HBV DNA levels and/or HBsAg titers after HBeAg seroconversion to see whether they are of predictive value for future HBsAg seroclearance. The majority of our patients (>98%) had undetectable serum HBV DNA levels using a sensitive PCR assay at a median duration of 49 months after HBsAg seroclearance. This confirmed the findings of several studies that serum HBV DNA becomes undetectable 1 to 2 years after HBsAg seroclearance.[8,9,18–20] The extrahepatic reservoir for HBV DNA was also low since all 66 patients with PBMC testing were negative for HBV DNA. Mason et al. reported that 5 out of 12 patients with HBsAg seroclearance had HBV DNA in PBMC detectable by PCR.[21] The difference in the results between our study and Mason et al. might be due to the fact that 9 of the 12 patients studied by Mason et al. had HBV DNA measured within 24 months of HBsAg seroclearance, whereas in our study, the median interval between the measurement of HBV DNA in PBMC and HBsAg seroclearance was 48 months (only 3 of 66 patients had HBV DNA measurement within 24 months of HBsAg seroclearance). It is possible that the viral load in the extrahepatic reservoir decreases with time.

However, a substantial number of these patients (37.5%) still had detectable HBV DNA in the liver, a finding similar to other studies.[7–9,22] We demonstrated quantitatively, that there was a decreasing trend in the amount of total intrahepatic HBV DNA for HBeAg-positive patients, anti-HBe-positive patients, and patients with HBsAg seroclearance ($P < .0001$). We applied and verified a novel means to quantify the amount of intrahepatic HBV DNA as copies per nanogram of human genomic DNA and copies per cell in order to avoid the error introduced by a gross estimation of tissue weight with HBV DNA expressed as copies per unit weight of tissue.

The present study also showed that, in patients with measurable intrahepatic HBV DNA, it was mainly in the form of cccDNA after HBsAg seroclearance (Table 4). Though we were using the novel Invader assay to measure cccDNA, this assay was stringently verified by synthetic oligonucleotide target specificity assay, S1 nuclease treatment, and intra-assay and interassay variation experiments (data not shown). It has also been verified by PCR technique. cccDNA forms the template for the transcription of viral RNAs. It has been suggested that HBV inside the liver in patients with HBsAg seroclearance is probably in a complete and uninterrupted form.[8,9] The failure to detect mRNA in the liver by hybridization *in situ* also suggests that viral transcription is minimal or at a rate slower than that of cell turnover.[7] But in these previous reports, it was impossible to characterize the HBV DNA in the liver because the investigators were unable to detect HBV DNA by Southern-blot hybridization.[7,8] Our study suggests that the viral HBV DNA was predominantly in the form of cccDNA. However, the role of the integrated HBV DNA is not determined in the present study. The probes of the Invader assay used in this study would probably not detect integrated HBV DNA. Integration often occurs at the 11-base pair DR1 and DR2 regions, leading to breaching of the 2 regions,[23,24] and no hybridization would take place. Nevertheless, the presence of cccDNA in patients with HBsAg seroclearance may have some im-

HEPATOLOGY, June 2004

plications for the potential future development of HCC in patients with HBsAg seroclearance (see below). However, in the majority of these patients, the viral load inside the liver should continue to decrease if the hepatocyte turnover rate exceeds the transcription rate of viral RNAs from the small amount of cccDNA. In theory, therefore, the HBV inside the liver should eventually disappear through natural cell death, though considerable time may be required even after HBsAg seroclearance.

Despite these favorable parameters in patients with HBsAg seroclearance, we were unable to show a significant decrease in the risk for the occurrence of HCC. This finding is similar to other studies.[5,6,22,25–28] Of the 5 patients who developed HCC after HBsAg seroclearance, 4 already had evidence of cirrhosis at the time of development of HCC. In addition, the HBsAg seroclearance of these 5 patients occurred at a relatively older age compared to the remaining 87 patients (mean 63.16 years vs. 47.94 years, respectively; $P = .016$). The longest interval between HBsAg seroclearance and the detection of HCC was 65.2 months. It is possible that cirrhosis of the liver, and probably the process of hepatocarcinogenesis (i.e., the oncogenic effect of the integration of HBV DNA into the host), had already developed at the time of HBsAg seroclearance for these 5 patients. It is also possible that any residual cccDNA in the hepatocytes may still have had integrative capacity. Further studies are required to determine this. HBsAg seroclearance at a younger age is probably associated with a reduced risk of development of HCC. This is supported by the near normal histology of the 14 patients with assessable histology in whom the mean age of HBsAg seroclearance was 42 years. Further longitudinal follow-up of these patients for the occurrence of HBV-related complications is required to prove that HBsAg seroclearance at a relative young age confers good prognosis.

In conclusion, chronic HBV patients with HBsAg seroclearance are usually associated with favorable biochemical, virological, and histological parameters. Intrahepatic HBV DNA levels are extremely low and predominantly in the form of cccDNA. However, development of HCC is still possible, particularly in patients with cirrhosis who have HBsAg seroclearance at an older age.

## References

1. Wu TT, Hsu HC, Chen DS, Sheu JC, Su IJ, Chen SL, et al. Clearance of hepatitis B surface antigen (HBsAg) after surgical resection of hepatocellular carcinoma. J Hepatol 1987;4:45–51.
2. Liaw YF, Sheen IS, Chen TJ, Chu CM, Pao CC. Incidence, determinants and significance of delayed clearance of serum HBsAg in chronic hepatitis B virus infection: a prospective study. HEPATOLOGY 1991;13:627–31.
3. Brechot C, Theirs V, Kremsdorf D, Nalpas B, Pol S, Paterlini-Brechot P. Persistent hepatitis B virus infection in subjects without hepatitis B surface antigen: clinically significant or purely "occult." HEPATOLOGY 2001;34: 194–203.
4. Perrillo RP, Brunt EM. Hepatic histologic and immunohistochemical changes in chronic hepatitis B after prolonged clearance of hepatitis B e antigen and hepatitis B surface antigen. Ann Intern Med 1991;115:113– 115.
5. Adachi H, Kaneko S, Matsushita E, Inagaki Y, Unoura M, Kobayashi K. Clearance of HBsAg in seven patients with chronic hepatitis B. HEPATOLOGY 1992;16:1334–1337.
6. Huo TI, Wu JC, Lee PC, Chau GY, Lui WY, Tsay SH, et al. Seroclearance of hepatitis B surface antigen in chronic carriers does not necessarily imply a good prognosis. HEPATOLOGY 1998;28:231–236.
7. Kuhns M, McNamara A, Mason A, Campbell C, Perrillo R. Serum and liver hepatitis B virus DNA in chronic hepatitis B after sustained loss of surface antigen. Gastroenterology 1992;103:1649–1656.
8. Fong TL, Di Bisceglie AM, Gerber MA, Waggoner JG, Hoofnagle JH. Persistence of hepatitis B virus DNA in the liver after loss of HBsAg in chronic hepatitis B. HEPATOLOGY 1993;18:1313–1318.
9. Loriot MA, Marcellin P, Walker F, Boyer N, Degott C, Randrianatoavina I, et al. Persistence of hepatitis B virus DNA in serum and liver from patients with chronic hepatitis B after loss of HBsAg. J Hepatol 1997;27: 251–258.
10. Hall JG, Eis PS, Law SM, Reynaldo LP, Prudent JR, Marshall DJ, et al. Sensitive detection of DNA polymorphisms by the serial invasive signal amplification reaction. Proc Natl Acad Sci USA 2000;97:8272–8277.
11. Lyamichev VI, Kaiser MW, Lyamicheva NE, Vologodskii AV, Hall JG, Ma WP, et al. Experimental and theoretical analysis of the invasive signal amplification reaction. Biochemistry 2000;39:9523–9532.
12. Kaiser MW, Lyamicheva N, Ma W, Miller C, Neri B, Fors L, et al. A comparison of eubacterial and archaeal structure-specific 5′- exonucleases. J Biol Chem 1999;274: 21387–21394
13. Stuyver L, Van Geyt C, De Gendt S, Van Reybroeck G, Zoulim F, Leroux-Roels G, et al. Line probe assay for monitoring drug resistance in hepatitis B virus-infected patients during antiviral therapy. J Clin Microbiol 2000; 38:702–707.
14. Knodell RG, Ishak KG, Black WC, Chen TS, Craig R, Kaplowitz N, et al. Formulation and application of a numerical scoring system for assessing histological activity in asymptomatic chronic active hepatitis. HEPATOLOGY 1981;1:431–435.
15. Yuen MF, Hui CK, Cheng CC, Wu CH, Lai YP, Lai CL. Long-term follow-up of interferon alfa treatment in Chinese patients with chronic hepatitis B infection: the effect on HBeAg seroconversion and the development of cirrhosis-related complications. HEPATOLOGY 2001:34:139– 145.
16. Kao JH, Chen PJ, Lai MY, Chen DS. Hepatitis B genotypes correlate with clinical outcomes in patients with chronic hepatitis B. Gastroenterology 2000;118:554–559.
17. Kao JH, Chen PJ, Lai MY, Chen DS. Clinical and virological aspects of blood donors infected with hepatitis B virus genotypes B and C. J Clin Microbiol 2002;40:22–25.
18. Korenman J, Baker B, Waggoner J, Everhart JE, Di Bisceglie AM, Hoofnagle JH. Long-term remission of chronic hepatitis B after alpha-interferon therapy. Ann Intern Med 1991;114:629–634.
19. Marcellin P, Martinot-Peignoux M, Loriot M, Hiostra E, Boyer N, Thiers V, et al. Persistence of hepatitis B virus DNA demonstrated by polymerase chain reaction in serum and liver after loss of HBsAg induced by antiviral therapy. Ann Intern Med 1990;112:227–228.
20. Loriot MA, Marcellin P, Bismuth E, Martinot-Peignoux M, Boyer N, Degott C, et al. Demonstration of hepatitis B virus DNA by polymerase chain reaction in the serum and liver after spontaneous or therapeutically induced HBeAg to anti-HBe or HBsAg to anti-HBs seroconversion in patients with chronic hepatitis B. HEPATOLOGY 1992;15: 32–36.

Case 1:07-cv-03218-RJH     Document 26-16     Filed 07/03/2008     Page 19 of 30

21. Mason A, Yoffer B, Noonan C, Mearns M, Campbell C, Kelley A, et al. Hepatitis B virus DNA in peripheral-blood mononuclear cells in chronic hepatitis B after HBsAg clearance. HEPATOLOGY 1992;16:36–41.

22. Lai MY, Chen PJ, Yang PM, Sheu JC, Sung JL, Chen DS. Identification and characterization of intrahepatic hepatitis B virus DNA in HBsAg-seronegative patients with chronic liver disease and hepatocellular carcinoma in Taiwan. HEPATOLOGY 1990;12(3 pt 1):575–581.

23. Mason AL, Xu L, Guo L, Kuhns M, Perrillo RP. Molecular basis for persistent hepatitis B virus infection in the liver after clearance of serum hepatitis B surface antigen. HEPATOLOGY 1998;27:1736–1742.

24. Robinson WS. The role of hepatitis B virus in the development of primary hepatocellular carcinoma: part I. J Gastroenterol Hepatol 1992;7:622–638.

25. Sheu JC, Huang GT, Shih LN, Lee WC, Chou HC, Wang JT, et al. Hepatitis C and B viruses in hepatitis B surface antigen-negative hepatocellular carcinoma. Gastroenterology 1992;103:1322–1327.

26. Brechot C, Degos E, Lugassy C, Thiers V, Zafrani S, Franco D, et al. Hepatitis B virus DNA in patients with chronic liver disease and negative tests for hepatitis B surface antigen. N Engl J Med 1985;312:270–276.

27. Beasley RP, Hwang LY, Lin CC, Chien CS. Hepatocellular carcinoma and hepatitis B virus. A prospective study of 22707 men in Taiwan. Lancet 1981;2:1129–1133.

28. Beasley RP. Hepatitis B virus. The major etiology of hepatocellular carcinoma. Cancer 1988;61:–1956.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

ORIGINAL ARTICLE

---

# Lamivudine for Patients with Chronic Hepatitis B and Advanced Liver Disease

Yun-Fan Liaw, M.D., Joseph J.Y. Sung, M.D., Wan Cheng Chow, M.D.,
Geoffrey Farrell, M.D., Cha-Ze Lee, M.D., Hon Yuen, M.D., Tawesak Tanwandee, M.D.,
Qi-Min Tao, M.D., Kelly Shue, M.R.Pharm.S., Oliver N. Keene, M.Sc.,
Jonathan S. Dixon, Ph.D., D. Fraser Gray, Ph.D., and Jan Sabbat, M.B., B.S.,
for the Cirrhosis Asian Lamivudine Multicentre Study Group*

---

## ABSTRACT

### BACKGROUND

The effectiveness of antiviral therapy in preventing disease progression in patients with chronic hepatitis B and advanced fibrosis or cirrhosis is unknown.

### METHODS

Patients with chronic hepatitis B who had histologically confirmed cirrhosis or advanced fibrosis were randomly assigned in a 2:1 ratio to receive lamivudine (100 mg per day) or placebo for a maximum of five years. Of 651 patients, 436 were assigned to receive lamivudine and 215 to receive placebo. The primary end point was time to disease progression, defined by hepatic decompensation, hepatocellular carcinoma, spontaneous bacterial peritonitis, bleeding gastroesophageal varices, or death related to liver disease. An independent data and safety monitoring board monitored the progress of the study and performed interim analyses of the data.

### RESULTS

We randomly assigned 651 patients (98 percent Asian and 85 percent male) to receive lamivudine or placebo. The study was terminated after a median duration of treatment of 32.4 months (range, 0 to 42) owing to a significant difference between treatment groups in the number of end points reached. End points were reached by 7.8 percent of the patients receiving lamivudine and 17.7 percent of those receiving placebo (hazard ratio for disease progression, 0.45; P=0.001). The Child–Pugh score increased in 3.4 percent of the patients receiving lamivudine and 8.8 percent of those receiving placebo (hazard ratio, 0.45; P=0.02), whereas hepatocellular carcinoma occurred in 3.9 percent of those in the lamivudine group and 7.4 percent of those in the placebo group (hazard ratio, 0.49; P=0.047). Genotypic resistance YMDD mutations developed in 49 percent of the patients treated with lamivudine, and the Child–Pugh score was more likely to increase in patients with these mutations than in the other patients treated with lamivudine (7 percent vs. <1 percent). Overall, 12 percent of the patients in the lamivudine group and 18 percent of the patients in the placebo group reported serious adverse events.

### CONCLUSIONS

Continuous treatment with lamivudine delays clinical progression in patients with chronic hepatitis B and advanced fibrosis or cirrhosis by significantly reducing the incidence of hepatic decompensation and the risk of hepatocellular carcinoma.

From Chang Gung Memorial Hospital and University, Taipei, Taiwan (Y.-F.L.); Prince of Wales Hospital, Hong Kong (J.J.Y.S.); Singapore General Hospital, Singapore (W.C.C.); the Storr Liver Unit, Westmead Millennium Institute, and University of Sydney, Sydney, Australia (G.F.); National Taiwan University College of Medicine and University Hospital, Taipei (C.-Z.L.); Princess Margaret Hospital, Hong Kong (H.Y.); Siriraj Hospital, Bangkok, Thailand (T.T.); People's Hospital, Beijing (Q.-M.T.); GlaxoSmithKline, Singapore (K.S., J.S.); and GlaxoSmithKline, Greenford, United Kingdom (O.N.K., J.S.D., D.F.G.). Address reprint requests to Professor Liaw at the Liver Research Unit, Chang Gung Memorial Hospital and University, 199 Tung Hwa North Rd., Taipei 105, Taiwan, or at liveryfl@so-net.net.tw.

*The principal investigators participating in the Cirrhosis Asian Lamivudine Multicentre (CALM) Study are listed in the Appendix.

N Engl J Med 2004;351:1521-31.
*Copyright © 2004 Massachusetts Medical Society.*

1521

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

HRONIC HEPATITIS B IS A SERIOUS problem worldwide.[1] Among patients with active viral replication, cirrhosis will develop in 15 to 20 percent within five years.[2,3] For patients with cirrhosis, acute exacerbation can occur, the disease may progress, and the incidence of hepatocellular carcinoma is greatly increased (70 to 90 percent of cases of hepatocellular carcinoma occur against a background of cirrhosis).[4,5] Because of these complications, five-year survival rates may be as low as 55 percent.[6] Ultimately, 40 percent of Asian men with chronic hepatitis B die of either complications of cirrhosis or hepatocellular carcinoma.[7]

Patients with persistent seropositivity for hepatitis B e antigen (HBeAg) or an increased serum alanine aminotransferase level after HBeAg seroconversion have a significantly increased risk of cirrhosis and hepatocellular carcinoma.[8-11] This is consistent with experimental models showing important roles for continuing hepatitis B virus (HBV) replication and the resultant hepatic inflammatory response in hepatocarcinogenesis.[12] Thus, the suppression of HBV and the reduction of necroinflammatory activity in chronic hepatitis B may prevent cirrhosis and, consequently, liver failure and hepatocellular carcinoma.[13]

Patients who have a response to interferon therapy have substantially fewer life-threatening liver complications than those who do not have a response,[14] although the evidence of the effect of this therapy on the incidence of hepatocellular carcinoma is less conclusive.[15-17] Use of interferon is restricted by cost, side effects, and, among patients with cirrhosis, the risk of liver failure during a flare of hepatitis. These limitations do not apply to oral antiviral agents, such as lamivudine, which can produce marked viral suppression, reduction of hepatic necroinflammatory activity,[18,19] histologic improvement of liver fibrosis,[20,21] and improved liver function,[22] even in patients with decompensation.[23,24] However, long-term therapy with lamivudine leads to viral breakthrough in some patients, owing to the emergence of genotypic resistance tyrosine, methionine, aspartate, aspartate (YMDD) mutations.[25] The possible implications of a resumption of necroinflammatory activity[21,26] include flares of hepatitis, which may lead to liver failure and death, and a gradual erosion of hepatic function, which may lead to decompensation or cirrhosis.

It has not been possible to devise treatment guidelines for the subgroup of patients with HBV-related cirrhosis or advanced hepatic fibrosis.[27,28] Therefore, we conducted a prospective, randomized, double-blind, placebo-controlled trial to assess the efficacy of lamivudine in terms of the clinical progression of disease in patients with chronic hepatitis B and advanced fibrosis or cirrhosis. This study was conducted at multiple centers in countries in the Asian–Pacific region, where chronic hepatitis B is a major cause of morbidity and mortality from cirrhosis and where hepatocellular carcinoma is a major cause of death.

## METHODS

### STUDY DESIGN

We planned to conduct this multicenter, centrally randomized, double-blind, placebo-controlled, parallel group study for five years or less. Patients were randomly assigned in a 2:1 ratio to receive lamivudine (100 mg per day) or placebo within 30 days after screening. Of 651 patients, 436 were assigned to receive lamivudine and 215 to receive placebo. During the double-blind phase, treatment was stopped for patients who reached a clinically confirmed end point (disease progression) or had HBeAg seroconversion. Patients who reached an end point were offered open-label lamivudine for one year, and patients who had HBeAg seroconversion were followed up after therapy and had the option to receive lamivudine as an open-label treatment in the event of serologic relapse. If the trial was terminated according to predefined criteria, patients were to be offered open-label treatment for one year.

The data reported in this article are from the double-blind phase of the study, including follow-up after treatment, up to the time of termination.

### PATIENTS

Patients over 16 years of age with chronic hepatitis B were eligible for recruitment if they had been positive for hepatitis B surface antigen (HBsAg) for at least six months, were positive for HBeAg or negative for HBeAg with detectable HBV DNA at screening, and had had a liver biopsy showing an Ishak fibrosis score of at least 4 (where 0 indicates no fibrosis and 6 indicates cirrhosis) at screening or during the previous two years. Biopsy slides were reviewed by one centrally appointed independent

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

LAMIVUDINE FOR CHRONIC HEPATITIS B AND ADVANCED LIVER DISEASE

histopathologist who was blinded to the treatment assignments.

Patients were excluded if they had any of the following: evidence of hepatocellular carcinoma (suspicious foci on hepatic ultrasonography at screening or a rising serum level of alpha-fetoprotein), a serum alanine aminotransferase level more than 10 times the upper limit of normal, any evidence of hepatic decompensation (as defined by the study protocol), autoimmune hepatitis, coinfection with hepatitis C or D virus or human immunodeficiency virus, other serious concurrent illness (e.g., alcoholism, uncontrolled diabetes, or cancer), pancreatic amylase or lipase levels more than two times the upper limit of normal, an elevated serum creatinine level, a hemoglobin level of less than 8 g per deciliter, a white-cell count below 1500 per cubic millimeter, a platelet count of 50,000 per cubic millimeter or less, treatment with immunomodulatory or chronic antiviral therapy within the 6 months before screening, treatment with any investigational drug within the 30 days before the study began, or any previous treatment with lamivudine. Women who were pregnant were also excluded.

### ASSESSMENTS

Patients were assessed at baseline, at the end of months 1 and 3, and at every three months thereafter for clinical evidence of hepatic decompensation or other complications. They were also questioned about adverse events, concurrent medications, and study drug accountability; blood was taken for hematology and biochemistry profiles; serum samples were tested for HBeAg, hepatitis B e antibody, and alpha-fetoprotein; and the prothrombin time was measured. At baseline and every six months thereafter, serum was assayed for HBsAg and hepatitis B surface antibody, and liver ultrasonography was performed. HBeAg seroconversion was considered confirmed if two consecutive samples taken at least a month apart were positive for hepatitis B e antibody and negative for HBeAg. Hepatic ultrasonography and liver biopsy or fine-needle aspiration were performed as clinically indicated to investigate or confirm a diagnosis of hepatocellular carcinoma.

Serum samples were collected at baseline and at months 1, 12, 24, 36, 48, and 60 and analyzed for HBV DNA levels at a central laboratory. HBV DNA was determined by a branched-chain hybridization assay (Versant HBV DNA Quantitative Assay,

Bayer Diagnostics, with a lower limit of detection of 0.7 mEq per milliliter). Results were unavailable to the investigators until after the completion of the study, and serum HBV DNA assays were not permitted at the investigators' sites during double-blind therapy but were allowed after confirmed HBeAg seroconversion or during open-label lamivudine therapy. Samples collected at baseline, at annual visits, and at the completion of treatment were also analyzed for the presence of YMDD mutations by polymerase-chain-reaction assay and restriction-fragment–length polymorphism assay. Samples collected at all scheduled visits from patients with clinical end points were also tested for YMDD mutations.

### END POINTS

The primary end point was time to disease progression, as defined by the first occurrence of any of the following: an increase of at least 2 points in the Child–Pugh score (an assessment of the severity of liver disease [range, 5 to 15, where 5 indicates good liver function and 15 indicates poor liver function] calculated on the basis of the serum bilirubin and albumin levels, the prothrombin time, and the presence and degree of ascites or encephalopathy), spontaneous bacterial peritonitis with proven sepsis, renal insufficiency, bleeding gastric or esophageal varices, the development of hepatocellular carcinoma, or death related to liver disease. Patients with a first clinical end point were followed for subsequent end points. Any increase in the Child–Pugh score due solely to laboratory parameters was confirmed on two consecutive visits at least one month apart. For patients with albumin levels below 35 g per liter or bilirubin levels greater than 34.2 μmol per liter (2 mg per deciliter) at baseline, confirmatory tests were conducted one week after the first test. Renal insufficiency was defined as a decrease in creatinine clearance to 50 ml per minute (0.8 ml per second) or less that was confirmed two times, at least one week apart. Hepatocellular carcinoma was diagnosed on the basis of results of ultrasonography, selective arteriography, imaging of hepatic tumors during the vascular phase, serum levels of alpha-fetoprotein, or by cytologic or histologic evaluation. The evidence for each end point was reviewed and confirmed by a blinded clinical end-points committee composed of three internationally recognized hepatologists.

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

| Table 1. Baseline Characteristics of the Patients.* | | |
|---|---|---|
| Characteristic | Lamivudine Group (N=436) | Placebo Group (N=215) |
| Male sex — no. (%) | 370 (85) | 182 (85) |
| Asian — no. (%) | 426 (98) | 210 (98) |
| Age — yr | | |
| Median | 43 | 44 |
| Range | 17–74 | 22–71 |
| Child–Pugh score — no. (%)† | | |
| 5 | 341 (78) | 156 (73) |
| 6 | 75 (17) | 41 (19) |
| ≥7 | 20 (5) | 18 (8) |
| Ishak fibrosis score — no. (%)‡ | | |
| 4 | 176 (40) | 76 (35)‡ |
| 5 | 127 (29) | 55 (26) |
| 6 | 133 (31) | 84 (39) |
| HBV DNA — mEq/ml | | |
| Median | 11.7 | 21.5 |
| Range | <0.7–109,800 | <0.7–4234 |
| HBV DNA ≥0.7 mEq/ml — no. (%)§ | 345 (79) | 174 (81) |
| Positive for HBeAg — no. (%) | 252 (58) | 124 (58) |
| Alpha-fetoprotein — μg/liter | | |
| Median | 8.6 | 9.8 |
| Range | 0.7–600 | 1.2–298 |
| Albumin — g/liter | | |
| Median | 42 | 41 |
| Range | 28–54 | 27–52 |
| Alanine aminotransferase — U/liter | | |
| Median | 70 | 68 |
| Range | 14–959 | 7–821 |
| Alanine aminotransferase >1 time the upper limit of normal — no. (%) | 338 (78) | 171 (80) |

## SAFETY

All adverse events, regardless of their possible association with the disease or study treatment, were recorded. Adverse events were considered to be serious if the investigator determined that they jeopardized the patient, were life-threatening, or would result in hospitalization, disability, or death.

## DATA AND SAFETY MONITORING BOARD

The data and safety monitoring board consisted of three independent hepatologists, who were not members of the end-points committee, and an independent statistician. The board protected the ethical interests and safety of the patients by re-

viewing interim analyses. The board was empowered to recommend termination of the study on the basis of safety concerns or as soon as sufficient evidence indicated that lamivudine was statistically superior to placebo or that lamivudine did not provide a significant advantage over placebo.

## STATISTICAL ANALYSES

Sample size was determined on the basis of the primary analysis of time to disease progression. To estimate power, the annual rate of disease progression was assumed to be 20 percent for the placebo group,[8,9,29] whereas a reduction in this rate of one third (to 13.3 percent) for the lamivudine group

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

LAMIVUDINE FOR CHRONIC HEPATITIS B AND ADVANCED LIVER DISEASE

| Table 1. (Continued.) | | |
|---|---|---|
| Characteristic | Lamivudine Group (N=436) | Placebo Group (N=215) |
| Aspartate aminotransferase — U/liter | | |
| Median | 52 | 54 |
| Range | 14–686 | 17–367 |
| Bilirubin — μmol/liter¶ | | |
| Median | 13.7 | 13.7 |
| Range | 3.0–50.0 | 1.7–58.1 |
| Creatinine — μmol/liter‖ | | |
| Median | 88 | 88 |
| Range | 35–173 | 35–135 |
| Hemoglobin — g/dl | | |
| Median | 14.7 | 14.6 |
| Range | 8.4–19.0 | 9.2–17.8 |
| Platelet count per mm³ | | |
| Median | 145,000 | 131,000 |
| Range | 14,000–401,000 | 41,000–360,000 |
| Prothrombin time — sec | | |
| Median | 12.5 | 12.8 |
| Range | 8.0–23.8 | 9.8–27.6 |
| White-cell count per mm³ | | |
| Median | 5330 | 5300 |
| Range | 1980–11,600 | 2200–11,500 |

* There were no significant differences between the two treatment groups. The patients' race was recorded by the investigators, on the basis of the interviews and evaluations of the patients.
† The Child–Pugh score (range, 5 to 15, where 5 indicates good liver function and 15 poor liver function) is a measure of the severity of liver disease.
‡ The Ishak fibrosis score (range, 0 to 6) is a measure of the degree of fibrosis in liver-biopsy specimens. Scores of 0 to 4 indicate no or moderate fibrosis, and 5 or 6 severe fibrosis or cirrhosis.
§ All patients had detectable HBV DNA at screening; 0.7 meq per milliliter equals approximately 7×10⁵ copies per milliliter.
¶ To convert values for bilirubin to milligrams per deciliter, divide by 17.1.
‖ To convert values for creatinine to milligrams per deciliter, divide by 88.4.

was considered to be a clinically relevant treatment effect. This difference corresponds to a hazard ratio of 0.64. For the study to have a power of 90 percent at the 5 percent level of significance, with a ratio of 2:1 for the random assignment of patients to lamivudine or placebo, 240 end points would need to be observed.[30] Assuming a dropout rate of 25 percent during a five-year period, the number of patients required overall was estimated to be 600.

We used a sequential, asymmetric trial with the triangular test[31] to monitor the primary efficacy end point of time to clinical disease progression. At each interim analysis, the test statistics were calculated and compared with straight-line stopping boundaries. At each inspection, the "Christmas tree" correction[31] was applied to the continuous boundaries to account for the unpredictable number and timing of interim analyses.

The first interim analysis was scheduled for 18 months after the completion of patient recruitment, and subsequent interim analyses were to be performed between 6 and 12 months after the first interim analysis; the aim was to have approximately 35 events between interim analyses. The intention-to-treat analysis included all patients who were randomly assigned to receive either lamivudine or placebo. Treatments were compared with the use of a Cox proportional-hazards model,[32] with each analysis allowing for the covariates of country, sex,

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

baseline alanine aminotransferase levels, and baseline Child–Pugh and fibrosis scores. The data from patients without end points were censored as of the date that treatment was stopped (if the data and safety monitoring board terminated the trial) or at the last date of available follow-up after treatment (if the trial was terminated for other reasons). Because the study was stopped at the second interim analysis with strict stopping criteria applied at the first interim analysis, adjustments that had to be made to the final P values and estimates were negligible (an increase in the P value of <0.001 and an increase of <0.002 for the hazard ratio).

The study was conducted in accordance with good clinical practice and all applicable regulations, including the Declaration of Helsinki (modified in 1996). Each investigator ensured that the protocol was reviewed and approved by the local ethics committee. Written informed consent was obtained from each patient before enrollment in the study.

The study was designed by the academic investigators in conjunction with medical staff from GlaxoSmithKline. The data were collected by the investigators and analyzed by GlaxoSmithKline. Each author had access to the data. This article was written by a committee consisting of seven authors (Drs. Liaw, Sung, Chow, and Farrell; and Mrs. Shue, Mr. Keene, and Dr. Dixon, who are GlaxoSmithKline employees). The committee members vouch for the validity and completeness of the data and the veracity of the data analysis.

## RESULTS

### CHARACTERISTICS OF THE PATIENTS
The intention-to-treat population consisted of 651 patients who were randomly assigned to treatment at 41 sites across Australia, China, Hong Kong, Malaysia, New Zealand, the Philippines, Singapore, Taiwan, and Thailand; 436 patients were assigned to receive lamivudine and 215 to receive placebo. In each treatment group, 85 percent of the patients were male and 98 percent were Asian. The treatment groups were also well matched in terms of age, laboratory results at baseline, and Ishak fibrosis scores (Table 1). The median Child–Pugh score at baseline was 5 (range, 5 to 9), and no patient had evidence of hepatocellular carcinoma, renal insufficiency, bleeding varices, or spontaneous bacterial peritonitis at study entry.

### STUDY TERMINATION AND END POINTS
At the recommendation of the data and safety monitoring board, the double-blind phase of the study was terminated at the second interim analysis, because results had crossed the predefined boundary for showing efficacy. At this time, 67 patients had achieved HBeAg seroconversion, 52 had stopped therapy for other reasons, and 68 end

| Variable | Lamivudine Group (N=436) | Placebo Group (N=215) | Hazard Ratio (95% CI)† | P Value |
|---|---|---|---|---|
| | *no. of patients (%)* | | | |
| Overall disease progression | 34 (7.8)‡ | 38 (17.7) | 0.45 (0.28–0.73) | 0.001 |
| Increase in Child–Pugh score | 15 (3.4) | 19 (8.8) | 0.45 (0.22–0.90) | 0.02 |
| Hepatocellular carcinoma§ | 17 (3.9) | 16 (7.4) | 0.49 (0.25–0.99) | 0.047 |
| Renal insufficiency | 2 (0.5) | 0 | — | — |
| Bleeding varices | 2 (0.5) | 3 (1.4) | — | — |
| Spontaneous bacterial peritonitis | 0 | 0 | — | — |
| Liver-related death | 0 | 0 | — | — |

**Table 2. Disease Progression during Double-Blind Treatment and Follow-up after Treatment.\***

\* Only one patient reached an end point during follow-up before the termination of the study. Dashes denote not applicable.
† Hazard ratios were derived from a Cox model adjusted for country, sex, baseline alanine aminotransferase level, Child–Pugh score, and Ishak fibrosis score. CI denotes confidence interval, unadjusted for interim analyses.
‡ Two patients fulfilled two criteria simultaneously at end-point confirmation.
§ When five cases of hepatocellular carcinoma diagnosed during the first year were excluded, the hazard ratio was 0.47 (95 percent confidence interval, 0.22 to 1.00; P=0.052).

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

LAMIVUDINE FOR CHRONIC HEPATITIS B AND ADVANCED LIVER DISEASE

points had occurred. Four additional end points occurred between the data cutoff for the second interim analysis and termination of the study, a period of 20 weeks. The median duration of treatment was 32.4 months (range, 0 to 42 months); 71 percent of the patients had received study medication for at least 30 months when the study was terminated.

Overall, 72 patients reached clinical end points; 34 of 436 (7.8 percent) in the lamivudine group and 38 of 215 (17.7 percent) in the placebo group (P=0.001) (Table 2). An increase in the Child–Pugh score occurred in 15 patients (3.4 percent) in the lamivudine group and 19 patients (8.8 percent) in the placebo group (P=0.02). Hepatocellular carcinoma occurred in 17 patients (3.9 percent) who received lamivudine and 16 patients (7.4 percent) who received placebo (P=0.047). There were no cases of death related to liver disease or spontaneous bacterial peritonitis that were not already accounted for by the other defined clinical end points, and only two cases of renal insufficiency and five cases of bleeding varices.

Kaplan–Meier estimates of the proportion of patients with disease progression after three years are shown in Figure 1. Hepatocellular carcinoma developed in five patients during the first year of the study, two in the placebo group and three in the lamivudine group. Even if these tumors had existed but had not been detected before study entry, the exclusion of the patients would have affected the result of the primary analysis of time to disease progression. However, for the time to a diagnosis of hepatocellular carcinoma, the hazard ratio changed from 0.49 (P=0.047) to 0.47 (P=0.052).

The incidence of disease progression in various subgroups is shown in Table 3. Covariate modeling of time to disease progression showed that the factors other than treatment that significantly affected outcome were the Child–Pugh score at baseline and the Ishak fibrosis score at baseline. In both instances, higher scores were associated with a greater frequency of end points.

### YMDD MUTATIONS

Two patients had evidence of YMDD mutations at baseline, and 5 patients had no samples after baseline, so data on the emergence of YMDD mutations during therapy were available for 644 patients. After baseline, at least one sample with evidence of YMDD mutations was found in 209 of 430 pa-



**Figure 1. Kaplan–Meier Estimates of Time to Disease Progression (Panel A), Time to an Increase in the Child–Pugh Score (Panel B), and Time to a Diagnosis of Hepatocellular Carcinoma (Panel C) during Double-Blind Treatment and Follow-up after Treatment.**

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

The NEW ENGLAND JOURNAL of MEDICINE

| Table 3. Association between Pretreatment Variables and the Incidence of Disease Progression. | | |
|---|---|---|
| Variable at Baseline | Incidence of Disease Progression | |
| | Lamivudine Group (N=436) | Placebo Group (N=215) |
| | no./total no. (%) | |
| Sex | | |
| Male | 32/370 (9) | 30/182 (16) |
| Female | 2/66 (3) | 8/33 (24) |
| Child–Pugh score | | |
| 5 | 16/341 (5) | 18/156 (12) |
| 6 | 9/75 (12) | 12/41 (29) |
| ≥7 | 9/20 (45) | 8/18 (44) |
| Ishak fibrosis score | | |
| ≤4 | 8/176 (5) | 9/76 (12) |
| 5 | 11/127 (9) | 9/55 (16) |
| 6 | 15/133 (11) | 20/84 (24) |
| HBeAg status | | |
| Positive | 15/252 (6) | 25/124 (20) |
| Negative | 19/182 (10) | 13/91 (14) |
| HBV DNA | | |
| Below the lower limit of quantitation | 4/89 (4) | 9/41 (22) |
| 0.7–10 meq/ml | 14/123 (11) | 9/51 (18) |
| >10–100 meq/ml | 6/103 (6) | 8/50 (16) |
| >100 meq/ml | 10/119 (8) | 12/73 (16) |
| Serum alanine aminotransferase | | |
| ≤2 times the upper limit of normal | 27/274 (10) | 25/132 (19) |
| >2 times the upper limit of normal | 7/162 (4) | 13/83 (16) |

tients (49 percent) in the lamivudine group and 11 of 214 patients (5 percent) in the placebo group. Only 5 percent of patients without YMDD mutations had detectable HBV DNA breakthrough, as compared with 62 percent of patients with YMDD mutations in the lamivudine group.

Patients in the lamivudine group who had YMDD mutations were more likely to have an increased Child–Pugh score than those without YMDD mutations (P<0.001), but they were less likely to reach an end point than were patients in the placebo group (P>0.05) (Table 4).

### ADVERSE EVENTS

Overall, 12 percent of the patients in the lamivudine group and 18 percent of the patients in the placebo group reported serious adverse events. The incidence and nature of adverse events were similar among patients who received lamivudine and those who received placebo (Table 5). In addition, elevations in serum alanine aminotransferase to levels at least three times as great as the levels at baseline occurred in 12 percent of patients receiving lamivudine and 25 percent of patients receiving placebo.

There were 12 deaths among patients originally assigned to receive lamivudine and 4 among those originally assigned to the placebo group. Nine patients died while they were receiving lamivudine (seven during open-label treatment with lamivudine), and seven died during follow-up after treatment. Two patients in the lamivudine group died during double-blind therapy (1 died from preexisting lymphoma; the other drowned after a myocardial infarction), and 14 died after a clinical end point had been reached. These 14 deaths were attributed to hepatocellular carcinoma (8 patients) and an increased Child–Pugh score (6 patients). Eight of the 10 patients originally assigned to receive lamivudine who died after reaching a clinical end point had evidence of YMDD mutations.

## DISCUSSION

The most important finding of this study is that lamivudine reduces the risk of liver complications for patients with chronic hepatitis B and cirrhosis or advanced fibrosis. The magnitude of protection conferred by lamivudine is substantial, with a reduction of approximately 50 percent in disease progression during a median period of 32 months of treatment.

The study was stopped early because the large and significant difference between the treatment groups with respect to the primary end point (time to disease progression) met the predefined efficacy criteria for termination. Treatment differences for individual end points were a secondary consideration, but the results showed significant differences between the two treatments with respect to both an increase in the Child–Pugh score and the incidence of hepatocellular carcinoma. Studies with longer follow-up and more potent or sustained therapy would be required to establish the full potential of antiviral therapy as a strategy to prevent liver cancer, to measure the potential improvements in survival, and to identify the subgroups of patients who would obtain the greatest benefit from treatment.

Chronic hepatitis B is a highly variable disease in which factors such as the age of the patient, the duration of infection, the immune response of the host, and the viral genotype influence the activity, rate of progression, and severity of liver disease.

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

LAMIVUDINE FOR CHRONIC HEPATITIS B AND ADVANCED LIVER DISEASE

Although our study was not powered for reliable subgroup analysis, pretreatment variables related to disease progression were high fibrosis scores and Child–Pugh scores at baseline. This is consistent with the high rates of hepatocellular carcinoma observed among patients with advanced stages of liver disease.[33]

The main reservation about the long-term use of lamivudine has been the emergence of YMDD mutations, which has occasionally been associated with severe, and even fatal, flares of hepatitis.[25,34] In light of this uncertainty, the finding that treatment with lamivudine for a median period of 32 months reduces the rates of hepatic decompensation and hepatocellular carcinoma without increasing the number of serious adverse events is important. Even among patients who developed YMDD mutations, clinical end points occurred less frequently than among patients receiving placebo. However, patients with YMDD mutations were more likely to have an increase in the Child–Pugh score and to die for reasons related to clinical end points than were those patients who did not have YMDD mutations. This may be because the resumption of viral replication restores the potential for facilitating disease progression. The long-term effects of lamivudine on disease progression are not known. Since the present trial was started, treatment with a combination of adefovir dipivoxil and lamivudine has been shown to suppress replication of YMDD mutations and improve liver function in patients with hepatic decompensation.[35] The adverse effects of YMDD mutations may be overcome by the addition of adefovir dipivoxil, but we did not assess this possibility in our population. The potential adverse effects of lamivudine treatment must be considered in any therapeutic plan.

In summary, this multicenter, prospective, randomized, double-blind, placebo-controlled trial of lamivudine in patients with chronic hepatitis B and cirrhosis or advanced fibrosis showed that lamivudine decreased progression of the disease, thereby reducing clinically important complications. In particular, treatment with lamivudine approximately halved the rate of hepatic decompensation during 32 months of continuous treatment and appeared to have similar efficacy in reducing the rate of hepatocellular carcinoma. The emergence of YMDD mutations reduced the benefit of lamivudine but did not negate it, despite the occurrence of more end points due to decompensation among patients with YMDD mutations than among those without

the mutations. Our results provide the opportunity to develop strategies to achieve even better outcomes for patients with chronic hepatitis B and cirrhosis or advanced fibrosis by means of sustained viral suppression by minimizing or preventing the effects of drug resistance.

Supported by GlaxoSmithKline, Greenford, United Kingdom.

Dr. Liaw reports having received grant support from Gilead Sciences and Roche and serving on the International HBV Advisory Board of Roche. Drs. Sung and Farrell report having served as paid speakers for GlaxoSmithKline. Dr. Farrell reports having received consulting fees from Roche, Novartis, and Chiron. Drs. Dixon, Gray, and Sabbat and Mrs. Shue and Mr. Keene are employees of GlaxoSmithKline and, except for Mrs. Shue, have each reported equity ownership in GlaxoSmithKline.

**Table 4. Incidence of Clinical End Points According to Evidence of YMDD Mutations.**

| Clinical End Point | Lamivudine Group | | Placebo Group (N=214) |
|---|---|---|---|
| | Negative for YMDD Mutations (N=221) | Positive for YMDD Mutations (N=209) | |
| | *number (percent)* | | |
| Total | 11 (5) | 23 (11) | 38 (18) |
| Increase in Child–Pugh score ≥2 | 1 (<1) | 14 (7) | 19 (9) |
| Hepatocellular carcinoma | 8 (4) | 9 (4) | 16 (7) |

**Table 5. Incidence of Adverse Events during Double-Blind Phase.**

| Variable | Lamivudine Group (N=436) | Placebo Group (N=215) | P Value* |
|---|---|---|---|
| | *no. (%)* | | |
| Death | 2 (<1) | 0 | 0.89 |
| Any serious adverse event | 54 (12) | 38 (18) | 0.09 |
| Any adverse event† | 335 (77) | 178 (83) | 0.11 |
| Ear, nose, or throat infections | 97 (22) | 44 (20) | 0.67 |
| Abdominal discomfort or pain | 77 (18) | 43 (20) | 0.54 |
| Malaise or fatigue | 65 (15) | 42 (20) | 0.17 |
| Headache | 64 (15) | 21 (10) | 0.10 |
| Cough | 62 (14) | 15 (7) | 0.008 |
| Diarrhea | 33 (8) | 29 (13) | 0.03 |
| Viral respiratory infections | 39 (9) | 21 (10) | 0.84 |

* P values were calculated on the basis of the two-sided Fisher's exact test.
† The adverse events shown are those that occurred in at least 10 percent of the patients in a treatment group.

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

We are indebted to A. Burroughs, G. Foster, R. Guan, and S. Todd of the Data Safety Monitoring Board; G.C. Farrell, C.L. Lai, and Y.F. Liaw of the Clinical Endpoint Committee; S.N. Huang, central histopathologist at Sun-Yat-Sen Cancer Centre, Taiwan; M. Rubin, P. Hodsman, and N. Brown at GlaxoSmithKline, and J. Whitehead and G. Nicholls at the University of Reading, United Kingdom, for their contributions to the design of the study; and to M. Sullivan, S. Garrido-Lestache, and H.H. Lew of GlaxoSmithKline for their assistance in the conduct of the study.

APPENDIX

The principal investigators of the CALM Study Group and their institutions included the following: *Australia:* P. Angus, Austin and Repatriation Medical Centre, Victoria; G. Cooksley, Royal Brisbane Hospital, Queensland; G. Farrell, Westmead Hospital, New South Wales; G. Jeffrey, Sir Charles Gairdner Hospital, Nedlands, Western Australia; G.W. McCaughan, Royal Prince Alfred Hospital, New South Wales; M.C. Ngu, Concord Hospital, New South Wales; S. Roberts, Alfred Hospital, Victoria; *China:* Q.M. Tao, People's Hospital, Beijing University, Beijing; L.X. Zhang, No. 302 Hospital of People's Liberation Army, Beijing; S.M. Wu, Shanghai Hospital for Infectious Diseases, Shanghai; X.Q. Zhou, Shanghai 2nd Medical University Affiliated Ruijing Hospital, Shanghai; K.X. Luo, Nan-Fang Hospital, Guangzhou; Q.B. Zhang, Shanghai Medical University affiliated Hua-Shan Hospital, Shanghai; *Hong Kong:* J.J.Y. Sung, Prince of Wales Hospital; H. Yuen, Princess Margaret Hospital; N. Kung, United Christian Hospital, Kowloon; K.F. Li, Tuen Mun Hospital, Tuen Mun; Y.W. Luk, Pamela Youde Nethersole Eastern Hospital, Chai Wan; *Malaysia:* A. Ahmad, Hospital University Kebangsaan, Kuala Lumpur; J. Menon, Queen Elizabeth Hospital, Sabah; H.M.I. Merican, Hospital Selayang, Selangor; R. Mohamed, University Hospital, Kuala Lumpur; *New Zealand:* E. Gane, Middlemore Hospital, Auckland; *Philippines:* E. Domingo, UP-Philippine General Hospital, Manila; J. Sollano, Jr., Santo Tomas University Hospital, Manila; L. Garcia and J. Lao-Tan, Cebu Doctor's Hospital, Cebu City; *Singapore:* W.C. Chow, Singapore General Hospital; K.M. Fock, Changi General Hospital; K. Liew, Tan Tock Seng Hospital; S.G. Lim, National University Hospital; *Taiwan:* Y-F. Liaw, Chang Gung Memorial Hospital, Taipei; C.-Z. Lee, National Taiwan University College of Medicine and University Hospital, Taipei; T.T. Chang, National Cheng Kung University Hospital, Tainan; W.Y. Chang, Kaohsiung Medical University Hospital, Kaohsiung; S.D. Lee, Veterans General Hospital, Taipei; *Thailand:* T. Tanwandee, Siriraj Hospital, Bangkok; A. Chutaputti, Pra Mongkutklao Hospital, Bangkok; V. Mahachai, Chulalongkorn Hospital, Bangkok; T. Piratvisuth, Songklanagarind Hospital, Songkla; S. Thongsawat, MaharajNakornChiangmai Hospital, Chiang Mai.

REFERENCES

1. Hepatitis B: fact sheet WHO/204. Geneva: World Health Organization, October 2000. (Accessed September 13, 2004, at http://www.who.int/mediacentre/factsheets/fs204/en/.)

2. Liaw YF, Tai DI, Chu CM, Chen TJ. The development of cirrhosis in patients with chronic type B hepatitis: a prospective study. Hepatology 1988;8:493-6.

3. Fattovich G, Brollo L, Giustina G, et al. Natural history and prognostic factors for chronic hepatitis type B. Gut 1991;32:294-8.

4. Liaw YF, Lin DY, Chen TJ, Chu CM. Natural course after the development of cirrhosis in patients with chronic type B hepatitis: a prospective study. Liver 1989;9:235-41.

5. Beasley RP. Hepatitis B virus: the major etiology of hepatocellular carcinoma. Cancer 1988;61:1942-56.

6. Weissberg JI, Andres LL, Smith CI, et al. Survival in chronic hepatitis B: an analysis of 379 patients. Ann Intern Med 1984;101:613-6.

7. Beasley RP, Hwang L-Y, Lin CC, Chien CS. Hepatocellular carcinoma and hepatitis B virus: a prospective study of 22 707 men in Taiwan. Lancet 1981;2:1129-33.

8. de Jongh FE, Janssen HLA, de Man RA, Hop WCJ, Schalm SW, van Blankenstein M. Survival and prognostic indicators in hepatitis B surface antigen-positive cirrhosis of the liver. Gastroenterology 1992;103:1630-5.

9. Realdi G, Fattovich G, Hadziyannis S, et al. Survival and prognostic factors in 366 patients with compensated chronic type B: a multicentre study. J Hepatol 1994;21:656-66.

10. Hsu Y-S, Chien R-N, Yeh C-T, et al. Long-term outcome after spontaneous HBeAg seroconversion in patients with chronic hepatitis B. Hepatology 2002;35:1522-7.

11. Yang HI, Lu NS, Liaw YF, et al. Hepatitis B e antigen and the risk of hepatocellular carcinoma. N Engl J Med 2002;347:168-74.

12. Manigold T, Rehermann B. Chronic hepatitis B and hepatocarcinogenesis: does prevention of "collateral damage" bring the cure? Hepatology 2003;37:707-9.

13. Everhart JE, Hoofnagle JH. Hepatitis B-related end-stage liver disease. Gastroenterology 1992;103:1692-4.

14. Niederau C, Heintges T, Lange S, et al. Long-term follow-up of HBeAg-positive patients treated with interferon alfa for chronic hepatitis B. N Engl J Med 1996;334:1422-7.

15. Lin SM, Sheen IS, Chien RN, Chu CM, Liaw YF. Long-term beneficial effect of interferon therapy in patients with chronic hepatitis B virus infection. Hepatology 1999;29:971-5.

16. Yuen MF, Hui CK, Cheng CC, Wu CH, Lai YP, Lai CL. Long-term follow-up of interferon alfa treatment in Chinese patients with chronic hepatitis B infection: the effect on hepatitis B e antigen seroconversion and the development of cirrhosis-related complications. Hepatology 2001;34:139-45.

17. Lampertico P, Del Ninno E, Vigano M, et al. Long-term suppression of hepatitis B e antigen-negative chronic hepatitis B by 24-month interferon therapy. Hepatology 2003;37:756-63.

18. Lai CL, Chien R, Leung NW, et al. A one-year trial of lamivudine for chronic hepatitis B. N Engl J Med 1998;339:61-8.

19. Dienstag JL, Schiff ER, Wright TL, et al. Lamivudine as initial treatment for chronic hepatitis B in the United States. N Engl J Med 1999;341:1256-63.

20. Goodman Z, Dhillon AP, Wu PC, et al. Lamivudine treatment reduces progression to cirrhosis in patients with chronic hepatitis B. J Hepatol 1999;30:Suppl 1:59.

21. Dienstag JL, Goldin RD, Heathcote EJ, et al. Histological outcome during long-term lamivudine therapy. Gastroenterology 2003;124:105-17.

22. Hui JM, George J, Liddle C, et al. Changes in serum albumin during treatment of chronic hepatitis B with lamivudine: effects of response and emergence of drug resistance. Am J Gastroenterol 2002;97:1003-9.

23. Fontana RJ. Management of patients with decompensated HBV cirrhosis. Semin Liver Dis 2003;23:89-100.

24. Perrillo RP, Wright T, Rakela J, et al. A multicenter United States–Canadian trial to assess lamivudine monotherapy before and after liver transplantation for chronic hepatitis B. Hepatology 2001;33:424-32.

25. Lai CL, Dienstag J, Schiff E, et al. Prevalence and clinical correlates of YMDD variants during lamivudine therapy for patients with chronic hepatitis B. Clin Infect Dis 2003;36:687-96.

26. Leung NWY, Lai CL, Chang TT, et al. Extended lamivudine treatment in patients with chronic hepatitis B enhances hepatitis B e antigen seroconversion rates: results after 3 years of therapy. Hepatology 2001;33:1527-32.

27. Lok ASF, McMahon BJ. Chronic hepatitis B. Hepatology 2001;34:1225-41.

28. Liaw YF, Leung N, Guan R, Lau GKK, Merican I. Asian-Pacific consensus statement on the management of chronic hepatitis B: an update. J Gastroenterol Hepatol 2003;18:239-45.

29. Lo K-J, Tong MJ, Chien M-C, et al. The natural course of hepatitis B surface antigen-positive chronic active hepatitis in Taiwan. J Infect Dis 1982;146:205-10.

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.

LAMIVUDINE FOR CHRONIC HEPATITIS B AND ADVANCED LIVER DISEASE

**30.** Freedman LS. Tables of the number of patients required in clinical trials using the logrank test. Stat Med 1982;1:121-9.
**31.** Whitehead J. The design and analysis of sequential clinical trials. 2nd ed. Chichester, England: Wiley, 1997.
**32.** Cox DR. Regression models and life-tables. J R Stat Soc [B] 1972;34:187-220.

**33.** Velazquez RF, Rodriguez M, Navascues CA, et al. Prospective analysis of risk factors for hepatocellular carcinoma in patients with liver cirrhosis. Hepatology 2003; 37:520-7.
**34.** Liaw YF, Chien RN, Yeh CT, Tsai SL, Chu CM. Acute exacerbation and hepatitis B virus clearance after emergence of YMDD motif

mutation during lamivudine therapy. Hepatology 1999;30:567-72.
**35.** Perrillo R, Hann H-W, Mutimer D, et al. Adefovir dipivoxil added to ongoing lamivudine in chronic hepatitis B with YMDD mutant hepatitis B virus. Gastroenterology 2004;126:81-90.

*Copyright © 2004 Massachusetts Medical Society.*

Downloaded from www.nejm.org on April 19, 2008 . For personal use only. No other uses without permission.
Copyright © 2004 Massachusetts Medical Society. All rights reserved.