*Exhibit N*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN LIN,

                Plaintiff,                07-CV-3218 (Judge Holwell)

-against-                          EXPERT DISCLOSURE

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.

---

        Pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's Scheduling

Order, Defendant, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), by and

through its attorneys, hereby provides the following expert disclosure:

> Dr. David J. Clain
> Beth Israel Medical Center
> First Avenue at 16th Street
> New York, NY 10003
> Tel: (212) 420-4521

        PLEASE TAKE FURTHER NOTICE THAT DR. DAVID J. CLAIN may be expected to

testify at the trial of this action. Testimony will support MetLife's assertion that the applicant

did not disclose his true and complete medical history in response to the questions on the life

insurance application. The testimony will be based upon the expert's review of documents,

professional experience (a summary of which is provided herewith as Exhibit A), and any

evidence adduced at trial. MetLife will submit by separate cover the expert report of Dr. Clain to

Plaintiff's counsel.

                                     METROPOLITAN LIFE
                                     INSURANCE COMPANY

Dated: March 27, 2008          By: _____
      Long Island City, NY         Alvin Pasternak, Esq.
                                   Tomasita L. Sherer, Esq.
                                   Attorneys for Defendant
                                   One MetLife Plaza
                                   27-01 Queens Plaza North
                                   Long Island City, NY 11101
                                   (212) 578-3102

# EXHIBIT A

<u>December, 2007</u>
<u>DAVID J CLAIN</u>
<u>MB, CHB, MD, FACP, FRCP (London)</u>

<u>ADDRESS:</u>

    **HOME:**    19 Strathmore Road
                Great Neck, N.Y.  11023
    Telephone:    (516) 466-0205
    Mobile:    (516) 459-6751

    **WORK:**    Beth Israel Medical Center
                First Avenue at 16th Street
                New York, NY 10003
    Telephone:    (212) 420-4521
    Fax:    (212) 420-4373
    e-mail:    dclain@chpnet.org

<u>DATE & PLACE OF BIRTH:</u>
    August 17, 1935
    Cape Town, South Africa

<u>SOCIAL SECURITY NUMBER</u>:
    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

<u>CITIZENSHIP</u>:
    United States

<u>EDUCATION</u>:
    *University of Cape Town, South Africa*
    M.B., Ch.B  with Distinction                1959
    M.D. Cape Town (Post – MB  Research Degree)    1968

<u>POSTGRADUATE TRAINING</u>:
Intern

Groote Schuur Hospital
University of Cape Town, South Africa                          1960

Senior Intern
(PGY2) Groote Schuur Hospital
University of Cape Town, South Africa                          1961

Internal Medicine Resident
(PGY 3) Harare Hospital
University of Zimbabwe                                         1962

(PGY4) Birmingham General Hospital
University of Birmingham, England                              1963

(PGY5) Charing Cross Hospital                                 1964
University of London, England

Gastroenterology Fellow
Royal Free Hospital                                     4/1965-11/1966
University of London, England

Harare Hospital
University of Zimbabwe                                   12/66- 1/1968

ACADEMIC APPOINTMENTS:
    Assistant Lecturer:    Royal Free Hospital               1965-1966
    (London, U.K.)

    Lecturer:  University of Zimbabwe                        1967-1976

    Senior Lecturer:  University of Cape Town                1976-1979
    South Africa

    Associate Professor of Clinical Medicine                1979-1991
    College of Physicians and Surgeons of
    Columbia University

2

Associate Professor of Medicine
Mount Sinai School of Medicine

1991-1994

Associate Professor of Medicine
Albert Einstein College of Medicine
of Yeshiva University

1994-1996

**_CURRENT:_**
**Professor of Clinical Medicine**
**Albert Einstein College of Medicine,**
**Yeshiva University**

1996-to date

HOSPITAL APPOINTMENTS:

Attending Physician, Internal Medicine
Gastroenterology, Central Hospital
Harare, Zimbabwe

1969-1976

Attending Physician, Gastrointestinal
Clinic and Liver Clinic, Groote Schuur
Hospital, Cape Town, South Africa

1976-1979

Chief of Gastroenterology Division
Harlem Hospital Center
New York, New York

1979-1988

Attending Physician, Gastrointestinal Unit
St. Luke's Roosevelt Hospital Center
New York, N.Y.

1984-1991

Acting Chief of Gastroenterology Division
St. Luke's Roosevelt Hospital Center

1988-1989

Supervisor of Gastroenterology Training

1988-1991

3

Program, St. Luke's Hospital Center

Associate Chief of Division of Digestive Diseases                    1991-
Beth Israel Medical Center, New York

## RECENT HOSPITAL and DEPARTMENTAL COMMITTEES:

Hospital Tissue Review Committee,  Harlem Hospital Center              1983-88

Chairman, Department of Medicine Task Force for the Co-ordination of    1990-91
Clinical and Teaching Activities at St. Lukes at St. Lukes and
Roosevelt Hospitals.

Committee on Biomedical Research in the Department of Medicine          1990-91
St. Lukes-Roosevelt Center.

Committee on Length of Hospital Stay, St. Lukes-Roosevelt               1991
Hospital Center

Faculty Practice Steering  Committee, Beth Israel Medical Center        1992-94

Pharmacy Committee, Beth Israel Medical Center                        1994-to date

Cancer Center Committee, Beth Israel Medical Center                    1995-2002

Drug Utilization Team, Beth Israel Medical Center                      1995

Committee on Professorial Appointments and Promotions,
                    Albert Einstein College of Medicine                1999 – 2001
GI Endoscopy Committee                                                1998-2002

GI Endoscopy QI Committee                              1998-2002

Chairman QI Committee of Division of Digestive Diseases               2002 – to date

4

CERTIFICATION:

| | | |
|---|---|---|
| ECFMG | #079-051-9 | 1977 |
| *Diplomate of American Board of Internal Medicine* | | |
| Internal Medicine | #78145 | 1980 |
| Gastroenterology | #78145 | 1981 |

LICENSES TO PRACTICE:

General Medical Council, United Kingdom #C8751        1962 - date
New York State License #138832                        1979 - date

MEMBERSHIP OF PROFESSIONAL ASSOCIATIONS:

American Gastroenterological Association              1980 - date
New York Gastroenterological Association              1980 - date
   President 1991

American Association for the Study of Liver Diseases  1982 - date
New York Society for Gastrointestinal Endoscopy

MEMBERSHIP OF COLLEGE
   Royal College of Physicians (London),
   Member MRCP                                        1964 - 1985
   Fellow FRCP                                        1985 - date
   Fellow of American College of Physicians           1982 - date

AWARDS
   University of Cape Town Scholarship                 1954
   (First prize winner - Four-distinctions
   in first professional Examination)

   Westdene Products Bursary                           1957
   Westdene Products Bursary                           1958

5

Abe Bailey Travelling Bursary  to Great Britain                                   1958-1959

Psychiatry Prize                                                                            1958

## TEACHING EXPERIENCE

University of Zimbabwe, Preceptor for Clinical Clerkship                     1966-1976

University of Zimbabwe, Clinical lectures for 3rd - 5th  year medical       1966-1976
students

Harare Hospital, Zimbabwe, Attending instructing students and house-staff    1966-1976
six months per year

University of Cape Town, South Africa, Preceptor for 4th year               1976-1979
Clinical Clerkship

Groote Schuur Hospital, Cape Town, Gastroenterology  Attending, instructing    1976-1979
students and house-staff, 8 months per year

College of Physicians and Surgeons of Columbia University, 2nd  year medical
student course in Abnormal Human Biology                                    1980-1989
          Lecturer/ Preceptor                                               1980-1989
                                                                            1984 and 1985

College of Physicians and Surgeons of Columbia University                   1986
Preceptor for second year Introduction to the patient

College of Physicians and Surgeons of Columbia University, Preceptor        1988-1990
3rd year Clinical Clerkship

Harlem Hospital Center, Ward Attending,  instructing house-officers and     1979-1988
medical students twice annually

St. Lukes Roosevelt Hospital Center, Ward Attending, instructing           1984-1991

6

house-officers and medical students

| | |
|---|---|
| Mount Sinai School of Medicine, third year Clinical Clerkship | 1991 |
| Albert Einstein College of Medicine, Second year Pathophysiology of Gastroenterology, Case conferences | 1995 - present |
| Albert Einstein College of Medicine, third year medical students Advanced Concepts Lecture Series | 1994 - 2005 |
| Beth Israel Medical Center, Gastroenterology Attending, instructing house-staff and fellows. | 1991- present |

## REGIONAL AND NATIONAL TEACHING CONFERENCES

College of Physicians and Surgeons of Columbia University, Director of
Postgraduate Course "Update in Gastroenterology and Hepatology", Director          1985 & 1988

Columbia University College of Physician and Surgeons, Post Graduate                1984- 1990
Course "Update in Gastroenterology and Hepatology", Organizing Committee

Director of "Update in Gastroenterology" at Mohonk Mountain House                    1989

New York Society of Gastrointestinal Endoscopy Annual Course,              1987
"Peroral Esophageal Prosthesis"

Medical Society of the State of New York, Annual Assembly, "Life
Style Abuses and The Liver,"                                                         1988

Central New York Academy of Medicine "New Treatments of Ulcerative                   1989
Colitis and Crohn's Disease", New Hartford, New York

New York Society of Gastrointestinal Endoscopy, Summer Course for fellows            1991-1995

"Frontiers in Gastroenterology" Faculty Development Meeting, New York      1993

7

| | |
|---|---|
| Director "Frontiers in Gastroenterology "Two day Conference in Manhattan" | 1993 |
| Digestive Health Initiative (AGA) Speakers Bureau Meeting in Dallas | 1994 |
| Speaker, Digestive Health Initiative Consultants conference, Atlanta | 1994 |
| Initiative in the Management of Acid Related Disorders Development Meeting Dallas | 1995 |
| Speaker, Practical Prescribing Initiatives in Acid Peptic Disorders Conference for Consultants, Houston | 1995 |
| Town Meeting on Reflux Esophagitis, New York | 1991 |

New York State Conference on Hepatitis C: Extra-hepatic Manifestations
Rochester, NY     2004
Academy of Medicine, NY     2004

Digestive Disorders in the 21st Century, Roosevelt Hotel, New York
Fatty Liver Disease     2005

## LOCAL GRAND ROUNDS AND CONFERENCES

| | |
|---|---|
| Phelps Memorial Hospital, Tarrytown, Chronic Pancreatitis, October | 1985 |
| Passaic General Hospital, Cimetidine, Ranitidine vs. Sucralfate for Peptic Ulcer, October | 1985 |
| Interfaith Hospital, Treatment of Peptic Ulcer Disease, April | 1985 |
| Mary Immogene Bassett Hospital, Cooperstown, CPC, May | 1986 |
| Passaic General Hospital, Hepatitis A, B, Non-A, Non-B, March | 1987 |

St. John, Hospital, Elmhurst, Serological Markers in Acute and Chronic

8

Hepatitis, September                                                                      1987

Brooklyn Jewish Hospital, Medical Management of Peptic Ulcer Disease, 1987
October

Gold Water Memorial Hospital, Stress Ulceration, October                 1987

LaGuardia Hospital, Hemorrhagic Gastritis and Treatment, October              1987

Parkway Hospital, Gastric Stress Ulcers, December              1987

Kingsbrook Jewish Medical Center, Geriatric Gastroenterology, December 1987

Hospital Center at Orange, N.J., Comparison of H2 Blockers Sucralfate and
Prostaglandins in Peptic Ulcer Disease, October                            1988

    University of Rochester, GI Grand Rounds, AIDS and the Gut, May                1988

    Brookdale Hospital, Brooklyn, Treatment and Prevention of Stress
    Ulceration,  April                                                     1988
    Lincoln Hospital, Bronx, Therapy of Gallstones, January                              1989

Pellham Bay Hospital, Bronx, Management of Cholelithiasis, January              1989

Phelps Memorial Hospital, Tarrytown, Hepatitis A, Hepatitis B and
Delta Agent, March                                              1989

Palisades General Hospital, N.J. , Acute and Chronic Pancreatitis, March   1989

Union Hospital, Bronx, Management of Cholelithiasis, March              1989

Our Lady of Mercy Medical Center, Bronx, Options in Treatment of
Gallstone Disease, April                                               1989

St. Lukes Roosevelt Hospital Center, Ulcer Disease and Prostoglandins, May      1989

Putnam County Hospital, N.J., Management of Gallstones, October              1989

9

Mont Clair General Hospital, N.J., Treatment of Cholelithiasis, October     1989

Passaic General Hospital, N.J. Update in Peptic Ulcer Treatment, October 1989

Dinner Meeting, City Island, Management of Cholelithiasis, November     1989

Alexian Brothers Hospital, N.J. , New Options in Gallstone Therapy,     1989
November

St. John's Hospital, Queens, Management of Gastric  Stress Ulceration,     1989
November

Palisades General Hospital, N.J. , Serum Markers of Hepatitis, December  1989

Syosset Hospital, New York, Treatment of Gallstones, December     1989

Horton Memorial Hospital, Middletown, Dissolution Therapy for
Gallstones, January     1990

Livingston Hospital, N.J., Gallstone Therapy with Bile Acids, March     1990

Methodist Hospital, Brooklyn, Inflammatory Bowel Disease, March     1990

Far Rockaway Hospital, Gallstone Therapy, April     1990

South Nassau Community Hospital, Oceanside, Gallstone Therapy, April  1990

Neptune Hospital, N.J., Update on Gallstone Management, May     1990

Dover General Hospital, N.J., Current Treatment of Cholelithiasis, May     1990

Barnabas Hospital, Short Hills, N.J., Gallstone Therapy with Bile Acids
May     1990

Franklin Genral Hospital, Valley Stream, Gallstone Disease, October     1990

10

| | |
|---|---|
| Harlem Hospital Center, Pancreatitis, December | 1990 |
| Passaic General Hospital, N.J., Chronic Pancreatitis, January | 1991 |
| Kingsbrook Jewish Medical Center, Brooklyn, Diagnosis and Treatment of Gallstones, January | 1991 |
| SUNY Health Sciences Center at Brooklyn, Surgical Grand Rounds on Advances in Viral Hepatitis, February | 1991 |
| Elmhurst Hospital, New York, Diagnosis and Management of Biliary Disease, March | 1991 |
| Raritan, Bay Medical Center, N.J., Stress Ulcer Prevention, March | 1991 |
| Victory Memorial Hospital, Brooklyn, Treatment of Duodenal Ulcers, April | 1991 |
| Harlem Hospital Center, Management of Gallstones, October | 1991 |
| Passaic General Hospital, N.J. Management of Portal Hypertension, March | 1992 |
| Harlem Hospital Center, Pancreatitis, December | 1992 |
| St. Claire's Hospital, Treatment of Peptic Ulcer Disease, March | 1994 |
| University Hospital of Staten Island, Peptic Ulcer Disease, February | 1995 |
| Long Beach Memorial Hospital, H. pylori, The New Factor in  Management of Peptic Ulcer Disease, June | 1995 |
| St. Elizabeth's Hospital, N.J., H.pylori, The New Factor in Management of Peptic Ulcer Disease | 1995 |
| St Vincents Catholic Medical Center, Staten Island Spring Review Course, Hepatitis C | 2005 |

11

St Vincents Catholic Medical Center, New York, NY:  Medical Grand Rounds
Update on Hepatitis B.  October                                                    2006

Pharmaceutical Company sponsored presentations in New York and environs
to Physicians (Gastroenterologists and Internists), Nurse Practitioners
on     Acid    related    Diseases    of    GI    tract,    Hepatitis    B    and    C,    **numerous**.
                                                                                          1985 to 2006

OTHER PROFESSIONAL ACTIVITIES:

**Extra-Mural Consulting**

Blue Cross/Blue Shield Committee on Computer Protocol for Laparoscopic
Cholecystectomy                                                                    1992

Consultant to Blue Cross/Blue Shield for Expert, Second Level Review
of Cholecystectomy.                                                                1992 to 1994

Pharmaceutical Corporations including Schering Plough, Gilead, Bristol
Myers Sqibb, Idenix,                                                               1995 to 2006

**Journal Manuscript Reviews**

Annals of Internal Medicine
Hepatology
American Journal of Gastroenterology
Gastrointestinal Endoscopy

12

PUBLICATIONS

Original Peer Reviewed Reports

1. Clain DJ, Gelfand M: Jaundice and pneumonia in the African. C Afr J Med 10:217-221, 1964.

2. Clain DJ, Wartnaby K, Sherlock S: Abdominal arterial murmurs in Liver disease. Lancet 2:516-519, 1966

3. Clain DJ, Freston JW, Kreel L, Sherlock S: Clinical diagnosis of the Budd-Chiari Syndrome. Am J Med 43:544-554, 1967.

4. Jones EA, Clain DJ, Clink H, MacGillivray M, Sherlock S:Hepatic coma due to acute hepatic necrosis treated by exchange blood transfusion. Lancet 2:169-172, 1967.

5. Kreel L, Freston JW, Clain DJ: Vascular radiology in the Budd-Chiari Syndrome. Br J Radiol 41:662-668, 1968

   6.# Clain DJ, McNulty J: A radiological study of the lymphatics of the liver. Br J Radiol 41:    662-668, 1968.

   7. Wicks ACB, Clain DJ: A guide wire for rapid jejunal biopsies with the Crosby capsule.    Gut 13:571, 1972.

   8. Levy LF, Baldachin BJ, Clain DJ: Intracranial Bilharzia. C Afr J Med 21:76-84, 1975.

   9.# Wicks ACB, Thomas GE, Clain DJ: Gastrointestinal phytobezoars in Africans. Am J    Gastroenterol 64:392-396, 1975.

   10.# Wicks ACB, Clain DJ: Chronic pancreatitis in African diabetics. Am J Dig Dis 20:1-8,    1975.

   11.# Wicks ACB, Thomas GE, Clain DJ: Comparison of fibreoptic endoscopy in acute upper    gastrointestinal haemorrhage in Africans and Europeans. Br Med J

13

4:259-260, 1975.

12.# Thomas GE, Clain DJ:  Endemic Tropical sprue in Rhodesia. Gut  17:877-887, 1976.

13.# Thomas GE, Clain DJ, Wicks ACB:  Tropical enteropathy in Rhodesia. Gut 17:888-894,      1976.

14.# Wicks ACB, Thomas GE, Clain DJ, Loon N, Seggie J, Bramston B:  Cirrhosis of the liver      in Rhodesian Blacks.  S Afr Med J  51:911-914, 1977.

15.# Thomas GE, Wicks ACB, Clain DJ:  Advantages of the plasma uptake method for           measuring vitamin B-12 absorption.  S Afr Med J  51:887-889, 1977.

16.# Thomas GE, Wicks ACB, Clain DJ, Loon N, Seggie J, Bramston B: Hepatocellular              carcinoma in the Rhodesian African.  Am J Dig Dis 22:573-581, 1977.

17. Seggie J, Saunders DJ, Kirsch RE, Campbell JAH, Gitlin N, Clain DJ, Terblanche J:         Patterns of hepatic injury induced by methyldopa.  S Afr Med J 55:75-83, 1979.

18.# Clain DJ, Brown AA, Clain JE:  Colonoscopy in lower gastrointestinal hemorrhage. S Afr      Med J 55:713-714, 1979

19. Bornman PC, Marks IN, Girdwood AH, Clain JE: Narunsky L, Clain DJ,  Wright JP:       Is panreatic duct obstruction or stricture a major cause of pain in chronic pancreatitis?
     Br J Surg 67:425-428, 1980.

20.#*Kussin SZ, Henry C, Navarro C, Stenson W, Clain DJ:  Gas within the wall of the             stomach.  Report of a case and review of the literature.  Dig Dis Sci 27:949-954,
     1982.

21. *Navarro C, Clain DJ, Kondlapoodi P:  Perforated diverticulum of the terminal ileum: A      previously unreported cause of suppurative pyelephlebitis and multiple

14

hepatic abscesses.    Dig Dis Sci 29:171-174,1984.

22. *Greenstein RJ, Clain DJ, Straus E. Yalow RS: Distribution molecular forms and bioactivity of immunoreactive gatrin in gastrinoma.  Am J Gastroenterol 82:886-889, 1987.

23.#*Comer GM, Mukhrjee S, Sachdev RK, Clain DJ: Cardiolipin-Fluorescent (MI) antimitochondrial antibody and cholestatic hepatitis in secondary syphilis.
Dig Dis Sci
    34:1298-1302, 1989.

24.# Rosario MT, Raso CI, Comer GM, Clain DJ:  Transnasal brush cytology for the diagnosis      of candida esophagitis in the acquired immunodeficiency syndrome. Gastro-

    intestinal Endoscopy 35:102-103, 1989.

25.#*Comer G, Mukerjee S, Scholes JV, Holness LG, Clain DJ: Liver biopsies in the acquired      immune deficiency syndrome:  Influence of endemic disease and drug abuse. Am J

    Gastroenterol 84:1525-1531, 1989.

26.#*Comer GM, Ozick LA, Sachdev RK, Kumar S, Taunk JL, Smith JA, Lee TP, Clain DJ:      Transfusion related chronic liver disease in sickle cell anemia. Am J Gastroenterol.

    86:1232-1234, 1991.

*27.* Dettmer RM. Reinus JF. **Clain** DJ. Aytaman A. Levendoglu H. Bloom AA. Isaacson      MP. Spinnell M. Meyer D. Sarabanchong V. Zhang Y. Garcia-Carrasquillo RJ.  Markowitz DD. Magun AM. Worman HJ. Interferon-alpha-2b and ribavirin for   retreatment of chronic hepatitis C. [Clinical Trial. Clinical Trial, Phase III. Controlled      Clinical Trial. Journal Article. Multicenter Study] *Hepato-Gastroenterology. 49(45):758-      63, 2002*

28. Restrepo A, Johnson TC, Widjaja D, Yarmus L, Meyer D, Clain D J, Bodenheimer Jr H C and Min A D:  The rate of treatment of chronic hepatitis C in patients co-infected with      HIV in an urban medical center.   JVH 11:1-5, 2004

15

29. Kavitha Gopal, Timothy C. Johnson, Saraswathi Gopal, Aaron Walfish, Christine T. Bang, Pauline Suwandhi, Helene N. Pena-Sahdala, David J. Clain, Henry C. Bodenheimer Jr., Albert D. Min.    Correlation between beta-lipoprotein levels and outcome of hepatitis C treatment.  Hepatology 44:335-340, 2006

30. Narasimhan G, Sargios TN, Kalakuntla R, Homel P, Clain DJ, Theise ND, Bodenheimer HC Jr, Min AD.  Treatment rates in patients with chronic hepatitis after liver                                                                          biopsy
J Viral Hepat. 2006 Nov;13(11):783-6.

Other Publications

29. Clain DJ: Recent advances in jaundice. C Afr J Med 15:11-14, 1969.

29.#*Clain DJ, Lefkowitch JH:    Fatty liver disease in morbid obesity. Gastroenterology Clinics
    of North America 16:239-252, 1987.

# Senior author
* Publications since last promotion

TEXTBOOK CHAPTERS

    Clain DJ.  LIVER. In Gelb AM (Ed). Gastrointestinal Disorders in the Elderly, First        Edition, Marcel Dekker, Inc., New York, Spring  1996

    Clain DJ.  VIRAL HEPATITIS. In Hurst JW (Ed). Medicine for the  Practicing Physician,      Fourth Edition, Appleton and Lange, Norwalk,  Connecticut, March 1996

    Clain DJ.  ASCITES. In Hurst JW (Ed). Medicine for the Practicing Physician, Fourth        Edition, Appleton and Lange, Norwalk,  Connecticut, March 1996

Clain DJ. ISOLATED ELEVATION OF THE SERUM LEVEL OF ASPARTATE AMINOTRANSFERASE. In Hurst JW (Ed). Medicine for the Practicing Physician, Fourth      Edition, Appleton and Lange, Norwalk, Connecticut, March 1996

Clain DJ. ELEVATED SERUM  ALKALINE PHOSPHATASE LEVELS. In Hurst JW      (Ed). Medicine for the Practicing Physician, Fourth Edition,  Appleton and Lange, Norwalk,      Connecticut, March 1996

Clain DJ. JAUNDICE. In Hurst JW (Ed). Medicine for the Practicing  Physician, Fourth      Edition,  Appleton and Lange,  Norwalk,  Connecticut, March 1996

## ABSTRACTS PRESENTED AT SCIENTIFIC MEETINGS

Clain DJ, Sherlock S, Wartnaby K:  Arterial murmurs over the liver: a sign of hepatic tumors.
Abstracts of scientific meeting of the Royal College of Physicians of London, February 1966.

Clain DJ, Sherlock S:  The effect of intra-abdominal pressure changes on cardiac output, portal pressure and hepatic blood flow.
Abstracts of meeting in honour of Dr. Franz Ingelfinger, London 1966.

Clain DJ:  Some aspects of malabsorption in Rhodesian Africans with particular reference to deficiency of intestinal lactase and its clinical significance.

Abstracts of 1st Rhodesian Medical Congress, Bulawayo, August 1968.

Clain DJ:  Malabsorption in Rhodesian Africans with special reference to tropical sprue.
Abstracts of Biennial Congress of the Association of Physicians of South Africa, Johannesburg, August 1968.

Clain DJ:  Disaccharidase deficiency and disaccharide intolerance in Rhodesian

17

Africans.
Abstracts of Biennial Congress of the Association of Physicians of South Africa,
Johannesburg, August 1968.

Clain DJ:  The radiological diagnosis of hepatic vein thrombosis.
Abstracts of the 1st South African International Radiological Congress, Johannesburg,
September 1968.

Clain DJ:  A radiological study of the lymphatics of the liver.
Abstracts of the 1st South African International Radiological Congress, Johannesburg,
September 1968.

Clain DJ:  Lactose intolerance in Rhodesian Africans.
Abstracts of Gastroenterology Symposium, Port Elizabeth, September 1969.

Thomas GE, Clain DJ:    Tropical sprue in Rhodesia.    British Society of
Gastroenterology, October 1974.  Gut 15:823, 1974.

Thomas GE, Clain DJ:  Tropical sprue in Africans in Mashonaland.
Abstracts of 5th World Congress of Gastroenterology Mexico, November 1974.

Clain DJ, Thomas GE, Wicks ACB:  Abnormalities of the small intestine in normal
Rhodesian Africans.
Abstracts of Biennial Congress of the Association of Physicians of South Africa,
Pretoria, July 1974.

Clain DJ, Wicks ACB, Thomas GE:  Comparison of upper gastrointestinal fibreoptic
endoscopy in Africans and Europeans in Rhodesia.
Abstracts of meeting of the SA Gastroenterology Society, Bloemfontein, October
1976.  S Afr Med J 52:86, 1976.

Wicks ACB, Thomas GE, Clain DJ:  Cirrhosis of the liver in Black Africans.
Abstracts of meeting of the SA Gastroenterology Society, Bloemfontein, October
1976, S Afr Med J 52:86 1976.

18

Bank S, Marks IN, Barbezat GO, Miles A, Castle L, Terblanche J, Clain DJ: Pancreatic duct disruption.
Abstracts of meeting of the SA Gastroenterology Society, Bloemfontein, October 1976. S Afr Med J 52:87, 1977.

Clain DJ, Thomas GE, Wicks ACB, Loon N. Seggie J. Bramston B: Primary carcinoma of the liver in the Rhodesian African.
Abstracts of meeting of the SA Gastroenterology Society, Bloemfontein, October 1976. S Afr Med J 52:86, 1977.

Clain DJ, Brown AA, Clain JE, Bank S: Colonoscopy in lower gastrointestinal haemorrhage.
Abstract of International Meeting "Hormones of the gut and brain", South African Societies for Endocrinology and Gastroenterology, Cape Town, December 1977.

Bornman PC, Marks IN, Girdwood AH, Clain JE, Narunsky L, Clain DJ: The clinical significance of pancreatic duct abnormalities at endoscopic retrograde pancreatography in chronic calcific pancreatitis.
Abstracts of meeting of the Surgical Research Society of SA, July 1979.

Dettmer R, Reinus J, Clain D J, Aytaman A, Levendoglu H, Bloom A A, Sarabanchong V,
Puppo M D, Meyer D, Spinnell M, Garcia-Carrasquillo R J, Magun A M. Double-blind, Multicenter, Placebo-Controlled Trial of Interferon alpha-2b for retreatment of relapsers and non-responders with Chronic Hepatitis C who failed previous treatment with Interferon. Gastroenterology 1999:116;L0099

Blechman MB, Charney JA, Friedmann P, Clain DJ, Bergasa NV.
Interferon-Alpha (IFN-a) Therapy in Patients with Chronic Hepatitis C on Methadone. Gastroenterology 1999:116; G1287

Sargios TN, Kalakuntla R, Narasimhan G, Dubrovskaya V, Homel P, Clain D J, Bodenhimer HC, Min A. Hepatology 2003, 1192

Danesh B, Kim J, Labowitz D A, Davatgarzedeh A, Suwandhi P, Walfish A, Grosman

I M , Clain D, Bodenheimer H C, Min A D.    Accuracy or APRI in Predicting Significant Hepatic Fibrosis and Cirrhosis in Patients with Chronic Hepatitis C and HIV Co-infection. Gastroenterology 2005; 128:1219

Meyer T, Golla V, Pena Sahdala H, Clain D J, Bodenheimer H C, Min A D Validation of Platelet Count/Spleen Diameter Ratio as a Noninvasive Method to Screen for Presence of Varices in Cirrhotic Patients.  Gastroenterology 2006: 130:581