*Exhibit O*

**Curriculum Vitae**

**LOUIS M. ALEDORT, M.D.**

EXHIBIT
Aledort
A
6/2/08 NA

**Date of Birth:**   December 28, 1934

**Marital Status:**   married, 2 children

**Home Address:**
300 Central Park West, #3H
New York, New York 10024

**Office Address:**
Louis M. Aledort, MD
The Mary Weinfeld Professor of Clinical Research in Hemophilia
Mount Sinai School of Medicine
One Gustave L. Levy Place, Box 1006
New York, NY 10029-6574
Tel.: 212.241.7971
Fax: 212.987.3326
louis.aledort@mssm.edu

### Education & Training:

| | |
|---|---|
| Queens College of the City of New York, Bachelor of Science, Chemistry | 1951-1955 |
| Albert Einstein College of Medicine, Bronx, New York Doctor of Medicine | 1955-1959 |
| Intern, Internal Medicine, University of Virginia Hospital | 1959-1960 |
| Resident, Internal Medicine, University of Virginia | 1960-1961 |
| Associate Resident in Internal Medicine, Strong Memorial Hospital, Rochester, New York | 1963-1964 |
| Hematology Fellowship, Strong Memorial Hospital, Rochester, New York | 1964-1966 |

### Licensure:

Licensed to practice medicine in the State of New York
New York State License #90221    Date issue: January 1, 1966
Certification, Board of Hematology #24532, 1972
Certification, Board of Internal Medicine #24532, 1966

## Other Academic Positions:

| | | |
|---|---|---|
| 1961-1963 Raphael | NIAMD, Bethesda, Maryland | Clinical Associate with Dr. Shulman, Hematology Division (USPHS Sr. Asst. Surgeon) |
| 1964-1966 | University of Rochester Rochester, New York | Instructor in Medicine Medical School, Fellow in Hematology, Associate Physician |
| 1966-1967 | The Mount Sinai Hospital, New York, New York | Research Assistant in Hematology |
| 1966-1967 | Mount Sinai School of Medicine New York, New York | Associate in Medicine |
| 1967-1973 | Mount Sinai School of Medicine New York, New York | Assistant Professor in Medicine |
| 1967-1973 | Mount Sinai School of Medicine New York, New York | Assistant Attending in Medicine |
| 1973-1979 | Mount Sinai School of Medicine New York, New York | Associate Professor in Medicine |
| 1973-1979 | Mount Sinai School of Medicine New York, New York | Associate Attending in Medicine |
| 1975-1988 | Mount Sinai School of Medicine New York, New York | Vice Chairman, Dept. of Medicine |
| 1979 | Mount Sinai School of Medicine New York, New York | Professor in Medicine |
| 1979 | Mount Sinai School of Medicine New York, New York | Attending in Medicine |
| 1979 | Cornell University Medical College New York, New York | Adjunct Professor in Medicine |
| 1988-1994 | Mount Sinai School of Medicine New York, New York | Dean for Faculty & Hospital Affairs |
| 1993-present | Mount Sinai School of Medicine New York, New York | The Mary Weinfeld Professor of Clinical Research in Hemophilia |
| 1999-present | New School University | Scientist-in-Residence |

## Major Positions:
| | |
|---|---|
| 1966-1978 | Director, Coagulation Laboratory, The Mount Sinai Hospital, New York |
| 1966-1976 | Director, Student Health, Mount Sinai School of Medicine, New York |
| 1969-1983 | Medical Director, National Hemophilia Foundation |
| 1970-1980 | Medical Secretary, World Federation of Hemophilia |
| 1972-1997 | Director of International Hemophilia Training Center at Mount Sinai School of Medicine, New York |

2

| | |
|---|---|
| 1974-1979 | Executive Secretary, Policy Board, Persantine Aspirin Reinfraction Study |
| 1975-1983 | American Society of Hematology, Public Information Committee |
| 1975-1985 | Advisory Panel, House, Ways and Means Committee on National Health Insurance |
| 1975-1983 | Permanent Seat, American Blood Commission |
| 1975-1977 | Vice President, American Blood Commission |
| 1975-1980 | Panel on Review of Blood and Blood Derivatives, FDA panel member |
| 1975-1980 | Executive Committee, American Blood Commission |
| 1977-1980 | Medical Advisory Board, American National Red Cross |
| 1978-1979 | Secretary, American Blood Commission |
| 1978-1983 | Plasma and Plasma Products Committee, American Blood Commission |
| 1980-1986 | Blood Consultant, World Health Organization |
| 1980-1984 | Executive Secretary, Policy Board, Persantine Aspirin Reinfraction Study II |
| 1982-1986 | Clinical Practice Committee, American Society of Hematology |
| 1983-1993 | Chairman, Committee on Practice, American College of Physicians |
| 1983- | Member, Board of Directors, Scientific Advisory Committee, Vice President, Irvington Institute for Immunological Research |
| 1984-1986 | Chairman, International Hemophilia Training Centers of the World Federation of Hemophilia |
| 1986-1988 | Vice President, Faculty Practice Associates, Mount Sinai School of Medicine |
| 1986- | Co-Chairman, International Congress on Thrombosis and Hemostasis, Subcommittee on Factor VIII & IX |
| 1986- | Member, International Congress on Thrombosis and Hemostasis, Subcommittee on von Willebrand's Disease |
| 1987-1993 | Chairman, Committee of Practice, American Society of Hematology |
| 1987-1988 | Public Education Committee, American Society of Hematology |
| 1988-1993 | Member, Committee on Public Information and Governmental Affairs, American Society of Hematology |
| 1990-1993 | Member, Committee on Practice, American College of Physicians |
| 1993- | Chairman, Fellowship Committee, Irvington Institute for Immunological Research |
| 1994- | Member, Education Committee, American Society of Hematology |
| 1994-1998 | Medical and Scientific Advisory Committee, World Federation of Hemophilia |
| 1994- | Editorial Advisory Board, Hemophilia |
| 1995- | Member, Advisory Board, Maternal and Child Health Bureau, HHS |
| 1996- | Scientific Advisor, American National Red Cross |
| 1997- | Member, Professional Advisory Committee, Visiting Nurse Service of New York |
| 1997- | Member, Medical and High Tech Advisory Committee, Visiting Nurse Service of New York |
| 1997- | Member, Scientific Advisory Committee, Nabi |
| 1997- | Member, Scientific Advisory Committee, Novo Nordisk Pharmaceuticals, Inc. |
| 1995-2000 | Member, Borough of Tenafly (NJ) Department of Health |
| 1998-2000 | President, Borough of Tenafly (NJ) Department of Health |
| 2000-present | Councilor, American College of Physicians-American Society of Internal Medicine, Downstate I Manhattan North Council |
| 2000-present | District President, American College of Physicians-American Society of Internal Medicine, Downstate I Manhattan North |
| 2003-present | Member, Editorial Board, *Current Hematology Reports* |
| 2003-present | Member, Board of Governors, Eugene Lang College of New School University |
| 2003-2006 | Member, Editorial Board, *American Journal of Hematology* |
| 2007-present | Associate Editor, *Haemophilia* |

**Professional Activities:**

| | |
|---|---|
| 1969-1970 | President, Albert Einstein College of Medicine Alumni |
| 1970-1972 | Alumni Council, Yeshiva University |
| 1972-1983 | Testify before:<br>House, Ways and Means Committee<br>Senate and House Health Subcommittee |

3

|              |                                                                                      |
|--------------|--------------------------------------------------------------------------------------|
|              | Foreign and Interstate Commerce Committee                                            |
| 1972         | Hemophilia Liaison to WHO                                                            |
| 1972-1973    | Task Force, NHLI - Coagulation                                                       |
| 1972-1973    | Task Force on Medically Important Problems, NIGMS                                    |
| 1974-1975    | Ad Hoc Committee for Establishment of American Blood Commission, HEW                 |
| 1974-1975    | Task Force on Synthesis of Factor VIII, NHLI                                         |
| 1974-1975    | Task Force on Factor VIII Inhibitors, NHL                                            |
| 1974-1975    | Task Force on Factor IX, FDA/NHLI                                                    |
| 1974-1975    | Task Force on Animal Models, National Academy of Sciences, NRC, ILAR                 |
| 1974-1975    | Coordinator, Workshop on VIII-Carrier Detection, NHLI                                |
| 1974-1978    | Chairman, Committee on International Conservation of Blood Resources, WFH            |
| 1974-1975    | Factor VIII Subcommittee of the International Society on Thrombosis and Hemostasis   |
| 1975-1976    | Coordinator, Hemophilia Education Program, NHLI/OPCE                                 |
| 1976-1976    | New York Advisory Committee, ACP-Governor Downstate Region 1                         |
| 1976-1976    | Chairman, Workshop on Complications of Hemophilia, NHLI, FDA, NHF                    |
| 1976-1976    | Advisory Committee, Public Law #94-63, HSA                                           |
| 1976-1976    | Advisory Committee, Implementation of Public Law #94-31, NHLI                        |
| 1976-1980    | Standing Committee on Blood and Blood Component Utilization, ABC                     |
| 1976-1977    | Hematology Consultant. PSRO                                                          |
| 1976-1976    | Member, Technical Advisory Board of the Booz-Allen Hemophilia Study                  |
| 1976-1977    | Member, Advisory Board of the HSA Hemophilia Program                                 |
| 1979-1981    | Search Committee, University of Rochester, Hemophilia Center Medical Director        |
| 1979-1981    | Search Committee, NHF Executive Director                                             |
| 1979-1988    | Editorial Advisory Board, Primary Cardiology                                         |
| 1979-1983    | US/USSR Exchange Program - Problem Area 6, NHLBI                                     |
| 1981-1984    | Member, Genetic Disease Review and Advisory Committee of the HSA                     |
| 1981-1985    | Member, Blood Diseases and Resources Advisory Committee of the NHLBI                 |
| 1981-1986    | Member, Expert Advisory Panel on Human Blood Products and Related Substances         |
| 1982-1992    | Editorial Advisory Board, Hospital Practice                                          |
| 1982-1986    | Secretary of Health Task Force on Auto Immune Deficiency Syndrome (AIDS)             |
| 1983-1986    | Editorial Board, AIDS Research                                                       |
| 1983-        | NHLBI Task Force on Auto Immune Deficiency Syndrome (AIDS)                           |
| 1984-1987    | Member, ICTH Subcommittee on Factor VIII and von Willebrand Factor                   |
| 1985-1990    | Member, Committee on Health and Public Policy                                        |
| 1986-1990    | Working Group, Medical, Social and Health Policy Implications of Screening Tests for Anti-HIV, AIDS Institute |
| 1987-        | Subcommittee on vWF, ICTH                                                            |
| 1987-        | Subcommittee on Factor VIII and IX, ICTH                                             |
| 1987-        | Consultant Field Reader, Office of Orphan Products Development, Department of Health and Human Services |
| 1987-        | Member, Local Arrangements Committee of the American College of Physicians.          |
| 1989-        | Member, Legislation Committee of the American Society of Internal Medicine           |
| 1994-        | Member, Subcommittee on Factor VIII and IX, International Society on Thrombosis and Hemostasis |
| 1994-        | Member, Medical Advisory Board, World Federation of Hemophilia                       |
| 1994-        | Data Monitoring Committees:<br>    PARIS Study<br>    Recombinant VIII (Chairman)<br>    PCR for Biologics<br>    Activated Prothrombin Complex Materials for the Treatment of Antibodies<br>    HIV Vaccine and Viral Titres<br>    Factor IX Products and Viral Safety in PUPs |
| 1996-        | Member, Internal Advisory Committee, Gene Therapy Hemophilia B                       |
| 2001         | Frederick Stohlman Jr. MD Visiting Professor, St. Elizabeth's Medical Center of Boston |
| 2001-present | Member, Program Coordinating Committee, American College of Physicians               |
| 2002-present | Member, Editorial Board, *Thrombosis Journal*                                        |

4

2002-present   Member, Editorial Board, *Current Hematology Reports*

**Professional Membership:**
| | |
|---|---|
| 1968- | American Society of Hematology |
| 1968- | New York Society for the Study of Blood |
| 1968- | International Society of Hematology |
| 1968- | American Physiological Society |
| 1970- | Fellow of the American College of Physicians, #00017342 |
| 1971- | Council on Thrombosis, American Heart Association |
| 1976- | American Association for the Advancement of Science |

**Review for Following Journals:**
Proceedings of the Society for Experimental Biology and Medicine
Blood
Circulation
Medical Letter
Journal of Laboratory and Clinical Medicine
Thrombosis Research
Annals of Internal Medicine
American Journal of Cardiology
New England Journal of Medicine
American Journal of Medical Genetics
Thrombosis and Hemostasis
Mount Sinai Journal
American Dental Assistants Association
American Journal of Medicine
Journal of Infectious Diseases
Haemophilia

**Awards and Honors:**
| | |
|---|---|
| 1983 | Alpha Therapeutic Award |
| 1984 | Mount Sinai School of Medicine, Department of Medicine Service Award |
| 1984 | NHF Murray Thelin Science Award |
| 1986 | Festschrift, presented by NHF, proclaimed "Lou Aledort Day" |
| 1990 | Mount Sinai Medical Center, Dept. of Nursing Life Time Achievement Award |
| 1991 | Solomon Berson Award |
| 1998 | Tribute Symposium: National, Cultural, and Economic Considerations Affecting Diagnostic and Treatment Practices in Hemophilia Throughout the Americas: A Pan-Caribbean Conference; San Juan, Puerto Rico |
| 2004 | Mastership, American College of Physicians |
| 2005 | Laureate Award, American College of Physicians, NY Chapter |

**Academic Activities:**
Transfusion Committee
Patient Care Committee
Internship Committee
Semi-Private Committee
Attendings Committee
House Staff Integration Committee
Medical Service Plan Advisory Council
Academic Council Committee on Promotions (Medical Students)
Unit Management
Search Committee for Spinal Cord Injury Center (Bronx VA)
VA Dean's Committee
Academic Council Committee on Promotions

5

Chart Review Committee
House Staff Evaluation Committee
Ward Billing Committee
Private Ambulatory Care Model
Patient Scheduling Committee
Nurse Retention and Recruitment Task Force
Ad Hoc Subcommittee to Review Use of 10% Special Fund
Ad Hoc Committee on Research and Educational Resources
Ad Hoc Committee to Review Anesthesiology Residency Program
Surveillance Committee
Clinical Standards Committee
Clinical Advisory Committee
Code of Behavior Committee
Teaching Committee
Moonlighting Committee
Executive Committee of the Association of the Attending Staff
Evidence-based teaching