# TRIEF & OLK

ATTORNEYS AT LAW

150 EAST 58TH STREET

34TH FLOOR

NEW YORK, NEW YORK 10155

FACSIMILE: (212) 317-2946

E-MAIL: FIRM@TRIEFANDOLK.COM

TELEPHONE: (212) 486-6060

NEW JERSEY OFFICE

9 KANSAS STREET
HACKENSACK, NEW JERSEY 07601
(201) 343-5770

July 30, 2007

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    Lin v. Metropolitan Life Insurance Company
               2007 Civ. 03218 (RJH)

Dear Judge Holwell:

      I represent the plaintiff, Jean Lin, in the above-referenced action and am writing to respectfully request permission to file an opposition to the Motion for Summary Judgment of defendant, Metropolitan Life Insurance Company, in excess of the 25 page limit specified under Your Honor's "Individual Practices."

      The opposition is due in chambers this coming Monday, August 4, 2008. Plaintiff's memorandum of law is not yet in final form, but I estimate that it will be approximately 35 pages.

      Part of the reason for this length is that the opposition includes a cross-motion *in limine* to preclude expert testimony under *Daubert*. While such a motion could conceivably be brought closer to trial, I believe it would be more efficient and ultimately less time-consuming for the Court to consider it along with the summary judgment motion, since both involve an analysis of the same medical and scientific information.

      Further, because the instant motion involves complex factual issues delving into science and medicine, and there are also numerous discrete legal points that are raised by both parties, plaintiff has been unable to limit her memorandum to 25 pages. However, plaintiff has broken down her arguments under separate headings and attempted to make them as clear and concise as possible for the Court.

Hon. Richard J. Holwell
July 30, 2008
- Page 2 -


      Thank you for your attention to this matter.

                                      Respectfully,

                                      Eric Dinnocenzo (ED 3430)


cc:    Tomasita Scherer, Esq.