<u>**Lin v. MetLife**</u>

**07 civ. 3218**

# EXHIBIT A

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      JEAN LIN,
 4
 5                         Plaintiff,
 6
                 -against-              07-CV-3218
 7                                      (Judge Holwell)
 8
      METROPOLITAN LIFE INSURANCE COMPANY,
 9
10                         Defendant.
      ------------------------------------------X
11
12              DATE:  January 2, 2008
13              TIME:  11:25 a.m.
14
15              DEPOSITION of the Plaintiff, JEAN
16    LIN, taken by the Defendant, pursuant to
17    a Court Order, held at the offices of
18    Trief & Olk, 150 East 58th Street, New
19    York, NY 10155 before Chanie Berman, a
20    Shorthand Reporter and Notary Public of
21    the State of New York.
22
23
24
25
```

Page 2

APPEARANCES:

TRIEF & OLK
   Attorneys for Plaintiff
   150 East 58th Street, 34th Floor
   New York, NY 10155
BY: ERIC DINNOCENZO, ESQ.

METROPOLITAN LIFE INSURANCE COMPANY
   One MetLife Plaza
   27-01 Queens Plaza North
   Long Island City, NY 11101
BY: TOMASITA SHERER, ESQ., OF COUNSEL

Page 3

FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing and sealing be and the same are herby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

* * *

Page 4

JEAN LIN, called as a witness, having been first duly sworn, by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY
MS. SHERER:

   Q   What is your name?
   A   Jean Lin.
   Q   What is your home address?
   A   5 Medici Aisle, Irvine, CA 92606.
       MS. SHERER: Mrs. Lin, have you had your deposition taken before?
       THE WITNESS: Never.
       MS. SHERER: And so, I would like to begin by giving you some background on how the deposition will take place --
       THE WITNESS: Okay.
       MS. SHERER: -- and some deposition rules.
       THE WITNESS: Uh huh.
       MS. SHERER: Perhaps your attorney already went over this with you but I am going to go over it again to make sure

Page 5 — LIN

everything goes smoothly; okay?
       THE WITNESS: Okay.
       MS. SHERER: I am going to be asking you questions. You are going to be giving me answers and sometimes you may know where I am going with a question.
       THE WITNESS: Uh huh.
       MS. SHERER: But I would just ask that you allow me to finish my entire question before you answer because it's hard for the court reporter to take down when we are both speaking; is that okay?
       THE WITNESS: Yes, it is.
       MS. SHERER: Also, I ask that you respond verbally. Nods of the head or uh huhs or uh uhs are not taken down well by the court reporter; okay?
       THE WITNESS: Okay.
       MS. SHERER: Any time you would like to take a break, please just let me know. We can take as many breaks as you want.
       THE WITNESS: Okay.

---

**LIN 6**

2  MS. SHERER: If you don't
3  understand my question, please just let
4  me know that you don't understand and
5  I'll try to rephrase the question; okay?
6  THE WITNESS: Great. Thank you.
7  MS. SHERER: If you answer the
8  question, I will assume that you
9  understood the question.
10  THE WITNESS: Okay.
11  MS. SHERER: The first exhibit I
12  would like to mark is the Deposition
13  Notice. Let me give you a copy, just
14  for the record (handing.)
15  (Defendant's Exhibit A, a document,
16  was marked for identification.)
17  Q  I am handing you what has been
18  marked as Defendant's Exhibit A and I would
19  like to ask you whether you have seen this
20  document before.
21  MR. DINNOCENZO: Why don't you
22  have her look at this? It's no big deal
23  for this but let her look at the marked
24  exhibit.
25  MS. SHERER: Right (handing).

---

**LIN 7**

2  A  Okay. Could you repeat the
3  question again?
4  Q  Sure. Have you seen this Notice
5  for your deposition before?
6  A  No.
7  Q  Do you know why we are here today?
8  A  Yes.
9  Q  Why is that?
10  A  We are doing a deposition --
11  MetLife, with me and MetLife, yes.
12  Q  Do you understand that you are
13  under oath to tell the truth?
14  A  Yes, I do.
15  Q  Is there any reason why you can
16  not testify truthfully and accurately today?
17  A  No, I guess not.
18  Q  Are you on any medications today?
19  A  No. I am not.
20  Q  Do you understand English?
21  A  Yes, I do.
22  Q  Can you read English?
23  A  Yes, I do.
24  Q  Do you need an interpreter today?
25  A  No, I don't.

---

**LIN 8**

2  Q  Do you have any documents with you
3  today?
4  A  No, I don't.
5  Q  Ms. Lin, how old are you?
6  A  I am 36 1/2, going to be 37 this
7  May, yes.
8  Q  Where do you live?
9  A  I live in 5 Medici Aisle, Irvine,
10  California 92606, yes.
11  Q  How long have you lived there?
12  A  Two months.
13  Q  Where did you live before then?
14  A  38 Daisy, Irvine, California
15  92618.
16  Q  How long did you live at Daisy?
17  A  One year.
18  Q  What about before then?
19  A  Seven Green Hollow G-r-e-e-n
20  second word H-o-l-l-o-w, Irvine, California
21  92620.
22  Q  How long did you live there?
23  A  Ten years.
24  Q  Just to make sure I heard
25  correctly, you lived at Green Hollow for ten

---

**LIN 9**

2  years?
3  A  Yes.
4  Q  Mr. Lin, did he live with you at
5  the location after Green Hollow, the one year
6  location?
7  A  He was in the hospital while I
8  moved to 38 Daisy.
9  Q  So he never lived there or resided
10  there?
11  A  Five days only.
12  Q  Have you ever lived in New York?
13  A  Yes, I do.
14  Q  You do?
15  A  Yes.
16  Q  You have a residence in New York?
17  A  No, I don't.
18  Q  But you have lived in New York in
19  the past?
20  A  Yes.
21  Q  When was that?
22  A  1989.
23  Q  For one year?
24  A  Four years.
25  Q  So from when to when did you live



```
                            LIN                    12
 1
 2      A    In a party.
 3      Q    In a party?
 4      A    Yes.
 5      Q    How soon after you met were you
 6   married?
 7      A    (No response.)
 8      Q    Let me rephrase it.  When did you
 9   get married?
10      A    1995.
11      Q    How long were you married to Mr.
12   Lin?
13      A    My son -- ten years because yes,
14   ten years -- you mean -- can you?
15      Q    Sure.  Say it.
16      A    Including the time as of now or
17   before he passed away?
18      Q    Before he passed away.
19      A    Ten, eleven years.
20      Q    When did he pass away?
21      A    August 11, 2000 -- 2006.
22      Q    And he was 37 years old?
23      A    Yes, it is.
24      Q    Where did you get married?
25      A    Orange County, California.
```

```
                            LIN                    13
 1
 2      Q    Where was he born?
 3      A    Taipei, Taiwan.
 4      Q    Do you have children together?
 5      A    Yes, we do.
 6      Q    How many?
 7      A    Two.
 8      Q    What are their names?
 9      A    Angus Lin, A-N-G-U-S,
10   C-H-E-L-S-E-Y Lin.
11      Q    How old are they now?
12      A    They are now 12 and 11.
13      Q    Who is 12?
14      A    Angus is 12 years.  Chelsey is 11
15   years old.
16      Q    Ms. Lin, where do you work?
17      A    I helping my husband in office.
18      Q    Where do you work now?
19      A    I am not working currently.
20      Q    You are unemployed?
21      A    I am unemployed.
22      Q    So the last position you had was
23   working with your husband in his office or in
24   your office?
25      A    Yes.
```

```
                              LIN            14
    Q    What was the position that you
held?
    A    I don't -- you know, I am doing
everything in the office. I am cleaning the
bathroom. I am answering the phone and, you
know, doing paperwork for him, yes,
accounting, accounts payable, accounts
receivable, yes.
    Q    Maybe tell me a little bit about
the business.
    A    We sell computer, hardwares.
    Q    You sell computer hardware?
    A    Yes.
    Q    Did you also service computers?
    A    Our customer bring their machine
to our office if there is anything wrong with
the computer that we sell.
    Q    What was the name of this
business?
    A    Uni Micro, U-N-I space M-I-C-R-O
Computer Corporation.
    Q    Does this corporation still exist
today?
    A    No, not anymore, no.
```

```
                              LIN            15
    Q    How many employees did you have at
the company?
    A    We only have two part timers.
    Q    In addition to yourself and Mr.
Lin?
    A    Yes, total four.
    Q    Approximately, what was your
annual salary?
    A    I don't have any.
    Q    You didn't have a salary?
    A    I didn't get paid.
    Q    You didn't get paid a draw or
anything?
    A    No.
    Q    What was your title?
    A    I don't have a title there.
    Q    Tell me about your educational
background.
    A    High school graduate and one
semester of college.
    Q    And which high school did you
attend?
    A    New Town, N-E-W T-O-W-N.
    Q    Where was New Town?
```

```
                              LIN            16
    A    Elmhurst, New York.
    Q    You said you did one semester of
college?
    A    Yes.
    Q    Which college?
    A    Queens College.
    Q    Did you ever have any medical,
insurance or legal training?
    A    No, I don't.
    Q    None of the three?
    A    No.
    Q    What are your plans, in terms of
work; what do you plan to do?
    A    Do you mean what kind of job and
will I be looking for it?
    Q    Yes.
    A    I will be more interesting in
financial like bank, working in a bank as a
clerk, yes.
    Q    Are you looking for work like that
now?
    A    I am not because I have two kids
to take care. We are by ourselves in
California. I have no help, no relatives in
```

```
                              LIN            17
there.
    Q    Where are your relatives?
    A    They are both in the east coast.
    Q    In New York?
    A    No, in New Jersey, yes.
         MR. DINNOCENZO: I just want you
to answer the questions he asks.
    Q    You say they are both.
    A    So.
    Q    Who's in New Jersey?
    A    My mother-in-laws.
    Q    Who is the other one?
    A    My brother-in-law.
    Q    Your mother-in-law and
brother-in-law are in New Jersey?
    A    Yes.
    Q    And the rest of the family?
    A    My sister are in New Jersey too.
    Q    Did you say your sisters or
sister?
    A    My sister.
    Q    Are you remarried now?
    A    No. I am not.
         MS. SHERER: I would like to show
```

```
                    LIN                22
 2   this policy for a savings and for a
 3   children's savings; is that what you are
 4   saying?
 5       A    Retirement plan and college fund
 6   for our children.
 7       Q    Is that the reason why you wanted
 8   this life insurance?
 9       A    Yes, it is.
10       Q    Did you discuss anything else
11   about this life insurance policy before you
12   got it?
13            MR. DINNOCENZO:  Objection.
14       A    Could you repeat the question?
15       Q    Is there anything else that you
16   discussed with him --
17       A    No. That is the only purposes.
18       Q    -- about the life insurance
19   policy?
20       A    No.
21            MR. DINNOCENZO:  Wait for her to
22   finish the question.
23            MS. SHERER:  I know it's hard
24   because you know where the question is
25   going but we have to wait and pause
```

```
                    LIN                23
 2   because of the court reporter.  Let me
 3   see if I can ask it a different way.
 4       Q    I would like to now direct your
 5   attention to page 396.  Whose handwriting is
 6   this?
 7       A    Judy Huang.
 8       Q    That is the sales agent; correct?
 9       A    Correct.
10       Q    Who was to be the beneficiary
11   under this policy?
12       A    You mean the main beneficiary?
13       Q    Yes.
14       A    Jean Lin, myself.
15       Q    So you were to be the sole primary
16   beneficiary under the policy; correct?
17       A    Correct.
18       Q    Who was the owner of the policy?
19       A    Jean Lin, myself.
20       Q    You applied for this life
21   insurance on Mr. Lin as owner and primary
22   beneficiary of the policy; correct?
23       A    Could you repeat the question?
24       Q    Sure.  You applied for this policy
25   of life insurance on Mr. Lin's life as owner
```

```
                    LIN                24
 2   and primary beneficiary, correct?
 3       A    Correct.
 4       Q    Let's go to page 395 of the
 5   application and I would like to direct your
 6   attention to question three at the top.  It's
 7   indicated that the insured, which is Mr. Lin,
 8   already had a $500,000 life insurance policy
 9   with MetLife; correct?
10       A    Yes.
11       Q    Do you recall telling Ms. Huang
12   that he already had a $500,000 life insurance
13   policy from MetLife?
14       A    Could you repeat the question?
15       Q    Sure.
16       A    I was lost.
17       Q    As you sit here today, do you
18   recall telling Ms. Huang about the $500,000
19   MetLife life insurance policy?
20       A    I do have, okay, I do have the
21   answer but I have a question.
22       Q    Sure.
23       A    When you say, you ask me if that,
24   if she tell me or she told me that if.
25       Q    Ask.
```

```
                    LIN                25
 2       A    If she asked me if we have any
 3   other insurance.
 4       Q    Yes.
 5       A    She didn't ask us because she is
 6   our -- she was the -- she also is the one who
 7   sold the previous.
 8       Q    She sold the previous MetLife life
 9   insurance policy to you?
10       A    Yes.
11       Q    So you are saying she already knew
12   about the $500,000 policy?
13       A    Yes.
14       Q    But she did not ask you?
15       A    No.
16       Q    You are saying to your
17   recollection you were never asked whether you
18   had any other life insurance?
19       A    No.
20       Q    But you do agree at this time you
21   had the $500,000 life insurance?
22       A    Yes.
23       Q    You had that one since '99?
24       A    Yes.
25            MS. SHERER:  I would like to mark
```

```
                LIN                   42
   A    No. I didn't see.
   Q    Do you know why John Hancock
refused to pay the $1,000,000 on the policy?
   A    No -- do you mean you want me to
tell you the letter they send me, the
investor the letter?
   Q    They sent you a letter explaining
why they won't pay?
   A    Yes.
   Q    What did the letter say?
   A    I don't understand. They said he
was pre-conditioned.
   Q    Did they mention hepatitis B?
   A    I don't remember.
   Q    Do you know why they didn't pay?
   A    I really don't know why.
   Q    Have you sued John Hancock for its
refusal to pay the $1,000,000 policy?
   A    You mean for this policy?
   Q    Yes.
   A    Yes, I did.
   Q    Other than the three policies we
have just discussed, were there any other
policies, life insurance policies that were
```

```
                LIN                   43
applied for on Mr. Lin's life?
   A    No.
   Q    Any other policies issued?
   A    No.
   Q    Did you ever apply for a life
insurance policy outside of Irvine,
California?
   A    Do you mean me?
   Q    Let's start with you.
   A    Okay.
   Q    Did you ever apply for a life
insurance policy outside of Irvine,
California?
   A    No.
   Q    Did your husband ever apply?
   A    No.
        MR. DINNOCENZO: Let her finish.
        THE WITNESS: Sorry.
   Q    Did your husband ever apply for
life insurance outside of Irvine, California?
   A    No.
   Q    Let's get back to the policy that
is the subject of this litigation so we will
take a look at Exhibit B. Who was present
```

```
                LIN                   44
when you purchased this policy?
   A    Me and Judy Huang.
   Q    What about Mr. Lin?
   A    He was back in the office working.
   Q    So it was just you and Judy when
you purchased the policy?
   A    Yes.
        MR. DINNOCENZO: Do you mean the
   application?
        MS. SHERER: Application.
        THE WITNESS: Do you mean when I
   filled out the application?
        MS. SHERER: Yes.
        THE WITNESS: When we filled out
   the application who was present?
        MS. SHERER: Yes.
        THE WITNESS: Judy and I.
   Q    Where did this meeting take place?
   A    In the front office of Uni Micro.
   Q    That was your office?
   A    Yes, my husband -- our office, my
husband's office.
   Q    Just for the record, where was Uni
Micro located?
```

```
                LIN                   45
   A    Do you want an address?
   Q    Yes, sure.
   A    17921 Sky Park Circle, suite
number H, Irvine, California 92614.
   Q    And I think you said you found
Judy through a Chinese yellow pages?
   A    Yes, I do.
   Q    That was in 1999 when you first
bought --
   A    First bought the policy.
   Q    The $500,000 policy?
   A    Yes.
   Q    Since 1999 and the time you
decided to get this policy, $1,000,000
policy, had you communicated with Judy in any
way, had you spoken to her?
   A    Could you explain more?
   Q    I guess I am just trying to
understand your relationship with Judy. How
often did you speak with her, you know, were
you friends, were you friends outside of
this?
   A    We, she tried, she called me
constantly. She tried to sell us more
```

```
                   LIN              46
 1
 2   policy.  That is it.
 3       Q     How often would she call you, for
 4   example?
 5       A     About twice a year.
 6       Q     Twice a year?
 7       A     Yes.
 8       Q     Other than calling you twice a
 9   year, did you ever visit her in her office?
10       A     No, never.
11       Q     Did you ever go out socially with
12   her?
13       A     No.
14       Q     Or talk to her socially?
15       A     In my culture -- could you be more
16   specific?  It's different.
17       Q     Tell me what you mean.  So I guess
18   my question was, did you socialize with her,
19   did you become friends?
20       A     Friend, yes, like friend, but not
21   like you know Rebecca my best friend, not
22   friend friend but you know.  Okay.  I don't
23   know how to say that.
24       Q     Did you ever go out with her
25   socially?
```

```
                   LIN              47
 1
 2       A     No.
 3       Q     Did you ever have a conversation
 4   with her about things other than life
 5   insurance?
 6       A     Yes, of course like kids, you
 7   know, that is all and the school.
 8       Q     Fair enough.  When you spoke to
 9   Judy generally, when she called you, did the
10   conversation take place in English or
11   Chinese?
12       A     Chinese.
13       Q     All of the time?
14       A     Yes.
15       Q     Let's go back to the time when you
16   completed the application for this policy in
17   your office.  Do you recall being asked
18   generally application questions for this
19   policy?
20       A     Could you explain more about this
21   question?
22       Q     I guess the first question I want
23   to know is do you recall being asked the
24   questions on the application?  I would direct
25   you to the pages, page 394 through 400.  Do
```

```
                   LIN              48
 1
 2   you recall Judy asking you these questions?
 3       A     394 until 400?
 4       Q     Yes.
 5       A     No, I don't.
 6       Q     You don't recall?
 7       A     No.
 8       Q     Well, when she came over --
 9       A     Um,
10       Q     -- tell me about the time that she
11   came over to Uni Micro.  It was just you two
12   doing the application.  Tell me.
13       A     She just came and she, you know,
14   she filled out the application for me and she
15   asked me anything change or I say nothing
16   changed and then she said okay, you know, and
17   then, you know, she filled out and I just
18   signed it and then we start talking about
19   mother things.
20       Q     Did she fill out the application
21   in front of you?
22       A     Yes, she did.
23       Q     As she was filling out the
24   application, was she translating into Chinese
25   what the application said?
```

```
                   LIN              49
 1
 2       A     She actually, she was just, you
 3   know, could you be more specific?  What part
 4   of this application?
 5       Q     Well, I am just trying to get a
 6   sense of how the application came to be
 7   filled out.  Did she ask you a question and
 8   then write it out?
 9       A     No.  She just filled out it at
10   once.
11       Q     She just filled out the whole
12   application and didn't ask you a single
13   question?
14       A     She asked me to get my husband's
15   driver's license and I knew his social
16   security number, so, yes.  That is the only
17   thing.
18       Q     Do you recall her asking questions
19   about health and medical?
20       A     No, I don't.
21       Q     You don't recall her asking you a
22   single question about that?
23       A     (No response.)
24       Q     Do you recall her asking you about
25   tobacco or smoking history?
```

```
                    LIN                50
 2    A    No.
 3    Q    Or anything about traveling; did
 4  she ask you any of those things?
 5    A    Before we filled out these
 6  questions the only thing she asked if
 7  anything change. I say nothing.
 8    Q    As we sit here today, you don't
 9  remember her asking you a single question
10  about health?
11    A    No.
12    Q    The health of Mr. Lin?
13    A    No.
14    Q    As you sit here today, you don't
15  recall her asking you any question about
16  whether he travelled outside of the United
17  States?
18    A    No.
19    Q    As we sit here today, you don't
20  recall her asking you a question specifically
21  about his smoking history; correct?
22    A    (No response.)
23    Q    Do you recall her asking you a
24  question about his smoking history?
25    A    No.
```

```
                    LIN                51
 2    Q    And you testified that all she
 3  asked you was if anything changed?
 4    A    Yes.
 5         MR. DINNOCENZO: Objection.
 6    Q    How long was she there?
 7    A    Huh?
 8    Q    How long was she there?
 9    A    She was there about one hour.
10    Q    One hour?
11    A    Yes.
12    Q    And in that one hour, what
13  happened?
14    A    She filled out and then she
15  started telling me the tragedy of her friend.
16  She has a friend's son. He passed away seven
17  years, at age seven years because of the
18  asthma attack. We were both crying so we
19  spent a lot of time talking about kids.
20    Q    In the hour that she was there,
21  how long did it take to do the application?
22    A    I really don't.
23    Q    Estimate.
24    A    About 20 minutes, maybe.
25    Q    And do you remember her asking you
```

```
                    LIN                52
 2  to sign?
 3    A    She just, you know, I just signed
 4  it. I just sign it and bring it to my
 5  husband to sign.
 6         MR. DINNOCENZO: Remember to
 7    answer her question.
 8    Q    Do you remember her asking you to
 9  sign it?
10    A    She asked me to sign, she just
11  asked me to sign it, yes.
12    Q    Did you read any of it?
13    A    No.
14    Q    Why didn't you read any of it?
15    A    Because we trusted her.
16    Q    But can you read English?
17    A    I read English, yes. Poorly.
18    Q    Did you ever tell Judy that you
19  would like a copy of this application
20  translated in Chinese?
21    A    Could you?
22    Q    Did you ever ask Judy --
23    A    No.
24    Q    -- to give you a copy of this
25  application translated in Chinese characters?
```

```
                    LIN                53
 2    A    No, I did not.
 3    Q    I would like to draw your
 4  attention to page 398 and please look at
 5  question 21-D.
 6         MR. DINNOCENZO: No, here.
 7         THE WITNESS: Oh.
 8    Q    I am going to read it into the
 9  record. The question asks, "Has any person
10  proposed for insurance ever received
11  treatment, attention or advice from any
12  physician, practitioner or health facility or
13  been told by any physician, practitioner or
14  health facility that he or she had ulcers,
15  colitis, hepatitis, cirrhosis or any other
16  diagnosis or disorder of the liver,
17  gallbladder, stomach or intestines." Do you
18  see that question?
19    A    Do you mean now?
20    Q    Yes.
21    A    Now I did, yes.
22    Q    What answer was checked to that
23  question?
24    A    It was checked no.
25    Q    Do you recall being asked this
```

```
 1                    LIN                90
 2      A    And whoever.
 3      Q    Whoever helped him with the
 4  application. Do you know if it was Judy?
 5      A    I don't know because I wasn't
 6  there. I wasn't awake.
 7      Q    You weren't awake?
 8      A    They did it in the morning.
 9      Q    You were sleeping?
10      A    I wasn't in the office.
11      Q    So this was done very early in the
12  morning?
13      A    I think so.
14      Q    Do you know where this took place?
15      A    I don't remember. It wasn't, yes,
16  because if I was -- I am not present.
17      Q    You weren't present?
18      A    No.
19      Q    Would you agree that the
20  paramedical took place on or about August 18,
21  2004; does that sound right to you?
22      A    Maybe. The application is --
23  let's see.
24      Q    Page 393 shows.
25      A    This is the August 18 so when you
```

```
 1                    LIN                91
 2  say paramedic, what does that mean, the day
 3  they draw the blood?
 4      Q    Were you aware that your husband
 5  was asked questions and given some tests with
 6  the blood for a paramedical exam?
 7      A    From my understanding.
 8      Q    Tell me, what is your
 9  understanding?
10      A    It's the day that they draw the
11  blood; correct, no?
12      Q    Well, they do several things.
13  They also ask questions.
14      A    I wasn't there.
15      Q    So you weren't there?
16      A    No.
17      Q    Do you know if your husband did
18  this paramedical exam in his office or in
19  someone else's office?
20      A    I don't remember. I don't want to
21  say something I am not sure.
22      Q    But it was in Irvine, California?
23      A    For sure it's in Irvine.
24      Q    Is your husband's signature on
25  page 393?
```