<u>**Lin v. MetLife**</u>

**07 civ. 3218**

# EXHIBIT C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

JEAN LIN,

                    Plaintiff,

                    -against-      Index No:
                                     07-CV-3218

METROPOLITAN LIFE INSURANCE COMPANY,

                    Defendant.

-------------------------------------------x

EXAMINATION BEFORE TRIAL of the
Defendant, DAVID CLAIN, M.D., taken by the
Plaintiff, held at the offices of Trief & Olk,
150 East 58th Street, 34th Floor, New York,
New York 10155, on May 28, 2008, at 10:05 a.m.,
before a Notary Public of the State of New
York.

1          D. Clain, M.D.

2     Dr. Kam's office records.  The insurance papers

3     that Mr. Lin signed.  Hospital records and

4     other doctor's records when he later developed

5     gastric cancer until the time of his death.

6     Dr. Aledort's report, if I didn't mention that

7     again.  Those were main documents.

8     Q.     By the way, did the gastric cancer have

9     anything to do with his hepatitis B?

10    A.     No, I don't believe.

11    Q.     So, his death was unrelated to any

12    hepatitis B?

13              MS. SHERER:  Objection to the

14              form.

15    A.     I think his gastric cancer was

16    unrelated.  There was an issue which I noted in

17    my report about his development of severe liver

18    changes, you might say liver failure towards

19    the time of his death, as to whether that might

20    have been related to the hepatitis B.

21    Q.     Did he die of gastric cancer?

22    A.     I didn't know the answer to that.

23    Q.     How much time did you spend in

24    preparation of the review of the materials and

25    the writing of the report?

1              D. Clain, M.D.

2    Q.      If you have hepatitis B, there are

3    people who clear it themselves, correct?

4    A.      Yes.

5    Q.      There are people who get better through

6    treatment, correct?

7    A.      Yes.

8    Q.      There are people who don't get better,

9    correct?

10   A.      Well, I'm not sure what you mean by that

11   last statement, "don't get better" in which

12   respect?

13   Q.      That the treatment doesn't work, they

14   progress to cirrhosis and they could die.

15   A.      Well, almost always the treatment works,

16   but they could still progress -- who have

17   progressed before they were treated to the

18   point of cirrhosis.

19   Q.      Now, in this particular case, Mr. Lin

20   was successfully treated, correct?

21   A.      Correct.

22   Q.      There was absolutely no evidence of

23   cirrhosis, correct?

24   A.      Correct.

25   Q.      That, if it flared up again in the eyes

1                    D. Clain, M.D.

2          I'm not referring to the case of Mr. Lin

3     and how Dr. Kam handled it.  I'm just talking

4     in general.

5     Q.     Do you disagree at all with the way

6     Dr. Kam handled Mr. Lin?

7     A.        In terms of reading his record?  If

8     there was a fellow of mine, I would heavily

9     critique what he had recorded.  But if are

10    asking me, on the ground, do I agree that he

11    didn't need to re-treat Mr. Lin, if that's your

12    question, that is a different question.

13    Q.     Well, let's start with:  Did he need to

14    re-treat Mr. Lin?

15    A.        No.

16    Q.        You've got a chance, not only to look at

17    his records, but at his deposition, correct?

18    A.        Yes.

19    Q.        Let me hear your critiques about

20    Dr. Kam's treatment of Mr. Lin.

21    A.        I don't think he recorded on paper what

22    he discussed with Mr. Lin.  I don't think he

23    indicated that he ever educated him about

24    hepatitis B.  There's nothing in there about

25    his family.

1          D. Clain, M.D.

2          There are a number of issues there,

3     which I record, I teach my training doctors to

4     record.  I think it's extremely important that

5     everything you've done with the patient, what I

6     call treatment, is recorded at the time of the

7     visits.

8     Q.      I understand that, but I'm asking you to

9     list all of those.  I know you listed some.

10          Are there any others?

11          MS. SHERER:  Objection to form.

12    A.      Yes.  Somewhere along the line, not

13    necessarily every time, that you indicate to

14    the patient what their risks are for the future

15    and what you're doing what you are doing such

16    as sonograms, measurement of tumor markers and

17    so on, the reason why you do those things.

18    Q.      Anything else that you want to list as

19    part of your critique?

20    A.      That would be a short list.

21    Q.      I have plenty of time, so if you want to

22    take a minute to think about it and give me

23    some -- you can list anything else that you

24    might want to critique.  I'll wait.

25    A.      No, I think that, essentially, covers

1                          D. Clain, M.D.

2      it.

3      Q.      So, it sounds to me that all of the

4      critique was what was recorded, correct?  There

5      is no critiquing beyond what was recorded?

6      A.      I'm not critiquing the way in which he

7      prescribed medicines, no.

8      Q.      Well, he only prescribed medicines --

9      A.      Once.

10     Q.      -- for the interferon?

11     A.      Correct.

12     Q.      After that, no medicine was ever

13     prescribed?

14     A.      Correct.

15     Q.      So, do you have any critique at all with

16     anything, other than recording what he said to

17     the patient?

18     A.      No.

19     Q.      There are different things that were

20     being tested during Dr. Kam's treatment of

21     Mr. Lin, correct?

22     A.      Yes.

23     Q.      What were the things that were being

24     tested?

25     A.      So-called liver function tests, E

1                    D. Clain, M.D.

2    antigen, E antibody.  I think there may have

3    been a re-testing of surface antigens, several

4    tests of hepatitis viral DNA, a viral count,

5    so-called viral count.

6         I think he did a re-test of sonogram at

7    one point, a couple of times,

8    alpha-fetoprotein -- so-called A-F-P, which is

9    a tumor marker.  Those were, essentially, what

10   he was doing.

11   Q.    Now, the longer out you are from

12   successful treatment with interferon, does that

13   in any way indicate a likelihood of

14   reoccurrence or not?

15   A.    I think the longer you're out and have

16   never flared, probably the risk is lower, but

17   that would be just my own gestalt.  I'm not

18   sure that I'm quoting any scientific paper on

19   that.

20   Q.    That word, "gestalt," it's not Zimbabwe?

21   A.    It's German.

22   Q.    Do you have any science to support your

23   opinion, or is it just when you're using

24   "gestalt" saying, it's my intuition?

25   A.    No, I don't have a scientific paper.

D. Clain, M.D.

1

2  look for?

3  A.     Yes.

4  Q.     What were the results of the liver

5  function tests that Dr. Kam performed on

6  Mr. Lin?

7  A.     They were normal.

8  Q.     What does that show a doctor who's

9  treating a patient?

10  A.     That the virus continues to replicate at

11  a relatively low level.  In other words, the

12  treatment was successful.

13  Q.     Why, if the virus is replicating at a

14  low level, do you still consider the treatment

15  to be successful?

16  A.     We have limited goals in treating

17  hepatitis B, limited because we don't have

18  drugs that can eliminate the virus.  So the aim

19  is to reduce viral activity to a level at which

20  there will not be ongoing damage to liver

21  cells, the consequence of which is, firstly,

22  the evolution of cirrhosis and, secondly,

23  because this will increase the risk of liver

24  cell cancer.  So we want to keep the liver

25  without inflammation or hepatitis.

Case 1:07-cv-03218-RJH   Document 28-4   Filed 08/04/2008   Page 10 of 28

1              D. Clain, M.D.

2   Q.      It's one of the number of factors,

3   correct?

4   A.      Correct.

5   Q.      What is surface antigen?

6   A.      Surface antigen is really a piece of a

7   virus.  So, the presence of surface antigen

8   indicates that there is virus circulating.

9   These are parts of the virus that are being

10  antigenically tested.

11  Q.      What is the purpose of testing viral

12  DNA?

13  A.      Viral DNA is a count of the viruses

14  using a technique called PCR, actual counts of

15  the number of viruses that's evolved.  People,

16  back in history, didn't have PCR's, but it

17  since, historically, has changed, but,

18  basically, to answer your question, it's a

19  viral count.

20  Q.      What is the protein alpha-feta that you

21  indicated?

22  A.      Alpha-fetaprotein is a marker that as --

23  of which -- a whole category of markers that

24  are produced by various tumors.

25          Alpha-fetaprotein outside pregnancy,

Case 1:07-cv-03216-RJH   Document 28-4   Filed 06/04/2008   Page 11 of 28

1                      D. Clain, M.D.

2       where it is normal, is produced by only one or

3       two tumors, one of which is liver cell cancer.

4       And so, its presence in the serum outside of

5       pregnancy, if it was much elevated, indicate

6       the patient probably has liver cell cancer.

7       Q.       That was negative when tested for

8       Mr. Lin?

9       A.       Yes.

10      Q.       What tests do you, Dr. Clain, rely on in

11      determining whether hepatitis B needs treatment

12      and is active?  All of them, some of them, none

13      of them?

14      A.       Let me just get a recap of that.  What

15      tests do I do?

16      Q.       I don't care whether you do it or

17      someone else does it, but what tests do you

18      rely on, as a physician, in determining whether

19      hepatitis B needs to be treated and/or in the

20      inactive stage?

21      A.       So, first of all, I'd have to -- you'd

22      have to know they have hepatitis B, surface

23      antigen, you do E antigen and E antibody and

24      liver function profile, mainly for the

25      transaminases.  And in cases where there is not

Case 1:07-cv-03216-RJH   Document 28-4   Filed 08/04/2006   Page 12 of 28

1                    D. Clain, M.D.

2    A.      An additional zero, a long change.

3    Q.      So, from a hundred to a thousand?

4    A.      Yes.

5    Q.      Or from a thousand to 10,000?

6    A.      Correct.   From 120 to 250 is

7    meaningless.

8    Q.      Or from 300 to 500 is meaningless?

9    A.      Yes.

10   Q.      If you go to Page 3 of your report and

11   go to the very first paragraph, do you see the

12   sentence beginning, "He achieved"?

13   A.      Yes.

14   Q.      Could you read that one sentence into

15   the record.

16   A.      "He achieved the primary goals of

17   therapy, which are suppression of hepatitis B

18   viral DNA" -- in quotes -- "viral count,

19   normalization of liver enzymes, AST and ALT and

20   seroconversion to HBeAg-negative."

21   Q.      What do you mean by "suppression of the

22   hep B viral DNA"?

23   A.      That the count came way down from what

24   it was.

25   Q.      What does the word "suppression" mean,

Case 1:07-cv-03218-RJH   Document 28-4   Filed 06/04/2008   Page 13 of 28

1                    D. Clain, M.D.

2    just way down?

3    A.    Yes, because that's all we can achieve

4    as a goal.

5    Q.    So, he achieved the most he could have

6    achieved?  Is that what you are saying?

7              MS. SHERER:  Objection to the

8              form.

9    A.    Yes.

10   Q.    The liver enzymes were normal, correct?

11   So, you wouldn't get anything, other than

12   normal; that's the bet you can do, correct?

13   A.    Right.

14   Q.    The seroconversion to HBeAg-negative,

15   that's the best you can do also, correct?

16   A.    Correct.

17   Q.    So, he achieved the best he could do by

18   the treatment he gave?

19   A.    Yes.  As I stated there, he achieved the

20   primary goals of therapy.

21   Q.    Do you mean by "primary goals," meaning

22   that he achieved all the goals of therapy or

23   just some of the goals?

24   A.    I guess he achieved all the goals of

25   treatment with interferon, yes.

1              D. Clain, M.D.

2    question I'm asking assumes that everybody has

3    been treated.

4    A.       There's no data.  There is no data.

5    Q.       But I'm not talking about --

6    A.       If you're talking about the follow-up of

7    the incidents of cancer in various categories,

8    you know, with and without cirrhosis, you

9    know --

10   Q.       Is there any data comparing the

11   treatment of patients who have been

12   successfully treated with -- for hepatitis B

13   and do not have cirrhosis and never had

14   cirrhosis with the general public's incidents

15   of cancer?

16   A.       Yes, there is data on that.

17   Q.       Where is that data?

18   A.       In what paper?

19   Q.       In what paper.

20   A.       I can't quote you the paper offhand, no.

21   Q.       I've looked at the papers that you've

22   referred to, and all of those papers included

23   in their study people who had cirrhosis,

24   correct?

25   A.       I don't know about that.

Case 1:07-cv-03218-RJH   Document 28-4   Filed 08/04/2008   Page 15 of 28

1               D. Clain, M.D.

2       treated and so on, all of which are confining

3       factors in the incidents of liver cell cancer.

4                     (Whereupon, the referred to

5               place was read back by the Reporter.)

6                     MR. TRIEF:  I move to strike the

7               part that's not responsive.

8                     MS. SHERER:  I move to renew.

9                     MR. TRIEF:  Off the record.

10                    (Whereupon, an off-the-record

11              discussion was held.)

12      Q.      What is the incidence of liver cancer in

13      the general public?

14      A.      I don't have a number.

15      Q.      Approximately.

16      A.      It's very low.

17      Q.      Tell me.

18      A.      I don't know.

19      Q.      One in a million, one in a thousand, one

20      in a hundred?

21      A.      I don't know.  I don't know the number.

22      Q.      What is the incidence rate of liver

23      cancer for those who have been successfully

24      treated for hepatitis B without cirrhosis?

25      A.      It's a few times increased, like three

Case 1:07-cv-03218-RJH  Document 28-4  Filed 08/04/2008  Page 16 of 28

1      D. Clain, M.D.

2 times increased.  It varies in different

3 populations, in different places.  It isn't the

4 same here and there.  It depends on where the

5 study was done, and there aren't that many

6 studies.

7    But there is a severalfold increase in

8 liver cancer.  I can refer you -- and I refer

9 to that, I think, in one of my comments in the

10 report, is that, if you rook at the AASLD

11 Guidelines on the hepatocellular cancer, they

12 actually quote you papers based on their Asian

13 patients who are not cirrhotic, have no

14 activity, either treated or untreated, are

15 inactive, have an increased instance of

16 hepatocellular carcinoma.

17    They quote three or four papers.  If you

18 look at this AASLD Guidelines, they're quoted

19 here, and they're listed in the paper.

20      MS. SHERER:  Should we mark that

21    as an exhibit?

22      MR. TRIEF:  Sure.

23 A.  If you look in the guidelines -- this is

24 the hepatocellular carcinoma guidelines, not

25 the hepatitis B guidelines.  Hepatitis B on

Case 1:07-cv-03218-RJH   Document 28-4   Filed 06/04/2008   Page 17 of 28

1                    D. Clain, M.D.

2         Does it say that anywhere?  I mean, is

3    there something that says that?

4    A.      I think there's something that says

5    that.  When you get back to Page 1210,

6    "Similarly, the risk of hepatocellular

7    carcinoma" -- "Similarly, the risk of

8    hepatocellular cancer persists in long-term

9    hepatitis B carriers from Asia" -- oh, sorry.

10   I retract.  I'm reading the wrong sentence.

11   Q.      The question goes back to the fact that

12   there isn't any comparison in this study of any

13   patients who were successfully treated --

14   A.      No, not successful treatment.

15   Q.      You have to wait for me to finish.

16   A.      Sorry.

17   Q.      You would agree that there isn't

18   anything in this study that refers at all to an

19   analysis of what the incidence is of liver cell

20   cancer for patients who have been successfully

21   treated for hepatitis B, correct?

22   A.      Not in these studies, no.

23   Q.      Liver cancer in the general public, from

24   an instance level, is extraordinarily low, is

25   it not?

1                    D. Clain, M.D.

2   A.      Very low.

3   Q.      When you are looking at mortality rates,

4   you are looking at other types of cancers and

5   heart disease and things of that nature,

6   correct?

7                    MS. SHERER:  Objection to the

8           form.

9   A.      Yes.

10  Q.      The effect of liver cell cancer, because

11  its incidence is so low on mortality rate, is

12  insignificant; wouldn't you agree?

13                   MS. SHERER:  Objection to form.

14  A.      No, I wouldn't agree.  It's not

15  insignificant for that group of patients.  It's

16  very significant.

17  Q.      Obviously, someone who gets liver cell

18  cancer, it is significant for that person.  I

19  am talking about, in order to analyze the

20  overall mortality rate of a group of people,

21  liver cell cancer is such a small incidence,

22  that it is insignificant in making that

23  analysis, correct?

24                   MS. SHERER:  Objection to form.

25  A.      No, that's not true.  Liver cell cancer

1                           D. Clain, M.D.

2    A.    No, it's not on the bottom of the list,

3    but I can't tell you exactly where it is on the

4    list.

5    Q.    Would you agree that, in looking at the

6    overall mortality rate in the United States,

7    liver cancer is a very low component?

8                   MS. SHERER:   Objection.

9    A.    I would prefer to answer that question

10   in a different way.

11   Q.    Could you answer it that way?

12   A.    No, because we're talking here about

13   Asian patients born in Asia, and that's a very

14   different question.   The incidents of liver

15   cancer dates in this country from immigrant

16   Asian males is significant.

17   Q.    What is significant --

18   A.    I can't give you a number, but it's a

19   very --

20   Q.    Approximately.

21   A.    I don't have numbers.   I don't keep

22   those kind of numbers in my head.   I can't give

23   you a number.

24   Q.    In order to say "significant," wouldn't

25   you have to have some approximation?

1          D. Clain, M.D.

2          MS. SHERER:  Objection to the

3      form.

4   A.      No, I don't need to do that.  I can tell

5   you that, just from seeing the patients in my

6   own experience, practice, how often I have seen

7   patients dying of liver cancer.

8   Q.      Isn't that anecdotal?

9          MS. SHERER:  Objection to the

10      form.

11  A.      It may be anecdotal, but it's very

12  significant.

13  Q.      You wouldn't, as a scientist, accept

14  anecdotal information, would you?

15          MS. SHERER:  Objection to the

16      form.

17  A.      I'm simply indicating to you that I know

18  the number is, you know, significant, but I

19  can't quote you the number.

20  Q.      I'm not asking for a quote.  I'm asking

21  for any kind of approximation.

22          MS. SHERER:  Objection to the

23      form.

24  A.      I can't give you a number.

25  Q.      Is it fair to say that the basis of your

Case 1:07-cv-03218-RJH  Document 28-4  Filed 08/04/2008  Page 21 of 28

1                        D. Clain, M.D.

2     United States who were immigrants have active

3     disease?

4     A.      Yes, in recent studies in New York City,

5     for example.

6     Q.      What percentage of them have been

7     infected?

8     A.      Higher than that.  Probably in the 20 to

9     30 percent range.

10    Q.      What percentage of Caucasians in the

11    United States have been infected, at one time,

12    with hepatitis B?

13    A.      It varies widely, you know.  In other

14    words, it depends on what risk group you fall

15    into.

16    Q.      The overall population.

17    A.      Well, studies don't do overall

18    population because there are great population

19    studies in the United States.  It depends on

20    how you selected the people you are testing,

21    you understand.

22            So, probably you are talking about

23    something like seven or eight -- 7 percent or

24    6 percent of people -- and I'm hesitating a

25    guess -- have been exposed to hepatitis B.

1                    D. Clain, M.D.

2          And a small percent, somewhere under

3    1 percent -- well under 1 percent -- probably

4    point something percent have active disease.

5    Q.      So something significantly under

6    1 percent of the Caucasians have what you

7    define as active disease?

8    A.      Yes.

9    Q.      Fifteen to 20 percent of Asians who

10   immigrated here have active disease?

11   A.      Yes.

12   Q.      What is the highest risk group as it

13   relates to hepatitis B in developing liver

14   cancer?

15   A.      Asian men who have active disease who've

16   gone on to develop cirrhosis and have never

17   been treated would be the very highest group.

18   Q.      That was not Mr. Lin?

19   A.      No.

20   Q.      So, if you go to Page 4 of your report

21   and you go down to the last paragraph on

22   Page 4 -- it's an incomplete paragraph, but

23   it's the last paragraph, nonetheless -- do you

24   see what you have in bold print?

25   A.      Right.

```
 1                    D. Clain, M.D.
 2    maybe 10 percent.  I wouldn't consider that a
 3    large number.
 4    Q.     So, it's how you define the word
 5    "large"?
 6    A.     Yes.
 7    Q.     That was your disagreement with
 8    Dr. Aledort?
 9    A.     Yes.  A large number would have to be a
10    substantial percent, but it isn't.
11    Q.     Then, after that reference, you indicate
12    that, children become chronic carriers with all
13    the long-term risks of liver damage and liver
14    cell cancer and that's because they're not
15    treated in Asia, correct?
16           That's the point you're making?
17    A.     I'm not making a point that they're not
18    treated, but anyone who's chronically infected
19    has those risks.
20    Q.     It's because they've developed
21    cirrhosis, correct?
22    A.     In terms of evolving to liver damage, if
23    they're treated before that, yes, you can
24    prevent that.  But we don't know what the
25    effect is of treatment in preventing liver
```

1          D. Clain, M.D.

2    cancer.

3    Q.      The sentence there is assuming, though,

4    that these children in Asia are not being

5    treated; am I correct?

6            Is that your assumption on Page 5?

7    A.      All I'm saying is, if you become a

8    chronic carrier, these are your risks.  I am

9    not implying treatment or no treatment.  Once

10   you get into a chronic situation, these are the

11   risks.  Now, obviously, any competent physician

12   would intervene, but that's not my point.  Once

13   you develop hepatitis B, these are the risks in

14   front of you.

15   Q.      Why would you intervene if the

16   intervention doesn't do anything for the

17   patient?

18   A.      How do you mean?  I don't understand the

19   question.

20   Q.      My apologies.

21           Doesn't the intervention help the

22   patient, and isn't its purpose to help the

23   patient?

24   A.      I think we're talking at cross purposes

25   here.  That statement was made simply to

Case 1:07-cv-03218-RJH   Document 28-4   Filed 08/04/2008   Page 25 of 28

1                    D. Clain, M.D.

2    approximate number?

3                    MS. SHERER:  Objection to form.

4    A.      Yes, there are studies, but I can't

5    quote you the numbers.

6    Q.      Do you know the name of any study that

7    would give me approximate risk of death from

8    liver cell cancer for successfully treated --

9    A.      Not for successfully.  I don't think

10   there is any data on successfully treated

11   patients.  That group we talked about

12   previously, I don't believe that there are any

13   long-term studies on that.

14   Q.      So, with respect to Mr. Lin, are there

15   any studies which would indicate what his risk

16   of death from liver cell cancer would be?

17   A.      Precisely, no.

18   Q.      Approximately.

19   A.      No.  I don't think anyone can give you a

20   number.

21   Q.      Is the use of the word "significant"

22   that you're using here strictly anecdotal?

23                   MS. SHERER:  Objection to form.

24   A.      No, because there are many, many studies

25   reported of people in his situation who have

Case 1:07-cv-03218-RJH   Document 28-4   Filed 08/04/2008   Page 26 of 28

1                      D. Clain, M.D.

2    ethnicity.  I believe there are legal issues

3    about this.

4            So, would we test everybody for

5    hepatitis B who's going for insurance?  That is

6    an insurance company question for the insurance

7    company.  If you ask me, what would I do in my

8    medical office, the answer is different.

9    Q.      What would you do in your medical

10   office?

11   A.      In my medical office, if someone was an

12   Asian immigrant, if I was a primary care

13   doctor, I would test them for hepatitis B.

14   Q.      When would you begin to treat a patient

15   for hepatitis B when using the various test

16   results we have for Mr. Lin?

17           At what numbers?  And we could refer to

18   the viral DNA and the E antigen and liver

19   function tests.  When would you begin to

20   retreat him?

21   A.      First, we'd need to have an elevated DNA

22   level, significantly elevated, which at least

23   in excess of a hundred thousand.

24   Q.      Did he have --

25   A.      Yes, he had millions.

Case 1:07-cv-03218-RJH   Document 28-4   Filed 06/04/2008   Page 27 of 28

1                    D. Clain, M.D.

2    Q.    At any point from looking at the data

3    that you saw, should he have been retreated?

4    A.    No.

5    Q.    So, from looking at the data that you

6    saw, would you agree that the treatment for the

7    entire time that you had data was successful?

8    A.    Medical drug treatment, yes.

9              MR. TRIEF:  Let's take a few

10             minutes.

11             (Whereupon, a recess was taken.)

12   Q.    You indicated earlier that you don't

13   have any idea whether successfully treated

14   hepatitis B patients in the United States have

15   a lower mortality rate --

16             MS. SHERER:  Objection to the

17             form.

18   Q.    -- or you do, than people who are not

19   infected?

20             Do you have any idea?

21   A.    Sorry.  Can you just restate that.

22   Q.    I'm sorry.  It was my fault.  It wasn't

23   your fault.

24             I am talking significantly now.  Is

25   there any significant difference in mortality

1                    D. Clain, M.D.

2    between a successfully treated hepatitis B

3    patient than the general public?

4    A.      Yes, there is a difference between the

5    two.

6    Q.      Do you know what it is?

7    A.      I don't know.

8            You asked me that before.

9    Q.      Would you be able to tell if it was

10   significant or insignificant?

11   A. ·    Yes.  I believe the numbers for both

12   treated patients and those who never been

13   treated are inactive, but I think they're

14   whatever -- are several times those who are not

15   infected.  I can't give you have a number.

16   Q.      But "several times" doesn't measure the

17   mortality.

18   A.      I can't give you the mortality.

19   Q.      It's the mortality part I'm talking

20   about.

21           Let's say the average American lived to

22   72.  The person who is infected, but treated

23   successfully, would that person live to 65 or

24   71.3?  Would you be able to give me any range?

25   A.      Yes.  Let me just explain some of the