<u>**Lin v. MetLife**</u>

**07 civ. 3218**

# EXHIBIT D

Case 1:07-cv-03218-RJH   Document 28-5   Filed 08/04/2008   Page 1 of 4

## Page 1

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

JEAN LIN,                           )
                                    )
              Plaintiff,            )
                                    )
    vs.                             ) CASE NO.: 1:07-CV-03218(RJH)
                                    )
METROPOLITAN LIFE                   )
INSURANCE COMPANY,                  )
                                    )
              Defendants.           )
                                    )

DEPOSITION OF   : JUDY HUANG
TAKEN BY        : TED TRIEF, ESQUIRE
Commencing      : 12:04 P.M.
Location        : 555 S. BARRANCA AVENUE
                  COVINA, CALIFORNIA 91723
Day, Date       : TUESDAY, FEBRUARY 19, 2008
Reported by     : MARGARET A. FORD, C.S.R. NO. 10530
Pursuant to     : NOTICE
Original to     : TED TRIEF, ESQUIRE

Pages 1 - 40
Job No. 109579

## Page 2

APPEARANCES OF COUNSEL

FOR THE PLAINTIFF:   LAW OFFICE OF TRIEF & OLK
                     150 E 58TH STREET
                     NEW YORK, NEW YORK 10155
                     201/343-5770
                     BY: TED TRIEF, ESQ.
                     BY: ERIC DINNOCENZO, ESQ.

FOR THE DEFENDANT METLIFE:

                     1 METLIFE PLAZA
                     27-01 QUEENS PLAZA NORTH
                     LONG ISLAND CITY, NY 11101
                     212/578-3102
                     BY: TOMASITA SHERER, ESQ.

FOR THE DEFENDANT JOHN HANCOCK:

                     LAW OFFICE OF ECKERT & SEAMANS
                     ONE INTERNATIONAL PLACE
                     18TH FLOOR
                     BOSTON, MA 02110
                     617/342-6863
                     BY: EDWARD S. ROONEY, JR., ESQ.

ALSO PRESENT:        JEAN LIN

## Page 3

                        I N D E X

WITNESS                                         PAGE
JUDY HUANG
    Examination by Mr. Trief                    04, 36
    Examination by Ms. Sherer                   34, 37


                        EXHIBITS

PLAINTIFF'S                                 MARKED FOR
EXHIBIT NO.     DESCRIPTION                 IDENTIFICATION

    1           POLICY APPLICATION              22


INFORMATION REQUESTED
(None)


QUESTIONS NOT ANSWERED
(None)

## Page 4

[Page marked with large X]

COVINA, CALIFORNIA, TUESDAY, FEBRUARY 19, 2008
12:04 P.M.
-oOo-

JUDY HUANG,
the witness herein, after having been duly sworn, was
deposed and testified as follows:

EXAMINATION
BY MS. SHERER:

Q   Good afternoon, Mrs. Huang.
A   Yes.
Q   My name is Ted Trief and I represent the Lin
family. I'll be asking you some questions here this
afternoon.
A   Uh-huh.
Q   If you know the question I'm going to ask you
before I complete it, give me the opportunity to finish
anyway, okay?
A   I'm fine.
Q   If you intend to answer a question yes or no,
would you say the word yes or no as opposed to shaking
your head?
A   Okay. That's fine.
Q   If you don't understand a question, please let

1   A   Yes.
2   Q   Did you have an application with you that same
3   day you were going over the numbers?
4   A   Yes.
5   Q   Who did you ask the questions of?
6   A   What part?
7   Q   Okay. I want to show you an application which
8   has been Bates stamped 392 through 400. Is this the
9   application form that goes with the policy? I'm not
10  asking you whether this is the application form that you
11  took, yourself, but I'm asking you whether this is the
12  application that goes with the policy?
13  A   Yes.
14  Q   What is the part that you were involved in?
15  There seems to be two parts. Is there a part you were
16  involved with or both parts?
17  A   Here (indicating).
18  Q   When you say here, I have to identify that. So
19  the here is Bates stamp 394 through 400, correct?
20  A   Yes.
21  Q   And 392 to 393 was taken by somebody else,
22  correct?
23  A   Yes.
24  Q   Both of those together, though, go with the
25  policy?

Page 20

1   A   Yes.
2   Q   Is the handwriting on 394 through 400 your
3   handwriting?
4   A   Yes.
5   Q   And who are you asking these questions of?
6   A   What part? The first page?
7   Q   Okay. Let's go back. Where were you when you
8   were asking these questions, in their office?
9   A   In their office.
10  Q   What is their office comprised of, how many
11  rooms?
12  A   There was one little room, and then that door
13  was open, there's another, like, long, behind the rooms
14  that's open wide.
15  Q   When you were talking to Mrs. Lin, was Mr. Lin
16  in the same room or a different room?
17  A   When? You mean asking comparing the price?
18  Q   Yes.
19  A   Mr. Lin was in the office on the outside where
20  the --
21      (Interruption in proceedings.)
22      MS. SHERER: Do you want to take a break?
23      MR. TRIEF: Sure.
24  Q   BY MR. TRIEF: Was he in the other space the
25  entire hour that you were talking to Mrs. Lin before the

Page 21

Q   BY MR. TRIEF: So it starts at -- tell me where
tarts, 397 through 400?
A   Yeah.
Q   Okay. Did you read the questions out loud or
l you hand them to Mr. & Mrs. Lin to read?
A   I asked them the health question, like over on
: question over there.
Q   The questions on the form are in English,
rrect?
A   That's correct.
Q   Did you then translate them to Mandarin?
A   Not all of it.
Q   Some of it you translated to Mandarin and some
it you didn't?
A   Because when we talk, we speak most of the time
Mandarin, but some of the words we said -- we will
vays say in English.
Q   I just -- I'm not trying to ask you generally
ing the word "we," so it's very difficult. It's
nfusing to me. Because I don't know what the "we"
ans. The "we" can mean you generally do this. "We"
uld be all three of you did this. "We" can mean you
l this with Mrs. Lin alone. So I need to get more
ecific than the word "we." Do you follow that?
A   Okay.

Page 23

1   Q   In this specific application, did you from time
2   to time translate the question into Mandarin?
3   A   No. You mean by asking the health question
4   part or?
5   Q   Did you ask any of the health questions in
6   Mandarin?
7   A   Some, yes.
8   Q   Did you ask those health questions in Mandarin
9   to both Mrs. Lin and Mr. Lin or just to just one of them?
10  A   I would say -- this is an open space where they
11  at.
12  Q   I understand.
13  A   When we ask, when I ask, I was saying some
14  words in Mandarin, some words in English.
15  Q   How did you choose what words in Mandarin to
16  use and what words in English to use?
17  A   If the words that I can say in Mandarin, I will
18  say in Mandarin.
19  Q   So when you go on --
20  A   It really depends.
21  Q   When you ask some of the questions, did some of
22  the questions have you asking it both in Mandarin and
23  English for the same question, using Mandarin and English
24  words in the same question?
25  A   At the same time?

Page 24

```
 1    Q    In the same question.
 2    A    You are saying that -- can you repeat that
 3  please?
 4    Q    Sure. If you asked a question, from time to
 5  time, did you use both Mandarin and English words in the
 6  same question?
 7    A    Yes.
 8    Q    Did you ask those questions to Mrs. Lin in
 9  Mandarin and English, to Mr. Lin in Mandarin and English
10  or to both?
11    A    The same, both.
12    Q    Did sometimes Mrs. Lin respond and sometimes
13  Mr. Lin responded for a question?
14    A    Yes.
15    Q    Is there anything in the application where you
16  noted it was a response from Mr. Lin or Mrs. Lin?
17    A    Repeat that again, please.
18    Q    At any time, did you make any notations to
19  which questions were responded to by Mrs. Lin or which
20  questions were responded to by Mr. Lin?
21    A    No.
22    Q    Do you have any independent memory of which
23  questions you asked of Mr. Lin and which questions you
24  asked of Mrs. Lin?
25    A    No.
                                              Page 25
```

```
 1    Q    Do you have any independent memory of which
 2  questions were asked only in Mandarin, and which
 3  questions were asked in Mandarin and English?
 4    A    No.
 5    Q    Do you ask any questions only in English?
 6    A    No.
 7    Q    After you finished asking the question, you
 8  would put the response down to that question, correct?
 9    A    Yes.
10    Q    And then at the end, after you asked all of the
11  questions, you would have Mr. Lin sign it, correct?
12    A    Yes.
13    Q    In addition to asking the questions yourself,
14  did you have Mr. Lin read it or did you, just you,
15  yourself, read the questions only?
16         MS. SHERER: Objection to form.
17         MR. TRIEF: I'll withdraw and rephrase it.
18         MS. SHERER: Yes.
19    Q    BY MR. TRIEF: You read each and every
20  question, correct?
21    A    Yes.
22    Q    Did you fill out the answers after you read the
23  question and either Mr. or Mrs. Lin answered them?
24    A    After? Repeat that again. I'm sorry.
25    Q    Right. After you asked the question in either
                                              Page 26
```