Case 1:07-cv-03218-RJH    Document 28-7    Filed 08/04/2008    Page 1 of 3

<u>**Lin v. MetLife**</u>

**07 civ. 3218**

**EXHIBIT F**

<u>**Lin v. MetLife**</u>

**07 civ. 3218**

**EXHIBIT F**

<u>**Lin v. MetLife**</u>

**07 civ. 3218**

**EXHIBIT F**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEAN LIN,                                   07-CV-3218 (Judge Holwell)

                            Plaintiffs,

    - against –

METROPOLITAN LIFE INSURANCE
COMPANY,

                          Defendant.
------------------------------------------------------------x

## AFFIDAVIT OF JEAN LIN

STATE OF CALIFORNIA    )
                                  ) ss:
COUNTY OF ORANGE      )

JEAN LIN, being duly sworn, deposes and says:

    1.    I am the plaintiff in this action and reside at 5 Medici Aisle, Irvine, California.

    2.    I was married to Bang Lin from 1995 until he passed away on August 11, 2006.

    3.    I was the only other person present when, on August 5, 2004, Judy Huang filled out Part I of the August 2004 MetLife application for the $1 million policy issued to my husband as the insured. Ms. Huang did not ask the health questions in the application and I did not review the application before signing it. I subsequently

brought the application to my husband, who was working in another room at our business office, to sign it. He did so without reading the application and then gave it back to me to give to Ms. Huang.

4. I am familiar with my husband's handwriting and have seen it on many occasions in the past. I am able to recognize my husband's handwriting. The handwriting on Part II of the August 2004 MetLife application is not that of my husband.

JEAN LIN

Sworn to before me this
31st day of July 2008.

Notary Public

B. D. GOYAL
Commission # 1506133
Notary Public - California
Orange County
My Comm. Expires Aug 7, 2008