Immunodeficiency Virus Type 1 (HIV-1) among Recipients of Antibody-Positive Blood Donations. Ann Intern Med 1990; 113: 733-739.

165.   Busch MP, Taylor PE, Lenes BA, Kleinman SH, Stuart M, Stevens CE, Tomasulo PA, Allain JP, Hollingsworth CG, Mosley JW, and the Transfusion Safety Study Group. Screening of selected male blood donors for p24 antigen of Human Immunodeficiency Virus Type 1. N Engl J Med 1990; 323: 19: 1308-1312.

166.   Alter HJ, Epstein JS, Swenson SG, VanRaden MJ, Ward JW, Kaslow RA, Menitove JE, Klein HG, Sandler SG, Sayers MH, Hewlett IK, Chernoff AI, and the HIV-Antigen Study Group. Prevalence of Human Immunodeficiency Virus Type 1 p24 antigen in U.S. blood donors - an assessment of     the efficacy of testing in donor screening. N Engl J Med 1990; 323: 19: 1312-1317.

167.   Aly AM, Aledort LM, Lee TD, Hoyer LW. Histocompatibility antigen patterns in haemophilic patients with factor VIII antibodies. Br J Haematol 1990; 76: 238-241.

168.   Miller K, Donegan E, Curran P, Shelley TJ, and the Transfusion Safety Study Group. Effects of counselling on knowledge about HIV-1 among transfusion recipients and their partners. AIDS Care 1990; 2: 2: 155-162.

169.   Schwartz RS, Abildgaard CF, Aledort LM, Arkin S, Bloom AL, Brackmann HH, Brettler DB, Fukui H, Hilgartner MW, Inwood MJ, Kasper CK, Kernoff PBA, Levine PH, Lusher JM, Mannucci PM, Scharrer I, MacKenzie MA, Pancham N, Kuo HS, Allred RU, and the Recombinant Factor VIII Study Group. Human recombinant DNA-derived antihemophilic factor (factor VIII) in     the treatment of Hemophilia A. N Engl J Med 1990; 323: 26: 1800-1805.

170.   Uehlinger J, Button GR, McCarthy J, Forster A, Watt R, Aledort LM. Immunoadsorption for coagulation factor inhibitors. Transfusion 1991; 31: 3: 265-269.

171.   Rose EH, Aledort LM. Nasal Spray Desmopressin (DDAVP) for Mild Hemophilia A and von Willebrand Disease. Ann Intern Med 1991; 114: 7: 563-568.

172.   Bussel JB, Graziano JN, Kimberly RP, Pahwa S, Aledort LM. Intravenous Anti-D Treatment of Immune Thrombocytopenic Purpura: Analysis of Efficacy, Toxicity, and Mechanism of Effect. Blood 1991; 77: 9: 1884-1893.

173.   Aledort LM. Von Willebrand's Disease - A Therapeutic Challenge. Biomed Prog 1991; 4: 3:43-47.

174.   Aledort LM. Treatment of von Willebrand's Disease. Mayo Clin Proc 1991; 66: 841-846.

175.   Weiss HM, Simon R, Levi J, Forster A, Hubband M, Aledort L. Compliance in a Comprehensive Hemophilia Center and Its Implications for Home Care. Fam Syst Med 1991; 9: 2: 111-120.

176.   Aledort LM. A Safe Approach to Treatment of Factor IX-Deficient Patients. Introduction and Overview of Treatment. Semin Hematol 1991; 28: 3(suppl 6): 1-2.

177.   Arkin S, Rose E, Forster A, Aledort LM for the rFactor VIII Clinical Trial Group. Clinical Efficacy of Recombinant Factor VIII. Semin Hematol 1991; 28: 2(suppl 1): 47-51.

178.   Aledort LM. Factor Concentrates in Hemophilia - Is Purer Better? Biomed Prog 1991; 4: 49-50.

179.   Aledort LM: Das von Willebrand-Syndrom: eine therapeutische Herausforderung. Die gelben Hefte 1991; 31: 123-130.

167. Bohn RL, Aledort LM, Putnam KG, Ewenstein BM, Avorn J. The economic impact of factor VIII inhibitors in patients with hemophilia A. Blood 2000; 96: 11: 434-435a.

168. Bussel JB, George JN, Kuter DJ, Wasser JS, Aledort LM, Chen M-G, Nichol JL. An Open-Label, Dose-Finding Study Evaluating the Safety and Platelet Response of a Novel Thrombopoietic Protein (AMG 531) in Thrombocytopenic Adult Patients with Immune Thrombocytopenic Purpura (ITP). Blood 2003; 102: 11: 86a.

169. Kuter D, Bussel JB, Aledort LM, George J, Lyons RM, Conklin GT, Lichtin AE, Nieva J, Kelly R, Chen C-F, Nichol JL. A Phase 2 Placebo Controlled Study Evaluating the Platelet Response and Safety of Weekly Dosing with a Novel Thrombopoietic Protein (AMB531) in Thrombocytopenic Adult Patients (pts) with Immune Thrombocytopenic Purpura (ITP). Blood 2004; 104: 11: 148a.

170. Aledort LM, Salama A, Kovaleva L, Robak T, Brenner B, Newland A, Davies S, Nugent DJ, Hubsch A, Andresen I, Zenker O. An Open Label, Multi Center Study on the Efficacy and Safety of a Liquid, Ready-to-Use Intravenously Administered Anti-D Immunoglobulin in Patients with Chronic Immune Thrombocytopenic Purpura. Blood 2004; 104: 11: 72b.

171. Aledort LM, White GC II, Rivard GE. Ten-Year Follow-Up of Inhibitor Induction in Previously Untreated Patients (PUPs) on Recombinate. Blood 2004; 104: 11: 87b.

172. Aledort LM. Goudemand. J. U.S. Factor XI Patients: Is There a Safer Treatment? Yes – Hemoleven. Blood 2004; 104: 11: 87b.

173. Aledort LM. Are the thrombotic risks of recombinant factor VIIa and factor VIII inhibitor bypass activity equivalent? Haemophilia 2004; 10 (Suppl. 3): 54-55.

174. Aledort LM. Algorithms for hemophilia inhibitor patients: making therapeutic choices. Haemophilia 2004; 10 (Suppl. 3): 55.

175. Aledort LM. Considering adverse event costs in hemophilia care. Haemophilia 2006; 12 (suppl. 2): 58.

176. Aledort LM, Lyons RM, Okano G, Leveque J. Retrospective Matched Cohort Study of Immune Thrombocytopenic Purpura (ITP): Complications Related to Corticosteroid (CS) Use. Blood 2006; 108: 11 (Pt. 1): 940a.

177. Aledort LM, Lyons Rm, Okano G, Leveque J. The Clinical and Direct Medical Cost Burden of Splenectomy among managed Care Patients with Chronic Immune Thrombocytopenic Purpura (ITP). Blood 2006; 108: 11 (Pt. 2): 481b-482b.

178. Altomare I, Aledort LM. Is Homozygosity for the MTHFR C677T Mutation a Risk Factor for Miscarriage? – Likely. Blood 2006; 108: 11 (Pt. 2): 99b.

179. Gernsheimer TB, Pullarkat V, Senecal FM, Aledort LM, Kessler CM, Sanz MA, Liebman HA, Slovkc FT, Kelly R, Guo M, Nichol J. Evaluation of AMG 531 Efficacy in Splenectomized Patients with Chronic Immune Thrombocytopenic Purpura (ITP) in a Randomized Placebo-Controlled Phase 3 Study. Blood 2007; 110: 11: 8a.

180. Kuter DJ, Bussel JB, Senecal FM, Aledort LM, Kessler CM, Sanz MA, Liebman HA, Slovick FT, Kelly R, Guo M, Nichol JL. Evaluation of AMG 531 Efficacy in Nonsplenectomized Patients with Chronic Immune Thrombocytopenic Purpura (ITP) in a Randomized Placebo-Controlled Phase 3 Study. Blood 2007; 110: 11: 173a.

152.    Gruppo R, Bray GL, Schroth P, Gompers ED, Aledort L, and the Recombinate Study Group. Transient Inhibitors in Recipients of Recombinant Factor VIII (r-FVIII): A Report from the Recombinate Study of Previously Untreated Patients (PUPS). Blood Abstracts 1995; 86: 10: 193a: 758.

153.    Mannucci PM, Chediak J, Byrnes J, Kessler C, Marciniak E, Retzios AD, and the Alphanate Study Group. A High Purity Factor VIII Concentrate in the Treatment of von Willebrand's Disease. Blood Abstracts 1995; 86: 10: 192a.

154.    Ragni MV, Triulzi D, Bass D, Duerstein S, and the Hemophilia Malignancy Study. Cytomegalovirus-Associated AIDS-Defining Disease (CMV-AIDS) in Hemophiliacs is Unrelated to Transfusion History. Blood Abstracts 1995; 86: 10: 544a: 2164.

155.    Aledort LM. Women's Bleeding Disorders: Management During Pregnancy. Haemophil 1996; 2: 1(suppl): 55.

156.    Carneiro JDA, Villaca PR, Odone Filho V, Morgante AMV, Boehm C, Cutting G, Aledort LM, Chamone DAF, D'Amico EA. Hemophilia

157.    Mannucci PM, Chediak J, Byrnes J, Kessler C, Marciniak E, Retzios AD, and the Alphanate Study Group. A High Purity Factor VIII Concentrate in the Treatment of von Willebrand's Disease. 22nd World Fed of Hemophil Cong, Dublin, Ireland, 1996; 192a: 756.

158.    Aledort LM, Bray GL, Schroth P, Perry MR, Gomperts ED for the Recombinate PUP Study Group. Complications of Hemophilia in Early Childhood. Blood 1996; 88: 10: 328a.

159.    Mannucci PM, Chediak J, Byrnes J, Kessler C, Marciniak E, Hanna W, Retzios AD, and the Alphanate Study Group. A High Purity Factor VIII Concentrate in the Treatment of von Willebrand's Disease. Blood 1996; 99: 10: 330a.

160.    Aledort LM. A National Hemophilia Organization: Does It Work? Turkish J Haematol 1997; 14(suppl): 3: 39.

161.    Aledort LM. Von Willebrand's Disease: From the bedside to Therapy. Turkish J Haematol 1997; 14(suppl): 3: 51.

162.    Orellana V, Aledort LM. Do protease inhibitors truly cause more bleeding in hemophiliacs? Blood 1997; 90: 10: 1(suppl): part 2: 108b.

163.    Arkin S, Aledort LM. Infants and young PUPs (previously untreated patients) with FVIII deficiency: bleed patterns and the impact of inhibitors. Blood 1999; 94: 10 (Suppl. 1): 234a.

164.    DiMichele D, Rothschild C, Sultan Y, Kroner B, Aledort L, and members of the ISTH FVII [sic] / IX Subcommittee. Multicenter comparison of inhibitor (INH) development on plasma-derived (PD) vs recombinant (REC) factor VIII(FVIII) in severe hemophilia A patients (sHA PTs). Blood 1999; 94: 10 (Suppl. 1): 238a.

165.    Aledort LM, Russell AB, Gomperts ED, Bray GL, and Lee M. Safety and efficacy of recombinant FVIII preparations in the treatment of haemophilia A: a data synthesis. Haemophilia 2000; 6: 4: 358-359.

166.    Bussel J, Aledort L, Hayward CPM, Kelton J, Lichtin A, McMillan R, Nierodzik ML, George J, Wasser J, Zumberg M, Saba H, Towell B, Gayko U, Cruickshank S, Nichol JL. A prospective cross-sectional study to characterize selected autoimmune (AI) markers and report the incidence of antithrombopoietin antibodies ($\alpha$TPO) in patients with immune thrombocytopenic purpura (ITP). Blood 2000; 96: 11: 250a.

139.  Schwartz RS, Gabriel DA, Aledort LM, Green D, Kessler CM. A Prospective Study of Treatment of Acquired Factor VIII Inhibitors with High Dose Intravenous Gammaglobulin (IGIV). Blood Abstracts 1992; 80: 10: 1: 230a: 912.

140.  Addiego J, Kasper C, Abildgaard C, Hilgartner M, Lusher J, Glader B, Aledort L. Inhibitors in Factor VIII Deficient Hemophilia: Comparison of Frequency Based Upon Treatment Product. Blood Abstracts 1992; 80: 10: 1: 231a: 913.

141.  Seremetis S, Aledort LM, Bray G, Brettler D, Eyster E, Kessler C, Lusher J, Rickles F, Sacks H. A Three-Year Randomized Prospective Study of High or Intermediate Purity Factor VIII Concentrates in Asymptomatic HIV+ Hemophiliacs: Effects of Immune Function. Blood Abstracts 1992; 80: 10: 1: 366a: 1455.

142.  Amy Shapiro and the International Factor Safety Group. Vapor Heated Intermediate-Purity Factor XI Concentrate Tested in a Safety Study Monitoring Transfusion-Related Viral Infection in Previously Untreated Hemophiliacs. 14th Cong of the Int Soc on Thromb and Haemostas, New York, 1993. Thromb Haemostas 1993; 69: 6: 538-1455.

143.  Kasper CK, Inwood MJ, Andes WA, Aledort LM. A Clinical Study to Determine Recovery and Half-Life of Intermediate-Purity Factor IX Complex (Human) Immuno, Vapor Heated. 14th Cong of the Int Soc on Thromb and Haemostas, New York, 1993. Thromb Haemostas 1993; 69: 6: 538-1455.

144.  Lusher J, Arkin S, Abildgaard CF, Hurst D, and the Kogenate PUP Study Group. Kogenate Treatment of Previously Untreated Patients (PUPS) with Hemophilia A: Update of Safety, Efficacy, and Inhibitor Development after Five Study Years. Blood Abstracts 1994; 84: 10: 1: 239a.

145.  Seremetis S, Abildgaard C, Lusher J, Kasper C, Hurst D, and the Kogenate Study Group. Human Recombinant DNA-Derived Antihemophilic Factor (Factor VIII) in the Treatment of Hemophilia A: Conclusions After Five Years. Blood Abstracts 1994; 84: 10: 1: 239a.

146.  Addiego JE Jr., Kasper C, Abildgaard C, Lusher J, Hilgartner M, Glader B, Aledort LM, Hurst D, Bray G. Increased Frequency of Inhibitors in African American Hemophilia A Patients. Blood Abstracts 1994; 84: 10: 1: 239a.

147.  Lusher J, Arkin S, Abildgaard CF, Hurst D, and the Kogenate PUP Study Group. Recombinant FVIII (Kogenate) Treatment of Previously Untreated Patients (PUPS) with Hemophilia A: Update of Safety, Efficacy, and Inhibitor Development After Five Study Years. Thromb and Haemostas Abstracts 1995; 73: 6: 1012.

148.  Mondorf W, Bray G, Scandella D, and the Recombinate Study Group. The Presence of Anti-Factor VIII Antibodies in Plasma Samples from Hemophiliacs with No Inhibitor Titer. Thromb and Haemostas Abstracts 1995; 73: 6: 1028.

149.  Tuddenham EGD, Hoyer L, Hurst D, and the Kogenate Study Investigators' Group. Initial Studies of Genetic Factors Influencing Inhibitor Development in Previously Untreated Patients (PUPS) with Hemophilia Treated with Recombinant Factor VIII. Blood Abstracts 1995; 86: 10: 610a.

150.  Lusher J, Hedner U, and the Novo Seven Investigators. Treatment of Internal Hemorrhages with rFVIIa in Patients with FVIII and FIX Inhibitor Antibodies. Blood Abstracts 1995; 86: 10: 611a.

151.  Bohn RL, Avord J, Glynn RJ, Choodnovskiy I, Haschemeyer R, Aledort LM. Prophylactic use of Factor VIII: Are the Clinical Benefits Worth the Additional Cost? Blood Abstracts 1995; 86: 10: 611a: 2430.

125. Seremetis SV, Kaspar CK, Kessler C, Seligsohn U, Aledort LM. A New Factor XI Concentrate: Experience in Surgical Prophylaxis. Blood Abstracts 1991: 78: 10: 1: 274a: 1086.

126. Bray GL, and the Recombinate Study Group: Arkin S, Courter S, DiMichele C, Gordon EM, Gruppo R, Haire W, Hilgartner M, Ingerslev J, Liu-Maruya S, McMillan C, Moncino M, Scheibel E, Shapiro A, Werner E, Gomperts E. Safety and Efficacy of Recombinant Factor VIII in Previously Untreated Hemophilia A Patients: Preliminary Results. Blood Abstracts 1991; 78: 10: 1: 57a: 219.

127. Abildgaard C, Brettler D, Aledort L, Kasper C, Mannucci PM, and the Kogenate Study Group. Immunologic Studies in HIV Positive and HIV Negative Hemophiliacs Receiving Recombinant FVIII (Kogenate) - A 2 Year Update. Blood Abstracts 1991; 78: 10: 1: 57a: 218.

128. Lusher JM, Arkin S, Kreuz W, Mannucci PM, Pearce J, and the Kogenate Study Group. Inhibitor (I) Development in Previously Untreated Hemophiliacs Receiving rFVIII (Kogenate) - Is There An Increased Incidence? Blood Abstracts 1991; 78: 10: 1: 57a: 217.

129. Kasper CK, Inwood M, Scharrer I, Bloom A, Schwartz RS, and the Kogenate Study Group. Safety and Recombinant Factor VIII in Home Infusion. Blood Abstracts 1991; 78: 10: 1: 56a: 213.

130. The Transfusion Safety Study (TSS) represented by Lusher JM. Hepatitis C Virus (HCV) Transmission by Clotting Factor Concentrates (CF Con) in Current Use. Blood Abstracts 1991; 78: 10: 1: 355a: 1409.

131. Ragni M, Kingsley L, Belle S, Duerstein S, Seminara D, Obrams I, and the HMS Study Group. AIDS-Associated Non-Hodgkin's Lymphomas and other Malignancies in Patients With Hemophilia. Blood Abstracts 1991; 78: 10: 1: 358a: 1421.

132. Gertner JM, Kaufman FR, Sleeper LA, Donfield SM, Hilgartner MW, NY Hospital, Cornell Medical Center, LA Children's Hospital and the Hemophilia Growth and Development Study (HGDS). Impaired Growth and Pubertal Delay in HIV Positive Transfused Hemophiliacs. Blood Abstracts 1991; 78: 10: 1: 358a: 1422.

133. Kroner BL, Alvord WG, and Goedert JJ. Time of HIV-1 Seroconversion is Associated with Hemophilia Type, Continent of Residence, and Mean Annual Factor VIII Dose. Blood Abstracts 1991; 78: 10: 1: 358a: 1424.

134. Aledort LM. The Challenge of the Adolescent and HIV. Presented at the 20th Int Cong of the WFH, October, 1992; 170.

135. Schwartz RS, Gabriel DA, Aledort LM, Green D, Kessler CM. Clinical Experience in Treatment of Acquired FVIII Inhibitors with High Dose Intravenous Gammaglobulin (IGIV) (Gamimune®-N). Presented at the 20th Int Cong of the WFH, October, 1992; 139: 269.

136. Aledort LM. Factor VIII Concentrates: Is Purer Better? Presented at the 20th Int Cong of the WFH October, 1992; 150: 293.

137. Aledort LM. Orthopedic Outcome Study. Presented at the 20th Int Cong of the WFH October, 1992; 216: 426.

138. Mannucci PM, Abildgaard CF, Aledort LM, Lusher JM, Brettler DB, Bogdanoff DA, Schwartz RS, and the Kogenate Study Group. Immunologic Studies in HIV Positive and HIV Negative Hemophiliacs Receiving Recombinant Factor VIII - A 3 Year Update. Blood Abstracts 1992; 80: 10: 1: 230a: 909.

111.    Bray GL, Kroner B, Kessler C, Eyster ME, Ragni M, Cohen AR, Sprandio J, Hilgartner M, Aledort L, White III G, Andes WA, Lederman M, Lechner K, Goedert JJ. Chronic Hepatitis B Virus (HBV) Infection Is Not a Cofactor for Progression to Acquired Immunodeficiency Syndrome (AIDS) in Human Immunodeficiency Virus (HIV) Infected Hemophiliacs. Blood 1990; 1927: 484a.

112.    Lipton RA, Aledort LM, Hilgartner M. The Physician-Directed Blood Product Purchasing Consortium During a World-Wide Shortage of Factor VIII Concentrate. Transfusion 1990 (Accepted).

113.    Aledort LM. Simposio III: Complicaciones Del Tratamiento Sustitutivo: Infeccion VIH. Federacion Espanola de Hemofilia Libro de Abstract. 6/26-26, 1991.

114.    Bray GL, Kroner BS, Arkin S, Aledort L, Hilgartner MW, Eyster ME, Ragni M, Goedert JJ, and the Milti-Center Study of AIDS in Hemophilia. Natural History of Inhibitor Loss in Human Immunodeficiency Virus (HIV) Infected Patients with Hemophilia A. Thromb and Hemostas 1991; 65: 6: 677: 98.

115.    Aledort LM, Brettler D, Mannucci PM. Immune Function of Hemophiliacs Treated with Recombinant FVIII, a 1 Year Update. Thromb and hemostas ICTH Abstracts 1991; 65: 6: 705: 179.

116.    Abildgaard CD, Harrison J, Hilgartner M, and the Recombinant Factor VIII Kogenate Study Group. Use of Recombinant Factor VIII (rFVIII) for Surgery. Thromb and Hemostas ICTH Abstracts 1991; 65 :6: 706: 181.

117.    Lusher JM, Arkin S, Abildgaard CF, Hilgartner MH, and the Kogenate Study Group. Observations in Previously Untreated Hemophiliacs Receiving Recombinant (R) FVIII. Thromb and Hemostas ICTH Abstracts 1991; 65: 6: 706: 182.

118.    Brackmann HH, Scharrer I, Kernoff PBA and the Kogenate Study Group. Clinical Efficacy of Recombinant FVIII (rFVIII) in Prophylaxis and Treatment of Bleeding Episodes in Hemophiliacs a 1 Year Update. Thromb and Hemostas ICTH Abstracts 1991; 65: 6: 706: 183.

119.    Aledort LM: DDAVP Non-Responsive von Willebrand's Patients: Is There Safe, Effective therapy? Thromb and Hemostas ICTH Abstracts 1991: 65: 6: 1128: 1159.

120.    Seremetis S, Aledort L, Lusher J, Hilgartner M, Mannucci PM, Mariani G. Highly Purified Factor VIII Concentrates: Will We See More Inhibitors? Thromb and Hemostas ICTH Abstracts 1991; 65: 6: 1160: 1672.

121.    Transfusion Safety Study Group (TSS) represented by Hilgartner MW. Comparison of Effect of CD4 Counts of Treatment with High and Intermediate Purity Clotting Factor Concentrates. Thromb and Hemostas ICTH Abstracts 1991; 65: 6: 1164: 1687.

122.    Transfusion Safety Study Group (TSS) represented by Aledort LM. Relationship of CD4 Level to Progression of HIV-1 Infection. Thromb and Hemostas ICTH Abstracts 1991; 65: 6: 1164: 1688.

123.    Pegelow CH, Calmann ME, O'Brien TA and the Transfusion Safety Group (TSS). Hepatitis C Antibody (anti-HCV) Prevalence in Transfused Congenital Anemia (CA) Patients. Blood Abstracts 1991; 78: 10: 1: 354a: 1405.

124.    Seremetis SV, Aledort LM. Nasal Spray Desmopressin (DDAVP) - Experience in Home Care and Surgical Prophylaxis. Blood Abstracts 1991; 78: 10: 1: 275a:1089.

97.    Transfusion Safety Study Group represented by Fletcher, MA. Effect of HTLV I/II Seropositivity on Lymphocyte Phenotypes in Blood Donors. 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989; 74: 7: 246a.

98.    Transfusion Safety Study Group represented by Mosley, JW. HTLV I/II Infection of Blood Recipients and its Early Effect on Lymphocyte Subpopulations. 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989; 74: 7: 178a.

99.    Aly AM, Aledort LM, Hoyer LW. Histocompatibility Antigen Patterns in Hemophilic Patients with Factor VIII Inhibitors. 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989; 74: 7: 254a.

100.   Rose EH, Aledort LM. Nasal Spray Desmopressin (DDAVP) - A Simple Technique for Treatment of Mild Hemophilia A and von Willebrand's Disease. 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989; 74: 7: 254a.

101.   Bussel J, Graziaon JN, Cunningham-Rundles S, Jacobs J, Aledort LM. IV Anti-D: A New Effective Treatment of HIV-Mediated Thrombocytopenia. 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989; 74: 7: 383a.

102.   Transfusion Safety Group represented by Hassett J. Impact of Allotypic Proteins on Lymphocyte Subsets in the Treatment of HIV-1 Uninfected Hemophiliacs. 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989; 74: 7: 342a.

103.   Schwartz RS, Abilgaard C, Aledort LM. Safety and Efficacy of Recombinant DNA Derived FVIII (rFVIII). 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989; 74: 7: 49a.

104.   Driscoll MC, Aledort LM, Hilgartner MW. Factor IX Gene Mutant Detectable by Analysis of Amplified Sequences. 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989; 74: 7: 254a.

105.   Gjerset G and the Transfusion Safety Study (TSS). Lack of Association in Anti-HIV (+) Hemophiliacs Between Decline in CD4 and Treatment with Clotting Factor Concentrates. Track C: Epidemiology & Prevention (TH.C. 637).

106.   Hilgartner M, and the Transfusion Safety Study (TSS). Fall of CD4 Lymphocytes in HIV-1 Infected Patients with Coagulation Diseases. Track C: Epidemiology & Prevention (Th.C. 638).

107.   Eyster ME, Alter M, Aledort L, Matzakis A, Goedert JJ, and the Transfusion Safety Study (TSS). Heterosexual Cotransmission of Human Immunodeficiency Virus (HIV) and Hepatitis C Virus (HCV). Track C: Epidemiology & Prevention (Th.C. 564).

108.   Seremetis S, Aledort LM, Sacks H, and the Monoclate Study Group. Differential Effects on CD4 Cell Counts of High or Intermediate Purity Factor VIII Concentrates in HIV+ Hemophiliacs: A Meta-Analysis. Blood 1990; 1624: 408a.

109.   The Transfusion Safety Study Group represented by Aledort LM. Chronically Transfused (TX) Patients (Pts) Not Infected with HIV-1 by Antibody and Polymerase Chain Reaction (PCR). Blood 1990; 1566: 394a.

110.   Eyster ME, Alter H, Aledort LM, Goedert JJ for the Multicenter Study of AIDS in Hemophiliacs, Penn State College of Medicine, MSMC, NIH. Cotransmission of Hepatitis C Virus (HCV) and Human Immunodeficiency Virus (HIV) from Men with Hemophilia to their Female Sexual Partners. Blood 1990; 1582: 398a.

83.     Aledort LM, and the Transfusion Safety Study Group. HIV and HBV Markers in Congenital Coagulation Defect (CCD) Patients. IV Int Conf on AIDS, Stockholm, June 1988. 1988; 1: 401.

84.     Aledort LM, and the Transfusion Safety Study Group. HIV and HBV Markers in Congenital Coagulation Defect (CCD) Patients. Samuel Bronfman 6th Ann Research Day, New York, September, 1988.

85.     Gomperts ED, Willoughby A, Hilgartner M, Hoots K, Lee M, Warrier I, Aledort L, Andes A, Eyster E, Kisker T, Parmley R, Sexauer C. Survey of Hemophilic Children: HIV Status, Growth and Development. XVIII Int Cong of the World Fed of Hemophil, Madrid Spain, 1988. Abstract Book 1988; 86.

86.     Gilbert MS, Aledort LM. Musculoskeletal Infections in Hemophilia: A Developing Pattern. XVIII Int Cong of the World Fed of Hemophil, Madrid Spain. Abstract Book 1988; 31.

87.     Aledort LM. The Evolution of the Hemophilic Arthropathy According to the Factor VIII Dosage. XVIII Int Cong of the World Fed of Hemophil, Madrid Spain, 1988. Abstract Book 1988; 35.

88.     Aledort LM. Factor VIII Concentrates. Current Issues and Future Prospects. Symposium Co-Sponsored by FDA and NHLBI, Bethesda, Maryland, March 9-10, 1989.

89.     Aledort LM. Concentrates: Meeting the Demand. Fifth Int Conf on AIDS, The Scientific and Social Challenge. Montreal, Quebec, Canada, June 1989. Abstracts 1989; Th.B.O.36: 217.

90.     Killinger JF, Rosenberg PS, Goedert JJ, Aledort LM, Vaidya K, Kessler CM, Gail MH. Risk Estimates of AIDS in Hemophiliacs. Fifth Int Conf on AIDS, The Scientific and Social Challenge. Montreal, Quebec, Canada, June 1989. Abstracts 1989; W.A.P.61: 130.

91.     Schwartz RS, Abilgaard C, Aledort L, Bloom A, Brackmann H, Brettler D, Dietrich S, Egli J, Fujimaki M, Fukui H, Hilgartner M, Inwood M, Kasper C, Kernoff P, Levine P, Lusher J, Mannucci P, Scharrer I. Preliminary Report of Clinical Investigation of Human Factor VIII Derived from Recombinant DNA (rFVIII). 12th ASTH Cong. Tokyo, Japan, August, 1989.

92.     Transfusion Safety Study Group represented by Donegan, E. Comparison of HTLV-I/II with HIV-1 Transmission by Component Type and Shelf Storage Before Administration. 42nd Ann Meeting, Am Assoc of Blood Banks, New Orleans. Transfusion 1989; 29: S130.

93.     Transfusion Safety Study Group represented by Tomasulo, PA. Human T-Cell Lymphotropic Virus Infection Among Blood Donors: Epidemiologic Pattern Compared with that of Human Immunodeficiency Virus Type I. 42nd Ann Meeting, Am Assoc of Blood Banks, New Orleans. Transfusion 1989; 29: S133.

94.     Transfusion Safety Study Group represented by Busch, M. HIV-1 p-24 Antigen Screening of Male Blood Donors from High Anti-HIV-1 Prevalence Areas. 42nd Ann Meeting, Am Assoc of Blood Banks, New Orleans. Transfusion 1989; 29: S203.

95.     Transfusion Safety Study Group represented by Gjerset, G. Impact of Allotypic Proteins in the Treatment of HIV-1 Infected Hemophiliacs. 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989.

96.     Transfusion Safety Study Group represented by Hilgartner, M. Human T-Cell Lymphotropic Virus (HTLV) Types I/II Infection Among Persons Treated with Blood Components. 31st Ann Meeting, Am Soc of Hematol, Atlanta. Blood 1989.

69.    Donegan E, Perkins H, Vyas G, and the Transfusion Safety Study Group. Morality in the Recipients of Blood in the Transfusion Safety Study. 28th Annual Meeting, Am Soc of Hematol. Blood 1986; 86: 296a.

70.    Fletcher MA, and the Transfusion Safety Study Group. T4 and T8 Lymphocyte Counts in HIV Positive and HIV Negative Blood Donors. 28th Annual Meeting, Am Soc of Hematol. Blood 1986; 86: 125a.

71.    Mosley JW, and the Transfusion Safety Study Group. Effect of Age on the Expression of Human Immunodeficiency Virus Infection Among Hemophiliacs. 29th Annual Meeting, Am Soc of Hematol. Blood 1987; 70: 125a.

72.    Pegelow CH, and the Transfusion Safety Study Group. Effect of Human Immunodeficiency Virus Infection upon Hepatitis B Virus Antibodies in Persons with Congenital Clotting Disorders. 29th Annual Meeting, Am Soc of Hematol. Blood 1987; 70: 125a.

73.    Operskalski E, and the Transfusion Safety Study Group. Transmission of Human Immunodeficiency Virus Infection to Household Contacts of Persons with Congenital Hematologic Disorders. 28th Annual Meeting, Am Soc of Hematol. Blood 1986; 86: 131a.

74.    Lusher JM, Aledort LM, Hilgartner M, Mosley J, Operskalski E, and the Transfusion Safety Study Group. Transmission of Human Immunodeficiency Virus Infection to Household Contacts of Persons with Congenital Hematologic Disorders. Thromb & Haemostas. 1987; 58: 1: 510.

75.    Lusher JM, Aledort LM, Sarnaik S, Mosley J, and the Transfusion Safety Study Group. HIV Status, T Cell Subsets, Blood Product Use, and Hematologic Abnormalities in Congenital Coagulation Disorders (CCD). Thromb & Haemostas. 1987; 58: 1: 510.

76.    Aledort LM. AIDS and Hemophilia. Keio J of Med. 1987; 36: 128-129.

77.    Aledort LM, Lipton RA, Hilgartner M. Physician-Directed Blood Product Purchasing - A Cost Efficient Health Care Delivery System. 29th Annual Meeting of the Am Soc of Hematol, Washington DC. Blood 1987; 70: 5(suppl): 1: 325a.

78.    Brettler D, Forsberg A, Levine P, Aledort LM, Hilgartner M, Kasper C, Lusher J, McMillan C, Roberts H. The Use of Porcine Factor VIII Concentrate (Hyate:C) in the Treatment of Patients with Inhibitor Antibodies: A Multicenter US Trial. 29th Annual Meeting of the Am Soc of Hematol, Washington DC, 1987. Blood 1987; 70: 5(suppl): 1: 329a.

79.    Diaz M, Aledort LM, Forster A. Reduced Recovery of Factor VIII from Viral Inactivated Concentrate. 29th Annual Meeting of the Am Soc of Hematol, Washington DC, 1987. Blood 1987; 70: 5(suppl): 1: 329a.

80.    Uehlinger J, Watt R, Aledort L. Extracorporeal Immunoadsorption: An Alternative Treatment for Hemophiliacs with High-Responding Inhibitors. 29th Annual Meeting of the Am Soc of Hematol, Washington DC, 1987. Blood 1987; 70: 5(suppl): 1: 334a.

81.    Gumprecht J, Babyatsky M, Conill A, Biancho J, Aledort L, Berk P. Rapid Accurate Determination of the Prothrombin Time Using a Fingerstick Method. 29th Annual Meeting of the Am Soc of Hematol, Washington DC, 1987. Blood 1987; 70: 5(suppl): 1: 375a.

82.    Weiss HM, Simon R, Hubbard ML, Aledort LM. Compliance in a Comprehensive Hemophilia Center - Its Implications for Home Care. 18th Int Cong of the World Fed of Hemophil, Madrid Spain, 1988. Abstract Book 1988.

53. Aledort LM. Alternatives for Financing the Delivery of Comprehensive Care in Times of Places of Suboptimal Financial Conditions. Proc of the Fifteenth World Fed of Hemophil Cong, Stockholm. 1983.

54. Kerr L, Spiera H, Aledort LM. DIC as a Complication of Collagen-Vascular Disease. Northeast Regional ARA Meeting, Rhode Island. 1982.

55. Miller CH, Vorsanger GV, Diaz M, Aledort LM. Double Heterozygosity in a Hemophiliac Female: Factor VIII and Factor IX Deficiency. Am J Human Genet 1982;4:102a.

56. Aledort LM. Side Effects of Substitution Therapy. Proc of the Fifteenth World Fed of Hemophil Cong, Stockholm.1983.

57. Aledort LM. AIDS and Hemophilia. Proc of the Sixteenth World Fed of Hemophil Cong, Rio de Janeiro. 1984.

58. Mannucci P, Aledort L, Allain JP, Brackman K, Boulanger G, Fearns M, Meredith K, Cordero R, Wincott E. Comprehensive Care for Hemophilia: Task Force I Report. Proc of the Sixteenth World Fed of Hemophil Cong, Rio de Janeiro. 1984.

59. Gendelman S, Rizzo FA, Forster G, Aledort L. Seizures in Hemophilia. Proc of the Sixteenth World Fed of Hemophil Cong, Rio de Janeiro. 1984.

60 Evans BE, Aledort LM. Adjunctive Management for Surgical Manipulation in the Mouth for the Bleeding Patient. Proc of the Sixteenth World Fed of Hemophil, Rio de Janeiro. 1984.

61. Miller CH, Aledort LM, Hilgartner MW. Reproductive Choices in Hemophilic Men and Carriers: Proc of the Tenth Int Cong on Thromb and Haemostas, San Diego. 1985.

62. Isola L, Aledort LM, Forster A, Bussel J, Hilgartner M. Major Surgery in Patients with Hemophilia and von Willebrand's Disease Without Plasma Derivatives. Blood 1985; 66: 5(suppl): 1: 322a.

63. Najfeld V, Seremetis S, Sanders N, Jacobson R, Aledort L, Troy K, Arlin Z, Fialkow PJ. Origin of T-Lymphocytes in Philadelphia Chromosome (Ph) - Positive Chronic Myelogenous Leukemia (CML). Blood 1985; 665(suppl): 1: 100a.

64. Hilgartner M, Aledort LM, Bussel J. Is Marrow Suppression the First Sign of the Immune Incompetence of AIDS? Blood 1984; 64: 5(suppl): 1: 97a.

65. Hilgartner M, Aledort LM. The Use of Profiline in the Treatment of Inhibitors to Factor VIII. Blood 1984; 64: 5(suppl): 1: 256a.

66. Aledort LM. HIV Status and T Cell Subsets in Congenital Coagulation Disorders. 28th Annual Meeting, Am Soc of Hematol. Blood 1986; 86: 120a.

67. Donegan E, and the Transfusion Safety Study Group. Serum Antibody Positivity in Recipients of Anti-HIV Positive Blood. 39th Annual Meeting, Am Assoc of Blood Banks, San Francisco.        Transfusion, 1986; 26: 576.

68. Gaynor S, McClure E, and the Transfusion Safety Study Group. Experience with Notification of Recipients of Anti-Human Immunodeficiency Virus Positive Transfusions. 39th Annual Meeting. Am Assoc of Blood Banks, San Francisco. Transfusion 1986; 26: 594.

36. Patel I, Ambinder E, Wasserman LR, Holland JF, Aledort LM. In Vitro and in Vivo Comparison of Single Donor Platelet and Multiple Donor-Pooled Platelet Transfusions in Leukemic Patients. Amer Soc Hematol Ann Meeting, Boston. 1976.

37. Vlachakis ND, Aledort LM. Platelet Aggregation and Plasma Catecholamines in Hypertension. Proc of the Sixth Int Cong on Thromb and Haemostas, Philadelphia. 1977.

38. Vlachakis ND, Aledort L. Platelet Survival and the Effect of Sympathetic Stimulus on Platelet Lipid Peroxidation in Hypertension. Clin Res 1977; 25: 458A.

39. Vlachakis ND, Aledort L. Platelet Aggregation in Plasma Catecholamines in Hypertension. Clin Res 1977; 25: 260A.

40. Aledort LM. The Impact of Hemophilia on Blood Utilization in the USA. Fifteenth Cong Int Soc of Blood Transfusion, Paris. 1978.

41. Hilgartner MW, Aledort LM, Goodnight SH, Lusher JM. Hypertension in Patients with Hemophilia. Report from the Cooperative Study of Spontaneously Occurring Factor VIII Inhibitors in Patients with Hemophilia. Fifteenth Cong Int Soc of Blood Transfusion, Paris. 1978.

42. Diaz MD, Harris M, Aledort LM. Case Presentation of Hemophilia A with an Associated P Prolonged Bleeding Time. Am Soc of Hematol 22nd Ann Meeting, Phoenix. 1979.

43. Aledort LM for the P.A.R.I.S. Research Group. The Persantine-Aspirin Reinfarction Study. Proc of the Seventh Int Symposium on Drugs Affecting Lipid Metabolism, Milan. 1980.

44. Aledort LM, Goodnight S. Impact of Hemophilia on Product Utilization. Proc of the 18th Cong of the Int Soc of Hematol and the 16th Cong of the Int Soc of Blood Transfusion, 1980.

45. Aledort LM. The United States Experience. Workshop on Mobilizing Support for Haemophilia Care. Proc of the First Int Haemophil Conf, 14th WFH Gen Assembly, Bonn. 1980.

46. Aledort LM, Levine P, Hilgartner M, Blatt P, Spero J, Goldberg JD, Popper H, Bianchi L, Desmet V, Scheuer P, Berk P for the Ad Hoc Hemophilia Study Group (AHHSG). A Study of Liver Disease among Hemophiliacs. Am Soc of Hem, 24th Ann Meeting, San Antonio. 1981.

47. Miller CH, Vorsanger GV, Diaz M, Aledort LM. Factor VIII and Factor IX Deficiency in a Hemophilic Female. Am Soc of Hematol 24th Ann Meeting, San Antonio. 1981.

48. Diaz M, Aledort LM. Different Patterns of Hemorrhages in Factor VIII Inhibitor Patients. Am Soc of Hematol 24th Ann Meeting, San Antonio. 1981.

49. Aledort LM. Present and Future Research Challenges in Hemophilia Treatment. Proc of the 19th Cong of the Int Soc of Haematol and the 17th Cong of the Int Soc of Blood Transfusion, Budapest. 1982.

50. Hilgartner MW, Aledort LM and the Ad Hoc Liver Study Group. Current Status of Liver Disease in Patients With Hemophilia. Proc of the 19th Cong of the Int Soc of Haematol and the 17th Cong of the Int Soc of Blood Transfusion, Budapest. 1982.

51. Aledort LM: AIDS and Hemophilia. Proc of the Int Soc of Haematol European and African Div, Seventh Meeting, Barcelona. 1983.

52. Aledort LM, Cohen M, Hilgartner M, Lipton R. Treatment of Hemophiliacs with Inhibitors: Cost and Effect on Blood Resources. Symposium on Factor VIII Inhibitors, Farmington. 1983.

18.     Berger S, Puszkin E, Aledort LM. Distinction Between Action of Aspirin and Four Other Deaggregating Drugs. Proc Am Soc Hematol, San Francisco. 1971.

19.     Gutfreund D, Puszkin E, Sheppa M, Aledort LM. Factors Controlling Human Platelet $Ca^{++}$ and $Mg^{++}$ Content. Proc Am Soc Hematol, San Francisco. 1971.

20.     Litwak RS, Mitchess BA, Kahn M, Berger S, Aledort LM, Jurado RA, Lukban SB. Perfusion Without Donor Blood. Proc Am Assoc Thor Surg. 1972.

21.     Nirmul G, Taub RN, Aledort LM, Berger S, Burrows L. Prolonged Rat Renal Allograft Survival with Cyproheptadine. Proc Ninth Cong European Dialysis Transplant Assoc. 1972.

22.     Hanson JP, Repke DI, Katz AM, Aledort LM. A Troponin-Tropomyosin-like $Ca^{++}$ Sensitizing System in Human Platelets. Proc Third Cong Int Soc. Thromb Hemostas. 1972.

23.     Berger S, Aledort LM, Gilbert H, Hanson J, Wasserman LR. Platelet Function Abnormalities in Polycythemia Vera. Proc Fourteenth Int Cong of Hematol. 1972.

24.     Berger S, Puszkin E, Aledort LM. The Effect of Anti-Serotonin and Anti-Histamine Drugs on Platelet Function in Vitro. Proc Third Cong Int Soc. Thromb and Hemostas. 1972.

25.     Benis AM, Nossel HL, Aledort LM, Leonard EF. Thrombus Formation in Flow Chambers Studied with Dogs Having Long-Term Extracorporeal Shunts. Proc Third Cong Int Soc. Thromb and Hemostas. 1972.

26.     Burrows L, Haimov M, Aledort L, Leiter E, Nirmul G, Taub R, Glabman S. The Platelet in the Obliterative Vascular Rejection Phenomenon. Fourth Int Cong of the Transplantation Soc. 1972

27.     Puszkin S, Puszkin E, Hanson J, Aledort LM. The Effect of ADP on the Superprecipitation of Human Platelet Thrombosthenin. Fed Proc. 1973; 32: 220.

28.     Tamari Y, Puszkin E, Aledort L, Degnan TJ, Wagner N, Kaplitt MJ, Peirce C. Platelet Damage During Extracorporeal Circulation. Med Instrum 1973; 7: 81.

29.     Aledort LM, Puszkin E, Hanson J, Katz AM. Control of Platelet Contraction. J Microvasc Res 1973; 6: 1.

30.     Patel T, Aledort LM, Puszkin EG. Decreased Energy Supply in Platelets in Acute Myelogenous Leukemia (AML). Fed Proc 1974; 33: 336.

31.     Evans B, Aledort LM. Preliminary report on the therapeutic role of epsilon amino caproic acid (EACA) for dental surgery in hemophiliacs. Proceedings of the Tenth Cong of the World Fed of Hemophil, Helsinki. 1975.

32.     Aledort LM. Home Care:   Its challenge and impact. Proc of the Tenth Cong of Hemophil, Helsinki. 1975.

33.     Aledort LM. Factor IX and thrombosis. Proc of the Tenth Cong of the World Fed of Hemophil, Helsinki. 1975.

34.     Gendelman S, Aledort LM. Intracranial meningioma in factor IX deficiency. Proc of the   Tenth Cong of the World Fed of Hemophil, Helsinki. 1975.

35.     Aledort LM. World use of blood products in hemophilia. Proc of the Tenth Cong of the World Fed of Hemophil, Helsinki. 1975.

## Bibliography

### Abstracts:

1.  Millichap JG, Madsen JA, Aledort LM. Febrile Seizures Indications for Continuous Anticonvulsant Therapy and Observations on Prognosis. 69th Ann Meeting Am Pediatrics Soc, May 1959.

2.  Shulman NR, Marder VJ, Aledort LM, Hiller MC. Isoantibodies Against Platelets and Leukocytes. Proc Ninth Cong Int Soc Blood Transfusion, Mexico 1962; 439-447.

3.  Aledort LM, Moss A. The Use of Edrophonium in the Evaluation and Treatment of Supraventricular Tachycardias. Circulation, 1964; 30: 40.

4.  Aledort LM, Weed RI, Troup SB. Firefly Luciferase: A Na K Inhibited ATPase. Fed Proc, 1965; 25: 632. Presented at Physiol Sec, April 1966.

5.  Aledort LM, Troup SB, Weed RI. Human platelet ATPase Activities: Relationship of Localization to Function. Am Soc Clin Invest, May 1966.

6.  Aledort LM, Niemetz J. In Vitro Changes in Platelet Function Produced by Local Anesthetics. Fed Proc, 1967; 26: 759.

7.  Puszkin E, Aledort L. Amino Acid Synthesis in Human Platelets. Fed Proc, 1968; 27: 253.

8.  Weiss HJ, Aledort LM. Patterns of Abnormality in Patients with Prolonged Bleeding Time and in Normal Subjects after Aspirin Ingestion. Proc Twelfth Int Cong Hematol, New York. 1968.

9.  Aledort LM, Gilbert H, Puszkin E. Patterns of Endogenous Serotonin Release Form Human Platelets. Blood 1969; 34: 535.

10. Puszkin E, Aledort L, Puszkin S. Isolation from Human Platelets of a Colchine-Binding Protein with Actin-like Properties. Blood 1969; 34: 525.

11. Gottlieb R, Aledort L. Auer Rods in Ulcerative Colitis. Proc Am Soc Hematol, Cleveland. 1969.

12. Gilbert HS, Aledort LM, Weiss HJ, Wasserman LR. Abnormalities of Platelet Function in Polycythemia Vera. Proc Am Soc Hematol, Cleveland. 1969.

13. Burrows L, Haimov M, Glabman S, Wong D, Bauer J, Aledort L, Severin C, Kark AE. The Obliterative Vascular Transplant Rejection Phenomenon - The Role of Platelet Aggregation. 3rd European Transplantation Proc, Hague. 1970.

14. Hepner GW, Aledort LM, Gerson CD, Cohen N, Herbert V, Janowitz HD. Inhibition of Intestinal ATPase by Diphenylhydantoin and Acetazolamide. Clin Res 1970; 18: 382.

15. Gutfreund DE, Aledort LM. Human Platelet Aggregation - A Threshold Requirement for ATP. Proc Am Soc Hematol, Puerto Rico. 1970.

16. Puszkin E, Puszkin S, Aledort L. Studies on the Metabolism of Acetyl Salicylic Acid (ASA) by Human Platelets. Blood, 36: December 1970

17. Goldman B, Aledort LM, Puszkin E, Burrows L. Cyproheptadine, a New Platelet Deaggregating Agent. Circulation, 1971; 44: 68(suppl).

64.     Aledort LM (guest editor), White II GC (co-editor). Challenges in the Treatment of Haemophilia with Inhibitors. Haemophilia 1999; 5: Suppl. 3.

65.     Aledort LM (guest editor). Unexpected Bleeding Disorders: Identification, Diagnosis and Management. Proceedings of a Corporate Symposium preceding the 41st Annual Meeting of the American Society of Hematology, New Orleans. Clinical and Laboratory Haematology 2000; 22 (Suppl. 1).

66.     Aledort LM. Experiences with Monoclonal Antibody Purified Factor VIII Concentrates in the Treatment of Haemophilia A in the USA. Coagulation Factors: Current Issues. Highlights of a scientific meeting, Seoul, S. Korea, December 2000. Aventis Behring / Excerpta Medica Asia Ltd. 2001.

67.     Aledort LM, with an overview by. Treatment of hemophilia patients with factor VIII inhibitors: Proceedings of a consensus panel. CME program. Medical Education Resources / Materia Medica-Creative Annex / Nabi 2001.

68.     Aledort LM. Platelet-Mediated Bleeding Disorders, in Rakel and Bope (eds): Conn's Current Therapy 2002. WB Saunders UK: 2002: 394-397.

69.     Aledort LM, Green D, and Teitel JM. Unexpected Bleeding Disorders. American Society of Hematology Education Program Book. Hematology 2001.

70.     Aledort LM. Policy Alternatives in Transfusion Medicine (ed. by AuBuchon JP, Petz L, and Fink A.): Book Review. AABB News May / June 2002.

71.     Aledort LM. Foreword. Textbook of Hemophilia (ed. Lee CA, Berntorp EE, Hoots WK). 2005. Blackwell Publishing.

48.   Aledort LM:  A safe approach to treatment of factor IX-deficient patients.  Seminars in Hematology 1991, pp 1-24.

49.   Aledort LM:  Introduction (AIDS), in Alt FW (ed):  Immunology in the 21st Century (Proceedings of the 75th Anniversary Symposium, The Irvington Institute for Medical Research).  Sigma Chemical Company, 1992, pp 145-146.

50.   Aledort LM:  Challenges in future hemophilia care, in Madhok R, Forbes CD, Evatt BL (eds):  Blood, Blood Products and HIV, Second Edition, Chapman & Hall, 1993, pp 265-270.

51.   Aledort LM:  Introduction and overview of treatment, in Miescher PA, Jaffe ER (eds):  Seminars in Hematology - Prophylaxis:  A future therapy for hemophilia.  W.B. Saunders Company/Harcourt Brace & Company, 1993, pp 1-2 & 24-25.

52.   Seremetis SV, Aledort LM:  Long-term effects of factor replacement - new challenges, in Duthie RB, Rizza CR, Giangrande PLF, Dodd CAF (eds):  The Management of Musculoskeletal Problems in the Haemophilias.  Second Edition, Oxford, Oxford University Press, 1994, pp 265-272.

53.   Aledort LM:  Impact of prophylaxis on product utilization in Europe and the United States, in Prophylactic Treatment of Hemophilia A and B:  Current and Future Perspectives.  Science & Medicine, 1994, pp 116-118.

54.   Aledort LM (ed):  Factor VIII inhibitor treatment:  Strategies for the Continuing Challenge.  Supplement to Seminars in Hematology.  W.B. Saunders Company/Harcourt Brace & Company, 1994, 31:2:4(suppl).

55.   Aledort LM, Hoyer LW, Lusher JM, Reisner HM, White II GC (eds):  Inhibitors to coagulation Factors, Plenum Press, 1995.

56.   Aledort LM:  Treatment of hemophilia:  Prophylaxis.  Proceedings of the Symposium on dvances in the Treatment of Hemophilia and von Willebrand Disease, Berkeley, California, June 25-26, 1994.  Alpha Therapeutic Corp.

57.   Kessler CM, Aledort LM:  The economics of immune tolerance and treatment of hemophiliacs with inhibitors, in Mariani G, Brackmann HH (eds):  Immune Tolerance and the Treatment of Hemophiliacs with an Inhibitor.  Vox Sang 1994;70:1(suppl):74-76.

58.   Aledort LM:  Inhibitors to coagulation:  Can we afford immune tolerance induction regimens, in Mariani G, Brackmann HH (eds):  Immune Tolerance and the Treatment of Hemophiliacs with an Inhibitor.  Vox Sang 1994;70:1(suppl):77-78.

59.   Seremetis SV, Aledort LM:  Nasal spray desmopressin:  Laboratory and clinical implication, in Mariani G, Mannucci PM, Cattaneo M (eds):  Desmopressin in Bleeding Disorders.  Plenum Press 1993;325-332.

60.   Forbes CD, Aledort LM, Madhok R (eds):  Hemophilia.  Chapman & Hall.  London.  1997.

61.   Aledort LM:  The treatment of hemophilia:  Comprehensive hemophilia care, in Forbes CD, Aledort LM, Madhok R (eds):  Hemophilia.  Chapman & Hall.  London.  1997.

62.   Aledort LM:  The future, in Rizza CR, Lowe GDO (eds):  Haemophilia and other Inherited Bleeding Disorders.  WB Saunders Company.  UK.  1997.

63.   Aledort LM, Ford DM:  Hemophilia A;  Therapeutics Today.  CME Article.  Centeon.  1999.

31. Aledort LM: Opportunistic infections in hemophiliacs, in Landbeck G (ed): Proceedings of the First German Round-Table Discussion on AIDS and its Implication in Hemophiliacs. Stuttgart, F.K. Schattauer, 1984, pp 31-42.

32. Hilgartner MW, Aledort LM: Profilnine for treatment of hemophilia A patients with inhibitors to factor VIII. Presented at American Society of Hematology, December 1984.

33. Aledort LM: The disease - hematologic considerations - past and present, in Pettersson H, Gilbert M (eds): Diagnostic Imaging in Hemophilia. New York, Springer-Verlag, 1985, pp 1-7.

34. Hilgartner MW, Aledort LM, Giardina PJV: Thalassemia and hemophilia, in Hobbs N, Perrin JM (eds): Issues in the Care of Children with Chronic Illness. Jossey-bass, 1985, pp 299-323.

35. Aledort LM: Current management in the treatment of hemophilia - A physician's manual. The National Hemophilia Foundation Series on the Treatment of Hemophilia, 1986.

36. Aledort LM: Testimony for public briefing meetings of the Advisory Council of the NHLBI, Bethesda, Maryland, May 3, 1985. NHLBI Blood Advisory Council Public Briefings, 1985, A Report on the Meetings and Statements for the Record: B-1.

37. Aledort LM, Brach I: The cost of care for hemophiliacs, in Hilgartner M, Pochedly C (eds): Hemophilia in the Child & Adult, Third Edition, New York, Raven Press, 1989, pp 137-147.

38. Aledort LM: The future, in Madhok R, Forbes CD, Evatt BL (eds): Blood, Blood Products and AIDS. Chapman and Hall, London, 1987, pp 217-223.

39. Aledort LM: Much to know. Keio Journal of Medicine, 1986, 35, pp 291-297.

40. Damm C, Aledort LM: AIDS-free is easier to say than to prove. New York Times letter, May 1, 1987.

41. Hearing before the Select Committee on Children, Youth, and Families, House of Representatives, One Hundredth Congress, First Session (June, 1987) (testimony of Louis M. Aledort, MD) 1988, pp 62-66.

42. Aledort LM: Non-A, Non-B hepatitis viruses in hemophiliacs. Complications of Hemophilia Therapy: New Strategies for Risk Reduction, Highlights from a Symposium. New York, Audio Visual Medical Marketing Inc., 1988.

43. Aledort LM: The hemophilia model. Proceedings from the Surgeon General's Conference: Growing up and getting medical care, youth with special health care needs. March 13-15, 1989, pp 33-34.

44. Aledort LM, Weiss H, Parker CT, Levi JR, Simon R: Life-style interventions in the young. The Handbook of Health Behavior Change. 1990, pp 293-314.

45. Aledort LM: Experience with prophylactic treatment in the USA. Clinical benefits; a multi-centre view. Factor VIII Purity and Prophylaxis. Royal Society of Medicine, 1991, 25, pp 26-31.

46. Aledort LM: Safety and antigenicity of recombinant factor VIII in previously untreated patients. Recombinant Factor VIII and the Management of Hemophilia. Sponsored by Miles/Cutter Biological. 1991, pp 25-26.

47. Rand JH, Fruchtman SM, Aledort LM: Disorders of hemostasis function in pregnancy, in Cherry SH, Markatz IR (eds): Complications of pregnancy: Medical, Surgical, Gynecologic, Psychosocial, and Perinatal. Fourth Edition Williams & Wilkins, 1991 pp 846-861.

Case 1:07-cv-03218-RJH    Document 26-9    Filed 06/04/2008    Page 17 of 37

16. Aledort LM for the P.A.R.I.S. Reinfarction Study: The persantine-aspirin reinfarction study, in Fumagalli R, Kritchevsky D, Paoletti R (eds): Drugs affecting lipid metabolism. Elsevier/North-Holland Biomedical Press, 1980, pp 177-180.

17. Aledort LM: Definition of comprehensive care, in Proceedings of 2nd International Symposium on Hemophilia Treatment, Tokyo, 1981, pp 1-5.

18. Aledort LM: Home care in the United States, in Proceedings of 2nd International Symposium on Hemophilia Treatment, Tokyo, 1981, pp 59-63.

19. Gorlin R, Aledort LM (eds): Proceedings of the Symposium on Grand Rounds in Medicine: Recognition and Management of Thromboembolic Disorders, New York, Professional Postgraduate Services, Inc., October 30-31, 1981.

20. Aledort LM (ed): Proceedings of the Symposium on Grand Rounds in Medicine: Recognition and Management of Thromboembolic Disorders, Number 2 in a Series on Principles of Anticoagulant Therapy, New York, Professional Postgraduate Services, Inc., 1982.

21. Aledort LM, Taub S, Diaz M: Problems of Anti-A and Anti-B in concentrates, in Hilgartner, M (ed): Hemophilia in the Child and Adult, edition 2. New York, Masson Publishing USA, Inc., 1982, pp 181-185.

22. Aledort LM, Diaz M: The cost of care for hemophiliacs, in Hilgartner M (ed): Hemophilia in the Child and Adult, edition 2. New York, Masson Publishing USA, Inc., 1982, pp 187-193.

23. Aledort LM, Goodnight SH: Hemophilia treatment: its relationship to blood products, in Brown E (ed): Progress in Hematology, New York, Grune & Stratton Inc., 1981, vol XII, pp 125-141.

24. Aledort LM, Brach I: The cost of care for hemophiliacs, in Forbes CD, Lowe GDO (eds): International Symposium on Unresolved Problems in Hemophilia, Glasgow, 1980, Boston, MTP Press Ltd, 1982, pp 79-86.

25. Aledort LM, Hilgartner MW: Treatment and care of haemophiliacs and other inherited coagulation disorders, in Hollan SR (ed): Educational Manual of the ISH/ISBT International Congress, Budapest, 1982, pp 78-82.

26. Berman LB, Aledort LM: Anticoagulation in pregnancy: diagnosis and management of maternal and fetal disease. Alan R. Liss, Inc., 1982, pp 261-272.

27. Aledort LM (ed): Proceedings of the symposium on grand rounds in medicine: Recognition and management of thromboembolic disorders, part 3 on proper use of antiplatelet and anticoagulant drugs, New York, Professional Postgratuate Services, Inc., 1983.

28. Aledort LM: AIDS and blood and blood products, in Blackistone and Assoc (ed): Plasma Forum '83 Acquired Immune Deficiency Syndrome Segment. Maryland, American Blood Resources Assoc, 1983, pp 219-227.

29. Rand JH, Fruchtman SM, Aledort LM: Hemorrhagic disorders in pregnancy, edition 3, in Cherry SH, Berkowitz RL, Kase NG (eds): Medical, Surgical and Gynecologic Complications of Pregnancy, Baltimore, Williams & Wilkins, 1985, pp 241-252.

30. Aledort LM, Cohen M, Hilgartner M, Lipton R: Treatment of hemophiliacs with inhibitors: Cost and effect on blood resources, in Hoyer L (ed): Factor VIII Inhibitors. New York, Alan R Liss, Inc., 1984, pp 353-365.

# Bibliography

## Books and Chapters:

1.  Aledort LM:  Platelet aggregation in the circulating platelet, in Johnson S (ed):  Circulating platelet. New York, Academic Press, Inc., 1971, pp 259-281.

2.  Puszkin E, Aledort LM:  Platelets, biochemistry and physiology, in Root WS, Berlin NI (eds):  Physiologic Pharmacology.  New York, Academic Press, Inc., 1974, pp 177-198.

3.  Aledort LM, Taub R, Burrows L, Leiter E, Glabman S, Haimov M, Nirmul G, Berger S:  Use of inhibitors of platelet function in renal rejection phenomena, in Sherry S, Scriabine A (eds):  Platelets and Thrombosis.  Baltimore, University Park Press, 1974, pp 264-271.

4.  Aledort LM, Berger S, Goldman B, Puszkin E:  Antiserotonin and antihistamine drugs as inhibitors of platelet function, in Sherry S, Scriabine A (eds):  Platelets and Thrombosis.  Baltimore, 1974, pp 149-159.

5.  Aledort LM:  Hemophilia products - a case for continued plasmapheresis.  Schnabel F, Mannucci P (eds): #9 Bulletin of the WFH.  1975.

6.  Berger S, Aledort LM:  The use of analgesics and anti-inflammatory agents in hemophilia. Handbook of Hemophil Part II, Excerpta Medica.  1975, pp 701-714.

7.  Aledort LM:  Present and future trends in medical management - the primary physician's expectations of psycho-social services, in Agle DP (ed):  Proceedings of the workshop on mental health services in the comprehensive care of the hemophiliac.  Chicago, 1976, pp 13-14.

8.  Aledort LM:  The cause of death in hemophiliacs.  Fratantoni JC, Aronson DL (eds):  Unsolved therapeutic problems in hemophilia.  Bethesda, 1976; US Dept of Health, Education and Welfare DHEW publication No. (NIH) 77-1089, pp 9-14.

9.  Aledort LM:  Blood clotting abnormalities in liver disease, in Popper H, Schaffner F (eds): Progress in liver diseases.  New York, Grune & Stratton Inc., 1976, pp 350-362.

10.  Aledort LM:  Platelets and thromboembolism, in Donoso E, Haft J (eds):  Anticoagulation, and acetylsalicylic acid.  New York, Stratton Intercontinental Med Book Corp., 1976, vol 2, pp 156-165.

11.  Aledort LM:  Hemophilia care:  its cost, in Hilgartner M (ed):  Hemophilia in children.  Progress in pediatric hematology/oncology.  Massachusetts, Publishing Sciences Group Inc., 1976, vol 1, pp 201-205.

12.  Levine PH, Aledort LM:  Surgery in the hemophiliac.  The National Hemophilia Foundation series on the treatment of hemophilia, 1977, pp 1-9.

13.  Aledort LM:  Hemophilia:  impact on blood programs and blood products, in Morrison F (ed): Hemophilia. Washington, D.C., American Association of Blood Banks, 1977, pp 61-70.

14.  Aledort LM:  Current management - A physician's manual.  The National Hemophilia Foundation series on the treatment of hemophilia, 1978.

15.  Aledort LM:  Hemophilia, in Hubbell R (ed):  Advances in blood transfusion.  American Blood Commission, 1979, pp 11-17.

Aledort LM. Can we prevent inhibitors in mild and moderate factor VIII-deficient patients? (Letter to the Editor) J Thromb Haemost.

Ragni MV, Belle SH, Bass D, Duerstein S, Kingsley LA, and the Malignancy Study Investigators: Clinical characteristics and blood product usage in AIDS-associated lymphoma in hemophiliacs: A case-control study. Blood.

Nguyên GT, O'Brien TR, Carrington M, Dean M, Kessler C, DiMichele D, Eyster ME, Aledort LM, Blatt PM, Cohen A, Konkle B, Leissenger C, Luban N, O'Brien SJ, Goedert JJ: Phenotype expression of CCR5 genotypes. Ann Intern Med.

Nguyên GT, Goedert JJ, Carrington M, Dean M, Aledort LM, Blatt PM, Cohen AR, DiMichele D, Eyster ME, Kessler CM, Konkle B, Leissinger C, Luban N, O'Brien SJ, O'Brien TR: Phenotypic expressions of CCR5-Δ32/Δ32 homozygosity. Lancet.

Aledort LM:  Long-term prophylaxis and orthopedic outcomes in hemophilia.  International monitor on hemophilia.

Aledort LM: History-taking: The key to successful tutoring. Ann Intern Med.

Salkowitz JR, Purvis SF, Meyerson H, O'Brien TR, Koup RA, Aledort L, Eyster ME, Hilgartner M, Kessler C, Konkle BA, White II GC, Goedert JJ, Lederman MM. Diminished intrinsic lymphocyte activation-state may protect high-risk seronegative hemophiliacs from HIV-1 infection. J Clin Investigation.

Goedert JJ, Eyster ME, Lederman MM, Mandalaki T, de Moerloose P, White II GC, Angiolillo AL, Luban NLC, Sherman KE, Manco-Johnson M, Lamprecht V, Leissinger C, Kessler CM, Cohen AR, DiMichele D, Hilgartner MW, Aledort LM, Kroner BL, Hatzakis A, for the Multicenter Hemophilia Cohort Study. Hepatitis C Virus Infection and Hepatic Failure among Persons with Hemophilia. JAMA.

DiMichele DM, Kroner BL, and Members of the Factor VII and IX Subcommittee. The North American Immune Tolerance Registry: Practices, Outcomes, Outcome Predictors.

Gringeri A, Aledort LM, and the Specialist Workshop Panelists. Treatment of children with haemophilia and inhibitors. Brit J Haematology.

Participants of the *Cost of Blood Consensus Conference,* Charleston SC 5/4-5/03. Accounting for the cost of blood: Report from a multidisciplinary consensus conference to establish a standard methodology. Blood Abstracts 2003.

Mathew P, Manno CS, Aledort LM. Making Therapeutic choices in Hemophilia in the current millenium: Workshop Highlights.

Participants of the *Cost of Blood Consensus Conference (COBCON)*, Charleston, South Carolina, May 4-5, 2003. The cost of blood: multidisciplinary consensus conference for a standard methodology. Transfusion Medicine Reviews.

Aledort LM. Lessons from a clinical trial. JTH.

Aledort LM. Platelet bleeding disorders and approach to management. Current Hematology Reports.

Young G, Aledort LM. Therapy for hemophilia: Recent advances and goals for the future. Expert Opinion on Emerging Drugs.

Aledort LM, Coates J. Can Managed Care Support Hemophilia in the 21st Century? (Letter to the Editor). New Engl J Med.

Merigan TC, Amato DA, Balsley J, Power M, Price WA, Benoit S, Perez-Michael A, Brownstein A, Kramer AS:  A placebo controlled trial to evaluate zidovudine in the treatment of human immunodeficiency virus infection in asymptomatic patients with hemophilia.

Caussy D, Hilgartner M, Cohen AR, Bray GL, Aledort LM:  Implications of age and CD4+ lymphocyte strata on the use of serological markers to predict AIDS in subjects with hemophilia.

Najfeld V, Seremetis S, Clark S, Coyle T, Gordon J, Aledort LM:  Involvement of T-lymphoid cells in chronic myelogenous leukemia.  Blood.

Aledort LM, Hilgartner M, Fletcher, TSS Group:  Hepatitis C virus infection from factor IX complex concentrates in contemporary use.  JAMA.

Eyster ME, Rabkin CS< Hilgartner MW, Aledort LM, Ragni MV:  AIDS-related conditions in hemophiliacs.  N Engl J Med.

Mendelson MH, Short L, Rodriguez M, Dong J, Aledort LM:  Study of an automatic resheathable needle in selected clinical settings.

Norman LR, Parish K, Aledort LM:  The desire for a close relationship and its role in safer sex practices.

O'Brien TR, Diamondstone L, Fried MW, Aledort LM, Eichinger S, Eyster EM, Hilgartner MW, White G, Di Bisceglie AM, Goedert JJ, and the Multicenter Hemophilia Cohort Study:  Idiopathic CD4+ T-lymphocytopenia in HIV seronegative men with hemophilia and sex partners of HIV seropositive men.  Am J Hematol.

Addiego Jr. JE, Kasper C, Abildgaard C, Lusher J, Hilgartner M, Glader B, Aledort LM, Hurst D, Bray G:  Increased frequency of inhibitor development in african-american patients with hemophilia A.  Lancet.

Operskalski EA, Stram DO, Lee H, Donegan E, Busch MP, Stevens CE, Schiff Er, Dietrich SL, Mosley JW, and the Transfusion Safety Study Group:  Human immunodeficiency virus type-1 infection:  Risk group and age in relation to progression to AIDS.  N Engl J Med.

Seremetis SV, Rose EH, Forster A, Maksoud J, Aledort LM:  High concentration desmopressin nasal spray:  A simple, effective and convenient treatment for mild hemophilia A and type I von Willebrand disease in home care and surgical settings.  Ann Int Med.

Haas LJ, Aledort LM:  Sexual satisfaction in HIV-positive hemophilia adults.

Huszti HC, Parsons JT, Cotton D, Mendoza J, Harlow L, Parish LK, Rich L, Huss R, Riske B, and the HBIEP Adult Study Group:  Determinants of safer sexual behavior in a long-term HIV infected population:  A national survey of men with hemophilia and HIV infection.  Am J Pub Health.

Scaradavou A, Woo B, Woloski M, Ettinger LJ, Aledort LM, Bussel JB:  Intravenous anti-D:  A novel treatment for patients with ITP.  Blood.

Mannucci PM, Chediak J, Byrnes J, Kessler C, Marciniak E, Hanna W, Retzios AD, and the Alphanate Study Group:  A high purity factor VIII concentrate in the treatment of von Willebrand's disease.  ASH.

# Bibliography

## Submitted:

Stram Do, Buckley JD, Pike MC, Gjerset GF, Aledort LM, Mosley JW, and the TSS Group: Short and intermediate-term individual variability in CD4 trends among HIV-1 infected patients.

Kroner B, Rosenberg PS, Aledort LM, Alvord WG, Goedert JJ, and the Multicenter Hemophilia Cohort Study: Modeling, epidemiology, and implications of the HIV-1 epidemic among persons with hemophilia.

Stram D, Buckley J, Pike MC, Mosley JW, and the Transfusion Safety Study Group. Variability of decline in CD4+ counts in HIV positive hemophilic patients.

Shapiro A and the International Factor Safety Study Group: Vapor heated intermediate-purity factor IX complex tested in a safety study monitoring transfusion-related viral infection in previously untreated hemophiliacs.

Kasper CK, Inwood MK, Andes WA, Aledort LM: A clinical study to determine recovery and half-life of intermediate-purity factor IX complex (human) immuno, vapor heated.

Goedert JJ, Garvey L, Hilgartner MW, Aledort LM: Risk of HIV infection and AIDS in women and girls with clotting disorders. Blood.

Goedert JJ, Cohen AR, Bray GL, Caussy D, Aledort LM: Serological markers to predict AIDS in subjects with hemophilia: Implications of age and CD4+ lymphocyte level.

Abildgaard CF, Inwood MK, Zimmerman R, Lusher JM, Rousell RF, Schwartz RS, and the Kogenate Study Group: Immune tolerance induction with Kogenate recombinant FVIII (rFVIII) in previously untreated patients (PUPs) with high titer inhibitors.

Rousell RH, Abildgaard C, Inwood M, Kasper CIK, Lusher J, Schwartz R, and the Kogenate Study Group. A standard protocol to investigate ability of genetically engineered factor VIII to induce tolerance in hemophiliacs with inhibitors.

Inwood MJ, and the Kogenate study group. Clinical results obtained with Kogenate.

Berthold GD, Boedeker, and the Kogenate Study Group. Production of Kogenate: In process testing and characterization of recombinant factor VIII.

Busch MP, Donegan E, Stuart M, Mosley JW, and the Transfusion Safety Study Group: Lack of association between rates of progression of HIV-1 in donors and their specific recipients. Lancet (submitted).

Fletcher MA, Donegan E, Stevens CE, and the Transfusion Safety Study Group: Immunologic changes associated with infection by human T-cell lymphotropic viruses type I/II. Science (submitted).

Conill AM, Kurtz C, Ezratty A, Aledort LM: Miliary tuberculosis and disseminated intravascular coagulation: Two case reports. Ann Int Med (submitted).

Fletcher MA, Donegan E, Stevens CE, Schiff ER, Dietrich SL, Hassett J, Parker J, Donegan E, Operskalski EA, Mosley JW, and the Transfusion Safety Study Group: Lymphocyte immunophenotypes among anti-HTLV-I/II positive donors and recipients. J AIDS.
Kerr LD, Aledort LM, Valeriano-Marcet J, Horn M, Gilbride S, Lema M, Rand J: Lack of inhibition of platelet function by piroxicam in osteoarthritis. Dept Med Mt Sinai Pfizer Labs.

## Bibliography

### Accepted:

Aledort LM, MD, Lyons RM, Okano GJ, Leveque JA. Retrospective, Matched Cohort Study in Patients with Chronic Immune Thrombocytopenic Purpura (ITP): Risk Associated With Corticosteriod Use. JTH.

Melendez-Morales L, Konkle BA, Preiss L, Zhang M, Mathew P, Eyster ME, Goedert JJ. Chronic hepatitis B and other correlates of spontaneous clearance of hepatitis C virus among HIV-infected people with hemophilia. AIDS.

Sealove BA, Aledort LM, Stacy CB, and Halperin JL. Recurrent Orthostatic Global Amnesia in a Patient with Postoperative Hyperfibrinogenemia. J Stroke and Cerebrovascular Diseases (MS# JSCVD-D-07-00085R1)

361.   Allen G and Aledort L. Therapeutic Decision-Making in Inhibitor Patients. Am J Hematol 2006; 81: 71-72.

362.   Aledort L, Ljung R, and Blanchette V, on behalf of the International Prophylaxis Study Group (IPSG). Are randomized clinical trials the only truth? Not always. J Thromb Haemost 2006; 4: 503-504.

363.   Aledort LM. Can we prevent inhibitors in mild and moderate factor VIII-deficient patients? (Letter to the Editor). J Thromb Haemost 2006: 4: 914.

364.   Feldman BM, Pai M, Rivard GE, Israels S, Poon M-C, Demers C, Robinson S, Luke K-H, Wu JKM, Gill K, Lillicrap D, Babyn P, McLimont M, Blanchette VS, on behalf of the Association of Hemophilia Clinic Directors of Canada Prophylaxis Study Group. Tailored prophylaxis in severe hemophilia A: interim results from the first 5 years of the Canadian Hemophilia Primary Prophylaxis Study. J Thromb Haemost 2006: 4: 1228-1236.

365.   Aledort LM. Do hemophilia carriers bleed? Yes. Blood 2006; 108: 1: 6.

366.   Aledort LM. MedWatch: an important instrument for postlicensing surveillance. J Thromb Haemost 2006; 4: 1637.

367.   Altomare I, Desman G, and Aledort LM. Echinocytosis – An Unusual Manifestation of Hemangioma. Am J Hematol 2006; 81: 532-534.

368.   Aledort LM and Lee CA. Meeting Report: Coagulation deficiencies: a look to the future. Haemophilia 2006; 12: 531-540.

369.   Bussel JB, Kuter DJ, George JN, McMillan R, Aledort LM, Conklin GT, Lichtin AE, Lyons RM, Nieva J, Wasser JSS, Wiznitzer I, Kelly R, Chen C-F, Nichol JL. AMG 531, a Thrombopoiesis-Stimulating Protein, for Chronic ITP. N Engl J Med 2006; 355: 1672-1681.

370.   Aledort LM. Are recombinant factor VIII products more likely to induce inhibitors than human-derived products?  Intl Monitor on Hemophilia 2006; 14: 2: 33.

371.   Aledort LM. Can recombinant factor VIII be compared with human-derived factor VIII in ITI in small studies? Intl Monitor on Hemophilia 2006; 14: 2: 34.

372.   Di Paola J, Aledort L, Britton H, Carcao M, Grabowski E, Hutter J, Journeycake J, Kempton and Leissinger C. Application of current knowledge to the management of bleeding events during immune tolerance induction. Haemophilia 2006; 12: 591-597.

373.   Aledort LM. Hemophilia treatment challenges in the XXIst century. Haematologica (Spanish edition) 2006; 91: Suppl. 3: 1.

374.   Aledort LM. Progress in the safety of plasma-derived factor VIII and factor IX concentrates: a reality. Haematologica (Spanish edition) 2006; 91: Suppl. 3: 2-5.

375.   Aledort LM. Type 1 von Willebrand disease: can phenotype predict bleeding? Intl Monitor on Hemophilia 2007; VWD Issue 2: 27-28.

376.   Aledort LM. HIV and hemophilia. J Thromb Haemost 2007: 5: 607-608.

377.   Aledort LM. Can surrogate markers obviate liver biopsy in hemohilia patients with hepatitis C virus? Intl Monitor on Hemophilia 2007; 15: 1: 34-35.

346. Sallah S, Aledort L. Treatment of patients with acquired inhibitors. J Thromb Haemost 2005; 3: 595-597.

347. Lundin, B, Babyn P, Doria AS, Kilcoyne R, Ljung R, Miller S, Nuss R, Rivard GE, and Pettersson H on behalf of the International Prophylaxis Study Group. Compatible scales for progressive and additive MRI assessments of haemophilic arthropathy. Haemophilia 2005; 11: 109-115.

348. IPSG Steering Committee. Commentary: Magnetic resonance imaging as an evaluative tool in haemophilic arthropathy, on behalf of the Medical Advisory Board, World Federation of Haemophilia and the International Prophylaxis Study Group. Haemophilia 2005; 11: 107-108.

349. Participants of the *Cost of Blood Consensus Conference*, Charleston, SC, May 4-5, 2003. The Cost of Blood: Multidisciplinary Consensus Conference for a Standard Methodology. Transfusion Med Reviews 2005; 19: 1: 66-78.

350. Aledort LM. Comparative thrombotic event incidence after infusion of recombinant factor VIIa vs. factor VIII inhibitor bypass activity – reply to a rebuttal. J Thromb Haemost 2005; 3: 819.

351. Aledort LM. Comparative thrombotic event incidence after infusion of recombinant factor VIIa vs. factor VIII inhibitor bypass activity – reply to a rebuttal. J. Thromb Haemost 2005; 3: 822.

352. Mayer SA, Aledort LM. Thrombotic Microangiopathy: Differential Diagnosis, Pathophysiology and Therapeutic Strategies. Mount Sinai J Med 2005; 72: 3: 166-175.

353. Doria AS, Lundin B, Kilcoyne RF, Babyn PS, Miller S, Nuss R, Rivard G, Stephens D and Pettersson H. Reliability of progressive and additive MRI scoring systems for evaluation off haemophilic arthropathy in children: Expert MRI Working Group of the International Prophylaxis Study Group. Haemophilia 2005; 11: 245-253.

354. Aledort LM, Coates J. Can Managed Care Support Hemophilia in the 21st Century? Amer J Hematol 2005; 79: 172-173.

355. Bussel JB, Eldor A, Kelton JG, Varon D, Brenner B, Gillis S, Angiolillo A, Kulkarni R, Abshire TC, Kelleher J and the IGIV-C in ITP Study Group. IGIV-C, a novel intravenous immunoglobulin: evaluation of safety, efficacy, mechanisms of action, and impact on quality of life. Thromb Haemost 2004; 91: 4: 771-778.

356. Goedert JJ for the Second Multicenter Hemophilia Cohort Study. Prevalence of conditions associated with human immunodeficiency and hepatitis virus infections among persons with haemophilia, 2001-2003. Haemophilia 2005; 11: 516-528.

357. Commentary: Magnetic resonance imaging as an evaluative tool in haemophilic arthropathy, on behalf of the Medical Advisory Board, World Federation of Haemophilia and the International Prophylaxis Study Group. Haemophilia 2005 11: 107-108.

358. Aledort LM, Goudemand J, and the Hemoleven Study Group. United States' Factor XI-Deficiency Patients Need a Safer Treatment. Am J Hematol 2005; 80: 4: 301-302.

359. Aledort LM. Chronic disease and the disability paradox. Intl Monitor on Hemophilia 2004; 13: 2: 41-42.

360. Sieger L and Aledort L. Inhibitor challenges in the paediatric setting (Letter to the Editor). Haemophilia 2006; 12: 106-107.

329. Aledort LM. Orthopedic outcome studies and cost issues. Semin Thromb Hemost. 2003; 29: 1: 55-60.

330. Aledort LM. Forum on AIDS, hepatitis and hemophilia. J Thromb Haemost 2004; 2: 521.

331. Aledort LM. Have stresses in hemophilia patients changed over time? Intl Monitor on Hemophilia 2004; 12: 1: 39.

332. Aledort LM. Do hemophilia boys behave differently at home and at school? Intl Monitor on Hemophilia 2004; 12: 1: 40-41.

333. Aledort LM. Is the incidence and prevalence of inhibitors greater with recombinant products? Yes. J Thromb Haemost 2004; 2: 861-862.

334. Aledort LM, Hayward CPM; Chen M-G, Nichol JL, and Bussel J for the ITP Study Group. Prospective Screening of 205 Patients with ITP, Including Diagnosis, Serological Markers, and the Relationship of Platelet Counts, Endogenous Thrombopoietin, and Circulating Anti-Thrombopoietin Antibodies. Am J Hematol 2004; 76: 205-213.

335. Tarantino MD, Aledort LM. Advances in Clotting Factor Treatment for Congenital Hemorrhagic Disorders. Clin Advances in Hematol & Oncol 2004: 2: 6: 363-368.

336. Theodore D, Fried MW, Kleiner DE, Kroner BL, Goedert JJ, Eyster ME, Faust SP, Sherman KE, Kessler CM, Francis C, Aledort LM. Liver biopsy in patients with inherited disorders of coagulation and chronic hepatitis C. Haemophilia 2004; 10: 413-421.

337. Aledort LM. Comparative thrombotic event incidence after infusion of recombinant factor VIIa vs factor VIII inhibitor bypass activity. J Thromb Haemost 2004; 2: 1700-1708.

338. Aledort LM. Hemophilia replacement products, clinical trials: inhibitors and pharmacokinetics — can they be done? . J Thromb Haemost 2004; 2: 1855-1856.

339. Aledort LM. Intracranial hemorrhage in hemophilia: long-term outlook. Intl Monitor on Hemophilia 2004; 12: 2: 14.

340. Monahan PE, Aledort LM, for the ad hoc Hemophilia Inhibitor Study Group. Factors Affecting Choice of Hemostatic Agent for the Hemophilia Patient With an Inhibitor Antibody. Am J Hematol 2004; 77: 4: 346-350.

341. Dave SP, Greenstein AJ, Sachar DB, Harpaz N, and Aledort L. Bleeding Diathesis in Amyloidosis With Renal Insufficiency Associated With Crohn's Disease: Response to Desmopressin. Amer J Gastroenterology 2002; 97: 1: 187-189.

342. Feldman BM, Babyn P, Doria AS, Heijnen L, Jacobson J, Kilcoyne R, Lundin B, Manco-Johnson M, McLimont M, Petrini P, Pettersson H, and Blanchette VS, on behalf of the IPSG. Meeting Report: Proceedings of the International Haemophilia Prophylaxis Study Group Meeting, November 2003, Montreal, PQ, Canada. Haemophilia 2005; 11: 58-63.

343. Brown SA, Aledort LM, and The Round Table Group. Meeting Report: Economic challenges in haemophilia. Haemophilia 2005; 11: 64-72.

344. Aledort LM. Platelet Bleeding Disorders and Approach to Their Management. Current Hematology Reports 2005; 4: 85-87.

345. Aledort LM. Plug the Hole. Blood 2005; 105: 7: 2621.

312.   Aledort LM. Can Costs of Hemophilia Products be Curtailed? Not as we Do Business Today! Thromb Haemost 2002; 88: 4: 541.

313.   Engels EA, Clark E, Aledort LM, Goedert JJ, Whitby D. Kaposi's sarcoma-associated herpesvirus infection in elderly Jews and non-Jews from New York City. Intl J Epidemiol 2002; 31: 946-950.

314.   Aledort LM. Impact of prophylaxis in Europe: quality of life and economics. Int Monitor on Hemophilia 2002; 10: 2: 39-40.

315.   Brown SA, Aledort LM, and the Round Table Group. Unresolved issues in prophylaxis. Haemophilia 2002; 8: 6: 817-821.

316.   Aledort LM. Choice of replacement therapy for hemophilia (Letter to the Editor) J Thromb Haemost 2003; 1: 3: 596

317.   Butler RB, Schultz JR, Forsberg AD, Brown LK, Parsons JT, King G, Kocik SM, Jarvis D, Schulz SL and Manco-Johnson M and the CDC Adolescent HBIEP Study Group. Promoting safer sex among HIV-positive youth with haemophilia: theroy, intervention, and outcome. Haemophilia 2003; 9:2: 214-222.

318.   Aledort LM. Can pain predict joint outcomes in hemophiliacs:? Intl Monitor on Hemophilia 2003; 11: 1: 39-40.

319.   Leissinger C and Aledort L. Inhibitor Management: Prophylaxis. Intl Monitor on Hemophilia 2003; 11: 1: 3-6.

320.   Aledort LM. Why Thrombin Generation? From Bench to Bedside. Pathophysiol Haemost Thromb 2003; 33: 2-3.

321.   Aledort LM. Inter-country comparisons of factor VIII concentrate consumption and cost considerations. Intl Monitor on Hemophilia 2003; 11: 2: 21.

322.   Aledort LM. Can orthopedic advances be made accessible for all hemophiliacs? Intl Monitor on Hemophilia 2003; 11: 2: 34.

323.   Aledort LM. Hemophilia arthropathy continues to require major interventions. Intl Monitor on Hemophilia 2003; 11: 2: 36.

324.   Brown SA, Aledort LM, and Lee CA. Meeting Report: Molecular challenges and viral diseases. Haemophilia 2003; 9: 727-737.

325.   Aledort LM. Activated prothrombin complex concentrates and recombinant factor VIIa in the bleeding patient: Are they appropriate and safe? Letter to the Editor. J Thoracic & Cardiovascular Surgery 2003; 126: 6: 2112-2113.

326.   Bohn RL, Aledort LM, Putnam KG, Ewenstein BM, Mogun H, and Avorn J. The economic impact of factor VIII inhibitors in patients with haemophilia. Haemophilia 2004; 10: 63-68.

327.   Aledort LM. Do We Need a Better Test? Can Thrombin Generation Be Useful? Current Hematology Reports 2004; 3: 75-76.

328.   Carcao MD, Aledort L. Prophylactic factor replacement in hemophilia. Blood Reviews 2004; 18: 101-113.

Case 1:07-cv-03218-RJH    Document 28-9    Filed 08/04/2008    Page 28 of 37

Scientific Subcommittee on Factor VIII and Factor IX of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis. Throm Haemost 2001; 85: 560.

296.    Brown SA, Aledort LM, Lee Ca, Barrowcliffe TW, Beeton K, Blanchette V, Bolland S, Goddard N, Goodeve A, Hoyer L, Kessler CM, Ljung R, Lollar P, Manco-Johnson M, Mariani G, Peerlinck K, and Rivard G. Meeting Report: Optimal treatment regimens for patients with bleeding disorders. Haemophilia 2001; 7: 313-320.

297.    Leissinger C, Becton D, Cornell Jr. C, and Gill JC (for multicenter study investigators). High-dose DDAVP intranasal spray (Stimate®) for the prevention and treatment of bleeding in patients with mild haemophilia A, mild or moderate type 1 von Willbrand disease and symptomatic carriers of haemophilia A. Haemophilia 2001; 7: 258-266.

298.    Aledort LM. Economics of hemophilia care. Haemostasis 2000; 30: 333-336.

299.    Aledort LM. Adverse Reactions Related to rVIIa? Am J Hematol 2001; 67: 213.

300.    Kulkarni R, Aledort LM, Berntorp E, Brackman HH, Brown D, Cohen AR, Ewing NP, Gringeri A, Gruppo R, Hoots K, Leissenger C, Peerlinck K, Poon M-C, and Wong W-Y. Therapeutic Choices for Patients With Hemophilia and High-Titer Inhibitors. Am J Hematol 2001; 67: 240-246.

301.    Aledort LM. Can the costs of immune tolerance induction (ITI) be justified? Int Monitor on Hemophilia 2001; 9: 1: 23.

302.    Astermark J, Aledort L, Berntorp E, and the Symposium Group. Meeting Report: Symposium in memory of Professor Inga Marie Nilsson. Haemophilia 2001; 6: 401-410.

303.    Aledort LM. Hemophilia (Letter to the Editor). N Engl J Med 2001; 345: 14: 1066.

304.    Doti CA, Gondolesi GE, Sheiner PA, Emre S, Miller CM, Aledort LM. Leukemia after Liver Transplant. Transplantation 2001; 72: 1643-1646.

305.    Aledort L. Prophylaxis: when and how? Int Monitor on Hemophilia 2001; 9: 2: 19.

306.    Aledort LM. The role of porcine factor VIII in the management of unexpected bleeding episodes. Haemophilia 2002; 8 (Suppl. 1): 17-19.

307.    Tarantino M, Aledort L. On the treatment of hemorrhage in patients with hemophilia and associated inhibitors. Transfusion 2001; 41: 1628-1629.

308.    Aledort L. Hemophilia revisited. Int. Monitor on Hemophilia 2002: 10: 1: 40-41.

309.    Diamondstone LS, Aledort LM, Goedert JJ for the Multicenter Hemophilia Cohort Study. Factors predictive of death among HIV-uninfected persons with haemophilia and other congenital coagulation disorders. Haemophilia 2002; 8: 660-667.

310.    Brown SA, Aledort LM and Lee CA. Meeting Report. Haemostasis: from bench to bedside. Haemophilia 2002; 8: 685-693.

311.    Goedert JJ, Eyster ME, Lederman MM, Mandalaki T, de Moerlose P, White II GC, Angiolillo AL, Luban NLC, Sherman KE, Manco-Johnson M, Preiss L, Leissinger C, Kessler CM, Cohen AR, DiMichele D, Hilgartner MW, Aledort LM, Kroner BL, Rosenberg PS, Hatzakis A, for the Multicenter Hemophilia Cohort Study. End-stage liver disease in persons with hemophilia and transfusion-associated infections. Blood 2002; 100: 5: 1584-1589.

279. Brown SA, Aledort LM, Lee CA, Barrowcliffe TW, Berntorp E, Ewenstein BM, Kessler CM, Ludlam CA, Mannucci PM, Mauser-Bunschoten EP, Miller R, Minor PD, Penner JA, Petrini P, Rossi F, and Srivastava A. Meeting Report: Issues in making a therapeutic choice: recombinant and/or human-derived products. Haemophilia 2000; 6: 2: 125-129.

280. Aledort LM. Immune tolerance in hemophilia and inhibitors: a cost analysis. (Letter to the Editor). Transfusion 2000; 40: 495-496.

281. Aledort LM. Recombinant VIIa Is a Pan-hemostatic Agent? Thromb Haemost 2000; 83: 637-638.

282. Rothschild C, Gill J, Scharrer I. Bray, G and the Recombinate PUP Study Group. Transient Inhibitors in the Recombinate Pup Study. Thromb Haemost 2000; 84; 145-146.

283. Aledort LM. Immune Tolerance Induction: Is it cost-effective? We know too little. Seminars in Thrombosis and Hemostasis 2000; 26: 2: 189-193.

284. Goodeve AC, Williams I, Bray GL, Peake IR for the Recombinate™ PUP Study Group. Relationship between Factor VIII Mutation Type and Inhibitor Development in a Cohort of Previously Untreated Patients Treated with Recombinant Factor VIII (Recombinate™). Thromb Haemost 2000; 83: 844-848.

285. Brown LK, Schultz JR, Parsons JT, Butler RB, Forsberg AD, Kocik SM, King G, Manco-Johnson M, Aledort L, for the Adolescent Hemophilia Behavioral Intervention Evaluation Project Study Group: Sexual Behavior Change Among Human Immunodeficiency Virus-Infected Adolescents With Hemophilia. Pediatrics 2000; 106: 2: 1-6.

286. Aledort LM. rVIIa - its Thrombogenicity (Letter to the Editor). Thromb Haemost 2000; 84: 3: 522-523.

287. Aledort LM. Unexpected bleeding disorders: identification, diagnosis and management (Meeting Report). Haemophilia 2000; 6: 592-594.

288. Kadir RA, Aledort LM. Obstetrical and gynaecological bleeding: a common presenting symptom. Clin and Laboratory Haematol 2000; 22 (Suppl. 1): 12-16.

289. Aledort LM. The economics of hemophilia care: its great disparity. Intl Monitor on Hemophilia 2000; 8: 2: 16-17.

290. Aledort LM. Rebuttal to Massive Skin Necrosis Associated to the Prothrombin Gene G20210A Mutation. Thromb Haemost 2001; 85: 2: 374.

291. Aledort LM. Meeting Report: Issues in making a therapeutic choice: recombinant and/or human-derived products. Haemophilia 2001; 7: 89-90.

292. Aledort LM. Making a therapeutic choice: human versus recombinant fractions - can we do it? Haemophilia 2001; 7: Suppl. 1: 1-3.

293. Aledort LM, guest editor. Coagulation Therapy in the New Millennium. Haemophilia 2001; 7: Suppl. 1.

294. Salkowitz JR, Purvis SF, Meyerson H, Zimmerman P, O'Brien TR, Aledort L, Eyster ME, Hilgartner M, Kessler C, Konkle BA, White II GC, Goedert JJ, Lederman MM. Characterization of High-Risk HIV-1 Seronegative Hemophiliacs. Clin Immunol 2001; 98: 2: 200-211.

295. White GC II, Rosendaal F, Aledort LM, Lusher JM, Rothschild C, Ingerslev J, on behalf of the Factor VIII and Factor IX Subcommittee. Definitions in Hemophilia: Recommendation of the

264. Aledort L, Bohn R, Bolton-Maggs P, Economides D, Kadir R, Lee C, Lethagen S, Ljung R, Mannucci P, Miller R, Teitel J. Meeting report: A meeting held in London, 12-13 January 1998, to discuss bleeding disorders in women. Haemophil 1998; 4: 145-154.

265. Bohn RL, Avorn J, Glynn RJ, Choodnovskiy I, Haschemeyer R, Aledort LM. Prophylactic Use of Factor VIII: an Economic Evaluation. Thromb Haemost 1998; 79: 932-937.

266. Aledort LM. Unsolved problems in haemophilia. Haemophil 1998; 4: 4: 341-345.

267. Key NS, Aledort LM, Beardsley D, Cooper HA, Davignon G, Ewenstein BM, Gilchrist GS, Gill JC, Glader B, Hoots WK, Kisker CT, Lusher JM, Rosenfield CG, Shapiro AD, Smith H, Taft E. Home Treatment of Mild to Moderate Bleeding Episodes Using Recombinant Factor VIIa (Novoseven) in Haemophiliacs with Inhibitors. Thromb Haemost 1998; 80: 912-918.

268. Aledort LM. Transfusion-induced hepatitis C and hepatocellular carcinoma. Int Mon Hemophilia 1998; 6: 2: 26.

269. Lusher LM, Roberts HR, Davignon G, Joist JH, Smith H, Shapiro A, Laurian Y, Kasper CK, Mannucci PM and the rFIIIa Study Group. A randomized, double-blind comparison of two dosage levels of recombinant factor VIIa in the treatment of joint, muscle and mucocutaneous hemorrhages in persons with haemophilia A and B, with and without inhibitors. Haemophil 1998; 4: 790-798.

270. Seremetis S, Lusher JM, Abildgaard CF, Kasper CK, Allred R, Hurst D and the Kogenate® Study Group. Human recombinant DNA-derived antihaemophilic factor (factor VIII) in the treatment of haemophilia A: conclusions of a 5-year study of home therapy. Haemophil 1999; 5: 9-16.

271. Aledort LM. Bleeding - A Challenge to the Intensivist. Crit Care & Shock (Indonesian Soc. of Critical Care Medicine) 1999; 2: 1: 1-2.

272. White GC II, Courter S, Bray GL, Lee M, Gomperts ED and The Recombinate Previously Treated Patient Study Group. A Multicenter Study of Recombinant Factor VIII (Recombinate™) in Previously Treated Patients with Hemophilia A. Thromb Haemost 1997; 2: 4: 660-667.

273. Aledort LM, Miners A, Bohn R, Borrero P, Goudemand J, Hoots K, Kavakli K, Lee C, Roberts J, Schramm W, Szucs T, Wasserman J. Meeting report: Economic aspects of haemophilia care. Haemophilia 1999; 5: 216-219.

274. Engels EA, Rosenberg PS, O'Brien TR, and Goedert JJ, for the Multicenter Hemophilia Cohort Study. Plasma HIV Viral Load in Patients with Hemophilia and Late-Stage HIVDisease: A Measure of Current Immune Suppression. Ann Intern Med 1999; 131: 256-264.

275. Aledort LM and the Baxter Previously Untreated Patient Study Group. Immune tolerance induction in hemophiliacs: Can we afford it? Is it worth it? Transfusion 1999; 39: 1034-1035.

276. Aledort LM, Colowick A, Hoots WK, Dunst IP. Economic aspects of haemophilia care in the United States. Haemophilia 1999; 5: 282-285.

277. Pollman H, Aledort L. Albumin-Free Formulated Recombinant Factor VIII Preparations - How Big a Step Forward? Thromb Haemost 1999; 82: 4: 1370-1371.

278. Aledort LM. Prophylaxis: for whom, when at what cost to patient and society? Int Monitor on Hemophilia 1999; 7: 2: 20-21.

Kisker CT, Lovrien EW, Rutherford CJ, Sanders NL, Smith KJ, Stabler SP, Swindells S, White III GC, Kingsley LA for the Hemophilia Malignancy Study Group. AIDS-Associated Non-Hodgkin's Lymphomas as Primary and Secondary AIDS Diagnoses in Hemophiliacs. J Acq Imm Def Synd Human Retroviral 1996; 13: 78-86.

250. The American Society of Hematology ITP Practice Guideline Panel:  Clinical Guidelines - Diagnosis and Treatment of Idiopathic Thrombocytopenic Purpura: Recommendations of the American Society of Hematology. Ann Intern Med 1997; 126: 319-326.

251. Schwartz JD, Aledort LM, Seremetis SV. Liver failure and mortality in HIV-positive haemophiliacs: fourteen-year experience and literature review. Haemophil 1997; 3: 24-30.

252. Aledort LM, Forster A, Maksoud J, Isola L. BPL factor XI concentrate: clinical experience in the USA. Haemophil 1997; 3: 59-62.

253. Scaradavou A, Woo B, Woloski BMR, Cunningham-Rundles S, Ettinger LJ, Aledort LM, Bussel JB. Intravenous Anti-D Treatment of Immune Thrombocytopenic Purpura: Experience in 272 Patients. Blood 1997; 89: 8: 2689-2700.

254. Seremetis SV, Aledort LM. Desmopressin Nasal Spray for Hemophilia A and Type 1 von Willebrand Disease. Ann Intern Med 1997; 126: 9: 744-745.

255. Aledort LM. Global hemophilia care. Int Monit Hemophil 1997; 5: 1: 3-5.

256. Aledort LM. von Willebrand Disease: From the Bedside to Therapy. Thromb Haemost 1997; 78: 1: 562-565.

257. Gail MH, Tan WY, Pee D, Goedert JJ for the Multicenter Hemophilia Cohort Study. Survival After AIDS Diagnosis in a Cohort of Hemophilia Patients. J Acq Imm Def Synd Human Retroviral 1997; 15: 363-369.

258. Ehmann WC, Rabkin CS, Eyster ME, Goedert JJ for the Multicenter Hemophilia Cohort Study. Thrombocytopenia in HIV-Infected and Uninfected Hemophiliacs. Am J Hematol 1997; 54: 296-300.

259. Smith MW, Dean M, Carrington M, Winkler C, Huttley GA, Lomb DA, Goedert JJ, O'Brien TR, Jacobson LP, Kaslow R, Buchbinder S, Vittinghoff E, Vlahov D, Hoots K, Hilgartner MW, Hemophilia Growth and Development Study (HGDS), Multicenter AIDS Cohort Study (MACS), Multicenter Hemophilia Cohort Study (MHCS), San Francisco City Cohort (SFCC), ALIVE Study, O'Brien SJ. Contrasting Genetic Influence of CCR2 and CCR5 Variants on HIV-1 Infection and Disease Progression. Science 1997; 277: 959-965.

260. Goedert JJ, Erdman DD, Konkle BA, Török TJ, Lederman M, Kleinert D, Mandalaki T, Kessler CM, Anderson LJ, Luban NLC for the Multicenter Hemophilia Cohort Study. Parvovirus B19 Quiescence During the Course of Human Immunodeficiency Virus Infection in Persons With Hemophilia. Am J Hematol 1997; 56: 1-4.

261. Aledort LM, Hay C. Porcine Factor VIII: Its Role in the Management of Congenital and Acquired Inhibitors. Haemophil 1997; 3: 3.

262. Kavakli K, Aledort LM. Circumcision and haemophilia: a perspective. Haemophil 1998; 4: 1-3.

263. Aledort LM, Dimichele DM. Inhibitors occur more frequently in African-American and Latino haemophiliacs (letter to the editor). Haemophil 1998; 4: 66-68.

234. Aledort LM. Some Aspects on the Management of Hemophilia. Thromb Hemophil 1995; 74: 1: 440-443.

235. Arkin S, Aledort LM. Kogenate: A recombinant technology-derived human antihemophilic factor (FVIII) concentrate. Drugs of Today 1995; 31: 3: 173-183.

236. Lederman MM, Jackson JB, Kroner BL, White III GC, Eyster ME, Aledort LM, Hilgartner MW, Kessler CM, Cohen AR, Kiger KP, Goedert JJ. Human Immunodeficiency Virus (HIV) Type 1 Infection Status and In Virto Susceptibility to HIV Infection among High-Risk HIV-1-Seronegative Hemophiliacs. J Infect Dis 1995; 172: 228-231.

237. Aledort LM. Medical necessity - a threat to treatment of chronic disease. Transfusion 1995: 35: 712.

238. Schwartz RS, Gabriel DA, Aledort LM, Green D, Kessler CM. A Prospective Study of Treatment of Acquired (Autoimmune) Factor VIII Inhibitors With High-Dose Intravenous Gammaglobulin. Blood 1995; 86: 2: 797-804.

239. Brown LK, Schultz JR, Gragg RA, for the Hemophilia Behavioral Intervention Evaluation Project. HIV-Infected Adolescents With Hemophilia: Adaptation and Coping. Pediatrics 1995; 96: 3: 459-463.

240. Ehmann WC, Eyster ME, Aledort LM, Goedert JJ. Causes of death in haemophilia. Nature 1995; 378: 124.

241. Aledort LM. Inhibitors to Coagulation: Can We Afford Immune Tolerance Induction Regimens? Vox Sang 1996; 70: 1(suppl): 77-78.

242. Kessler CM, Aledort LM. The Economics of Immune Tolerance and Treatment of Hemophiliacs with Inhibitors. Vox Sang 1996; 70: 1(suppl): 74-76.

243. Aledort LM, Mohandas K. Transfusion Requirements in Patients With Malignancy. Semin Hematol 1996; 33: 1: 1(suppl): 6-9.

244. Aledort LM. Hemophilia: Yesterday, Today, and Tomorrow. Mt Sinai J Med 1996; 63: 3&4: 225-235.

245. Aledort LM, Bohn RL. Prophylaxis and constant infusion for hemophilia: can we afford it? Blood Coag Fibrin 1996; 7: 1(suppl).

246. George JN, Woolf SH, Raskob GE, Wasser JS, Aledort LM, Ballem PJ, Blanchette VS, Bussel JB, Cines DB, Kelton JG, Lichtin AE, McMillan R, Okerbloom JA, Regan DH, Warrier I. Idiopathic Thrombocytopenic Purpura: A Practice Guideline Developed by Explicit Methods. Am Soc Hematol 1996; 88: 1: 3-40.

247. O'Brien TR, Blattner WA, Waters D, Eyster ME, Hilgartner MW, Cohen AR, Luban N, Hatzakis A, Aledort LM, Rosenberg PS, Miley WJ, Kroner Bl, Goedert JJ for the Multicenter Hemophilia Cohort Study. Serum HIV-1 RNA Levels and Time to Development of AIDS in the Multicenter Hemophilia Cohort Study. JAMA 1996; 276: 2: 105-110.

248. Gilbert MS, Aledort LM, Seremetis S, Needleman B, Oloumi G, Forster A. Long Term Evaluation of Septic Arthritis in Hemophilic Patients. Clin Orthopaed 1996; 328: 54-59.

249. Ragni MV, Belle SH, Jaffe R, Locker J, Duerstein SL, Bass DC, Addiego JE, Aledort LM, Barron LE, Brettler DB, Buchanan GR, Gill JC, Ewenstein BM, Green D, Hilgartner MW, Hoots WK,

1994; 83: 7: 1958-1962.

220. Bray GL, Aledort LM, Lipton R, Hilgartner M, Seremetis S, Cohen AR, Rivard GE, Inwood MJ, Blanchette V, Kessler CM, Lusher JM, Arkel YS, Bauer K. Considerations governing factor IX product choice in hemophilia B. Transfusion 1994; 34: 6: 554-555.

221. Aledort L. Inhibitors in Hemophilia Patients: Current Status and Management. Am J Hematol 1994; 47: 208-217.

222. Eyster ME, Fried MW, Di Bisceglie AM, Goedert JJ, and the Multicenter Hemophilia Cohort Study. Increasing Hepatitis C Virus RNA Levels in Hemophiliacs: Relationship to Human Immunodeficiency Virus Infection and Liver Disease. Blood 1994; 84: 4: 1020-1023.

223. Ehmann WC, Eyster ME, Wilson SE, Andes WA, Goedert JJ, and the Multicenter Hemophilia Cohort Study. Relationship of CD4 Lymphocyte Counts to Survival in a Cohort of Hemophiliacs Infected With HIV. J Acq Imm Def Synd 1994; 7: 1095-1098.

224. Rosenberg PS, Goedert JJ, Biggar RJ for the Multicenter Hemophilia Cohort Study, and the International Registry of Seroconverters. Effect of Age at Seroconversion on the Natural AIDS Incubation Distribution. AIDS 1994; 8: 803-810.

225. Goedert JJ, Cohen AR, Kessler CM, Eichinger S, Seremetis SV, Rabkin CS, Yellin FJ, Rosenberg PS, Aledort LM, for the Multicenter Hemophilia Cohort Study. Risks of Immunodeficiency, AIDS, and Death Related to Purity of Factor VIII Concentrate. Lancet 1994; 344: 791-792.

226. Cagnoni PJ, Aledort L. Gastrointestinal Bleeding in Hemophilia as a Complication of the Use of Over the Counter Non-Steroidal Anti-Inflammatory Drugs. Ann Intern Med 1994; 336-337.

227. Gaynor S, Aledort L, Hilgartner M, Lipton R, Saidi P, Strazzabosco J, Pratok P. Haemophilia treatment centres: old and new challenges. Lancet 1995; 345: 653.

228. Poon MC, Aledort LM, Anderle K, Kunschak M, Morfini M, and the Factor IX Study Group. Comparison of the recovery and half-life of a high-purity factor IX concentrate with those of a factor IX complex concentrate. Transfusion 1995; 35: 319-323.

229. Koblin BA, Aledort L, Hilgartner M, Lipton R, Goldberg I, Gaynor S, Feeley M, Forster A, Taylor P, Stevens CE. A study of hepatitis A virus infection among hemophilia patients in New York City. Transfusion 1995; 35: 4: 362-363.

230. Shapiro A, Abe T, Aledort LM, Anderle K, Hilgartner MW, Kunschak M, Preston FE, Rivard GE, Schimpf K, and the International Factor Safety Study Group. Low risk of viral infection after administration of vapor-heated factor VII concentrate or factor IX complex in first-time recipients of blood components. Transfusion 1995; 35: 204-208.

231. Kroner BL, Goedert JJ, Blattner WA, Wilson SE, Carrington MN, Mann DL for the Multicenter Hemophilia Cohort, and Hemophilia Growth and Development Studies. Concordance of human leukocyte antigen haplotype-sharing, CD4 decline and AIDS in hemophilic siblings. AIDS 1995; 9: 275-280.

232. Ross-Degnan D, Soumerai SB, Avorn J, Bohn RL, Bright R, Aledort LM. Hemophilia Home Treatment. Int J Tech Assess Hth Care 1995; 11: 2: 327-344.

233. Mohandas K, Aledort L. Transfusion requirements, risks, and costs for patients with malignancy. Transfusion 1995; 35: 5: 427-430.

207. Eyster ME, Diamondstone LS, Lien JM, Ehmann WC, Quan S, Goedert JJ for the Multicenter Hemophilia Cohort Study. Natural History of Hepatitis C Virus Infection in Multitransfused Hemopbhiliacs: Effect of Coinfection with Human Immunodeficiency Virus. J Acq Imm Def Synd 1993; 6: 602-610.

208. Seremetis SV, Aledort LM, Bergman GE, Bona R, Bray G, Brettler D, Eyster ME, Kessler C, Lau TS, Lusher J, Rickles F. Three-year randomized study of high-purity or intermediate-purity factor VIII concentrates in symptom-free HIV seropositive haemophiliacs: effects on immune status. Lancet 1993; 342: 700-703.

209. Aledort LM. Introduction: Replacement Therapy for Hemophilia: Impact on the Immune System. Semin Hematol 1993; 30: 4: 5(suppl): 1.

210. Rabkin CS, Hatzakis A, Griffiths PD, Pillay D, Ragni MV, Hilgartner MW, Goedert JJ, and the National Cancer Institute Multicenter Hemophilia Cohort Stiudy Group. Cytomegalovirus Infection and Risk of AIDS in Human Immunodeficiency Virus-Infected Hemophilia Patients. J Inf Dis 1993; 168: 1260-1263.

211. Kroner BL, Rosenberg PS, Aledort LM, Alvord WG, Goedert JJ for the Multicenter Hemophilia Cohort Study. HIV-1 Infection Incidence Among Persons with Hemophilia in the United States and Western Europe. J Acq Imm Def Synd 1994; 7: 279-286.

212. Aledort LM, Hoyer LW, Lusher JM, Nilsson IM. Recent developments in the study of inhibitors to factor VIII therapy. Mt Sinai Sch Med 1994: 4: 1-24.

213. Eickhoff TC, White LJ, Gullen DJ, Addington W, Aledort LM, Fryhofer SA, Jackson EB, Lurie N, Sams BJ, Tooker JP, Winslow CM, Cleaveland CR, Samuelson CO, Berenson RA, Cassel CK, Eisenberg JM, Gullen DJ; et al. Human Immunodeficiency Virus (HIV) Infection. Ann Intern Med 1994; 120: 4: 310-319.

214. Bray GL, Gomperts ED, Courter S, Gruppo R, Gordon EM, Manco-Johnson M, Shapiro A, Scheibel E, White III G, Lee M, and the Recombinate Study Group. A Multicenter Study of Recombinant Factor VIII (Recombinate: Safety, Efficacy, and Inhibitor Risk in Previously Untreated Patients With Hemophilia A. Blood 1994; 83: 9: 2428-2435.

215. Mosley JW, Nowicki MJ, Kasper CK, Donegan E, Aledort LM, Hilgartner MW, Operskalski EA, The Transfusion Safety Study Group. Hepatitis A Virus Transmission by Blood Products in the United States. Vox Sang 1994; 67: 1(suppl): 24-28.

216. Rosenberg PS, Goedert JJ, Biggar RJ for the Multicenter Hemophilia Cohort Study, and the International Registry of Seroconverters: Effect of age at seroconversion on the natural AIDS incubation distribution. AIDS 1994; 8: 803-810.

217. Gjerset GF, Pike MC, Mosley JW, Hassett J, Fletcher MA, Donegan E, Parker JW, Counts RB, Zhou Y, Kasper CK, Operskalski EA, and the Transfusion Safety Study Group. Effect of Low and Intermediate Immunodeficiency Virus Infection in Congenital Clotting Disorders. Blood 1994; 84: 5: 1666-1671.

218. Aledort LM, Haschmeyer RH, Pettersson H, and the Orthopaedic Outcome Study Group. A longitudinal study of orthopaedic outcomes for severe factor-VIII-deficient haemophiliacs. J Intern Med 1994; 236: 391-399.

219. Mannucci PM, Brettler DB, Aledort LM, Lusher JM, Abildgaard CF, Schwartz RS, Hurst D, and the Kogenate Study Group. Immune Status of Human Immunodeficiency Virus Seropositive and Seronegative Hemophiliacs Infused for 3.5 Years With Recombinant Factor VIII. Blood

Lee H, and the Transfusion Safety Study Group. Effect of Age on Human Immunodeficiency Virus Type 1-Induced Changes in Lymphocyte Populations Among Persons With Congenital Clotting Disorders. Blood 1992; 80: 3: 831-840.

193.  Aledort LM. Prophylaxis: the next haemophilia treatment. J Intern Med (editorial) 1992; 232: 1-2.

194.  Aledort LM. A Perspective on Inhibitor Development and Factor VIII Concentrates. Amer Red Cross 1992: 1-8.

195.  Aledort LM. Arthropathy and Substitution Therapy. Haemostasis 1992; 22: 245-246.

196.  Aledort LM, Operskalski EA, Dietrich SL, Koerper MA, Gjerset GF, Lusher JM, Kian ECY, Mosley JW, and the Transfusion Safety Study Group. Low CD4[+] counts in a study of transfusion safety. N Engl J Med 1993; 328: 6: 441-442.

197.  Lusher JM, Arkin S, Abildgaard CF, Schwartz RS, and the Kogenate Previously Untreated Patient Study Group. Recombinant Factor VIII for the treatment of previously untreated patients with Hemophilia A. N Engl J Med 1993; 328: 7: 453-459.

198.  Seremetis SV, Aledort LM. Congenital Bleeding Disorders: Rational Treatment Options. Drugs 1993; 45: 4: 1-7.

199.  Eyster ME, Rabkin CS, Hilgartner MW, Aledort LM, Ragni MV, Sprandio J, White GC, Eichinger S, de Moerloose P, Andes WA, Cohen AR, Manco-Johnson M, Bray GL, Schramm W, Hatzakis A, Lederman MM, Kessler CM, Goedert JJ. Human Immunodeficiency Virus-Related Conditions in Children and Adults With Hemophilia: Rates, Relationship to CD4 Counts, and Predictive Value. Blood 1993; 81: 3: 828-834.

200.  Nowicki MJ, Mosley JW, Koerper MA, Aledort LM, Lusher JM, Hilgartner MW for the Transfusion Safety Group. Passive antibody to hepatitis A virus in US haemophiliacs. Lancet 1993; 341: 562.

201.  Bray GL, Kroner BL, Arkin S, Aledort LM, Hilgartner MW, Eyster ME, Ragni MV, Goedert JJ. Loss of High-Responder Inhibitors in Patients With Severe Hemophilia A and Human Immunodeficiency Virus Type 1 Infection. Am J Hematol 1993; 42: 375-379.

202.  Ragni MV, Belle SH, Jaffe RA, Duerstein SL, Bass DC, McMillan CW, Lovrien EW, Aledort LM, Kisker CT, Stabler SP, Hoots WK, Hilgartner MW, Cox-Gill J, Buchanan GR, Sanders NL, Brettler DB, Barron LE, Goldsmith JC, Ewenstein B, Smith KJ, Green D, Addiego JE, Kingsley LA. Acquired Immunodeficiency Syndrome-Associated Non-Hodgkin's Lymphomas and other Malignancies in Patients With Hemophilia. Blood 1993; 81: 7: 1889-1897.

203.  Aledort LM. World Registry of Factor VIII Inhibitor Patients: Why? Semin Hematol 1993; 30: 2: 1(suppl): 7-9.

204.  Adams M, Lee TH, Busch MP, Heitman J, Marshall GJ, Gjerset GF, Mosley JW, and the Transfusion Safety Study Group. Rapid freezing of whole blood or buffy coat samples for polymerase chain reaction and cell culture analysis: application to detection of human immunodeficiency virus in blood donor and recipient repositories. Transfusion 1993; 33: 6: 504-508.

205.  Aledort LM. Prophylaxis: A Future Therapy for Hemophilia, Athens Greece. Int Cong World Fed Hemophil 1993; 30: 3: 2.

206.  Aledort LM. Consequences of Chronic Hepatitis C: A Review Article for the Hematologist. Am J Hematol 1993; 44: 29-37.

180. Lusher JM, Operskalski EA, Aledort LM, Dietrich SL, Gjerset GF, Hilgartner MW, Koerper MA, Pegelow CH, Lee H, Mosley JW. Risk of Human Immunodeficiency Virus Type 1 Infection Among Sexual and Nonsexual Household Contacts of Persons With Congenital Clotting Disorders. Pediatrics 1991; 88: 2: 242-249.

181. Eyster ME, Alter HJ, Aledort LM, Quan S, Hatzakis A, Goedert JJ. Heterosexual Co-Transmission of Hepatitis C Virus (HCV) and Human Immunodeficiency Virus (HIV). Ann Intern Med 1991; 115: 10: 764-768.

182. Aledort LM, Hilgartner MW, Pike MC, Gjerset GF, Moerper MA, Lian EYC, Lusher JM, Mosley JW (on behalf of the Transfusion Safety Study Group). Variability in serial CD4 counts and relation to progression of HIV-1 infection to AIDS in haemophilic patients. Brit Med J 1992; 304: 212-216.

183. Aledort L. Discussion Moderator: Dr. L. Aledort: Factor VIII inhibitors in a haemophilic population treated with low and high purity FVIII concentrates. Blood Coag Fibrin 1991; 2: 1: 25-30.

184. Parks WP, Lenes BA, Tomasulo PA, Schiff ER, Parks ES, Shaw GM, Lee H, Yan HQ, Lai S, Hollingsworth CG, Nemo GJ, Mosley JW, and the Transfusion Safety Study Group. Human T-Cell Lymphotropic Virus Infection among Blood Donors in South Florida. J Acq Imm Def Synd 1991; 4: 1: 89-96.

185. Odom-Maryon T, Langholz B, Niland J, Azen S. Generalization of Normal Discriminant Analysis using Fourier Series Density Estimators. Stats Med 1991; 10: 473-485.

186. Donegan E, Lenes BA, Tomasulo PA, Mosely JW, and the Transfusion Safety Study Group. Transmission of HIV-1 by component type and duration of shelf storage before transfusion. Transfusion 1990; 30: 9: 851-852.

187. Busch MP, Young MO, Samson SS. Ward J, Perkins HA, and the Transfusion Safety Study Group. Risk of Human Immunodeficiency Virus Transmission by Blood Transfusions prior to HIV Antibody Screening: Estimate of the Number and Proportion of Recipients Infected by Year of Transfusion in the San Francisco Bay Area. Transfusion 1991; 31: 4-11.

188. Rabkin CS, Hilgartner MW, Hedberg KW, Aledort LM, Hatzakis A, Eichinger S, Eyster ME, White II GC, Kessler CM, Lederman MM, de Moerloose P, Bray GL, Cohen AR, Andes WA, Manco-Johnson M, Schramm W, Kroner BL, Blattner WA, Goedert JJ. Incidence of Lymphomas and Other Cancers in HIV-Infected and HIV-Uninfected Patients With Hemophilia. JAMA 1992; 267: 8: 1090-1094.

189. Mannucci PM, Schimpf K, Abe T, Aledort LM, Anderle K, Brettler DB, Hilgartner MW, Kernoff PBA, Kunschak M, McMillan CW, Preston FE, Rivard GE, and the International Investigator Group. Low risk of viral infection after administration of vapor-heated factor VIII concentrate. Transfusion 1992; 32: 2: 134-138.

190. Dublin S, Rosenberg PS, Goedert JJ. Patterns and predictors of high-risk sexual behavior in female partners of HIV-infected men with hemophilia. AIDS 1992; 6: 475-482.

191. Growe GH, Poon MC, Scarth I. International Symposium on Recombinant Factor VIII: Report of the Proceedings. Trans Med Rev 1992; 4: 2: 137-145.

192. Fletcher MA, Mosley JW, Hassett J, Gjerset GF, Kaplan J, Parker JW, Donegan E, Lusher JM,

181.    Aledort LM, Coates JG. Hemophilia Treatment – A Model for Appropriate Cost Control. Blood 2007; 110: 11: 53B.