**Lin v. MetLife**

**07 civ. 3218**

# EXHIBIT H

JAMES HUANG, D.O. INC

January 24, 2007

M. Kelly, John Hancock
2588F El Camino Real #347
Carlsbad, CA 92008

RE: Bang Lin
DOB: 8/6/1969

Dear Ms. Kelly:

This letter is a summary of the notes for Mr. Bang Lin's visits on 8/17/2004 and 12/16/2005.

For the visit on 8/17/2004, Mr. Lin presented to the office with a rash around the nose and eyelid. He would like to catch up on his immunizations, namely Hepatitis A. He complained of a rash two days ago. He used Lotrimin OTC which decreased the rash. He had a history of athlete's foot (tinea pedis). The impression was 1). Atopic Dermatitis, 2). Allergic Rhinitis, 3). Tinea corpus, and 4). Catch up immunizations. The plan was to 1). Triamcinolone 0.5% crea BID, 2). Ketoconazole 2% BID, 2). Medrol Dose Pack for a week, 3)Clarinex 5 mg PO QD. Hepatitis A #1 was given.

For the visit on 12/16/2005, Mr Lin presents to the office complaining of body ache, coughing with congestion, sore throat for 2 days, and has been having stomach problems for four weeks. He complained of increasing phlegm in AM, white phlegm, Amoxil was given by wife. The impression was 1). Liver enzyme elevation, 2). Bronchitis, 3), Bronchospasm, 4). Hiatal Hernia. The plan was 1). CA 19-9, CEA, and ESR, 2). Cipro 500 mg BID for 10 days, 3). Histussin HC 1 ½ to 2 tsp TID PRN Cough, 4). AlleRx as directed, 5). RTC in 1-2 days.

If there are any questions, please do not hesitate to contact me.

Sincerely,

James Huang, D.O.
Family Practice