**Lin v. MetLife**

**07 civ. 3218**

# EXHIBIT I

Section 1                                                                                         Presidential Series

## SELECT PREFERRED/ELITE CRITERIA
## $250,000 AND OVER

To Be Applied To MetLife, NEF, GenAM Applications That Qualify For The True Standard Nonsmoker Class;
(49 or Fewer Debits)

At the present time, *Select Preferred* is offered at MetLife and NEF only in connection with the Enterprise Term portfolio. *Elite* is available at GenAm for permanent policies also.

| | |
|---|---|
| Blood Pressure | Under age 45         140/85 or less; <br> Ages 45 and over  140/90 or less; <br><br> No treatment with antihypertensive medication within the last 12 months; |
| Cholesterol* <br> Chol/HDL Ratio | Under age 45         220 (231*) or less <u>and</u> ratio 5.0 or less; <br> Ages 45 and over  240 (252*) or less <u>and</u> ratio 5.0 or less; <br><br> Available even if currently under treatment provided that the levels for both total cholesterol and ratio have been within acceptable limits for the past 12 months. |
| Aviation | No aviation except for NR commercial pilots or Aviation Exclusion (when available) |
| Avocation | Not ratable |
| Occupation | Not ratable |
| Foreign Residence | Canada only |
| Foreign Travel | Not ratable |
| Diabetes | No history |
| Cardiovascular | No history ; Acceptable ECG abnormalities as indicated by Physician Underwriter; |
| Cancer (excluding basal cell carcinoma) | No history |
| Other Medical History | No SRC, otherwise, as indicated in *Underwriting Manual* |
| Substance Abuse | No history |
| Family History | No history of coronary artery disease, cerebral vascular disease, peripheral vascular disease or diabetes with onset under age 65 in an immediate family member (parent or sibling). Hypertension is not included here. |
| DWI | None for 5 years |
| Other Driving | No more than 2 moving violations within 3 years |
| Build* | See Chart on Page 1D-5* |
| Liver Enzymes | No elevations of alkaline phosphatase, AST, ALT, GGTP, total bilirubin (except for diagnosed Gilbert's Syndrome). |
| Tobacco | None for 4 years (Underwriting discretion may be exercised when the proposed insured is within a couple of months of meeting the abstention period requirement.) |

\* <u>Flexibility in Application of Select Preferred Criteria</u>
Generally, all criteria must be met to qualify for Select Preferred. However, if Select Preferred is not available because of weight <u>or</u> total cholesterol (only <u>one</u> of these two  criteria), and the weight <u>or</u> total cholesterol does not exceed the limit for Select Preferred by more than 5% (the figure in parentheses), the underwriter may consider allowing Select Preferred on an individual case basis.  Select Preferred will not be available if both of these criteria preclude the class, or if any other criterion is not met.

Tower #1

1D - 2
April 2002



CONFIDENTIAL ML 00724