<u>**Lin v. MetLife**</u>

**07 civ. 3218**

# EXHIBIT A

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     JEAN LIN,
 4
 5                  Plaintiff,
 6
               -against-            07-CV-3218
 7                                  (Judge Holwell)
 8
     METROPOLITAN LIFE INSURANCE COMPANY,
 9
10                  Defendant.
     ------------------------------------------X
11
12             DATE:  January 2, 2008
13             TIME:  11:25 a.m.
14
15             DEPOSITION of the Plaintiff, JEAN
16   LIN, taken by the Defendant, pursuant to
17   a Court Order, held at the offices of
18   Trief & Olk, 150 East 58th Street, New
19   York, NY 10155 before Chanie Berman, a
20   Shorthand Reporter and Notary Public of
21   the State of New York.
22
23
24
25
```

```
                                    2
APPEARANCES:

    TRIEF & OLK
        Attorneys for Plaintiff
        150 East 58th Street, 34th Floor
        New York, NY 10155
    BY: ERIC DINNOCENZO, ESQ.

    METROPOLITAN LIFE INSURANCE COMPANY
        One MetLife Plaza
        27-01 Queens Plaza North
        Long Island City, NY 11101
    BY: TOMASITA SHERER, ESQ., OF COUNSEL
```

```
                                    3
            FEDERAL STIPULATIONS

    IT IS HEREBY STIPULATED AND AGREED by
and between the attorneys for the respective
parties herein, that filing and sealing be and
the same are herby waived.

    IT IS FURTHER STIPULATED AND AGREED that
all objections, except as to the form of the
question, shall be reserved to the time of the
trial.

    IT IS FURTHER STIPULATED AND AGREED that
the within deposition may be sworn to and signed
before any officer authorized to administer an
oath, with the same force and effect as if
signed and sworn to before the Court.
                    . . .
```

```
                                    4
    J E A N   L I N, called as a
witness, having been first duly sworn,
by a Notary Public of the State of New
York, was examined and testified as
follows:
EXAMINATION BY
MS. SHERER:
    Q    What is your name?
    A    Jean Lin.
    Q    What is your home address?
    A    5 Medici Aisle, Irvine, CA 92606.
         MS. SHERER:  Mrs. Lin, have you
had your deposition taken before?
         THE WITNESS:  Never.
         MS. SHERER:  And so, I would like
to begin by giving you some background
on how the deposition will take place --
         THE WITNESS:  Okay.
         MS. SHERER:  -- and some
deposition rules.
         THE WITNESS:  Uh huh.
         MS. SHERER:  Perhaps your attorney
already went over this with you but I am
going to go over it again to make sure
```

```
                LIN                 5
everything goes smoothly; okay?
         THE WITNESS:  Okay.
         MS. SHERER:  I am going to be
asking you questions.  You are going to
be giving me answers and sometimes you
may know where I am going with a
question.
         THE WITNESS:  Uh huh.
         MS. SHERER:  But I would just ask
that you allow me to finish my entire
question before you answer because it's
hard for the court reporter to take down
when we are both speaking; is that okay?
         THE WITNESS:  Yes, it is.
         MS. SHERER:  Also, I ask that you
respond verbally.  Nods of the head or
uh huhs or uh uhs are not taken down
well by the court reporter; okay?
         THE WITNESS:  Okay.
         MS. SHERER:  Any time you would
like to take a break, please just let me
know.  We can take as many breaks as you
want.
         THE WITNESS:  Okay.
```

```
                    LIN                 6
 2          MS. SHERER:  If you don't
 3   understand my question, please just let
 4   me know that you don't understand and
 5   I'll try to rephrase the question; okay?
 6          THE WITNESS:  Great.  Thank you.
 7          MS. SHERER:  If you answer the
 8   question, I will assume that you
 9   understood the question.
10          THE WITNESS:  Okay.
11          MS. SHERER:  The first exhibit I
12   would like to mark is the Deposition
13   Notice.  Let me give you a copy, just
14   for the record (handing.)
15          (Defendant's Exhibit A, a document,
16   was marked for identification.)
17      Q   I am handing you what has been
18   marked as Defendant's Exhibit A and I would
19   like to ask you whether you have seen this
20   document before.
21          MR. DINNOCENZO:  Why don't you
22   have her look at this?  It's no big deal
23   for this but let her look at the marked
24   exhibit.
25          MS. SHERER:  Right (handing).
```

```
                    LIN                 7
 2      A   Okay.  Could you repeat the
 3   question again?
 4      Q   Sure.  Have you seen this Notice
 5   for your deposition before?
 6      A   No.
 7      Q   Do you know why we are here today?
 8      A   Yes.
 9      Q   Why is that?
10      A   We are doing a deposition --
11   MetLife, with me and MetLife, yes.
12      Q   Do you understand that you are
13   under oath to tell the truth?
14      A   Yes, I do.
15      Q   Is there any reason why you can
16   not testify truthfully and accurately today?
17      A   No, I guess not.
18      Q   Are you on any medications today?
19      A   No.  I am not.
20      Q   Do you understand English?
21      A   Yes, I do.
22      Q   Can you read English?
23      A   Yes, I do.
24      Q   Do you need an interpreter today?
25      A   No, I don't.
```

```
                    LIN                 8
 2      Q   Do you have any documents with you
 3   today?
 4      A   No, I don't.
 5      Q   Ms. Lin, how old are you?
 6      A   I am 36 1/2, going to be 37 this
 7   May, yes.
 8      Q   Where do you live?
 9      A   I live in 5 Medici Aisle, Irvine,
10   California 92606, yes.
11      Q   How long have you lived there?
12      A   Two months.
13      Q   Where did you live before then?
14      A   38 Daisy, Irvine, California
15   92618.
16      Q   How long did you live at Daisy?
17      A   One year.
18      Q   What about before then?
19      A   Seven Green Hollow G-r-e-e-n
20   second word H-o-l-l-o-w, Irvine, California
21   92620.
22      Q   How long did you live there?
23      A   Ten years.
24      Q   Just to make sure I heard
25   correctly, you lived at Green Hollow for ten
```

```
                    LIN                 9
 2   years?
 3      A   Yes.
 4      Q   Mr. Lin, did he live with you at
 5   the location after Green Hollow, the one year
 6   location?
 7      A   He was in the hospital while I
 8   moved to 38 Daisy.
 9      Q   So he never lived there or resided
10   there?
11      A   Five days only.
12      Q   Have you ever lived in New York?
13      A   Yes, I do.
14      Q   You do?
15      A   Yes.
16      Q   You have a residence in New York?
17      A   No, I don't.
18      Q   But you have lived in New York in
19   the past?
20      A   Yes.
21      Q   When was that?
22      A   1989.
23      Q   For one year?
24      A   Four years.
25      Q   So from when to when did you live
```

```
1                    LIN                    12
2      A    In a party.
3      Q    In a party?
4      A    Yes.
5      Q    How soon after you met were you
6   married?
7      A    (No response.)
8      Q    Let me rephrase it.  When did you
9   get married?
10     A    1995.
11     Q    How long were you married to Mr.
12  Lin?
13     A    My son -- ten years because yes,
14  ten years -- you mean -- can you?
15     Q    Sure.  Say it.
16     A    Including the time as of now or
17  before he passed away?
18     Q    Before he passed away.
19     A    Ten, eleven years.
20     Q    When did he pass away?
21     A    August 11, 2000 -- 2006.
22     Q    And he was 37 years old?
23     A    Yes, it is.
24     Q    Where did you get married?
25     A    Orange County, California.
```

```
1                    LIN                    13
2      Q    Where was he born?
3      A    Taipei, Taiwan.
4      Q    Do you have children together?
5      A    Yes, we do.
6      Q    How many?
7      A    Two.
8      Q    What are their names?
9      A    Angus Lin, A-N-G-U-S,
10  C-H-E-L-S-E-Y Lin.
11     Q    How old are they now?
12     A    They are now 12 and 11.
13     Q    Who is 12?
14     A    Angus is 12 years.  Chelsey is 11
15  years old.
16     Q    Ms. Lin, where do you work?
17     A    I helping my husband in office.
18     Q    Where do you work now?
19     A    I am not working currently.
20     Q    You are unemployed?
21     A    I am unemployed.
22     Q    So the last position you had was
23  working with your husband in his office or in
24  your office?
25     A    Yes.
```

## LIN 14

2  Q   What was the position that you
3  held?
4  A   I don't -- you know, I am doing
5  everything in the office. I am cleaning the
6  bathroom. I am answering the phone and, you
7  know, doing paperwork for him, yes,
8  accounting, accounts payable, accounts
9  receivable, yes.
10 Q   Maybe tell me a little bit about
11 the business.
12 A   We sell computer, hardwares.
13 Q   You sell computer hardware?
14 A   Yes.
15 Q   Did you also service computers?
16 A   Our customer bring their machine
17 to our office if there is anything wrong with
18 the computer that we sell.
19 Q   What was the name of this
20 business?
21 A   Uni Micro, U-N-I space M-I-C-R-O
22 Computer Corporation.
23 Q   Does this corporation still exist
24 today?
25 A   No, not anymore, no.

## LIN 15

2  Q   How many employees did you have at
3  the company?
4  A   We only have two part timers.
5  Q   In addition to yourself and Mr.
6  Lin?
7  A   Yes, total four.
8  Q   Approximately, what was your
9  annual salary?
10 A   I don't have any.
11 Q   You didn't have a salary?
12 A   I didn't get paid.
13 Q   You didn't get paid a draw or
14 anything?
15 A   No.
16 Q   What was your title?
17 A   I don't have a title there.
18 Q   Tell me about your educational
19 background.
20 A   High school graduate and one
21 semester of college.
22 Q   And which high school did you
23 attend?
24 A   New Town, N-E-W T-O-W-N.
25 Q   Where was New Town?

## LIN 16

2  A   Elmhurst, New York.
3  Q   You said you did one semester of
4  college?
5  A   Yes.
6  Q   Which college?
7  A   Queens College.
8  Q   Did you ever have any medical,
9  insurance or legal training?
10 A   No, I don't.
11 Q   None of the three?
12 A   No.
13 Q   What are your plans, in terms of
14 work; what do you plan to do?
15 A   Do you mean what kind of job and
16 will I be looking for it?
17 Q   Yes.
18 A   I will be more interesting in
19 financial like bank, working in a bank as a
20 clerk, yes.
21 Q   Are you looking for work like that
22 now?
23 A   I am not because I have two kids
24 to take care. We are by ourselves in
25 California. I have no help, no relatives in

## LIN 17

2  there.
3  Q   Where are your relatives?
4  A   They are both in the east coast.
5  Q   In New York?
6  A   No, in New Jersey, yes.
7  MR. DINNOCENZO: I just want you
8  to answer the questions he asks.
9  Q   You say they are both.
10 A   So.
11 Q   Who is in New Jersey?
12 A   My mother-in-laws.
13 Q   Who is the other one?
14 A   My brother-in-law.
15 Q   Your mother-in-law and
16 brother-in-law are in New Jersey?
17 A   Yes.
18 Q   And the rest of the family?
19 A   My sister are in New Jersey too.
20 Q   Did you say your sisters or
21 sister?
22 A   My sister.
23 Q   Are you remarried now?
24 A   No. I am not.
25 MS. SHERER: I would like to show

```
                    LIN              22
 2   this policy for a savings and for a
 3   children's savings; is that what you are
 4   saying?
 5       A    Retirement plan and college fund
 6   for our children.
 7       Q    Is that the reason why you wanted
 8   this life insurance?
 9       A    Yes, it is.
10       Q    Did you discuss anything else
11   about this life insurance policy before you
12   got it?
13           MR. DINNOCENZO: Objection.
14       A    Could you repeat the question?
15       Q    Is there anything else that you
16   discussed with him --
17       A    No. That is the only purposes.
18       Q    -- about the life insurance
19   policy?
20       A    No.
21           MR. DINNOCENZO: Wait for her to
22   finish the question.
23           MS. SHERER: I know it's hard
24   because you know where the question is
25   going but we have to wait and pause
```

```
                    LIN              23
 2   because of the court reporter. Let me
 3   see if I can ask it a different way.
 4       Q    I would like to now direct your
 5   attention to page 396. Whose handwriting is
 6   this?
 7       A    Judy Huang.
 8       Q    That is the sales agent; correct?
 9       A    Correct.
10       Q    Who was to be the beneficiary
11   under this policy?
12       A    You mean the main beneficiary?
13       Q    Yes.
14       A    Jean Lin, myself.
15       Q    So you were to be the sole primary
16   beneficiary under the policy; correct?
17       A    Correct.
18       Q    Who was the owner of the policy?
19       A    Jean Lin, myself.
20       Q    You applied for this life
21   insurance on Mr. Lin as owner and primary
22   beneficiary of the policy; correct?
23       A    Could you repeat the question?
24       Q    Sure. You applied for this policy
25   of life insurance on Mr. Lin's life as owner
```

```
                    LIN              24
 2   and primary beneficiary, correct?
 3       A    Correct.
 4       Q    Let's go to page 395 of the
 5   application and I would like to direct your
 6   attention to question three at the top. It's
 7   indicated that the insured, which is Mr. Lin,
 8   already had a $500,000 life insurance policy
 9   with MetLife; correct?
10       A    Yes.
11       Q    Do you recall telling Ms. Huang
12   that he already had a $500,000 life insurance
13   policy from MetLife?
14       A    Could you repeat the question?
15       Q    Sure.
16       A    I was lost.
17       Q    As you sit here today, do you
18   recall telling Ms. Huang about the $500,000
19   MetLife life insurance policy?
20       A    I do have, okay, I do have the
21   answer but I have a question.
22       Q    Sure.
23       A    When you say, you ask me if that,
24   if she tell me or she told me that if.
25       Q    Ask.
```

```
                    LIN              25
 2       A    If she asked me if we have any
 3   other insurance.
 4       Q    Yes.
 5       A    She didn't ask us because she is
 6   our -- she was the -- she also is the one who
 7   sold the previous.
 8       Q    She sold the previous MetLife life
 9   insurance policy to you?
10       A    Yes.
11       Q    So you are saying she already knew
12   about the $500,000 policy?
13       A    Yes.
14       Q    But she did not ask you?
15       A    No.
16       Q    You are saying to your
17   recollection you were never asked whether you
18   had any other life insurance?
19       A    No.
20       Q    But you do agree at this time you
21   had the $500,000 life insurance?
22       A    Yes.
23       Q    You had that one since '99?
24       A    Yes.
25           MS. SHERER: I would like to mark
```

```
                    LIN                    42
 2     A    No. I didn't see.
 3     Q    Do you know why John Hancock
 4  refused to pay the $1,000,000 on the policy?
 5     A    No -- do you mean you want me to
 6  tell you the letter they send me, the
 7  investigation letter?
 8     Q    They sent you a letter explaining
 9  why they won't pay?
10     A    Yes.
11     Q    What did the letter say?
12     A    I don't understand. They said he
13  was pre-conditioned.
14     Q    Did they mention hepatitis B?
15     A    I don't remember.
16     Q    Do you know why they didn't pay?
17     A    I really don't know why.
18     Q    Have you sued John Hancock for its
19  refusal to pay the $1,000,000 policy?
20     A    You mean for this policy?
21     Q    Yes.
22     A    Yes, I did.
23     Q    Other than the three policies we
24  have just discussed, were there any other
25  policies, life insurance policies that were
```

```
                    LIN                    43
 2  applied for on Mr. Lin's life?
 3     A    No.
 4     Q    Any other policies issued?
 5     A    No.
 6     Q    Did you ever apply for a life
 7  insurance policy outside of Irvine,
 8  California?
 9     A    Do you mean me?
10     Q    Let's start with you.
11     A    Okay.
12     Q    Did you ever apply for a life
13  insurance policy outside of Irvine,
14  California?
15     A    No.
16     Q    Did your husband ever apply?
17     A    No.
18          MR. DINNOCENZO: Let her finish.
19          THE WITNESS: Sorry.
20     Q    Did your husband ever apply for
21  life insurance outside of Irvine, California?
22     A    No.
23     Q    Let's get back to the policy that
24  is the subject of this litigation so we will
25  take a look at Exhibit B. Who was present
```

```
 1                  LIN                    44
 2  when you purchased this policy?
 3     A    Me and Judy Huang.
 4     Q    What about Mr. Lin?
 5     A    He was back in the office working.
 6     Q    So it was just you and Judy when
 7  you purchased the policy?
 8     A    Yes.
 9          MR. DINNOCENZO: Do you mean the
10  application?
11          MS. SHERER: Application.
12          THE WITNESS: Do you mean when I
13  filled out the application?
14          MS. SHERER: Yes.
15          THE WITNESS: When we filled out
16  the application who was present?
17          MS. SHERER: Yes.
18          THE WITNESS: Judy and I.
19     Q    Where did this meeting take place?
20     A    In the front office of Uni Micro.
21     Q    That was your office?
22     A    Yes, my husband -- our office, my
23  husband's office.
24     Q    Just for the record, where was Uni
25  Micro located?
```

```
 1                  LIN                    45
 2     A    Do you want an address?
 3     Q    Yes, sure.
 4     A    17921 Sky Park Circle, suite
 5  number H, Irvine, California 92614.
 6     Q    And I think you said you found
 7  Judy through a Chinese yellow pages?
 8     A    Yes, I do.
 9     Q    That was in 1999 when you first
10  bought --
11     A    First bought the policy.
12     Q    The $500,000 policy?
13     A    Yes.
14     Q    Since 1999 and the time you
15  decided to get this policy, $1,000,000
16  policy, had you communicated with Judy in any
17  way, had you spoken to her?
18     A    Could you explain more?
19     Q    I guess I am just trying to
20  understand your relationship with Judy. How
21  often did you speak with her, you know, were
22  you friends, were you friends outside of
23  this?
24     A    We, she tried, she called me
25  constantly. She tried to sell us more
```

```
                              LIN                   46
 1
 2    policy.  That is it.
 3        Q    How often would she call you, for
 4    example?
 5        A    About twice a year.
 6        Q    Twice a year?
 7        A    Yes.
 8        Q    Other than calling you twice a
 9    year, did you ever visit her in her office?
10        A    No, never.
11        Q    Did you ever go out socially with
12    her?
13        A    No.
14        Q    Or talk to her socially?
15        A    In my culture -- could you be more
16    specific?  It's different.
17        Q    Tell me what you mean.  So I guess
18    my question was, did you socialize with her,
19    did you become friends?
20        A    Friend, yes, like friend, but not
21    like you know Rebecca my best friend, not
22    friend friend but you know.  Okay.  I don't
23    know how to say that.
24        Q    Did you ever go out with her
25    socially?
```

```
                              LIN                   47
 1
 2        A    No.
 3        Q    Did you ever have a conversation
 4    with her about things other than life
 5    insurance?
 6        A    Yes, of course like kids, you
 7    know, that is all and the school.
 8        Q    Fair enough.  When you spoke to
 9    Judy generally, when she called you, did the
10    conversation take place in English or
11    Chinese?
12        A    Chinese.
13        Q    All of the time?
14        A    Yes.
15        Q    Let's go back to the time when you
16    completed the application for this policy in
17    your office.  Do you recall being asked
18    generally application questions for this
19    policy?
20        A    Could you explain more about this
21    question?
22        Q    I guess the first question I want
23    to know is do you recall being asked the
24    questions on the application?  I would direct
25    you to the pages, page 394 through 400.  Do
```

```
                              LIN                   48
 1
 2    you recall Judy asking you these questions?
 3        A    394 until 400?
 4        Q    Yes.
 5        A    No, I don't.
 6        Q    You don't recall?
 7        A    No.
 8        Q    Well, when she came over --
 9        A    Um,
10        Q    -- tell me about the time that she
11    came over to Uni Micro.  It was just you two
12    doing the application.  Tell me.
13        A    She just came and she, you know,
14    she filled out the application for me and she
15    asked me anything change or I say nothing
16    changed and then she said okay, you know, and
17    then, you know, she filled out and I just
18    signed it and then we start talking about
19    mother things.
20        Q    Did she fill out the application
21    in front of you?
22        A    Yes, she did.
23        Q    As she was filling out the
24    application, was she translating into Chinese
25    what the application said?
```

```
                              LIN                   49
 1
 2        A    She actually, she was just, you
 3    know, could you be more specific?  What part
 4    of this application?
 5        Q    Well, I am just trying to get a
 6    sense of how the application came to be
 7    filled out.  Did she ask you a question and
 8    then write it out?
 9        A    No.  She just filled out it at
10    once.
11        Q    She just filled out the whole
12    application and didn't ask you a single
13    question?
14        A    She asked me to get my husband's
15    driver's license and I knew his social
16    security number, so, yes.  That is the only
17    thing.
18        Q    Do you recall her asking questions
19    about health and medical?
20        A    No, I don't.
21        Q    You don't recall her asking you a
22    single question about that?
23        A    (No response.)
24        Q    Do you recall her asking you about
25    tobacco or smoking history?
```

**Page 50**

2  A  No.
3  Q  Or anything about traveling; did
4  she ask you any of those things?
5  A  Before we filled out these
6  questions the only thing she asked if
7  anything change. I say nothing.
8  Q  As we sit here today, you don't
9  remember her asking you a single question
10 about health?
11 A  No.
12 Q  The health of Mr. Lin?
13 A  No.
14 Q  As you sit here today, you don't
15 recall her asking you any question about
16 whether he travelled outside of the United
17 States?
18 A  No.
19 Q  As we sit here today, you don't
20 recall her asking you a question specifically
21 about his smoking history; correct?
22 A  (No response.)
23 Q  Do you recall her asking you a
24 question about his smoking history?
25 A  No.

**Page 51**

2  Q  And you testified that all she
3  asked you was if anything changed?
4  A  Yes.
5     MR. DINNOCENZO: Objection.
6  Q  How long was she there?
7  A  Huh?
8  Q  How long was she there?
9  A  She was there about one hour.
10 Q  One hour?
11 A  Yes.
12 Q  And in that one hour, what
13 happened?
14 A  She filled out and then she
15 started telling me the tragedy of her friend.
16 She has a friend's son. He passed away seven
17 years, at age seven years because of the
18 asthma attack. We were both crying so we
19 spent a lot of time talking about kids.
20 Q  In the hour that she was there,
21 how long did it take to do the application?
22 A  I really don't.
23 Q  Estimate.
24 A  About 20 minutes, maybe.
25 Q  And do you remember her asking you

**Page 52**

2  to sign?
3  A  She just, you know, I just signed
4  it. I just sign it and bring it to my
5  husband to sign.
6     MR. DINNOCENZO: Remember to
7  answer her question.
8  Q  Do you remember her asking you to
9  sign it?
10 A  She asked me to sign, she just
11 asked me to sign it, yes.
12 Q  Did you read any of it?
13 A  No.
14 Q  Why didn't you read any of it?
15 A  Because we trusted her.
16 Q  But can you read English?
17 A  I read English, yes. Poorly.
18 Q  Did you ever tell Judy that you
19 would like a copy of this application
20 translated in Chinese?
21 A  Could you?
22 Q  Did you ever ask Judy --
23 A  No.
24 Q  -- to give you a copy of this
25 application translated in Chinese characters?

**Page 53**

2  A  No, I did not.
3  Q  I would like to draw your
4  attention to page 398 and please look at
5  question 21-D.
6     MR. DINNOCENZO: No, here.
7     THE WITNESS: Oh.
8  Q  I am going to read it into the
9  record. The question asks, "Has any person
10 proposed for insurance ever received
11 treatment, attention or advice from any
12 physician, practitioner or health facility or
13 been told by any physician, practitioner or
14 health facility that he or she had ulcers,
15 colitis, hepatitis, cirrhosis or any other
16 diagnosis or disorder of the liver,
17 gallbladder, stomach or intestines." Do you
18 see that question?
19 A  Do you mean now?
20 Q  Yes.
21 A  Now I did, yes.
22 Q  What answer was checked to that
23 question?
24 A  It was checked no.
25 Q  Do you recall being asked this

```
                  LIN              90
 1
 2      A    And whoever.
 3      Q    Whoever helped him with the
 4   application. Do you know if it was Judy?
 5      A    I don't know because I wasn't
 6   there. I wasn't awake.
 7      Q    You weren't awake?
 8      A    They did it in the morning.
 9      Q    You were sleeping?
10      A    I wasn't in the office.
11      Q    So this was done very early in the
12   morning?
13      A    I think so.
14      Q    Do you know where this took place?
15      A    I don't remember. It wasn't, yes,
16   because if I was -- I am not present.
17      Q    You weren't present?
18      A    No.
19      Q    Would you agree that the
20   paramedical took place on or about August 18,
21   2004; does that sound right to you?
22      A    Maybe. The application is --
23   let's see.
24      Q    Page 393 shows.
25      A    This is the August 18 so when you
```

```
                  LIN              91
 1
 2   say paramedic, what does that mean, the day
 3   they draw the blood?
 4      Q    Were you aware that your husband
 5   was asked questions and given some tests with
 6   the blood for a paramedical exam?
 7      A    From my understanding.
 8      Q    Tell me, what is your
 9   understanding?
10      A    It's the day that they draw the
11   blood; correct, no?
12      Q    Well, they do several things.
13   They also ask questions.
14      A    I wasn't there.
15      Q    So you weren't there?
16      A    No.
17      Q    Do you know if your husband did
18   this paramedical exam in his office or in
19   someone else's office?
20      A    I don't remember. I don't want to
21   say something I am not sure.
22      Q    But it was in Irvine, California?
23      A    For sure it's in Irvine.
24      Q    Is your husband's signature on
25   page 393?
```