<u>Lin v. MetLife</u>

07 civ. 3218

# EXHIBIT J

Section 1                                                                 Presidential Series

## PREFERRED CRITERIA (ALL PLANS)
### To Be Applied To MetLife, NEF, GenAM Applications That Qualify For The True Standard Class
(49 or fewer debits)

| | |
|---|---|
| Blood Pressure* | Under age 45     140/90 (147/95*) or less; <br> Ages 45 and over     145/90 (152/95*) or less; <br><br> Available even if currently on antihypertensive medication. |
| Cholesterol* <br> Chol/HDL Ratio | All Ages – 250 (275*) or less and ratio 6.0 or less; <br> Available even if currently under treatment for hyperlipidemia regardless of past levels. |
| Aviation, Avocation, | Available with SRC or exclusion rider |
| Occupation | Available with SRC |
| Foreign Travel or Residence | Not ratable |
| Diabetes | History of gestational diabetes only |
| Cardiovascular | No history of endocarditis; <br><br> ECG abnormalities indicated by Physician Underwriter as acceptable – acceptable for Preferred; <br><br> History of cardiovascular disease that is not ratable due to the application of credits - not acceptable for Preferred; <br><br> History of nonratable (before credits) cardiovascular disease more than 10 years ago - acceptable for Preferred; (Exception: Multiple episodes of phlebitis, no pulmonary embolism – MD Refer) <br><br> History of nonratable (before credits) cardiovascular disease within 10 years – MD Refer to determine if Preferred is available. |
| Cancer (excluding basal cell carcinoma) | No history within 10 years |
| Other Medical History | No SRC, otherwise, as indicated in *Underwriting Manual* |
| Substance Abuse | No history within 10 years |
| Family History | No history of coronary artery disease, cerebral vascular disease, peripheral vascular disease or diabetes with onset under age 60 in an immediate family member (parent or sibling). Hypertension is not included here. |
| DWI | None for 5 years |
| Other Driving | No more than 2 moving violations within 3 years |
| Build* | See Chart on Page 1D-5 |
| Liver Enzymes | No ratable results for alkaline phosphatase, AST, ALT, GGTP, total bilirubin |

Continued on next page

Tower #1

1D - 3
April 2002



PLAINTIFF'S EXHIBIT 2
2-22-08 CB
Blumberg No. 5113

CONFIDENTIAL ML 00725