**Lin v. MetLife**

**07 civ. 3218**

# EXHIBIT K

Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, New York, NY 11101

**MetLife®**

**Tomasita L. Sherer**
Senior Counsel
Law Department
tsherer@metlife.com
Tel 212 578-3102    Fax 212 743-0668

May 16, 2008

**VIA FEDERAL EXPRESS**

Eric Dinnocenzo, Esq.
TRIEF & OLK
150 E. 58th Street, 34th Fl.
New York, NY 10155
(212) 486-6060 (Tel)

Re:   *Lin v. MetLife, Index No. 07-CV-3218 (S.D.N.Y.)*
      Policy No. 204 126 416 ET

Dear Eric:

Enclosed please find company guidelines responsive to your requests, bates stamped CONFIDENTIAL ML 1091-1106. Please utilize in accordance with our confidentiality agreement. Thank you.

If you have any questions, please feel free to call me.

Sincerely yours,

*[signature]*

Tomasita L. Sherer

Enclosures



## Cholesterol
### (Hyperlipidemia, Hypercholesterolemia)

**Lipids**

| Total Cholesterol mg/dl | Cholesterol / HDL Ratio | | | | Cholesterol HDL Ratio not available |
|---|---|---|---|---|---|
| | < 3.5 | 3.5 - 6.0 | 6.1 - 10 | > 10 | |
| < 200 | 0 | 0 | 0 | Refer to Med Dir | |
| 200 - 240 | 0 | 0 | 0 | +25 | |
| 241 - 300 | 0 | 0 | 0 | +50 | |
| 301 - 350 | 0 | 0 | +50 | +100 | |
| 351 - 400 | 0 | +50 | +100 | +200 | |
| > 400 | Refer to Med Dir | Refer to Med Dir | Refer to Med Dir | Refer to Med Dir | |

**Isolated Triglyceride Elevations**

Triglycerides may be elevated in a nonfasting specimen. Fasting status should be taken into account when evaluating isolated triglyceride elevations.

| | |
|---|---|
| ≤400 | +0 |
| 401 - 800 | +50 |
| > 800 | Refer to Med Dir |

(VERSION NOTE This topic replaces and supersedes its previous version OUTDATED-Cholesterol Rating Schedule V0 as of April 3, 2001)

CONFIDENTIAL ML LIN 1091

# Liver Function Tests Rating Schedule

**Liver Function Tests**  [Other Tests]  [Medications]  [Info]  [Text]

### Key Factors

**Alkaline phosphatase**    Normal range 30 - 115 U/L

    No other LFT abnormalities or history of malignancy

        **Adolescents**

| | |
|---|---|
| To 345 (or 3 times lab normal) | + 0 (May be considered for Select Preferred/Elite) |
| 346 up | Refer to Med Dir |

        **Pregnant Females**

| | |
|---|---|
| To 230 (or 2 times lab normal) | + 0 (May be considered for Select Preferred/Elite) |
| 231 up | Refer to Med Dir |

        **All Others**

| | |
|---|---|
| During healing phase of bone fracture or following bone surgery | I.C. |
| Otherwise: | |
| To 185 | + 0 |
| 186 - 230 | + 50 to + 100 |
| 231 up - | Refer to Med Dir (Usually Decline) |

    **With other LFT abnormalities or history of malignancy**

| | |
|---|---|
| May require current evaluation | Refer to Med Di |
| | Sum ratings to Decline |

**Bilirubin**    Normal range 0.5 - 1.5

    Cause unknown

| | |
|---|---|
| Up to 3.5 mg/dl | + 0 |
| Over 3.5 mg/dl - Refer to Med Dir | + 50 to 100 up |

    Cause known

| | |
|---|---|
| All | Rate for cause |

### GGT/ ALT/ AST Ratings

(VERSION NOTE This topic replaces and supersedes its previous version OUTDATED-Liver Function Tests Rating Schedule V0 as of February 8, 2003)

CONFIDENTIAL ML LIN 1096