**<u>Lin v. MetLife</u>**

**07 civ. 3218**

# EXHIBIT O



**M S ⚕ S M**

MOUNT SINAI
SCHOOL OF
MEDICINE

**Louis M. Aledort, M.D., M.A.C.P.**

The Derald H. Ruttenberg
Treatment Center

Mount Sinai School of Medicine
1190 Fifth Avenue, Box 1006
New York, NY 10029-6574

Tel.: 212.860.0205
Fax: 212.987.3326
E-mail: louis.aledort@mssm.edu

March 12, 2008

Mr. Ted Trief
Trief & Olk
150 East 58th Street, 34th Floor
New York, NY 10155

      Re:    Bang Lin

Dear Mr. Trief,

I am the Mary Weinfeld Professor of Clinical Research in Hemophilia, a chaired faculty at the Mount Sinai School of Medicine in New York City. I am licensed to practice medicine in the State of New York and am board-certified in Internal Medicine and Hematology. I was actively involved in the research of the epidemiology of HIV and Hepatitis B and C in hemophilia and transfusion recipients supported by the CDC and the National Institutes of Health. I have reviewed the medical records of Bang Lin from his treating physician, Dr. Kam, as well as the deposition transcript of the Dr. Kam.

Commencing in September 5, 1998, Mr. Lin treated with Dr. Kam for Hepatitis B. Hepatitis B is common among the Asian population and is often vertically transmitted from mother to child. A large number of Asians infected with Hepatitis B spontaneously recover from the condition, and a large number are treated successfully.

Although the etiology of Mr. Lin's Hepatitis B is unclear, his diagnosis is. He began treatment with Dr. Kam. Dr. Kam prescribed interferon therapy for Mr. Lin beginning in September 1998. Interferon was the accepted treatment for Hepatitis B at that time. The interferon treatment ended on about February 6, 1999. Dr. Kam continued to monitor Mr. Lin through regular lab testing until 2005. Mr. Lin expired on August 11, 2006 as a result of contracting stomach cancer. His death was completely unrelated to his diagnosis of Hepatitis B.

Mr. Lin's lab test results over the period of time that he was treated and monitored by Dr. Kam verify that he was, indeed, as Dr. Kam informed the patient, successfully treated and cured of Hepatitis B. After being treated with interferon, on November 14, 1998, Mr. Lin showed a conversion of Hepatitis B antigen from positive to negative, demonstrating that his condition had been successfully treated and he no longer had an active infection. This is verified in the lab results and handwritten medical records from Dr. Kam on that date.

Significantly, after treatment, Mr. Lin's lab markers showed a consistent trend of normal liver function and negative HBV DNA results, indicating that his Hepatitis B was no longer active and thus had no impact on his longevity or survival. The HBV DNA test results, such as in February 19, 2003 and February 7, 2004, although minimally elevated, are within the realm of testing error, and because of the low concentration and lack of clinical significance, are to be considered as negative.

Additionally, ultrasounds in 1998 and 2004, as well as a normal alpha feto protein test on September 5, 1998, and consistently normal blood counts, indicate that Mr. Lin was not suffering from cirrhosis or liver cancer during the period of his continued follow-up.

I concur with the course of treatment prescribed by Dr. Kam and his subsequent conclusion, as he stated to the patient, that he was successfully treated and cured. Mr. Lin's clinical condition, response to therapy, and normal lab results (including minimally elevated laboratory test results within the range of lab error), indicated that he was successfully treated and needed no further intervention. Mr. Lin's prognosis with respect to his longevity was not reduced by his successful treatment for Hepatitis B.

I hold the above opinions to a reasonable degree of medical certainty.

Sincerely,

Louis M. Aledort, MD, MACP

LMA/nds

I hereby attest that the facts and opinions contained in my narrative report dated March 12, 2008 regarding Bang Lin are my own and are held to a reasonable degree of medical certainty.


Signed under the pains and penalties of perjury on this ___ day of April 2008.

Louis Aledort, M.D.

**Curriculum Vitae**

**LOUIS M. ALEDORT, M.D.**

**Date of Birth:**   December 28, 1934

**Marital Status:**  married, 2 children

**Home Address:**
300 Central Park West, #3H
New York, New York  10024

**Office Address:**
Louis M. Aledort, MD
The Mary Weinfeld Professor of Clinical Research in Hemophilia
Mount Sinai School of Medicine
One Gustave L. Levy Place, Box 1006
New York, NY  10029-6574
Tel.: 212.241.7971
Fax: 212.987.3326
louis.aledort@mssm.edu

## Education & Training:

| | |
|---|---|
| Queens College of the City of New York, Bachelor of Science, Chemistry | 1951-1955 |
| Albert Einstein College of Medicine, Bronx, New York Doctor of Medicine | 1955-1959 |
| Intern, Internal Medicine, University of Virginia Hospital | 1959-1960 |
| Resident, Internal Medicine, University of Virginia | 1960-1961 |
| Associate Resident in Internal Medicine, Strong Memorial Hospital, Rochester, New York | 1963-1964 |
| Hematology Fellowship, Strong Memorial Hospital, Rochester, New York | 1964-1966 |

## Licensure:

Licensed to practice medicine in the State of New York
New York State License #90221    Date issue: January 1, 1966
Certification, Board of Hematology #24532, 1972
Certification, Board of Internal Medicine #24532, 1966

## Other Academic Positions:

| | | |
|---|---|---|
| 1961-1963 Raphael | NIAMD, Bethesda, Maryland | Clinical Associate with Dr. Shulman, Hematology Division (USPHS Sr. Asst. Surgeon) |
| 1964-1966 | University of Rochester Rochester, New York | Instructor in Medicine Medical School, Fellow in Hematology, Associate Physician |
| 1966-1967 | The Mount Sinai Hospital, New York, New York | Research Assistant in Hematology |
| 1966-1967 | Mount Sinai School of Medicine New York, New York | Associate in Medicine |
| 1967-1973 | Mount Sinai School of Medicine New York, New York | Assistant Professor in Medicine |
| 1967-1973 | Mount Sinai School of Medicine New York, New York | Assistant Attending in Medicine |
| 1973-1979 | Mount Sinai School of Medicine New York, New York | Associate Professor in Medicine |
| 1973-1979 | Mount Sinai School of Medicine New York, New York | Associate Attending in Medicine |
| 1975-1988 | Mount Sinai School of Medicine New York, New York | Vice Chairman, Dept. of Medicine |
| 1979 | Mount Sinai School of Medicine New York, New York | Professor in Medicine |
| 1979 | Mount Sinai School of Medicine New York, New York | Attending in Medicine |
| 1979 | Cornell University Medical College New York, New York | Adjunct Professor in Medicine |
| 1988-1994 | Mount Sinai School of Medicine New York, New York | Dean for Faculty & Hospital Affairs |
| 1993-present | Mount Sinai School of Medicine New York, New York | The Mary Weinfeld Professor of Clinical Research in Hemophilia |
| 1999-present | New School University | Scientist-in-Residence |

## Major Positions:

| | |
|---|---|
| 1966-1978 | Director, Coagulation Laboratory, The Mount Sinai Hospital, New York |
| 1966-1976 | Director, Student Health, Mount Sinai School of Medicine, New York |
| 1969-1983 | Medical Director, National Hemophilia Foundation |
| 1970-1980 | Medical Secretary, World Federation of Hemophilia |
| 1972-1997 | Director of International Hemophilia Training Center at Mount Sinai School of Medicine, New York |
| 1974-1979 | Executive Secretary, Policy Board, Persantine Aspirin Reinfraction Study |
| 1975-1983 | American Society of Hematology, Public Information Committee |

| | |
|---|---|
| 1975-1985 | Advisory Panel, House, Ways and Means Committee on National Health Insurance |
| 1975-1983 | Permanent Seat, American Blood Commission |
| 1975-1977 | Vice President, American Blood Commission |
| 1975-1980 | Panel on Review of Blood and Blood Derivatives, FDA panel member |
| 1975-1980 | Executive Committee, American Blood Commission |
| 1977-1980 | Medical Advisory Board, American National Red Cross |
| 1978-1979 | Secretary, American Blood Commission |
| 1978-1983 | Plasma and Plasma Products Committee, American Blood Commission |
| 1980-1986 | Blood Consultant, World Health Organization |
| 1980-1984 | Executive Secretary, Policy Board, Persantine Aspirin Reinfraction Study II |
| 1982-1986 | Clinical Practice Committee, American Society of Hematology |
| 1983-1993 | Chairman, Committee on Practice, American College of Physicians |
| 1983- | Member, Board of Directors, Scientific Advisory Committee, Vice President, Irvington Institute for Immunological Research |
| 1984-1986 | Chairman, International Hemophilia Training Centers of the World Federation of Hemophilia |
| 1986-1988 | Vice President, Faculty Practice Associates, Mount Sinai School of Medicine |
| 1986- | Co-Chairman, International Congress on Thrombosis and Hemostasis, Subcommittee on Factor VIII & IX |
| 1986- | Member, International Congress on Thrombosis and Hemostasis, Subcommittee on von Willebrand's Disease |
| 1987-1993 | Chairman, Committee of Practice, American Society of Hematology |
| 1987-1988 | Public Education Committee, American Society of Hematology |
| 1988-1993 | Member, Committee on Public Information and Governmental Affairs, American Society of Hematology |
| 1990-1993 | Member, Committee on Practice, American College of Physicians |
| 1993- | Chairman, Fellowship Committee, Irvington Institute for Immunological Research |
| 1994- | Member, Education Committee, American Society of Hematology |
| 1994-1998 | Medical and Scientific Advisory Committee, World Federation of Hemophilia |
| 1994- | Editorial Advisory Board, Hemophilia |
| 1995- | Member, Advisory Board, Maternal and Child Health Bureau, HHS |
| 1996- | Scientific Advisor, American National Red Cross |
| 1997- | Member, Professional Advisory Committee, Visiting Nurse Service of New York |
| 1997- | Member, Medical and High Tech Advisory Committee, Visiting Nurse Service of New York |
| 1997- | Member, Scientific Advisory Committee, Nabi |
| 1997- | Member, Scientific Advisory Committee, Novo Nordisk Pharmaceuticals, Inc. |
| 1995-2000 | Member, Borough of Tenafly (NJ) Department of Health |
| 1998-2000 | President, Borough of Tenafly (NJ) Department of Health |
| 2000-present | Councilor, American College of Physicians-American Society of Internal Medicine, Downstate I Manhattan North Council |
| 2000-present | District President, American College of Physicians-American Society of Internal Medicine, Downstate I Manhattan North |
| 2003-present | Member, Editorial Board, *Current Hematology Reports* |
| 2003-present | Member, Board of Governors, Eugene Lang College of New School University |
| 2003-2006 | Member, Editorial Board, *American Journal of Hematology* |
| 2007-present | Associate Editor, *Haemophilia* |

## Professional Activities:

| | |
|---|---|
| 1969-1970 | President, Albert Einstein College of Medicine Alumni |
| 1970-1972 | Alumni Council, Yeshiva University |
| 1972-1983 | Testify before: |
| | House, Ways and Means Committee |
| | Senate and House Health Subcommittee |
| | Foreign and Interstate Commerce Committee |
| 1972 | Hemophilia Liaison to WHO |

3

| | |
|---|---|
| 1972-1973 | Task Force, NHLI - Coagulation |
| 1972-1973 | Task Force on Medically Important Problems, NIGMS |
| 1974-1975 | Ad Hoc Committee for Establishment of American Blood Commission, HEW |
| 1974-1975 | Task Force on Synthesis of Factor VIII, NHLI |
| 1974-1975 | Task Force on Factor VIII Inhibitors, NHL |
| 1974-1975 | Task Force on Factor IX, FDA/NHLI |
| 1974-1975 | Task Force on Animal Models, National Academy of Sciences, NRC, ILAR |
| 1974-1975 | Coordinator, Workshop on VIII-Carrier Detection, NHLI |
| 1974-1978 | Chairman, Committee on International Conservation of Blood Resources, WFH |
| 1974-1975 | Factor VIII Subcommittee of the International Society on Thrombosis and Hemostasis |
| 1975-1976 | Coordinator, Hemophilia Education Program, NHLI/OPCE |
| 1976-1976 | New York Advisory Committee, ACP-Governor Downstate Region 1 |
| 1976-1976 | Chairman, Workshop on Complications of Hemophilia, NHLI, FDA, NHF |
| 1976-1976 | Advisory Committee, Public Law #94-63, HSA |
| 1976-1976 | Advisory Committee, Implementation of Public Law #94-31, NHLI |
| 1976-1980 | Standing Committee on Blood and Blood Component Utilization, ABC |
| 1976-1977 | Hematology Consultant, PSRO |
| 1976-1976 | Member, Technical Advisory Board of the Booz-Allen Hemophilia Study |
| 1976-1977 | Member, Advisory Board of the HSA Hemophilia Program |
| 1979-1981 | Search Committee, University of Rochester, Hemophilia Center Medical Director |
| 1979-1981 | Search Committee, NHF Executive Director |
| 1979-1988 | Editorial Advisory Board, Primary Cardiology |
| 1979-1983 | US/USSR Exchange Program - Problem Area 6, NHLBI |
| 1981-1984 | Member, Genetic Disease Review and Advisory Committee of the HSA |
| 1981-1985 | Member, Blood Diseases and Resources Advisory Committee of the NHLBI |
| 1981-1986 | Member, Expert Advisory Panel on Human Blood Products and Related Substances |
| 1982-1992 | Editorial Advisory Board, Hospital Practice |
| 1982-1986 | Secretary of Health Task Force on Auto Immune Deficiency Syndrome (AIDS) |
| 1983-1986 | Editorial Board, AIDS Research |
| 1983- | NHLBI Task Force on Auto Immune Deficiency Syndrome (AIDS) |
| 1984-1987 | Member, ICTH Subcommittee on Factor VIII and von Willebrand Factor |
| 1985-1990 | Member, Committee on Health and Public Policy |
| 1986-1990 | Working Group, Medical, Social and Health Policy Implications of Screening Tests for Anti-HIV, AIDS Institute |
| 1987- | Subcommittee on vWF, ICTH |
| 1987- | Subcommittee on Factor VIII and IX, ICTH |
| 1987- | Consultant Field Reader, Office of Orphan Products Development, Department of Health and Human Services |
| 1987- | Member, Local Arrangements Committee of the American College of Physicians. |
| 1989- | Member, Legislation Committee of the American Society of Internal Medicine |
| 1994- | Member, Subcommittee on Factor VIII and IX, International Society on Thrombosis and Hemostasis |
| 1994- | Member, Medical Advisory Board, World Federation of Hemophilia |
| 1994- | Data Monitoring Committees: |
| | PARIS Study |
| | Recombinant VIII (Chairman) |
| | PCR for Biologics |
| | Activated Prothrombin Complex Materials for the Treatment of Antibodies |
| | HIV Vaccine and Viral Titres |
| | Factor IX Products and Viral Safety in PUPs |
| 1996- | Member, Internal Advisory Committee, Gene Therapy Hemophilia B |
| 2001 | Frederick Stohlman Jr. MD Visiting Professor, St. Elizabeth's Medical Center of Boston |
| 2001-present | Member, Program Coordinating Committee, American College of Physicians |
| 2002-present | Member, Editorial Board, *Thrombosis Journal* |
| 2002-present | Member, Editorial Board, *Current Hematology Reports* |

## Professional Membership:

| | |
|---|---|
| 1968- | American Society of Hematology |
| 1968- | New York Society for the Study of Blood |
| 1968- | International Society of Hematology |
| 1968- | American Physiological Society |
| 1970- | Fellow of the American College of Physicians, #00017342 |
| 1971- | Council on Thrombosis, American Heart Association |
| 1976- | American Association for the Advancement of Science |

## Review for Following Journals:

Proceedings of the Society for Experimental Biology and Medicine
Blood
Circulation
Medical Letter
Journal of Laboratory and Clinical Medicine
Thrombosis Research
Annals of Internal Medicine
American Journal of Cardiology
New England Journal of Medicine
American Journal of Medical Genetics
Thrombosis and Hemostasis
Mount Sinai Journal
American Dental Assistants Association
American Journal of Medicine
Journal of Infectious Diseases
Haemophilia

## Awards and Honors:

| | |
|---|---|
| 1983 | Alpha Therapeutic Award |
| 1984 | Mount Sinai School of Medicine, Department of Medicine Service Award |
| 1984 | NHF Murray Thelin Science Award |
| 1986 | Festschrift, presented by NHF, proclaimed "Lou Aledort Day" |
| 1990 | Mount Sinai Medical Center, Dept. of Nursing Life Time Achievement Award |
| 1991 | Solomon Berson Award |
| 1998 | Tribute Symposium: National, Cultural, and Economic Considerations Affecting Diagnostic and Treatment Practices in Hemophilia Throughout the Americas: A Pan-Caribbean Conference; San Juan, Puerto Rico |
| 2004 | Mastership, American College of Physicians |
| 2005 | Laureate Award, American College of Physicians, NY Chapter |

## Academic Activities:

Transfusion Committee
Patient Care Committee
Internship Committee
Semi-Private Committee
Attendings Committee
House Staff Integration Committee
Medical Service Plan Advisory Council
Academic Council Committee on Promotions (Medical Students)
Unit Management
Search Committee for Spinal Cord Injury Center (Bronx VA)
VA Dean's Committee
Academic Council Committee on Promotions
Chart Review Committee
House Staff Evaluation Committee

Ward Billing Committee
Private Ambulatory Care Model
Patient Scheduling Committee
Nurse Retention and Recruitment Task Force
Ad Hoc Subcommittee to Review Use of 10% Special Fund
Ad Hoc Committee on Research and Educational Resources
Ad Hoc Committee to Review Anesthesiology Residency Program
Surveillance Committee
Clinical Standards Committee
Clinical Advisory Committee
Code of Behavior Committee
Teaching Committee
Moonlighting Committee
Executive Committee of the Association of the Attending Staff
Evidence-based teaching

# Bibliography

1.    Millichap JG, Aledort LM, Madsen JA. A critical evaluation of therapy of febrile seizures. J Pediatr 1960; 56: 3: 364-368.

2.    Millichap JG, Madsen JA, Aledort LM. Studies in febrile seizures: V. clinical and electroencephalographic study in unselected patients. Neurol 1960; 10: 7:643-653.

3.    Shulman NR, Marder VJ, Aledort LM, Hiller MC. Complement-fixing isoantibodies against antigens common to platelets and leukocytes. Trans Assoc Am Physic 1962; 75: 89-98.

4.    Shulman NR, Marder VJ, Aledort LM, Hiller MC. Isoantibodies against platelets and leukocytes. Proc Soc Blood Transf 1964; 439-447.

5.    Moss AJ, Aledort LM. Use of Edrophonium (Tensilon) in the Evaluation of Supraventricular Tachycardias. Am J Cardiol 1966; 17: 58-62.

6.    Aledort LM, Hodges M, Brown JA. Irreversible Renal Failure Eue to Malignant Lymphoma. Ann Intern Med 1966; 65: 1: 117-121.

7.    Aledort LM, Weed RI, Troup SB. Ionic Effects on Firefly Bioluminescence Assay of Red Blood Cell ATP. Analyt Biochem 1966; 17: 2: 268-277.

8.    Weiss HJ, Aledort LM. Impaired platelet/connective-tissue reaction in man after aspirin ingestion. Lancet 1967; 495-497.

9.    Aledort LM, Lord GP. Idiopathic Pulmonary Hemosiderosis:   Severe Anemia Without Hemoptysis - One Year Follow-Up of Pulmonary Function. Arch Intern Med 1967; 120: 220-223.

10.    Aledort LM, Troup SB, Weed RI. Inhibition of Sulfhydryl-Dependent Platelet Functions by Penetrating and Non-Penetrating Analogues of Parachloromercuribenzene. Blood 1968; 31: 4: 471-479.

11.    Aledort LM, Niemetz J. Dissociation of Platelet Aggregation from Clot Retraction, Potassium Loss, and Adenosine Triphosphatase Activity. Proc Soc Exp Biol Med 1968; 128:658-661.

12.    Weiss HJ, Aledort LM, Kochwa S. The Effect of Salicylates on the Hemostatic Properties of Platelets in Man. J Clin Invest 1968; 47: 9: 2169-2180.

13.    Aledort LM, Hirsch C, Udkow M, Puszkin E. Effect of Anticoagulants on Calcium and Magnesium Content of Human Platelets. Transfusion 1969; 9: 4: 212-213.

14.    Puszkin E, Aledort LM, Puszkin S. Human Platelets: Amino Acid Synthesis. Proc Soc Exp Biol Med 1969; 131: 957-959.

15.    Puszkin E, Aledort L, Puszkin S. The labeling of dicarboxylic amino acids and their amides by glucose and acetate in human platelets. J Lab Clin Med 1970; 75: 2: 234-243.

16.    Puszkin E, Puszkin S, Aledort LM. Colchicine-binding Protein from Human Platelets and Its Effect on Muscle Myosin and Platelet Myosin-like Thrombosthenin-M. J Biol Chem      1970; 246: 2:271-276.

17.    Aledort LM. The Management of Hemophilia: A Perspective. Drug Ther 1971; 1: 3: 55-59.

18.    Aledort LM, Gilbert HS, Puszkin E. Patterns of Endogenous Platelet Serotonin Release. Transfusion 1971; 11: 5: 266-269.

19.    Puszkin E, Gutfreund D, Aledort LM. Hemostatic Abnormalities in Heroin Addicts.
       Transfusion 1972; 12: 1: 9-11.

20.    Goldman BA, Aledort LA [sic]. Essential Athrombia: A Family Study. Ann Intern Med
       1972; 76: 2 :269-273.

21.    Litwak RS, Jurado RA, Lukban SB, Mitchell BA, Kahn M, Berger S, Estioko MR, Aledort L.
       Perfusion without donor blood. J Thorac Cardiovasc Surg 1972; 64: 5: 714-728.

22.    Burrows L, Haimov M, Aledort L, Leiter E, Nirmul G, Shanzer H, Taub R, Glabman S.
       The Platelet in the Obliterate Vascular Rejection Phenomenon. Transplant Proc 1973; 5: 1: 157-
       160.

23.    Aledort LM, Puszkin S, Puszkin E, Hanson J, Katz AM. Control of Platelet Contraction.
       Ser Haemat 1973; 6: 3: 410-417.

24.    Hanson JP, Repke DI, Katz AM, Aledort LM. Calcium ion control of platelet thrombosthenin
       ATPase activity. Biochim Biophys Acta 1973; 314: 382-389.

25.    Berger S, Aledort LM, Gilbert HS, Hanson JP, Wasserman LR. Abnormalities of Platelet Function
       in Patients with Polycythemia Vera. Cancer Res 1973; 33: 2683-2687.

26.    Puszkin S, Puszkin E, Katz AM, Aledort LM. Control of platelet actomyosin activity: effect of
       ADP on superprecipitation and ATPase activity of human platelet actomyosin. Biochim Biophys
       Acta 1974; 347: 102-112.

27.    Aledort LM. Blood fractions for hæmophilia. Lancet 1974; 2: 1452.

28.    Hearing before the Subcommittee on Health of the Committee on Labor and Public Welfare,
       United States Senate, Ninety-Third Congress, First Session on S.1326 (Hemophilia Act of 1973)
       to amend the Public Health Service Act to provide for programs for the diagnosis and treatment of
       hemophilia, November 15, 1973 (Testimony        of Louis M. Aledort, MD) 1974, 22-25.

29.    Aledort LM, Gilbert MS, Rapaport SI. Introduction: Recent Advances in Hemophilia. Ann NY
       Acad Sci 1975; 240: 5-6.

30.    Walsh PN, Rizza CR, Evans BE, Aledort LM. The therapeutic role of epsilon aminocaproic acid
       (EACA) for dental extractions in hemophiliacs. Ann NY Acad Sci 1975; 240: 267-276.

31.    Aledort LM (ed). Recent Advances in Hemophilia. Ann NY Acad Sci 1975; 240: 1-426.

32.    Tamari Y, Aledort L, Puszkin E, Degnan TJ, Wagner N, Kaplitt MJ, Pierce EC II.
       Functional Changes in Platelets During Extracorporeal Circulation. Ann Thorac Surg
       1975; 19: 6: 639-647.

33.    Benis AM, Nossel HL, Aledort LM, Koffsky RM, Stevenson JF, Leonard EF, Shiang H,
       Litwak RS. Extracorporeal Model for Study of Factors Affecting Thrombus Formation.
       Thrombos Diathes Haemorrh 1975; 34: 1: 127-144.

34.    Aledort LM. Animal research and the shrinking dollar. J Lab Clin Med 1975; 86: 6: 899-900.

35.    Gorlin R, Aledort LM. Stop the Clot, Stop the Infarction. Prim Cardiol 1975; 1: 3: 4.

36.    Kasper CK, Aledort LM, Counts RB, Edson JR, Fratantoni J, Green D, Hampton JW, Hilgartner
       MW, Lazerson J, Levine PH, McMillan CW, Pool JG, Shapiro SS, Shulman NR, van Eys J.

A More Uniform Measurement of Factor VIII Inhibitors. Thrombos Diathes Haemorrh 1975; 34: 869-872.

37.     Aledort LM. Can a National All Voluntary Blood Transfusion Service by Adequate Blood Component Therapy Cover Actual and Future Needs of AHF? Vox Sang 1976; 31: 296-297.

38.     Patel I, Aledort L, Puszkin EG. Amino Acid Metabolism of Platelets in Leukemia. Cancer Res 1976; 36: 1263-1266.

39.     Aledort LM. Platelets and Thromboembolism. Thromb Plate Anticoag 1976; 2: 156-165.

40.     Aledort LM. Anticoagulant Drugs: When to Use - and How. Primary Cardiol 1976 ;2: 38-40.

41.     Aledort LM. Anti-Platelet Drugs: Newest in Anticoagulant Therapy. Primary Cardiol 1976; 2: 34-37.

42.     Supplemental Hearing before the Subcommittee on Health and the Environment of the Committee on Interstate and Foreign Commerce, House of Representatives, Ninety-Fourth Congress, Second Session on H.R. 12937, H.R. 14309, and H.R. 14822 (identical bills), bills to establish a national system of maternal and child health care, and H.R. 14497, a bill to establish a national health insurance system for maternal and child health care, September 13, 1976 (Maternal and Child Health Care Act, 1976) (Testimony of Louis M. Aledort, MD) 1976; 250-256.

43.     Ambrose JA, Aledort LM. Human model for the study of abnormal platelet function in atherosclerotic heart disease. Am J Cardiol 1976; 38: 667-668.

44.     Aledort LM, Grupenhoff JT. Legislative Considerations for Studies with Animal Models. Animal Models of Thrombosis and Hemorrhagic Diseases, DHEW Publication No. (NIH) 76-982. NIH 1976; 159-165.

45.     Klein HG, Aledort LM, Bouma BN, Hoyer LW, Zimmerman TS, DeMets DL. A co-operative study for the detection of the carrier state of classic hemophilia. N Engl J Med 1977; 296: 959-962.

46.     Aledort LM. Factor IX and thrombosis. Scand J Haematol 1977; 30(suppl): 40-42.

47.     Aledort LM. Home Care - An International Challenge. Scand J Haematol 1977; 30(suppl): 55.

48.     Aledort LM. World Use of Blood Products for Hemophilia. Scand J Haematol 1977;30(suppl): 56-57.

49.     Aledort LM. Methods of Care, Products Available, Complications of Therapy. Mt. Sinai J Med 1977; 44: 3: 332-338.

50.     Joint Hearing before the Subcommittee on Health Committee on Ways and Means and the Subcommittee on Health and the Environment Committee on Interstate and Foreign Commerce, U.S. House of Representatives, Ninety-Fifth Congress, First Session on H.R. 6575 Hospital Cost Containment Act of 1977, May 13, 1977 (Testimony of Louis M. Aledort, MD) 1977; 1074-1077.

51.     Aledort LM: Hematologic Management and Surgery in Hemophilia. Mt. Sinai J Med 1977; 44: 3: 371-373.

52.     Gilbert MS, Aledort LM (eds): Comprehensive care in hemophilia: a team approach. Mt. Sinai J Med 1977; 44: 3: 313-479.

53.     Aledort LM: Epilogue. Mt. Sinai J Med 1977; 44: 3: 477-479.

54.     Aledort LM: Anticoagulation with Coumarin Drugs. Primary Cardiol 1977; 3: 34-37.

55.     Akhmeteli MA, Aledort LM, Alexaniants S, Bulanov AG, Elston RC, Ginter EK, Goussev A, Graham JB, Hermans J, Larrieu MJ, Lothe F, McLaren AD, Manucci [sic] PM, Prentice CRM, Veltkamp JJ. Methods for the detection of haemophilia carriers: a Memorandum. Bulletin WHO 1977; 55: 6: 675-702.

56.     Aledort LM. When to Anticoagulate with Heparin. Primary Cardiol 1977; 3: 20-23.

57.     Patel IP, Ambinder E, Holland JF, Aledort LM. In Vitro and In Vivo Comparison of Single Donor Platelets and Multiple-Donor Pooled Platelets Transfusions in Leukemic Patients. Transfusions 1978; 18: 1: 118-121.

58.     Hearings before the Subcommittee on Health of the Committee on Ways and Means, House of Representatives, Ninety-Fifth Congress, Second Session , June 19, 22, 1978 (Amendments to the Medicare Program) (Testimony of Louis M. Aledort, MD) 1978; 359-360.

59.     Evans BE, Aledort LM. Hemophilia and dental treatment. JADA 1978; 96: 827-834.

60.     Gendelman S, Aledort L, Hollin S. Intracranial Meningioma in Factor IX Deficiency. JAMA 1978; 239: 8: 748-749.

61.     Evans BE, Aledort LM. Inhibition of ejaculation due to epsilon aminocaproic acid. N Engl J Med (letter) 1978; 298: 3 :166-167.

62.     Eyster ME, Gill FM, Blatt PM, Hilgartner MW, Ballard JO, Kinney TR, and the Hemophilia Study  Group. Central Nervous System Bleeding in Hemophiliacs. Blood 1978; 51: 6: 1179-1188.

63.     Lusher JM, McMillan CW, and the Hemophilia Study Group. Severe Factor VIII and Factor IX Deficiency in Females. Am J Med 1978; 65: 637-648.

64.     Evans BE, Irving SP, Aledort LM. Use of microcrystalline collagen for hemostasis after oral surgery in a hemophiliac. J Oral Surg 1979; 37: 126-128.

65.     Vlachakis ND, Aledort L. Platelet aggregation in relationship to plasma catecholamines in patients with hypertension. Atherosclerosis 1979; 32: 451-460.

66.     Aledort LM. Heparin Dosage: Is It Disease Specific? Prim Cardiol 1979; 5: 8-10.

67.     Aledort LM. Comprehensive Care of Hemophilia. SE Asian J Trop Med Publ Health 1979; 10: 2: 280-281.

68.     Aledort LM. Problem of Abnormal Hemostasis in Liver Disease. SE Asian J Trop Med Publ Health 1979; 10: 3: 348-349.

69.     Aledort LM. At Last - A National Blood Policy? Hospital Practice 1979; 14: 11-15.

70.     Hearings before the Subcommittee on Health of the Committee on Ways and Means, House of Representatives, Ninety-Sixth Congress, First Session, June 18, 27, 1979 (Amendments to the Medicare Program) (Testimony of Louis M. Aledort, MD) 1979, 200-204.

71.     Vlachakis ND, Aledort L. Platelet Lipid Peroxides as Determinant of Platelet Survival and Sympathetic Stimulation in Patients with Hypertension. Biochem Med 1979; 21: 94-103.

72.     Kasper CK, and the Hemophilia Study Group. Effect of Prothrombin Complex Concentrates on Factor VIII Inhibitor Levels. Blood 1979; 54: 6: 1358-1368.

73.     Vlachakis ND, Aledort L. Hypertension and Propranolol Therapy:  Effect on Blood Pressure, Plasma Catecholamines and Platelet Aggregation. Am J Cardiol 1980; 45: 321-325.

74.     Lusher JM, Shapiro SS, Palascak JE, Rao AV, Levine PH, Blatt PM, and the Hemophilia Study Group. Efficacy of prothrombin-complex concentrates in hemophiliacs with antibodies to factor VIII. N Engl J Med 1980; 303: 8: 421-425.

75.     Persantine-Aspirin Reinfarction Study Research Group, The. Persantine and Aspirin in Coronary Heart Disease. Circulation 1980; 62: 3: 449-461.

76.     Aledort LM:  Working together:  the secret to financial counseling in hemophilia (interview). ECHO 1980; 1: 5: 2-3.

77.     Persantine-Aspirin Reinfarction Study Research Group. Persantine-Aspirin Reinfarction Study: Design, Methods and Baseline Results. Circulation 1980; 62; 3: II1-42.

78.     Aledort LM. The Availability of Plasma Products and the Care of Hemophilia Patients. JAMA 1981; 246: 2: 157.

79.     Aledort LM. Introducing a New Series on Coagulation. Prim Cardiol 1981; 7: 11.

80.     Aledort LM. Valvular Disease, Surgery, and Anticoagulation.  Prim Cardiol 1981; 7: 10.

81.     Aledort LM. Financing the Cost of Concentrates:  The United States Experience. Haemostasis 1981; 10(suppl.1): 69-71.

82.     Aledort LM. Lessons from hemophilia.  N Engl J Med 1982; 306: 607-608.

83.     Aledort LM. Principles of Anticoagulant Therapy: Guidelines for Prophylactic and Therapeutic Use. Recognition and Mgmt of Thromboemb Disorders 1982; 48-53.

84.     Aledort LM. Letter to the editor. N Engl J Med 1982; 307: 556.

85.     Aledort LM, Gorlin R. The Persantine-Aspirin Reinfarction Study. Prim Cardiol 1982; 8: 104-105.

86.     Aledort LM. Effective Use of Anticoagulants. Drug Therapy 1982; 12: 107-117

87.     Cederbaum AI, Blatt PM, Levine PH, and the Hemophilia Study Group. Abnormal Serum Transaminase Levels in Patients with Hemophilia A. Arch Intern Med 1982; 142: 481-484.

88.     Aledort LM. Coagulation and Bleeding:  The Physiologic Janus. Hosp Prac 1982; 17: 13-16.

89.     Aledort LM. Current Concepts in Diagnosis and Management of Hemophilia. Hosp Prac  1982; 17: 77-92.

90.     Hilgartner MW, Knatterud GL, and the FEIBA Study Group. The Use of Factor Eight Inhibitor By-Passing Activity (FEIBA Immuno) Product for Treatment of Bleeding Episodes in Hemophiliacs with Inhibitors. Blood 1983; 61: 1: 36-40.

91.     Radensky PW, Sorett E, Schoenbaum EE, Aledort LM. Unceratiive Colitis and Hemophilia A. Mt. Sinai J Med 1983; 50: 3: 268-269.

92.     Aledort LM, Goodnight SH, Rao AV, Schwarz J, Whitehurst D, Shapiro SS, and Hemophilia Study Group. Impact of factor VIII deficiency on clotting factor utilization in the United States. La Ricerca Clin Lab 1983; 13: 33-41.

93.     Aledort LM. A.I.D.S.: A 20th-Century Plague. Prim Cardiol 1983; 9: 15.

94.     Aledort LM. What is the Prospective Impact of the Recombinant DNA Technique on the Production of Human Plasma Derivatives? Which are the Derivates Where Donor Plasma Could be Replaced? Vox Sang 1983; 44: 390-395.

95.     Lusher JM, Blatt PM, Penner JA, Aledort LM, Levine PH, White GC, Warrier AI, Whitehurst DA. Autoplex Versus Proplex: A Controlled, Double-Blind Study of Effectiveness in Acute Hemarthroses in Hemophiliacs With Inhibitors to Factor VIII. Blood 1983; 62: 5: 1135-1138.

96.     Aledort LM. The Bleeding Patient: A Systematic Approach to the Workup. Diagnosis 1984; 6: 87-90.

97.     Smith PS, Levine PH, and the Directors of Eleven Participating Hemophilia Centers. The Benefits of Comprehensive Care of Hemophilia: A Five-Year Study of Outcomes. Am J Pub Health 1984; 74: 6: 616-617.

98.     Aledort LM. Alternatives to Financing. Scand J Haematol 1984; 33(suppl 40): 455-457.

99.     Aledort LM. Side Effects of Substitution Therapy. Scand J Haematol 1984; 33(suppl 40): 331-333.

100.    Isola L, Forster A, Aledort LM. Desamino-D-Arginine Vasopressin and Bleeding Time in von Willebrand's Disease. Ann Intern Med (letter) 1984; 101: 5: 719-720.

101.    Aledort LM. The Eye and the Organism. Hosp Prac 1984; 19: 14-15.

102.    Aledort LM, Levine PH, Hilgartner M, Blatt P, Spero JA, Goldberg JD, Bianchi L, Desmet V, Scheuer P, Popper H, Berk PD. A Study of Liver Biopsies and Liver Disease Among Hemophiliacs. Blood 1985; 66: 2: 367-372.

103.    Hilgartner MW, Aledort LM. AIDS in Hemophilia. Ann NY Acad Sci 1985; 437: 466-471.

104.    Aledort LM, Gorlin R. Unexpected Recurrent Bleeding in Patient with Bjork-Shiley Prosthesis on Anticoagulants. Prim Cardiol 1985; 11: 156-161.

105.    Jason J, Hilgartner M, Holman RC, Dixon G, Spira TJ, Aledort L, Evatt B. Immune Status of Blood Product Recipients. JAMA 1985; 253: 8: 1140-1145.

106.    Johnson RE, Lawrence DN, Evatt BL, Bregman DJ, Zyla LD, Curran JW, Aledort LM, Eyster ME, Brownstein AP, Carman CJ. Acquired Immunodeficiency Syndrome among patients attending hemophilia treatment centers and mortality experience of hemophiliacs in the United States. Am J Epidemiol 1985; 121: 6: 797-810.

107.    Jason J, McDougal JS, Holman RC, Stein SF, Lawrence DN, Nicholson JKA, Dixon G, Doxey M, Evatt BL, and the Hemophilia/AIDS Collaborative Study Group. Human T-Lymphotropic Retrovirus Type III / Lymphadenopathy-Associated Virus Antibody. JAMA 1985; 253: 23: 3409-3415.

108.    Eyster ME, Whitehurst DA, Catalano PM, McMillan CW, Goodnight SH, Kasper CK, Gill JC, Aledort LM, Hilgartner MW, Levine PH, Edson JR, Hathaway WE, Lusher JM, Gill FM, Poole

WK, Shapiro SS. Long-Term Follow-Up of Hemophiliacs with Lymphocytopenia or Thrombocytopenia. Blood 1985; 66: 6: 1317-1320.

109.  Aledort LM. The Current Status of Transfusion Therapy. AIDS Center News 1985; 2: 4: 1-2.

110.  Markova I, Forbes CD, Aledort LM, Inwood M, Mandalaki T, Miller CH, Pittadaki J. A Comparison of the Availability and Content of Genetic Counseling as Perceived by Hemophilic men and Carriers in the U.S.A., Canada, Scotland and Greece. Am J Med Genet 1986; 24: 7-21.

111.  Jason JM, McDougal JS, Dixon G, Lawrence DN, Kennedy MS, Hilgartner M, Aledort L, Evatt BL. HTLV-III / LAV Antibody and Immune Status of Household Contacts and Sexual Partners of Persons with Hemophilia. JAMA 1986; 255: 2: 212-215.

112.  Klimt CR, Knatterud GL, Stamler J, Meier P, and the PARIS II Research Group. Persantine-Aspirin Reinfarction Study. Part II. Secondary Coronary Prevention With Persantine and Aspirin. JACC 1986; 7: 2: 251-269.

113.  Miller CH, Hilgartner MW, Harris MB, Bussel JB, Aledort LM. Concurrence of von Willebrand's Disease and Hemophilia A: Implications for Carrier Detection and Relevance. Am J Med Genet 1986; 24: 83-94.

114.  Fruchtman S, Aledort LM. Disseminated Intravascular Coagulation. JACC 1986; 8: 6: 159B-167B.

115.  O'Grady JG, Langley PG, Isola LM, Aledort LM, Williams R. Coagulopathy of Fulminant Hepatic Failure. Sem Liver Dis 1986; 6: 2: 159-163.

116.  Driscoll MC, Miller CH, Goldberg JD, Aledort LM, Hoyer, LW, Golbus, MS. Recombination Between Factor VIII: C Gene and St14 Locus. Lancet (letter) 1986; 2: 279.

116A.  Miller CH, Hilgartner MW, Aledort LM. Reproductive Choices in Hemophilic Men and Carriers. Am J Med Genet 1987; 26: 591-598.

117.  Kerr LD, Spiera H, Aledort LN (sic). Acute disseminated intravascular coagulation as a complication of systemic lupus erythematosus. NYS J Med 1987; 87: 181-183.

118.  Aledort LM. Factor VIII/ von Willebrand Factor Replacement Therapy. Ann NY Acad Sci 1987; 509: 49-52.

119.  Perkins HA, Cordell R, Bueno C, Shiota J, Hitchcock B. Progressive decrease in proportion of blood donors with antibody to HIV. Transfusion 1987; 27: 502.

120.  Miller CH, Aledort LM. Discriminant analysis for probability of hemophilia A carriership. Blood (editorial) 1985; 69: 704-705.

121.  Carnelli V, Gomperts ED, Friedman A, Aledort L, Hilgartner M, Dietrich S, Fedor EJ. Assessment for evidence of a Non A-Non B hepatitis in patients given n-heptane-suspended heat-treated clotting factor concentrates. Thromb Res 1987; 46: 827-834.

122.  Niland-Weiss J, Azen SP, Odom-Maryon T, Lui F, Hagerty C, and The Transfusion Safety Study Group. A Microcomputer-Based Distributed Data Management System for a Large Cooperative Study of Transfusion Associated Acquired Immunodeficiency Syndrome. Comp Biomed Res 1987; 20: 225-243.

123. Wallace EZ, Aledort LM, Levere R, Mushlin AI. A response to the recommendations of the New York State Commission on Graduate Medical Education concerning teaching in ambulatory care settings. NYS J Med 1987; 87: 11: 613-614.

124. Bianchi L, Desmet VJ, Popper H, Scheuer PJ, Aledort LM, Berk PD. Histologic Patterns of Liver Disease in Hemophiliacs, with Special Reference to Morphologic Characteristics of Non-A, Non-B Hepatitis. Semin Liver Dis 1987; 7: 3: 203-209.

125. Fletcher MA, Ashman MR, Baron GC. The Use of Whole Blood Methods in Assessment of Immune Parameters in Immuno-Deficiency States. Diagn Clin Immunol 1987; 5: 69-81.

126. McMillan CW, Shapiro SS, Whitehurst D, Hoyer LW, Rao AV, Lazerson J, and the Hemophilia Study Group. The Natural History of Factor VIII:C Inhibitors in Patients With Hemophilia A: A National Cooperative Study. II. Observations on the Initial Development of Factor VIII:C Inhibitors. Blood 1988; 71: 2: 344-348.

127. Driscoll MC, Dispenzieri A, Tobias E, Miller CH, Aledort LM. A Second BamHI DNA Polymorphism and Haplotype Association in the Factor IX Gene. Blood 1988; 72: 1: 61-65.

128. Wallace EZ, Aledort LM, Levere R, Mushlin AI. Teaching in Ambulatory Care Settings. NYS J Med (reply) 1988; 88: 155-156.

129. Aledort LM. Blood Products and Immune Changes: Impacts Without HIV Infection. Semin Hematol 1988; 25: 2(suppl): 14-24.

130. Aledort LM, Lipton RA, Hilgartner M. A Consortium for Purchase of Blood Products Directed by Physicians. Ann Intern Med 1988; 108: 5: 754-756.

131. Aledort LM, Hilgartner M, Lipton RA. Hemophilia - a treatment in crisis. N Engl J Med 1988; 319: 15: 1017.

132. Bussel JB, Pham LC, Aledort L, Nachman R. Maintenance Treatment of Adults With Chronic Refractory Immune Thrombocytopenic Purpura Using Repeated Intravenous Infusions of Gammaglobulin. Blood 1988; 72: 1: 121-127.

133. Aledort LM. Cryoprecipitate revisited. Transfusion (editorial) 1988; 28: 4: 295-296.

134. Gjerset G, Vyas GN, Bhat R, Operskalski EA, and the Transfusion Safety Study Group. Phenotypes for Group-Specific Component Among Patients Exposed to Human Immunodeficiency Virus by Transfusions. J Infect Dis 1988; 157: 3: 609-610.

135. Govindarajan S, Edwards VM, Stuart ML, Operskalski EA, Mosley JW, and the Transfusion Safety Study Group. Influence of Human Immunodeficiency Virus Infection on Expression of Chronic Hepatitis B and D Virus Infections. Viral Hep Liv Dis 1988; 201-204.

136. Kaplan J, Sarnaik I, Lusher J, and the Transfusion Safety Study Group. Increase in Leu 2[+] Leu 7[+] Lymphocytes in HIV 1-Seropositive Patients with Hemophilia Repeatedly Treated With Clotting Factor Concentrates. Clin Immunol Immunopath 1988; 46: 337-341.

137. Aledort LM. Risks Associated With Homologous Blood Transfusion. J Cardiothor Anesth 1988; 2: 6(suppl): 2-6.

138. Bishop PC, Boone D, Parker JW. Immunophenotypes by Flow Cytometry: A Longitudinal Study in Healthy Individuals. Diag Clin Immunol 1988; 5: 232-240.

139.    Brown NA, Kovacs A, Lui CR, Hur C, Zaia JA, Mosley JW. Prevalence of antibody to Human Herpesvirus 6 among blood donors infected with HIV. Lancet 1988; 2: 1146.

139A.   Lawrence DN, Jason JM, Holman RC, Heine P, Evatt BL, and the Hemophilia Study Group. Sex Practices Correlates of Human Immunodeficiency Virus Transmission and Acquired Immunodeficiency Syndrome Incidence in Heterosexual Partners and Offspring of U.S. Heterosexual Men. Am J Hematol 1989; 30: 68-76.

140.    Norman GL, Barker SS, Rasheed S, and the Transfusion Safety Study Group. Immunoblot Reactivity of a Non-HIV Protein With Human Sera. J Clin Lab Anal 1989; 3: 148-151.

141.    Uehlinger J, Rose E, Aledort LM. Successful treatment of an acquired von Willebrand factor antibody by extracorporeal immunoadsorption. N Engl J Med 1989; 320: 4: 254-255.

142.    Aledort LM. New Approaches to Management of Bleeding Disorders. Hosp Prac 1989; 24: 2: 207-226.

143.    Edwards VM, Mosley JW, and the Transfusion Safety Study Group. Reproducibility in Quality Control of Protein (Western) Immunoblot Assay for Antibodies to Human Immunodeficiency Virus. Am J Clin Pathol 1989; 91: 1: 75-78.

144.    Goedert JJ, Kessler CM, Aledort LM, Biggar RJ, Andes WA, White II GC, Drummond JE, Vaidya K, Mann DL, Eyster ME, Ragni MV, Lederman MM, Cohen AR, Bray GL, Rosenberg PS, Friedman RM, Hilgartner MW, Blattner WA, Kroner B, Gail MH. A prospective study of Human Immunodeficiency Virus Type 1 Infection and the development of AIDS in subjects with Hemophilia. N Engl J Med 1989; 321: 17: 1141-1148.

145.    Antman KH, Aledort LM, Yarbro J, Wilensky G, Wojcik S, Monaco GP, Windham S. Cost-effectiveness and Reimbursement in Patient Care. Semin Hematol 1989; 26: 3(suppl): 32-45.

146.    Driscoll MC, Bouhassira E, Aledort LM. A Codon 338 Nonsense Mutation in the Factor IX Gene in Unrelated Hemophilia B Patients: Factor IX[338] New York. Blood 1989; 74: 2: 737-742.

147.    Fletcher MA, Azen SP, Adelsberg B, Gierset G, Hassett J, Kaplan J, Niland JC, Odom-Maryon T, Parker JW, Stites DP, Mosley JW, and the Transfusion Safety Study Group. Immunophenotyping in a Multicenter Study: The Transfusion Safety Study Experience. Clin Immunol Immunopath 1989; 52: 38-47.

148.    Aledort LM, Essig B. AIDS Laws - Impractical Solutions to Practical Problems. Hosp Prac 1989 July; 11-12.

149.    McClure E, Gaynor S, Veiga-Benach A, O'Neil D, and the Transfusion Safety Study Group. Notification of Recipients of Human Immunodeficiency Virus (HIV) Antibody Positive Transfusions. Nursing 1989; January: 10.

150.    Mosley JW, Nowicki M, Kleinman SH, Dietrich SL, and the Transfusion Safety Study Group. Reactivation of Hepatitis B. Lancet 1989; 1: 1083-1084.

151.    Kleinman SH, Niland JC, Azen SP, Operskalski EA, Barbosa LH, Chernoff AI, Edwards VM, Lenes BA, Marshall GJ, Nemo GJ, Norman GL, Perkins NH, Pindyck J, Pitlick F, Rasheed S, Shriver K, Toy P, Tomasulo PA, Waldman A, Mosley JW, and the Transfusion Safety Study Group. Prevalence of antibodies to Human Immunodeficiency Virus Type 1 among blood donors prior to screening. Transfusion 1989; 29: 7: 572-580.

152.    Operskalski EA, Schiff ER, Kleinman SH, Busch M, Taylor PE, Parks WP, Lee H, Tomasulo PA,

Tomasulo PA, Donegan E, Stuart M, Hollingsworth CG, Nemo GJ, Mosley JW, and the Transfusion Safety Study Group. Epidemiologic background of blood donors with antibody to human T-cell lymphotropic virus. Transfusion 1989; 29: 8: 746-748.

153.    Lang DJ, Kovacs AAS, Zaia JA, Doelkin G, Niland JC, Aledort L, Azen SP, Fletcher MA, Gauderman J, Gjerset GJ, Lusher J, Operskalski EA, Parker JW, Pegelow C, Vyas GN, Mosley JW, and the Transfusion Safety Study Group. Seroepidemiologic Studies of Cytomegalovirus and Epstein-Barr Virus Infections in Relation to Human Immunodeficiency Virus Type 1 Infection in Selected Recipient Populations. J Acq Imm Def Syndr 1989; 2: 540-549.

154.    Uehlinger J, Aledort LM. Blood-Product Usage in Cardiac Surgery. J Cardiothor Anesth 1989; 3: 6: 776-784.

155.    Brettler DB, Forsberg AD, Levine PH, Aledort LM, Hilgartner MW, Kasper CK, Lusher JM, McMillan C, Roberts H, and the Cooperating Investigators. The Use of Porcine Factor VIII Concentrate (Hyate:C) in the Treatment of Patients With Inhibitor Antibodies to Factor VIII. Arch Intern Med 1989; 149: 1381-1385.

156.    Jason J, Ou CY, Moore JL, Lawrence DN, Schochetman G, Evatt BL. Prevalence of Human Immunodeficiency Virus Type 1 DNAP in Hemophilic Men and Their Sex Partners. J Infect Dis 1989; 160: 789-794.

157.    Rose E, Forster A, Aledort LM. Correction of prolonged bleeding time in von Willebrand's disease with Humate-P. Transfusion 1990; 30: 4: 381.

158.    Parker JW, Adelsberg B, Boone D, and the Transfusion Safety Study Group. Leukocyte Immunophenotyping of Recipients of Blood and Blood Products. A Multisite Flow Cytometry study: Approach to Organization, Standardization, Quality Control, and Date Management. Clin Immunol Immunopath 1990; 55: 187-220.

159.    Busch MP, Donegan E, Stuart M, Mosley JW, and the Transfusion Safety Study Group: Donor HIV-1 p24 Antigenemia and Course of Infection in Recipients. Lancet 1990; 1: 1342.

160.    Hilgartner M, Aledort L, Andes A, Gill J, and the members of the FEIBA Study Group. Efficacy and safety of vapor-heated anti-inhibitor coagulant complex in hemophilia patients. Transfusion 1990; 30: 626-630.

160A.   Lipton RA, Aledort LM, Hilgartner M. The physician-directed blood product purchasing consortium during a worldwide shortage of factor VIII concentrate. Transfusion 1990; 30: 6: 573.

161.    Uehlinger J, Button GR, McCarthy J, Forster A, Watt R, Aledort LM. Immunoadsorption for coagulation factor inhibitors. Transfusion 1991; 31: 3: 265-269.

162.    Donegan E, Busch MP, Galleshaw JA, Shaw GM, Mosley JW, and the Transfusion Safety Study Group. Transfusion of Blood Components from a Donor with Human T-Lymphotropic Virus Type II (HTLV-II) Infection. Ann Intern Med 1990; 113: 555-556.

163.    Dietrich SL, Mosley JW, Lusher JM, Hilgartner MW, Operskalski EA, Habel L, Aledort LM, Gjerset GF, Koerper MA, Lewis BH, Pegelow CH, and the Transfusion Safety Study Group. Transmission of Human Immunodeficiency Virus Type 1 by Dry-Heated Clotting Factor Concentrates. Vox Sang 1990; 59: 129-135.

164.    Donegan E, Stuart M, Niland JC, Sacks HS, Azen SP, Dietrich SL, Faucett C, Fletcher MA, Hagerty C, Kleinman SH, Operskalski EA, Perkins H, Pindyck J, Schiff ER, Stites D, Tomasulo PA, Mosely JW, and the Transfusion Safety Study Group. Infection with Human