Metropolitan Life Insurance Company
One MetLife Plaza
27-01 Queens Plaza North
Long Island City, New York, NY 11101

**MetLife®**

**Tomasita L. Sherer**
Senior Counsel
Law Department
tsherer@metlife.com
Tel 212 578-3102   Fax 212 743-0668

August 8, 2008

**VIA FACSIMILE: (212) 805-7948**

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re:   Lin v. Metropolitan Life Insurance Co. (07-CV-3218)*

Dear Judge Holwell:

I represent the Defendant, Metropolitan Life Insurance Company ("MetLife") in the above referenced action and am writing to respectfully request ten (10) additional pages with which to reply and respond to Plaintiff's response in opposition to MetLife's summary judgment motion and cross motion *in limine*.

As this Court indicated in document 29 filed on ECF (which granted Plaintiff's application to exceed Your Honor's 25 page limitation[1]), MetLife may apply for leave to file a longer reply. MetLife would like to do so at this time to ensure that it can adequately address all of Plaintiff's multiple, alternative arguments.

MetLife's reply is due to be filed on Monday, August 18, 2008. While MetLife would have ordinarily been able to reply within the ten (10) page limitation for replies set out in Your Honor's "Individual Practices," MetLife will now require more pages given the additional twelve (12) pages of arguments put forward by Plaintiff, including misplaced and untimely arguments to exclude MetLife's expert testimony.

MetLife thus respectfully requests that its request for ten (10) additional pages with which to reply and respond to Plaintiff's response in opposition to MetLife's summary judgment motion and cross motion *in limine* be granted.

---

[1] Plaintiff's memorandum of law was in fact filed with 37 pages.

Request granted

SO ORDERED
Dated: 8/12/08
RICHARD J. SULLIVAN
U.S.D.J.

Part I

RECEIVED
AUG - 8 2008
CHAMBERS OF
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

Hon. Richard J. Holwell
August 8, 2008
Page 2

Respectfully submitted,

*[signature]*

Tomasita L. Sherer

cc:     Eric Dinnocenzo, Esq.
        Trief & Olk
        150 E. 58th Street, 34th Fl.
        New York, NY  10155
        Attorneys for Plaintiff

        (Via Facsimile: (212) 743-0668 & U.S. Mail)